IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>          PLAINTIFF,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>          DEFENDANTS. | CASE NO. 1:23-CV-00012 |

NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Simpson, P.C., through undersigned counsel, as counsel for Port Hamilton Refining and Transportation, LLLP.

Respectfully submitted,

ANDREW C. SIMPSON, P.C.,
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: March 18, 2023

_____
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com