### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. CROIX

| | |
|---|---|
| **NICOLE WOOTEN,**<br><br>          **PLAINTIFF,**<br><br>    **VS.**<br><br>**LIMETREE BAY TERMINALS, LLC, ET AL.**<br><br>          **DEFENDANTS.** | **CASE NO. 1:23-CV-00012** |

### PORT HAMILTON REFINING AND TRANSPORTATION, LLLP'S NOTICE OF CONSENT TO REMOVAL

Port Hamilton Refining and Transportation, LLLP gives notice that it consents to

the removal of this action by Limetree Bay Terminals, LLC.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: March 18, 2023

    /s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com