IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    PLAINTIFF,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>    DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**CORPORATE DISCLOSURE STATEMENT OF
PORT HAMILTON REFINING AND TRANSPORTATION, LLLP**

Port Hamilton Refining and Transportation, LLLP makes the following corporate disclosure pursuant to Fed. R. Civ. P. 7.1.

7.1(a)(1)(B):  Port Hamilton Refining and Transportation, LLLP has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.

7.1(a)(2):  Individuals and entities whose citizenship is attributable to Port Hamilton Refining and Transportation, LLLP:

1. Crucian Energy Holdings, Inc., a Delaware corporation with its principal place of business in Georgia;
2. David E. Roberts, a citizen of Louisiana
3. Thomas A. Eagan, a citizen of Florida;
4. Jack Thomas, a citizen of Florida;
5. Eduardo Del Valle, a citizen of Florida;
6. Richard Comiter, a citizen of Florida;
7. Gerald Chambers, a citizen of Jamaica;
8. Tarik Feliz, a citizen of Jamaica;
9. Gordon Shirley, a citizen of Jamaica.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: March 18, 2023

_____
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com