DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>        Defendants. | Civil Action No.: 1:23-cv-00012 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF OCEAN POINT TERMINALS, LLC

Pursuant to Fed. R. Civ. P. 7.1, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point"), through undersigned counsel, makes the following disclosures:

1. Ocean Point is a limited liability company.

2. Limetree Bay Cayman, Ltd., a Cayman Islands exempted company, is the sole member and parent company of Ocean Point.

3. No publicly company owns more than 10% of Ocean Point's stock.

69377193;1

DATED: March 20, 2023

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: <u>*/s/ Donnie M. King*</u>
Donnie M. King
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
David J. Awoleke (*pro hac vice* to be filed)
david.awoleke@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2023, I electronically filed the foregoing document using the ECF system, which will send notification of such filing to all attorneys of record.

Lee J. Rohn, Esq.
Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3
Christiansted, St. Croix VI 00820
340-778-8855
lee@rohnlaw.com
*Counsel for Plaintiff*

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, St. Croix VI 00820
340-719-3900
asimpson@coralbrief.com
*Counsel for Port Hamilton Refining*
*And Transportation, LLLP*

                                                             */s/ Donnie M. King*
                                                             Donnie M. King, Esq.