# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>　　　　　Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

**[PROPOSED] ORDER GRANTING DEFENDANT
OCEAN POINT'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminal's (hereinafter "Ocean Point") Consent Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (the "Motion").  The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.　　The Motion is **GRANTED**;

2.　　Defendant, Ocean Point shall have an extension, up to and including, Monday, April 3, 2023 to respond to Plaintiff's First Amended Complaint.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE WILMA A. LEWIS
　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

Copies provided to all counsel of record.