DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                Plaintiff,<br>   v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,<br><br>                Defendants.<br>_____ | 1:23-cv-00012-WAL-EAH |

TO:   Lee J. Rohn, Esq.
        Donnie M. King, Esq.
        Andrew C. Simpson, Esq.

**ORDER GRANTING EXTENSION**

THIS MATTER comes before the Court on the Consent Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and Incorporated Memorandum of Law, filed by Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point"). Dkt. No. 7. In its motion, Ocean Point states that Plaintiff Nicole Wooten filed her First Amended Complaint in Superior Court on February 14, 2023; Ocean Point was served on February 22, 2023 and removed the action to federal court on March 17, 2023, and pursuant to Fed. R. Civ. P. 81(c)(2), Ocean Point's answer is due on March 24, 2023. *Id.* However, because of other personal and professional obligations and deadlines, counsel needs additional time to respond to the complaint and requests an extension until April 3,

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Order Granting Extension
Page 2

2023, to file its response. *Id.* Ocean Point represents that Plaintiff has consented to the motion. *Id.*

Upon consideration of the consent motion for an extension of time, and being satisfied with the premises therein, it is hereby **ORDERED** that:

1. The Consent Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, Dkt. No. 7, is **GRANTED**.

2. Ocean Point shall have up until and including **April 3, 2023** to serve its response to the Complaint.

ENTER:

Dated: March 24, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE