**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>               Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>               Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

**MOTION FOR ENTRY OF DEFAULT**

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby requests that the Clerk of the Court, pursuant to Federal Rules of Civil Procedure 55(a), enter a Default against Defendant West Indies Petroleum, Ltd. for failure to defend or otherwise plead in this action. In support of the Request for Entry of Default, Plaintiff refers to the attached Affirmation.

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiff

DATED: March 28, 2023          BY:   /s/ *Lee J. Rohn*
                                                Lee J. Rohn, Esq.
                                                VI Bar No. 52
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                lee@rohnlaw.com

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**Motion for Entry of Default**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on March 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Port Hamilton Refining and Transportation

Donnie M King, Esq.
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Email Address: Donnie.king@akerman.com
Attorney For: Ocean Point terminals f/k/a Limetree By Terminals

BY:   /s/ *Lee J. Rohn*               (kj)