

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

FILED
February 27, 2023 08:44 AM
SX-2023-CV-00052
TAMARA CHARLES
CLERK OF THE COURT

# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, WEST INDIES PETROLEUM, LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,<br><br>        Defendants. | Civil No. SX-2023-CV-00052<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF PROOF OF SERVICE

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files Plaintiff's Notice of Proof of Service of the Summons and First Amended Complaint upon Defendant West Indies Petroleum, Ltd. *See* **Exhibit 1**.

                            RESPECTFULLY SUBMITTED
                            LEE J. ROHN AND ASSOCIATES, LLC
                            Attorneys for Plaintiff

DATED: February 27, 2023      BY:   /s/ *Lee J. Rohn*
                                              Lee J. Rohn, Esq.
                                              VI Bar No. 52
                                              1108 King Street, Suite 3 (mailing)
                                              56 King Street, Third Floor (physical)
                                              Christiansted, St. Croix
                                              U.S. Virgin Islands 00820
                                              Telephone: (340) 778-8855
                                              **lee@rohnlaw.co**

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**EXHIBIT 1**

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
**FILED**
February 27, 2023 08:44 AM
SX-2023-CV-00052
TAMARA CHARLES
CLERK OF THE COURT

# Affidavit of Process Server

SUPERIOR COURT OF THE VIRGIN ISLANDS DIVISION OF ST. CROIX
(NAME OF COURT)

| Wooten, Nicole | vs Limetree Bay Terminals, et al. | SX-23-CV-52 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, DEIRDRE FINCH, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service under Superior Court License No. 52/2014.

**Service:** I served **Kye Walker, as the Resident Agent for West Indies Petroleum, LTD.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **SUMMONS AND COMPLAINT**

by leaving with **Precious Hardcastle**     **Receptionist/Legal Assistant**
                        NAME                                RELATIONSHIP

☐ Residence _____
                    ADDRESS                                CITY / STATE

☑ Business **16 AA Church Street**        **Christiansted, St. Croix**
                    ADDRESS                                CITY / STATE

On **February 21, 2023**           AT  **0905hrs**
            DATE                                TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                                    DATE

from _____
        CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                            DATE    TIME        DATE    TIME

(3) _____ (4) _____ (5) _____
    DATE    TIME        DATE    TIME        DATE    TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **21st** day of **February**, 20**23** by **DEIRDRE FINCH**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KARIMA JENKINS-GUZMAN
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of ST. CROIX, U.S. Virgin Islands
NP-585-22
My Commission Expires September 2, 2026

**EXHIBIT 1**

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**
February 15, 2023 09:44 AM
SX-2023-CV-00052
TAMARA CHARLES
CLERK OF THE COURT

(CIVIL ACTION – ORIGINAL)

# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

v.

LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, WEST INDIES PETROLEUM, LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,

        Defendants.

Civil No. SX-2023-CV-00052

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

TO: Kye Walker, as the Resident Agent for West Indies Petroleum, Ltd.
ADDRESS: 16AA Church Stret, Christiansted, VI 00820

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint for damages.

Witness my hand and the Seal of the Court this <u>15th</u> day of <u>February</u>, 2023.

/s/ Lee J. Rohn
Lee J. Rohn, Esquire
VI Bar No. 52
Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, VI 00820
Telephone: (340) 778-8855
Facsimile: (340) 773-2954

Ms. Tamara Charles,
Clerk of the Court

By: _____
Court Clerk II

Note: The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The defendant, if served by publication or by personal service outside the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

AGA 5000 8/85      (See Reverse)      GOTC 624

(CIVIL ACTION – ORIGINAL)

## RETURN OF SERVICE

I hereby certify that I received this summons on the 21st day of February, 2023, and that thereafter, on the 21st day of February, 2023, I did serve the same on the above-named defendant, __Kyle Walker, RESIDENT AGENT__ by showing h ____ this original and by then delivering to h ____ a copy of the complaint and of the summons which were forwarded to me attached thereto.

Precious HARDCASTLE
Receptionist/Legal Assistant

_____
Process Server

_____
Deputy


## RETURN OF NON-SERVICE

I hereby certify that I received this summons on the ____ day of _____, 2023, and that after making a careful, diligent search, the Defendant cannot be found in this jurisdiction.

_____
Process Server

_____
Deputy

AGA 5000 8/85            (See Reverse)            GOTC 624