IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>             Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>             Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## ENTRY OF DEFAULT

Upon request of the Plaintiff, and upon the showing made by Plaintiff that West Indies Petroleum, Ltd. has failed to defend or otherwise plead in the above captioned matter,

**DEFAULT** is hereby **ENTERED** against Defendant West Indies Petroleum, Ltd. herein.

ENTER:

DATED: _____        _____
                                                                  Glenda L. Lake, Esquire, Clerk of the Court