**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

NICOLE WOOTEN,

         Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

         Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF FILING**</u>

    **COMES NOW** Plaintiff, by and through the undersigned counsel, and gives this

Court notice of filing the Office of the Lieutenant Governor Division of Corporations and

Trademarks information on the Registered Agent for West Indies Petroleum, Ltd.

               RESPECTFULLY SUBMITTED
               LEE J. ROHN AND ASSOCIATES, LLC
               Attorneys for Plaintiff

DATED:  March 29, 2023        BY:  ___/s/ *Lee J. Rohn*_____
                     Lee J. Rohn, Esq.
                     VI Bar No. 52
                     1108 King Street, Suite 3 (mailing)
                     56 King Street, Third Floor (physical)
                     Christiansted, St. Croix
                     U.S. Virgin Islands 00820
                     Telephone: (340) 778-8855
                     **lee@rohnlaw.com**

<u>**CERTIFICATE OF SERVICE**</u>

**LEE J. ROHN AND
ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF FILING**
Page 2


**THIS IS TO CERTIFY** that on March 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:


Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Port Hamilton Refining and Transportation

Donnie M. King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Attorney For:  Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals


BY:   /s/ *Lee J. Rohn*              (kj)