Office of the Lieutenant Governor - United States Virgin Islands

Search Entities/Names [ GO ] Logon / Register

# HOME    ONLINE SERVICES ˅

## WEST INDIES PETROLEUM USVI LIMITED, LLC (DC0118730), Domestic Limited Liability Company

All filings shall be submitted using the online application. Select the Maintain dropdown menu to review the available filing services. If you want to maintain this entity you need to be **logged in** and have authority over the company.

Request Entity Information    Confirm Receipt of Resident Agent Authority

**General Details**    Documents    History Details

| | |
|---|---|
| **Entity Name** | WEST INDIES PETROLEUM USVI LIMITED, LLC |
| **Entity Identifier** | DC0118730 |
| **Entity Status** | In Good Standing |
| **Entity Type** | Domestic Limited Liability Company |
| **Business Entity Sub-Type** | Limited Liability Company |
| **Registration Date** | 05/20/2022 |

### State or Country of Jurisdiction

| | |
|---|---|
| **Country** | United States |
| **State** | United States Virgin Islands |

## Resident Agent

**Resident Agent in USVI**

1 Results

| | |
|---|---|
| **Resident Agent Type** | Individual |
| **Name** | Kye WALKER Esq |
| **Physical Address** | 2201 Church Street, Suite 16ab, 2nd Floor, St Croix, United States Virgin Islands, 00820, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Start Date** | 05/20/2022 |

## Business Addresses

| | |
|---|---|
| **Principal Office or Place of Business** | 2201 Church Street, Suite 16ab, 2nd Floor, St Croix, United States Virgin Islands, 00820, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |

## Business Details

| | |
|---|---|
| **Term** | Perpetual |
| **Nature of Business/Purpose** | Transportation, Communications, Electric, Gas, and Sanitary Services, Electric, Gas, and Sanitary Services |

**Additional Purpose Details:** Oil Bunkering

Cancel