DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>                    Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

## OCEAN POINT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals (hereinafter "Ocean Point"), by and through undersigned counsel, moves to dismiss the First Amended Complaint filed by Plaintiff Nicole Wooten for failure to state a claim.  In support of this motion, Ocean Point is filing a separate Memorandum of Law contemporaneously herewith setting forth the reasons why its Motion to Dismiss should be granted.

DATED:  April 3, 2023                              Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /*s/Donnie M. King*
　　Donnie M. King
　　Virgin Islands Bar No. 1237
　　Primary e-mail: donnie.king@akerman.com
　　Secondary e-mail: sharon.luesang@akerman.com
　　David J. Awoleke (*pro hac vice* to be filed)
　　david.awoleke@akerman.com
　　*Attorneys for Defendant Limetree Bay*
　　*Terminals, LLC d/b/a Ocean Point Terminals*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I filed the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Donnie M. King*
Donnie M. King
