# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>　　　　Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

## [PROPOSED] ORDER GRANTING OCEAN POINT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**THIS CAUSE** comes before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminal's Motion to Dismiss the First Amended Complaint (the "Motion to Dismiss").  The Court, having reviewed the Motion to Dismiss and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.　The Motion to Dismiss is **GRANTED.**

2.　All five counts in the First Amended Complaint against Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals are **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE WILMA A. LEWIS
　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

Copies provided to all counsel of record.