# Exhibit 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CLOSING OF SALE

**PLEASE TAKE NOTICE** that pursuant to and in accordance with the terms of the *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Perform under the Asset Purchase Agreement, (III) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 977], as amended (the "**Sale Order**"),[2] the transactions contemplated in the APA, as amended, were closed and consummated for all purposes under the Sale Order on January 21, 2022.

[*remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Sale Order.

1

4874-2532-7883.1

| | |
|---|---|
| Dated: January 25, 2022 | **BAKER & HOSTETLER LLP**<br><br>/s/ Elizabeth A. Green<br>**Elizabeth A. Green, Esq.**<br>Fed ID No.: 903144<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL 32801-3432<br>Telephone: 407.649.4000<br>Facsimile: 407.841.0168<br>Email: egreen@bakerlaw.com<br>       jparrish@bakerlaw.com<br><br>**Jorian L. Rose, Esq.**<br>*Admitted Pro Hac Vice*<br>N.Y. Reg. No. 2901783<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>Email: jrose@bakerlaw.com<br><br>**Michael T. Delaney, Esq.**<br>*Admitted Pro Hac Vice*<br>OH Bar No. 99790<br>Key Tower, 127 Public Sq.<br>Suite 2000<br>Cleveland, OH 44114<br>Telephone: 216.621.0200<br>Facsimile: 216.696.0740<br>Email: mdelaney@bakerlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

### Certificate of Service

    I certify that on January 25, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           /s/ Elizabeth A. Green
                                           Elizabeth A. Green

4874-2532-7883.1