# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendant. | Case No. 1:23-CV-00012<br><br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion for Extension of time dated April 20, 2023, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

**ORDERED** that the Plaintiff shall have an additional two- week extension of time to file her Opposition to Ocean Point Terminals Motion to Dismiss up to and including May 8, 2023.

**SO ORDERED** this _____ day of _____ 2023.

                     _____
                     **Honorable** Emile A. Henderson III
                     Magistrate of the District Court