## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **NICOLE WOOTEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2023-0012 |
| ) | |
| **LIMETREE BAY TERMINALS d/b/a** ) | |
| **OCEAN POINT TERMINALS,** ) | |
| **PORT HAMILTON REFINING AND** ) | |
| **TRANSPORTATION, WEST INDIES** ) | |
| **PETROLEUM LTD., AND LIMETREE BAY** ) | |
| **REFINERY, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**Attorneys:**
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Donnie Marcel King, Esq.,**
Miami, FL
    *For Defendant Limetree Bay Terminals*
    *d/b/a Ocean Point Terminals*

**Andrew C. Simpson, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Port Hamilton Refining*
    *and Transportation*

No Appearance
    *For Defendant West Indies Petroleum Ltd.*

No Appearance
    *For Defendant Limetree Bay Refinery, LLC*

## ORDER

THIS MATTER comes before the Court on Plaintiff Nicole Wooten's "Unopposed Motion for Extension of Time" (Dkt. No. 15) wherein Plaintiff requests a two-week extension of time—up to and including May 8, 2023—to file a response to Defendant Ocean Point Terminals' "Motion to Dismiss the First Amended Complaint" (Dkt. No. 13).[1] Plaintiff requests the extension due to counsel for Plaintiff's commitments in other matters. (Dkt. No. 15 at 2). Plaintiff represents that Defendants have no objection to the Motion. *Id.*

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that Plaintiff Nicole Wooten's "Unopposed Motion for Extension of Time" (Dkt. No. 15) is **GRANTED**; and it is further

**ORDERED** that Plaintiff Nicole Wooten shall have up to and including **May 8, 2023** to file a response to Defendant Ocean Point Terminals' "Motion to Dismiss the First Amended Complaint." (Dkt. No. 13).

**SO ORDERED**.

Date: April 24, 2023                              _____/s/_____
                                                  WILMA A. LEWIS
                                                  District Judge

---

[1] Plaintiff states that her response is due April 26, 2023. (Dkt. No. 15 at 1). However, the Court notes that the 21-day period to respond to Defendant's Motion to Dismiss—which was filed on April 3, 2023—lapses on April 24, 2023. *See* L.R.Ci. 6.1(1). Plaintiff's instant Motion is nonetheless timely.