## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

      Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING &
TRANSPORTATION, WEST INDIES
PETROLEUM LTD., and LIMETREE
BAY REFINERY, LLC, as a nominal
Defendant

      Defendants.

Case No.  1:23-cv-00012-WAL-EAH

## DEFENDANT OCEAN POINT'S NOTICE OF NEGOTIATED EXTENSION OF TIME TO SUBMIT ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals (hereinafter "Ocean Point"), by and through undersigned counsel, hereby gives notice that the undersigned met and conferred with Plaintiff's counsel in good faith pursuant to LRCi 6.1(7) and negotiated a twenty-one (21) day extension of time for Ocean Point to submit its reply in support of Ocean Point's Motion to Dismiss, with the new deadline being June 12, 2023.

Date:  May 18, 2023

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/Donnie M. King
    Donnie M. King
    Virgin Islands Bar No. 1237
    Primary e-mail: donnie.king@akerman.com
    Secondary e-mail: sharon.luesang@akerman.com
    *Attorneys for Defendant Limetree Bay*
    *Terminals, LLC d/b/a Ocean Point Terminals*

70519237;1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed with the Court's electronic filing system on

May 18, 2023 which will send a notice of electronic filing to all counsel of record.

*/s/Donnie M. King*

Donnie M. King

70519237;1