# DISTRICT COURT OF THE VIRGIN ISLANDS

## PRO HAC VICE APPLICATION

*You must fill in all blanks and answer all questions.  If a particular question does not apply to you, write "none" or "N/A".* **Applications which are not properly completed will be returned.**

| | |
|---|---|
| **NAME** | David Joshua Awoleke |
| **FIRM** | Akerman LLP |
| **ADDRESS** | 201 East Las Olas Blvd., Suite 1800, Fort Lauderdale, Florida 33301 |
| **MAIN FIRM PHONE NO.** | (954) 463-2700 |
| **FAX NO.** | (954) 463-2224 |
| **E-MAIL ADDRESS** | david.awoleke@akerman.com |

Case caption for which admission is sought: Nicole Wooten v. Limetree Bay Terminals d/b/a Ocean Point Terminals, et al.

Motion made by: Donnie M. King, Esq. (V.I. Bar No. 1237)

Party applicant represents: Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

## A.    BACKGROUND QUESTIONNAIRE

*Please answer these questions yes or no.  If you answer yes to any of these questions you must submit a statement under the penalties of perjury which includes the relevant facts, court, charge, date, whether the occurrence was disclosed to the highest court of the state(s) in which you are admitted, disposition, whether the occurrence was an isolated incident, and any other facts you deem relevant.*

1.    Are there any disciplinary proceedings pending against you?

    ☐  YES    ☒  NO

2.    Have you ever been denied admission to practice, disbarred, suspended from practice, or disciplined by any court or bar authority?

    ☐  YES    ☒  NO

3.    If you have been suspended or disbarred from the practice of law by any court or bar authority, have you been reinstated?

    ☐  YES    ☒  NO    ☐  N/A

4.    Have you ever resigned from the practice of law in any court?

    ☐  YES    ☒  NO

5.  Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime or are any criminal charges pending against you?

☐  YES   ☒  NO

6.  Have you ever been held in contempt of court?

☐  YES   ☒  NO

7.  Have you ever been denied *pro hac vice* admission in a jurisdiction?

☐  YES   ☒  NO

**B.  APPLICANT'S CERTIFICATION**

1.  I have been admitted to practice law in the following jurisdictions (states, territories, or the District of Columbia):

| COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| State of Florida | 09/18/2018 |
| | |
| | |
| | |

2.  Unless otherwise indicated in Section A, I am a member in good standing of the bars of each of the jurisdictions listed above.

3.  I am familiar with the Rules of Professional Conduct, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of the District Court of the Virgin Islands.

4.  My principal law office is located in Fort Lauderdale, Florida                      .

5.  I am a member of the bar of the following United States Courts:

| U.S. COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| N/A | |
| | |
| | |

_____       _____

_____       _____

_____       _____

6.   Have you ever been admitted *pro hac vice* in any previous matters in the District Court of the Virgin Islands?   ☐   YES   ☒   NO

*If yes, please indicate the case name, case number, date of previous pro hac vice admission to this Court.*

| CASE NAME / NUMBER | DATE OF PRO HAC VICE ADMISSION | CASE STATUS |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7.   I understand that it is my responsibility to notify the Attorney Admission Coordinator of any change in my address.

8.   I understand that I submit myself to the jurisdiction of this Court for any disciplinary action to which I may be subject.

**I hereby certify under the penalties of perjury that the foregoing statements and answers are true and correct.**

_____       5/22/2023
Signature

For Court Use Only

Fee:   ☐   Check      ☐   Cash      Amount: _____

Staff Notes
_____

_____

(THIS APPLICATION SHOULD ACCOMPANY THE MOTION FOR ADMISSION AND BE ATTACHED TO ALL COPIES FORWARDED TO THE COUNSEL OF RECORD.)