# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>   v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>      Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

**THIS CAUSE** having come before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminal's ("Ocean Point") Motion for Admission Pro Hac Vice of David J. Awoleke (the "Motion"), and the Court having considered the Motion and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**.  David J. Awoleke may appear and participate in this action on behalf of Ocean Point.

_____
United States District Judge

Copies provided to all counsel of record.