## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Plaintiff Nicole Wooten is a resident of Atlanta, Georgia.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED:  May 25, 2023　　　　　BY:　/s/ *Jennifer S. Koockogey-Lajoie*
　　　　　　　　　　　　　　　　　Jennifer S. Koockogey-Lajoie, Esq.
　　　　　　　　　　　　　　　　　VI Bar No. R2068
　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　jennifer@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com; coralbrief@gmail.com; jaycie.jorgensen@gmail.com
   Attorney For: Port Hamilton Refining and Transportation

Donnie M. King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
   Attorney For: Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

BY:  /s/ *Jennifer S. Koockogey-Lajoie*   (mb)