**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

       Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING &
TRANSPORTATION, WEST INDIES
PETROLEUM LTD., and LIMETREE
BAY REFINERY, LLC, as a nominal
Defendant

      Defendants.

Civil Action No.: 1:23-cv-00012

**NOTICE OF FILING REVISED EXHIBITS TO DEFENDANT OCEAN POINT
TERMINALS F/K/A LIMETREE BAY TERMINALS'
MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID J. AWOLEKE**

Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals ("Ocean Point"), by and

through its undersigned counsel, hereby gives notice of filing updated exhibits to its Motion for

Admission Pro Hac Vice of David J. Awoleke [ECF # 20], including (1) Certificate of Good

Standing of David J. Awoleke from the Supreme Court of Florida, dated May 25, 2023, and (2) Pro

Hac Vice Application form completed and signed by David J. Awoleke.

69403996;1

DATED: May 26, 2023

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
Donnie M. King
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
David J. Awoleke  (*pro hac vice* pending)
david.awoleke@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a*
*Limetree Bay Terminals d/b/a*

69403996;1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2023, I caused a true and correct copy of the foregoing

Notice of Removal to be served on the following persons through electronic mail and U.S. Mail:

Lee J. Rohn, Esq.
Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3
Christiansted, St. Croix VI 00820
340-778-8855
lee@rohnlaw.com
*Counsel for Plaintiff*

       */s/ Donnie M. King*
       Donnie M. King, Esq.

69403996;1