DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

**DEFENDANT LIMETREE BAY TERMINALS, LLC'S**
**NOTICE OF SERVICE OF RULE 26(a) INITIAL DISCLOSURES**

**PLEASE TAKE NOTICE** that Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals has made its initial disclosures pursuant to Rule 26(a), which were served upon all counsel of record.

DATED: November 6, 2023

Respectfully submitted,

AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
Donnie M. King
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
David J. Awoleke Pro Hac Vice No. PHV4456
david.awoleke@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals, LLC*
*d/b/a Ocean Point Terminals*

73544168;1

2

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court's electronic filing system on November 6, 2023 which will send a notice of electronic filing to all counsel of record.

*/s/Donnie M. King*
Donnie M. King

73544168;1