**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Voluntary Disclosures Pursuant to Rule 26 through his/her/their undersigned counsel of record, and that said Disclosures were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: November 14, 2023

BY: /s/ *Jennifer S. Koockogey-Lajoie*
Jennifer S. Koockogey-Lajoie, Esq.
VI Bar No. R2068
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
jennifer@rohnlaw.com

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on November 14, 2023, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

Donnie King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
donnie.king@akerman.com; tyresa.thompson@akerman.com;
david.awoleke@akerman.com; sharon.luesang@akerman.com

Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**

Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820
asimpson@coralbrief.com; coralbrief@gmail.com;
jaycie.jorgensen@gmail.com

Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**
Attorney for **West Indies Petrolum, Ltd. West Indies Petrolum, Ltd.**
Attorney for **LBR Liquidating Trust LBR Liquidating Trust**

BY: ____s/ *Jennifer S. Koockogey-Lajoie*_____ (al)