IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    PLAINTIFF,<br><br>     VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>                    DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**[PROPOSED] ORDER**

Before the Court is the unopposed motion of Port Hamilton Refining and Transporation, LLLP ("Port Hamilton") to continue the December 12, 2023 initial scheduling conference in this matter. In addition to Port Hamilton's counsel's unavailability, from a procedural standpoint, it is premature to hold the initial scheduling conference because of a pending motion to amend the first amended complaint. That motion was filed in the Superior Court shortly before the case was removed to this Court. The motion is unopposed and the case is in its infancy. Plaintiff intends to serve defendant West Indies Petroleum, Ltd. if leave to amend is granted. The Court agrees that it would be more cost effective for the parties to hold the initial scheduling conference in this matter once West Indies Petroleum is joined.

The premises considered, it is **ORDERED** that:

The Motion to Amend the First Amended Complaint is **GRANTED**. It is further

**ORDERED** that Plaintiff shall promptly initiate efforts to serve West Indies Petroleum. It is further

**ORDERED** that the Motion to Continue is **GRANTED** and the initial scheduling conference will be rescheduled after West Indies Petroleum is joined.

ENTER:

_____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE