**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>      Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

**[PROPOSED] ORDER GRANTING DEFENDANT**
**OCEAN POINT TERMINAL'S CONSENT MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminal's (hereinafter "Ocean Point") Consent Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (the "Motion").  The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.  The Motion is **GRANTED**;

2.  Defendant, Ocean Point shall have an extension, up to and including, Tuesday, January 23, 2024, to respond to Plaintiff's Second Amended Complaint.

_____
THE HONORABLE WILMA A. LEWIS
DISTRICT COURT JUDGE

Copies provided to all counsel of record.

74376146;1