## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>  Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>  Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF FILING</u>

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files the attached Summons for execution by the Clerk of Court.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: January 19, 2024

BY:  /s/ *Jennifer S. Koockogey-Lajoie*
  Jennifer S. Koockogey-Lajoie, Esq.
  VI Bar No. R2068
  1108 King Street, Suite 3 (mailing)
  56 King Street, Third Floor (physical)
  Christiansted, St. Croix
  U.S. Virgin Islands 00820
  Telephone: (340) 778-8855
  jennifer@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF FILING**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Donnie King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**

Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820

Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**

BY: /s/ *Jennifer S. Koockogey-Lajoie*   (al)