AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| NICOLE WOOTEN <br><br> *Plaintiff(s)* <br><br> v. <br><br> LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD., <br><br> *Defendant(s)* | Civil Action No. 1:23-CV-00012 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   West Indies Petroleum, Ltd.
2 - 2 1/2 Altamont Crescent
Unit #4
New Kingston, Jamacia

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Lee J. Rohn
   Lee J. Rohn and Associates, LLC
   1108 King Street, Suite 3 (mailing)
   56 King Street, Third Floor(physical) (340) 778-8855

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*