EXHIBIT 1

January 30, 2024

West Indies Petroleum Ltd.
2-2 ½ Altamont Crescent
Unit #4
New Kingston, Jamaica

Dear Sir/Madam,

**Re: Service of documents – Case No. 1:23-CV-00012**

We enclose a copy of the following documents relating to the aforementioned matter, on behalf of Lee Rohn and Associates, LLC.

- Summons
- Second Amended Complaint

Kindly acknowledge safe receipt by signing, dating and returning the copy letter.

Regards,

**Process Servers Jamaica Ltd**

V. Johnson
Veronica Johnson
**Legal Secretary**

LEGAL DEPARTMENT

10:34 AM
Donjay Oakley s/o
X D. Oakley  01-02-24