IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        PLAINTIFF,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>        DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**NOTICE OF NEGOTIATED EXTENSION OF DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**

Now comes Port Hamilton Refining and Transportation, LLLP, through undersigned counsel, and gives notice pursuant to LRCi 6(b)(7) that plaintiff has agreed to grant it until **February 9, 2024** to file a response to the second amended complaint in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **ANDREW C. SIMPSON, P.C.,**<br>Counsel for Port Hamilton Refining and Transportation, LLLP |
| February 8, 2024 |    /s/ Andrew C. Simpson<br>By: Andrew C. Simpson, VI Bar No. 451<br>ANDREW C. SIMPSON, P.C.<br>2191 Church Street, Suite 5<br>Christiansted, VI 00820<br>Tel: 340.719.3900<br>asimpson@coralbrief.com |