### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF APPEARANCE</u>

**COMES NOW**, Robin P. Seila, Esquire of Lee J. Rohn and Associates, LLC and enters her appearance as counsel on behalf of Plaintiff, **NICOLE WOOTEN,** in the above-captioned matter.

Please direct copies of all future pleadings, correspondence and other papers filed in this action to Robin P. Seila at 1108 King Street, Suite 3 (mailing)/56 King Street, Third Floor (physical), Christiansted, St. Croix, U.S. Virgin Islands 00820.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

WOOTEN, NICOLE V. LIMETREE BAY TERMINALS, ET. AL., CASE NO. 1:23-CV-00012
**NOTICE OF APPEARANCE**
Page 2

DATED:  February 28, 2024		BY:   /s/ *Robin P. Seila*
					Robin P. Seila, Esq.
					VI Bar No. R2043
					1108 King Street, Suite 3 (mailing)
					56 King Street, Third Floor (physical)
					Christiansted, St. Croix
					U.S. Virgin Islands 00820
					Telephone: (340) 778-8855
					robin@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to:

All counsel of record.


					BY:   /s/ *Robin P. Seila*