**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>        v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>        Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

**OCEAN POINT'S MOTION DISMISS COUNT II OF THE CROSSCLAIM, STRIKE SPECIFIC PARAGRAPHS OF THE CROSSCLAIM, AND FOR FEES AND COSTS**

      Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point"), pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(f), hereby moves for an order: (1) dismissing Count II of the Crossclaim for lack of subject matter jurisdiction, or alternatively, for failure to state a claim; (2) striking paragraphs 30-31, 43, 48-52, and 62-65 of the Crossclaim as impertinent, immaterial, and/or scandalous; and (3) awarding Ocean Point its reasonable attorney's fees and costs associated with defending Count II of the Crossclaim.

      A memorandum of law in support of this motion is being filed contemporaneously herewith.

DATED:  February 29, 2024  **AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /*s/Donnie M. King*
  Donnie M. King
  Virgin Islands Bar No. 1237
  Primary e-mail: donnie.king@akerman.com
  Secondary e-mail: sharon.luesang@akerman.com
  David J. Awoleke (admitted *pro hac vice*)
  david.awoleke@akerman.com
  *Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2024, I filed the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                 */s/Donnie M. King*
                                                                 Donnie M. King