DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD.,<br><br>        Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

**DEFENDANT OCEAN POINT'S NOTICE OF
<u>SERVICE OF ITS SECOND SUPPLEMENTAL DISCLOSURES</u>**

**PLEASE TAKE NOTICE** that Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals has made supplemental disclosures pursuant to Rule 26(e), which were served upon all counsel of record.

DATED: March 6, 2024

Respectfully submitted,

AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By:  <u>/s/ Donnie M. King</u>
Donnie M. King
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
David J. Awoleke (admitted *pro hac vice*)
david.awoleke@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

75303379;1

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on March 6, 2024 which will send a notice of electronic filing to all counsel of record.

                                                  */s/Donnie M. King*
                                                  Donnie M. King

75303379;1