IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>LIMETREE BAY TERMINALS d/b/a )<br>OCEAN POINT TERMINALS; PORT )<br>HAMILTON REFINING AND )<br>TRANSPORTATION; and WEST INDIES )<br>PETROLEUM, LTD., )<br>)<br>Defendants. ) | CASE NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant West Indies Petroleum Limited, states the following:

West Indies Petroleum Limited, a St. Lucia International Business Company ("IBC"), owns 10 percent or more of the shares of West Indies Petroleum Limited (Jamaica).

West Indies Petroleum Limited (Jamaica) is organized under the laws of Jamaica with its principal place of business in Jamaica.

Respectfully submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100
Christiansted, VI 00820
TEL. (340) 773-3681

DATED: March 15, 2024        By:   /s/ Ryan C. Stutzman
                                              Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                              Attorney for West Indies Petroleum, Ltd.

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court's electronic filing system on March 15, 2024, which will send a notice of electronic filing to all counsel of record.

/s/ Ryan C. Stutzman
Ryan C. Stutzman
