IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   PLAINTIFF,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>   DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**NOTICE OF NEGOTIATED EXTENSION OF DEADLINE TO
RESPOND TO LIMETREE BAY TERMINALS'
(1) MOTION TO DISMISS PORT HAMILTON'S CROSSCLAIM AND
(2) CROSSCLAIM AGAINST PORT HAMILTON**

Now comes Port Hamilton Refining and Transportation, LLLP, through undersigned counsel, and gives notice pursuant to LRCi 6(b)(7) that co-defendant Limetree Bay Terminals, LLC has agreed to grant it until **April 4, 2024** to file:

1. It's response to Limetree Bay Terminals' motion to dismiss; and

2. It's answer to Limetree Bay Terminals' crossclaim.

              Respectfully submitted,

              **ANDREW C. SIMPSON, P.C.,**
              Counsel for Port Hamilton Refining and
              Transportation, LLLP

March 20, 2024

               /s/ Andrew C. Simpson
              By:  Andrew C. Simpson, VI Bar No. 451
              ANDREW C. SIMPSON, P.C.
              2191 Church Street, Suite 5
              Christiansted, VI 00820
              Tel: 340.719.3900
              asimpson@coralbrief.com