# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, <br><br> Plaintiff, <br><br> v. <br><br> LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., <br><br> Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

## DEFENDANT OCEAN POINT'S NOTICE OF NEGOTIATED EXTENSION OF TIME TO SUBMIT ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals (hereinafter "Ocean Point") hereby gives notice that the undersigned met and conferred with counsel for co-defendant Port Hamilton Refining and Transportation LLLP in good faith pursuant to LRCi 6.1(7) and negotiated an eleven (11) day extension of time for Ocean Point to submit its reply in support of its Motion to Dismiss [ECF No. 55], with the new deadline being April 29, 2024.

Date: April 17, 2024

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /*s/Donnie M. King*
  Donnie M. King
  Virgin Islands Bar No. 1237
  Primary e-mail: donnie.king@akerman.com
  Secondary e-mail: sharon.luesang@akerman.com
  David J. Awoleke (admitted *pro hac vice*)
  david.awoleke@akerman.com
  *Counsel for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on April 17, 2024 which will send a notice of electronic filing to all counsel of record.

                                                */s/Donnie M. King*
                                                Donnie M. King