IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## **SCHEDULING ORDER**

THIS MATTER is before the Court on the **REPORT ON PARTIES' RULE 26(f) CONFERENCE**. It is;

**ORDERED** that the parties adhere to the following schedule:

1. **Initial Disclosures**. Several parties have exchanged initial disclosures pursuant to Rule 26(a)(1). Any party that has not served initial disclosures pursuant to Rule 26(a)(1) shall do so by **August 30, 2024**.

2. **Motions to Amend Pleadings and Joinder of Parties**.

    (a)    The parties agree that any additional parties shall be joined by **September 27, 2024**; and

    (b)    All motions for leave to amend pleadings shall be filed by **October 25, 2024.**

3.    **Fact discovery, not including treating physician depositions, shall be**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PROPOSED SCHEDULING ORDER**
Page 17

**completed by July 1, 2025.**

 (a) Plaintiffs shall disclose expert witnesses and produce expert reports by **September 1, 2025**.

 (b) Defendants and Crossclaim Plaintiffs shall disclose expert witnesses and produce expert reports by **November 1, 2025**.

 (c) Rebuttal Experts to Crossclaim Plaintiff experts shall disclose expert witnesses and produce expert reports by **December 19, 2025**.

 (d) All expert depositions shall be completed by **March 1, 2026**.

4. **Pre-Trial Deadlines:**

 (a) *Pre-Trial Motions (Other than Motions in Limine).* All pre-trial motions (other than motions in limine), including dispositive motions and motions to exclude expert testimony, shall be filed by **April 15, 2026.**

 (b) *Referral to Mediation.* The parties agree to mediate this matter on or before **July 31, 2025**.

5. **Status Conferences and Hearings:**

 (a) The Parties may appear at all status conferences and hearings virtually. The Court will provide a zoom/Teams link within 24 hours of status conferences and hearings.

**SO ORDERED** this _____ day of _____, 2024.

_____
Magistrate of the District Court

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY:   /s/ *Robin P. Seila*   (al)