IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>               Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>               Defendants. | Case No. 1:23-CV-00012 |

## ORDER

**THIS MATTER** having come before the court on the Parties' Stipulation for Stipulated Confidentiality Agreement and Agreed Protective Order, and the court having been advised in its premises, it is;

**ORDERED** that the Parties' Stipulation is **GRANTED,** and further;

**ORDERED** that this Confidentiality Agreement and Agreed Protective Order is limited to pre-trial discovery only.

**IT IS FURTHER ORDERED** that if a party desires documents or information to be sealed from public records, the party must apply to the Court and demonstrate good cause for such action in accordance with Rule 26 (c).

**SO ORDERED** this _____ day of _____ 2024.

_____
Magistrate Judge of the District Court