# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **NICOLE WOOTEN,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & & TRANSPORTATION, WEST INDIES PETROLEUM LTD.,**<br><br>            **Defendants.**<br>_____ | 1:23-cv-00012-WAL-EAH |

**TO:**  Lee J. Rohn, Esq.
    Robin P. Seila Esq.
    Donnie Marcel King, Esq.
    Andrew C. Simpson, Esq.
    Ryan C. Stutzman, Esq.

## ORDER SETTING INITIAL CONFERENCE

**UPON CONSIDERATION** of the Amended Complaint filed by Plaintiff Nicole Wooten, Dkt. No. 38; the Answer filed by Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals ("Terminals"), Dkt. No. 46; the Answer filed by Defendant Port Hamilton Refining & Transportation ("PHRT"), Dkt. No. 50; the Crossclaim against Terminals filed by PHRT, Dkt. No. 51; the Answer filed by Defendant West Indies Petroleum Ltd. ("WIPL"), Dkt. No. 52; the Answer to Crossclaim and Affirmative Defenses, filed by Terminals, Dkt. No. 54; the Motion to Dismiss filed by Terminals, Dkt. No. 55; the Crossclaim Against PHRT filed by Terminals, Dkt. No. 56; and the Notice of Report on Parties' Rule 26(f) Conference and Proposed Scheduling Plan, filed in July 29, 2024, Dkt. No. 67, it is now hereby **ORDERED:**

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Order Setting Initial Conference
Page 2

1. An Initial Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is scheduled in the above-captioned matter for **Wednesday, September 11, 2024** at **10:00 a.m.** in **STX Courtroom 3**, before the U.S. Magistrate Judge. All counsel shall appear **in person**.

2. The parties shall exchange Initial Disclosures, to the extent they have not already done so, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures no later than **August 30, 2024**.

3. At the September 11, 2024 initial conference, the Court will discuss with the parties the proposed schedule in this case, as discussed in the Notice of Report on Parties' Rule 26(f) Conference and Proposed Scheduling Plan, filed in July 29, 2024. Dkt. No. 67.

ENTER:

Dated: July 29, 2024

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE