**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**NICOLE WOOTEN,**

       **Plaintiff,**

  v.

**LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & & TRANSPORTATION, WEST INDIES PETROLEUM LTD.,**

       **Defendants.**
_____

1:23-cv-00012-WAL-EAH

**TO:**   Lee J. Rohn, Esq.
        Robin P. Seila Esq.
        Donnie Marcel King, Esq.
        Andrew C. Simpson, Esq.
        Ryan C. Stutzman, Esq.

**ORDER**

    **THIS MATTER** comes before the Court on the Stipulated Confidentiality Agreement and Agreed Protective Order, filed by the parties on July 26, 2024. Dkt. No. 66.

    Having reviewed the Stipulated Confidentiality Agreement and Agreed Protective Order, it is hereby **ORDERED**:

1. The Stipulated Confidentiality Agreement and Agreed Protective Order, Dkt. No. 66, is **ACCEPTED**.

2. This Stipulated Confidentiality Agreement and Agreed Protective Order is limited to pre-trial discovery only.

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Order Setting Initial Conference
Page 2

3. If a party desires documents or information to be sealed from public records, the party must apply to the Court and demonstrate good cause for such action in accordance with Fed. R. Civ. P. 26(c).

ENTER:

Dated: July 29, 2024

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE