## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

       Plaintiff,

       v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING &
TRANSPORTATION, WEST INDIES
PETROLEUM LTD., and LIMETREE
BAY REFINERY, LLC, as a nominal
Defendant

       Defendants.

Case No.  1:23-cv-00012-WAL-EAH

## NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, by and through its undersigned counsel, intends to serve Subpoenas to Produce Documents ("Subpoenas") on the parties listed below:

1. Records Custodian, Acute Sleep Center, 902 Peach Tree Forest Terrace, Norcross, GA 30092;

2. Records Custodian, Covington Family Care and Specialty Group, 495 Winn Way, Suite 100, Decatur, GA 30030;

3. Records Custodian, Acute Alternative Medical Group, 4000 Ruby Plaza, Suite 3, Christiansted, VI 00820;

4. Records Custodian, Imaging Center PC, 4B Island Medical Center, Sunny Isle, VI 00820-4423;

5. Records Custodian, Dekalb Neurology Group, 2665 N. Decatur Road, Suite 540, Decatur, Georgia 30033;

6. Records Custodian, Pulmonary & Sleep Medicine Associates, LLP, 132 Old Norton Road, Suite 101, Fayetteville, GA 30215;

7.  Records Custodian, Governor Juan F. Luis Hospital, 4007 Estate Diamond Ruby, Christiansted, St. Croix, VI 00820;

8.  Records Custodian, Grady Memorial Hospital, 80 Jesse Hill Jr. Drive SE, Atlanta, GA 30303;

9.  Records Custodian, Grady Toxicology Clinic, 80 Jesse Hill Jr Drive SE, Atlanta, GA 30303;

10. Records Custodian, Piedmont Healthcare, 135 North Park Place, 2nd Floor, Suite 200, Stockbridge, GA 30281;

11. Sharon Johnson, PHD, 245 County Club Dr., Suite 100A, Stockbridge, GA 90281;

12. Athena Sotus-Nawar, M.D., 5635 Peachtree Pkwy, Suite 180, Norcross, GA 30092;

13. John Moseri, M.D., 1810 Moseri Road, #5116, Decatur, GA 30032;

14. Records Custodian, Blue Cross Blue Shield for Federal Employees, 750 9th Street NW, Washington, DC 20001;

15. Records Custodian, GEHA Insurance Company, 310 NE Mulberry Street, Lees Summit, MO 64086;

16. Records Custodian, Aetna Insurance Company, 151 Farmington Avenue, Hartford, CT 06156;

17. Records Custodian, United States Virgin Islands Department of Labor, Workers' Compensation Division, 4401 Sion Farm, Suite 1, Christiansted, VI 00820-4245; and

18. Georgia State Board of Workers Compensation, Attention: Copy Unit, 270 Peachtree Street, NW, Atlanta, GA 30303-1299.

True and correct copies the Subpoenas were served on all counsel of record on August 15, 2024.

2

DATED:  August 16, 2024

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/*Donnie M. King*
     Donnie M. King
     Virgin Islands Bar No. 1237
     Primary e-mail: donnie.king@akerman.com
     Secondary e-mail: sharon.luesang@akerman.com
     David J. Awoleke (admitted *pro hac vice*)
     Primary e-mail: david.awoleke@akerman.com
     Secondary e-mail: tyresa.thompson@akerman.com

     *Counsel for Defendant Limetree Bay Terminals,*
     *LLC d/b/a Ocean Point Terminals*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on

August 16, 2024, which will send a notice of electronic filing to all counsel of record.

/s/*Donnie M. King*
Donnie M. King

3