IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:23-CV-00012 |
| ) | |
| vs. ) | |
| ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a ) | |
| OCEAN POINT TERMINALS; PORT ) | |
| HAMILTON REFINING AND ) | <u>JURY TRIAL DEMANDED</u> |
| TRANSPORTATION; and WEST INDIES ) | |
| PETROLEUM, LTD., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**COMES NOW,** Defendant West Indies Petroleum Limited, through its undersigned counsel, and hereby gives notice that it has this day served counsel of record, via email, its Rule 26 Initial Disclosures.

Respectfully Submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated: August 30, 2024      By: */s/ Ryan C. Stutzman*
Ryan C. Stutzman, Esq. (VI Bar No. R2053)
Attorney for West Indies Petroleum Limited