DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>      Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

## NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, by and through its undersigned counsel, intends to serve a Subpoena to Produce Documents ("Subpoena") on the party listed below:

Records Custodian, Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., c/o The Corporation Company (Fl), Registered Agent, 410 Peachtree Parkway, Suite 4245, Cumming, GA 30041

A true and correct copy of the Subpoena was served on all counsel of record on August 30, 2024.

| | |
|---|---|
| DATED:  August 30, 2024 | **AKERMAN LLP**<br>201 East Las Olas Boulevard,<br>Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br><br>By: /*s/Donnie M. King*<br>  Donnie M. King<br>  Virgin Islands Bar No. 1237<br>  Primary e-mail: donnie.king@akerman.com<br>  Secondary e-mail: sharon.luesang@akerman.com<br>  David J. Awoleke (admitted *pro hac vice*)<br>  Primary e-mail: david.awoleke@akerman.com<br>  Secondary e-mail: tyresa.thompson@akerman.com<br><br>  *Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals* |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on August 30, 2024, which will send a notice of electronic filing to all counsel of record.

/s/Donnie M. King
Donnie M. King

2