IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:23-CV-00012 |
| ) | |
| vs. ) | |
| ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a ) | |
| OCEAN POINT TERMINALS; PORT ) | |
| HAMILTON REFINING AND ) | JURY TRIAL DEMANDED |
| TRANSPORTATION; and WEST INDIES ) | |
| PETROLEUM, LTD., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO APPEAR REMOTELY AT
THE SEPTEMBER 11, 2024 RULE 16 CONFERENCE**

**COMES NOW**, Defendant West Indies Petroleum, Ltd., and files this unopposed motion to appear remotely at the Rule 16 Conference set for September 11, 2024.

Undersigned counsel resides in St. Croix but is visiting family in the Chicago area until September 18. Undersigned counsel has an airline ticket to return to St. Croix and appear in person at the conference on September 11 (**Ex. 1**); nevertheless, it would be greatly appreciated if the Court would permit a remote appearance. All parties consent to this motion.

Respectfully submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100
Christiansted, VI  00820
TEL. (340) 773-3681

DATED:  September 4, 2024         By:    /s/ Ryan C. Stutzman
                                                        Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                        Attorney for West Indies Petroleum, Ltd.