**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Tuesday, August 27, 2024 12:32 PM
**To:** Ryan Stutzman <RStutzman@saastx.vi>
**Subject:** Your trip confirmation (ORD - STX)

American Airlines home



Issued: August 27, 2024

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **GTXEXR**

### Monday, September 9, 2024

**ORD**  AA 2341
Chicago O'Hare
**5:00 AM**

**MIA**  Seat: **31C**
Miami   Class: **Economy (O)**
**9:10 AM**  Meals: **Refreshment**

**MIA**  AA 1293
Miami
**10:51 AM**

EX. 1

**STX**
St Croix
1:46 PM

Seat: **31C**
Class: **Economy (O)**
Meals: **Refreshment**

## Wednesday, September 11, 2024

**STX**
St Croix
2:36 PM

AA 1293

**MIA**
Miami
5:36 PM

Seat: **31C**
Class: **Economy (G)**
Meals: **Refreshment**

**MIA**
Miami
7:18 PM

AA 3008

**ORD**
Chicago O'Hare
9:43 PM

Seat: **31C**
Class: **Economy (G)**
Meals: **Refreshment**

**Manage your trip**

## Your purchase

**Ryan Stutzman**
Join the AAdvantage® Program

New ticket (0012171529303)                                $537.93
[$465.00 + Taxes & carrier-imposed fees $72.93]

| | |
|---|---|
| **Total cost** | **$537.93** |

## Your payment

| | |
|---|---|
| Visa (ending <sup>Confidential</sup>) | $537.93 |

| | |
|---|---|
| **Total paid** | **$537.93** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | $40.00 | 1st bag | $35.00 |
| 2nd bag | $45.00 | 2nd bag | $45.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »   Book a car »   Buy trip insurance »   Vacations »