# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

**NICOLE WOOTEN,**

        **Plaintiff,**

   v.

**LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,**

        **Defendants.**

_____

1:23-cv-00012-WAL-EAH

**TO:**   Lee J. Rohn, Esq.
        Robin P. Seila, Esq.
        Donnie M. King, Esq.
        Andrew C. Simpson, Esq.
        Ryan C. Stutzman, Esq.

## ORDER

**THIS MATTER** comes before the Court on the "Unopposed Motion to Appear Remotely at the September 11, 2024 Rule 16 Conference," filed on September 4, 2024 by Ryan C. Stutzman, counsel for Defendant West Indies Petroleum, Ltd. ("WIPL"). Dkt. No. 73. In the motion, Attorney Stutzman states that he resides in St. Croix but is visiting family in the Chicago area until September 18, 2024. He has an airline ticket to return to St. Croix and appear in person at the September 11, 2024 initial conference in this matter, but would appreciate the Court permitting him to attend the conference remotely. *Id.* He has attached a copy of his paid airline ticket showing the Chicago-St. Croix travel itinerary to attend the

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Order
Page 2

initial conference. Dkt. No. 73-1. Attorney Stutzman represents that all parties have consented to his motion. Dkt. No. 73.

While this Court requires parties to attend initial conferences in person, and the July 29, 2024 Order setting the initial conference so provided, Dkt. No. 68, the Court will exercise its discretion under the circumstances presented here and will permit Attorney Stutzman to attend by videoconference.

Accordingly, the premises considered, it is hereby **ORDERED:**

1. The "Unopposed Motion to Appear Remotely at the September 11, 2024 Rule 16 Conference," Dkt. No. 73, is **GRANTED**.

2. Attorney Stutzman may appear at the September 11, 2024 Initial Conference, scheduled for 11:00 a.m., by videoconference. He shall contact the Clerk's Office for a videoconference link.

ENTER:

Dated: September 4, 2024         /s/ Emile A. Henderson III
                                 EMILE A. HENDERSON III
                                 U.S. MAGISTRATE JUDGE