IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>             PLAINTIFF,<br><br>   VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>             DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**PORT HAMILTON REFINING AND TRANSPORTATION, LLLP**
**NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES**

Port Hamilton Refining and Transportation, LLLP gives notice that on this date it served its initial Rule 26 disclosures on all parties.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: September 10, 2024

　　　　　　　　　　　　　　/s/ Andrew C. Simpson
　　　　　　　　　　　　By:  Andrew C. Simpson
　　　　　　　　　　　　VI Bar No. 451
　　　　　　　　　　　　ANDREW C. SIMPSON, P.C.
　　　　　　　　　　　　2191 Church Street, Suite 5
　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　Tel: 340.719.3900
　　　　　　　　　　　　asimpson@coralbrief.com