**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

                    Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS,
PORT HAMILTON REFINING &
& TRANSPORTATION,
WEST INDIES PETROLEUM LTD.,

                    Defendants.

1:23-cv-00012-WAL-EAH

TO:   Lee J. Rohn, Esq.
       Robin P. Seila, Esq.
       Donnie Marcel King, Esq.
       Andrew C. Simpson, Esq.
       Ryan C. Stutzman, Esq.

## SCHEDULING ORDER

**THIS MATTER** came before the Court on September 11, 2024 for an Initial Conference. Robin P. Seila, Esq. appeared on behalf of the Plaintiff, Nicole Wooten; Donnie Marcel King., Esq. appeared on behalf of Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals; Andrew C. Simpson, Esq. appeared on behalf of Defendant Port Hamilton Refining & Transportation; and Ryan C. Stutzman, Esq appeared by videoconference on behalf of Defendant West Indies Petroleum, Ltd.

Upon consideration of the parties' Discovery Memoranda, Dkt. Nos. 31, 34, and 35, the Report of the Rule 26(f) Planning Meeting, Dkt. No. 67, and the colloquy at the September

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Scheduling Order
Page 2

11, 2024 Initial Conference, the Court enters the following schedule, to which the parties shall adhere and by which the proceedings in the above-captioned matter shall be governed.

WHEREFORE, it is now hereby **ORDERED**:

1.    All factual discovery, including written discovery and fact witness depositions, shall be completed on or before **April 11, 2025**. The parties shall meet and confer within one week of receipt of any letter from a party requesting a meet-and-confer conference concerning a discovery issue;

2.    Any motion to amend the pleadings or to join additional parties shall be filed on or before **April 25, 2025**.

3.    Mediation shall be completed no later than **May 12, 2025** and shall be conducted pursuant to Local Rules of Civil Procedure Rule 3.2.

4.    Plaintiff's experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **June 25, 2025.**

5.    Defendants' experts and cross-claim Plaintiff experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **August 7, 2025.**

6.    Cross-claim Defendant experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **September 6, 2025.**

*Wooten v. Limetree Bay Terminals*
1:23-cv-00012-WAL-EAH
Scheduling Order
Page 3

7.    All experts' depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed no later than **October 6, 2025**. No rebuttal reports are allowed without leave of Court.

8.    All dispositive motions—including *Daubert* motions—shall be filed on or before **November 19, 2025**. No extensions for filing opposition or reply briefs are allowed without leave of Court. If no dispositive motions will be filed in the case, the parties shall file, no later than **November 12, 2025**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

9.    A status conference is scheduled for **May 16, 2025**, at **2:00 p.m.** in person before the undersigned U.S. Magistrate Judge in STX Courtroom 3.

10.    Pretrial filing deadlines and the trial date will be set by further order of the Court.

11.    Any extensions, changes, and/or modification of any dates or deadlines contained herein shall be made only for good cause and only with the Court's consent pursuant to Fed. R. Civ. P. 16(b)(4).

ENTER:


Dated: September 11, 2024            /s/ Emile A. Henderson III
                                     EMILE A. HENDERSON III
                                     U.S. MAGISTRATE JUDGE