# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>      Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

## NOTICE OF APPEARANCE

DAVID J. AWOLEKE, ESQ. of the law firm of AKERMAN LLP hereby enters his appearance as legal counsel of record on behalf of Defendant LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, LLC in the above-captioned case, and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to him at the address and/or email address listed below.

1

DATED: September 17, 2024  **AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /s/*David J. Awoleke*
    Donnie M. King
    Virgin Islands Bar No. 1237
    Primary e-mail: donnie.king@akerman.com
    Secondary e-mail: sharon.luesang@akerman.com
    David J. Awoleke (admitted *pro hac vice*)
    david.awoleke@akerman.com

   *Counsel for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

3

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on September 17, 2024 which will send a notice of electronic filing to all counsel of record.

                                                                           */s/David J. Awoleke*
                                                                           David J. Awoleke