### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

### OCEAN POINT'S NOTICE OF SERVICE OF ITS FIRST SET OF INTERROGATORIES ON CROSS-DEFENDANT PORT HAMILTON

Cross-Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of its First Set of Interrogatories on Cross-Defendant Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), by service on Port Hamilton's counsel of record, on this 4th day of October, 2024.

Dated: October 4, 2024                              Respectfully submitted,

                                                  AKERMAN LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By:  */s/ Donnie M. King*
Donnie M. King
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
David J. Awoleke
Pro Hac Vice No. PHV4456
david.awoleke@akerman.com
sharon.luesang@akerman.com

*Counsel for Plaintiff Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on October 4, 2024 which will send a notice of electronic filing to all counsel of record.

                                                */s/Donnie M. King*
                                                Donnie M. King