## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>      Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

### OCEAN POINT'S NOTICE OF SERVICE OF ITS FIRST SET OF INTERROGATORIES TO WEST INDIES PETROLEUM LIMITED

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of its First Interrogatories to Defendant West Indies Petroleum Limited.

DATED:  October 4, 2024

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /*s/Donnie M. King*
    Donnie M. King
    Virgin Islands Bar No. 1237
    Primary e-mail: donnie.king@akerman.com
    Secondary e-mail: sharon.luesang@akerman.com
    David J. Awoleke (admitted *pro hac vice*)
    david.awoleke@akerman.com
    *Counsel for Defendant Limetree Bay Terminals,*
    *LLC d/b/a Ocean Point Terminals*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on October 4, 2024 which will send a notice of electronic filing to all counsel of record.

                                                    */s/Donnie M. King*
                                                    Donnie M. King