## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

### OCEAN POINT'S NOTICE OF SERVICE OF ITS FIRST REQUEST FOR PRODUCTION ON CROSS-DEFENDANT PORT HAMILTON

Cross-Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of its First Request for Production of Documents on Cross-Defendant Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), by service on Port Hamilton's counsel of record, on this 4th day of October, 2024.

Dated:  October 4, 2024

Respectfully submitted,

AKERMAN LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
　　Donnie M. King
　　Virgin Islands Bar No. 1237
　　Primary e-mail: donnie.king@akerman.com
　　Secondary e-mail: sharon.luesang@akerman.com
　　David J. Awoleke (admitted *pro hac vice*)
　　david.awoleke@akerman.com
　　*Counsel for Defendant Limetree Bay Terminals, LLC*
　　*d/b/a Ocean Point Terminals*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that the foregoing document was filed with the Court's electronic filing system on October 4, 2024 which will send a notice of electronic filing to all counsel of record.

                                    */s/Donnie M. King*
                                    Donnie M. King