# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

## OCEAN POINT'S NOTICE OF SERVICE OF ITS FIRST REQUEST FOR PRODUCTION ON DEFENDANT WEST INDIES PETROLEUM LIMITED

Cross-Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of its First Request for Production of Documents on Defendant West Indies Petroleum Limited ("WIPL"), by service on WIPL's counsel of record, on this 4th day of October, 2024.

Dated: October 4, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AKERMAN LLP
　　　　　　　　　　　　　　　　　　201 East Las Olas Boulevard
　　　　　　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　Telephone: (954) 463-2700
　　　　　　　　　　　　　　　　　　Facsimile: (954) 463-2224

　　　　　　　　　　　　　　　By:　*/s/ Donnie M. King*
　　　　　　　　　　　　　　　　　　Donnie M. King
　　　　　　　　　　　　　　　　　　Virgin Islands Bar No. 1237
　　　　　　　　　　　　　　　　　　Primary e-mail: donnie.king@akerman.com
　　　　　　　　　　　　　　　　　　Secondary e-mail: sharon.luesang@akerman.com
　　　　　　　　　　　　　　　　　　David J. Awoleke (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　david.awoleke@akerman.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

2

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court's electronic filing system on October 4, 2024 which will send a notice of electronic filing to all counsel of record.

                                              */s/Donnie M. King*
                                              Donnie M. King