IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S EXPERT DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PORT HAMILTON REFINING AND TRANSPORTATION, LLLP

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has propounded his/her/their Expert Demand for Production of Documents to Defendant **PORT HAMILTON REFINING AND TRANSPORTATION, LLLP** through his/her/their respective counsel of record, and that said Documents were served upon the Defendant in the original.

                              RESPECTFULLY SUBMITTED
                              LEE J. ROHN AND ASSOCIATES, LLC
                              Attorneys for Plaintiff

DATED:  October 17, 2024         BY:  /s/ *Robin P. Seila*
                                                Robin P. Seila, Esq.
                                                VI Bar No. R2043
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                robin@rohnlaw.com



**Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012**
*NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S EXPERT DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PORT HAMILTON REFINING AND TRANSPORTATION, LLLP*
**Page 2**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 17, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: __/s/ *Robin P. Seila*__ (slc)