IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>         Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>         Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

**NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SET OF INTERROGATORIES TO DEFENDANT WEST INDIES PETROLEUM, LTD.**

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has propounded her First Set of Interrogatories to Defendant **WEST INDIES PETROLEUM, LTD.** through her respective counsel of record, and that said Documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  October 17, 2024

BY:   /s/ *Robin P. Seila*
      Robin P. Seila, Esq.
      VI Bar No. R2043
      1108 King Street, Suite 3 (mailing)
      56 King Street, Third Floor (physical)
      Christiansted, St. Croix
      U.S. Virgin Islands 00820
      Telephone: (340) 778-8855
      robin@rohnlaw.com



**Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012**
<u>**NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SET OF INTERROGATORIES TO DEFENDANT WEST INDIES PETROLEUM, LTD.**</u>
**Page 2**

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 17, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*___ (slc)