IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendants. | Case No. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT WEST INDIES PETROLEUM, LTD.

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has propounded her First Demand for Production of Documents to Defendant **WEST INDIES PETROLEUM, LTD.** through her respective counsel of record, and that said Documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: October 17, 2024         BY: __/s/ Robin P. Seila__
                                Robin P. Seila, Esq.
                                VI Bar No. R2043
                                1108 King Street, Suite 3 (mailing)
                                56 King Street, Third Floor (physical)
                                Christiansted, St. Croix
                                U.S. Virgin Islands 00820
                                Telephone: (340) 778-8855
                                robin@rohnlaw.com



**Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012**
<u>*NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT WEST INDIES PETROLEUM, LTD.*</u>
**Page 2**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 17, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ____/s/ *Robin P. Seila*_____ (slc)