IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

              Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

              Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S EXPERT
DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LIMETREE
BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS**</u>

    **PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has propounded her Expert Demand for Production of Documents to Defendant **LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS** through her respective counsel of record, and that said Documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  October 17, 2024

BY:   _/s/ Robin P. Seila_
     Robin P. Seila, Esq.
     VI Bar No. R2043
     1108 King Street, Suite 3 (mailing)
     56 King Street, Third Floor (physical)
     Christiansted, St. Croix
     U.S. Virgin Islands 00820
     Telephone: (340) 778-8855
     robin@rohnlaw.com



**Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012**
***NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S EXPERT DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS***
**Page 2**

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on October 17, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

 All counsel of record.


BY: ___/s/ *Robin P. Seila*_____(slc)