IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIMETREE BAY TERMINALS d/b/a ) <br> OCEAN POINT TERMINALS; PORT ) <br> HAMILTON REFINING AND ) <br> TRANSPORTATION; and WEST INDIES ) <br> PETROLEUM, LTD., ) <br> ) <br> Defendants. ) | CASE NO. 1:23-CV-00012 <br><br> ACTION FOR DAMAGES <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

**COMES NOW,** Defendant West Indies Petroleum Limited, through its undersigned counsel, and hereby gives notice that it has this day served counsel of record, via email, its (1) First Set of Interrogatories to Plaintiff; (2) First Set of Interrogatories to Limetree Bay Terminals d/b/a Ocean Point Terminals; (3) First Set of Interrogatories to Port Hamilton Refining and Transportation; (4) Request for Production of Documents to Plaintiff; (5) Request for Production of Documents to Limetree Bay Terminals d/b/a Ocean Point Terminals; (6) Request for Production of Documents to Port Hamilton Refining and Transportation, LLLP; (7) Requests for Admissions to Plaintiff; (8) Requests for Admissions to Limetree Bay Terminals d/b/a Ocean Point Terminals; and (9) Requests for Admissions to Port Hamilton Refining and Transportation, LLLP..

                                                  Respectfully Submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated:  October 31, 2024        By: */s/ Ryan C. Stutzman*
                                                   Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                   Attorney for West Indies Petroleum Limited