IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S RESPONSES TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has served her Response to Defendant **LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S** Interrogatories through her respective counsel of record, and that said Documents were served upon the Defendant.

               RESPECTFULLY SUBMITTED
               LEE J. ROHN AND ASSOCIATES, LLC
               Attorneys for Plaintiff

DATED: November 22, 2024   BY: __/s/ Robin P. Seila____
               Robin P. Seila, Esq.
               VI Bar No. R2043
               1108 King Street, Suite 3 (mailing)
               56 King Street, Third Floor (physical)
               Christiansted, St. Croix
               U.S. Virgin Islands 00820
               Telephone: (340) 778-8855
               robin@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 2

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on November 22, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

Donnie King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**

Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820

Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**

Ryan C. Stutzman Esq.
CSA Associates, P.C.
1138 King Street
Suite 100
Christiansted, VI 00820

Attorney for **West Indies Petroleum, Ltd.**

BY: ___/s/ Robin P. Seila_____(al)