### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, | ) |
|       Plaintiff, | ) CASE NO. 1:23-CV-00012 |
| vs. | ) |
| | ) ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS; PORT HAMILTON REFINING AND TRANSPORTATION; and WEST INDIES PETROLEUM, LTD., | ) JURY TRIAL DEMANDED |
|       Defendants. | ) |

### NOTICE OF SERVICE

**COMES NOW,** Defendant West Indies Petroleum Limited, through its undersigned counsel, and hereby gives notice that it has this day served counsel of record, via email, its (1) Responses and Objections to Plaintiff's First Set of Interrogatories; (2) Responses and Objections to Plaintiff's First Request for Production; and (3) Responses and Objections to Plaintiff's Expert Demand for Production of Documents.

Respectfully Submitted,

**CSA Associates, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated: November 26, 2024     By: /s/ Ryan C. Stutzman
Ryan C. Stutzman, Esq. (VI Bar No. R2053)
Attorney for West Indies Petroleum Limited