IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>  Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>  Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S INTERROGATORIES

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has served her Response to Defendant **WEST INDIES PETROLEUM, LTD.'S** Interrogatories through her respective counsel of record, and that said Documents were served upon the Defendant.

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiff

DATED:  November 22, 2024          BY:  \_\_/s/ Robin P. Seila\_\_\_\_
                                                  Robin P. Seila, Esq.
                                                  VI Bar No. R2043
                                                  1108 King Street, Suite 3 (mailing)
                                                  56 King Street, Third Floor (physical)
                                                  Christiansted, St. Croix
                                                  U.S. Virgin Islands 00820
                                                  Telephone: (340) 778-8855
                                                  robin@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S INTERROGATORIES**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on November 22, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: __/s/ Robin P. Seila_____(al)