IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S DEMAND FOR PRODUCTION OF DOCUMENTS</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE S WOOTEN** has served her Responses to Defendant's Demand for Production of Documents, through her respective counsel of record, and that any Documents referenced were served upon the Defendants.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED: December 5, 2024　　　BY: /s/ *Robin P. Seila*
　　　　　　　　　　　　　　　　　Robin P. Seila, Esq.
　　　　　　　　　　　　　　　　　VI Bar No. R2043
　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　robin@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S DEMAND FOR PRODUCTION OF DOCUMENTS**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ____/s/ *Robin P. Seila*_____(al)