IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD'S REQUEST FOR ADMISSIONS

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE S WOOTEN** has filed her Response to Defendant **WEST INDIES PETROLEUM, LTD'S** Request for Admissions through his/her/their respective counsel of record, and that said Documents were served upon the Defendant.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED:  December 5, 2024　　　BY:  　/s/ *Robin P. Seila*　
　　　　　　　　　　　　　　　　Robin P. Seila, Esq.
　　　　　　　　　　　　　　　　VI Bar No. R2043
　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　robin@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD'S REQUEST FOR ADMISSIONS**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

all counsel of record

BY: ___/s/ *Robin P. Seila*___(al)