DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br>              Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br>              Defendants. | Case No.: 1:23-cv-00012-WAL-EAH |

### OCEAN POINT'S NOTICE OF SERVICE OF ITS RESPONSES AND OBJECTIONS TO PLAINTIFF NICOLE WOOTEN'S FIRST SET OF WRITTEN DISCOVERY REQUESTS ON PLAINTIFF

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of the following documents, by service on Plaintiff Nicole Wooten's counsel of record, on the 18th day of December, 2024:

1. Ocean Point's Responses and Objections to Plaintiff's First Request for Production of Documents

2. Ocean Point's Responses and Objections to Plaintiff's Expert Demand for Production of Documents

3. Ocean Point's Verified Responses and Objections to Plaintiff's First Set of Interrogatories

2

Date:  December 19, 2024

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /*s/Donnie M. King*
Donnie M. King
Virgin Islands Bar No. 1237
Primary e-mail: donnie.king@akerman.com
Secondary e-mail: sharon.luesang@akerman.com
*Counsel for Defendant Limetree Bay Terminals,*
*LLC d/b/a Ocean Point Terminals*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2024, a true and accurate copy of the foregoing was served via email on all attorneys of record.

/s/Donnie M. King
Donnie M. King