## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>   Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

## NOTICE OF SERVICE

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, through its undersigned counsel, hereby gives notice that on this 14th day of January, 2025, it served, via email on counsel for West Indies Petroleum Ltd., its (1) Responses and Objections to Defendant West Indies Petroleum Ltd.'s First Set of Interrogatories, dated October 31, 2024; (2) Responses and Objections to Defendant West Indies Petroleum Ltd.'s First Demand for Production of Documents, dated October 31, 2024; and (3) Responses and Objections to Defendant West Indies Petroleum Ltd.'s Requests for Admissions, dated October 31, 2024.

DATED:  January 14, 2025

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /*s/Donnie M. King*
   Donnie M. King
   Virgin Islands Bar No. 1237
   Primary e-mail: donnie.king@akerman.com
   Secondary e-mail: sharon.luesang@akerman.com
   *Counsel for Defendant Limetree Bay Terminals,*
   *LLC d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of January, 2025, a true and accurate copy of the foregoing was served via email on all attorneys of record.

/s/Donnie M. King  
Donnie M. King
