IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S DEMAND FOR PRODUCTION OF DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has filed her First Supplemental Response to Defendant **LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'** Demand for Production of Documents, through his/her/their respective counsel of record, and that any Documents referenced were served upon the Defendant.



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S DEMAND FOR PRODUCTION OF DOCUMENTS**
Page 2

  RESPECTFULLY SUBMITTED

             LEE J. ROHN AND ASSOCIATES, LLC
             Attorneys for Plaintiff

DATED: January 22, 2025    BY: /s/ *Robin P. Seila*
             Robin P. Seila, Esq.
             VI Bar No. R2043
             1108 King Street, Suite 3 (mailing)
             56 King Street, Third Floor (physical)
             Christiansted, St. Croix
             U.S. Virgin Islands 00820
             Telephone: (340) 778-8855
             robin@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S DEMAND FOR PRODUCTION OF DOCUMENTS**
Page 3

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 22, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

all counsel of record.

BY: ___/s/ *Robin P. Seila*___ (al)