**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

               Plaintiff,

        v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, WEST INDIES
PETROLEUM LTD.

           Defendants.

Civil Action No.: 1:23-cv-00012

## ORDER FOR ADMISSION PRO HAC VICE OF REGINALD E. JANVIER, ESQ.

THIS MATTER CAME before the Court on the Motion for Admission *Pro Hac Vice of* Reginald E. Janvier in this matter.  The Court being fully advised in the premises, it is hereby ORDERED that the motion is GRANTED;

It is further ORDERED that Reginald E. Janvier, Esq. is admitted *pro hac vice* to appear and participate as co-counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals.

DONE AND SO ORDERED this _____day of _____, 2025.

_____
JUDGE OF THE U.S. DISTRICT COURT