# Exhibit B

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that _____Eric Dewone Coleman_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 26, 2014_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____February 5, 2025_____ with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*
Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama