## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>  Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, WEST INDIES PETROLEUM LTD.<br><br>  Defendants. | Civil Action No.: 1:23-cv-00012 |

### ORDER FOR ADMISSION PRO HAC VICE OF ERIC D. COLEMAN, ESQ.

THIS MATTER CAME before the Court on the Motion for Admission Pro Hac Vice of Eric D. Coleman in this matter. The Court being fully advised in the premises, it is hereby ORDERED that the motion is GRANTED;

It is further ORDERED that Eric D. Coleman, Esq. is admitted pro hac vice to appear and participate as co-counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals.

DONE AND SO ORDERED this _____ day of _____, 2025.

_____
JUDGE OF THE U.S. DISTRICT COURT