IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S SECOND DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PORT HAMILTON REFINING AND TRANSPORTATION

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has propounded her Second Demand for Production of Documents to Defendant **PORT HAMILTON REFINING AND TRANSPORTATION** through her respective counsel of record, and that said Documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  February 5, 2025

BY:   /s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Lee@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
*NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S SECOND DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PORT HAMILTON REFINING AND TRANSPORTATION*
Page 2

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 5, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

Donnie King, Esq.
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**

Andrew C. Simpson, Esq.
2191 Church Street, Suite 5
Christiansted, VI 00820
Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**

Ryan C. Stutzman Esq.
1138 King Street
Suite 100
Christiansted, VI 00820
Attorney for **West Indies Petroleum, Ltd.**

BY: /s/ *Lee J. Rohn* (slc)