## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>   Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

### NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, by and through its undersigned counsel, intends to serve Subpoenas to Produce Documents ("Subpoenas") on the parties listed below:

- Adebowale Opeyemi Akintayo, M.D.
- Adrienne D. White, LPC
- Carlette Graham, P.C.
- David Olson, M.D.
- Fadi Rabih, M.D.
- Glenn Parris, M.D.
- Grace Q. Chai, M.D., LLC
- Patrick E Gilliland, LMFT
- Steven Lindsey, P.C.

- Thomas Chacko M.D., P.C.

A true and correct copy of each Subpoena was served on all counsel of record on February 10, 2025.

DATED: February 10, 2025

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/*Donnie M. King*
   Donnie M. King
   Virgin Islands Bar No. 1237
   Primary e-mail: donnie.king@akerman.com
   Secondary e-mail: sharon.luesang@akerman.com
   Reginald E. Janvier (admitted *pro hac vice*)
   Primary e-mail: reginald.janvier@akerman.com
   Secondary e-mail: tyresa.thompson@akerman.com

   *Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

3

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on February 10, 2025, which will send a notice of electronic filing to all counsel of record.

                                                */s/Donnie M. King*
                                                Donnie M. King