IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

          Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

          Defendants.

Case No. 1:23-CV-00012


**ACTION FOR DAMAGES**


<u>JURY TRIAL DEMANDED</u>

## NOTICE OF WITHDRAWAL OF MOTION

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files Plaintiff's Notice of Withdrawal of the Third Motion to Amend the Complaint filed on February 19, 2025, **ECF Document # 114**. Plaintiff's Third Motion to Amend the Complaint contained the incorrect case number in her proposed Third Amended Complaint. Plaintiff will re-file her Motion to Amend the Complaint with the correct case number.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  February 21, 2025

BY:  /s/ *Lee J. Rohn*
    Lee J. Rohn, Esq.
    VI Bar No. 52
    1108 King Street, Suite 3 (mailing)
    56 King Street, Third Floor (physical)
    Christiansted, St. Croix
    U.S. Virgin Islands 00820
    Telephone: (340) 778-8855
    lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF WITHDRAWAL**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Donnie King
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**

Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820

Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**

Ryan C. Stutzman Esq.
1138 King Street
Suite 100
Christiansted, VI 00820

Attorney for **West Indies Petroleum, Ltd.**

BY: ___/s/*Lee J. Rohn*_____ (al)