DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br>               Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br>               Defendants. | Case No.: 1:23-cv-00012-WAL-EAH |

**OCEAN POINT'S NOTICE OF SERVICE OF ITS
AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NICOLE
WOOTEN'S FIRST SET OF WRITTEN DISCOVERY REQUESTS**

Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals hereby gives notice of service of the following documents, by service on Plaintiff Nicole Wooten's counsel of record, on the 21st day of February, 2025:

1. Ocean Point's Amended Responses and Objections to Plaintiff Nicole Wooten's First Set of Interrogatories; and

2. Ocean Point's Amended Responses and Objections to Plaintiff Nicole Wooten's First Demand for Production of Documents;

Date: February 21, 2025

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224


By: /*s/Donnie M. King*
Donnie M. King
Virgin Islands Bar No. 1237
Primary e-mail: donnie.king@akerman.com
Secondary e-mail: sharon.luesang@akerman.com
Reginald E. Janvier (admitted *pro hac vice*)
Primary e-mail: reginald.janvier@akerman.com
Secondary e-mail: tyresa.thompson@akerman.com

*Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2025, a true and accurate copy of the foregoing was served via email on all attorneys of record.

/s/Donnie M. King
Donnie M. King
