IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

                  Plaintiff,

     v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

                  Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>NOTICE OF WITHDRAWAL OF THE PENDING THIRD AMENDED COMPLAINT</u>

**COMES NOW** Plaintiff by and through undersigned counsel and hereby files Plaintiff's Notice of Withdrawal of the Pending Third Motion to Amend the Complaint, filed on February 21, 2025, **ECF Document # 116**. Plaintiff intends to re-file a Third Amended Complaint once further changes are finalized.

            RESPECTFULLY SUBMITTED
            LEE J. ROHN AND ASSOCIATES, LLC
            Attorneys for Plaintiff

DATED:  February 28, 2025     BY:  _/s/ Lee J. Rohn_____
                              Robin P. Seila, Esq.
                              VI Bar No. 52
                              1108 King Street, Suite 3 (mailing)
                              56 King Street, Third Floor (physical)
                              Christiansted, St. Croix
                              U.S. Virgin Islands 00820
                              Telephone: (340) 778-8855
                              lee@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF WITHDRAWAL OF THE PENDING THIRD AMENDED COMPLAINT**
Page 2

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on February 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Lee J. Rohn*_____ (al)