DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>       Plaintiff,<br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>       Defendants. | Civil Action No.: 1:23-cv-00012 |

## NOTICE OF APPEARANCE

REGINALD E. JANVIER, ESQ. of the law firm of AKERMAN LLP hereby enters his appearance as legal counsel of record on behalf of Defendant LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, LLC in the above-captioned case, and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to him at the address and/or email address listed below.

DATED: March 5, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Reginald E. Janvier*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

**Eric D. Coleman** (*pro hac vice* pending)
**AKERMAN LLP**
999 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Telephone: (404) 733-9800
Facsimile: (404) 733-9898
eric.coleman@akerman.com
lauren.chang-williams@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on March 5, 2025 which will send a notice of electronic filing to all counsel of record.

                                                   */s/ Reginald E. Janvier*
                                                  Reginald E. Janvier, Esq.