**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **NICOLE WOOTEN,**<br><br>                   **Plaintiff,**<br><br>    v.<br><br>**LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION; WEST INDIES PETROLEUM, LTD.; LIMETREE BAY REFINERY, LLC,**<br><br>                   **Defendants.**<br>_____ | 1:23-cv-00012-WAL-EAH |

**TO:**   Lee J. Rohn, Esq.                              Donnie Marcel King, Esq.
       Jennifer Sue Koockogey, Esq.            Andrew C. Simpson, Esq.
       Robin P. Seila, Esq.                         Ryan C. Stuztman, Esq.
       David Awoleke, Esq.                        Reginald E. Janvier, Esq.

<u>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**</u>

**THIS MATTER** comes before the Court upon the Motion for Admission *Pro Hac Vice* of Attorney Eric D. Coleman. Dkt. No. 109. Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals seeks the admission of Eric D. Coleman, Esq., to appear and participate as co-counsel for said Defendant in the above-captioned matter. Said Defendant and Attorney Coleman have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Whittington v. Limetree Bay Refining, LLC*
1:21-cv-00315-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

The record shows that Eric D. Coleman currently is an attorney in good standing in the States of Florida and Alabama. Attorney Coleman's Florida bar number is 124963. His Alabama bar number is 1401U46G.

Attorney Coleman is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Eric D. Coleman, Dkt. No. 109, is **GRANTED**;

2. Eric D. Coleman, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Eric D. Coleman, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Eric D. Coleman, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: March 11, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE