IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>**JURY TRIAL DEMANDED**</u> |

## <u>NOTICE OF DEPOSITION OF CATHERINE ELIZEE</u>

TO:

    Glenda L. Lake, Clerk of the Court
    District Court of the V.I.

    Donnie King
    201 East Las Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Reginald E. Janvier, Esq.
    201 East Los Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

    Andrew C. Simpson
    2191 Church Street, Suite 5
    Christiansted, VI 00820
    Attorney for Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation

    Ryan C. Stutzman Esq.
    1138 King Street
    Suite 100
    Christiansted, VI 00820
    Attorney for West Indies Petroleum, Ltd.



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF DEPOSITION OF FERMIN RODRIQUEZ**
Page 2

    Susan Nissman-Coursey
    Caribbean Scribes, Inc.
    1244 Queen Cross Street, Suite 1A
    Christiansted, VI 00820

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32 Plaintiff, by and through undersigned counsel, will take the oral examination of **CATHERINE ELIZEE** on **April 11, 2025 at 9:00 a.m. AST** at **Lee J. Rohn and Associates 1108 King Street Christiansted VI 00820** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. This deposition may be recorded by stenographic, voice, and/or audio/video means. If the deposition officer is attending remotely, the parties agree to the remote administration of the oath.

                                      RESPECTFULLY SUBMITTED
                                      LEE J. ROHN AND ASSOCIATES, LLC
                                      Attorneys for Plaintiff

DATED:  March 26, 2025          BY:   /s/ *Robin P. Seila*
                                                   Robin P. Seila, Esq.
                                                   VI Bar No. R2043
                                                   1108 King Street, Suite 3 (mailing)
                                                   56 King Street, Third Floor (physical)
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   Telephone: (340) 778-8855
                                                   robin@rohnlaw.com

**CERTIFICATE OF SERVICE**

     **THIS IS TO CERTIFY** that on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

*/s/Robin P. Seila*