IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

<u>**FIRST AMENDED SCHEDULING ORDER**</u>

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Extension of Deadlines, and the Court having been advised in its premises, it is;

**ORDERED** that Parties' Motion is **GRANTED**, and further;

**ORDERED** that the Parties adhere to the following remaining deadlines in this matter:

**1.　　FACTUAL DISCOVERY**

Written discovery is complete.[8]

Fact witness depositions shall be completed by **July 3, 2025**, and the Parties have set aside the following dates for depositions April 11, 14, 15, 30, May 1, 2, 12, June 2-4, 23-27, July 1-2.

The following depositions will be taken: PHRT 30(b)(6), Limetree Bay 30(b)(6), WIPL 30(b)(6), Fermin Rodriguez; the Plaintiff, Curtis Green, Jeff Charles, Mark Johansen, Stewart Tanner, Cecil Sweeny, Catherine Elizee John

---

8 The Parties understand that they have a continuing duty to supplement their disclosures as discovery continues.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**FIRST AMENDED SCHEDULING ORDER**
Page 2

Peacock, Christine Goodrich, Gissell Lopez (CBP), and JP Thomas, Royal Smith, Royal Smith, Latoya Skrine, Maye Wade. Additional depositions will be taken based on the information obtained from the pre-designated deponents.

2. **MEDIATION**

   Mediation shall be completed no later than **August 29, 2025**.

3. **PLAINTIFF'S EXPERT DISCLOSURES**

   Plaintiff's expert disclosures pursuant to Federal Rules of Civil Procedure 26(a) (2) shall be submitted by **October 17, 2025**.

4. **DEFENDANTS' and CROSS-CLAIM PLAINTIFFS' EXPERT DISCLOSURES**

   Defendants and Cross-claim Plaintiffs' expert disclosures pursuant to Federal Rules of Civil Procedure 26(a) (2) shall be submitted by **December 31, 2025**.

5. **CROSS-CLAIM DEFENDANTS' REBUTTAL EXPERT DISCLOSURES**

   Cross-claim Defendants' rebuttal expert disclosures pursuant to Federal Rules of Civil Procedure 26(a) (2) shall be submitted by **January 31, 2026**.

6. **EXPERT DEPOSITIONS**

   Expert depositions shall be completed by **March 15, 2026**.[9]

7. **MOTIONS**

   All dispositive motions shall be filed by **May 1, 2026.** If no dispositive motions will be filed, then the parties shall file a joint notice stating that the parties have not filed and do not intend to file any dispositive motions by **May 1, 2026.**

8. **STATUS CONFERENCE**

   The status conference set for May 16, 2025 is continued to _____.

9. **TRIAL DATE**

---

[9] Depositions of treating physicians shall be included in this deadline.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**FIRST AMENDED SCHEDULING ORDER**
Page 3

      A trial date will be scheduled by the Court.

All previously ordered dates are hereby **VACATED**.

      **SO ORDERED** this _____ day of _____ 2025.

 

_____
Magistrate of the District Court