IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendant. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>**JURY TRIAL DEMANDED**</u> |

## **NOTICE OF DEPOSITION OF FERMIN RODRIQUEZ**

TO:

    Glenda L. Lake, Clerk of the Court
    District Court of the V.I.

    Donnie King
    201 East Las Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Reginald E. Janvier, Esq.
    201 East Los Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

    Andrew C. Simpson
    2191 Church Street, Suite 5
    Christiansted, VI 00820
    Attorney for Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation

    Ryan C. Stutzman Esq.
    1138 King Street
    Suite 100
    Christiansted, VI 00820
    Attorney for West Indies Petroleum, Ltd.



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF DEPOSITION OF FERMIN RODRIQUEZ**
Page 2

>Susan Nissman-Coursey
>Caribbean Scribes, Inc.
>1244 Queen Cross Street, Suite 1A
>Christiansted, VI 00820

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32 Plaintiff, by and through undersigned counsel, will take the oral examination of **FERMIN RODRIQUEZ** on **April 15, 2025 at 11:00 a.m. AST** at **Lee J. Rohn and Associates 1108 King Street Christiansted VI 00820** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. This deposition may be recorded by stenographic, voice, and/or audio/video means. If the deposition officer is attending remotely, the parties agree to the remote administration of the oath.

>RESPECTFULLY SUBMITTED
>LEE J. ROHN AND ASSOCIATES, LLC
>Attorneys for Plaintiff

DATED: April 9, 2025         BY:   /s/ *Robin P. Seila*
>Robin P. Seila, Esq.
>VI Bar No. R2043
>1108 King Street, Suite 3 (mailing)
>56 King Street, Third Floor (physical)
>Christiansted, St. Croix
>U.S. Virgin Islands 00820
>Telephone: (340) 778-8855
>robin@rohnlaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on April 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

*/s/Robin P. Seila*