## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>          Plaintiff,<br><br>     v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>          Defendants. | Civil Action No.: 1:23-cv-00012 |

## **NOTICE OF APPEARANCE**

ERIC D. COLEMAN, ESQ. of the law firm of AKERMAN LLP hereby enters his appearance as legal counsel of record on behalf of Defendant LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, LLC in the above-captioned case, and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to him at the address and/or email address listed below.

DATED: April 10, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Eric D. Coleman*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

**Eric D. Coleman** (admitted *pro hac vice*)
**AKERMAN LLP**
999 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Telephone: (404) 733-9800
Facsimile: (404) 733-9898
eric.coleman@akerman.com
lauren.chang-williams@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on April 10, 2025 which will send a notice of electronic filing to all counsel of record.

                                                  */s/ Eric D. Coleman*
                                                  Eric D. Coleman