IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendant. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## NOTICE OF DEPOSITION OF JEFF CHARLES

TO: Glenda L. Lake, Clerk of the Court
   District Court of the V.I.

   Donnie King
   201 East Las Olas Boulevard, Suite 1800
   Fort Lauderdale, FL 33301

   Reginald E. Janvier, Esq.
   201 East Los Olas Boulevard, Suite 1800
   Fort Lauderdale, FL 33301
   Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

   Andrew C. Simpson
   2191 Church Street, Suite 5
   Christiansted, VI 00820
   Attorney for Port Hamilton Refining and Transportation Port Hamilton
   Refining and Transportation

   Ryan C. Stutzman Esq.
   1138 King Street
   Suite 100
   Christiansted, VI 00820
   Attorney for West Indies Petroleum, Ltd.

   Susan Nissman-Coursey



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF DEPOSITION OF JEFF CHARLES**
Page 2

      Caribbean Scribes, Inc.
      1244 Queen Cross Street, Suite 1A
      Christiansted, VI 00820

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32 Plaintiff, by and through undersigned counsel, will take the oral examination of **JEFF CHARLES on April 14, 2025 at 12:00 p.m. at Lee J. Rohn and Associates 1108 King Street Christiansted VI 00820** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition.

This deposition is being taken for use as evidence and/or trial purposes, and will be continued from day to day until completed. This deposition may be recorded by stenographic, voice, and/or audio/video means. If the deposition officer or witness is attending remotely, the parties agree to the remote administration of the oath.

                                        RESPECTFULLY SUBMITTED
                                        LEE J. ROHN AND ASSOCIATES, LLC
                                        Attorneys for Plaintiff

DATED: April 11, 2025              BY:   /s/ *Robin P. Seila*
                                              Robin P. Seila, Esq.
                                              VI Bar No. R2043
                                              1108 King Street, Suite 3 (mailing)
                                              56 King Street, Third Floor (physical)
                                              Christiansted, St. Croix
                                              U.S. Virgin Islands 00820
                                              Telephone: (340) 778-8855
                                              robin@rohnlaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on April 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: /s/ *Robin P. Seila*  (gf)