IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        PLAINTIFF,<br><br>VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>        DEFENDANTS. | CASE NO. 1:23-CV-00012 |

NOTICE OF DEPOSITION OF NICOLE WOOTEN

TO:   Robin Seila
        Lee J. Rohn and Associates, LLC
        56 King Street, Third Floor
        Christiansted, St. Croix
        U.S. Virgin Islands 00820

        Susan Nissman-Coursey
        Caribbean Scribes
        scoursey27@gmail.com
        susan@caribbeanscribes.com

    Please take notice that pursuant to Rules 26, 30 and 32 of the Virgin Islands Rules of Civil Procedure, Defendant Port Hamilton Refining and Transportation, LLLP (PHRT) will take the deposition of Plaintiff, Nicole Wooten, in person, on Monday, May 19, commencing at 10:00 a.m. AST, at the Law Offices of Andrew C. Simpson, P.C., 2191 Church Street, Ste. 5, Christiansted, VI 00820, telephone number (340) 719-3900. This deposition will be taken before an officer authorized to administer oaths and take

1

testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure and will be taken for use as evidence and/or trial purposes. This deposition may be videotaped to use as evidence and/or trial purposes and may be continued from day to day until completed.

          Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: April 25, 2025

   /s/ Andrew C. Simpson
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com