**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br><br>      v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>      Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

**NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY**
**AT DEPOSITION IN A CIVIL ACTION**

PLEASE TAKE NOTICE that Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, by and through its undersigned counsel, intends to serve a Subpoena to Testify at Deposition in a Civil Action ("Subpoena") on the party listed below:

    George M. Williams, Jr.
    5329 Citrus Blvd.,
    Apartment H247
    River Ridge LA 70123

A true and correct copy of the Subpoena was served on all counsel of record on April 28, 2025.

77673616;1

DATED: April 28, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com
lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on April 28, 2025 which will send a notice of electronic filing to all counsel of record.

                                             */s/ Donnie M. King*
                                             Donnie M. King, Esq.