IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendant. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF DEPOSITION OF CHRISTINE GOODRICH

TO:    Glenda L. Lake, Clerk of the Court
          District Court of the V.I.

          Donnie King
          201 East Las Olas Boulevard, Suite 1800
          Fort Lauderdale, FL 33301

          Reginald E. Janvier, Esq.
          201 East Los Olas Boulevard, Suite 1800
          Fort Lauderdale, FL 33301
          Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

          Andrew C. Simpson
          2191 Church Street, Suite 5
          Christiansted, VI 00820
          Attorney for Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation

          Ryan C. Stutzman Esq.
          1138 King Street
          Suite 100
          Christiansted, VI 00820
          Attorney for West Indies Petroleum, Ltd.

          Susan Nissman-Coursey



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF DEPOSITION OF CHRISTINE GOODRICH**
Page 2

        Caribbean Scribes, Inc.
        1244 Queen Cross Street, Suite 1A
        Christiansted, VI 00820

**PLEASE TAKE NOTICE** that pursuant to Virgin Islands Rules of Civil Procedure 26, 30 and 32 Federal Rules of Civil Procedure 26, 30 and 32 Plaintiff, by and through undersigned counsel, will take the oral examination of **CHRISTINE GOODRICH on May 20, 2025 at 8:30 a.m. AT/ET via ZOOM** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition.

This deposition is being taken for use as evidence and/or trial purposes, and will be continued from day to day until completed. This deposition will be recorded by stenographic, voice, and/or audio/video means and will be zoom video recorded. If the deposition officer or witness is attending remotely, the parties agree to the remote administration of the oath.

        RESPECTFULLY SUBMITTED
        LEE J. ROHN AND ASSOCIATES, LLC
        Attorneys for Plaintiff

DATED: May 6, 2025        BY:   /s/ *Robin P. Seila*
                                           Robin P. Seila, Esq.
                                           VI Bar No. R2043
                                           1108 King Street, Suite 3 (mailing)
                                           56 King Street, Third Floor (physical)
                                           Christiansted, St. Croix
                                           U.S. Virgin Islands 00820
                                           Telephone: (340) 778-8855
                                           robin@rohnlaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: /s/ *Robin P. Seila*   (gf)