# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-00012 |

## CROSS-NOTICE OF DEPOSITION OF NICOLE WOOTEN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the deposition of **PLAINTIFF NICOLE WOOTEN** on **Monday, May 19, 2025,** beginning at **10:00 a.m. (AST),** at the **Law Offices of Andrew C. Simpson, P.C., 2191 Church Street, Suite 5, Christiansted, VI 00820, telephone number (340) 719-3900.**

The deposition will be taken upon oral examination before an officer authorized to administer oaths and take testimony in the U.S. Virgin Islands and will be videotaped.

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

DATED: May 12, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/ *Donnie M. King*
    **Donnie M. King**
    Virgin Islands No. 1237
    donnie.king@akerman.com
    tyresa.thompson@akerman.com
    **Eric D. Coleman** (admitted *pro hac vice*)
    eric.coleman@akerman.com
    lauren.chang-williams@akerman.com
    **Reginald E. Janvier** (admitted *pro hac vice*)
    reginald.janvier@akerman.com
    sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals*

3

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on May 12, 2025 which will send a notice of electronic filing to all counsel of record.

>  */s/ Donnie M. King*
>  Donnie M. King, Esq.