IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>         PLAINTIFF,<br><br>    VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>         DEFENDANTS. | CASE NO. 1:23-CV-00012 |

AMENDED NOTICE OF DEPOSITION OF NICOLE WOOTEN
(LOCATION CHANGE ONLY)

TO:   Robin Seila
      Lee J. Rohn and Associates, LLC
      56 King Street, Third Floor
      Christiansted, St. Croix
      U.S. Virgin Islands 00820

   Please take notice that pursuant to Rules 26, 30 and 32 of the Virgin Islands Rules of Civil Procedure, Defendant Port Hamilton Refining and Transportation, LLLP (PHRT) will take the deposition of Plaintiff, Nicole Wooten, in person, on Monday, May 19, commencing at 10:00 a.m. AST, at the offices of Akerman LLP, 999 Peachtree Street NE, Suite 1700, Atlanta, GA 30309, telephone number (404) 733.9800, and via Zoom at: https://proceedings.veritext.com/?token=d21fabb4a67c156635cd4e9caf4d58cc. This deposition will be taken before an officer authorized to administer oaths and take testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure and will be

1

taken for use as evidence and/or trial purposes. This deposition may be videotaped to use as evidence and/or trial purposes and may be continued from day to day until completed.

                                                   Respectfully submitted,

                                                   **ANDREW C. SIMPSON, P.C.,**
                                                   Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: May 13, 2025

                                                       /s/ Andrew C. Simpson
                                                 By: Andrew C. Simpson, Esq.
                                                 VI Bar No. 451
                                                 ANDREW C. SIMPSON, P.C.
                                                 2191 Church Street, Suite 5
                                                 Christiansted, VI 00820
                                                 Tel: 340.719.3900
                                                 asimpson@coralbrief.com