# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>    Defendants. | Civil Action No.: 1:23-cv-00012 |

## AMENDED CROSS-NOTICE OF DEPOSITION OF NICOLE WOOTEN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the deposition of **PLAINTIFF NICOLE WOOTEN** on **Monday, May 19, 2025,** beginning at **10:00 a.m. (EST),** at the offices of **Akerman LLP, 999 Peachtree Street NE, Suite 1700, Atlanta, GA 30309, telephone number (404) 733.9800,** and *via* **Zoom at:** **https://proceedings.veritext.com/?token=d21fabb4a67c156635cd4e9caf4d58cc**.

The deposition will be taken upon oral examination before Veritext Legal Solutions, or any other Notary Public or officer authorized to take depositions in the state of Georgia. The videographer will be Veritext Legal Solutions, 1075 Peachtree Street NE, Suite 3625, Atlanta, GA 30309.

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

DATED: May 13, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/ *Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com
lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals*

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court's electronic filing system on May 13, 2025 which will send a notice of electronic filing to all counsel of record.

                                                        */s/ Donnie M. King*
                                                         Donnie M. King, Esq.