# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant<br><br>Defendants. | Case No. 1:23-cv-00012-WAL-EAH |

## NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, by and through its undersigned counsel, intends to serve Subpoenas Duces Tecum on the parties listed below:

> **U.S. Customs and Border Protection**
> **1300 Pennsylvania Avenue, Suite 4.4-B,**
> **Washington, D.C. 20229**
> **cbpserviceintake@cbp.dhs.gov**

A true and correct copy of said Subpoena is attached hereto as Exhibit 1.

DATED: May 13, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com
lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals*

2

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court's electronic filing system on May 13, 2025 which will send a notice of electronic filing to all counsel of record.

                                              */s/ Donnie M. King*
                                              Donnie M. King, Esq.