IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>vs.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS; PORT HAMILTON REFINING AND TRANSPORTATION; and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendants. | )<br>)<br>) CASE NO. 1:23-CV-00012<br>)<br>)<br>)<br>) ACTION FOR DAMAGES<br>)<br>)<br>) <u>JURY TRIAL DEMANDED</u><br>)<br>)<br>)<br>)<br>) |

## NOTICE OF JOINDER

**COMES NOW,** Defendant West Indies Petroleum, Ltd., by and through undersigned counsel, and hereby joins in (1) Defendant Port Hamilton Refining and Transportation, LLLP's Amended Notice of Deposition of Nicole Wooten [Docket No. 141] and (2) Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals' Amended Cross-Notice of Deposition of Nicole Wooten [Docket No. 142]. The Undersigned will appear by videoconference and requests that the host provide a link for same.

                  Respectfully submitted,

                  CSA ASSOCIATES, P.C.
                  1138 King Street, Suite 100
                  Christiansted, VI 00820
                  TEL. (340) 773-3681

DATED: May 14, 2025   By: <u>/s/ Ryan C. Stutzman</u>
                  Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                  Attorney for Defendant West Indies Petroleum, Ltd.