IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

                Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

                Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

### <u>NOTICE OF CANCELLATION OF DEPOSITION OF CHRISTINE GOODRICH</u>

TO:    Glenda L. Lake, Clerk of the Court
        District Court of the V.I.

        Donnie King
        201 East Las Olas Boulevard, Suite 1800
        Fort Lauderdale, FL 33301

        Reginald E. Janvier, Esq.
        201 East Los Olas Boulevard, Suite 1800
        Fort Lauderdale, FL 33301

        Eric D. Coleman
        999 Peachtree Street NE
        Suite 1700
        Atlanta, GA 30309
        Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

        Andrew C. Simpson
        2191 Church Street, Suite 5
        Christiansted, VI 00820
        Attorney for Port Hamilton Refining and Transportation Port Hamilton
        Refining and Transportation



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF CANCELLATION OF DEPOSITION OF CHRISTINE GOODRICH**
Page 2

Ryan C. Stutzman Esq.
1138 King Street
Suite 100
Christiansted, VI 00820
Attorney for West Indies Petroleum, Ltd.

Susan Nissman-Coursey
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI 00820

**PLEASE TAKE NOTICE** that the deposition scheduled for May 20, 2025 at

8:30am has been CANCELLED.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  May 15, 2025                        BY:    /s/ *Robin P. Seila*
                                                                        Robin P. Seila, Esq.
                                                                        VI Bar No. R2043
                                                                        1108 King Street, Suite 3 (mailing)
                                                                        56 King Street, Third Floor (physical)
                                                                        Christiansted, St. Croix
                                                                        U.S. Virgin Islands 00820
                                                                        Telephone: (340) 778-8855
                                                                        robin@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

**All counsel of record**

BY:    /s/ *Robin P. Seila*    (al)