IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIMETREE BAY TERMINALS d/b/a ) <br> OCEAN POINT TERMINALS; PORT ) <br> HAMILTON REFINING AND ) <br> TRANSPORTATION; and WEST INDIES ) <br> PETROLEUM, LTD., ) <br> ) <br> Defendants. ) | CASE NO. 1:23-CV-00012 <br><br> ACTION FOR DAMAGES <br><br> <u>JURY TRIAL DEMANDED</u> |

## NOTICE OF SERVICE

**COMES NOW,** Defendant West Indies Petroleum Limited, through its undersigned counsel, and hereby gives notice that it has this day served counsel of record, via email, its First Supplemental Disclosures and its First Supplemental Response to Plaintiff's Request for Production No. 24.

                                                       Respectfully Submitted,

                                                       **CSA ASSOCIATES, P.C.**
                                                       1138 King Street, Suite 100, Christiansted, VI 00820
                                                       TEL: (340) 773-3681

Dated: May 15, 2025                    By:   <u>*/s/ Ryan C. Stutzman*</u>
                                                        Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                        Attorney for West Indies Petroleum Limited