## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM LTD.,

        Defendants.

Civil Action No.: 1:23-cv-00012

### NOTICE OF CANCELLATION OF DEPOSITION OF GEORGE M. WILLIAMS, JR.

**PLEASE TAKE NOTICE** that, the deposition of George M. Williams, Jr., scheduled for

Friday, May 23, 2025, beginning at 10:00 a.m., is hereby cancelled.

DATED: May 23, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By:  */s/ Donnie M. King*
     **Donnie M. King**
     Virgin Islands No. 1237
     donnie.king@akerman.com
     tyresa.thompson@akerman.com
     **Eric D. Coleman** (admitted *pro hac vice*)
     eric.coleman@akerman.com
     lauren.chang-williams@akerman.com
     **Reginald E. Janvier** (admitted *pro hac vice*)
     reginald.janvier@akerman.com
     sharon.luesang@akerman.com

     *Counsel for Defendant Ocean Point Terminals f/k/a*
     *Limetree Bay Terminals d/b/a Ocean Point Terminals*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on

May 23, 2025 which will send a notice of electronic filing to all counsel of record.

/s/ Donnie M. King
Donnie M. King, Esq.

2

81139428;1