IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, | Case No. 1:23-CV-00012 |
| Plaintiff, | |
| v. | **ACTION FOR DAMAGES** |
| LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD., | **JURY TRIAL DEMANDED** |
| Defendants. | |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has served her First Supplemental Responses to Defendant **LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S** Interrogatories through her respective counsel of record, and that said Documents were served upon the Defendant.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: June 9, 2025

BY: __/s/ Robin P. Seila__
Robin P. Seila, Esq.
VI Bar No. R2043
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
robin@rohnlaw.com



The signed document can be validated at https://app.vinesign.com/Verify

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S 1st SUPPLEMENTAL RESPONSES TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 2

### CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY:  /s/ Robin P. Seila