IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S INTERROGATORIES</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN** has served her First Supplemental Responses to Defendant **WEST INDIES PETROLEUM, LTD.'S** Interrogatories through her respective counsel of record, and that said Documents were served upon the Defendant.

                  RESPECTFULLY SUBMITTED
                  LEE J. ROHN AND ASSOCIATES, LLC
                  Attorneys for Plaintiff

DATED: June 9, 2025       BY: /s/ Robin P. Seila
                   Robin P. Seila, Esq.
                   VI Bar No. R2043
                   1108 King Street, Suite 3 (mailing)
                   56 King Street, Third Floor (physical)
                   Christiansted, St. Croix
                   U.S. Virgin Islands 00820
                   Telephone: (340) 778-8855
                   robin@rohnlaw.com



The signed document can be validated at https://app.vinesign.com/Verify

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S 1st SUPPLEMENTAL RESPONSES TO DEFENDANT WEST INDIES PETROLEUM, LTD.'S INTERROGATORIES**
Page 2

**CERTIFICATE OF SERVICE**

    **THIS IS TO CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

    All counsel of record.

    BY: ___/s/ Robin P. Seila___