IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S DEMAND FOR PRODUCTION OF DOCUMENTS</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has served her first supplemental Responses to Defendant **OCEAN POINT TERMINAL'S** Demand for Production of Documents, through her respective counsel of record, and that any Documents referenced were served upon the Defendant.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  June 9, 2025

BY:  /s/ *Robin P. Seila*
  Robin P. Seila, Esq.
  VI Bar No. R2043
  1108 King Street, Suite 3 (mailing)
  56 King Street, Third Floor (physical)
  Christiansted, St. Croix
  U.S. Virgin Islands 00820
  Telephone: (340) 778-8855
  robin@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN'S 1ST SUPPLEMENTAL RESPONSES TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S DEMAND FOR PRODUCTION OF DOCUMENTS**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: __/s/ *Robin P. Seila*__