IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>           Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>           Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S SIXTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Sixth Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced was served upon the Defendant.

                                      RESPECTFULLY SUBMITTED
                                      LEE J. ROHN AND ASSOCIATES, LLC
                                      Attorneys for Plaintiff

DATED: June 9, 2025           BY:   /s/ *Robin P. Seila*
                                                   Robin P. Seila, Esq.
                                                   VI Bar No. R2043
                                                   1108 King Street, Suite 3 (mailing)
                                                   56 King Street, Third Floor (physical)
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   Telephone: (340) 778-8855
                                                   robin@rohnlaw.com



## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ____/s/ *Robin P. Seila*_____(al)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### PLAINTIFF NICOLE WOOTEN'S FIFTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26

**COMES NOW** Plaintiff, **NICOLE WOOTEN,** by and through her undersigned counsel of record, and produces the following pursuant to Rule 26:

1. Records from Out of the Box Counseling, produced and attached hereto as **Bates Nos. NW002881-NW003317.**

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiff

DATED: June 9, 2025                BY:   /s/ *Robin P. Seila*
                                                Robin P. Seila, Esq.
                                                VI Bar No. R2043
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                robin@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
Page 2

### CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 9, 2025, I caused a true and correct copy of **PLAINTIFF NICOLE WOOTEN FIFTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26** to be served via electronic mail upon:

All counsel of record.

BY:  /s/ *Robin P. Seila*   (al)