## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIMETREE BAY TERMINALS d/b/a ) <br> OCEAN POINT TERMINALS; PORT ) <br> HAMILTON REFINING AND ) <br> TRANSPORTATION; and WEST INDIES ) <br> PETROLEUM, LTD., ) <br> ) <br> Defendants. ) | CASE NO. 1:23-CV-00012 <br><br> ACTION FOR DAMAGES <br><br> <u>JURY TRIAL DEMANDED</u> |

## UNOPPOSED MOTION TO ATTEND
## STATUS CONFERENCE REMOTELY

**COMES NOW,** Defendant West Indies Petroleum Limited ("WIPL"), through its undersigned counsel, and hereby moves to attend the July 2, 2025, status conference remotely.

Despite the recent failed mediation, WIPL is working with Plaintiff separately and independently to resolve the claims against WIPL (with no admission of liability) in lieu of an anticipated motion for summary judgment by WIPL. Plaintiff and WIPL have had productive discussions.

Undersigned is travelling to Minnesota from St. Croix on June 24 (see **Ex. A**) and would be glad to return for the July 2 hearing in person. However, in light of WIPL's and Plaintiff's counsels' probable resolution, the Court's leave to appear remotely is respectfully requested.

                                                  Respectfully Submitted,

                                                  **CSA ASSOCIATES, P.C.**
                                                  1138 King Street, Suite 100, Christiansted, VI 00820
                                                  TEL: (340) 773-3681

Dated: June 24, 2025                  By:  */s/ Ryan C. Stutzman*
                                                  Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                  Attorney for West Indies Petroleum Limited