| | |
|---|---|
| **From:** | Ryan Stutzman |
| **To:** | Pam Cox |
| **Subject:** | Fw: Your trip confirmation (MSP - STX) |
| **Date:** | Tuesday, June 17, 2025 9:49:41 AM |

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Saturday, May 10, 2025 12:04 PM
**To:** Ryan Stutzman <RStutzman@saastx.vi>
**Subject:** Your trip confirmation (MSP - STX)

[American Airlines home] 

Issued: May 10, 2025

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **AXUQHY**

Ex. A

**Tuesday, June 24, 2025**

| | | |
|---|---|---|
| **STX** | AA 2211 | |
| St Croix | | |
| 3:44 PM | | |
| | | |
| **MIA** | Seat: | |
| Miami | Class: | **Economy (S)** |
| 6:44 PM | Meals: | **Food for purchase** |

| | | |
|---|---|---|
| **MIA** | AA 458 | |
| Miami | | |
| 9:05 PM | | |
| | | |
| **MSP** | Seat: | |
| Minneapolis | Class: | **Economy (S)** |
| 11:59 PM | Meals: | **Refreshment** |

**Manage your trip**

Find the card that earns you more miles
Learn more

Citi Card Images



## Your purchase

**Ryan Stutzman - AAdvantage® #: JH7****

| | |
|---|---:|
| New ticket (0012238974729)<br>[$818.00 + Taxes & carrier-imposed fees $74.21] | $892.21 |
| **Bjorn Stutzman** | |
| New ticket (0012238974730)<br>[$818.00 + Taxes & carrier-imposed fees $74.21] | $892.21 |
| **Total cost** (all passengers) | **$1,784.42** |

## Your payment

| | |
|---|---:|
| Visa (ending ▓▓▓ ) | $1,784.42 |
| **Total paid** | **$1,784.42** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | $40.00 | 1st bag | $35.00 |
| 2nd bag | $45.00 | 2nd bag | $45.00 |

Taxes are included, when applicable.

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|