# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:23-CV-00012 |
| ) | |
| vs. ) | |
| ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a ) | |
| OCEAN POINT TERMINALS; PORT ) | |
| HAMILTON REFINING AND ) | JURY TRIAL DEMANDED |
| TRANSPORTATION; and WEST INDIES ) | |
| PETROLEUM, LTD., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**THIS MATTER** is before the Court on Defendant West Indies Petroleum, Ltd.'s Unopposed Motion to Attend Status Conference Remotely ("Motion"). Upon review and consideration of the Motion, and the Court being satisfied in the premises, it is hereby

**ORDERED,** that the Motion is **GRANTED**, and it is further

**ORDERED,** that counsel for West Indies Petroleum, Ltd. may appear at the July 2, 2025, Status Conference via Zoom or other platform as may be arranged by the Clerk prior to the hearing.

**SO ORDERED** this _____ day of _____, 2025.

_____
MAGISTRATE JUDGE