IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>UNOPPOSED MOTION TO CONTINUE AND RESCHEDULE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025</u>

**COMES NOW** Plaintiff, by and through undersigned counsel, and respectfully files this unopposed Motion for continuance or reschedule of the Status Conference set for July 1, 2025, at 2:00 p.m., requesting that it be reset to its original date of July 2, 2025, or another date available to the Court and parties.

As grounds for the request, Plaintiff states that Attorney Lee J. Rohn is scheduled to participate in a Court ordered mediation in the *Williams, Latoya v. Ranger American of the VI, Inc., Civil No. SX-2018-CV-00167;* a Final Pretrial Conference in *James, Roberto v. VI Department of Education, Civil No. SX-2021-CV-00466,* before Judge Kathleen MacKay; and a second mediation beginning at 3:00 p.m. in *the Punzenberger, Sarah (Carl Punzenberger v.), Family No. SX-2021-DI-00080.* There are no other attorneys of Lee J. Rohn and Associates, L.L.C. that are available to appear on the date of the conference. Attorney Rohn has conferred with Defendants and all parties are available on July 2, 2025, and do not oppose this request, if that date



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**UNOPPOSED MOTION TO CONTINUE AND RESCHEDULE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025**
Page 2

is available.

    **WHEREFORE,** Plaintiff respectfully requests this Court grant this Unopposed Motion to Continue and Reschedule the July 1, 2025 Status Conference.

                                        RESPECTFULLY SUBMITTED
                                        LEE J. ROHN AND ASSOCIATES, LLC
                                        Attorneys for Plaintiff

DATED: June 26, 2025            BY:   /s/ Lee J. Rohn
                                        Lee J. Rohn, Esq.
                                        VI Bar No. 52
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        Lee@rohnlaw.com

## CERTIFICATE OF WORD/PAGE COUNT

This document complies with the page or word limitation set forth in Rule 6-1 (e).

                                          BY:   /s/ Lee J. Rohn
                                                   Lee J. Rohn, Esq.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**UNOPPOSED MOTION TO CONTINUE AND RESCHEDULE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All Counsel of Record

BY: __/s/ Lee J. Rohn_____ (kjg)