IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Motion to Continue and Reschedule Status Conference Scheduled for July 1, 2025, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED**, and further;

**ORDERED** that the Status Conference scheduled for July 1, 2025, is **RESCHEDULED** to _____, 2025, at _____ a.m./p.m.

**SO ORDERED** this _____ day of _____ 2025.

                   **EMILE A. HENDERSON III**
                   Magistrate Judge of the District Court