**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**NICOLE WOOTEN,**

            **Plaintiff,**　　　　　　　1:23-cv-00012-WAL-EAH

    v.

**LIMETREE BAY TERMINALS d/b/a**
**OCEAN POINT TERMINALS,**
**PORT HAMILTON REFINING &**
**& TRANSPORTATION,**
**WEST INDIES PETROLEUM LTD.,**

            **Defendants.**
_____

**TO:**    Lee J. Rohn, Esq.
         Robin P. Seila, Esq.
         Donnie Marcel King, Esq.
         Reginald E. Janvier, Esq.
         David Awoleke, Esq.
         Eric Coleman, Esq.
         Andrew C. Simpson, Esq.
         Ryan C. Stutzman, Esq.

**ORDER**

**THIS MATTER** comes before the Court on the Unopposed Motion to Continue and Reschedule Status Conference Scheduled for July 1, 2025, filed on June 26, 2025 by Plaintiff Nicole Wooten. Dkt. No. 158. In the motion, Lee J. Rohn, Esq., counsel for Wooten, asks to reschedule the Status Conference set for July 1, 2025 at 2:00 p.m. back to its original date of July 2, 2025, or another date available to the Court or the parties. *Id*. As grounds for the request, Attorney Rohn states that she is scheduled to participate in a Court ordered mediation in *Williams v. Ranger American of the V.I., Inc.*, No. SX-2018-cv-00167, a final pretrial conference in *James v. V.I. Department of Education*, No. SX-2021-cv-00466 before

*Wooten v. Limetree Bay Terminals, LLC*
1:23-cv-00012-WAL-EAH
Order
Page 2

Judge MacKay, and a second mediation beginning at 3:00 p.m. in a family matter. *Id*. She adds that there are no other attorneys at Plaintiff's law firm that are available to appear on the date of the July 1, 2025 conference. *Id.* Attorney Rohn has conferred with the Defendants and all parties are available on July 2, 2025 and do not oppose the request. *Id.*

The original Scheduling Order in this case, issued in September 2024, set a Status Conference for May 16, 2025. Dkt. No. 77. The parties filed a Joint Motion for Extension of Deadlines in March 2025, Dkt. No. 125, which the Court granted in part on April 8, 2025, extending the discovery deadline to May 27, 2025 and rescheduling the Status Conference to July 2, 2025. Dkt. No. 126.

On May 30, 2025, the Court issued a Text Order stating that, due to a scheduling conflict, the July 2, 2025 Status Conference would be rescheduled for July 1, 2025 at 2:00 p.m. Dkt. No. 150.

Less than a week before the Status Conference, Wooten has moved to continue it, citing conflicts that her counsel has with appearances in the Superior Court. What is missing from Wooten's motion is any indication whether the Superior Court matters (which are apparently scheduled for July 1, 2025 although the motion does not explicitly say so) were scheduled before May 30, 2025, the date this Court moved the Status Conference in this case to July 1, 2025 and, if they had been, why counsel moved so late to continue the July 1 Status Conference. As the Court indicated in its Text Order on May 30, 2025, it was not available on July 2. Dkt. No. 150.

*Wooten v. Limetree Bay Terminals, LLC*
1:23-cv-00012-WAL-EAH
Order
Page 3

Accordingly, it is hereby **ORDERED** that the Unopposed Motion to Continue and Reschedule Status Conference Scheduled for July 1, 2025, Dkt. No. 158, is **DENIED WITHOUT PREJUDICE**.

ENTER:

Dated: June 26, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE