IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE S WOOTEN SEVENTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE S WOOTEN,** has filed her Seventh Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced was served upon the Defendant.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: June 26, 2025      BY:  /s/ *Robin P. Seila*
                                             Robin P. Seila, Esq.
                                             VI Bar No. R2043
                                             1108 King Street, Suite 3 (mailing)
                                             56 King Street, Third Floor (physical)
                                             Christiansted, St. Croix
                                             U.S. Virgin Islands 00820
                                             Telephone: (340) 778-8855
                                             robin@rohnlaw.com



## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*_____(al)