IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO APPEAR REMOTELY TO THE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025

**COMES NOW** Plaintiff, by and through undersigned counsel, and respectfully file thos unopposed motion to appear remotely at the Status Conference scheduled for July 1, 2024, at 2:00 p.m. Pursuant to LRCi 7.1(f), the undersigned has conferred with the Defendants' counsel, and they do not oppose this motion.

As ground for this request, Plaintiff states that Attorney Lee J. Rohn is scheduled to participate in a Court ordered mediation in the *Williams, Latoya v. Ranger American of the VI, Inc.*, *Civil No. SX-2018-CV-00167 remotely;* a Final Pretrial Conference in *James, Roberto v. VI Department of Education, Civil No. SX-2021-CV-00466,* before Judge Kathleen MacKay remotely; and a second mediation beginning at 3:00 p.m. in *the Punzenberger, Sarah (Carl Punzenberger v.), Family No. SX-2021-DI-00080, remotely.* No other attorney of Lee J. Rohn and Associates, LLC are available to appear in person at this conference. As such, allowing Plaintiff's counsel to be able to attend all those conferences remotely.



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**UNOPPOSED MOTION TO APPEAR REMOTELY TO THE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025**
Page 2

    **WHEREFORE,** Plaintiff's counsel respectfully requests that the Court grant Unopposed Motion to Appear Remotely to the Status Conference scheduled for July 1, 2025, at 2:00 p.m.

                                                      RESPECTFULLY SUBMITTED
                                                      LEE J. ROHN AND ASSOCIATES, LLC
                                                      Attorneys for Plaintiff

DATED:  June 27, 2025                    BY:   /s/ Lee J. Rohn
                                                      Lee J. Rohn, Esq.
                                                        VI Bar No. 52
                                                       1108 King Street, Suite 3 (mailing)
                                                       56 King Street, Third Floor (physical)
                                                       Christiansted, St. Croix
                                                       U.S. Virgin Islands 00820
                                                       Telephone: (340) 778-8855
                                                       Lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**UNOPPOSED MOTION TO APPEAR REMOTELY TO THE STATUS CONFERENCE SCHEDULED FOR JULY 1, 2025**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All Counsel of Records

BY:  /s/ Lee J. Rohn  (kjg)