IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's **Unopposed Motion To Appear Remotely to the Status Conference Scheduled for July 1, 2025,** and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED**, and further;

**ORDERED** that Plaintiff's counsel may appear remotely at the July 1, 2025, Status Conference.

**SO ORDERED** this _____ day of _____ 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**EMILE A. HENDERSON III**
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the District Court