## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

           Plaintiff,

           v.                              Case No.  1:23-cv-00012-WAL-EAH

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM LTD.,

           Defendants.

## UNOPPOSED MOTION TO ATTEND
## STATUS CONFERENCE REMOTELY

      Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals (hereinafter "Ocean Point"), by and through its undersigned counsel, respectfully moves this Court to attend the July 1, 2025, status conference remotely, and in support thereof, states as follows:

      1.     By Order dated July 25, 2025 (Docket Entry 157), the Court granted Defendant West Indies Petroleum Limited's Unopposed Motion to Attend Status Conference Remotely.

      2.     By Order date July 26, 2025 (Docket Entry 164), the Court granted Plaintiff's Unopposed Motion To Appear Remotely to the Status Conference Scheduled for July 1, 2025.

      3.     The undersigned counsel for Ocean Point does not have a conflict or other circumstance which would prevent his attendance in person at the Status Conference, and will attend in person if so directed by the Court.

      4.     However, counsel for Ocean Point work and reside in Broward County, Florida and, given (1) the other remote appearances, (2) the lack of pending disputes, and (3) the flight

and hotel expenses that would be incurred by the undersigned's personal appearance, Ocean Point,

seeks the Court's leave to appear remotely at the July 1, 2025 Status Conference.

      WHEREFORE, Ocean Point's counsel respectfully requests that the Court grant its

Unopposed Motion to Attend Status Conference Remotely.

Dated:  June 27, 2025                    Respectfully submitted,

                                AKERMAN LLP
                                201 East Las Olas Boulevard
                                Suite 1800
                                Fort Lauderdale, Florida 33301
                                Telephone: (954) 463-2700
                                Facsimile: (954) 463-2224

                By:   */s/ Donnie M. King*
                                **Donnie M. King**
                                Virgin Islands No. 1237
                                donnie.king@akerman.com
                                tyresa.thompson@akerman.com
                                **Eric D. Coleman** (admitted *pro hac vice*)
                                eric.coleman@akerman.com
                                lauren.chang-williams@akerman.com
                                **Reginald E. Janvier** (admitted *pro hac vice*)
                                reginald.janvier@akerman.com
                                sharon.luesang@akerman.com

                                *Counsel for Plaintiff Limetree Bay Terminals, LLC*
                                *d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on

June 27, 2025 which will send a notice of electronic filing to all counsel of record.

*/s/Donnie M. King*

Donnie M. King
