# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

NICOLE WOOTEN,

    Plaintiff,

v.

LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,

    Defendants.

Case No. 1:23-cv-00012-WAL-EAH

## ORDER

**THIS MATTER** is before the Court on Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals' (hereinafter "Ocean Point") Unopposed Motion to Attend Status Conference Remotely (the "Motion"). Upon review and consideration of the Motion, and the Court being satisfied in the premises, it is hereby

**ORDERED,** that the Motion is **GRANTED**, and it is further

**ORDERED,** that counsel for Ocean Point may appear at the July 1, 2025, Status Conference remotely. Counsel shall contact the Clerk's Office for dial-in information prior to the hearing.

**SO ORDERED** this _____ day of _____, 2025.

                                                                 _____
                                                                  MAGISTRATE JUDGE