IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>           Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>           Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S IDENTIFICATION OF EXPERT TREATING PHYSICIANS

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** by and through her undersigned counsel of record, has served and identified her Expert Treating Physicians upon Defendants.

                                              RESPECTFULLY SUBMITTED
                                              LEE J. ROHN AND ASSOCIATES, LLC
                                              Attorneys for Plaintiff

DATED:  July 11, 2025             BY:   /s/ *Robin P. Seila*
                                                     Robin P. Seila, Esq.
                                                     VI Bar No. R2043
                                                     1108 King Street, Suite 3 (mailing)
                                                     56 King Street, Third Floor (physical)
                                                     Christiansted, St. Croix
                                                     U.S. Virgin Islands 00820
                                                     Telephone: (340) 778-8855
                                                     robin@rohnlaw.com



**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on July 11, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*___ (al)

