IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

    Plaintiff,

v.

LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,

    Defendant.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## AMENDED NOTICE OF DEPOSITION OF MARK JOHANSEN

TO:

    Donnie King
    201 East Las Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301

    Reginald E. Janvier, Esq.
    201 East Los Olas Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

    Andrew C. Simpson
    2191 Church Street, Suite 5
    Christiansted, VI 00820
    Attorney for Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation

    Ryan C. Stutzman Esq.
    1138 King Street
    Suite 100
    Christiansted, VI 00820
    Attorney for West Indies Petroleum, Ltd.



**EXHIBIT 1**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AMENDED NOTICE OF DEPOSITION OF MARK JOHANSEN**
Page 2

      Charles E. Lockwood Esq.
      Dudley Newman Feuerzeig, LLP
      1131 King Street
      Suite 204
      Christiansted, VI 00820
      Attorney for Total Safety

      Yvonne Setorie
      Elite Reporting Services, Inc.
      P.O. Box 5619
      Christiansted, VI 00823
      340-718-1318
      elitereportingsvcs@gmail.com

**PLEASE TAKE NOTICE** that pursuant to Virgin Islands Rules of Civil Procedure 26, 30 and 32 Federal Rules of Civil Procedure 26, 30 and 32 Plaintiff, by and through undersigned counsel, will take the oral examination of **MARK JOHANSEN on June 19, 2025 at 9:00 a.m**. **The deponent shall appear <u>in person</u> at Lee J. Rohn and Associates 56 King Street, 3rd Floor, Christiansted, St. Croix VI 00820,** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition**.**

This deposition is being taken for use as evidence and/or trial purposes, and will be continued from day to day until completed. This deposition may be recorded by stenographic, voice, and/or audio/video means. If the deposition officer or witness is attending remotely, the parties agree to the remote administration of the oath.

                                                    RESPECTFULLY SUBMITTED
                                                    LEE J. ROHN AND ASSOCIATES, LLC
                                                      Attorneys for Plaintiff

DATED:  June 5, 2025                BY:  /s/ *Robin P. Seila*
                                               Robin P. Seila, Esq.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AMENDED NOTICE OF DEPOSITION OF MARK JOHANSEN**
Page 3

    VI Bar No. R2043
    1108 King Street, Suite 3 (mailing)
    56 King Street, Third Floor (physical)
    Christiansted, St. Croix
    U.S. Virgin Islands 00820
    Telephone: (340) 778-8855
    robin@rohnlaw.com

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 5, 2025, I emailed this notice to the following:

All counsel of record.

BY: __/s/ *Robin P. Seila*__