IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendant. | CIVIL NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br><u>JURY TRIAL DEMANDED</u> |

**ORDER QUASHING SUBPOENAS AND NOTICE OF DEPOSITION**

**BEFORE THE COURT** is non-party Total Safety Virgin Islands, LLC's ("Total Safety") July 25, 2025 Motion to Quash Subpoenas and Notice of Deposition. On consideration of the pleadings, arguments of counsel, and all the premises, the Motion is GRANTED and it is

**ORDERED** that the June 30, 2025 Subpoena directed to Total Safety [ECF 167-1] be and hereby is QUASHED, and it is further

**ORDERED** that the July 14, 2025 Subpoena directed to Total Safety [Included as Exhibit A in ECF 170] be and hereby is QUASHED, and it is further

**ORDERED** that the July 17, 2025 Notice of 30(b)(6) Deposition of Total Safety Virgin Islands, LLC – In Person is QUASHED, and it is further

**ORDERED** that the Plaintiff will Plaintiff shall pay Total Safety's attorney's fees and costs incurred in bringing the Motion, and that Total Safety shall submit a statement of such costs and fees within thirty (30) days of this Order.

*Wooten v. LBT, et al*, Case No. 1:23-CV-00012
Order Quashing Subpoenas and Notice of Deposition
Page 2 of 2

   ENTERED this \_\_\_\_\_ day of _____, 2025, at St. Croix, U.S. Virgin Islands.

_____
Judge, United States District Court