# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, | CIVIL NO. 1:23-CV-00012 |
| Plaintiff, | |
| v. | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD., | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alisha Udhwani, Esq., of Dudley Newman Feuerzeig, LLP., hereby enters her appearance for non-party Total Safety Virgin Islands, LLC ("Total Safety") in the above captioned matter. Copies of all correspondence, notice of all proceedings and copies of all pleadings filed in this matter prior to and subsequent to this date be served on the undersigned at 1131 King Street, Christiansted, Suite 204, Christiansted, St. Croix, U.S. Virgin Islands 00820 by via hand delivery and or via email at audhwani@dnfvi.com.

Respectfully Submitted,

DUDLEY NEWMAN FEUERZEIG, LLP

Dated: July 24, 2025

By: */s/ Alisha Udhwani*
ALISHA UDHWANI, ESQ.
VI Bar No. R2033
*Attorneys For Total Safety*
1131 King Street, Suite 204
Christiansted, VI 00820-4971
Email: audhwani@dnfvi.com

Wooten v. LBT, et al, Case No. 1:23-CV-00012
Notice of Appearance of Udhwani
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July 2025, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be filed with the VI CM/ECF system, which will send an electronic notice of service to all counsel of record including:

Reginald E. Janvier, Esq.
201 East Los Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
    Attorney for: Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820
    Attorney for: Port Hamilton Refining and Transportation Port Hamilton

Refining and Transportation
Ryan C. Stutzman Esq.
1138 King Street
Suite 100
Christiansted, VI 00820
    Attorney for: West Indies Petroleum, Ltd.

Donnie King
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
    Attorney for: Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

Lee J. Rohn, Esq.
Robin P. Seila, Esq.
Lee J. Rohn and Associates LLC
1108 King Street, Third Floor
Christiansted, St. Croix
U.S. Virgin Islands 00820
Email: info@rohnlaw.com
     robin@rohnlaw.com
    Attorneys for: Plaintiff

*/s/ Alisha Udhwani, Esq.*