IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| NICOLE WOOTEN, | ) | |
| | ) | Civil No. 1:23-cv-00012 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LIMETREE BAY TERMINALS, d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, WEST INDIES PETROLEUM, LTD. | ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on the 10th day of June 2025.

The following were present:

✓ 1. All Plaintiffs.

✓ 2. Plaintiff's trial counsel.

___ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

___ 4. All Defendants.

✓ 5. Defendant's trial counsel.

___ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

___ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

___ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

**Mediation Report**
**Page Two**
Nicole Wooten v. Limetree Bay Terminals dba Ocean Point Terminals, Port Hamilton Refining and Transportation and West Indies Petroleum,
Civil No. 1:23-cv-~~00012~~ 00012

_✓_        The parties have reached a total impasse, all issues require
             Court action.

_____        The matter has been recessed for further mediation.

_____        Other:

DATE: June 10, 2025
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Lee Rohn, Esq.
Ryan Stutzman, Esq.
Andrew C. Simpson, Esq.
Donnie King, Esq.