IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

                Plaintiff,

     v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

                Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S NINTH SUPPLEMENTAL
PRODUCTION PURSUANT TO RULE 26**</u>

      **PLEASE TAKE NOTICE** that Plaintiff, **NICOLE S WOOTEN,** has filed her Ninth

Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record,

and that any documents referenced were served upon the Defendant.

                        RESPECTFULLY SUBMITTED
                        LEE J. ROHN AND ASSOCIATES, LLC
                        Attorneys for Plaintiff

DATED:  August 4, 2025          BY:   /s/ *Robin P. Seila*
                              Robin P. Seila, Esq.
                              VI Bar No. R2043
                              1108 King Street, Suite 3 (mailing)
                              56 King Street, Third Floor (physical)
                              Christiansted, St. Croix
                              U.S. Virgin Islands 00820
                              Telephone: (340) 778-8855
                              robin@rohnlaw.com



## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on August 4, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*_____(al)