COLORADO

# 2 Colorado wildfires grow significantly. See latest news and map of the blazes



**Nate Trela**
Fort Collins Coloradoan

Aug. 7, 2025 | Updated Aug. 8, 2025, 2:15 p.m. MT

The lee and Elk wildfires bracketing the town of Meeker have grown to more than 75,000 acres combined, according to fire officials on Aug. 8.

There was still no containment on either blaze in Rio Blanco County, with weather conditions leaving fire officials expecting large fire growth as soon as this afternoon.

Wildfires burning in Colorado have claimed at least 1,100 acres this summer, based on the Inciweb federal database and media reports.

Smoke from wildfires in Rio Blanco, Moffat and eastern Dolores counties has led to air quality health advisories in those areas as well as Routt, Grand and Jackson counties. The advisories were in place until 9 a.m. Aug. 9, with moderate to heavy smoke possible throughout the advisory areas.

Here's the latest on the fires:

## Colorado wildfire and smoke map

**More:** Grand Canyon megafire adds to 7.5 million acres of burned national parkland, analysis shows

## More personnel, equipment in place for Elk and Lee fires

The Lee Fire has grown to 60,796 acres, easily the largest of the year in Colorado, with the Elk Fire across Meeker growing to 14,518 acres, according to updates on Aug. 8.

The amount of manpower and equipment battling the fires has increased as well. According to fire officials, the blazes are now being fought with 528 personnel. Deployed resources include 11 aircraft, 46engines, 21 hand crews and 11 pieces of heavy equipment. The National guard has also been mobilized.

Strategic firing has been used to slow the Lee Fire but more growth is expected with red flag conditions expected to continue unto Aug. 9.

Public safety officials held a community meeting in meeker on Aug. 6 to discuss the fires, including the expected impact of weather and possible changes to evacuation status. An archived video of it was posted to the Rio Blanco Sheriff's Facebook page.

## Leroux Fire nearing containment

The Leroux fire has grown to 195 acres but was 72% contained as of Aug. 8 and has an estimated containment date of Aug. 12.

Residents who had been evacuated were allowed to return to their homes on Aug. 6, according to West Slope Fire. However, they are in a "pre-evacuation" status, meaning they should be ready to evacuate again if conditions change.

## Stoner Mesa Fire continues to grow

The Stoner Mesa Fire in the San Juan National Forest reached 833 acres with no containment as of an Aug. 8 update from fire officials.

Conditions remain in place for large fire growth, based on weather forecasts and the fuel in front of the fire.

## Twelve Fire grows to more than 4,000 acres

The Twelve Fire in Moffat County has grown to 4,287 acres and is 20% contained, according to an Aug. 8 update from the Moffat County Sherrif's Office.

Crews are involved in active suppression of the fire

## Crews still battling earlier Colorado wildfires

Two Western Slope wildfires that sparked in July have still not been fully contained:

> **Turner Gulch Fire:** 27,477 acres, 49% contained, no estimated containment date.
> **South Rim Fire:** 4,232 acres, 52% containment, Aug. 10 estimated containment date.

## How can you prepare for Colorado wildfires?

When you live in an area where wildfires can happen, there are a number of steps you can take to prepare for emergencies and evacuations. Read here to learn about preparing emergency kits and evacuation plans.

You can also help when fires are going on by making smart donations and following directions from emergency officials and first responders. Learn more here.

And to understand how the effort to stop a wildfire is progressing, you can learn important terms about firefighting.

*Nate Trela covers trending news in Colorado and Utah for the USA TODAY Network.*