**Exhibit 3**

| | |
|---|---|
| **From:** | Robin Seila |
| **To:** | Donnie M. King; Ryan Stutzman; Andrew C. Simpson |
| **Cc:** | eric.coleman@akerman.com; reginald.janvier@akerman.com; Pam Cox |
| **Subject:** | RE: Wooten v. LBT et. al. Expert Reports |
| **Date:** | Friday, August 8, 2025 3:47:00 PM |
| **Importance:** | High |

Good afternoon, all:

I spoke too soon. We request an additional week (until next Friday) for all reports. I anticipate still being able to file some reports today, but not all. Please let me know. We would also agree to allow you an additional week to produce your expert reports.

Best,
Robin

---

**From:** Robin Seila
**Sent:** Friday, August 8, 2025 8:25 AM
**To:** Donnie M. King <donnie.king@akerman.com>; Ryan Stutzman <RStutzman@saastx.vi>; Andrew C. Simpson <asimpson@coralbrief.com>
**Cc:** eric.coleman@akerman.com; reginald.janvier@akerman.com; Pam Cox <pcox@saastx.vi>
**Subject:** Wooten v. LBT et. al. Expert Reports
**Importance:** High

Good morning, all:

Plaintiff's expert disclosures are due today. We have four experts. I anticipate being able to produce everything except the economist's expert report today. May I have a one-week extension for the economist's report? Please let me know. Thank you.

Best,
Robin


Robin P. Seila
Lee J. Rohn and Associates
1108 King Street
Third Floor
Christiansted, VI 00820
(340) 778- 8855