

**From:** Ryan Stutzman
**To:** Robin Seila
**Cc:** Pam Cox
**Subject:** Re: Wooten v. LBT et. al. Expert Reports
**Date:** Friday, August 8, 2025 3:23:10 PM

Good afternoon, Robin. No objection subject to comments from the target defendants. I assume you will give defendants an additional week for the corresponding disclosure.

--Ryan

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Friday, August 8, 2025 8:25 AM
**To:** Donnie M. King <donnie.king@akerman.com>; Ryan Stutzman <RStutzman@saastx.vi>; Andrew C. Simpson <asimpson@coralbrief.com>
**Cc:** eric.coleman@akerman.com <eric.coleman@akerman.com>; reginald.janvier@akerman.com <reginald.janvier@akerman.com>; Pam Cox <PCox@saastx.vi>
**Subject:** Wooten v. LBT et. al. Expert Reports

Good morning, all:

Plaintiff's expert disclosures are due today. We have four experts. I anticipate being able to produce everything except the economist's expert report today. May I have a one-week extension for the economist's report? Please let me know. Thank you.

Best,
Robin


Robin P. Seila
Lee J. Rohn and Associates
1108 King Street
Third Floor
Christiansted, VI 00820
(340) 778- 8855