IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

<u>**ORDER**</u>

THIS MATTER having come before the Court on Plaintiff's **MOTION TO EXTEND EXPERT DEADLINES** dated August 8, 2025 and the Court having been advised in its premises, it is;

    ORDERED that Plaintiff's Motion is GRANTED, and further;

    ORDERED that Plaintiff shall file Mr. Mahr's report on or before August 15, 2025.

    SO ORDERED this _____ day of _____ 2025.

 

_____
Emile A. Henderson III
Judge of the Superior Court