IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>              Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>              Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>ORDER</u>

THIS MATTER having come before the Court on Plaintiff's **MOTION TO RECONSIDER ORDER DATED AUGUST 9, 2025** and the Court having been advised in its premises, it is;

ORDERED that Plaintiff's Motion is GRANTED, and further;

ORDERED that Plaintiff shall file her remaining expert report on or before August 18, 2025.

SO ORDERED this _____ day of _____ 2025.

_____
Magistrate of the District Court