IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>**JURY TRIAL DEMANDED**</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S SUPPLEMENTAL EXPERT DISCLOSURES PURSUANT TO RULE 26</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE S WOOTEN,** has filed her Supplemental Expert Disclosures Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced were served upon the Defendants.

                                            RESPECTFULLY SUBMITTED
                                            LEE J. ROHN AND ASSOCIATES, LLC
                                            Attorneys for Plaintiff

DATED: August 12, 2025            BY:   /s/ *Robin P. Seila*
                                                     Robin P. Seila, Esq.
                                                     VI Bar No. R2043
                                                     1108 King Street, Suite 3 (mailing)
                                                     56 King Street, Third Floor (physical)
                                                     Christiansted, St. Croix
                                                     U.S. Virgin Islands 00820
                                                     Telephone: (340) 778-8855
                                                     robin@rohnlaw.com



## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 12, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*___(al)