IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>   Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S AMENDED EXPERT DISCLOSURES PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Amended Expert Disclosures Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced were served upon the Defendant.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  August 20, 2025           BY:   /s/  *Robin P. Seila*
                                  Robin P. Seila, Esq.
                                  VI Bar No. R2043
                                  1108 King Street, Suite 3 (mailing)
                                  56 King Street, Third Floor (physical)
                                  Christiansted, St. Croix
                                  U.S. Virgin Islands 00820
                                  Telephone: (340) 778-8855
                                  robin@rohnlaw.com



## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on August 20, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*___(al)