IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN TWELFTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Twelfth Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced were served upon the Defendant.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED: September 9, 2025　　　BY:　/s/ *Robin P. Seila*
　　　　　　　　　　　　　　　　　Robin P. Seila, Esq.
　　　　　　　　　　　　　　　　　VI Bar No. R2043
　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　robin@rohnlaw.com



**CERTIFICATE OF SERVICE**

      **THIS IS TO CERTIFY** that on September 9, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

                                                BY:  /s/ *Robin P. Seila*  (al)