## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　Defendants. | CIVIL NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF TOTAL SAFETY'S PRODUCTION IN COMPLIANCE WITH COURT ORDER

COMES NOW, non-party Total Safety Virgin Islands, LLC ("Total Safety"), by and through undersigned counsel, Charles E. Lockwood, Esq., of Dudley Newman Feuerzeig, LLP, hereby gives notice of service of its production in compliance with this Court's order dated August 28, 2025.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　DUDLEY NEWMAN FEUERZEIG, LLP

Dated: September 10, 2025　　　　　By: */s/ Charles E. Lockwood*
　　　　　　　　　　　　　　　　　　Charles E. Lockwood, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys For Total Safety*
　　　　　　　　　　　　　　　　　　1131 King Street, Suite 204
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820-4971
　　　　　　　　　　　　　　　　　　Email: clockwood@dnfvi.com

Wooten v. LBT, et al, Case No. 1:23-CV-00012
Notice of Service of TS production
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2025, I caused a true and correct copy of the foregoing **NOTICE OF SERVICE OF TOTAL SAFETY PRODUCTION** to be filed with the VI CM/ECF system, which will send an electronic notice of service to all counsel of record including:

Reginald E. Janvier, Esq.
201 East Los Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
    Attorney for: Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820
    Attorney for: Port Hamilton Refining and Transportation Port Hamilton

Refining and Transportation
Ryan C. Stutzman Esq.
1138 King Street
Suite 100
Christiansted, VI 00820
    Attorney for: West Indies Petroleum, Ltd.

Donnie King
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
    Attorney for: Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

Lee J. Rohn, Esq.
Robin P. Seila, Esq.
Lee J. Rohn and Associates LLC
1108 King Street, Third Floor
Christiansted, St. Croix
U.S. Virgin Islands 00820
Email: info@rohnlaw.com
    robin@rohnlaw.com
    Attorneys for: Plaintiff

                      */s/ Charles E. Lockwood, Esq.*