IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| NICOLE WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:23-CV-00012 |
| | ) | |
| vs. | ) | |
| | ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS; PORT HAMILTON REFINING AND TRANSPORTATION; and WEST INDIES PETROLEUM, LTD., | ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR DISMISSAL OF WEST INDIES PETROLEUM, LTD. WITH PREJUDICE

**COME NOW,** Plaintiff Nicole Wooten and Defendant West Indies Petroleum, Ltd., and hereby submit this joint motion for dismissal of West Indies Petroleum, Ltd., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), with the parties to bear their own fees and costs.

Respectfully Submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated: September 11, 2025   By: */s/ Ryan C. Stutzman*
Ryan C. Stutzman, Esq. (VI Bar No. R2053)
Attorney for West Indies Petroleum Limited

Dated: September 11, 2025   By: /s/ Lee J. Rohn
Lee J. Rohn, Esq. (VI Bar 52)
**LEE J. ROHN & ASSOCIATES, LLC**
56 King Street, 3rd Floor, Hamilton House
Christiansted, VI 00820
Tel: 778-8855
Attorneys for Plaintiff