## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, | ) |
| Plaintiff, | ) CASE NO. 1:23-CV-00012 |
| vs. | ) |
| | ) ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS; PORT HAMILTON REFINING AND TRANSPORTATION; and WEST INDIES PETROLEUM, LTD., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

### ORDER

**THIS MATTER,** having come before the Court on Plaintiff Nicole Wooten and Defendant West Indies Petroleum, Ltd.'s ("WIPL") Joint Motion for Dismissal of West Indies Petroleum, Ltd. With Prejudice, it is

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that WIPL is dismissed with prejudice; and it is

**FURTHER ORDERED** that each side shall bear their own costs and attorneys' fees.

**SO ORDERED** this _____ day of _____, 2025.

_____
DISTRICT COURT JUDGE