## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>   Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>   Defendants. | Case No.  1:23-cv-00012-WAL-EAH |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SERVE EXPERT REPORTS

**THIS CAUSE** came before the Court on Defendants, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals (hereinafter "Ocean Point"), and Port Hamilton Refining and Transportation ("Port Hamilton"), collectively "Defendants," joint Motion for Extension of Time to Serve Expert Reports (the "Motion").  The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**;

2. Defendants, Ocean Point and Port Hamilton, shall have an extension, up to and including, Monday, October 6, 2025, to serve their Expert Reports.

                _____
                THE HONORABLE EMILE A. HENDERSON III
                UNITED STATES MAGISTRATE JUDGE

Copies provided to all counsel of record.