# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-00012 |

## NOTICE OF FILING PROPOSED ORDER

The undersigned hereby gives notice of filing the attached Proposed Order on the Joint Motion for Extension of Time to Serve Expert Reports (Docket Entry 194), filed on September 12, 2025, on behalf of Defendants, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals and Port Hamilton Refining and Transportation.

DATED: September 16, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
    **Donnie M. King**
    Virgin Islands No. 1237
    donnie.king@akerman.com
    tyresa.thompson@akerman.com
    **Reginald E. Janvier** (admitted *pro hac vice*)
    reginald.janvier@akerman.com
    sharon.luesang@akerman.com

    *Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, a true and accurate copy of the foregoing was served via email on all attorneys of record.

> */s/ Donnie M. King*
> Donnie M. King, Esq.