**Lee J. Rohn**
(Lic. Texas and U.S.V.I.)
lee@rohnlaw.com

**Mary Faith Carpenter**
(Lic. New Jersey and U.S.V.I.)
maryfaith@rohnlaw.com

**Rhea R. Lawrence**
(Lic. U.S.V.I.)
rhea@rohnlaw.com

## *Lee J. Rohn and Associates, LLC*

Mailing: 1108 King Street, Suite 3
Physical: 56 King Street, Third Floor
Christiansted, **St. Croix** VI 00820
**340.778.8855 · *Fax*** 340.773.2954

Mailing: 1026 Norre Gade, K.Q.
Physical: 24B/24BA/24BB Norre Gade, K.Q.
Charlotte Amalie, **St. Thomas** VI 00802
**340.774.8558**

*TOLL FREE*
**866.778.0044 · *Fax*** 866.778.0055

**Robin P. Seila**
(Lic. Massachusetts and U.S.V.I.)
robin@rohnlaw.com

**Blake M. Feamster**
(Lic. Oklahoma, Colorado° and U.S.V.I.)
blake@rohnlaw.com

**Natalie Nelson Tang How**
Of Counsel
(Lic. U.S.V.I.)
natalie@rohnlaw.com

September 2, 2025

**VIA EMAIL**
Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820

RE:    Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012

Dear Attorney Simpson:

I have received your request for Ms. Wooten to see Dr. Wolkowicz in Coral Springs Florida. We object to this request because of the travel involved and the fact that Ms. Wooten has difficulty traveling. Additionally, Ms. Wooten has not been able to travel alone at all since the incident. As you know, for her in-person deposition, which had to take place in Atlanta instead of on St. Croix, her mother was present to care for and assist her during the deposition breaks. Travel for the Plaintiff presents an undue burden for her, especially since she has recently been sick with COVID and pneumonia, and her mental health therapist has recommended that she not travel on her own.

Atlanta is a large metropolitan area with a population of over 6 million people. Clearly you can find a pulmonologist in the Atlanta metro area that can examine Ms. Wooten. A Google search for pulmonologists in the Atlanta area shows 25 options on medifind.com (enclosed).

**Exhibit 2**





September 2, 2025
Page 2

Additionally, a Google search reveals serious concerns about Dr. Wolkowicz. The following reviews are on Yelp:

 **Jakie S.**
Pompano Beach, FL



⭐☆☆☆☆  Oct 8, 2021

DO NOT SEE DR WOLKOWICZ!!!! warning this doctor has a major attitude and actually lost his temper in front of an elderly by punching the table in anger. This doctor concern is only to get paid and does not at all care for what's best for patient. He repeats test that are not needed just so that he can upcharge insurance. (this was verified by other doctors). This doctor has a GOD complex and has no personality. His office also does not have any distancing in the waiting room, shameful knowing that all of his patient are at risk due to pulmonary issues. Stay away and get another doctor even if you have to wait longer. He is not worth it at all.

No longer a patient of his.....

 **Tina R.**
FL, FL



⭐☆☆☆☆  Nov 25, 2022

Dr. Wolkowicz is a heartless dr.. My fiance & I got the flu 7 days ago & he already has over a liter of fluid on his outer left lung from a rare kidney disease & has to be drained when it crushes his left lung & is pushing up on his aorta & mitral valve causing blood to regurgitate. After having a high fever for 3 days with the flu adding a ton of fluid to his internal lungs & he was already very frail before the flu,needing his left lung drained. We said he needs to be admitted to the hospital since he's gasping for air & he said the cruelest thing I've ever heard from a doctor. He said something like What's the point or Why should I bother. My fiance said what did you just say & the dr. said you have so many medical problems. I said he needs to be in the hospital & he said No, I'm not admitting him. 3 days later we went on our own & he was so weak he could hardly walk to the bathroom from the bed & would gasp for10 minutes & then go back to coughing from the flu with 6 days of fever. He got pneumonia thanks to Wolkowicz which could have been prevented & almost & still could take his life. I guess when the doctor said What's the point of me admitting you. he was in so many words just saying stay home & die. He's only 71. He's playing God with sick peoples' lives & decides who should live or die. He's in the wrong profession.

September 2, 2025
Page 3



**Jodi E.**
Pompano Beach, FL

118  14  3

 Apr 30, 2019

It took 3 weeks to even get into the office to see Dr Foster. Low and behold, Dr Foster was not in the office today since he's on vacation until May 9.

The nurse who brought me into the exam room asked why I was there. I said I have been having trouble sleeping. I can't seem to stay asleep. I'm up most nights from 12am-6am. She said, "you have sleep apnea" and walked out. Who is she to give a diagnosis? I told the next nurse who came into the room who rolled her eyes and seemed used to the other nurse diagnosing patients.

I ended up having to see Dr Wolkowicz who's bedside manner was so poor and unethical. Before coming into my room I over heard his conversation with another patient. Dr Wolkowicz said to her, "What do you want from me? You come in here complaining. Take a look at yourself in the mirror." This was an elderly woman who started the conversation asking a question about her surgery.

I felt so terrible and appalled that a Dr would speak to his patient this way. I considered walking out right then and there. Before I could, Dr Wolkowicz came into my room. Checked my heart, lungs and throat. He then tells me I don't have sleep apnea just simple insomnia and told me to take Ambien at 1am. Really? He proceeded to tell me the insomnia stems from my PTSD and depression. He said insomnia is a psychological disorder. Again, really? I jokingly said to him, "you're saying in other words my life sucks?" He looks me dead in my eyes, no smile and said , "YES!" He proceeded to walk out of the room and that was it.

I'm grateful I was there only for a sleep issue. I couldn't imagine putting my life in this man's hands. Off to see a real Dr who's interested in finding out the under lying cause for my insomnia. Worst $50 copay ever spent.

The following reviews are on Healthgrades.com:



September 2, 2025



☆☆☆☆☆    ↪ Reply   ⚑ Flag

The Dr. refuses to treat symptoms. Even with medical records from my previous out of state doctor he refused to look at the facts and wanted to just do things his way and disregard the previous doctors treatment and analysis. After 2 visits it's clear I'm never going to back here again. Do yourselves a favor and avoid at all costs. Wish I read the reviews before my initial visit.

🙂 What went well                          🙁 What could be improved

No results                                  • Didn't listen or answer questions
                                            • Didn't trust the provider's decisions

**Fewer details**

3 others found this helpful

👍 Helpful                                                    Josh – Mar 10, 2021

☆☆☆☆☆    ↪ Reply   ⚑ Flag

The worst Dr. I have ever had don't go there ever,will not go again, no bedside manner at all.

**More details**

3 others found this helpful

👍 Helpful                                                    May 20, 2020

☆☆☆☆☆    ↪ Reply   ⚑ Flag

Don't waste your time. Very rude and obnoxious. No regards for patients privacy. This doctor do not need to work in health care, i would not recommend him.

**More details**

3 others found this helpful

👍 Helpful                                                    May 07, 2020

September 2, 2025
Page 5

The reviews on doctor.webmd.com are also concerning:



The reviews on vitals.com are equally concerning:

September 2, 2025
Page 6



Maybe very knowledgeable however I didn't get that. He was not attentive nor caring. He needs better approach to patient care. He was hurried, spent about 10 minutes only because I was asking questions. He stood, hovering the entire time closer to the door as he was ready to leave as soon as he got to the room. He was short, dismissive, and behaves as if spending time to explain was bothersome and came close to even appearing rude. He did not listen to what I was saying as he already made up his mind about what I expressed. This was not a good experience. I hope he learns to listen to his patients. I received more care and attention from his front desk and medical assistant personnel than him.

March 24th, 2020

Helpful

Please advise once you have selected a pulmonologist in the Atlanta area and we will work with you to provide dates when Ms. Wooten is available for her IME.


Cordially,

Robin P. Seila

LJR/RPS
cc:     Donnie King
Lee J. Rohn



# 25 of the Best Pulmonologists Near Me in Atlanta, GA

🔖 Save

⬆ Share

Looking for the best lung doctor or lung specialist near Atlanta, GA? Find a top pulmonologist near you in Atlanta, GA who is an expert in your specific pulmonary condition. A pulmonologist is a doctor who specializes in diagnosing and treating lung conditions.

Refine by health condition

## Save doctors for later

Sign Up

## Not sure about your diagnosis?

Check Your Symptoms

## Already have a doctor?

Find A Second Opinion

### Location

Atlanta, GA, US                    ✕

105 providers found

Sort by:    Relevance ⌄



## Dr. Amy H. Case
Pulmonary Medicine | Intensive Care Medicine

**Expertise in 11 conditions**

📍 **Piedmont Specialty Hospital Billing LLC**
1968 Peachtree Rd Nw, Atlanta, GA
(4.1 mi)

📞 404-605-5000

🗣 **Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Amy Case is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Case is highly rated in 11 conditions, according to our data. Her top areas of expertise are Acute Interstitial Pneumonia, Interstitial Lung Disease, Idiopathic Pulmonary Fibrosis, Lung Transplant, and Gastrostomy. Dr. Case is currently accepting new patients.

**View Profile**



## Dr. Micah R. Fisher
Pulmonary Medicine

**Expertise in 11 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🗣 **Languages Spoken:** English, Mandarin, Spanish

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Micah Fisher is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Fisher is highly rated in 11 conditions, according to our data. His top areas of expertise are Pulmonary Hypertension, Pulmonary Veno-Occlusive Disease, Acute Interstitial Pneumonia, and Interstitial Lung Disease. Dr. Fisher is currently accepting new patients.

View Profile



## Dr. Vibha N. Lama

Pulmonary Medicine | Intensive Care Medicine

**Expertise in 7 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🗣 **Languages Spoken:** English, Hindi

🛡 See accepted insurances

Accepting New Patients

Vibha Lama is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Lama is highly rated in 7 conditions, according to our data. Her top areas of expertise are Bronchiolitis Obliterans, Bronchitis, Acute Interstitial Pneumonia, Idiopathic Pulmonary Fibrosis, and Lung Transplant. Dr. Lama is currently accepting new patients.

View Profile



## Dr. Frances E. Lee

Pulmonary Medicine | Intensive Care Medicine

**Expertise in 7 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🗣 **Languages Spoken:** English, Korean

🛡 See accepted insurances

Accepting New Patients

Frances Lee is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Lee is highly rated in 7 conditions, according to our data. Her top areas of expertise are Allergic Bronchopulmonary Aspergillosis, Aspergillosis, Asthma, and Pulmonary Aspergilloma. Dr. Lee is currently accepting new patients.

View Profile



### Dr. Vijay M. Patel
Pulmonary Medicine

**Expertise in 37 conditions**

📍 **Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA
(4.1 mi)

📞 404-367-3210

🗛 **Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Vijay Patel is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Patel is highly rated in 37 conditions, according to our data. His top areas of expertise are Obstructive Sleep Apnea, Emphysema, Bullae, and Narcolepsy. Dr. Patel is currently accepting new patients.

View Profile



### Dr. Charles B. Hartley
Pulmonary Medicine

**Expertise in 37 conditions**

📍 **Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA
(4.1 mi)

📞 404-367-3210

🗛 **Languages Spoken:** English, Bulgarian, French, Hindi

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Charles Hartley is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Hartley is highly rated in 37 conditions, according to our data. His top areas of expertise are Lung Metastases, Chronic Obstructive Pulmonary Disease (COPD), Pneumonia, Acute Interstitial Pneumonia, and Advanced Bronchoscopy. Dr. Hartley is currently accepting new patients.

View Profile



## Dr. Shankar Kandaswamy
Pulmonary Medicine

Expertise in **35** conditions

**Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA
(4.1 mi)
404-367-3210
**Languages Spoken:** English, Bulgarian, French, Mandarin
See accepted insurances

Accepting New Patients        Offers Telehealth

Shankar Kandaswamy is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Kandaswamy is highly rated in 35 conditions, according to our data. His top areas of expertise are Lung Metastases, Chronic Obstructive Pulmonary Disease (COPD), Emphysema, Bullae, and Gastrostomy. Dr. Kandaswamy is currently accepting new patients.

View Profile



## Dr. Brion J. Lock
Pulmonary Medicine

Expertise in **35** conditions

**Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA
(4.1 mi)
404-367-3210

**Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

Brion Lock is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Lock is highly rated in 35 conditions, according to our data. His top areas of expertise are Chronic Cough, Lung Metastases, Bronchiectasis, Lung Nodules, and Advanced Bronchoscopy. Dr. Lock is currently accepting new patients.

View Profile



## Dr. Sriram I. Paramesh
Pulmonary Medicine

**Expertise in 28 conditions**

📍 **Piedmont Specialty Hospital Billing LLC**
1968 Peachtree Rd Nw, Atlanta, GA

(4.1 mi)

📞 404-605-5000

**Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

Sriram Paramesh is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Paramesh is highly rated in 28 conditions, according to our data. His top areas of expertise are Lung Metastases, Bronchiectasis, Acute Interstitial Pneumonia, Gastrostomy, and Advanced Bronchoscopy. Dr. Paramesh is currently accepting new patients.

View Profile



## Dr. Steven E. Harris
Pulmonary Medicine

**Expertise in 25 conditions**

📍 **Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA

(4.1 mi)

📞 404-367-3210

🗚 **Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients       Offers Telehealth

---

Steven Harris is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Harris is highly rated in 25 conditions, according to our data. His top areas of expertise are Chronic Cough, Lung Metastases, Chronic Obstructive Pulmonary Disease (COPD), and Pneumonia. Dr. Harris is currently accepting new patients.

**View Profile**

---



## Dr. Aristidis Iatridis
Pulmonary Medicine

**Expertise in 20 conditions**

📍 **Piedmont Providers LLC**
1984 Peachtree Rd Nw, Suite 300, Atlanta, GA

(4.1 mi)

📞 404-367-3210

🗚 **Languages Spoken:** English, Bulgarian, French, Greek, Mandarin

🛡 See accepted insurances

Accepting New Patients       Offers Telehealth

---

Aristidis Iatridis is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Iatridis is highly rated in 20 conditions, according to our data. His top areas of expertise are Obstructive Sleep Apnea, Periodic Limb Movement Disorder, Idiopathic Hypersomnia, and Excessive Daytime Sleepiness. Dr. Iatridis is currently accepting new patients.

**View Profile**

---



## Dr. Samuel Szumstein
Pulmonary Medicine

**Expertise in 18 conditions**

📍 **Piedmont Specialty Hospital Billing LLC**
1968 Peachtree Rd Nw, Atlanta, GA

(4.1 mi)

📞 404-605-5000

🗣 **Languages Spoken:** English, Bulgarian, French, Mandarin, Spanish

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

Samuel Szumstein is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Szumstein is highly rated in 18 conditions, according to our data. His top areas of expertise are Obstructive Sleep Apnea, Lung Metastases, Excessive Daytime Sleepiness, and Irregular Sleep-Wake Syndrome. Dr. Szumstein is currently accepting new patients.

View Profile



## Dr. David M. Berkowitz
Pulmonary Medicine

**Expertise in 18 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA

(4.9 mi)

📞 404-778-7525

🗣 **Languages Spoken:** English, German, Korean, Mandarin, Spanish

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

David Berkowitz is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Berkowitz is highly rated in 18 conditions, according to our data. His top areas of expertise are Lymphofollicular Hyperplasia, Lung Cancer, Small Cell Lung Cancer (SCLC), Gastrostomy, and Advanced Bronchoscopy. Dr. Berkowitz is currently accepting new patients.

View Profile



## Dr. Seth D. Walker
Pulmonary Medicine | Pediatrics | Intensive Care Medicine

Expertise in **17** conditions

📍 **Piedmont Specialty Hospital Billing LLC**
1968 Peachtree Rd Nw, Atlanta, GA
(4.1 mi)

📞 404-605-5000

🅰 **Languages Spoken:** English, Hindi, Korean, Spanish, Swedish

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

Seth Walker is a Pulmonary Medicine specialist and a Pediatrics provider in Atlanta, Georgia. Dr. Walker is highly rated in 17 conditions, according to our data. His top areas of expertise are Bronchiectasis, Cystic Fibrosis, Lung Metastases, Liver Failure, and Gastrostomy. Dr. Walker is currently accepting new patients.

View Profile



## Dr. Srihari Veeraraghavan

Pulmonary Medicine | Intensive Care Medicine

Expertise in **16** conditions

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🅰 **Languages Spoken:** English, Hindi, Spanish, Tamil

🛡 See accepted insurances

Accepting New Patients

Srihari Veeraraghavan is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Veeraraghavan is highly rated in 16 conditions, according to our data. His top areas of expertise are Acute Interstitial Pneumonia, Interstitial Lung Disease, Pulmonary Fibrosis, Sarcoidosis, and Lung Transplant. Dr. Veeraraghavan is currently accepting new patients.

View Profile



### Dr. Jermaine M. Jackson
Pulmonary Medicine

**Expertise in 14 conditions**

📍 **Piedmont Providers LLC**
275 Collier Rd Nw, Suite 300, Atlanta, GA

(4.1 mi)

📞 404-350-0009

🗚 **Languages Spoken:** English, Bulgarian, French, Mandarin

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Jermaine Jackson is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Jackson is highly rated in 14 conditions, according to our data. His top areas of expertise are Neurosarcoidosis, Sarcoidosis, Lung Metastases, Pneumonia, and Gastrostomy. Dr. Jackson is currently accepting new patients.

**View Profile**



### Dr. Lucian T. Marts
Pulmonary Medicine

**Expertise in 10 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA

(4.9 mi)

📞 404-778-7525

🗚 **Languages Spoken:** English

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Lucian Marts is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Marts is highly rated in 10 conditions, according to our data. His top areas of expertise are Acute Interstitial Pneumonia, Interstitial Lung Disease, Cholesterol Pneumonia, and Sarcoidosis. Dr. Marts is currently accepting new patients.

**View Profile**



### Dr. David C. Neujahr
Pulmonary Medicine

**Expertise in 10 conditions**

**The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

404-778-7525

**Languages Spoken:** English, Spanish

See accepted insurances

Accepting New Patients

David Neujahr is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Neujahr is highly rated in 10 conditions, according to our data. His top areas of expertise are Bronchiolitis Obliterans, Pulmonary Fibrosis, Acute Interstitial Pneumonia, Idiopathic Pulmonary Fibrosis, and Lung Transplant. Dr. Neujahr is currently accepting new patients.

**View Profile**



### Dr. Alvaro Velasquez
Pulmonary Medicine

**Expertise in 8 conditions**

550 Peachtree St Ne Fl 6, Emory Crawford Long Mot - Pulmonary, Atlanta, GA
(1.6 mi)

404-686-2505

**Languages Spoken:** English, Spanish

See accepted insurances

Alvaro Velasquez is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Velasquez is highly rated in 8 conditions, according to our data. His top areas of expertise are Alpha-1 Antitrypsin Deficiency (AATD), Lung Metastases, Emphysema, and Bullae.

**View Profile**



## Dr. Colin E. Swenson
Pulmonary Medicine

**Expertise in 8 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🈂 **Languages Spoken:** English, German, Korean, Spanish

🛡 See accepted insurances

Accepting New Patients     Offers Telehealth

Colin Swenson is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Swenson is highly rated in 8 conditions, according to our data. His top areas of expertise are Bronchiectasis, Nontuberculous Mycobacterial Lung Disease, Lung Metastases, and Allergic Bronchopulmonary Aspergillosis. Dr. Swenson is currently accepting new patients.

**View Profile**



## Dr. Eliana L. Gonzalez-Martinez
Pulmonary Medicine | Hospital Medicine

**Expertise in 8 conditions**

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🈂 **Languages Spoken:** English, German, Korean, Spanish

🛡 See accepted insurances

Accepting New Patients

Eliana Gonzalez-Martinez is a Pulmonary Medicine specialist and a Hospital Medicine provider in Atlanta, Georgia. Dr. Gonzalez-Martinez is highly rated in 8 conditions, according to our data. Her top areas of expertise are Chronic Obstructive Pulmonary Disease (COPD), Lung Metastases, Emphysema, Gastrostomy, and Endoscopy. Dr. Gonzalez-Martinez is currently accepting new...

View Profile



## Dr. Annette M. Esper

Pulmonary Medicine

**Expertise in 7 conditions**

📍 **Emory Medical Care Foundation Inc**
   80 Jesse Hill Jr Dr Se, Atlanta, GA
   (0.4 mi)

📞 404-616-1000

🈯 **Languages Spoken:** English, Arabic

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Annette Esper is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Esper is highly rated in 7 conditions, according to our data. Her top areas of expertise are Sarcoidosis, Acute Respiratory Distress Syndrome (ARDS), Neurosarcoidosis, and Lung Metastases. Dr. Esper is currently accepting new patients.

View Profile



## Dr. Ralitza T. Martin

Pulmonary Medicine | Intensive Care Medicine

**Expertise in 7 conditions**

📍 **Piedmont Providers LLC**
   1984 Peachtree Rd Nw, Suite 300, Atlanta, GA
   (4.1 mi)

📞 404-367-3210

🈯 **Languages Spoken:** English, Bulgarian, French, German, Mandarin

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Ralitza Martin is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Martin is highly rated in 7 conditions, according to our data. Her top areas of expertise are Lymphofollicular Hyperplasia, Pleural Effusion, Pleurisy, Lung Nodules, and Gastrostomy. Dr. Martin is currently accepting new patients.

View Profile



### Dr. Ria E. Gripaldo
Pulmonary Medicine

Expertise in **6** conditions

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🔤 **Languages Spoken:** English, Filipino

🛡 See accepted insurances

Accepting New Patients        Offers Telehealth

Ria Gripaldo is a Pulmonary Medicine provider in Atlanta, Georgia. Dr. Gripaldo is highly rated in 6 conditions, according to our data. Her top areas of expertise are Interstitial Lung Disease, Acute Interstitial Pneumonia, Lung Metastases, Pneumonia, and Gastrostomy. Dr. Gripaldo is currently accepting new patients.

View Profile



### Dr. William R. Hunt
Pulmonary Medicine | Intensive Care Medicine | Pediatrics

Expertise in **5** conditions

📍 **The Emory Clinic Inc**
1365 Clifton Rd Ne, Atlanta, GA
(4.9 mi)

📞 404-778-7525

🔤 **Languages Spoken:** English, German, Korean, Spanish

🛡 See accepted insurances

Accepting New Patients          Offers Telehealth

William Hunt is a Pulmonary Medicine specialist and an Intensive Care Medicine provider in Atlanta, Georgia. Dr. Hunt is highly rated in 5 conditions, according to our data. His top areas of expertise are Cystic Fibrosis, Secondary Immunodeficiency (SID), Newborn Jaundice, Exocrine Pancreatic Insufficiency, and Lung Transplant. Dr. Hunt is currently accepting new patients.

**View Profile**

SHOWING 1-25 OF 105                                        Next

# What is a pulmonologist?

A pulmonologist is a doctor who focuses on diagnosing and treating diseases of the lungs and respiratory system. Pulmonologists are experts in conditions like asthma, chronic obstructive pulmonary disease (COPD), pneumonia, and other lung infections. They also treat more complex issues such as interstitial lung disease, lung cancer, and sleep-related breathing disorders like obstructive sleep apnea. Pulmonologists help patients breathe better and improve their lung function through medication, therapies, and lifestyle recommendations. They work with patients of all ages, although some may specialize in adults or children.

# Why am I being referred to a pulmonologist?

You may be referred to a pulmonologist if your primary care doctor suspects you have a lung or breathing problem that requires specialized care. This referral could be for symptoms like shortness of breath, a persistent cough that won't go away, wheezing, or chest pain. If your doctor thinks you have a condition like asthma, COPD, or a lung infection that isn't improving with regular treatment, a pulmonologist can offer more in-depth testing and care. They also help manage chronic lung diseases to improve your quality of life and prevent complications.

# What is the difference between a pulmonologist and other lung doctors?

Pulmonologists are specialists who focus only on lung and respiratory diseases, unlike general practitioners who treat a wide range of health issues. Some lung problems might also be treated by allergists or immunologists, especially if allergies are involved. However, pulmonologists are trained to handle more complicated or severe lung conditions. For example, they can diagnose and treat lung diseases that may require advanced tests or procedures, like bronchoscopy or lung biopsies, which other doctors may not be trained to do. This makes them the go-to experts for anything related to breathing and lung health.

# What tests are performed by a pulmonologist?

Pulmonologists use several tests to check lung function and diagnose problems. Common tests include:

- **Spirometry** measures how much air you can breathe in and out, and how fast. This test helps diagnose conditions like asthma and COPD.

- **Chest X-ray** provides images of the lungs to check for infections, lung damage, or other issues.

- **CT scan** gives detailed images of the lungs and chest to look for tumors, blood clots, or lung scarring.

- **Bronchoscopy** is when a small camera is inserted into the lungs to check for blockages, infections, or abnormal tissue.

- **Lung function tests** measure how well the lungs move air in and out, and how efficiently they deliver oxygen to the blood.

- **Blood tests** check the oxygen and carbon dioxide levels in your blood to see how well your lungs are working.

# What are the signs of pulmonary issues?

Signs of pulmonary issues can vary from person to person, but common symptoms include:

- Shortness of breath

- Chronic cough

- Chronic mucus production

- Wheezing

- Chest pain

- Bluish lips or fingertips

- Coughing up blood

# When should I see a Pulmonologist near Atlanta, GA?

There are various reasons why you may want to see a specialist, such as:

- Your primary care provider recommends it.

- Your condition requires expert knowledge and specialized care.

- Your symptoms persist or worsen despite treatment.

- You need specialized testing or procedures.

- You want a second opinion.

# What should I consider when choosing a Pulmonologist near Atlanta, GA?

It's important to see a provider with expertise in your specific condition. Each provider profile in MediFind's doctor database includes information on which conditions they treat, years of experience, research contributions, languages spoken, insurance plans accepted, and more.

# How do I find the best Pulmonologist near Atlanta, GA?

You can find a Pulmonologist in any of the 10 largest U.S. cities by clicking below:

Pulmonologist near New York, NY
Pulmonologist near Los Angeles, CA
Pulmonologist near Chicago, IL
Pulmonologist near Houston, TX
Pulmonologist near Phoenix, AZ
Pulmonologist near Philadelphia, PA
Pulmonologist near Atlanta, GA
Pulmonologist near Boston, MA
Pulmonologist near Dallas, TX
Pulmonologist near San Jose, CA

# How does MediFind rank Pulmonologists near Atlanta, GA?

MediFind's rankings are based on a variety of data sources, such as the number of articles a doctor has published in medical journals, participation in clinical trials and industry conferences, as well as the number of patients that provider sees for a given condition. Note that MediFind's provider database is not based on user reviews, and providers do not pay to be included in the database.

# What types of insurance are accepted by Pulmonologists near Atlanta, GA?

Most profiles in MediFind's doctor database include a list of insurance plans accepted by that provider. However, it's a good idea to contact the provider's office to make sure they still accept your insurance, then doublecheck by contacting your insurance plan to confirm they're in network.

# How can I book an appointment online with a Pulmonologist in Atlanta?

MediFind offers direct scheduling for certain providers using the "Request Appointment" button on that provider's profile. If the schedule option is not available for a provider, tap the red "Show Phone Number" button on their profile to get their contact information. If you prefer to find providers who offer online scheduling, select "Schedules online" under the "Availability" category of the filter feature on the left side of the Pulmonologist search results page.

# Why is it important to get a second opinion from a different Pulmonologist?

Second opinions are an opportunity to confirm a diagnosis and its root cause, learn about alternative treatment options, or simply gain peace of mind. Many people, especially those with serious diagnoses, get second opinions so they can understand all their options and make informed decisions, so don't hesitate to get one if you have any doubts or need more information or clarification regarding your care. Note that some insurance plans require second opinions, while others don't cover second opinions, so be sure to confirm with your insurance provider first.

# How can I prepare for my appointment with a Pulmonologist near Atlanta, GA?

Prepare for your appointment by gathering the following items:

- Copies of medical records (dating back at least one year)

- Your medical history, including illnesses, medical conditions, surgeries, and other doctors you see

- Family history of disease

- List of current prescription drugs, over-the-counter medicines, vitamins, and herbal remedies or supplements including names and doses

- Allergies to medications, food, latex, insects, etc.

- List of questions and concerns

- Your insurance card

You might also contact the provider's office to see if they offer transportation or childcare services or if you're allowed to bring a loved one for support or to take notes during your visit.

# What questions should I ask my Pulmonologist?

Here are some sample questions:

- Can you explain in simple terms what this condition is and how it's treated?

- What symptoms or side effects should I watch for?

- What tests will be involved, and when can I expect results?

- Are there other specialists I need to see?

- What's the best way to reach you if I have follow-up questions?

# How can I learn about the latest clinical trials and research advances my Pulmonologist may know about?

MediFind's Clinical Trials tool asks you a series of questions to help you narrow down your search by health condition, age, gender, location, how far you're willing to travel, and more. Each question you answer filters down the number of trials until you find the ones that are most relevant to you.

MediFind's Latest Advances tool features summaries of recent articles published in medical journals. We use cutting-edge technology to scour medical publication databases for the latest research advancements on any given condition, then we simplify this information in a way that's useful and easy to understand.

# Can I filter my search to show male or female Pulmonologists near Atlanta, GA?

Look for the filter feature on the left side of the Pulmonologist search results page. Select "Female" or "Male" under the "Gender" category to search for female or male providers exclusively. If the "Any" option is selected, it will pull results for both male and female providers.

# What are the most common health conditions that a Pulmonologist near Atlanta, GA might treat?

Acute Respiratory Distress Syndrome (ARDS)
Asthma
Asthma in Children
Bronchiectasis
Bronchitis
Chronic Cough
Chronic Obstructive Pulmonary Disease (COPD)
Cystic Fibrosis
Interstitial Lung Disease
Long Haul COVID
Lung Cancer
Mesothelioma
Multisystem Inflammatory Syndrome in Children (MIS-C)
Occupational Asthma
Pleural Effusion
Pneumonia
Pulmonary Edema
Pulmonary Hypertension
Obstructive Sleep Apnea

# Can I filter my search to find a Pulmonologist that offers video calls?

Look for the filter feature on the left-side of the Pulmonologist search results page. Select "Offers telehealth visits" under the Availability category to search for providers who offer virtual appointments (video calls).

Reviewed on: 11/07/24

By: MediFind Medical Staff

Read more about our Content Policy.