**Exhibit 3**

| | |
|---|---|
| **From:** | Robin Seila |
| **To:** | reginald.janvier@akerman.com; asimpson@coralbrief.com; Info |
| **Cc:** | donnie.king@akerman.com; Lee J. Rohn; Alanah Lucantonio |
| **Subject:** | RE: Wooten IME/Vocational interview |
| **Date:** | Tuesday, September 9, 2025 3:45:00 PM |

Hi Reggie:

I see that Dr. Paramesh has two locations—Austell and Atlanta. Where does he want to see her on Friday? I will see if she is available.

Best,
Robin

---

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Tuesday, September 9, 2025 3:28 PM
**To:** Robin Seila <robin@rohnlaw.com>; asimpson@coralbrief.com; Info <info@rohnlaw.com>
**Cc:** donnie.king@akerman.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>
**Subject:** RE: Wooten IME/Vocational interview

Thanks, Robin.

I am working to confirm the appointment referenced below. That being said, attached is the CV for pulmonologist Sriram Paramesh. Dr. Paramesh is prepared to complete an IME of Plaintiff on Friday at 9am, 2pm, or 3:15 pm. Please confirm Ms. Wooten's availability.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

---

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Monday, September 8, 2025 11:38 AM
**To:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>; asimpson@coralbrief.com; Info <info@rohnlaw.com>
**Cc:** King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>
**Subject:** RE: Wooten IME/Vocational interview

**[External to Akerman]**

Good morning, Reggie:

Ms. Wooten can make it on Sept 11 at 1 p.m. Please let me know once she is confirmed.

Best,
Robin

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Monday, September 8, 2025 10:25 AM
**To:** Robin Seila <robin@rohnlaw.com>; asimpson@coralbrief.com; Info <info@rohnlaw.com>
**Cc:** donnie.king@akerman.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>
**Subject:** RE: Wooten IME/Vocational interview

Hi Robin,

I am following up on Ms. Wooten's availability to meet with Earl Thompson this week for an interview, which was not addressed in your response last week.

He is available this week on **September 11th** at 1pm or later and anytime on **September 12th.**

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

Profile

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Wednesday, September 3, 2025 11:41 AM
**To:** Andrew C. Simpson <asimpson@coralbrief.com>; Info <info@rohnlaw.com>
**Cc:** King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>
**Subject:** RE: Wooten IME/Vocational interview

**[External to Akerman]**

Good morning, Andy—

Please see attached response.

Best,
Robin

---

**From:** Andrew C. Simpson <asimpson@coralbrief.com>
**Sent:** Tuesday, September 2, 2025 9:17 AM
**To:** Robin Seila <robin@rohnlaw.com>; Info <info@rohnlaw.com>
**Cc:** donnie.king@akerman.com; reginald.janvier@akerman.com
**Subject:** Wooten IME/Vocational interview

Robin: Port Hamilton and OPT are sharing a pulmonologist and vocational rehabilitation expert and would like to have Ms. Wooten appear before each for an IME (in the case of the pulmonologist) and an interview (in the case of the vocational rehab expert).

The scope of the pulmonology IME will consist of the taking of a complete medical history; performance of a thorough physical examination, covering the entire body; and Pulmonary Function Testing. The pulmonologist is Dr. Jeffrey Wolkowicz and his CV is attached.

The vocational rehabilitation expert, Earl Thompson, will conduct an interview. His Interview Policy, describing how it is conducted, is attached.

We will pay Ms. Wooten's reasonable travel expenses to travel to Dr. Wolkowicz at 3100 Coral Hills Drive, #304, Coral Springs FL 33065.

Earl Thompson is located at 940 Dogwood Park Drive, Lawrenceville, GA 30046.

Please let us know dates between now and September 12, 2025 when your client can be present at each of these offices and we will confirm a time on each date.

Thanks,

Andy Simpson
Andrew C. Simpson P.C.
2191 Church St., Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
340.719.3900 x101
645-225-4701 (direct)

email:  asimpson@coralbrief.com <mailto:asimpson@coralbrief.com>
web:   http://www.coralbrief.com <http://www.coralbrief.com/>

Fellow, American Academy of Appellate Lawyers <https://www.appellateacademy.org/>
Member, Federation of Defense and Corporate Counsel <https://www.thefederation.org/>
Member, The Harmonie Group <https://www.harmonie.org/>

This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: asimpson@coralbrief.com or via telephone: 340-719-3900 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature, as a legal opinion, or as an agreement to engage our services.  To engage our services, you must have a fully executed retainer agreement or engagement letter.