

| | |
|---|---|
| **From:** | reginald.janvier@akerman.com |
| **To:** | Robin Seila |
| **Cc:** | donnie.king@akerman.com; Alanah Lucantonio; asimpson@coralbrief.com |
| **Subject:** | Re: Pulmonologist |
| **Date:** | Wednesday, September 17, 2025 2:28:22 PM |

Dr. Paramesh has informed me that Ms. Wooten is in his office now.

Sent from my iPhone

> On Sep 17, 2025, at 2:13 PM, Robin Seila <robin@rohnlaw.com> wrote:
>
> **[External to Akerman]**
>
> GA Reggie:
>
> Ms. Wooten went to the location: 660 Church Street, Suite 200 Marietta, GA 30060. She is there now. She said that it is a parking lot, and there is a hospital across the street and she went there and there is no record of her visit and Dr. Paramesh is not there either. Please advise. Thank you.
>
> Best
>
> Robin
>
> Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.