IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

**THIS MATTER** having come before the Court on **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO SERVE EXPERT REPORTS** and the Court having been advised in its premises, it is;

　　**ORDERED** that Defendants' Motion is **DENIED**, and further;

　　**SO ORDERED** this _____ day of _____ 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Emile A. Henderson, III
　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. Magistrate Judge