# EXHIBIT A

Page 1

1         DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. CROIX
2
3  NICOLE WOOTEN,
4          Plaintiff,
                                     Civil Action No.:
5     vs.
                                     1:23-cv-00012
6  LIMETREE BAY TERMINALS
   d/b/a OCEAN POINT
7  TERMINALS, PORT
   HAMILTON REFINING AND
8  TRANSPORTATION, and WEST
   INDIES PETROLEUM LTD.,
9
           Defendants.
10 _____
11
12         VIDEOTAPED DEPOSITION OF NICOLE WOOTEN
13
                     May 19, 2025
14
                      10:09 a.m.
15
16
                     Akerman, LLP
17
              999 Peachtree Street, N.E.
18
                      Suite 1700
19
                   Atlanta, Georgia
20
21
22
23         LAURA R. SINGLE, CCR-B-1343
24
25

Page 129

```
1      A.   No.
2      Q.   And Aaron Curtis?
3      A.   (601) 597-4018.
4      Q.   Any other info on him?
5      A.   No.
6      Q.   No job info?
7      A.   No.
8      Q.   No address?
9      A.   No.
10     Q.   No other telephone numbers?
11     A.   No.
12     Q.   And just to be clear, those are all of
13  the -- all of your intimate partners since 2022?
14     A.   Yes.
15     Q.   And there's no one else?
16     A.   No.
17     Q.   I want to talk about your travel.
18          THE COURT REPORTER:  I'm sorry?
19          MR. KING:  Travel.
20  BY MR. KING:
21     Q.   I want to talk about your travel.  Please
22  tell me all the places that you visited by airplane
23  since -- since 2022.
24     A.   Are we saying before this incident or after?
25     Q.   Let's just do -- do you know what?  Let's
```

Page 130

```
 1   start at August 8th, 2022, every place you ever
 2   jumped on an airplane.
 3        A.   I came home.
 4        Q.   Home is Atlanta?
 5        A.   Yes.  So there was a layover, so that means
 6   I had to be in Florida.
 7        Q.   Okay.
 8        A.   I've been to New York and back to St. Croix.
 9   And there was probably a layover again, so I was
10   probably in Florida again when I came back to
11   St. Croix.  And Louisiana.
12        Q.   That's everywhere?
13        A.   Yes.
14        Q.   Have you traveled outside the country at
15   all?
16        A.   No.
17        Q.   Did you travel to anybody's birthday to any
18   states?
19        A.   No.  You said for their birthday?
20        Q.   Or your birthday.
21        A.   Uh-uh (negative).  I took my mom to New
22   York.  That was an early birthday trip for her, but
23   her birthday isn't until October.
24        Q.   All right.  Why did you go to Louisiana?
25        A.   It was a trip to kind of just celebrate
```

Page 131

```
 1   being out of the house in a sense.
 2       Q.   Being out of the house.
 3            When was this trip?
 4       A.   I believe this was 2023.
 5       Q.   You wanted to celebrate being out of the
 6   house you said?
 7       A.   Yes.
 8       Q.   Did you see Aaron Curtis while in Louisiana?
 9       A.   No.
10       Q.   What did you do in Louisiana?
11       A.   Ate at restaurants.  I spent most of the
12   time going to restaurants.
13       Q.   And what airline did you take?
14       A.   I don't recall the airline.
15       Q.   And who did you go with?
16       A.   Shamia, S-H-A-M-I-A.
17       Q.   Who is that?
18       A.   A friend of mine.
19       Q.   Last name?
20       A.   Gathers, G-A-T-H-E-R-S.
21       Q.   How did you celebrate?  What did you guys
22   do?  You ate.  What else did you do?
23       A.   That's the majority of the things that we
24   did.
25       Q.   Did you travel to Louisiana to eat?
```

```
                                                       Page 132
 1       A.   I have never been to Louisiana as an adult,
 2   so it was her idea.  She's like you've never been,
 3   let's go.
 4       Q.   What did you see while there?  What cities?
 5   Where were you in Louisiana?
 6       A.   On Bourbon Street.
 7       Q.   So you went to New Orleans?
 8       A.   Yes.
 9       Q.   Do you remember what month you went to New
10   Orleans?
11       A.   No, I don't recall.
12       Q.   Do you remember if it was in the spring,
13   fall, winter, summer?
14       A.   It wasn't cold outside.  That's what I can
15   remember.  I don't remember when.  Possibly shorts,
16   so it wasn't cold outside.
17       Q.   Was it Mardi Gras?
18       A.   No.
19       Q.   Was it around Mardi Gras?
20       A.   No.
21       Q.   So was it hot outside?
22       A.   I guess so.  It was probably hot.
23       Q.   Did you guys go to bars in Louisiana?
24       A.   Yeah.  I guess restaurants.  I consider them
25   restaurants more so than bars.
```

Page 133

```
1     Q.   Was there anyone else there?
2     A.   No.
3     Q.   Did you meet anyone there?
4     A.   We met random people.
5     Q.   Like who?
6     A.   Nobody I could necessarily remember.
7     Q.   Where did you meet them?
8     A.   On the street.
9     Q.   Just walking down the street?
10    A.   On the street or in a restaurant.
11    Q.   Why were you just meeting people down the
12  street?
13    A.   I wasn't meeting people.  People were
14  meeting me.  I don't --
15    Q.   She's from there?
16    A.   She --
17    Q.   Shamia is from there?
18    A.   No, she's not.
19    Q.   What do you mean people were meeting you but
20  you weren't meeting them?
21    A.   So I don't walk up to people and say, hi, my
22  name is Nicole.
23    Q.   You don't?
24    A.   People would walk up to me and say
25  something, but I'm not walking up to them to say
```

```
                                              Page 134
1    anything.
2         Q.   Okay.  So walk me through this trip.  Okay?
3    You get on a plane.  You don't remember the airline.
4         A.   Uh-huh (affirmative).
5         Q.   Fair?
6         A.   Fair.
7         Q.   How many days were you there?
8         A.   I don't recall how long we stayed.
9         Q.   Okay.  It was hot outside?
10        A.   Yes, it was hot.
11        Q.   Okay.  And you spent a lot of your time on
12   Bourbon Street?
13        A.   No, I wouldn't say that; but the trip -- my
14   time was spent there.  That's along where the hotel
15   was, but a lot of my time was spent in the hotel if I
16   wasn't at a restaurant.
17        Q.   Okay.  What hotel was it?
18        A.   I don't recall the name of the hotel.
19        Q.   Was it in the French Quarter?
20        A.   Is that on Bourbon Street?
21        Q.   Kind of.
22        A.   I'm not -- I don't make me laugh, please.
23        Q.   I'm trying to not to give too much info.
24        A.   I don't -- I don't recall.  I don't
25   remember.
```

```
                                               Page 135
1        Q.   Okay.  But you went to restaurants while
2   there?
3        A.   Yes.
4        Q.   Okay.  And went to some bars?
5        A.   Yes.
6        Q.   Did you dance?
7        A.   Yes.
8        Q.   You can tell me.
9        A.   No.  I'm thinking.  I'm thinking.  Yes, I
10  danced for a little bit.  Yes, I did.  That's
11  probably why I ended up on my machine later that
12  night, but go ahead.
13       Q.   Do you remember where you went, where you
14  danced?
15       A.   No, I do not.
16       Q.   Was it only one night of dancing or did you
17  dance on a couple of nights?
18       A.   I probably danced one night.
19       Q.   Okay.  But you don't specifically recall how
20  many nights; is that fair?
21       A.   I can strongly say I probably danced one
22  night.
23       Q.   Okay.  Did you do any tours while there?
24       A.   No.
25       Q.   Any excursions?  Did you see the city?  Did
```

Page 136

1  you walk the city?
2      A.  No.  I can't do any of that.
3      Q.  So you didn't walk around at all?  You
4  didn't do any driving tours?
5      A.  No driving tours.
6      Q.  Okay.  You said Florida a few times, but you
7  always said you went to Florida -- have you driven to
8  Florida?
9      A.  Just recently, yes.  I didn't drive, but I
10 rode with my brother and my dad.
11     Q.  And what city did you go to in Florida?
12     A.  I can't think of the name of it.  It was my
13 first time visiting this city.
14     Q.  Do you know if it was north Florida, south
15 Florida, central Florida?
16     A.  Are we talking about for flights or are we
17 talking about just the drive --
18     Q.  Just this past trip.
19     A.  Okay.
20     Q.  Your flights you said you just flew through,
21 right?
22     A.  Yes.
23     Q.  So this was your first time in the state of
24 Florida since 2022 to visit?
25     A.  Yes.

Page 137

```
1    Q.   So you went to Florida?
2    A.   Yes.
3    Q.   Recently?
4    A.   Yes.
5    Q.   How recently?
6    A.   April for my aunt's birthday.
7    Q.   April what?
8    A.   This year, 2025.
9    Q.   What date?
10   A.   Around the 12th or so.
11   Q.   Okay.  And you drove down with your dad and
12  your brother?
13   A.   Yes.
14   Q.   And dad's name is?
15   A.   Royal Smith.
16   Q.   Royal Smith, okay.
17        Why did you go to Florida?
18   A.   To celebrate my aunt's 65th birthday.
19   Q.   Who is your aunt?
20   A.   Cynthia Hoskins, H-O-S-K-I-N-S.
21   Q.   All right.  And what -- what did you do
22  there?
23   A.   After this can we take a break?
24   Q.   Yes.
25   A.   Okay.  I didn't get to do as much as
```

Page 138

1   everybody else unfortunately.  I did -- I stayed in
2   the house a majority of the time.  I went to the
3   grocery store with my brother.  I rode in the car
4   with him.  I think I went to -- once we first got
5   there, we did a grocery run.  I pretty much stayed to
6   my side while everybody else did the big shopping.
7   Everybody else was going to the beach.  I stayed by
8   the pool at the house because the beach was a walk.
9   I did go to the beach one day because we took
10  pictures on the beach for my aunt while we were
11  there.  I slept on the couch because the place that
12  my aunt rented was three levels; and when I first got
13  there, I went upstairs to go see where I was sleeping
14  and I was out of breath, so I didn't go back up
15  except for one more time to go get my computer bag so
16  I can try to work.
17       Q.   You went to any restaurants?
18       A.   Did we -- if we grabbed -- oh, we did.  We
19  went -- I thought about it.  We did go to a
20  restaurant.  We met my aunt and my dad and them at a
21  restaurant, my brother and I.
22       Q.   Okay.  Did you go to -- to any bars while
23  there?
24       A.   No, I did not.
25       Q.   No bars, no club, nothing like that?

Page 139

1    A.   No, I did not.
2    Q.   Your trip to New York.
3    A.   Yes.
4    Q.   Tell me about that. You wanted to take a
5  break. Do you want to take a break now?
6    A.   Yes, please.
7         MR. KING: Let's take a break.
8         THE VIDEOGRAPHER: The time is 3:13 p.m.,
9  and we are off the record.
10        (A recess was taken.)
11        THE VIDEOGRAPHER: The time is 3:20 p.m.,
12  and we are on the record.
13  BY MR. KING:
14    Q.   Can I ask you about some -- some of these --
15  just a follow-up on some of these gentlemen.
16  Mr. Marz, did you have intimate relations with him
17  before August of 2022?
18    A.   No.
19    Q.   What about Mr. Horace Austin?
20    A.   No.
21    Q.   And what about Aaron Curtis?
22    A.   No.
23    Q.   So all of those were after August of '22?
24    A.   Yes.
25    Q.   Okay. What about Cruz?

```
                                                        Page 140
1       A.   Before August.
2       Q.   That was before August?
3       A.   (Witness nods head affirmatively.)
4       Q.   Before and after?
5       A.   No.  That was just before.
6       Q.   Just before.
7            Okay.  We were -- we were talking about some
8  of your trips and we were on New York.  But before we
9  get there, the place that you listed for me so far
10 are Atlanta, Florida, New York, St. Croix, and
11 Louisiana.  Is that everywhere you have taken a
12 flight since August of '22?
13      A.   Yes.
14      Q.   Did you go to Charlotte?
15      A.   No.
16      Q.   Okay.  Did you go to a Dear Black Woman
17 chapter information session?
18      A.   No.
19           THE COURT REPORTER:  I'm sorry.  I need you
20      to say that again.
21           MR. KING:  Dear Black Woman chapter
22      information session.
23           THE COURT REPORTER:  Thank you.
24 BY MR. KING:
25      Q.   Okay.  Now -- okay.  Back to New York.  Tell
```

```
                                                        Page 141
 1   me about that.  When was it?
 2        A.   Around August the 25th or so of 2022.
 3        Q.   August 25th of 2022.
 4             And who did you go with?
 5        A.   My mom, Mae Wade, M-A-E.
 6        Q.   And you guys flew in the plane together?
 7        A.   I think we had separate flights because I
 8   initially had this trip booked.
 9        Q.   Got it.
10             She met you there?  Who got there first?
11        A.   I don't recall.
12        Q.   Did anybody else fly with you guys?
13        A.   No.
14        Q.   Okay.  So you flew up first and then -- one
15   of you flew up first and then one of you followed?
16        A.   Yes.
17        Q.   Okay.  Did you fly up on the same day?
18        A.   Yes.
19        Q.   Okay.  Before I go into this, Louisiana --
20   did Shamia fly with you?
21        A.   Yes.
22        Q.   Okay.  Talking about New York, when you
23   got -- what was the purpose of your trip to New York?
24        A.   My mom has never been, so it was to
25   celebrate -- an early birthday celebration for her.
```

Page 225

1    Q.    She only knew you after that?
2    A.    Yes.
3          MR. KING:  Do you have the affidavit?  I'll
4    do this quick.
5          Do you know what number we're on?
6          MS. SEILA:  5.
7          (Exhibit 5 was marked for
8    identification, attached at the end of
9    the original transcript.)
10   BY MR. KING:
11   Q.    I'm showing you what has been premarked as
12   Exhibit 5.
13         MS. SEILA:  Sorry.  Can I get a copy?
14         MR. KING:  Oh, yeah, sure.
15   BY MR. KING:
16   Q.    Which is an affirmation under penalty of
17   perjury that you signed last week; is that fair?
18   A.    Yes.
19   Q.    And is that an e-signature it looks like
20   maybe?
21   A.    Yes.
22   Q.    And you had -- through your counsel, you
23   indicated that you could not travel to St. Croix.
24   A.    Yes.
25   Q.    Okay.  And you said that the reason that

```
                                                  Page 226
 1   you -- according to this, that you said that
 2   Dr. Olivia West has specifically advised you not to
 3   travel to St. Croix because of your mental health
 4   disability.
 5           Do you see that?
 6       A.  Yes.
 7       Q.  When did she advise you of that for the
 8   first time?
 9       A.  I don't remember the dates, but I believe it
10   was -- it was sometime in 2023.
11       Q.  Okay.  Have you spoken to her about that
12   since then?
13       A.  Yes.
14       Q.  When was the most recent time?
15       A.  I think it was sometime after Monday last
16   week.
17       Q.  What did she tell you?
18       A.  This still stands.
19       Q.  Is this only in regards to St. Croix or is
20   it in regards to an aircraft anywhere?
21       A.  St. Croix.
22       Q.  Specific to St. Croix; is that fair?
23       A.  Yes.
24       Q.  Did any other doctor tell you that you
25   should not travel to St. Croix?
```

Page 227

1  A.  Dr. Acker may have stated it.  I'm not too
2  certain if she did.
3  Q.  And when was that?
4  A.  Possibly 2023.
5  Q.  But you don't remember if she did or didn't;
6  is that right?
7  A.  Yes; between her and Dr. -- and Dr. Graham.
8  Q.  Both of them or either of them?
9  A.  Both.
10  Q.  And what was her reason?
11  A.  Initially, they really -- their reasons were
12  because they thought that my job was trying to get me
13  to come back there to work.
14  Q.  And you didn't want to work at that job
15  any --
16  A.  It's not that I didn't want to work at that
17  job.  I loved -- I actually liked my job.  I could
18  not go back to St. Croix and work, specifically
19  St. Croix.  I can't go back.  I have people that are
20  still there that ask, oh, you're going to come and
21  visit like the Georges.  I'm not coming back.
22  Q.  Okay.  You said Dr. Acker and Dr. Graham.
23  Were their recommendations specific to St. Croix?
24  A.  Yes.
25  Q.  Okay.  So they're okay with you traveling to

Page 228

```
 1   New York and Louisiana and those other places?
 2        A.   We never talked about travel anywhere else.
 3        Q.   Okay.  So it's a specific St. Croix problem?
 4        A.   Yes.
 5        Q.   And at some point in time, you tried to file
 6   a workman's comp claim; is that fair?
 7        A.   Yes.
 8        Q.   Okay.  And when you filed that workman's
 9   comp claim initially Customs and Border Patrol denied
10   you, right?
11        A.   No.  They paid out for the first 45 days.
12        Q.   Did they ever decline to cover you?
13        A.   Yes, they did.
14        Q.   And when was that?
15        A.   I believe this was October of 2023.
16        Q.   Okay.  So do you remember when you filed the
17   claim?
18        A.   Before I left the island.
19        Q.   Okay.  But they paid you for the first 45
20   days and then made a determination that in their
21   belief you have preexisting conditions; is that fair?
22        A.   Yes.
23        Q.   Okay.  And subsequent to that you hired a
24   lawyer?
25        A.   Yes.
```