IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>LIMETREE BAY TERMINALS d/b/a )<br>OCEAN POINT TERMINALS; PORT )<br>HAMILTON REFINING AND )<br>TRANSPORTATION; and WEST INDIES )<br>PETROLEUM, LTD., )<br>)<br>Defendants. ) | CASE NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING

**COMES NOW,** Defendant West Indies Petroleum Ltd., through its undersigned counsel, and hereby gives notice of filing the attached Request for Ruling, **Ex. 1**.

Respectfully Submitted,

**CSA Associates, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated:  October 6, 2025        By:  */s/ Ryan C. Stutzman*
Ryan C. Stutzman, Esq. (VI Bar No. R2053)
Attorney for West Indies Petroleum Limited