IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS; PORT HAMILTON REFINING AND TRANSPORTATION; and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | CASE NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

**REQUEST FOR RULING ON JOINT MOTION OF DISMISSAL OF WEST INDIES PETROLEUM, LTD.**

**COMES NOW,** Defendant West Indies Petroleum, Ltd., and respectfully requests a ruling on the Joint Motion for Dismissal of West Indies Petroleum Ltd., filed September 11, 2025 [Docket No. 193]. No opposition was filed and the time to do so has passed. LRCi 6.1(b)(5).

Respectfully Submitted,

Dated: October 6, 2025   By:   /s/ Ryan C. Stutzman
Ryan C. Stutzman, Esq. VI Bar R2053
CSA Associates, P.C.
1138 King Street, Ste. 100
Christiansted, VI 00820
Tel: (340) 773-3681
rstutzman@saastx.vi
*Counsel for West Indies Petroleum, Ltd.*

Ex. 1