DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,<br><br>　　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF DEFENDANTS LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS AND PORT HAMILTON REFINING & TRANSPORTATION'S EXPERT DISCLOSURES PURSUANT TO RULE 26</u>

PLEASE TAKE NOTICE that Defendants, LIMETREE BAY TERMINALS d/b/a Ocean Point Terminals and Port Hamilton Refining & Transportation have served their Joint Expert Disclosures through undersigned counsel, and that all documents referenced were served upon all counsel of record in this matter.

Dated:  October 6, 2025　　　　　Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com

**ANDREW C. SIMPSON P.C.**
2191 Church Street, Suite 5,
Christiansted, VI 00820
Telephone: (340) 719-3900

By:  /s/Andrew C. Simpson
**Andrew C. Simpson**
Virgin Islands No. 451
asimpson@coralbrief.com

*Counsel for Defendant Port Hamilton Refining and Transportation, LLLP*

lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminal*

3

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing document was filed with the Court's electronic filing system on October 6, 2025 which will send a notice of electronic filing to all counsel of record.

                    */s/Donnie M. King*
                    Donnie M. King