IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

               Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

               Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S FIFTEENTH
SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26**</u>

    **PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Fifteenth

Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record,

and that any documents referenced were served upon the Defendant.

               RESPECTFULLY SUBMITTED
               LEE J. ROHN AND ASSOCIATES, LLC
               Attorneys for Plaintiff

DATED:  October 16, 2025      BY:   /s/ *Robin P. Seila*
               Robin P. Seila, Esq.
               VI Bar No. R2043
               1108 King Street, Suite 3 (mailing)
               56 King Street, Third Floor (physical)
               Christiansted, St. Croix
               U.S. Virgin Islands 00820
               Telephone: (340) 778-8855
               robin@rohnlaw.com



## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on October 16, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record

BY: ___/s/ *Robin P. Seila*_____(al)