3.2DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>               Plaintiff,<br>        v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>               Defendants. | Civil Action No.: 1:23-cv-00012 |

**DEFENDANT LIMETREE BAY TERMINAL'S NOTICE OF TAKING DEPOSITION OF DR. SHAEL WOLFSON PURSUANT TO FED. R. CIV. P. 30(b)(1)**

TO:   Dr. Shael Wolfson
      c/o Robin Seila
      Lee J. Rohn & Associates
      1108 King St Suite 3, Christiansted,
      St Croix 00820, U.S. Virgin Islands

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the videotaped deposition of Dr. Shael Wolfson at **10:00 a.m. CST / 11:00 a.m. EST** on the 5th day of November, 2025. The deposition will be taken remotely via Zoom, before an officer authorized by law to administer oaths and take testimony, will be recorded by stenographic, sound, and/or visual transcription, and may be videotaped.

   **Link: https://proceedings.veritext.com/?token=0a54044bafd5980cf88266de52f9416f**

   **Meeting ID: 85642521721**

   **Password: 6TFWVNtc3W**

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

DATED: October 24, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com
lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a Ocean Point Terminals*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2025, I served the foregoing **DEFENDANT LIMETREE BAY TERMINAL'S NOTICE OF TAKING DEPOSITION OF DR. MARK WILKENFELD PURSUANT TO FED. R. CIV. P. 30(b)(1)** upon counsel of record for all parties via electronic mail transmission.

                                           */s/ Donnie M. King*
                                           Donnie M. King, Esq.