# EXHIBIT A

Case: 1:23-cv-00012-WAL-EAH     Document #: 214-1     Filed: 11/14/25     Page 1 of 3

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## **AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Extension of Deadlines, and the Court having been advised in its premises, it is;

**ORDERED** that Parties' Motion is **GRANTED**, and further;

**ORDERED** that the Parties adhere to the following remaining deadlines in this matter:

**1.     EXPERT DEPOSITIONS**

Expert depositions shall be completed by **February 20, 2026**.[2]

**2.     MOTIONS**

All dispositive motions – including Daubert motions – shall be filed by **April 7, 2026.** If no dispositive motions will be filed, then the parties shall file a joint notice stating that the parties have not filed and do not intend to file any dispositive motions by **April 7, 2026.**

---

[2] Depositions of treating physicians shall be included in this deadline.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**FIRST AMENDED SCHEDULING ORDER**
Page 2

### 3. TRIAL DATE

A trial date will be scheduled by the Court.

All previously ordered dates are hereby **VACATED**.

**SO ORDERED** this _____ day of _____ 2025.

_____
Magistrate of the District Court