IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>PLAINTIFF,<br><br>v.<br><br>LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, AND WEST INDIES PETROLUEM, LTD.,<br><br>DEFENDANTS. | CASE NO. 1:23-CV-00012 |

## STIPULATION TO DISMISS CROSS-CLAIMS

Now come Limetree Bay Terminals d/b/a Ocean Point Terminals and Port Hamilton Refining and Transportation, LLLP and stipulate to the dismissal, without prejudice, of each of their respective cross-claims against the other, with each party to bear its own costs and fees related to this action.

November 7, 2025　　　　　Respectfully submitted,

/s/ Andrew C. Simpson　　　　　　/s/ Donnie King
Andrew C. Simpson (VI Bar # 451)　Donnie King
2191 Church Street, Ste. 5,　　　　201 East Las Olas Boulevard, Suite
Christiansted, VI 00820　　　　　　1800
Telephone: (340) 719-3900　　　　　Fort Lauderdale, FL 33301
asimpson@coralbrief.com　　　　　donnie.king@akerman.com

1

10665189.1