IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>PLAINTIFF,<br><br>v.<br><br>LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, AND WEST INDIES PETROLUEM, LTD.,<br><br>DEFENDANTS. | CASE NO. 1:23-CV-00012 |

## ORDER ON STIPULATION TO DISMISS CROSS-CLAIMS

This matter is before the Court on the stipulation of Limetree Bay Terminals, LLC, d/b/a Ocean Point Terminals and Port Hamilton Refining and Transportation, LLLP, to the dismissal, without prejudice, of each of their respective cross-claims against the other, with each party to bear its own cost and fees related to this action.

Considering the foregoing, it is **ORDERED** that the Stipulation is Granted and the cross-claims between Limetree Bay Terminals d/b/a Ocean Point Terminals and Port Hamilton Refining and Transportation, LLLP are **DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees related to this action**.

Date:

ENTER:

_____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE