**Exhibit A**



1

**Preliminary Engineering Report**

# PRELIMINARY REPORT:

## Case No. 1:23-CV-00012

Abstract

Nicole Wooten

v.

LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,

A written preliminary report including facts, engineering causal analysis, and findings based on professional training, knowledge, experience, regulations, and industry best practices.

November 13, 2025

Prepared by: Cassandra K. Moody, M.S., P.E.
Time For Change, LLC., President + Principal Engineer

# Table of Contents

Executive Summary ......................................................................................................... 3

**1. Introduction** ........................................................................................................... 6

**1.1. Scope** ................................................................................................................. 6

**1.2. Objective** .......................................................................................................... 6

**1.3. Methods** ........................................................................................................... 6

1.4 Qualification of Expert ............................................................................................ 7

1.4.1. Knowledge ..................................................................................................... 7

1.4.2. Experience ..................................................................................................... 8

1.4.3. Training .......................................................................................................... 8

1.4.4. Education ....................................................................................................... 8

**2. Engineering Analysis: PDCA Review of Case No. 1:23-CV-00012** ...................... 8

**2.1. Plan: Case Overview** ......................................................................................... 8

2.1.1 Incident overview ........................................................................................... 8

**2.2. Do: Review key topics** ..................................................................................... 9

**2.3. Check: Causal factor analysis** ......................................................................... 11

2.3.1 Equipment or materials ................................................................................ 12

2.3.2 Procedure ..................................................................................................... 13

2.3.3 Personnel ...................................................................................................... 13

2.3.4 Design ........................................................................................................... 14

2.3.5 Training ......................................................................................................... 14

2.3.6 Management ................................................................................................. 15

2.3.6 External phenomena ..................................................................................... 20

**2.4 Act: Causal analysis summary** ......................................................................... 22

**3. Conclusions** ........................................................................................................ 22

5. References ............................................................................................................... 24

**2 Appendices** .......................................................................................................... 25

Appendix A: Documents provided ................................................................................ 27

Appendix B: Expert's statement of qualifications ........................................................ 44

Appendix C: Expert's statement of compensation ....................................................... 51

Appendix D: Causal factor worksheets ........................................................................ 53

Appendix E: OSHA Hierarchy of Controls .................................................................... 62

Appendix F: Preliminary report of Mr. Daniel Mahr dated August 14, 2025 ............... 68

1
2

## Table of Figures

Figure 1: Expert Engineering Witness Method ................................................................. 7
Figure 2: RCA terms and definitions ............................................................................ 10
Figure 3: Causal factor fishbone diagram .................................................................... 12
Figure 4: EPA inspection findings: design a safe facility ................................................ 14
Figure 5: OSHA Hierarchy of Controls .......................................................................... 16
Figure 6: Hazard controls required for air contaminants ............................................... 17
Figure 7: EPA inspection findings: chemical and process hazard identification ............... 18
Figure 8: EPA inspection findings: facility safety ......................................................... 18
Figure 9: EPA inspection findings: maintenance ........................................................... 19
Figure 10: EPA inspection findings: PSM audit non-compliance ..................................... 19
Figure 11: EPA inspection findings: corrosion uncontrolled .......................................... 20
Figure 12: Historical weather conditions on August 8, 2022 .......................................... 21
Figure 13: Causal analysis summary ............................................................................ 22

17

## Executive Summary

November 13, 2025

Ms. Lee J. Rohn
1108 King Street, Third Floor
Christiansted, VI 00820
lee@rohnlaw.com


Re: Preliminary Operational Safety Engineering Report Case No. 1:23-CV-00012


Dear Ms. Rohn,

The case materials available to date, the relevant regulations and industry standards have been reviewed, as well as the Expert Report of Daniel Mahr, with the objective of evaluating the events connected with the refining and transport site operations taking place at the Limetree Bay Terminals ("LTBT") and Port Hamilton Refining and Transportation ("PHRT") facility in St. Croix, United States Virgin Islands[1] ("the facility") leading to an incident involving Ms. Nicole Wooten on August 8, 2022.

I have adopted all nine (9) of the opinions of Mr. Daniel Mahr's Report dated August 14, 2025[2] as follows:

1. "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #1
2. "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #2
3. "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #3
4. "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4
5. "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
6. "By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-

---

[1] PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023. PHRT-WOOTEN-000001-9 (PHRT North Coker Done Smoldering Incident).
[2] Appendix E: Preliminary report of Mr. Daniel Mahr dated August 14, 2025

1    Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23
2    OPINION #6

3  7. "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north
4    petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the
5    tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-
6    Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7

7  8. "On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of
8    the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-
9    Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8

10  9. "PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust
11    suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-
12    Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9

13  All the opinions expressed herein are my own and are given within a reasonable degree of engineering
14  certainty. The following preliminary report and four appendices organize my findings and conclusions at the
15  time of drafting.

16  A petroleum coke smoldering incident began on August 4, 2022[3] at the PHRT facility and was confirmed
17  thereafter. The smoldering hydrocarbon by-product resulted in serious respiratory distress and injury to Ms.
18  Nicole Wooten when she visited the facility on August 8, 2022 for work-related purposes. PHRT is the owner
19  and operator of the refinery facility, with Limetree Bay Terminals controlling many areas necessary for the
20  successful operation of the refinery, including the firehouse.

21  Based on my review of the case materials available to date, experience with oil and gas operational and
22  safety management best practices and regulations, and by applying the engineering methods of PDCA and
23  RCA described in this report, a summary of my additional opinions include:

24  1. Defendants, as the facility owner and operator or on the operating permits issued under Title V of the
25    U.S. Environmental Protection Agency (EPA) Clean Air Act, failed to uphold the reasonable and expected
26    duty of care to safely operate, store, handle and transport oil and gas products.
27      a. Defendants were grossly negligent
28      b. Defendants were negligent
29      c. Defendants failed to warn Plaintiff of dangerous conditions
30      d. Defendants maintained an abnormally dangerous condition
31      e. Defendants maintained a dangerous nuisance
32  2. The respiratory contaminant exposure of the smoldering petroleum coke dispersed by air to Ms. Wooten
33    was considered, but the modeling and quantification of such exposure is outside of the scope of this
34    preliminary report.
35  3. The injuries Ms. Wooten sustained while onsite at LTBT and PHRT were preventable.
36  **4. The Management Failure by Defendants is the fundamental Root Cause of this incident. Had the**
37    **defendants properly implemented and adhered to safe operating policies and procedures while Ms.**
38    **Wooten visited the facility as part of her job responsibilities, this incident more likely than not would**
39    **not have occurred.**
40  5. Other Contributing Factors by Defendants contributed to the incident include inadequate procedures
41    and training, personnel error, material problem, and external phenomenon such as the local weather
42    and air conditions.

---

[3]LBT1112-1115 PHRT Coker Incident Timeline by Peacock.pdf

6.  Defendants should have identified, mitigated, and communicated the risks present at the facility to persons on site in order to prevent this incident from occurring.

It is my professional opinion the respiratory injury to Ms. Wooten is due to a root cause of a management failure by the Defendants. Insufficient training and procedures also contributed to the incident. Defendants' procedures and training were not in accordance with the facility safety programs in place nor were they meeting the industry standard of care. Despite knowing hazards present and being aware of the risk of operating within a petroleum refinery, Defendant's safety practices were insufficient to maintain a safe working environment. Defendants acted willfully and were negligent. This incident was preventable.


Respectfully submitted,


Cassandra K. Moody, M.S., P.E.

President & Principal Engineer

Time For Change, LLC.

Houston, Texas

(832) 850.4104

Cassandra@TimeForChangeEngineer.com                    www.TimeForChangeEngineer.com

# 1. Introduction

## 1.1.    Scope

The ensuing preliminary report contains a review of case facts, industry regulations, and standard practice guidance related to the incident. This report is based on specialized oilfield operations experience and an applied methodical process. My opinions are based on my education, experience, and training, as well as the documents I reviewed beginning in October 2025. Refer to Appendix A: Documents Reviewed for a complete listing of documents reviewed at the time of submission of the preliminary report.

I reserve the right to revise or restate my opinions and findings as additional information is presented for my consideration. Additionally, the findings and opinions contained in the preliminary report are expressly applicable to the specific case (Case No. 1:23-CV-00012) based on the reviewed documentation at the time of drafting. As such, no written opinions may be applied or extrapolated as general findings to any other cases, pipelines, well sites, projects, situations, or other applications without the written expressed agreement of the authoring engineer. I reserve the right to amend or update my opinions and conclusions as necessary.

## 1.2.    Objective

The objective of this report is to evaluate the documentation and testimony in connection with the operations of the refinery, located at 1 Estate Hope, St. Croix, USVI 00820, owned and operated by Port Hamilton Refining and Transportation, LLLP ("PHRT") with regards to the August 8th, 2022 incident from an engineering perspective. Applicable industry standards and best practices, as well as my professional experience will also be considered to analyze, from an engineering perspective, any contribution of the operations of the PHRT facility to the injury incurred by Nicole Wooten.

## 1.3.    Methods

This preliminary report is the product of reliable engineering principles and methods. The primary applied method is the Plan-Do-Check-Act ("PDCA") cycle which was later updated to the Plan-Do-Study-Act ("PDSA") cycle. The PDCA[4] cycle was developed in the 1950's by engineering and management consultant Dr. William Edwards Deming as "a systematic process for gaining valuable learning and knowledge for the continual improvement of a project, process, or service." The cycle has been applied across various industries such as aviation[5] and manufacturing[6] quality as well as pipeline specific literature such as API 1173[7] Pipeline Safety Management Systems (American Petroleum Institute, 2020) and API 1160[8] Managing System Integrity for Hazardous Liquid Pipelines (American Petroleum Institute, 2019). The Occupational Safety and Health Administration ("OSHA")[9] describes this PDCA cycle in relation to OHSAS 18001[10], ISO 45001[11], and additional program implementation resources topic list[12].

---

[4] Deming's PDCA/PDSA cycle: https://deming.org/explore/pdsa/
[5] PDCA in aviation: https://commons.erau.edu/jaaer/vol19/iss2/4/
[6] PDCA in manufacturing: https://www.ineak.com/this-is-pdca-plan-do-check-act/
[7] PDCA in Pipeline Safety Management Systems:
https://www.api.org/~/media/files/publications/whats%20new/1173_e1%20pa.pdf
[8] PDCA in Pipeline Integrity Management: https://www.api.org/products-and-services/standards/important-standards-announcements/recommended-practice-1160
[9] OSHA Safety Management Resources: https://www.osha.gov/safety-management/additional-resources-by-topic
[10] PDCA in OSHA standard: https://www.british-assessment.co.uk/insights/what-is-plan-do-check-act-a-framework-for-continuous-improvement/
[11] International standard: https://blog.ansi.org/2018/03/plan-do-check-act-cycle-iso-45001-2018/
[12] OSHA Deming Cycle: https://balancedscorecard.org/BSC-Basics/Articles-Videos/The-Deming-Cycle/

A description of the PDCA cycle utilized is depicted in *Figure 1: Expert Engineering Witness Method*. I applied the PDCA cycle philosophy to this matter in Section 2. Engineering Analysis: PDCA Review of of this report. A second method for the engineering Root Cause Analysis, is discussed later in this report.



## Expert Engineering Witness Method

| Process Step | Description | Example |
|---|---|---|
| 1. Plan | Assess the case from a high level overview perspective. | Ascertain parties to the case, dispute, pleadings, and location. |
| 2. Do | Perform a detailed review of provided documents and request information as needed, either written or verbally. | Review the case filings, documentation, reports, and depositions, as applicable and provided. |
| 3. Check | Identify, gather, and review the applicable regulations, and industry guidance. | Establish facts of the case and compile applicable regulations and related industry guidance. |
| 4. Act | Write findings and opinions compiled during P.D.C.A. process as applied to the case. | Write preliminary report and opinions. |

*Repeat the P.D.C.A. process as necessary (i.e., new information becomes available, reviewed considerations change, or clarification is warranted)*

*Figure 1: Expert Engineering Witness Method*

# 1.4 Qualification of Expert

### 1.4.1.  Knowledge

I have knowledge as a mechanical engineer and an oil and gas operations engineering subject matter expert as demonstrated from my education, nearly twenty years of professional hands-on energy industry experience, and active professional engineering licensure. I am a mechanical engineer in the state of Texas licensed to practice as a professional engineer by the Texas Board of Professional Engineers and Land Surveyors. Additionally, I am licensed in the states of Oklahoma and New Mexico to practice as a mechanical engineer. My Statement of Qualifications providing details on the nature and breadth of key projects I have supported during my career is provided in

Appendix B: Expert's statement of qualifications. A listing of my recent expert testimony is also provided.

### 1.4.2. Experience

I have worked with oil and gas operations beginning in 2010 in alternative energy applications and subsequently in the conventional oil and gas production and transportation energy industry beginning in 2011 until the present. I have worked on a wide variety of oil and gas production, processing, and transportation projects and have held roles including operations engineering, integrity management program ownership, regulatory compliance assurance, due diligence evaluations, design feasibility, safety and failure analysis, project leadership, project planning, procedure effectiveness, federal regulatory rule-making committee leadership, and project management.

### 1.4.3. Training

Throughout my career, I have been mentored and trained alongside experienced engineers, managers, and skilled laborers. I maintain my professional engineering license which requires a minimum amount of continuous education and ethics focus each year. I routinely engage in industry educational course offerings and continuing education opportunities. I've presented training to the industry on pipeline safety regulations and best practices.

### 1.4.4. Education

I earned a Master of Science degree in environmental engineering from the University of Houston in 2011 and two undergraduate Bachelor of Science degrees in biochemistry and genetics, with a minor in chemistry, from Texas A&M University in 2009. As a practicing licensed mechanical engineer in the state of Texas since 2014, I continue my education annually through technical conferences, courses, self-study, project research, facilitating training, industry involvement, and other educational avenues as well as a focus on engineering ethics.

## 2. Engineering Analysis: PDCA Review of Case No. 1:23-CV-00012

### 2.1. Plan: Case Overview

Port Hamilton Refining and Transportation, LLLP ("PHRT") is the owner and operator of the refinery located at 1 Estate Hope, St. Croix, USVI 00820 (the "Refinery"). Starting on August 4th, 2022, a pile of petroleum coke was on fire at the Refinery. The pile of petroleum coke was still on fire when Nicole Wooten arrived at the Refinery on August 8th, 2022. As part of Ms. Wooten's job with US Customs and Border Protection, she arrived at the Refinery to complete facial control on a tugboat.

### 2.1.1 Incident overview

When Ms. Wooten arrived at the Refinery front gate, she was not given any personal protective gear ("PPE") and was not warned about the smoldering petroleum coke. Ms. Wooten also did not receive any safety training from Refinery personnel. Upon arrival at the tugboat area in her car, Ms. Wooten noticed black smoke and fire trucks. She rolled down her car window to speak with Refinery personnel regarding whether she could complete facial control on the tugboat at that time. After less than a minute of speaking with the personnel, she rolled up her car window and proceeded to leave the Refinery. By the time Ms. Wooten arrived back at the airport, she was trembling, coughing and had chest tightness and nausea. One of her coworkers then drove her to urgent care.



1
2

## 2.2.    Do: Review key topics

The Department of Energy ("DOE") has provided a framework for Root Cause Analysis ("RCA") guidance (U.S. Department of Energy, 1992). This guidance, though initially developed under the Office of Nuclear Energy and Safety Policy and Standards, considers various hazards and categories in determining the root cause of an incident. Their purpose is stated to "protect the health and safety of the public, the workers, and the environment[13]" which holds true to the investigation of the cause or causes applicable to the incident that occurred on August 8th, 2022.

The following terms are defined below and will used throughout this report, reproduced in Figure 2: RCA terms and definitions. The term "incident" is also used widely throughout this report and refers to the smoldering petroleum coke at the Refinery with the resulting injuries to Nicole Wooten unless otherwise stated.

| Term | Definition |
|------|-----------|
| Accident[14] | The event occurring when a target inadvertently comes into contact with a hazard and sustains damage. |
| Hazard[15] | Any condition, situation, or activity representing a potential for adversely affecting economic values or the heath or quality of people's lives. |
| Target[16] | Is anything that has economic or personal value. • For example, process, hardware, people, the environment, product quality, or schedule can be considered targets. |

---

[13] DOE RCA guidance, page 1
[14] DOE RCA Guidance, Appendix G-1
[15] DOE RCA Guidance, Appendix G-1
[16] DOE RCA Guidance, Appendix G-1

| Barrier[17] | Is a condition, situation, thing, or activity that ensures the separation of a hazard from a target to prevent contact or control adverse outcomes.<br>  • Procedures, fencing, lock out tag out (LOTO), warning signs, personal protective equipment (PPE), SCADA programming controls, and training may be considered barriers. |
|---|---|
| Cause (Causal factor)[18] | A condition or an event that results in an effect (anything that shapes or influences the outcome). This may be anything from noise in an instrument channel, a pipe break, an operator error, or a weakness or deficiency in management or administration. In the context of DOE Order 5000.3A there are seven major cause (causal factor) categories. These major categories are subdivided into a total of 32 subcategories (see Appendix D: Causal factor worksheets). |
| Causal factor chain (sequence or series)[19] | A cause-and-effect sequence in which a specific action creates a condition that contributes to or results in an event. This creates new conditions that, in turn, result in another event. Earlier events or conditions in a sequence are called upstream factors. |
| Direct cause[20] | The cause that directly resulted in the occurrence. For example, in the case of a leak, the direct cause could have been the problem in the component or equipment that leaked. In the case of a system misalignment, the direct cause could have been operator error in the alignment. |
| Root cause[21] | The cause that, if corrected, would prevent recurrence of this and similar occurrences. The root cause does not apply to this occurrence only, but has generic implications to a broad group of possible occurrences, and it is the most fundamental aspect of the cause that can logically be identified and corrected. There may be a series of causes that can be identified, one leading to another. This series should be pursued until the fundamental, correctable cause has been identified. |
| Contributing cause[22] | A cause that contributed to an occurrence but, by itself, would not have caused the occurrence. For example, in the case of a leak, a contributing cause could be lack of adequate operator training in leak detection and response, resulting in a more severe event than would have otherwise occurred. In the case of a system misalignment, a contributing cause could be excessive distractions to the operators during shift change, resulting in less-than-adequate attention to important details during system alignment. |
| Condition[23] | Any as-found state, whether or not resulting from an event, that may have adverse safety, health, quality assurance, security, operational, or environmental implications. A rendition is usually programmatic in nature; for example, an (existing) error in analysis or calculation, an anomaly associated with (resulting from) design or performance, or an item indicating a weakness in the management process are all conditions. |

1   *Figure 2: RCA terms and definitions*

2   The steps outlined in the DOE RCA guidance document are[24]:

3   • Phase I: Data collection

4   • Phase II Assessment

5   • Phase III: Corrective actions

6   • Phase IV: Inform

---

[17] DOE RCA Guidance, Appendix G-1
[18] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[19] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[20] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[21] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[22] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[23] DOE RCA page 3
[24] DOE RCA guidance, page 1-2

- Phase V: Follow-up

While no formal and comprehensive RCA of all involved parties was available for review at the time of this report drafting, the EPA investigations, employee statements, and other documentation have been reviewed containing portions of information I considered in conducting my RCA.

Review of these statements and other case documentation is the basis of the data collection step for the purposes of this report. A list of documents provided at the time of drafting is included in Appendix A: Documents . After collecting and reviewing data on the incident, I conducted an assessment to identify the tasks or actions occurring leading up to an incident and consider physical, administrative, and procedural barriers or controls possible for preventing the occurrence. The most common RCA methods include the Events and Causal Factor Analysis[25] and the Barrier Analysis[26] methods, both of which I have utilized and applied to this case during my analysis. Appendix B of the DOE RCA document provides Causal Factor Worksheets which are the basis of my discussion provided below in Section 2.3 Check: Causal factor analysis. The completed worksheets supporting my RCA for the August 8th, 2024 incident are included in  Appendix D: Causal factor worksheets.

Following an analysis of the categories or causal factors determined to be contributing to the incident and any failed barriers, corrective action recommendations are developed. Corrective action recommendations were not part of the scope of my review and analysis of this case at this time. A single cause must be identified as the root cause, while other causes may be contributing factors. Refer to Figure 2: RCA terms and definitions. The contributing factors and singular root cause identified in my engineering analysis of the incident based on testimony and documentation available at the time of drafting are discussed in section 2.3 Check: Causal factor analysis and summarized in section 2.4 Act: Causal analysis summary.

The final phase of the DOE RCA guidance is the follow up section. Analysis to evaluate and determine adequacy and additional corrective action recommendations is outside the scope of my analysis at this time.

## 2.3.　　Check: Causal factor analysis

My analysis of the causal factors contributing to and causing injury to Nicole Wooten on August 8th, 2022 is summarized below in Figure 3: Causal factor fishbone diagram.

---

[25] DOE RCA guidance, page 1
[26] DOE RCA guidance, page 2





1

2    *Figure 3: Causal factor fishbone diagram*

3    The individual causal factor considerations are provided in

### 2.3.1 Equipment or materials

5    The incident involved significant oversights related to equipment and materials, starting with the improper
6    storage and handling of hazardous materials, which directly resulted in a respiratory injury. Besides "[t]he
7    maintenance performed by PHRT at did not meet industry practices for a large industrial plant."[27] Industrial
8    practices such as API Recommended Practice (RP) 750 (for refinery safety) and NFPA standards (like NFPA
9    654 for combustible dust) are considered acceptable best practice The OSHA required Process Safety
10   Management (PSM) regulations, which mandate employers to document that process equipment is designed
11   and maintained in accordance with Recognized and Generally Accepted Good Engineering Practices
12   (RAGAGEP)[28] was also not done by PHRT or LTBT.

13   A critical failure was also observed in the facility's water systems, where water was adequately transferred
14   to the South Dome but failed to reach the North Dome's Rainbird system nozzles due to an impasse believed
15   to be caused by either blocked isolation valves or a control fault governing the relevant solenoids and
16   valves[29]. Furthermore, a systemic issue with maintenance was identified, as "many process components
17   appear not have been adequately inspected or maintained for significant periods," raising concerns that the

---

[27] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-
2025.pdf, page 23 OPINION #1
[28] 29 CFR § 1910.119 (d)(3)(ii)
[29] PHRT-Wooten 000002 (located in document "16.pdf

1  equipment was not operable for routine or emergency service[30]. Note: The full context of operations and
2  maintenance activities is detailed in the Management section.

## 2.3.2 Procedure

4  The incident was significantly impacted by widespread procedural deficiencies. Specifically, the third-party
5  contractor responsible for managing the coke[31] lacked any formal procedures to address the possibility of
6  smoldering[32]. This lack of written guidance extended to critical safety systems, as no Preventive Maintenance
7  (PM) procedures were available for the periodic testing of the domes' Rainbird System[33]. The foundational
8  federal requirements include the development of an Emergency Action Plan (EAP)[34] and a comprehensive
9  Hazard Communication (HazCom) program[35]. These severe non-compliance examples, which directly
10  contributed to Ms. Wooten not being informed of the hazard and lacking necessary PPE, indicate a failure
11  to adhere not only to federal regulations but also to recognized industry guidance, such as API Recommended
12  Practice (RP) 750 series for process safety management and NFPA standards (e.g., NFPA 654) regarding
13  combustible dust handling and fire prevention systems.

14  Furthermore, the facility, PHRT, could not provide current operating procedures or operator training records,
15  instead relying entirely on Lead Shift Supervisors and operator professional experience for guidance[36].

16  The minimal procedures available for review during the analysis make it impossible to rule out personnel
17  error as a causal factor. These procedural gaps were compounded by apparent failures in internal
18  communication and resource provision, as exemplified by Ms. Wooten's testimony that no one informed her
19  about the incident at the gate and that she did not request PPE because she had never been required to do
20  so previously[37]. The communication breakdowns are elaborated on in the personnel section. The full context
21  of these procedural failures and the oversight by PHRT and LTBR is further discussed in the Management
22  section.

## 2.3.3 Personnel

24  Personnel error emerged as a significant causal factor, stemming from a pervasive environment of inattention
25  to detail and a failure to act on known hazards. The presence of smoldering petroleum coke product, which
26  persisted for multiple (four)[38] days throughout the time Ms. Wooten visited the refinery, constituted an
27  inadequate work environment and demonstrated a failure to contain an existing occupational health issue.
28  This lack of situational awareness was compounded by noted verbal communication problems, as Ms.
29  Wooten's testified[39].

30  Crucially, the situation was exacerbated by mismanagement among the multiple onsite companies with
31  varying authority and responsibility, leading to human error due to grossly lacking site safety procedures
32  and practices. Procedural deficiencies are described in 2.3.2 Procedure.

33  Specific errors include PHRT's action on August 7, 2022, when they" opened the north petroleum coke dome's
34  access door late in the day, which allowed more air to be drawn into the dome, effectively fanning the

---

[30] PHRT GDC Inspection Report 10 21 FNL.EB.docx
[31] Savage
[32] PHRT-Wooten 000008
[33] PHRT-Wooten 000008
[34] 29 CFR 1910.38
[35] 29 CFR 1910.1200
[36] (PHRT GDC Inspection Report 10 21 FNL.EB.docx
[37] Wooten deposition pages 41-55
[38] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
[39] Wooten deposition pages 41-55

1  flames of the fire"[40]. This action reflects poor judgment, especially since PHRT understood that petroleum
2  coke is subject to spontaneous combustion but chose to inaccurately characterize the emergency as mere
3  "smoldering"[41]. Ultimately, "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4)
4  days before Nicole Wooten was given access to the tugboat dock."[42], highlighting a critical four-day period
5  of personnel failure in hazard communication and isolation.

### 2.3.4 Design

6
7  The causal category of Design cannot be ruled out as a contributing factor due to a fundamental lack of
8  available information regarding the facility's engineering basis. Specifically, PHRT could not provide
9  documentation confirming that its process design complies with recognized and generally accepted industry
10  practices[43]. In the incident investigation conducted by the EPA, a deficiency was noted in the documentation
11  or lack thereof of process design requirements. This noncompliance with recognized and generally accepted
12  industry practices ("RAGAGAP") is required by OSHA[44] but was not upheld at the facility.

### Design a Safe Facility

13  PHRT could not provide documentation that its process design complies with recognized and generally
    accepted industry practices.

14  *Figure 4: EPA inspection findings: design a safe facility[45]*

15  The overall insufficient design information available at the time of drafting the report prevents a complete
16  assessment of whether deficiencies in the original or modified process design contributed to the failure chain.

### 2.3.5 Training

17
18  The incident analysis points to a significant training deficiency, evidenced by Ms. Wooten's deposition
19  testimony that she never watched any safety videos while at the refinery or terminal[46]. This complete lack of
20  documented training indicates a failure by the facility to ensure personnel, including visitors or contractors,
21  were adequately informed about site-specific hazards and emergency procedures.

22  This finding contrasts sharply with OSHA requirements, which mandate that employers provide
23  comprehensive training to ensure that employees, and those performing work on site, can perform their duties
24  safely and are knowledgeable about existing hazards. Key OSHA standards, such as those governing
25  Hazard Communication[47] and Personal Protective Equipment (PPE)[48], require employers to train employees
26  on the chemical hazards they are exposed to and the proper use, limitations, and maintenance of PPE.
27  Furthermore, OSHA often requires emergency action plan training[49] and specific procedure training (e.g.,

---

[40] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf Mahr page 23 OPINION #6

[41] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4

[42] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5

[43] PHRT GDC Inspection Report 10 21 FNL.EB.docx

[44] 29 CFR § 1910.119 (d)(3)(ii)

[45] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf

[46] Wooten deposition pages 41-55

[47] 29 CFR 1910.1200 Training hazard com

[48] ($29 CFR 1910.132$ Training PPE

[49] 29 CFR 1910.38 emergency action plan training

Lockout/Tagout, Confined Spaces), all of which are rendered ineffective without verifiable documentation that training occurred. The absence of even basic safety video training for personnel accessing the site strongly suggests a failure to meet these fundamental regulatory obligations.

## 2.3.6 Management

The Management category is identified as the Root Cause[50] of this incident. Following the DOE Root Cause Analysis guidance, the deficiencies in management represent the most fundamental, correctable cause that, if addressed, would prevent recurrence of this and similar events across the organization. The extensive failures noted in the sections of this report— 2.3.1 Equipment or materials 2.3.2 Procedure, 2.3.3 Personnel, 2.3.4 Design, 2.3.5 Training, and External phenomena —are all symptomatic of a deeply flawed management system, which included inadequate administrative controls, inadequate work organization and planning, and inadequate supervision. This systemic failure was compounded by the presence of multiple other companies onsite with inefficient and uncoordinated safety operations[51] on a shared site, illustrating a critical failure to manage complex contractual and operational interfaces. "EPA's Inspection identified a number of problems at the Facility, including violations of the general duty set forth in Section 112(r)(1) of the Clean Air Act ("CAA"), 42 D.S.C. § 7412(r)(1)."[52]  In accordance with the definition of Root Cause provided by the DOE RCA guidance document, if corrections are made to management deficiencies discussed below, the incident causing harm to Ms. Wooten more likely than not, would have been prevented.

The most fundamental issue is a safety policy not adequately defined, disseminated, or enforced. This is confirmed by the EPA inspection that determined many deficiencies across site operations and documentation. For example, the decision to allow a known hazard—the smoldering petroleum coke fire—to persist for four[53] days before Ms. Wooten's site access, coupled with the absence of training and proper PPE provision, demonstrates a failure at the highest administrative level to prioritize safety[54] over operational continuity. "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"[55] [56]"PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." [57]The decision to characterize a fire as "smoldering" and the failure to maintain critical safety equipment like the Rainbird system's PM procedures are direct consequences of a management system that tolerates unacceptable risk.

Effective safety management is defined by the OSHA Hierarchy of Controls[58], which provides a framework for how hazards should be managed on a jobsite.

---

[50] Figure 2: RCA terms and definitions

[51] API Standard 2220 – Contractor Safety Performance Process

[52] EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf'

[53] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5

[54] API 754 - Process Safety Performance Indicators for the Refining and Petrochemical Industries

[55] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[56] - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[57] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[58] Identifying Hazard Control Options: The Hierarchy of Controls (OSHA)



1

2    *Figure 5: OSHA Hierarchy of Controls[59]*

3    In this case, management failed across multiple levels of the hierarchy: they failed at the Administrative

4    Control level by not defining or enforcing procedures[60] (e.g., coke handling[61], Rainbird system PM) and by

5    allowing personnel to operate without necessary training[62]; and they failed at the most basic level by not

6    ensuring the hazard was Eliminated or Engineered out of existence (e.g., ensuring the water delivery system

7    was operable to extinguish the fire)[63]. Instead of relying on the ***most effective*** controls at the top of the

8    hierarchy such as Elimination or Engineering Controls, management also failed to mitigate a known hazard

9    by even failing to implement ***least effective*** hazard control of providing the worker with PPE. Management

10   failed to even communicate with Ms. Wooten about the incident at the gate when she entered the site[64].

11   Federally mandated requirements include "administrative or engineering controls must first be determined

12   and implemented whenever feasible. When such controls are not feasible to achieve full compliance,

13   protective equipment or any other protective measures shall be used to keep the exposure of employees to

14   air contaminants within the limits prescribed in this section."[65] The necessary controls were not determined nor

15   implemented to prevent the incident from occurring by LTBT and/or PHRT. Protective equipment such as

---

[59] Identifying Hazard Control Options: The Hierarchy of Controls (OSHA)

[60] 2.3.2 Procedure

[61] NFPA 654 – Standard for the Prevention of Fire and Dust Explosions from the Manufacturing, Processing and Handling of Combustible Particulate Solids

[62] 2.3.5 Training

[63] 2.3.1 Equipment or materials, 2.3.4 Design, and External phenomena

[64] Wooten deposition, pages 41-55

[65] 29 CFR 1910.1000(e), https://www.ecfr.gov/current/title-29/part-1910/section-1910.1000#p-1910.1000(e)

1  respiratory PPE was not used to prevent Ms. Wooten from sustaining harm from being onsite while the
2  petroleum coke was permitted to smolder. Such inactions are excessively negligent.



3

4  *Figure 6: Hazard controls required for air contaminants[66]*

5  "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for
6  over one (1) year. This is contrary to accepted industry practices"[67] "The primary cause of the coke
7  smoldering was due to the coke not being managed properly for long term storage." [68]This culmination of
8  complete management failure of mitigating a known hazard resulted directly in the incident. Ultimately, the
9  systemic breakdown in policy, procedure enforcement, and effective coordination among companies and
10 contractors on site points unequivocally to management as the root cause that fostered the environment for
11 this incident to occur.

12 During the EPA inspection, the lack of documentation of the most recent Process Hazard Analysis ("PHA") was
13 unable to be produced by PHRT. PHRT had not conducted their own hazard assessment[69] as reproduced in
14 Figure 7: EPA inspection findings: chemical and process hazard identification. "The purpose of this section [of
15 the OSHA regulations] is to ensure that the hazards of all chemicals produced or imported are classified,
16 and that information concerning the classified hazards is transmitted to employers and employees"[70] PHRT
17 and LTBR failed to communicate hazards to personnel onsite, including Ms. Wooten.

---

[66] 29 CFR 1910.1000(e), emphasis added
[67] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf
[68] PHRT-Wooten 000009 (located in document "16.pdf")
[69] 29 CFR 1910.119 - Process safety management of highly hazardous chemicals.
[70] 29 CFR 1910.1200 – Hazard communication

## Chemical and Process Hazard Identification

Facility representatives provided the EPA Inspectors with Safety Data Sheets for certain on-site hazardous materials, which are also available online.

The most recent Process Hazard Analysis for the Refinery was performed in 2019-2020 by an outside consultant (Primatech) for LTBR, the prior owner. PHRT could not provide a copy of this analysis.

PHRT could not provide a current hazard assessment for the processes that presently contain extremely hazardous substances at the Facility. A hazard identification and review, including process configuration, maintenance, hazard recognition, and the effectiveness of emergency shutdown and response procedures, has not been performed by PHRT.

*Figure 7: EPA inspection findings: chemical and process hazard identification[71]*

Even simple operating procedures and required training records could not be produced by PHRT as reported in Figure 8: EPA inspection findings: facility safety.

## Maintain a Safe Facility

### Operating Procedures and Operator Training

Current PHRT operating procedures and operator training records could not be provided. PHRT stated it relies on Lead Shift Supervisors and operator professional experience for its current operating procedures.

*Figure 8: EPA inspection findings: facility safety[72]*

Similarly, no preventative maintenance program was in place evidenced by "a systematic lack of maintenance" during the EPA inspection. These findings are reproduced below in Figure 9: EPA inspection findings: maintenance. "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant."[73]

---

[71] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[72] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[73] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

<u>Maintenance</u>

The facility does not have a preventative maintenance program, and facility personnel stated that there are currently no formal process unit inspections. A preventative maintenance program should include the following: schedules for inspections of equipment; records of when inspections and tests were last conducted; records of any repairs that have been made; the schedule for future inspections, tests, and/or replacement of equipment, as well as documentation demonstrating that inspections comply with applicable industry codes and standards. PHRT representatives stated the following: that unit operators perform daily walkthroughs for each unit to record gauges and unit conditions, etc.; that operators normally address routine issues; and that area supervisors are notified of issues that require further attention from the maintenance department. However, as discussed below, during the Facility tour, the EPA Inspectors observed conditions demonstrating a systemic lack of maintenance.

*Figure 9: EPA inspection findings: maintenance[74]*

While PHRT reported daily walk-throughs, documentation was not provided to EPA during the inspection. More consequential is the lack of recent PSM audit of the facility. Figure 10: EPA inspection findings: PSM audit non-compliance below states these significant findings.

<u>Self Audit</u>

PHRT did not have access to the previous operator's most recent three-year Process Safety Management/Risk Management Plan audit for the facility, and PHRT has not performed a process safety audit. Facility representatives stated that safety walk-throughs are performed daily by refinery operators and Lead Area Supervisors, but documentation was not provided.

*Figure 10: EPA inspection findings: PSM audit non-compliance[75]*

Lastly, extreme corrosion was noted in the EPA inspection, as Figure 11: EPA inspection findings: corrosion uncontrolled highlights. OSHA guidance on PSM notes the importance of considering corrosion effects: "The information to be compiled about the chemicals, including process intermediates, needs to be comprehensive enough for an accurate assessment of the fire and explosion characteristics, reactivity hazards, the safety and health hazards to workers, and the **corrosion** and erosion effects on the process equipment and monitoring tools. Current material safety data sheet (MSDS) information can be used to help meet this requirement, which must be supplemented with process chemistry information including runaway reaction and over pressure hazards if applicable."[76]

---

[74] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[75] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[76] OSHA on PSM guidance by EPA, emphasis added

Numerous examples of corrosion, including extreme corrosion and in many cases to a degree resulting in extreme deterioration (exfoliation), were observed on process valves, flanges, pipes, nuts/bolts, and pressure relief devices in all unit processes. Many process components appear not have been adequately inspected or maintained for significant periods and may not be operable or at least fully operable for routine service or in an emergency (as documented in Inspection Photos). Gaskets were also observed in poor condition, and many exhibited severe corrosion. Corrosion on these process components to such a visible degree demonstrates severely compromised integrity and operability. These conditions demonstrate a risk of imminent release of extremely hazardous substances. Because of this degree of corrosion, the vessels, piping, and/or valves may fail, resulting in a catastrophic release.

*Figure 11: EPA inspection findings: corrosion uncontrolled[77]*

The examples provided above confirm the systematic failures in administrative controls, policy definition, and inter-company safety coordination represent the fundamental, overarching management failure that created the environment and conditions necessary for this incident to occur, making inadequate management enforced safety culture the underlying Root Cause of the preventable injuries and harm to Ms. Wooten.

### 2.3.6  External phenomena

Contributing factors to the incident are External Phenomena, specifically weather and ambient conditions interacting with the pre-existing fire hazard. The year 2022 was characterized as a "very dry and hot year"[78], creating environmental conditions that increased the intensity of the fire hazard. The historical weather conditions on the day of the incident are provided in Figure 12: Historical weather conditions on August 8, 2022.

---

[77] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[78] PHRT-Wooten 000008

1

*Figure 12: Historical weather conditions on August 8, 2022[79]*

The most direct external influence on Ms. Wooten's contamination exposure was the local wind pattern. "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." [80]This directional transport resulted in Ms. Wooten being "directly downstream of the fire in the north petroleum coke dome." placing her immediately in the path of the plume of contamination.[81]

The scientific evaluation of respiratory contaminant exposure relies on a structured methodology mandated by occupational health and safety standards. Enforcement is primarily driven by OSHA Permissible Exposure Limits (PELs)[82], supplemented by best practice standards like the ACGIH Threshold Limit Values (TLVs), which define acute limits such as the Short-Term Exposure Limit (STEL), time weighted average (TWA) limits, and Ceiling Limit. The quantification of exposure requires characterizing the Source Term and Pathway, contamination monitoring data, assumptions, and utilizes air dispersion modeling (such as Gaussian Dispersion Models, guided by EPA methodology) to estimate the contaminant concentration at the receptor. This predicted concentration, along with the exposure time, is used to calculate the Inhaled Dose. OSHA's focus is the hazard at the Receptor, Ms. Wooten in this case. OSHA does not differentiate between point source or fugitive emissions when evaluating employee health. If the smoke, whether fugitive or not, reaches the individual at a concentration exceeding the Permissible Exposure Limits (PELs) defined in 29 CFR §

---

[79] https://www.timeanddate.com/weather/@7267902/historic?month=8&year=2022

[80] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[81] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[82] 29 CFR 1910.1000, Air contaminants, https://www.ecfr.gov/current/title-29/section-1910.1000

1910.1000, it is an OSHA violation. However, it is noted that the actual contaminant exposure modeling and the site-specific review of whether the resulting concentrations exceeded these regulatory limits were determined to be outside the scope of this preliminary report at this time. Refer to the discussion in section 2.3.6 Management which outlines the root cause of the injuries sustained by Ms. Wooten while working at the LTBT/PHRT facility. Had the proper safety policy and hazard controls been in place and enforced by PHRT and LTBT management personnel, regardless of the quantification of the exposure, the incident more likely than not would have been prevented.

## 2.4   Act: Causal analysis summary

A summary of the subcategories of the causal factor analysis described above is provided in Figure 13: Causal analysis summary. Refer to Appendix D: Causal factor worksheets for the completed worksheets for this analysis.

| PROBLEM / DEFICIENCY CATEGORY | DIRECT CAUSE | ROOT CAUSE | CONTRIBUTING CAUSE |
|---|---|---|---|
| Equipment / Material Problem | | | 1F |
| Procedure Problem | | | 2A, 2B |
| Personnel Error | | | 3A, 3B, 3D, 3E |
| Design Problem | N/A | N/A | N/A |
| Training Deficiency | | | 5A |
| Management Problem | | 6A, 6B, 6C, 6E, 6F | |
| External Phenomenon | | | 7A, 7C |

*Figure 13: Causal analysis summary*

## 3. Conclusions

The discussion above incorporates all nine (9) of the opinions I have adopted of of Mr. Daniel Mahr's Report dated August 14, 2025 including:

1. "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant."
   - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #1
2. "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #2
3. "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #3
4. "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4
5. "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
6. "By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #6

7. "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7

8. "On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8

9. "PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9

Based on my review of the case materials available to date, experience with oil and gas operational and safety management best practices and regulations, and by applying the engineering methods of PDCA and RCA described in this report, a summary of my additional opinions include:

1. Defendants, as the facility owner and operator or on the operating permits issued under Title V of the U.S. Environmental Protection Agency (EPA) Clean Air Act, failed to uphold the reasonable and expected duty of care to safely operate, store, handle and transport oil and gas products.
   a. Defendants were grossly negligent
   b. Defendants were negligent
   c. Defendants failed to warn Plaintiff of dangerous conditions
   d. Defendants maintained an abnormally dangerous condition
   e. Defendants maintained a dangerous nuisance
2. The respiratory contaminant exposure of the smoldering petroleum coke dispersed by air to Ms. Wooten was considered, but the modeling and quantification of such exposure is outside of the scope of this preliminary report.
3. The injuries Ms. Wooten sustained while onsite at LTBT and PHRT were preventable.
4. **The Management Failure by Defendants is the fundamental Root Cause of this incident. Had the defendants properly implemented and adhered to safe operating policies and procedures while Ms. Wooten visited the facility as part of her job responsibilities, this incident more likely than not would not have occurred.**
5. Other Contributing Factors by Defendants contributed to the incident include inadequate procedures and training, personnel error, material problem, and external phenomenon such as the local weather and air conditions.
6. Defendants should have identified, mitigated, and communicated the risks present at the facility to persons on site in order to prevent this incident from occurring.

   It is my professional opinion the respiratory injury to Ms. Wooten is due to a root cause of a management failure by the Defendants. Insufficient training and procedures also contributed to the incident. Defendants' procedures and training were not in accordance with the facility safety programs in place nor were they meeting the industry standard of care. Despite knowing the hazards present and being aware of the risk of operating within a petroleum facility, Defendant's safety practices were insufficient to maintain a safe working environment. Defendants acted willfully and were negligent. This incident was preventable.

# 5. References

American Petroleum Institute (API). (2019). *API RP 54 Occupational Safety and Health for Oil and Gas Well Drilling and Servicing Operations (4th ed.)*. Washington, D.C.: API.

American Petroleum Institute. (2020). *API 1173 Pipeline Safety Management Systems*. Washtington, DC: API.

Project Management Institute (PMI). (2017). *A guide to the Project Management Body of Knowledge (PMBOK guide) (6th ed.)*. Pennsylvania: PMI.

U.S. Department of Energy. (1992). *DOE-NE-STD-1004-92 Root Cause Analysis Guidance Document*. Washington, D.C.

# 2    Appendices

Appendix A: Documents

1    Appendix B: Expert's statement of qualifications

2    Appendix C: Expert's statement of compensation

3    Appendix D: Causal factor worksheets

4    Appendix E: Preliminary report of Mr. Daniel Mahr dated August 14, 2025

5

1  ## Appendix A: Documents provided
2

| Number | File Name | Type |
|---|---|---|
| 1 | AFFIDAVIT-IN-Affirmation-of-Barry-Guilbeau-06-09-2025.pdf | .pdf |
| 2 | AFFIDAVIT-IN-Affirmation-of-George-Williams-06-06-2025.pdf | .pdf |
| 3 | Defense Expert Report Disclosures-10-06-2025.pdf | .pdf |
| 4 | EXPRT-RPT-IN-CV-of-Defs-Expert-Jeffrey-Carey-Wolkowicz-09-02-2025.pdf | .pdf |
| 5 | EXPRT-RPT-IN-CV-of-Dr-Sriram-I-Paramesh-09-09-2025.pdf | .pdf |
| 6 | EXPRT-RPT-IN-Expert-Report-from-Dr-William-R-Sawyer-10-07-2025.pdf | .pdf |
| 7 | EXPRT-RPT-IN-Initial-Interview-Policy-from-Intergrity-Rehabilitation-from-Defs-09-02-2025.pdf | .pdf |
| 8 | EXPRT-RPT-IN-Trials-&-Deposition-List-for-Dr-William-R-Sawyer-10-07-2025.pdf | .pdf |
| 9 | DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf | .pdf |
| 10 | DEPO-IN-dated-04-14-25-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Ahmad-Charles-04-18-2025.pdf | .pdf |
| 11 | DEPO-IN-dated-04-15-25-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 12 | DEPO-IN-dated-04-15-25-Exhibits-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 13 | DEPO-IN-dated-04-15-25-Exhibits-[101]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 14 | DEPO-IN-dated-04-15-25-Exhibits-[115]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 15 | DEPO-IN-dated-04-15-25-Exhibits-[116]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 16 | DEPO-IN-dated-04-15-25-Exhibits-[176]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.pdf | .pdf |
| 17 | DEPO-IN-dated-04-15-25-Exhibits-[176]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.xlsx | .xlsx |
| 18 | DEPO-IN-dated-04-15-25-Exhibits-[213-248]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.pdf | .pdf |
| 19 | DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF | .PDF |
| 20 | DEPO-IN-dated-06-03-25-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf | .pdf |
| 21 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Curtis-Green-07-23-2025.mp4 | .mp4 |
| 22 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Curtis-Green-07-23-2025.pdf | .pdf |
| 23 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-(Ex-176)-07-23-2025.xlsx | .xlsx |
| 24 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-07-23-2025.mp4 | .mp4 |
| 25 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-07-23-2025.pdf | .pdf |
| 9 | DEPO-IN-dated-04-11-25-Mini-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf | .pdf |
| 10 | DEPO-IN-dated-04-14-25-Mini-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Ahmad-Charles-04-18-2025.pdf | .pdf |
| 11 | DEPO-IN-dated-04-15-25-Mini-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 12 | DEPO-IN-dated-05-19-25-Mini-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF | .PDF |

| | | |
|---|---|---|
| 13 | DEPO-IN-dated-06-03-25-Mini-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf | .pdf |
| 14 | DEPO-IN-dated-07-09-25-Mini-Oral-Deposition-of-Curtis-Green-07-23-2025.pdf | .pdf |
| 15 | DEPO-IN-dated-07-09-25-Mini-Oral-Deposition-of-Mark-Johansen-07-23-2025.pdf | .pdf |
| 16 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[TS000001-000008]-09-11-2025.pdf | .pdf |
| 17 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-28-22]-09-11-2025.mp4 | .mp4 |
| 18 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-29-22]-09-11-2025.mp4 | .mp4 |
| 19 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video]-09-11-2025.MOV | .MOV |
| 20 | -8-5-2022 Tank 7401 NW.xlsx | .xlsx |
| 21 | 6-29 to 8-5-2022 SE Admin Parking.xlsx | .xlsx |
| 22 | 7-1 to 8-3-2022 SW Tank 7507.xlsx | .xlsx |
| 23 | 7-1 to 8-5-2022 NW Tank 7401.xlsx | .xlsx |
| 24 | 7-1 to 8-5-2022 NW Tank 7501.xlsx | .xlsx |
| 25 | 7-1 to 8-5-2022 W SCPC.xlsx | .xlsx |
| 26 | 7-1 to 8-6-2022 NW Gate 2.xlsx | .xlsx |
| 27 | 7-1 to 8-6-2022 NW Tank 6819.xlsx | .xlsx |
| 28 | 8-11-2022 SCPC West.xlsx | .xlsx |
| 29 | 8-15-16 2022 Tank 6819 NW .xlsx | .xlsx |
| 30 | 8-16-2022 Tank 7507 SW.xlsx | .xlsx |
| 31 | 8-21-22 2022 Tank 7401 NW.xlsx | .xlsx |
| 32 | 8-4-5 2022 Tank 7501 NW.xlsx | .xlsx |
| 33 | 8-5-2022 Tank 7401 NW.xlsx | .xlsx |
| 34 | 8-5-72022   Admin Parking Lot SE  .xlsx | .xlsx |
| 35 | 8-6-8 2022 Gate 2 Parking Lot West.xlsx | .xlsx |
| 36 | 8-7-8 2022 Tank 7501 NW.xlsx | .xlsx |
| 37 | 8-7-8 2022 TK 7507 SW.xlsx | .xlsx |
| 38 | 8-8-10 2022 Admin Parking Lot SE.xlsx | .xlsx |
| 39 | 8-8-2022 Tank 7401 NW.xlsx | .xlsx |
| 40 | 8-8-92022 TK 7507 SW.xlsx | .xlsx |
| 41 | 8-9-10 2022 Tank 6819 NW .xlsx | .xlsx |
| 42 | 8-9-2022 Tank 7401 NW.xlsx | .xlsx |
| 43 | 8-9-2022 Tank 7501 NW.xlsx | .xlsx |
| 44 | DISC-IN-Def-PHRTs-production-of-[08-20-23-2022-Dome-1-TimeWise-dls-report]-03-14-2025.xlsx | .xlsx |
| 45 | DISC-IN-Def-PHRTs-production-on-[08-19-20-22-Dome-1-Datalog-Summary-Report]-03-14-2025.xlsx | .xlsx |
| 46 | PHRT Admin Bldg. SE Fenceline Air Monitoring Reports .xlsx | .xlsx |
| 47 | PHRT Gate 2 NW  Fenceline Air Monitoring Reports.xlsx | .xlsx |
| 48 | PHRT SCPC West Fenceline Air Monitoring Reports xlsx.xlsx | .xlsx |
| 49 | PHRT Tank 6819 NW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 50 | PHRT Tank 7401 NW Fenceline Air Monitoring Data Log Reports .xlsx | .xlsx |

| 51 | PHRT Tank 7501 NW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 52 | PHRT Tank 7507 SW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 53 | 2022-08-04 07-16-50 IMG_8604.JPG | .JPG |
| 54 | 2022-08-04 13-08-06 IMG_8586.JPG | .JPG |
| 55 | 2022-08-04 13-08-08 IMG_8587.JPG | .JPG |
| 56 | 2022-08-06 18-15-26 IMG_7317.JPG | .JPG |
| 57 | 2022-08-06 18-52-30 IMG_7321.JPG | .JPG |
| 58 | 2022-08-07 09-31-49 IMG_8616.JPG | .JPG |
| 59 | 2022-08-07 09-32-19 IMG_8617.JPG | .JPG |
| 60 | 2022-08-07 09-33-19 IMG_8618.JPG | .JPG |
| 61 | 2022-08-07 09-33-26 IMG_8619.JPG | .JPG |
| 62 | 2022-08-07 09-34-13 IMG_8620.JPG | .JPG |
| 63 | 2022-08-07 09-35-13 IMG_8621.JPG | .JPG |
| 64 | 2022-08-07 11-17-19 IMG_8624.JPG | .JPG |
| 65 | 2022-08-07 13-56-14 IMG_8635.JPG | .JPG |
| 66 | 2022-08-07 14-04-46 IMG_8636.JPG | .JPG |
| 67 | 2022-08-07 14-04-55 IMG_8637.JPG | .JPG |
| 68 | 2022-08-07 15-28-09 IMG_8646.JPG | .JPG |
| 69 | 2022-08-07 17-10-07 IMG_8669.JPG | .JPG |
| 70 | 2022-08-07 17-13-51 IMG_8676.JPG | .JPG |
| 71 | 2022-08-07 18-06-25 IMG_8702.JPG | .JPG |
| 72 | 2022-08-08 14-30-29 IMG_0057.JPG | .JPG |
| 73 | 2022-08-08 18-27-52 IMG_8685.JPG | .JPG |
| 74 | 2022-08-09 05-22-27 IMG_0355.JPG | .JPG |
| 75 | 2022-08-09 05-22-39 IMG_0356.JPG | .JPG |
| 76 | 2022-08-09 05-23-12 IMG_8668.JPG | .JPG |
| 77 | 2022-08-09 05-23-14 IMG_0359.JPG | .JPG |
| 78 | 2022-08-10 06-48-49 IMG_8705.JPG | .JPG |
| 79 | 2022-08-10 07-14-01 IMG_8719.JPG | .JPG |
| 80 | 2022-08-11 14-49-45 IMG_8717.JPG | .JPG |
| 81 | 2022-08-11 16-17-56 IMG_8737.JPG | .JPG |
| 82 | 2022-08-12 03-39-06 IMG_8727.JPG | .JPG |
| 83 | 2022-08-12 03-43-39 IMG_8734.JPG | .JPG |
| 84 | 2022-08-12 03-43-54 IMG_8735.JPG | .JPG |
| 85 | 2022-08-12 03-45-12 IMG_8736.JPG | .JPG |
| 86 | 2022-08-12 03-45-45 IMG_8754.JPG | .JPG |
| 87 | 2022-08-12 15-16-08 IMG_8775.JPG | .JPG |
| 88 | 2022-08-13 14-40-35 IMG_8772.JPG | .JPG |
| 89 | 2022-08-13 20-11-04 IMG_8782.JPG | .JPG |
| 90 | 2022-08-13 20-14-30 IMG_8790.JPG | .JPG |
| 91 | 2022-08-13 20-17-43 IMG_8784.JPG | .JPG |
| 92 | 2022-08-13 20-25-14 IMG_8792.JPG | .JPG |
| 93 | 2022-08-14 06-59-58 IMG_8793.JPG | .JPG |

| 94 | 2022-08-14 07-00-05 IMG_8795.JPG | .JPG |
|---|---|---|
| 95 | 2022-08-14 07-00-43 IMG_8794.JPG | .JPG |
| 96 | 2022-08-14 07-01-38 IMG_8796.JPG | .JPG |
| 97 | 2022-08-14 07-02-12 IMG_8812.JPG | .JPG |
| 98 | 2022-08-14 09-20-27 IMG_0075.JPG | .JPG |
| 99 | 2022-08-14 09-20-32 IMG_0076.JPG | .JPG |
| 100 | 2022-08-14 09-21-38 IMG_0077.JPG | .JPG |
| 101 | 2022-08-14 09-21-45 IMG_0078.JPG | .JPG |
| 102 | 2022-08-14 09-21-51 IMG_0079.JPG | .JPG |
| 103 | 2022-08-14 09-22-01 IMG_0080.JPG | .JPG |
| 104 | 2022-08-14 09-22-05 IMG_0081.JPG | .JPG |
| 105 | 2022-08-14 09-22-08 IMG_0082.JPG | .JPG |
| 106 | 2022-08-14 09-22-13 IMG_0083.JPG | .JPG |
| 107 | 2022-08-14 12-45-37 IMG_8811.JPG | .JPG |
| 108 | 2022-08-14 12-47-59 IMG_8853.JPG | .JPG |
| 109 | 2022-08-14 17-38-44 IMG_8816.JPG | .JPG |
| 110 | 2022-08-14 17-40-02 IMG_8817.JPG | .JPG |
| 111 | 2022-08-15 19-13-39 IMG_8827.JPG | .JPG |
| 112 | 2022-08-15 19-13-54 IMG_8828.JPG | .JPG |
| 113 | 2022-08-16 05-40-11 IMG_8829.JPG | .JPG |
| 114 | 2022-08-16 05-40-32 IMG_8830.JPG | .JPG |
| 115 | 2022-08-16 05-40-41 IMG_8831.JPG | .JPG |
| 116 | 2022-08-16 05-40-44 IMG_8832.JPG | .JPG |
| 117 | 2022-08-16 05-41-36 IMG_8833.JPG | .JPG |
| 118 | 2022-08-16 05-41-40 IMG_8834.JPG | .JPG |
| 119 | 2022-08-16 05-43-23 IMG_8835.JPG | .JPG |
| 120 | 2022-08-16 05-44-21 IMG_8837.JPG | .JPG |
| 121 | 2022-08-16 05-45-44 IMG_8838.JPG | .JPG |
| 122 | 2022-08-16 05-45-50 IMG_8839.JPG | .JPG |
| 123 | 2022-08-16 05-46-26 IMG_8840.JPG | .JPG |
| 124 | 2022-08-16 05-46-36 IMG_8841.JPG | .JPG |
| 125 | 2022-08-16 05-47-22 IMG_8843.JPG | .JPG |
| 126 | 2022-08-16 05-47-45 IMG_8844.JPG | .JPG |
| 127 | 2022-08-16 05-47-50 IMG_8845.JPG | .JPG |
| 128 | 2022-08-16 05-47-54 IMG_8846.JPG | .JPG |
| 129 | 2022-08-16 05-48-11 IMG_8847.JPG | .JPG |
| 130 | 2022-08-16 05-48-34 IMG_8848.JPG | .JPG |
| 131 | 2022-08-16 05-48-37 IMG_8849.JPG | .JPG |
| 132 | 2022-08-16 05-49-00 IMG_8850.JPG | .JPG |
| 133 | 2022-08-16 05-49-05 IMG_8851.JPG | .JPG |
| 134 | 2022-08-16 05-49-10 IMG_8852.JPG | .JPG |
| 135 | 2022-08-16 06-06-10 IMG_8860.JPG | .JPG |
| 136 | 2022-08-16 06-06-16 IMG_8854.JPG | .JPG |

| 137 | 2022-08-16 14-39-09 IMG_8856.JPG | .JPG |
|-----|----------------------------------|------|
| 138 | 2022-08-16 16-15-13 IMG_8857.JPG | .JPG |
| 139 | 2022-08-17 03-58-02 IMG_8858.JPG | .JPG |
| 140 | 2022-08-17 03-59-13 IMG_8859.JPG | .JPG |
| 141 | 2022-08-17 04-00-26 IMG_8864.JPG | .JPG |
| 142 | 2022-08-17 04-00-30 IMG_8861.JPG | .JPG |
| 143 | 2022-08-17 04-00-40 IMG_8862.JPG | .JPG |
| 144 | 2022-08-17 04-07-53 IMG_8863.JPG | .JPG |
| 145 | 2022-08-17 04-08-24 IMG_8901.JPG | .JPG |
| 146 | 2022-08-17 04-08-47 IMG_8865.JPG | .JPG |
| 147 | 2022-08-17 04-09-08 IMG_8866.JPG | .JPG |
| 148 | 2022-08-17 05-59-20 IMG_8867.JPG | .JPG |
| 149 | 2022-08-17 05-59-46 IMG_8868.JPG | .JPG |
| 150 | 2022-08-17 06-03-26 IMG_8870.JPG | .JPG |
| 151 | 2022-08-17 06-03-39 IMG_8871.JPG | .JPG |
| 152 | 2022-08-17 06-04-20 IMG_8872.JPG | .JPG |
| 153 | 2022-08-17 06-05-12 IMG_9078.JPG | .JPG |
| 154 | 2022-08-17 06-05-34 IMG_8874.JPG | .JPG |
| 155 | 2022-08-17 06-06-18 IMG_8875.JPG | .JPG |
| 156 | 2022-08-17 06-07-54 IMG_8876.JPG | .JPG |
| 157 | 2022-08-17 06-14-30 IMG_8880.JPG | .JPG |
| 158 | 2022-08-17 06-21-40 IMG_8881.JPG | .JPG |
| 159 | 2022-08-17 11-39-16 IMG_2026.JPG | .JPG |
| 160 | 2022-08-17 11-52-31 IMG_2057.JPG | .JPG |
| 161 | 2022-08-17 11-53-11 IMG_2060.JPG | .JPG |
| 162 | 2022-08-17 17-08-49 IMG_8888.JPG | .JPG |
| 163 | 2022-08-17 17-29-26 IMG_8889.JPG | .JPG |
| 164 | 2022-08-17 18-36-23 IMG_8893.JPG | .JPG |
| 165 | 2022-08-18 05-38-16 IMG_8907.JPG | .JPG |
| 166 | 2022-08-18 05-43-40 IMG_8905.JPG | .JPG |
| 167 | 2022-08-18 05-44-29 IMG_8906.JPG | .JPG |
| 168 | 2022-08-18 05-50-00 IMG_8918.JPG | .JPG |
| 169 | 2022-08-18 05-50-04 IMG_8908.JPG | .JPG |
| 170 | 2022-08-18 05-50-10 IMG_8909.JPG | .JPG |
| 171 | 2022-08-18 05-50-12 IMG_8910.JPG | .JPG |
| 172 | 2022-08-18 05-51-54 IMG_8916.JPG | .JPG |
| 173 | 2022-08-18 05-51-56 IMG_8917.JPG | .JPG |
| 174 | 2022-08-18 05-51-58 IMG_9004.JPG | .JPG |
| 175 | 2022-08-18 05-52-04 IMG_8919.JPG | .JPG |
| 176 | 2022-08-18 05-52-43 IMG_8923.JPG | .JPG |
| 177 | 2022-08-18 05-52-49 IMG_8924.JPG | .JPG |
| 178 | 2022-08-18 05-54-47 IMG_8925.JPG | .JPG |
| 179 | 2022-08-18 05-54-57 IMG_8926.JPG | .JPG |

| 180 | 2022-08-18 05-54-57 IMG_E8926.JPG | .JPG |
|-----|-----------------------------------|------|
| 181 | 2022-08-18 05-55-00 IMG_8927.JPG | .JPG |
| 182 | 2022-08-18 05-55-00 IMG_E8927.JPG | .JPG |
| 183 | 2022-08-18 05-55-36 IMG_3434.JPG | .JPG |
| 184 | 2022-08-18 06-18-10 IMG_8929.JPG | .JPG |
| 185 | 2022-08-18 06-18-16 IMG_8930.JPG | .JPG |
| 186 | 2022-08-18 06-18-24 IMG_8931.JPG | .JPG |
| 187 | 2022-08-18 06-24-22 IMG_8934.JPG | .JPG |
| 188 | 2022-08-18 06-24-38 IMG_8935.JPG | .JPG |
| 189 | 2022-08-18 06-24-48 IMG_8936.JPG | .JPG |
| 190 | 2022-08-18 06-25-01 IMG_8938.JPG | .JPG |
| 191 | 2022-08-18 06-25-59 IMG_8942.JPG | .JPG |
| 192 | 2022-08-18 07-30-58 IMG_8943.JPG | .JPG |
| 193 | 2022-08-18 08-53-54 IMG_8944.JPG | .JPG |
| 194 | 2022-08-18 08-53-56 IMG_8945.JPG | .JPG |
| 195 | 2022-08-18 08-53-59 IMG_8946.JPG | .JPG |
| 196 | 2022-08-18 08-54-04 IMG_8947.JPG | .JPG |
| 197 | 2022-08-18 08-56-23 IMG_8948.JPG | .JPG |
| 198 | 2022-08-18 12-04-30 IMG_8949.JPG | .JPG |
| 199 | 2022-08-18 12-04-40 IMG_8950.JPG | .JPG |
| 200 | 2022-08-18 12-05-15 IMG_8951.JPG | .JPG |
| 201 | 2022-08-18 13-57-19 IMG_8952.JPG | .JPG |
| 202 | 2022-08-18 13-57-35 IMG_8953.JPG | .JPG |
| 203 | 2022-08-18 17-19-29 IMG_8954.JPG | .JPG |
| 204 | 2022-08-18 18-38-33 IMG_8956.JPG | .JPG |
| 205 | 2022-08-19 04-04-38 IMG_8958.JPG | .JPG |
| 206 | 2022-08-19 04-07-51 IMG_8962.JPG | .JPG |
| 207 | 2022-08-19 04-07-55 IMG_8963.JPG | .JPG |
| 208 | 2022-08-19 04-08-02 IMG_8964.JPG | .JPG |
| 209 | 2022-08-19 04-16-15 IMG_8970.JPG | .JPG |
| 210 | 2022-08-19 04-16-22 IMG_8971.JPG | .JPG |
| 211 | 2022-08-19 04-16-26 IMG_8972.JPG | .JPG |
| 212 | 2022-08-19 04-16-29 IMG_8973.JPG | .JPG |
| 213 | 2022-08-19 04-16-32 IMG_8974.JPG | .JPG |
| 214 | 2022-08-19 04-16-50 IMG_8975.JPG | .JPG |
| 215 | 2022-08-19 04-26-24 IMG_8986.JPG | .JPG |
| 216 | 2022-08-19 04-37-40 IMG_8989.JPG | .JPG |
| 217 | 2022-08-19 04-42-52 IMG_8992.JPG | .JPG |
| 218 | 2022-08-19 04-43-25 IMG_8994.JPG | .JPG |
| 219 | 2022-08-19 06-33-03 IMG_8996.JPG | .JPG |
| 220 | 2022-08-19 06-33-06 IMG_8997.JPG | .JPG |
| 221 | 2022-08-19 06-34-04 IMG_8998.JPG | .JPG |
| 222 | 2022-08-19 06-34-12 IMG_8999.JPG | .JPG |

| 223 | 2022-08-19 06-34-21 IMG_9001.JPG | .JPG |
|-----|----------------------------------|------|
| 224 | 2022-08-19 06-34-40 IMG_9002.JPG | .JPG |
| 225 | 2022-08-19 07-09-58 IMG_9003.JPG | .JPG |
| 226 | 2022-08-19 07-10-17 IMG_9084.JPG | .JPG |
| 227 | 2022-08-19 16-16-22 IMG_9006.JPG | .JPG |
| 228 | 2022-08-19 17-01-31 IMG_9028.JPG | .JPG |
| 229 | 2022-08-19 18-48-36 IMG_9029.JPG | .JPG |
| 230 | 2022-08-19 18-48-39 IMG_9030.JPG | .JPG |
| 231 | 2022-08-19 18-49-03 IMG_9031.JPG | .JPG |
| 232 | 2022-08-19 18-51-21 IMG_9033.JPG | .JPG |
| 233 | 2022-08-19 18-53-10 IMG_9034.JPG | .JPG |
| 234 | 2022-08-19 18-57-56 IMG_9035.JPG | .JPG |
| 235 | 2022-08-19 18-58-00 IMG_9036.JPG | .JPG |
| 236 | 2022-08-19 18-58-07 IMG_9037.JPG | .JPG |
| 237 | 2022-08-19 18-58-10 IMG_9038.JPG | .JPG |
| 238 | 2022-08-19 19-01-14 IMG_9040.JPG | .JPG |
| 239 | 2022-08-19 19-01-17 IMG_9041.JPG | .JPG |
| 240 | 2022-08-19 19-03-37 IMG_9042.JPG | .JPG |
| 241 | 2022-08-19 19-03-57 IMG_9043.JPG | .JPG |
| 242 | 2022-08-19 19-04-02 IMG_9044.JPG | .JPG |
| 243 | 2022-08-19 20-58-49 IMG_9045.JPG | .JPG |
| 244 | 2022-08-19 20-58-56 IMG_9047.JPG | .JPG |
| 245 | 2022-08-19 21-00-28 IMG_9048.JPG | .JPG |
| 246 | 2022-08-20 05-49-16 IMG_9049.JPG | .JPG |
| 247 | 2022-08-20 05-49-17 IMG_9050.JPG | .JPG |
| 248 | 2022-08-20 06-11-31 IMG_9051.JPG | .JPG |
| 249 | 2022-08-20 06-11-48 IMG_9052.JPG | .JPG |
| 250 | 2022-08-20 06-12-38 IMG_9053.JPG | .JPG |
| 251 | 2022-08-20 06-13-54 IMG_9054.JPG | .JPG |
| 252 | 2022-08-20 06-24-22 IMG_9055.JPG | .JPG |
| 253 | 2022-08-20 12-24-59 IMG_9056.JPG | .JPG |
| 254 | 2022-08-20 12-26-17 IMG_9057.JPG | .JPG |
| 255 | 2022-08-20 12-26-33 IMG_9058.JPG | .JPG |
| 256 | 2022-08-20 12-27-51 IMG_9059.JPG | .JPG |
| 257 | 2022-08-20 12-28-57 IMG_9060.JPG | .JPG |
| 258 | 2022-08-20 14-01-10 IMG_0816.JPG | .JPG |
| 259 | 2022-08-20 14-01-38 IMG_0817.JPG | .JPG |
| 260 | 2022-08-20 14-01-44 IMG_0818.JPG | .JPG |
| 261 | 2022-08-20 14-03-42 IMG_0819.JPG | .JPG |
| 262 | 2022-08-20 14-05-04 IMG_0820.JPG | .JPG |
| 263 | 2022-08-20 14-06-37 IMG_0821.JPG | .JPG |
| 264 | 2022-08-20 14-07-26 IMG_0822.JPG | .JPG |
| 265 | 2022-08-20 14-07-33 IMG_0823.JPG | .JPG |

| 266 | 2022-08-20 14-07-35 IMG_0824.JPG | .JPG |
|-----|----------------------------------|------|
| 267 | 2022-08-20 14-08-00 IMG_0825.JPG | .JPG |
| 268 | 2022-08-20 14-08-04 IMG_0826.JPG | .JPG |
| 269 | 2022-08-20 15-40-56 IMG_9074.JPG | .JPG |
| 270 | 2022-08-20 15-46-49 IMG_9075.JPG | .JPG |
| 271 | 2022-08-21 04-55-37 IMG_9079.JPG | .JPG |
| 272 | 2022-08-21 04-55-53 IMG_9080.JPG | .JPG |
| 273 | 2022-08-21 04-55-58 IMG_9081.JPG | .JPG |
| 274 | 2022-08-21 04-56-25 IMG_9082.JPG | .JPG |
| 275 | 2022-08-21 04-56-55 IMG_9083.JPG | .JPG |
| 276 | 2022-08-21 04-57-08 IMG_9130.JPG | .JPG |
| 277 | 2022-08-21 05-03-44 IMG_9086.JPG | .JPG |
| 278 | 2022-08-21 05-07-12 IMG_9091.JPG | .JPG |
| 279 | 2022-08-21 05-07-13 IMG_9092.JPG | .JPG |
| 280 | 2022-08-21 05-07-16 IMG_9093.JPG | .JPG |
| 281 | 2022-08-21 05-10-05 IMG_9096.JPG | .JPG |
| 282 | 2022-08-21 05-10-07 IMG_9097.JPG | .JPG |
| 283 | 2022-08-21 06-13-49 IMG_9098.JPG | .JPG |
| 284 | 2022-08-21 06-13-51 IMG_9099.JPG | .JPG |
| 285 | 2022-08-21 06-14-57 IMG_9100.JPG | .JPG |
| 286 | 2022-08-21 06-16-13 IMG_9102.JPG | .JPG |
| 287 | 2022-08-21 06-16-15 IMG_9103.JPG | .JPG |
| 288 | 2022-08-21 06-16-17 IMG_9104.JPG | .JPG |
| 289 | 2022-08-21 06-16-20 IMG_9105.JPG | .JPG |
| 290 | 2022-08-21 06-19-02 IMG_9106.JPG | .JPG |
| 291 | 2022-08-21 06-19-25 IMG_9107.JPG | .JPG |
| 292 | 2022-08-21 06-31-51 IMG_9108.JPG | .JPG |
| 293 | 2022-08-21 06-32-09 IMG_9109.JPG | .JPG |
| 294 | 2022-08-21 06-32-13 IMG_9110.JPG | .JPG |
| 295 | 2022-08-21 07-01-33 IMG_9112.JPG | .JPG |
| 296 | 2022-08-21 07-08-18 IMG_9113.JPG | .JPG |
| 297 | 2022-08-21 07-34-20 IMG_9114.JPG | .JPG |
| 298 | 2022-08-21 07-51-01 IMG_9117.JPG | .JPG |
| 299 | 2022-08-21 07-51-04 IMG_9118.JPG | .JPG |
| 300 | 2022-08-21 07-53-01 IMG_9124.JPG | .JPG |
| 301 | 2022-08-21 07-53-04 IMG_9125.JPG | .JPG |
| 302 | 2022-08-21 07-53-05 IMG_9126.JPG | .JPG |
| 303 | 2022-08-21 07-53-08 IMG_9127.JPG | .JPG |
| 304 | 2022-08-21 07-53-09 IMG_9128.JPG | .JPG |
| 305 | 2022-08-21 07-53-11 IMG_9129.JPG | .JPG |
| 306 | 2022-08-21 07-55-46 IMG_9131.JPG | .JPG |
| 307 | 2022-08-21 07-55-53 IMG_0358.JPG | .JPG |
| 308 | 2022-08-21 07-55-55 IMG_9133.JPG | .JPG |

| 309 | 2022-08-21 07-56-18 IMG_9134.JPG | .JPG |
|-----|----------------------------------|------|
| 310 | 2022-08-21 07-56-19 IMG_9135.JPG | .JPG |
| 311 | 2022-08-21 07-57-42 IMG_9137.JPG | .JPG |
| 312 | 2022-08-21 07-57-46 IMG_9138.JPG | .JPG |
| 313 | 2022-08-21 08-01-14 IMG_9139.JPG | .JPG |
| 314 | 2022-08-21 08-01-35 IMG_9140.JPG | .JPG |
| 315 | 2022-08-21 08-34-37 IMG_9142.JPG | .JPG |
| 316 | 2022-08-21 08-34-38 IMG_9143.JPG | .JPG |
| 317 | 2022-08-21 08-57-16 IMG_6616.JPG | .JPG |
| 318 | 2022-08-21 08-57-19 IMG_6618.JPG | .JPG |
| 319 | 2022-08-21 08-57-23 IMG_6619.JPG | .JPG |
| 320 | 2022-08-21 08-57-23 IMG_8564.JPG | .JPG |
| 321 | 2022-08-21 13-44-27 IMG_9154.JPG | .JPG |
| 322 | 2022-08-21 17-45-34 IMG_9158.JPG | .JPG |
| 323 | 2022-08-21 17-45-40 IMG_9159.JPG | .JPG |
| 324 | 2022-08-21 17-53-37 IMG_9160.JPG | .JPG |
| 325 | 2022-08-21 18-46-24 IMG_9162.JPG | .JPG |
| 326 | 2022-08-21 18-50-18 IMG_9163.JPG | .JPG |
| 327 | 2022-08-21 18-51-06 IMG_9164.JPG | .JPG |
| 328 | 2022-08-21 19-12-52 IMG_9174.JPG | .JPG |
| 329 | 2022-08-22 06-39-16 IMG_9175.JPG | .JPG |
| 330 | 2022-08-22 06-39-50 IMG_9176.JPG | .JPG |
| 331 | 2022-08-22 06-39-59 IMG_9177.JPG | .JPG |
| 332 | 2022-08-22 06-40-17 IMG_9178.JPG | .JPG |
| 333 | 2022-08-22 06-40-20 IMG_9179.JPG | .JPG |
| 334 | 2022-08-22 06-40-38 IMG_9180.JPG | .JPG |
| 335 | 2022-08-22 06-40-57 IMG_9181.JPG | .JPG |
| 336 | 2022-08-22 14-07-42 IMG_9182.JPG | .JPG |
| 337 | 2022-08-22 18-57-34 IMG_9185.JPG | .JPG |
| 338 | 2022-08-22 20-10-13 IMG_9186.JPG | .JPG |
| 339 | 2022-08-23 05-23-21 IMG_2895.JPG | .JPG |
| 340 | 2022-08-23 05-23-23 IMG_2896.JPG | .JPG |
| 341 | 2022-08-23 05-24-25 IMG_2899.JPG | .JPG |
| 342 | 2022-08-23 05-24-28 IMG_2901.JPG | .JPG |
| 343 | 2022-08-23 05-24-29 IMG_2902.JPG | .JPG |
| 344 | 2022-08-23 05-24-30 IMG_2903.JPG | .JPG |
| 345 | 2022-08-23 05-24-32 IMG_2904.JPG | .JPG |
| 346 | 2022-08-23 05-24-33 IMG_2905.JPG | .JPG |
| 347 | 2022-08-23 05-24-34 IMG_2906.JPG | .JPG |
| 348 | 2022-08-23 05-24-35 IMG_2907.JPG | .JPG |
| 349 | 2022-08-23 05-24-38 IMG_2908.JPG | .JPG |
| 350 | 2022-08-23 05-55-55 IMG_9212.JPG | .JPG |
| 351 | 2022-08-23 05-55-57 IMG_9213.JPG | .JPG |

| 352 | 2022-08-23 05-56-25 IMG_9298.JPG | .JPG |
|-----|----------------------------------|------|
| 353 | 2022-08-24 03-55-51 IMG_9217.JPG | .JPG |
| 354 | 2022-08-24 04-03-17 IMG_9218.JPG | .JPG |
| 355 | 2022-08-24 04-03-38 IMG_9219.JPG | .JPG |
| 356 | 2022-08-24 04-04-50 IMG_9220.JPG | .JPG |
| 357 | 2022-08-24 04-04-53 IMG_9221.JPG | .JPG |
| 358 | 2022-08-24 07-08-01 IMG_9222.JPG | .JPG |
| 359 | 2022-08-24 07-38-02 IMG_9224.JPG | .JPG |
| 360 | 2022-08-24 07-38-22 IMG_9225.JPG | .JPG |
| 361 | 2022-08-25 05-00-00 IMG_9238.JPG | .JPG |
| 362 | 2022-08-25 05-02-56 IMG_9242.JPG | .JPG |
| 363 | 2022-08-25 05-08-18 IMG_9247.JPG | .JPG |
| 364 | 2022-08-25 05-10-27 IMG_9251.JPG | .JPG |
| 365 | 2022-08-25 05-23-25 IMG_9255.JPG | .JPG |
| 366 | 2022-08-25 05-23-40 IMG_9256.JPG | .JPG |
| 367 | 2022-08-25 05-23-49 IMG_9257.JPG | .JPG |
| 368 | 2022-08-25 05-24-07 IMG_9258.JPG | .JPG |
| 369 | 2022-08-25 05-24-42 IMG_9261.JPG | .JPG |
| 370 | 2022-08-25 15-54-25 IMG_9273.JPG | .JPG |
| 371 | 2022-08-25 16-15-02 IMG_9274.JPG | .JPG |
| 372 | 2022-08-25 16-15-03 IMG_9275.JPG | .JPG |
| 373 | 2022-08-25 23-39-59 IMG_9283.JPG | .JPG |
| 374 | 2022-08-25 23-40-02 IMG_9284.JPG | .JPG |
| 375 | 2022-08-25 23-40-53 IMG_9285.JPG | .JPG |
| 376 | 2022-08-25 23-40-55 IMG_9286.JPG | .JPG |
| 377 | 2022-08-25 23-43-12 IMG_9287.JPG | .JPG |
| 378 | 2022-08-25 23-44-36 IMG_9288.JPG | .JPG |
| 379 | 2022-08-25 23-44-59 IMG_9289.JPG | .JPG |
| 380 | 2022-08-25 23-47-16 IMG_9293.JPG | .JPG |
| 381 | 2022-08-25 23-47-38 IMG_9294.JPG | .JPG |
| 382 | 2022-08-25 23-47-43 IMG_9295.JPG | .JPG |
| 383 | 2022-08-25 23-48-53 IMG_9296.JPG | .JPG |
| 384 | 2022-08-25 23-49-16 IMG_9470.JPG | .JPG |
| 385 | 2022-08-26 05-13-40 IMG_9299.JPG | .JPG |
| 386 | 2022-08-26 05-14-25 IMG_9300.JPG | .JPG |
| 387 | 2022-08-26 05-16-14 IMG_9301.JPG | .JPG |
| 388 | 2022-08-26 05-16-20 IMG_9302.JPG | .JPG |
| 389 | 2022-08-26 05-18-09 IMG_9306.JPG | .JPG |
| 390 | 2022-08-26 05-18-33 IMG_9307.JPG | .JPG |
| 391 | 2022-08-26 05-19-19 IMG_9308.JPG | .JPG |
| 392 | 2022-08-26 05-23-04 IMG_2916.JPG | .JPG |
| 393 | 2022-08-26 05-23-13 IMG_2917.JPG | .JPG |
| 394 | 2022-08-26 05-23-22 IMG_2918.JPG | .JPG |

| 395 | 2022-08-26 05-23-30 IMG_2919.JPG | .JPG |
|-----|----------------------------------|------|
| 396 | 2022-08-26 05-23-42 IMG_2920.JPG | .JPG |
| 397 | 2022-08-26 05-23-59 IMG_2921.JPG | .JPG |
| 398 | 2022-08-26 05-24-02 IMG_2922.JPG | .JPG |
| 399 | 2022-08-26 05-24-04 IMG_2923.JPG | .JPG |
| 400 | 2022-08-26 05-24-06 IMG_2924.JPG | .JPG |
| 401 | 2022-08-26 05-24-44 IMG_2925.JPG | .JPG |
| 402 | 2022-08-26 05-24-51 IMG_2926.JPG | .JPG |
| 403 | 2022-08-26 05-24-56 IMG_9309.JPG | .JPG |
| 404 | 2022-08-26 05-24-57 IMG_2927.JPG | .JPG |
| 405 | 2022-08-26 05-25-06 IMG_2928.JPG | .JPG |
| 406 | 2022-08-26 05-25-09 IMG_2929.JPG | .JPG |
| 407 | 2022-08-26 05-26-37 IMG_9314.JPG | .JPG |
| 408 | 2022-08-26 05-26-43 IMG_9315.JPG | .JPG |
| 409 | 2022-08-26 05-26-48 IMG_2930.JPG | .JPG |
| 410 | 2022-08-26 05-26-53 IMG_2931.JPG | .JPG |
| 411 | 2022-08-26 05-26-58 IMG_2932.JPG | .JPG |
| 412 | 2022-08-26 05-27-02 IMG_9317.JPG | .JPG |
| 413 | 2022-08-26 05-27-17 IMG_2933.JPG | .JPG |
| 414 | 2022-08-26 05-27-24 IMG_2934.JPG | .JPG |
| 415 | 2022-08-26 05-27-28 IMG_2935.JPG | .JPG |
| 416 | 2022-08-26 05-27-34 IMG_2936.JPG | .JPG |
| 417 | 2022-08-26 05-27-37 IMG_2937.JPG | .JPG |
| 418 | 2022-08-26 05-27-52 IMG_9320.JPG | .JPG |
| 419 | 2022-08-26 05-28-25 IMG_2938.JPG | .JPG |
| 420 | 2022-08-26 06-03-06 IMG_9347.JPG | .JPG |
| 421 | 2022-08-26 06-03-09 IMG_9348.JPG | .JPG |
| 422 | 2022-08-26 06-03-14 IMG_9349.JPG | .JPG |
| 423 | 2022-08-26 06-06-28 IMG_9350.JPG | .JPG |
| 424 | 2022-08-26 06-07-19 IMG_9351.JPG | .JPG |
| 425 | 2022-08-26 06-07-48 IMG_9352.JPG | .JPG |
| 426 | 2022-08-26 06-08-03 IMG_9353.JPG | .JPG |
| 427 | 2022-08-26 06-08-37 IMG_9354.JPG | .JPG |
| 428 | 2022-08-26 06-08-58 IMG_9355.JPG | .JPG |
| 429 | 2022-08-26 06-23-04 IMG_9356.JPG | .JPG |
| 430 | 2022-08-26 06-23-06 IMG_9357.JPG | .JPG |
| 431 | 2022-08-26 06-23-09 IMG_9358.JPG | .JPG |
| 432 | 2022-08-26 06-23-47 IMG_9359.JPG | .JPG |
| 433 | 2022-08-26 08-58-26 IMG_0074.JPG | .JPG |
| 434 | 2022-08-26 14-08-03 IMG_9362.JPG | .JPG |
| 435 | 2022-08-26 14-08-58 IMG_9363.JPG | .JPG |
| 436 | 2022-08-26 14-13-37 IMG_9364.JPG | .JPG |
| 437 | 2022-08-27 05-27-15 IMG_9365.JPG | .JPG |

| 438 | 2022-08-27 05-27-32 IMG_9366.JPG | .JPG |
|-----|----------------------------------|------|
| 439 | 2022-08-27 05-29-46 IMG_9369.JPG | .JPG |
| 440 | 2022-08-27 05-35-20 IMG_9370.JPG | .JPG |
| 441 | 2022-08-27 05-35-40 IMG_9371.JPG | .JPG |
| 442 | 2022-08-27 05-35-47 IMG_9372.JPG | .JPG |
| 443 | 2022-08-27 05-38-28 IMG_9374.JPG | .JPG |
| 444 | 2022-08-27 05-38-35 IMG_9375.JPG | .JPG |
| 445 | 2022-08-27 05-38-57 IMG_9376.JPG | .JPG |
| 446 | 2022-08-27 05-39-01 IMG_9377.JPG | .JPG |
| 447 | 2022-08-27 05-39-09 IMG_9378.JPG | .JPG |
| 448 | 2022-08-27 05-39-23 IMG_9379.JPG | .JPG |
| 449 | 2022-08-27 05-39-32 IMG_9380.JPG | .JPG |
| 450 | 2022-08-27 05-39-39 IMG_9381.JPG | .JPG |
| 451 | 2022-08-27 05-39-59 IMG_9382.JPG | .JPG |
| 452 | 2022-08-27 05-55-21 IMG_9397.JPG | .JPG |
| 453 | 2022-08-27 05-55-22 IMG_9398.JPG | .JPG |
| 454 | 2022-08-27 05-55-24 IMG_9399.JPG | .JPG |
| 455 | 2022-08-27 06-08-04 IMG_9400.JPG | .JPG |
| 456 | 2022-08-27 06-08-19 IMG_9401.JPG | .JPG |
| 457 | 2022-08-27 06-08-57 IMG_9402.JPG | .JPG |
| 458 | 2022-08-27 06-09-31 IMG_9403.JPG | .JPG |
| 459 | 2022-08-27 06-09-34 IMG_9404.JPG | .JPG |
| 460 | 2022-08-27 06-10-37 IMG_9405.JPG | .JPG |
| 461 | 2022-08-27 06-10-53 IMG_9406.JPG | .JPG |
| 462 | 2022-08-27 06-15-02 IMG_9409.JPG | .JPG |
| 463 | 2022-08-27 06-15-10 IMG_9410.JPG | .JPG |
| 464 | 2022-08-27 06-15-48 IMG_9411.JPG | .JPG |
| 465 | 2022-08-27 06-15-58 IMG_9412.JPG | .JPG |
| 466 | 2022-08-27 12-59-25 IMG_9416.JPG | .JPG |
| 467 | 2022-08-27 13-01-29 IMG_9417.JPG | .JPG |
| 468 | 2022-08-27 13-01-33 IMG_9418.JPG | .JPG |
| 469 | 2022-08-27 13-01-37 IMG_9419.JPG | .JPG |
| 470 | 2022-08-27 14-53-52 IMG_9421.JPG | .JPG |
| 471 | 2022-08-28 09-16-40 IMG_9423.JPG | .JPG |
| 472 | 2022-08-28 15-46-12 IMG_9425.JPG | .JPG |
| 473 | 2022-08-28 15-46-15 IMG_9426.JPG | .JPG |
| 474 | 2022-08-28 15-46-19 IMG_9427.JPG | .JPG |
| 475 | 2022-08-29 04-44-34 IMG_9429.JPG | .JPG |
| 476 | 2022-08-29 04-44-40 IMG_9430.JPG | .JPG |
| 477 | 2022-08-29 04-52-18 IMG_9431.JPG | .JPG |
| 478 | 2022-08-29 04-53-06 IMG_9432.JPG | .JPG |
| 479 | 2022-08-29 04-53-14 IMG_9433.JPG | .JPG |
| 480 | 2022-08-29 04-56-56 IMG_9441.JPG | .JPG |

| 481 | 2022-08-30 04-23-08 IMG_9456.JPG | .JPG |
|---|---|---|
| 482 | 2022-08-31 03-49-00 IMG_9460.JPG | .JPG |
| 483 | 2022-08-31 03-49-16 IMG_9461.JPG | .JPG |
| 484 | 2022-08-31 03-49-54 IMG_9462.JPG | .JPG |
| 485 | 2022-08-31 03-50-36 IMG_9463.JPG | .JPG |
| 486 | 2022-08-31 03-55-00 IMG_9464.JPG | .JPG |
| 487 | 2022-08-31 03-55-19 IMG_9465.JPG | .JPG |
| 488 | 2022-08-31 03-56-25 IMG_9467.JPG | .JPG |
| 489 | 2022-08-31 03-57-40 IMG_9468.JPG | .JPG |
| 490 | 2022-08-31 03-59-12 IMG_9469.JPG | .JPG |
| 491 | IMG_9471.JPG | .JPG |
| 492 | DISC-OUT-Plntffs-Amended-Expert-Disclosures-et-al-[NW0003809-003817]-08-20-2025.pdf | .pdf |
| 493 | DISC-OUT-Plntffs-Expert-Disclosures-Pursuant-to-R26-[NW003809-003903]-08-08-2025.pdf | .pdf |
| 494 | DISC-OUT-Plntffs-Supplemental-Expert-Disclosures-et-al-[NW003886-003943]-08-12-2025.pdf | .pdf |
| 495 | NW003904 - Duluth discharge instructions 8.25.25.pdf | .pdf |
| 496 | NW003905- NW003906 - LTR-IN-dated-07-31-25-to-Dr-Bertrina-West-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 497 | NW003907- NW003908 - LTR-IN-dated-07-31-25-to-Dr-Carlette-Graham-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 498 | NW003909- NW003910. - LTR-IN-dated-07-31-25-to-Dr-Morton-Acker-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 499 | NW003964-NW003967 - Wooten social-security-statement.pdf | .pdf |
| 500 | NW003968- NW003978 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[TS000001-000008]-09-11-2025.pdf | .pdf |
| 501 | NW003979 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video]-09-11-2025.MOV | .MOV |
| 502 | NW003980 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-28-22]-09-11-2025.mp4 | .mp4 |
| 503 | NW003981 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-29-22]-09-11-2025.mp4 | .mp4 |
| 504 | NW003983- NW004010 - LTR-IN-dated-09-22-25-from-Rawling-Company-Enclosing-Summary-of-Med-Expenses-09-22-2025(1).pdf | .pdf |
| 505 | NW004011-NW004026 - Copy-of-SSA-Application-09-30-2025.pdf | .pdf |
| 506 | NW3911-3937 Wildfire Fighters Unmasked in Toxic Smoke Are Getting Sick and Dying - The New York Times.pdf | .pdf |
| 507 | NW3938-3963 Removal of Title V Emergency Affirmative Defense Provisions.pdf | .pdf |
| 508 | NW3982 NYT Article.pdf | |
| 509 | NW4027 - 4029 - LTR-IN-dated-10-10-24-from-SSA-re-Denial-Letter-10-09-2025.pdf | .pdf |
| 510 | NW4030-4035 Emails re Out Sick from work.pdf | .pdf |
| 511 | NW4036-4043 out sick emails.pdf | .pdf |
| 512 | DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001116]-02-21-2025.mov | .mov |
| 513 | DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001117]-02-21-2025.mov | .mov |

| | | |
|---|---|---|
| 514 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-05-at-0552-IMG-8597]-11-04-2024.MOV | .MOV |
| 515 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-0935-IMG-8622]-11-04-2024.MOV | .MOV |
| 516 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1405-IMG-8639]-11-04-2024.MOV | .MOV |
| 517 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1407-IMG-8640]-11-04-2024.MOV | .MOV |
| 518 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1449-IMG-8641]-11-04-2024.MOV | .MOV |
| 519 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1457-IMG-8642]-11-04-2024.MOV | .MOV |
| 520 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1458-IMG-8643]-11-04-2024.MOV | .MOV |
| 521 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1500-IMG-8644]-11-04-2024.MOV | .MOV |
| 522 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1502-IMG-8645]-11-04-2024.MOV | .MOV |
| 523 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8651]-11-04-2024.MOV | .MOV |
| 524 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8652]-11-04-2024.MOV | .MOV |
| 525 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1701-IMG-8655]-11-04-2024.MOV | .MOV |
| 526 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1703-IMG-8656]-11-04-2024.MOV | .MOV |
| 527 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1714-IMG-8672]-11-04-2024.MOV | .MOV |
| 528 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1716-IMG-8675]-11-04-2024.MOV | .MOV |
| 529 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-2009-IMG-8677]-11-04-2024.MOV | .MOV |
| 530 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-08-at-1429-IMG-0056]-11-04-2024.MOV | .MOV |
| 531 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1955-IMG-8721]-11-04-2024.MOV | .MOV |
| 532 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8722]-11-04-2024.MOV | .MOV |
| 533 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8723]-11-04-2024.MOV | .MOV |
| 534 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8728]-11-04-2024.MOV | .MOV |
| 535 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8729]-11-04-2024.MOV | .MOV |
| 536 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0342-IMG-8732]-11-04-2024.MOV | .MOV |
| 537 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8740]-11-04-2024.MOV | .MOV |
| 538 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8741]-11-04-2024.MOV | .MOV |
| 539 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3871]-11-04-2024.MOV | .MOV |

| 540 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3872]-11-04-2024.MOV | .MOV |
| 541 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-1917-IMG-8756]-11-04-2024.MOV | .MOV |
| 542 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0543-IMG-8762]-11-04-2024.MOV | .MOV |
| 543 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0552-IMG-8764]-11-04-2024.MOV | .MOV |
| 544 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0553-IMG-8766]-11-04-2024.MOV | .MOV |
| 545 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0846-IMG-8767]-11-04-2024.MOV | .MOV |
| 546 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2011-IMG-8777]-11-04-2024.MOV | .MOV |
| 547 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2012-IMG-8778]-11-04-2024.MOV | .MOV |
| 548 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8779]-11-04-2024.MOV | .MOV |
| 549 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8780]-11-04-2024.MOV | .MOV |
| 550 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2017-IMG-8783]-11-04-2024.MOV | .MOV |
| 551 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2019-IMG-8789]-11-04-2024.MOV | .MOV |
| 552 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-0707-IMG-8798]-11-04-2024.MOV | .MOV |
| 553 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-1257-IMG-8813]-11-04-2024.MOV | .MOV |
| 554 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-15-at-1935-IMG-0793]-11-04-2024.MOV | .MOV |
| 555 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0543-IMG-8836]-11-04-2024.MOV | .MOV |
| 556 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0546-IMG-8842]-11-04-2024.MOV | .MOV |
| 557 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0607-IMG-8877]-11-04-2024.MOV | .MOV |
| 558 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0608-IMG-8878]-11-04-2024.MOV | .MOV |
| 559 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0614-IMG-8879]-11-04-2024.MOV | .MOV |
| 560 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0621-IMG-8882]-11-04-2024.MOV | .MOV |
| 561 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1729-IMG-8890]-11-04-2024.MOV | .MOV |
| 562 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1833-IMG-8892]-11-04-2024.MOV | .MOV |
| 563 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8894]-11-04-2024.MOV | .MOV |
| 564 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8895]-11-04-2024.MOV | .MOV |
| 565 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0540-IMG-8902]-11-04-2024.MOV | .MOV |

| | | |
|---|---|---|
| 566 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0541-IMG-8903]-11-04-2024.MOV | .MOV |
| 567 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0543-IMG-8904]-11-04-2024.MOV | .MOV |
| 568 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0550-IMG-8911]-11-04-2024.MOV | .MOV |
| 569 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0551-IMG-8912]-11-04-2024.MOV | .MOV |
| 570 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-21-at-0505-IMG-3557]-11-04-2024.MOV | .MOV |
| 571 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0522-IMG-2894]-11-04-2024.MOV | .MOV |
| 572 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0523-IMG-2897]-11-04-2024.MOV | .MOV |
| 573 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0530-IMG-3498]-11-04-2024.MOV | .MOV |
| 574 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23]-at-0524-IMG-2898]-11-04-2024.MOV | .MOV |
| 575 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3906]-11-04-2024.MOV | .MOV |
| 576 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3907]-11-04-2024.MOV | .MOV |
| 577 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0526-IMG-3908]-11-04-2024.MOV | .MOV |
| 578 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0534-IMG-3905]-11-04-2024.MOV | .MOV |
| 579 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-2026]-11-04-2024.MOV | .MOV |
| 580 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8587]-11-04-2024.MOV | .MOV |
| 581 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8620]-11-04-2024.MOV | .MOV |
| 582 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8634]-11-04-2024.MOV | .MOV |
| 583 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8635]-11-04-2024.MOV | .MOV |
| 584 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8685]-11-04-2024.MOV | .MOV |
| 585 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8712]-11-04-2024.MOV | .MOV |
| 586 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8717]-11-04-2024.MOV | .MOV |
| 587 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8794]-11-04-2024.MOV | .MOV |
| 588 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8811]-11-04-2024.MOV | .MOV |
| 589 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8870]-11-04-2024.MOV | .MOV |
| 590 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-9401]-11-04-2024.MOV | .MOV |
| 591 | PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023.pdf | .pdf |
| 592 | 16.pdf | .pdf |

| 593 | 16A.pdf | .pdf |
|---|---|---|
| 594 | LBT1112-1115 PHRT Coker Incident Timeline by Peacock.pdf | .pdf |
| 595 | NW3555-3562 Affirmations of George and Barry.pdf | .pdf |
| 596 | EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf | .pdf |
| 597 | NEW EPA's Sept. 2022, Inspection Report Port Hamilton Refining and Transportation.pdf | .pdf |
| 598 | 2023 Public-Notice-OPT-30MMBTU-Heater.final_.pdf | .pdf |
| 599 | epa-letter_3-2-2022_restarting-refinery_.pdf | .pdf |
| 600 | EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf | .pdf |
| 601 | PHRT GDC Consent Order 12 2 22 FNL PHRT Signed(14353211.2)_1.pdf | .pdf |
| 602 | phrt-gdc-inspection-report-12.19.-23.redacted.pdf | .pdf |

1

2

1    # Appendix B: Expert's statement of qualifications



# CASSANDRA K. MOODY, M.S., P.E.
## PRINCIPAL ENGINEER

Cassandra K. Moody, M.S, P.E. is passionate about engineering risk-informed solutions to safely optimize ROI: Return on *INTEGRITY*. She conveys visionary leadership, technical competency, and distinctive communication cultivated over a decade of midstream operations and integrity engineering experience with a mid-size oil and gas operator. As a proficient expert in the midstream pipeline industry, Mrs. Moody has represented both plaintiffs and defendants on a variety of cases, both by testimony and through expert opinion reports. In-the-ditch pipeline operator expertise sets her apart from other **desktop "experts." Mrs. Moody's retained engagements as an independent engineering expert have resulted in favorable** resolutions for 100% of her clients to date.  Mrs. Moody is an effective communicator who excels at presenting complex information simply, both written and verbally.

As Principal Engineer, she excels in the development, implementation, and optimization of Integrity Management Programs (IMP) in addition to the engineering and execution of **the integrity program's** individual elemental components. Her ability to interface with individuals from field to executive personnel and lead effectively in order to drive change sets her apart. She has gained encompassing operations engineering knowledge spanning the full life cycle of midstream projects.  Mrs. Moody has been appointed to provide expertise in federal pipeline safety regulatory rule-making activities. Her unique perspective on resourceful applications of safely achieving integrity and compliance through risk-informed reasoning while working for such a cost-focused operator will cement her as a compelling asset to any matter. Mrs. Moody **believes "quitting" is the only definition of failure and any other result is simply an opportunity to reengineer.**

In addition to serving in an engineering capacity, Cassandra has a special passion for encouraging the female workforce. As females are a minority in both engineering and the oil and gas industry, another facet of her focus is encouraging professional women and next-generation engineers through professional and personal coaching services, group workshops, and speaking engagements. Time For Change, LLC. is certified by the U.S. Small Business Association and **the Women's Business Enterprise National Council as both a Women's Business Enterprise** (WBE) and a Women Owned Small Business (WOSB). In Texas, she is registered as a Historically Underutilized Business (HUB). With the City of Houston Office of Business Opportunity, Mrs. Moody maintains an additional **certification as a Women's Business** Enterprise (WBE). The Texas Board of Professional Engineers and Land Surveyors acknowledges Time For Change, **LLC. as a registered engineering firm in addition to Mrs. Moody's accreditation as a certified professional engineer (P.E.)** in the mechanical engineering discipline. Mrs. Moody also maintains mechanical PE licenses in the states of Oklahoma and New Mexico.

**Recent Projects**

Failure Analysis, U.S. Upstream Production Company

- Cassandra performed a detailed investigation of a facility failure involving an explosion and subsequent component failures. Responsibilities included hands-on analysis of damaged equipment, thorough review of process data, critical evaluation of witness statements, examination of relevant procedures, and the preparation of a comprehensive report of findings.

Root Cause Analysis (RCA), Midstream Pipeline Operator

- Cassandra investigated the root cause and contributing causes of the a horizontal-directional-drilling (HDD) machine incident during pipeline construction to inform preventative measures and improve operational safety. This involved the Department of Energy (DOE) RCA methodology and a detailed process of: site examination,



witness interviews, review of operating agreements and procedures, analysis of industry best practices and regulations, and leading a site reconstruction.

SOP Consolidation & Compliance Initiative, U.S. & Canadian Based Pipeline Operator

- Cassandra led a team of eighteen (18) engineering professionals and industry experts, a weighted mix of mostly seasoned personnel, responsible for the review and delivery of over 100 Standard Operating Procedures (SOPs) in accordance with new Title 49 CFR Part 192, Title 49 CFR Part 195, and Canadian CER/ SOR 99-294 regulations for a major US and Canadian gas transmission company. This project was completed on time and under budget despite more than doubling the initial scope of forty-seven (47) procedures as gaps were identified. Change management, personnel training, and collaborative implementation roles with an auditing firm were also involved in integrating the new procedures and processes across the newly merged pipeline company.
  - Procedures include written and phased implementation plans for MAOP Validation, Material Verification, and Engineering Assessments (EA) per mega-rule clauses in Title 49 CFR 192.
  - Comprehensive document nomenclature hierarchy system proposed and implemented company-wide.
  - Revied similar procedures across various business units and conducted meetings with stakeholders to present industry and company best practices in a comprehensive and consolidated suite of integrity procedures.

Facility Integrity Management Program (FIMP) Development, North American Pipeline Operator

- Cassandra worked with the midstream operator to develop a new FIMP to supplement the existing pipeline IMP in a phased approach. This project provided the operator to remain focused on day-to-day operations while Cassandra led the new program development. A phased approach allowed for future development aims to be planned for during subsequent budget cycles while ensuring safe and compliant program development.

IMP Framework Development, Overseas Pipeline Operator

- Cassandra developed a liquid and gas Integrity Management Program (IMP) framework with a sample Threat Response Guidance Document (TRGD) for a leading overseas operator based on API 1160 and industry best practices. As part of this project, she also performed a review and gap analysis of existing plans and procedures.

Crack Management Program (CMP) Development, United States Refining, Renewables, and Transportation Company

- **Cassandra leveraged the company's existing programs to leverage development of a crack management program suitable to the company's operations and philosophy. This project ensured the client was compliant while being** cost conscious and systematic about managing threats to their pipeline and facility systems.

Engineering Critical Assessment (ECA), Canadian Pipeline Operator

- Cassandra evaluated the historical and current operations of a crude oil pipeline in Canada for fitness for service following a geohazard incident. As part of this project, a comprehensive threat analysis was performed, and an evaluation of a semi-quantitative risk assessment was to supplement the engineering review. This project was highlighted at the 2023 PPIM conference proceedings.

Hazardous Liquid High Consequence Area Evaluation, Midstream Operator

- Cassandra ran a hazardous liquid spill analysis model to determine possible could affect high consequence areas (HCAs) before commissioning of a new pipeline operation. Optimization of regulated mileage and a comprehensive report to implement necessary integrity management and operational concerns was recommended to the client.



<u>Annual Program Review</u>, American Midstream Company

- Cassandra conducted a desktop review of the existing programs for integrity management and corrosion control **to meet the client's annual review stipulation while also providing recommendations for audit preparedness in** the operational jurisdictions the assets reside.

**Endorsements**

**"Five-sta**r **integrity engineering consultant"** – Executive, U.S. & Canadian based Midstream Operator

**"Cassandra is very effective in providing** cost-effective solutions to her clients. She is dedicated to her role, and is passionate about helping others. She possesses great communication skills, is very safety conscious, and is **easy to work with."** - Process Safety Manager, US Pipeline Operator

**"**I have worked with Cassandra for over eight (8) years. Through this time, Cassandra has demonstrated good professional character and has knowledge of operating crude oil and natural gas pipelines where she worked as an Operations Engineer and Integrity Engineer. The Operations Engineer role included technical support, project engineering and management, and pipeline modeling. The Integrity Engineer role involved being part of the establishment an integrity program, working with vendors to match needs with inspection tool availability and required technology. I was always impressed with Cassandra**'s** positive attitude and have no reservation in endorsing her for future work.**"** – Senior Operations Engineer, Midstream Operator

**"I believe that Cassandra is an excellent resource to help spearhead the [Project]. She was always professional, very** responsive, and positive/courteous to engage with (even when her and her team were extremely working longer hours to meet delivery dates). I would definitely enjoy working with Cassandra again and would recommend her again for her positive demeanor as well as her **diligent work ethic/commitment to see things through."** — Department Head, U.S. & Canadian based Pipeline Operator

**Education**
     University of Houston
          Environmental Engineering, Master of Science; 2011
     Texas A&M University
          Biochemistry, Bachelor of Science; 2009
          Genetics, Bachelor of Science; 2009
          Chemistry, Minor; 2009

**Certifications**
     Licensed Professional Engineer, State of Texas, #118840
          Mechanical Engineering Discipline, Texas Board of Professional Engineers & Land Surveyors
     Licensed Professional Engineer, State of Oklahoma, #35488
          Mechanical Engineering Discipline, Oklahoma State Board of Licensure for Professional Engineers and Surveyors
     Licensed Professional Engineer, State of New Mexico #30355
          State Board of Licensure for Professional Engineers and Professional Surveyors
     Registered Engineering Firm, State of Texas, #F-21372
     Certificate of Authorization for Engineering firm license, State of Oklahoma
     **U.S. Small Business Association Women's Owned Small Business, #WOSB210624**
     **WBENC National Women's Business Enterprise, #WBE2100849**
     Texas Historically Underutilized Business
     **City of Houston, Office of Business Opportunity, Women's Business Enterprise, #21**-05-15009

**Employment History**
     President & Principal Engineer, Time For Change, LLC. Engineering Consulting



October 2019 – Present; Houston, Texas
Senior Operations Engineer, Harvest Midstream Company/ Hilcorp Energy Company
June 2011 – November 2019; Houston, Texas
Project Engineer, Element Markets (Alternative/Green Energy and Pipeline Projects)
May 2010 – June 2011; Houston, Texas

**Expert Testimony**

Crude oil pipeline failure, remediation, and environmental impact fact witness deposition, Texas; 2014–2016
Gas pipeline welding operations personal injury expert deposition, New Mexico; 2022–2024
Pipeline construction best practices and safety expert deposition, Oklahoma; 2022–2024
Oilfield drilling safety and project management best practices expert deposition, Texas 2023–2025

**Publications**

National Academies of Sciences, Engineering, and Medicine. 2024. *Ensuring Timely Pipeline Shutdowns in Emergencies: When to Install Rupture Mitigation Valves.* Washington, DC: The National Academies Press. https://doi.org/10.17226/27521.

Iyer, P., Moody, C., (2023, February 6–10). *Leveraging Engineering Assessments and Engineering Critical Assessments for an enhanced and practical approach to evaluating pipeline conditions* [Conference presentation]. PPIM 2023 Convention, Houston, TX, United States. https://timeforchangeengineer.com/wp-content/uploads/2023/10/PPIM-2023_Conference-Paper_Engineering-Assessments_Submitted.pdf

**Recognition**

Houston Business Journal, 40 Under 40 Honoree Class of 2025
Young Pipeliners International, John Tiratsoo Award for Young Achievement Recipient, February 2023

**Speaking Engagements & Training**

**"Nothing is important…when everything is" International Women's' Day** Drill-Quip Keynote Speaker, 2024
Integrity Management 101 Training for Baker Hughes Pipeline and Pigging Services Division, 2024
Midstream Talent Crisis Training, Technical Toolboxes, 2024
**"Leveraging Engineering Assessments…"** PPIM Conference presentation, 2023
**"Engineering vision into results" Society of Women Engineers, Houston, TX 2022**
**"Leveraging engineering processes to approach change resulting in positive ROI", Oilfield Connections** International, Houston, TX; 2021
**"Embracing change" Texas Women's Business Conference, Houston, TX 2021**
**"Engineering** more t**ime" Workshop, Houston, TX; 2019**-2020
Integrity Management Symposium Operator Panelist, Galveston, TX; 2017
Monthly Company Lifting Cost Meeting Lead Speaker, TX, LA, CO, NM; 2011–2019

**Professional Associations**

National Academy of Science/PHMSA, Congressional Committee Member Pipeline Safety Valve Study, 2022–2024
Interstate Natural Gas Association of America (INGAA) Foundation D&I Committee Member
Society of Women Engineers, Houston Member, Introduce a Girl to Engineering (IAGTE) co-chair 2021-2
Young Pipeline Professionals, USA and Houston Chapter Founding Member and Alumni



**Engineering Services**

<u>Integrity Management</u>

Cassandra K. Moody, P.E. believes asset integrity management refers to more than the set of procedures, data, and assessment schedules relating to a collection of assets. Integrity management is a risk-informed philosophy to achieve safe and reliable operations of assets throughout their lifecycle while balancing the competing depends of revenue targets and compliance. Integrity management consulting services include:

- Written development of Integrity Management Programs (IMP) and asset-specific plans for liquid and gas assets as well as associated procedures and forms
- Performing hazard, threat, and risk assessment, especially when data limited
- Data collection, analysis, and management, including creative solutions to overcome data gaps
- Conducting pipeline and asset integrity inspections and assessments, including In-Line Inspections (ILI), hydrostatic pressure tests, and Direct Assessments (DA)
- Creative Engineering Critical Analysis (ECA) solutions
- Coordinating repairs from planning to commissioning
- Implementing and documenting risk-informed Preventative & Mitigative Measures (P&MM)
- Integrity Management Program (IMP) benchmarking to industry standards such as API 1160
- Extensive familiarity with industry standards and best practices including ASME B31.8S, ASME B31G, API 1160, NACE SP0102, and others incorporated by reference (IBR)

<u>Expert Witness</u>

Mrs. Moody offers expert witness services in pipeline safety, oil and gas operations, and mechanical engineering, distinguished by a foundation of practical, real-world experience. She excels at communicating intricate technical details in a clear and accessible manner, ensuring effective presentation of evidence. Key areas of proven experience and testimony include:

- Pipeline operational safety
- Oil and Gas safety for jobsites, worksites, project sites, facilities, processing, ROW, etc.
- Hazard analysis
- Welding and machine safety practices
- Contractor relationships
- Job Safety Assessments (JSA), and project planning/management documentation reviews
- Root Cause Analysis, failure investigations, etc.
- PHSMA and OSHA regulations and compliance
- API and ASME industry recommended practices

<u>Implementations and Optimizations</u>

Whether a new set of procedures, software, or principles of thought are at hand, Mrs. Moody is well suited to assist in driving change across organizations. With over a decade of experience in implementing new initiatives, processes, and software, her leadership, vision, and communication skills are proven assets to project success. Examples of recent implementation support:

- Integrity software evaluation and execution
- Training, communication, and implementation of new procedures from corporate to field personnel
- Creative solutions to increase Return on Investment (ROI)

<u>Regulatory Compliance</u>

Mrs. Moody has extensive knowledge of state, provincial, and federal regulatory agencies in the United States and Canada while being well-informed of new requirements. Regulatory compliance consulting services include:



- Ensuring compliance and audit support for Title 49 CFR Part 192, including all new mega-rule clauses, Title 49 CFR Part 195, Title 49 CFR Part 193, and CER Onshore Pipeline Regulations (SOR 99/294)
- Jurisdictional determinations, class location, and High Consequence Area (HCA) analysis
- Establish or validate Maximum (Allowable) Operating Pressures (M(A)OP)
- Perform program gap analyses
- Creative and proactive data management solutions

<u>Project Management</u>

When projects arise exceeding the capacity of current company resources, Cassandra Moody is nimble and eager to infuse our experience in order to ensure project success.  From planning, executing, optimizing, and executing, Mrs. Moody has the technical competency with the critical communication and leadership skills to accomplish the task at hand.  Project management consulting services include:

- Planning and execution for integrity-specific or general operations projects
- Evaluate, optimize, and implement decarbonization and emission reduction projects
- Acquisition, merger, or divestiture due diligence
- Incident, failure, and root-cause analysis
- Creation of corrosion control programs (monitoring, corrosion inhibition, biocide, pigging, etc.)
- Optimization, asset investment planning, budgeting, and forecasting

1    Appendix C: Expert's statement of compensation



**Time For Change, LLC.**
Texas Licensed Engineering Firm, F-21372

**Cassandra K. Moody, P.E.**
Texas Professional Mechanical Engineer, 118840

832-850-4104
Cassandra@TimeForChangeEngineer.com

## 2025 Legal Engineering Services Rate Sheet

**Qualification:** Cassandra K. Moody has extensive knowledge cultivated during fifteen years of experience in oil and gas pipeline operations, projects, safety management systems, and integrity management (CER, CFR 192, 193, 195). In addition to technical competency, she is an exceptional communicator, results-driven, change agent, and visionary leader. She maintains her professional mechanical engineering license and engineering firm registration in Texas. Empowering and encouraging professional women in the workforce as well as the next generation of engineers is a personal passion of Mrs. Moody. Time For Change, LLC. is certified by the U.S. Small Business Association and the Women's Business Enterprise National Council as both a Women's Business Enterprise (WBE) and a Women Owned Small Business (WOSB). In Texas, Mrs. Moody is registered as a Historically Underutilized Business (HUB). With the City of Houston Office of Business Opportunity, Mrs. Moody maintains a certification as a Women's Business Enterprise (WBE).

| Classification | Rate |
|---|---|
| Principal Engineering Expert | $585 / hour |
| Engagement Fee | $8,775 / engagement |
| Engineering Report Fee | $7,020 / report |
| Deposition Fee (non-refundable) | $8,775/ day + travel/expenses |
| Trial Fee (non-refundable) | $10,530/ day + travel/expenses |

**Overtime**
An overtime rate of +10% will be charged for hours exceeding eight hours per weekday (Monday through Friday). Saturdays and Sundays are also billed at the overtime rate. National holidays are invoiced at the hourly rate plus +20%. Travel time (door to door) shall be billed at the corresponding rate.

**Travel**
Mileage: Billed $0.585/mile driven, or per most recent IRS guidelines. Tolls are billed at cost.
Airfares: Business class airfare will be billed at cost + 10%. Southwest Airlines fares are billed at cost +20%.
Meals & incidentals: Per the most recent IRS guidelines
Hotel: Billed at cost + 20%. Hilton, Hampton, Holiday Inn Express or similar hotels will be used when possible.

**Materials**
Material purchases are invoiced at cost plus 20%. Hourly rates do not include consumable materials such as printing or mailing expenses.

**Technology Allowance**
Use of standard technology equipment such as a telephone, personal computer, and printer is included in the stated hourly rate above.

**Tools & Equipment**
Normal tools, special test equipment, the purchase of industry standards or other reference materials that may be required will be acquired and billed at cost plus 20%. Time For Change, LLC. retains ownership of such purchases.

**Invoicing & Payment**
Invoices are due upon receipt. All invoices will include receipts for cost- or cost-plus items, time sheets, and copies of expense reports. The initial engagement retainer fee must be paid in full prior to services rendered. Payment must be current before reports are delivered. Fees are nonrefundable. Payment can be made by check, direct deposit, or credit card. **All credit card payments are subject to an additional 3.7% processing fee**. All payments not paid in full within seven business days of invoice issuance will be assessed a late fee penalty beginning on the invoice date.
Direct Deposit Information: ████ Bank, ████████████████████████████████████

1    Appendix D: Causal factor worksheets
2

# 1. Equipment / Material Worksheet

**Applicable ⊠**          **Not Applicable ⊠**

## Why was "Equipment / Material" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| EQUIPMENT/MATERIAL PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 1A = Defective or Failed Part | | | | |
| 1B = Defective or Failed Material | | | | |
| 1C = Error by Manufacturer in Shipping or Marking | | | | |
| 1D = Electrica or Instrument Noise | | | | |
| 1E = Contamination | | | | |
| 1F = Other (indicate) | C | | | |

## Cause Descriptions:

- Hazardous materials was not stored or handled properly and led to respiratory injury
- "Water was adequately transferred to the South Dome but not the North Dome. The impasse of water to the North Dome's Rainbird system nozzles was believed to have been caused by blocked isolation valves or a control fault governing the interlock solenoids and XV valves on the North Dome's Rainbird header line." - PHRT-Wooten 000002 (located in document "16.pdf")
- "Many process components appear not have been adequately inspected or maintained for significant periods and may not be operable or at least fully operable for routine service or in an emergency (as documented in Inspection Photos)." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- See Management section for additional discussion of operations and maintenance activities related to equipment and materials.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**


TIME FOR CHANGE
ENGINEERING

# 2. Procedure Worksheet

## Applicable ☒          Not Applicable ☐

### Why was "Procedures" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| PROCEDURE PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 2A = Defective or Inadequate Procedure | C | | | |
| 2B = Lack of Procedure | C | | | |
| 2C = Other (indicate) | | | | |

## Cause Descriptions:

- "The third-party contractor for LBR responsible for managing the coke (Savage), did not have any procedures addressing the possibility of smoldering." - PHRT-Wooten 000008 (located in document "16.pdf")
- According to Ms. Wooten's deposition (DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF pages 41-55):
    - No one informed Ms. Wooten about the incident at the gate
    - She did not request any PPE from the refinery/terminal personnel because she never had to do that in the past
- "There were no Preventive Maintenance (PM) procedures available for the periodic testing of the domes' Rainbird System" - PHRT-Wooten 000008 (located in document "16.pdf")
- "Current PHRT operating procedures and operator training records could not be provided. PHRT stated it relies on Lead Shift Supervisors and operator professional experience for its current operating procedures." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- Minimal procedures to review at the time of this analysis, so personnel error cannot be ruled out as a causal factor category.
- See Management section for additional discussion.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 3. Personnel Error Worksheet

## Applicable ☒        Not Applicable ☐

### Why was "Personnel Error" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| PERSONNEL ERROR PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 3A = Inadequate Work Environment | C | | | |
| 3B = Inattention to Detail | C | | | |
| 3C = Violation of Requirement of Procedures | | | | |
| 3D = Verbal Communication Problem | C | | | |
| 3E = Other Human Error (multiple companies) | C | | | |

## Cause Descriptions:

- Presence of smoldering petroleum coke product for multiple days during the time Ms. Wooten visited the refinery is an inadequate work environment.
- Inattention to detail was experienced when this occupational health issue was allowed to perpetuate.
- Verbal communication problems were noted by Ms. Wooten in deposition testimony.
- Human error existed by the mismanagement of multiple companies onsite with varying authority and responsibility and grossly lacking site safety procedures and practices.
- **"By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #6**
- **"PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4**
- **"PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5**

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 4. Design Problem Worksheet

## Applicable ☐          Not Applicable ☒

### Why was "Design" a cause?

| Rate each subcategory cause: | DESIGN PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|---|
| | **4A = Inadequate or Defective Design** | | | | |
| D = Direct Cause | **4B = Error in Equipment or Material Selection** | | | | |
| C = Contributing Cause | **4C = Drawing, Specification, or Date Errors** | | | | |
| R = Root Cause | **4D = Other (indicate)** | | | | |

### Cause Descriptions:

- "PHRT could not provide documentation that its process design complies with recognized and generally accepted industry practices." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- Insufficient design information is available at the time of drafting to rule out this causal factor category.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



TIME FOR CHANGE
ENGINEERING

# 5. Training Deficiency Worksheet

**Applicable** ☒          **Not Applicable** ☐

### Why was "Design" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| TRAINING DEFICIENCY SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| **5A = No Training Provided** | C | | | |
| **5B = Insufficient Practice or Hands-on Experience** | | | | |
| **5C = Inadequate Content** | | | | |
| **5D = Insufficient Refresher Training** | | | | |
| **5E = Inadequate Presentation or Materials** | | | | |
| **5F = Other (indicate)** | | | | |

### Cause Descriptions:

- According to Ms. Wooten's deposition (DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF pages 41-55):
    - She never watched any safety videos at the refinery or terminal

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 6. Management Problem Worksheet

**Applicable** ☒          **Not Applicable** ☐

## Why was "Management Problem" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| MANAGEMENT PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 6A = Inadequate Administrative Control | R | | | |
| 6B = Work Organization / Planning Deficiency | R | | | |
| 6C = Inadequate Supervision | R | | | |
| 6D = Improper Resource Allocation | | | | |
| 6E = Policy Not Adequately Defined, Disseminated, or Enforced | R | | | |
| 6F = Other (multiple companies) | R | | | |

## Cause Descriptions:

- "The primary cause of the coke smoldering was due to the coke not being managed properly for long term storage." - PHRT-Wooten 000009 (located in document "16.pdf")
- "The facility does not have a preventative maintenance program, and facility personnel stated that there are currently no formal process unit inspections." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- "PHRT could not provide a current hazard assessment for the processes that presently contain extremely hazardous substances at the Facility." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- 29 CFR 1910.1200 – Hazard communication
  - "The purpose of this section is to ensure that the hazards of all chemicals produced or imported are classified, and that information concerning the classified hazards is transmitted to employers and employees"
- **"The maintenance performed by PHRT at did not meet industry practices for a large industrial plant." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #1**
- **"Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #2**
- **"Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #3**
- **"PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9**
- API 754 - Process Safety Performance Indicators for the Refining and Petrochemical Industries
- API Standard 2220 – Contractor Safety Performance Process
- NFPA 654 – Standard for the Prevention of Fire and Dust Explosions from the Manufacturing, Processing and Handling of Combustible Particulate Solids
- "EPA's Inspection identified a number of problems at the Facility, including violations of the general duty set forth in Section 112(r)(1) of the Clean Air Act ("CAA"), 42 D.S.C. § 7412(r)(1)." - EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf'
- Section 112(r)(3) of the CAA, 42 U.S.C. § 7412(r)(3)
- 29 CFR 1910.119 - Process safety management of highly hazardous chemicals.



**Recommended Corrective Actions: N/A, outside of the scope of this analysis**

# 7. External Phenomena Worksheet

## Applicable ☒          Not Applicable ☐

### Why was "External Phenomena" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| EXTERNAL PHENOMENA SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 7A = Weather or Ambient Conditions | C | | | |
| 7B = Power Failure or Transient | | | | |
| 7C = External Fire or Explosion | C | | | |
| 7D = Theft, Tampering, Sabotage, Vandalism | | | | |
| 7E = Other (indicate) | | | | |

## Cause Descriptions:

https://www.timeanddate.com/weather/@7267902/historic?month=8&year=2022



- According to PHRT-Wooten 000008, "2022 was a very dry and hot year" is a key finding pertaining to the incident.
- **"On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7**
- **"On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8**



**Recommended Corrective Actions: N/A, outside of the scope of this analysis**

# Worksheet Summary

| PROBLEM / DEFICIENCY CATEGORY | DIRECT CAUSE | ROOT CAUSE | CONTRIBUTING CAUSE |
|---|---|---|---|
| **Equipment / Material Problem** | | | 1F |
| **Procedure Problem** | | | 2A, 2B |
| **Personnel Error** | | | 3A, 3B, 3D, 3E |
| **Design Problem** | N/A | N/A | N/A |
| **Training Deficiency** | | | 5A |
| **Management Problem** | | 6A, 6B, 6C, 6E, 6F | |
| **External Phenomenon** | | | 7A, 7C |

**Cause Descriptions:**

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**


TIME FOR CHANGE
ENGINEERING

1    Appendix E: OSHA Hierarchy of Controls[83]

2

3

---

[83] Identifying Hazard Control Options: The Hierarchy of Controls

# Identifying Hazard Control Options:
# The Hierarchy of Controls

## What Is the Hierarchy of Controls?

The hierarchy of controls is a method of identifying and ranking safeguards to protect workers from hazards. They are arranged from the most to least effective and include elimination, substitution, engineering controls, administrative controls and personal protective equipment.

Often, you'll need to combine control methods to best protect workers. For example, a local exhaust system (an engineering control) requires training, periodic inspections, and preventive maintenance (administrative controls). You will also need to consider feasibility. (See "What Are Feasible Controls?" on page 2.)



Source: NIOSH.

| **Elimination** | Elimination makes sure the hazard **no longer exists**. Examples: |
|---|---|

- Ending the use of a hazardous material
- Doing work at ground level rather than at heights
- Stopping the use of noisy processes

| **Substitution** | Substitution means changing out a **material** or **process** to reduce the hazard. Examples: |
|---|---|

- Switching to a less hazardous material
- Switching to a process that uses less force, speed, temperature, or electrical current

| **Engineering Controls** | Engineering controls reduce exposure by **preventing hazards from coming into contact with workers**. They still allow workers to do their jobs, though. Examples: |
|---|---|

- Noise enclosures
- Local exhaust ventilation
- Guardrail system
- Machine guards
- Interlocks
- Lift equipment

**Administrative Controls**

**Administrative controls change the way work is done** or **give workers more information by providing workers** with relevant procedures, training, or warnings. They're often used together with higher-level controls. They include:

- **Procedures**, such as equipment inspections, planned preventive maintenance, checklists, lockout/tagout/tryout, infection prevention and control practices, changing work schedules, pre- and post-task reviews, and rotation of workers
- **Training** on topics such as hazard communication, permit-required confined space entry, lockout/tagout/tryout, and safe work procedures
- **Warnings,** such as signs, backup alarms, smoke detectors, computer messages, mirrors, horns, labels, and instructions

**Personal Protective Equipment**

**Personal protective equipment (PPE)** includes clothing and devices to protect workers. PPE needs constant effort and attention (including proper use and training) from workers. Higher-level controls aren't always feasible, and PPE might be needed in conjunction with other control measures. Examples:

- Safety glasses
- Personal Fall Protection Systems and related equipment
- Hardhats
- Respirators
- Hearing protection
- Protective clothing

## What Are Feasible Controls?

To decide if a control is feasible, you need to know how well it can protect workers and whether it can be implemented successfully. Consider whether it is:

- Right for the hazard
- Appropriate, given how likely injuries/illnesses are
- Consistent with employer policies, laws, and regulations
- Not too burdensome to workers
- Recognized as an appropriate practice in the industry
- Effective, reliable, and durable
- Readily available
- Cost-effective, short- and long-term

## How Can You Use the Hierarchy of Controls?

First you will need to identify the hazard(s) you are trying to control with workers and their representatives' participation.

Then, think about how you can block the path between the worker and the hazard. Brainstorm ways the hazard can be eliminated, substituted, engineered out, administratively controlled, or what PPE can be used with other controls. Ask yourself:

- What are the pros and cons of each method?
- Are the controls feasible in our workplace? Why or why not?
- Where do the feasible controls fall in the hierarchy?

Collaboratively choose the control(s) that falls highest on the hierarchy. If it will take time to implement, use one or more of the lower options you identified as interim controls until the permanent solution is in place. Remember that you may need a combination of control methods (such as engineering controls plus administrative controls) to provide the best level of protection. Be sure to comply with any workplace regulations which may require specific types of control for certain hazards.

## Try It in Your Workplace

Try applying the hierarchy of controls to hazards in your workplace. Brainstorm with workers and their representatives' possible controls at each level of the hierarchy. After brainstorming, go over the options and circle the control(s) to be implemented. See the example worksheet below and use the blank worksheet that follows.



# HIERARCHY OF CONTROLS WORKSHEET
**Remember, often a combination of controls is most effective.**

**Hazard or hazardous situation/activity**:  Driver operated fork truck struck a pedestrian in the warehouse area.  There have been incidents and near misses in the past.

| Control Method | New Hazard(s) Created |
|---|---|
| **Elimination**<br>• Design the workplace and storage at intersections to eliminate blind spots.<br>• Only allow people to go through the warehouse if they are necessary to the operation and fork trucks are not in operation.<br>• Don't allow anyone from other departments to go through the warehouse to break areas or the cafeteria.<br>• Automate delivery of materials using conveyors and AGVs (automatic guided vehicles). | • People may need to go through other hazardous areas to take inventory. |
| **Substitution**<br>• Replace fork trucks with powered walk-beside forklifts or hand trucks. | • Stress on muscles. |
| **Engineering Controls**<br>• Separate vehicles and pedestrians by installing pedestrian aisles, barriers, and crossings to keep people away from fork trucks.<br>• Add mirrors to blind corners and motion detector/alarms.<br>• Limit access points to the building.<br>• Limit the speed of fork trucks. | • Maintenance workers have to use ladders when they clean the mirrors.<br>• Stress or exertion on workers trying to keep up with production quotas using slower equipment. |
| **Administrative Controls: Warnings**<br>• Put warning lights and backup alarms on fork trucks.<br>• Put sensors on fork trucks or pedestrians. | • Backup alarms add to the noise level in the warehouse.<br>• Workers can get alarm fatigue.<br>• Controls not effective for the hearing- or visually impaired. |
| **Administrative Controls: Procedures and Training**<br>• Limit who has access to areas where fork trucks are in operation.<br>• Provide forklift training with annual refreshers.<br>• Establish a safe distance, based on manufacturer's information, around fork trucks.<br>• Don't allow anyone to move fork trucks 15 minutes before each shift start, lunch break, or shift end.<br>• Scheduling work so that pedestrians are not in the area of fork trucks in use.<br>• Require the use of headlights on fork trucks at all times.<br>• Provide training to pedestrians and operators on where the blind spots are on fork trucks.<br>• When inventory is taken, all fork truck operations cease. | • Safe distancing could impede communication between workers.<br>• Fork truck drivers pressured to rush because of reduced time to use fork trucks. |
| **Personal Protective Equipment**<br>• Require workers and visitors to wear high-visibility vests. | • Machinery can catch loose-fitting vests. |

## HIERARCHY OF CONTROLS WORKSHEET
**Remember, often a combination of controls is most effective.**

Hazard or hazardous situation/activity:_____

| Control Method | New Hazard(s) Created |
|---|---|
| **Elimination** | |
| **Substitution** | |
| **Engineering Controls** | |
| **Administrative Controls: Warnings** | |
| **Administrative Controls: Procedures and Training** | |
| **Personal Protective Equipment** | |

1  Appendix F: Preliminary report of Mr. Daniel Mahr dated August
2  14, 2025[84]
3

---

[84] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

**Plaintiff,**

**v.**

**LIMETREE BAY TERMINALS d/b/a**
**OCEAN POINT TERMINALS, PORT**      **Case No. 1:23-CV-00012**
**HAMILTON REFINING AND**
**TRANSPORTATION, and WEST**
**INDIES PETROLEUM, LTD.,**

**Defendant.**

# Privileged and Confidential
# Preliminary Expert Witness Report

### Author

Daniel Mahr, PE
Energy Associates, P.C.
Montville Office Park
150 River Road, Suite J4
Montville, NJ 07045 USA



Daniel Mahr, P.E.

**Report No. 1231-01, R1**

**August 14, 2025**

# Table of Contents

1.0    Scope of Assignment and Introduction ............................................................. 1

2.0    Background ....................................................................................................... 3

3.0    Analysis .......................................................................................................... 12

   3.1    Managing Solid Fuel Stockpiles ............................................................ 12

   3.2    Analysis of Petroleum Coke .................................................................. 14

   3.3    Fire Triangle .......................................................................................... 15

   3.4    Products of Combustion – Smoke, Ash, and Gases ............................... 16

   3.5    Dust/Smoke Suppression ....................................................................... 18

   3.6    Ventilation ............................................................................................. 20

   3.7    Air Monitoring Data .............................................................................. 20

4.0    Opinions ......................................................................................................... 23

5.0    Conclusion ...................................................................................................... 24

6.0    Documents ...................................................................................................... 26

   6.1    Exhibits ................................................................................................. 26

   6.2    Monitoring Data .................................................................................... 26

   6.3    Photos of Smoldering Incident .............................................................. 26

   6.4    Videos of Smoldering from Defendant ................................................. 31

7.0    Professional Experience ................................................................................. 32

Appendix No. A1 List of Documents Downloaded ...................................... A1-1

Appendix A2 Resume and Publications List ................................................. A2-1

# Preliminary Expert Witness Report

## 1.0    Scope of Assignment and Introduction

Cahn Litigation, LLC retained Energy Associates, P.C. on July 18, 2025 for my Expert Witness services on behalf of Lee J. Rohn and Associates, LLC in the matter of Nicole Wooten, Plaintiff, v. Limetree Bay Terminals d/b/a Ocean Point Terminals, Port Hamilton Refining and Transportation, and West Indies Petroleum, Ltd., Defendant.  My opinions in this report are offered as a technical expert.  My expertise is the design, supply, installation, and operation of conveying, stacking, reclaiming, blending, processing, and transport of dry bulk commodities/materials – especially solid fuels.  Facilities where these systems are located are power generating plants, processing plants, ports, and terminals.

The St. Croix refinery started operating under the Hess Oil Virgin Islands Corporation (HOVIC) in 1965.  Control of the refinery shifted in 1998 to a joint venture named HOVENSA, which was formed by Amerada Hess Corporation, the parent company of HOVIC, and Petroleos de Venezuela S.A.[1]  The St. Croix refinery ceased operations in 2012[2].  Limetree Bay Terminals, LLC acquired the Facility in 2016 and subsequently sold it to Limetree Bay Refining, LLC.[3]  Limetree Bay Refining restarted the refinery in February 2021[4].  The Facility operated under a Title V operating permit No. STX-TV-003-10, which was issued to Limetree Bay Terminals, LLC.[5]   EPA ordered a 60-day shutdown in May 2021[6].  The refinery filed for Chapter 11 bankruptcy in July 2021.  Port Hamilton Refining and Transportation, LLLP (PHRT) and West Indies Petroleum Limited (WIPL) - (PHRT-WIPL or jointly, PHRT) - acquired the facilities in December 2021 and operates the eastern portion of the approximately 1,500-acre oil terminal/refinery.   The adjacent, remaining portion of the petroleum terminal is currently operated by Ocean Port Terminals (OPT).  PHRT and OPT share a power distribution system, fire water system, oily water/wastewater treatment system, instrument air system, and nitrogen system. [7]  A June 23, 2022 article in the Virgin Islands Daily News reported with a headline, "West Indies Petroleum denies ownership of St. Croix refinery".[8]  It raises a question about makeup of that entity.

During the February to May in 2021 operating period, petroleum coke was stockpiled in the north dome.  From May 2021 to December 2021, Limetree Bay Refining did not restart the refinery, and did not reclaim or monitor the fuel stockpiled in the north petroleum coke dome.

[1] Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Dec. 19, 2023, Pg. No. 3.
[2] https://www.ogj.com/refining-processing/refining/operations/article/17273310/hovensa-to-close-500000-b-d-virgin-islands-refinery
[3] Notice of Violation, CAA-02-2021-1307; USEPA Region 2, Pg. No. 13
[4] Notice of Violation, CAA-02-2021-1307; USEPA Region 2
[5] Notice of Violation, CAA-02-2021-1307; USEPA Region 2, Pg. No. 11
[6] https://oilandgaswatch.org/facility/937
[7] Exhibit 51: NW1537-1543 Copy-of-New-EPA's-Sept-2022-Inspection-Report-12-05-2022.pdf, Pg. No. 1
[8] https://www.virginislandsdailynews.com/news/west-indies-petroleum-denies-ownership-of-st-croix-refinery/article_aef0228a-1cb9-579f-94df-17c410e2a40c.html; Carlson, Suzanne; "West Indies Petroleum denies ownership of St. Croix refinery"; Virgin Islands Daily News

*Page 1*

After PHRT acquired the facilities, the petroleum coke in the north dome remained stockpiled in the dome.  It was not reclaimed/removed by either the PHRT or Limetree Point Terminals.

Case documents, those listed in Appendix No. A1, were downloaded from Lee J. Rohn and Associates' Web server on July 25, 2025.  Those that were reviewed are identified in Section No. 6.0, Documents, with a brief, general description.  This report sets forth my opinions concerning the events in August 2022 at the north petroleum coke dome of the Limetree Bay Refinery, also known as the Ocean Point Terminal.

*Page 2*

## 2.0    Background

An Environmental Assessment Report describes plant security as follows:

> The refinery has stringent 24 hour a day security and minimizes the admittance of unauthorized personnel in the plant. Entry controls, such as manned entry points and card scanners are present at all entry points to the refinery. The facility is also subject to Homeland Security rules and regulations, such as requirements to have a security plan in place and use of Transportation Worker Identity Cards (TWIC) to control entry to the site. TWIC cards are being enhanced to require biometric identification as part of entry.[9]

This referenced document was submitted by Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC to the Office of Coastal Zone management, Department of Planning and Natural Resources Government of the Virgin Islands as Exhibit 16.

Nicole Wooten was employed by US Customs and Border Protection. On August 8, 2022, she entered the refinery to conduct a facial control inspection on a tugboat at tugboat dock of the refinery. Facial biometric comparison technology verifies the identities of travelers entering and exiting the United States. Nicole was granted entry to the refinery but:

1. did not receive an escort,
2. was not advised of an ongoing fire emergency, and
3. was not provided a facemask or respirator as Personal Protection Equipment (PPE).

Upon reaching the tugboat, Nicole noticed a cloud of thick black smoke coming out of the petroleum dome building. After rolling down her window, she was adversely affected by the smoke.[10]

Petroleum coke is a refinery byproduct. Delayed petroleum coke, which is this product, is a solidified commodity that is hydraulically cut by water jets from the coke drum. That process produces a saturated material the rapidly drains. The runoff is collected and treated. Delayed petroleum coke contains all the remains of the refining process, literally the "bottom of the barrel", after the more valued products are distilled and separated into higher fractions. Petroleum coke's properties and characteristics reflect the concentration of the less desirable elements in the source crude oil. This makes it less valuable than many other solid fuels. That is reflected in its market price, typically much lower than other solid fuels like bituminous coal. Petroleum coke can be blended with other, more expensive solid fuels, to reduce the average fuel cost. It can be used as the primary fuel in a circulating fluidized bed (CFB) boiler. In other words, it is not a waste product that requires disposal in a landfill. The petroleum coke is saturated when it is discharge from the drum. The water in the petroleum coke is drained, the runoff water collected in a settling pond, and the partially dried coal is stored for shipment.

---

[9] Bioimpact, Inc.; Exhibt 16, Environmental Assessment Report for the Consolidation of Coastal Zone Management Land and Water Permits, Development Associated With Restart of Refining Operations and Future Development at Limetree Bay Terminals and Limetree Cay Refining St. Croix, U.S. Virgin Islands; January 2019; Pg. No. 138
[10] Case: 1:23-cv-00012-WAL-EAH Document #::38 Filed: 12/26/23 Page 2 of 7

*Page 3*

Figure No. 2-1 is an annotated, Google Earth aerial of the petroleum coke facilities at Limetree Bay Refinery.  Key areas are labeled including:

1. Outdoor Petroleum Coke Pile
2. North Petroleum Coke Dome
3. Shiploading Berth
4. Petroleum Coke Shiploader (Parked Position)
5. Water Intake for Fire System
6. Water Runoff/Collection Pond or Pool
7. Tugboat Dock

As seen in Figure No. 2-1, the Tugboat Berth is directly west/southwest of the petroleum coke domes.  The parking area at the pier to the Tugboat Dock is scaled to being perhaps 300+ feet to the north petroleum coke dome.

Petroleum coke is first stockpiled at the outdoor petroleum coke pile.  It is dumped here after being cut from the coke drums.  At this location, it can be temporally stored and allowed to drain.  It is believed an elevated, trolley mounted, grab bucket reclaims the petroleum coke and discharges it into an elevated reclaim hopper.  This hopper feeds an elevating conveyor that directs the petroleum coke to the north petroleum coke dome.  At the north dome, the petroleum coke can be:

1. discharged into the dome, onto the rotating stacker conveyor, and stockpiled into a semi-circular stockpile or
2. transferred onto another conveyor that feeds the south petroleum coke dome.

At the south petroleum coke dome, there would be a similar/duplicate stacking/reclaiming arrangement.

Petroleum coke in the domes is reclaimed by rotating scraper reclaimers.  They drag petroleum coke down the surface of the stockpile to the center/base of the dome and discharge the petroleum coke on the reclaim conveyor, which exits the dome.  A series of shiploading conveyors then transport the petroleum coke to a radial, shuttle shiploader.  The shiploader discharges petroleum coke into ships, exporting this byproduct to refinery customers.

Figures No. 2-2 to 2-6 view the petroleum coke domes, on August 7, 8, and 10, and 21, 2022. They illustrate the progression of the fire at the north petroleum dome as follows:

1. On 8/7/2022, the day before Nicole Wooten's inspection, faint plumes of white smoke are escaping vents and joints of the conveyor system that feeds petroleum coke to the domes, as seen in the morning, Figures No. 2-2 and 2-3.   In Figure No. 2-3, the roll-up equipment access door is closed.

*Page 4*



**Figure No. 2-1, Limetree Bay Petroleum Coke Facilities**



**Figure No. 2-2, Petroleum Coke Domes**
**Photo taken 9:33 AM 8/7/2022 – Cropped to Enlarge Domes**



**Figure No. 2-3, Petroleum Coke Domes**
**Photo taken 9:35 AM 8/7/2022**

*Page 6*



**Figure No. 2-4, North Petroleum Coke Domes' Vehicle Access**
**Photo taken 5:10 PM 8/7/2022**



**Figure No. 2-5, North Petroleum Coke Dome Vent**
**Photo taken 2:30 PM 8/8/2022**

2.  In Figure No. 2-4 taken later in the day on 8/7/2022, the roll-up equipment access door is open, firehoses approach the dome's door, eight (8) personal are outside the door looking into the north petroleum coke dome, and cart-mounted water cannon is positioned just

*Page 7*

inside the door. All individuals are wearing PPE including either facemasks or respirators. The water cannon just inside the door is spraying into the north petroleum coke dome.

3. Figure No. 2-5 was taken 2:30 PM 8/8/2022, the day of Nicole Wooten's inspection. The photo views an outside area of the petroleum dome and a concrete box with a grating cover. A pipe mounted device, mounted on a rectangular grating. The photo is annotated "150f Smoke". Two (2) blackened areas of the dome are highlighted with yellow circles.

4. Figure No. 2-6 was taken on 8/10/2022, two (2) days after Nicole Wooten's inspection. The roll-up access door of the north petroleum coke dome is open. A large plume of smoke is discharging through this door.



**Figure No. 2-6, Smoke Billowing from North Petroleum Coke Dome**
**Photo taken 7:14 AM 8/10/2022**

Figure No. 2-7 was taken on 8/21/2022, almost two (2) weeks after Nicole Wooten's inspection. Thick plumes of smoke are rising from the conveyor system the feed petroleum coke to the domes. Large smoke plumes are discharging from the transfer to the north dome, take-up tower center support for the transfer conveyor to the south dome, and the transfer into the south dome. Small plumes of dark smoke are discharging from joints of the transfer conveyor's tubular gallery support structure.

*Page 8*



**Figure No. 2-7, Smoke Billowing from Petroleum Coke Domes**
**Photo taken 7:57 AM 8/21/2022**



**Figure No. 2-8, Water Spraying @ Parking Area - Suppressing Airborne Smoke**
**Photo taken 7:55 AM 8/21/2022**

Figure No. 2-8 was taken in the morning of 8/21/2022, about the same time as Figure No. 2-7. It views the arcing spray, from what is believed to be, a firehose. The water is spraying from the right (east) into the harbor at the left (west). An individual wearing a hardhat and life jacket is

*Page 9*

standing in the tugboat parking area looking east, toward the petroleum coke domes. The sky is blue with white clouds to the left (west) in the photo. The sky is gray to the right (east) in the photo and the white clouds are obstructed by smoke-filled air.

Figure No. 2-9 was taken on the morning of 8/29/2022. The petroleum coke that was piled against the inside perimeter of the dome has be removed at this location. The photo views a grating fitted into the base of the petroleum coke dome's wall. It is damaged, as is the concrete dome wall at this location.



**Figure No. 2-9, Vent Grating inside the North Petroleum Dome**
**Photo taken 4:54 AM 8/29/2022**

Figure No 2-10 is the earliest photograph provided by the Defendant. It was taken on the morning of 8/4/2022. It views the inside of the north petroleum coke dome. It was taken a full four (4) days before Nicole Wooten arrived at the tugboat dock parking lot. The facility was well aware of the fire days before she was granted access.

Figures No. 2-11 and 2-12 were taken early evening on 8/6/2022. In Figure No. 2-11, a red, glowing curved outline is seen through the smoke filled dome. It is characteristic of a fire. Figures No. 2-11 and 2-12 illustrate that the firefighting effort began at that time, a day-and-a-half before Nicole Wooten arrived at the tugboat dock parking lot.

As seen in Figures No. 2-11 and 2-12, firefighting began on the evening of 8/6/2022. Figure No. 2-3 taken 9:35 AM 8/7/2022 views the north petroleum coke dome and the vehicle rollup access door is closed. In an enlarged viewing of the digital file, a crew of workers is outside the closed door, a ladder is positioned at the right side of the door, and a filled firehose routed toward the door. The crew may of continued spraying water into the dome, with the door closed at that time. What might be an inflated firehose is laying on the pavement in the direction of the door.

*Page 10*



**Figure No. 2-10, Smoke Filled North Petroleum Coke Dome**
**Photo taken 7:16 AM 8/4/2022**





**Figure No. 2-11, Viewing into the Dome**          **Figure No. 2-12, Viewing into the Dome**
**Photo taken 6:15 PM 8/6/2022**                    **Photo taken 6:52 PM 8/6/2022**

*Page 11*

## 3.0    Analysis

## 3.1    Managing Solid Fuel Stockpiles

Solid fuels are the primary operating cost component for power generating power plants. They typically represent seventy-percent (70%) of the plant's operating cost.  A power generating utility's Fuel Purchasing Department is historically entrusted in making major financial decisions.  Solid fuel power generating plants convert a solid fuel's chemical energy to electric energy.  Chemical energy of fuel, its heating value, is commonly expressed in Btu's/pound.  It is one metric considered in valuing a particular solid fuel.

The reliability of power generating assets is a paramount concern for the power generation industry, the public, and industry regulators.  The objective is to minimize unscheduled power generating plant outages, a utility system wide necessity.  Annual scheduled power generating plant outages were common.  Major maintenance tasks are planned and completed during lower seasonal power demand periods.  Power generating plants have multiple, complex systems. Maintenance planning groups, the Engineering, Operations, Maintenance, Purchasing, and Warehousing departments, manage the work.[11]  The reason is to reduce the possibility of an unscheduled outage.  Plant operating parameters for solid fuel power generating plants are closely followed and reported.  These are reasons for power generating utilities to manage the security and availability of their fuel inventory.

Stockpiles are managed to:

1.  economically interface with transportation carriers;
2.  provide a ready, staged inventory to for daily plant operations; and
3.  maintain a secure, on-site inventory to handle seasonal fluctuations and mitigate disruptions due to weather, transportation interruptions, and supplier interruptions (i.e. summer mining holidays and strikes).

A plant's stockpile management plan divides fuel inventory into typically two (2) categories. These are:

1.  "Active Storage" is inventory that is closest to the plant.  It is designed to be the primary interface with transportation, accommodating their schedules and unit tonnage deliveries. Typically, Active Storage is sized for 5 to 7 days of plant operation and at least 1.5 times the tonnage of the delivery mode of transportation.  Active Storage utilizes stackers and reclaimers that are part of the plant's fuel handling system. Operator cabs may be mounted on the stackers and reclaimers or operators may be remotely stationed to operate and monitor this equipment in a central plant control room.  Active Storage is used to fill the plant's day bins.  Day bins are normally sized for 12 to 24 hours of plant operations. With day bins, a continuous stream of fuel is fed to and combusted in the boiler.  The Active Storage fuel handling system normally operates a few hours per day in perhaps two shifts, i.e. not continuously.

---

[11] Mahr, Daniel; "People, a key resource for improving maintenance"; <u>Power Engineering</u>; March, 1984; pg. 51-52.

*Page 12*

2. "Dead Storage" is the plant's security inventory. It is sized for perhaps 40 to 120 days of plant operations. The amount inventoried at any time may vary due to seasonal needs and in anticipation of a threatened event, like a supply strike. Dead Storage is moved, contoured, and compacted by mobile equipment. Compaction densifies the fuel, reducing the amount of oxygen embedded within the mass of the stockpile. This reduces the oxidizing process and the potential for spontaneous combustion. If a portion of Dead Storage is anticipated to remain inventoried for a much longer period of time, the pile may be coated with sealer to reduce oxidation, degradation of this expensive fuel inventory.

The Limetree Bay petroleum coke domes are active storage stockpiles. Their purpose is to interface plant operations with transportation. In this case, it is exporting shiploads of petroleum coke to customers. Transshipment terminal rules-of thumb are to provide at least 1.5 times the tonnage of the largest vessel and 10% of annual throughput.[12] The refinery is not a transshipment terminal; it is a processing plant. The transshipment terminal logic was, however applied to understand parameters.

The Limetree Bay Oil Refinery has capacity of 525,000 barrels per day[13]. The amount of refined product that becomes delayed coke in the conversion of heavy residues into petroleum varies. It can be 18 to 20% by weight of crude oil. The utilization rate for a refinery accounts for the impact of maintenance, seasonal demand, and unforeseen disruptions. It can normally be 80% to 90%, anything above is considered high. Handymax vessels (40,000 DWT or 400,000 barrels) and Panamax (60,000 DWT or 500,000 barrels) are common for the Caribbean. If a utilization factor of 85%, petroleum coke byproduct factor of 19%, and Panamax sized vessels is considered, the annual number of shiploads of petroleum coke is calculated as follows:

$$\text{Stockpile Capacity} = 60,000 \text{ tons x } 1.5$$
$$= 90,000 \text{ tons}$$

$$\text{Vessels per year} = \frac{525,000 \text{ brl/dy x } 365 \text{ dy/yr x } 0.85 \text{ x } 0.19}{500,000 \text{ brl/vessel}}$$

$$= 61.9 \text{ vessels/yr.}$$

The calculated number of vessels being loaded with petroleum is a high utilization factor for a shiploading dock.

By the second transshipment terminal rule-of-thumb, the capacity of the two (2) petroleum coke domes would be 370,000 tons (61.9 vessels/yr x 0.10 x 60,000 tons/vessel). A transshipment terminal interfaces with two different modes of transportation. The inter-arrival schedules of the different modes is the issue. The refinery is a processing plant, not a transportation plant and the first rule-of-thumb is applicable.

---

[12] Mahr, Daniel; "Samalaju Industrial Port Using Renewable Energy to Handle Bulk"; PORT TECHNOLOGY; Edition 78, Summer 2018; pg. No. 104-107

[13] https://www.epa.gov/enforcement/hovensa-llc-clean-air-act-settlement

*Page 13*

Exhibit No. 4 is an article titled "Monolithic Dome Petroleum Coke Storage". It identifies the domes as 254' x 127' with a capacity of 40,000 metric tons. If that is the capacity for one dome, the combined capacity is 80,000 metric tons for both.

USEPA inspected at PHRT on September 26-29, 2023 per the General Duty Clause of the Clean Air Act. Their report, completed December 19, 2023, described their findings. Those concerning the petroleum coke include:

> 'The accepted safety practice for storing petroleum coke is to move the material frequently and to keep it moist with the application of water. If this is not done, the coke can begin to smolder as it did in this instance.
>
> Following a joint effort by PHRT, its contractors Pinnacle Services, Total Safety, Williams Fire and Hazard Control and Savage, as well as others, the smoldering coke was extinguished on August 26, 2022 - 22 days after the incident began."[14]

My description of the management of solid fuel stockpiles and EPA's report employ different methodologies. They agree on one important factor, loosely stacked solid fuels should not be left unattended for longer periods of time.

The management of inventories of products and materials is sometimes characterized as either LIFO (Last In First Out) or FIFO (First In Fist Out). Solid fuel stockpiles are managed in the FIFO method.

EPA's inspection report goes on to describe numerous instances of equipment in poor repair, contained corrosion including extreme corrosion in all unit processes. They found the PHRT lacks a preventative maintenance program and facility personnel stated that there are not any formal process unit inspections.

In Exhibit No. 51, EPA's report states: "The coke piles in the North and South Domes are currently turned over once a week and water sprayed one time per week, and temperature in the coke dome piles is monitored once a day."[15] PHRT followed EPA's advice.

## 3.2     Analysis of Petroleum Coke

The analysis of delayed petroleum coke varies with the crude from which it is made. It ranges as follows[16]:

---

[14] Harrington, Dwayne; Lindberg, Karl; <u>Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection</u>; Dec. 19, 2023, Pg. No. 6.
[15] Harrington, Dwayne; Lindberg, Karl; <u>Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection</u>; Septemberm20-26, 2022 Pg. No. 3 (Exhibit No. 51)
[16] Singer, Joseph G., editor; <u>Combustion Fossil Power, fourth Edition</u>; Combustion Engineering, Inc.; 1991; Pg. No. 2-22

*Page 14*

### Analysis of Petroleum Coke

| | |
|---|---|
| Moisture | 3-12% |
| Volatile Matter | 10-20% |
| Fixed carbon | 71-88% |
| Ash | 0.2-3.0% |
| Sulfur | 2.9-5.4% |
| Btu/lb, dry | 14,100-15,600 |
| | (32.8 to 36.3 MJ/kg) |

In the combustion process, particle temperature increases. The moisture is vaporized and the volatile matter is released. The volatile matter ignites and almost immediately burns. That increases the temperature of char particle, which primarily composed of carbon and mineral matter. Volatile matter is critical for maintaining flame stability and accelerating char burnout. [17]

Petroleum coke's sulfur content is relatively high for today's air emission regulations. Solid fuel power generating plants are fitted with Flue Gas Desulfurization (FGD) systems to control emissions. Blending petroleum coke with low sulfur solid fuels is another methodology to utilize the byproduct while reducing the average cost of fuel for the plant.

The heating value (Btu/lb) is relatively high for a solid fuel. Petroleum products are naturally higher in heating value than most solid fuels. The higher heating value is a plus for the utilization of petroleum coke.

## 3.3    Fire Triangle

There are three (3) essential conditions that must be present for a fire. The must be oxygen. It is the oxidizer that facilitates the chemical reaction of combustion. There must fuel, the product being oxidized. There also must be heat, to start and drive the chemical reaction. These three (3) essential conditions are commonly represented at the Fire Triangle, as seen in Figure No. 3-1.



**Figure No. 3-1, Fire Triangle**

---

[17] Stultz, S. C. and Kitto, J. B., editors; <u>Steam its generation and use, 40th Edition</u>; Babcock & Wilcox; 1992; Pg. No. 13-2

*Page 15*

Fires often ignite due to a flame or spark. Forest fires can start from a lightning bolt or downed live electrical transmission wires. Spontaneous combustion occurs when fuel reaches its autoignition temperature. This can be due to friction as starting a campfire by rapidly rotating/rubbing one wood stick on another, a friction fire. A fire can start by biological activity when organisms generate heat under conditions that support their growth. The available moisture of the organic material must be with a suitable range, neither to dry nor too wet to support growth and not dissipate heat. A solid fuel, like coal or petroleum coke, can spontaneously combust due to auto-oxidation. The fuel reacts with oxygen releasing heat. When the heat produced is not quickly dissipated, it accumulates, increasing the oxidation rate. The process becomes a "thermal runaway" and ultimate ignites and spreads as a fire.

A fire also needs oxygen. Figures No. 2-5 and 2-9 view the outside and inside portions of an air vent. The domes are fitted with a dust collection system, can be seen in Figures No. 2-3, 2-6, and 2-7. These dust collection systems, when they are working, extract dust-laden air from the dome. The vents provide make-up air, balancing air pressure inside/outside the petroleum coke domes and allowing the dust collection system to efficiently operate. When the dust collection system is not operating, there is natural air circulation, venting the petroleum coke domes. Hot air exhaust up the petroleum coke feed conveyors. Cooler fresh air enters via the vents.

Opening the rollup vehicle access door increased one condition needed for a fire. A large open door increases the available oxygen. The air vent is much smaller and more restrictive. One technique in firefighting is to deprive the fire of oxygen. A stovetop fire experienced during cooking can be extinguished by placing a cover on the frying pan. If something baking in the oven starts to burn, it is generally better to keep the oven door closed. That helps to contain the fire and reduces the amount of oxygen available to the flames.

The north petroleum coke dome had all three (3) conditions for a fire. It satisfied the fire triangle, Figure No. 3-1.

## 3.4    Products of Combustion – Smoke, Ash, and Gases

In a fire, the combustible elements are burned. The none-combustible minerals become ash. Some ash minerals are more hazardous than others.

### 3.4.1  Smoke

In a utility sized pulverized coal-fired boiler, 80% of the ash are small particles and captured by the flue gas, as fly ash. The remaining 20% drops to the furnace's water-filled hopper and quenched as bottom ash. Pollution control systems capture flue ash using either Electrostatic Precipitators (ESPs) or bag houses. A power plant's chimney is extremely tall. The hot flue gas and minute fly ash particles:

1. exits as a plume that rises higher, so the flue gas rises high above the surrounding area;
2. the concentration of fly ash particles become diluted in the atmosphere; and
3. disperse over a wide geographic area.

*Page 16*

A forest fire is different.  Combustion is uncontrolled, not contained.  There are no mechanisms to capture fly ash particles.  Combustion is at ground level.  The forest may contain dry grasses and small trees, which are the kindling.  The large trees sustain the fire, like logs in a fireplace.  There is no chimney directing smoke away from the immediate locality.  Forest fire combustion is incomplete.  The windblown smoke contains partially combusted fuel, embers that are still burning.  These windblown embers spread the forest fire, especially if the winds are fast and sustained.  California's and Canada's forest fires have been newsworthy events in the last couple of years.  Canada's fires have affected air quality in northern US states.  The news reports provide an air quality index, which rise in value as air quality deteriorates.  Above a certain level, residents are advised to stay indoors and limit outdoor activities.

The petroleum dome coke fires have their own, unique combination of attributes.  The petroleum coke dome fire:

1. was uncontrolled, like a forest fire;
2. had no mechanism to capture fly ash, like a forest fire;
3. had no means to treat toxic combustion gases created, like a forest fire;
4. was at grade level with no chimney to disperse smoke high above the immediate area;
5. fueled by loosely piled combustible material; and
6. piled within and against an enclosed structure that obstructed access.

Fine fly ash particles are the visible smoke that is seen, the smoke plume of any fire.  The smallest fine particles are long-term health problems.  Those that are smaller than <2.5 μm, known as $PM_{2.5}$, are respirable smoke/dust particles, those that can be inhaled and logged in the lungs. [18]

## 3.4.2   Ash Residue

The incomplete combustion of the carbon element in fuel is char, a carbonaceous material.  Coarse, agglomerated mineral ash particles and unburned carbon are the residue left behind by a fire.  Depending upon their properties and characteristic, they might be used in construction materials, soil improvement, or soil stabilization.

## 3.4.3   Combustion Gases

The chemical reaction of carbon and minerals with oxygen results in combustion gases.  Sulfur is a mineral that reacts with oxygen to become sulfur dioxide.  A power generating plant's flue gas desulfurization (FGD) system is design to treat the combustion product sulfur dioxide formed by the combustion of sulfur elements in the flue gas.  The chemical reaction that creates sulfur dioxide is:

$$S + 2O \quad \longrightarrow \quad SO_2$$

---

[18] Schall, Joseph, editor; National Institute for Occupational Safety and Health; <u>Dust Control Handbook for Industrial Minerals Mining and Processing</u>; RI 9689; Pg. No. 244

*Page 17*

High concentrations of sulfur dioxide gas affect lung function, worsen asthma attacks, and worsen existing heart disease in sensitive groups.

In a power generating plant, the FGD system uses calcium-bearing materials to capture sulfur dioxide. In the petroleum coke dome fire, there was no such equipment. Instead, the sulfur dioxide reacted with moisture in the petroleum coke and the water being sprayed to suppress the fire. The chemical reaction of sulfur dioxide with water that creates sulfurous acid is:

$$SO_2 + H_2O \quad \longrightarrow \quad H_2SO_3$$

Sulfurous Acid is a corrosive chemical. Breathing Sulfurous Acid can irritate the nose and throat, irritate the lungs, cause coughing, and result in shortness of breath.

A second chemical reaction can then take place in the presence of a catalyst, like vanadium (V) oxide ($V_2O_5$). Vanadium is a heavy metal that is naturally contained in heavy oils and bitumen, the feedstocks used in the refining process that creates petroleum coke. The vanadium is concentrated into this byproduct by the refinery's distillation process. The chemical reaction that creates sulfuric acid is:

$$H_2SO_3 + H_2O \quad \longrightarrow \quad 2H_2SO_4$$

Sulfuric acid is a very strong, corrosive chemical. It can cause severe burns and tissue damage upon contact. Inhalation of concentrated vapor can be extremely irritating to the upper respiratory tract and may cause serious lung damage. A critical parameter is the amount of sulfuric acid in $mg/m^3$. Exposure to mists of 5 $mg/m^3$ for short periods (10 minutes) can be tolerated by humans. Higher concentrations shorten the exposure limit.[19]

Combustion gases including carbon dioxide ($CO_2$), sulfur dioxide ($SO_2$). Water vapor ($H_2O$) is not visible until the combustion gas cools and the vapor condenses into what is seen a steam. It is a white plume from a chimney, often mistakenly call smoke. It will appear as a detached plume, invisible until the hot combustion gases are cooled enough for the vapor to condense.

## 3.5    Dust/Smoke Suppression

Smoke is primarily composed of the unburned particles of combustion or from incomplete combustion. These particles are often microscopic and include carbon (soot), tar, oils, and ash.

Dust suppression to control airborne dust particles is a common technology used at conveyor transfers, which discharge from one conveyor to another or onto a stockpile. Commercial systems mount individual nozzles onto a header and spray to falling stream of dry bulk material. These systems often treat the water with a surfactant (soap) to reduce the surface tension of a water droplet. That enables individual droplets of water to wet small dust particles.

---

[19] https://www.ncbi.nlm.nih.gov/books/NBK208279/

*Page 18*



**Figure No. 3-2 – Suppressing a Dust Particle**

Figure No. 3-2 illustrates the relative importance of particle and water droplet size. Particles smaller than a water droplet will be deflected and not be wetted. Oil smokes are less than 1 μm.[21]

For large open areas such as stockpiles and demolition sites, a different design is employed. The dust suppression water cannon is a fan. The fan is fitted with rings of nozzles and a fine screen to reduce droplet size. The fan blows a mist of fine water droplets over a wide area. Such equipment was likely not available at the refinery for their immediate use and not what is seen in Figure No. 2-8. Using a firehose to suppress the smoke does, in Figure No. 2-8, noticeably improve visible air quality after the stream of water.

The fan-style dust suppression cannon's discharge is like a light rain with fog dispersed over a relatively wide area. The firehose method is like a concentrated rain downpour. Neither method would aid in controlling combustion gases.

Between 8/8/2022 and 8/21/2022, PHRT engaged resources to extinguish the north petroleum coke dome fire. They addressed the windblown smoke at the tugboat dock parking area by using a firehose to suppress smoke particles. In the Caribbean, the trade winds blow from the northeast to the southwest throughout the year. That is exactly what is seen in Figures No. 2-7 and 2-8. On 8/8/2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome.

---

[20] Cole, Howard W., Jr.; "Microfoam for the Control of Source and Fugitive Dust Emissions"; DeTer Company, Inc.; Figure 2
[21] Cole, Howard W., Jr.; "Microfoam for the Control of Source and Fugitive Dust Emissions"; DeTer Company, Inc.; Figure 1

**Page 19**

## 3.6    Ventilation

Figures No. 2-5 and 2-9 view what is appears to be a vent at the base of the north petroleum coke dome. Figure No. 2-5 was taken near the beginning of this event and it was intended to show fire damage at the base of the dome and smoke exiting the dome, with its temperature at this location being 150-degrees Fahrenheit. Figure No. 2-9 was taken near the end of this event and was intended to show fire damage to the grating and concrete structure of the dome at this location.

As seen in the fire triangle, Figure No. 3-1, a fire needs oxygen. This vent at the base of the dome is a source for the oxygen in the air to feed the fire. Natural air currents within the dome would carry warm air to the top of the dome and out the conveyor transfer atop the dome. The replacement air would be drawn into the dome. With the dome's vehicle access, rollup door close, as seen in Figure No. 2-3, this vent at the base of the dome is a likely contributor to the fire. It certainly was an area of interest on 8/8/2022 and again on 8/29/2022. Late in the day of 8/7/2022 the dome's access, rollup door was opened. That opening becomes a larger area to supply inlet air. It is like fanning the kindling of a campfire, so the smoldering small wood branches ignite into a flame that heats the larger branches so they too erupt into a larger, burning mass.

Photo Exhibits:

    101. 2022-08-17 06-03-39 IMG_8871.JPG
    102. 2022-08-17 06-04-20 IMG_8872.JPG

taken 6:03-6:04 AM 8/17/2022 view the concrete block electrical room outside the petroleum coke dome. A desk chair is propping the fire-rated entrance door open. The petroleum coke storage domes are ventilated by a dust collecting system. The stacking operation can create a dusty environment inside the dome. The dust collection system exhausts that dust-laden air. Photos of the inside of the dome before and after Exhibits No. 101 and 102 view a much improved interior environment. The smoke filled dome at 4 AM is largely cleared at 6 AM. Air quality is improved, but this does not extinguish the fire. It does supply fresh air to the fire. Later photos view personnel wearing a Self Contained Breathing Apparatus (SCBA) while working inside the dome.

## 3.7    Air Monitoring Data

Figure No. 3-3 is a map locating five (5) air monitoring stations that EPA installed at Limetree Bay Terminal in May 2021. Per a filing in federal court, Limetree Bay purchased and installed the same type of air monitoring and telemetry equipment. Their results confirmed that they produced results consistent with EPA's monitors. EPA removed their five (5) monitoring Stations starting November 16, 2021.

EPA's monitors were at the west and north perimeter of the refinery's property. None were near the petroleum coke domes, which are at the southeast area of the refinery. Their purpose was to monitor the distillation operations and flares of the refinery and their potential effect on the

*Page 20*

surrounding community, not the conditions at the petroleum coke storage and shiploading facilities.

The parking lot for the tugboat dock, where Nicole Wooten experienced respiratory distress, is approximately 300 feet west of the petroleum coke domes.  Air monitoring Station 1, as shown in Figure No. 3-3, is over two miles (2 mi.) west of the petroleum coke domes.  Readings at that distance are expected to be much lower as pollutants disperse and spread out over an ever enlarging sphere.  The equation for surface area of a sphere is:

$$\text{surface area of a sphere} = 4\,\pi\,r^2$$

Atmospheric conditions significantly affect the spatial and temporal variability and its transport to the monitoring side.  The factors that can greatly influence the dispersion of pollutants from the emission source to the receptor are:

1. Wind Speed,
2. Wind Direction,
3. Wind Variability,
4. Obstructions such as Buildings,
5. Terrain, and
6. Heat Sources or Heat Sinks.[22]

---

[22] US EPA; Quality Assurance Handbook for Air Pollution Measurement Systems Volume II Ambient Air Quality Monitoring Program, Section 6.0; January 2017; Page 8 of 15

*Page 21*



**Figure No. 3-3, EPA's Air Monitoring Stations (May - November 2021)[23]**

The air monitor's proximity to the petroleum coke domes and meteorological data for wind direction/speed would be of value in considering monitoring data. An analysis is not made at this time. Data from an air monitor at the tugboat dock would be most helpful, but it is unlikely that one was ever installed at that location or within the immediate area.

---

[23] https://www.epa.gov/vi/monitoring-air-near-limetree-bay

*Page 22*

## 4.0    Opinions

Based on my review of the referenced case materials and on my experience and background as a Professional Engineer who specialized in the design of conveyors, solid fuel/materials handling systems, I have formulated the following opinions with a reasonable degree of engineering certainty:

1. The maintenance performed by PHRT at did not meet industry practices for a large industrial plant.

2. Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices.

3. Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected.

4. PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering".

5. PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock.

6. By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed more air to be drawn into the dome, fanning the flames of the fire.

7. On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot.

8. On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome.

9. PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology.

These are my opinions and conclusions to date as documented herein. They are based on my review of the current sources of information, which could be examined within the available schedule for this assignment. I reserve the right to modify and/or supplement this report, should new or additional information be provided.

*Page 23*

## 5.0    Conclusion

Information about how Hovensa shutdown operations, what layup procedures were used, or if any ongoing maintenance was instituted to preserve plant capabilities were not provided to me. The condition of industrial facilities is important to their valuation and their ability to restart as a viable enterprise.  That should have been important to Limetree Bay Terminals, LLC when they acquired the Facility in 2016.  EPA's inspection report did, however, describe numerous instances of equipment in poor repair, contained corrosion including extreme corrosion in all unit processes.  They found that Limetree Bay Terminals, LLC lacks a preventative maintenance program and facility personnel stated that there are not any formal process unit inspections.[24]

As a result of the poor conditions of the facilities, Limetree Bay Terminals, LLC experienced major problems in restarting the Limetree Bay Terminal refinery.  The pre-restart maintenance rehabilitation effort failed to adequately correct years of deterioration after such a long hiatus in operations.  After restarting, air emissions exceeded permitted levels, resulting in an EPA notice of violation and order to cease operations for 60-days in May 2021.

Limetree Bay Terminals, LLC left the stacked petroleum coke in the north dome, in an uncompacted condition.  They did not monitor its condition or implement pile management procedures to preserve the quality of the petroleum coke.  They did not reclaim the petroleum coke, did not load it onto a bulk carrier, and did not export it to a customer.  It is, however, unknown if Limetree Bay Terminals, LLC attempted to do that and seek EPA's permission to proceed with that activity.  If that was possible, the fire would not have occurred.

PHRT acquired the eastern portion of the terminal/refinery, including the petroleum coke domes. The adjacent, remaining portion of the petroleum terminal is currently operated by OPT.  They share the fire water system and other common elements of the facility.  From December 2021 through August 2022, PHRT left the stacked petroleum coke in the north dome, in an uncompacted condition.  They did not monitor its condition or implement pile management procedures to preserve the quality of the petroleum coke.  They did not reclaim the petroleum coke, did not load it onto a bulk carrier, and did not export it to a customer.  It is, however, unknown if PHRT attempted to do that and seek EPA's permission to proceed with that activity. If that was possible, the fire would not have occurred.

Due to the above circumstances, a fire in the north petroleum dome was inevitable; it was just a matter of time.

On August 4, 2022 a full four (4) days before Nicole Wooten arrived at the tugboat dock parking lot, PHRT was fully aware there was a fire at the north petroleum coke dome.

By August 6, 2022, PHRT was taking action to address the fire in the north petroleum coke dome.  Workers at the dome were using PPE and the vehicle access rollup door was opened.

---

[24]    Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Dec. 19, 2023, Pg. No. 6.

*Page 24*

*Preliminary Expert Witness Report*

This allowed smoke and combustion gases to escape and air to enter the dome, increasing the oxygen supply for the fire.

On August 8, 2022, Nicole Wooten was granted access.  Plant security DID NOT:

1. provide any cautionary advice,
2. warn her of that there was a fire emergency, and
3. fit her with PPE.

PHRT significantly revised their stockpile management procedures at the petroleum coke dome because of the fire at this location.

*Page 25*

## 6.0    Documents

Appendix No. A1 identifies the Documents provided for this report.  There is approximate 4.8 GB of data in 615 digital files.

### 6.1    Exhibits

Exhibit No. 4 was reviewed.  The file is named: ARTICLE-IN-dated-06-05-14-by-Monolithic-re-Monolithic-Dome-Petroleum-Coke-Storages-12-05-2022.pdf.  It describes the problems with petroleum coke and identifies monolithic domes as the solution to the massive dust-pollution problem created by open stockpiles.  It features a picture that identifies is as being built for the Hovensa Coker Storage and Bechtel Corp. located in St. Croix, US Virgin Islands.

Catherine Elizee's answers in Exhibit No. 14 (DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf) were reviewed.  She stated that the docks belong to Limetree Terminals and that Limetree Bay does not advise PHRT who is coming to Limetree Terminals' facility and does not tell PHRT if someone from Customs is coming to the docks.

Exhibit No. 51 was reviewed.  This is EPA's report of their September 20 – 26, 2022 inspection of Port Hamilton Refinery and Transportation LLLP.  The report itself is dated 10/21/2022.  In it, EPA states: "The coke piles in the North and South Domes are currently turned over once a week and water sprayed one time per week, and temperature in the coke dome piles is monitored once a day."

Other Exhibits were not examined at this time.

### 6.2    Monitoring Data

The Excel file names for the monitoring air data indicates the dates and location designations where the data was taken.  The location designations include the Administration Building Parking Lot, various tanks, fencelines, Gate 2, and SCPC.  A map showing their locations has not be seen at this time.  Only five (5) of the thirty-five (35) files indicate that the data includes 8/8/2022, the date Nicole Wooten was at the tugboat dock parking lot.

Monitoring Exhibit file No. 20, "8-8-92022 TK 7507 SW.xlsx" tabulates date from 8/8/2022 8:54:41 AM to 8/9/2022 3:45:31 PM.  Assorted parameters are listed including H2S-Hydrogen Sulfide and SO2-Sulfur Dioxide.  All readings for these two (2) gases are 0.00.

Other monitoring data files were not examined at this time.

### 6.3    Photos of Smoldering Incident

Digital photographs submitted by Defendant are listed in Appendix No. A-1.  The files are dated as taken from 7:16 AM August 4, 2022 through 3:59 AM August 31, 2022.  These files illustrate the following:

*Page 26*

Image No. 8604 taken 7:16 AM 8/4/2022 views the inside of the petroleum coke dome. The lights are on the stacker and reclaimer, illuminating a smoke filled volume above the base of the dome. A medium size hose is strung along the concrete floor. The smoke is thick, obscuring the stacker and reclaimer in the dome. Only the illuminating floodlights on the equipment is visible.

Images 8586 and 8587 taken 1:08 PM 8/4/2022 view the inside of the petroleum coke dome.

Image No. 7317 taken 6:15 PM 8/6/2022 views a firehose water cannon inside the petroleum coke dome. The firehose is flat, no water. To the left is a red glowing line, believed to be burning surface of the petroleum pile against the inside perimeter of the dome.

Image No. 7321 taken 6:52 PM 8/6/2022 views a firehose water cannon spraying into the petroleum coke dome. Nothing is visible inside the dome.

Image No. 8616 taken 9:31 AM 8/7/2022 views the petroleum coke shiploading system in the foreground and the storage domes in the background.

Image No. 8618 taken 9;33 AM 8/7/2022 views the petroleum coke dome. A discolored curved line along the surface of the dome and smoke is discharging from the coke transfer into the dome.

Image No. 8620 taken 9:34 AM 8/7/2022 views an access road along the shoreline. A firehose is draped alongside the right side of the road and a petroleum coke dome with its feed elevating conveyor and petroleum coke dome at to the left of the road.

Image No. 8646 taken 3:28 PM 8/7/2022 views the outside of the petroleum coke dome. A hose is spraying water toward the dome. Discolored areas are at the base. There is a curved discolored area, believed to be the surface of the petroleum coke in the dome at this location.

Image No. 8669 taken 5:10 PM 8/7/2022 views the petroleum coke dome's access entrance. There are eight (8) people looking into the dome. Smoke is discharging from the open entrance. The Cornell service door is fully open.

Image No. 8702 taken 6:06 PM 8/7/2022 views the petroleum coke dome with a discolored area at the base of the dome and a discolored outline or what is believed to be the surface of the petroleum pile resting against the inside of the dome. No personnel or emergency response equipment is present.

Image No. 0057 taken 2:30 PM 8/8/2022 views an outside area of the petroleum dome, focusing on a device, mounted on a rectangular grating. The photo is annotated " 150f Smoke". Two (2) blackened areas are highlighted with yellow circles.

Image No. 8685 taken 6:27 PM 8/8/2022 views a blacked, blistering area on the outside of the dome.

Image No. 8705 taken 6:48 AM 8/10/2022 views the outside of the petroleum coke dome with a medium diameter hose spraying a blackened are at the base of the dome. A blacken curved area, believed to be the surface of the petroleum coke in the dome at this location, is seen.

Image No. 8719 taken 7:14 AM 8/10/2022 views the outside of the petroleum coke dome with smoke billowing out of the access entrance.

Image No. 8717 taken 2:49 PM 8/11/2022 sketches a section of the construction of the petroleum coke dome on an office whiteboard. It labels the outside "fabric (PVC); inside the liner is "rebar hangers metal"; then "polyurethane", next layer "shotcrete", the inner surface is noted "<400ºF", and ""Charring".

*Page 27*

Image No. 8737 taken 4:17 PM 8/11/2022 views blacken areas of the petroleum coke dome being sprayed by two medium diameter hoses. The discoloration indicates two (2) hot areas toward the base of the dome and an outline of what is believed to be the surface of the petroleum coke piled against the dome at this location.

Images No. 8727, 8734, 8735, 8736, and 8754 taken 3:30 AM to 3:45 AM 8/12/2022 view the outside of the petroleum coke dome with medium diameter hoses spraying the blacken area on the outside of the dome.

Image No. 8772 taken 2:40 PM 8/13/2022 is a picture of the newspaper story published in Saturday, August 13, 2022 edition of VIRGIN ISLANDS. The title of the article is "St. Croix refinery coke pile still smoldering" by Suzanne Carlson, Daily News Staff. The article quotes Fermin Rodriguez, PHRT VP, "Water has been applied 24 hours a day and the temperature readings inside the coke dome are being monitored to ensure entry by personnel is safe." The article states: "The material was left over from the brief but disastrous 2021 restart under former owners Limetree Bay Refinery, which resulted in an emergency shutdown by the EPA after surrounding neighborhoods were repeatedly sprayed with oil mist and noxious gas." The article reports that Limetree Bay lacked the funds to complete the cleaning and shutdown due to its bankruptcy. Fermin Rodriguez is quoted "When stored in a dry, warm area for a period, smoldering can occur, releasing heat without fire."

Image No. 8782 taken 8:11 PM 8/13/2002 views the inside of the doom with firehoses and a water cannon spraying. The foreground is visible; a cloud of smoke obscures the background.

Image No. 8792 taken 8:25 PM 8/13/2022 views the parked firetruck, with its rear wheels secured with chock blocks.

Image No. 8795 taken 7:00 AM 8/14/2022 views the FP-1 fire pump truck located at tug dock. Firehoses are connected and operating.

Images No. 8811 and 8853 taken 12:45 – 12:47 PM 8/14/2022 and 8816 and 8817 taken 5:38 and 5:40 PM 8/14/2022 view dump trucks outside the dome and leaving.

Images No. 8827 and 8828 taken 7:13 PM 8/15/2022 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke. Portions of the dome's concrete floor are wet, some pools of water.

Images No. 8829 to 8841 and 8843 to 8852, 8854, and 8860 taken 5:41 – 6:06 AM 8/16/2022 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke. Portions of the dome's concrete floor are wet, some pools of water.

Image No. 8856 is an aerial view of the of the petroleum area of the refinery. A portion is labeled: "Refinery Plot No. 7 19.857 Acres". The portion at the petroleum domes has a callout with an arrow identifying LPG Flare[See Detail]".

Images No. 8858, 8859, 8861 to 8865 to 8868 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke.

Images No. 8871 and 8872 taken 6:03-6:04 AM 8/17/2022 view the concrete block electrical room. A desk chair is propping the fire-rated entrance door open.

Images No. 8874 and 9078 taken 6:05 AM 8/17/2022 view the stacker and reclaimer inside the dome. The interior is well lighted. Visibility is good. The base of the dome is mostly covered by a pool of water.

**Page 28**

Image No. 8876 taken 6:07 AM 8/17/2022 views petroleum coke, baghouse, dust collectors, which vent and control dust within the domes.

Image No. 8880 taken 6:14 AM 8/17/2022 views a concrete lined, water runoff/collection pool. A pipe at the far end is discharging water into the pool. The water is black and concrete walls stained black.

Image No. 8881 taken 6:21 AM 8/17/2022 views the two domes, transfers to the domes, elevated conveyor (including its take-up support tower) feeding the second dome and several filled large plastic bags in the fore ground. Smoke is escaping from the transfer into the one dome and to a lesser degree, the center take-up tower.

Image No. 8888 taken 5:08 PM 8/17/2022 views a hand-drawn diagram of the domes with the position of the stacker and reclaimer shown. The words: "reclaimer", "wall", "loader to deck", and "pathway to rear of dome" are inscribed with color coding on what would be a meeting room white board.

Images No. 8905 to 8910, 8916, 8917, 8923, and 8924 taken 5:43 to 5:52 AM 8/18/2022 view the interior of the dome. A Caterpillar payloader is loading petroleum coke into a dump truck and the interior of the dome has a cloud-ceiling of smoke, perhaps 20-feet above the floor of the dome.

Images No. 8929 to 8931 taken 6:18 AM 8/18/2022 view the concrete wall enclosed, outdoor petroleum coke storage area.

Image No. 8938 taken 6:25 AM 8/18/2022 views the interior base of the dome overlooking small, soaked piles of petroleum coke and a pool of water.

Images No. 8944 to 8947 taken 8:53 AM 8/18/2022 view the interior of the dome which has a cloud ceiling of smoke, perhaps 20-feet above the floor of the dome.

Images No. 8949 to 8951 taken 12:04 - 12:05 PM 8/18/2022 view: 1) firehoses connected a fire pumper truck that is parked at the tugboat dock 2) the path of the firehoses toward from the firetruck, and water supply hoses connected to what appears to be a firewater valve station.

Images No. 8970 to 8975 taken 4:16 AM 8/19/2022 view a worker wearing PPE including a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA) using a firehose to spray the inside surface of the dome directly above a pile of petroleum coke

Image No. 9006 taken 4:16 PM 8/19/2022 views a payloader, with a bucket full of petroleum coke, exiting the dome. A worker is spraying the loaded bucket. The payloader operator is wearing a mask. A Williams and a RESCUE individual, viewing this operation, are wearing PPE, but not a facemask. A third person, mostly obscured is wearing a respirator.

Image No. 0819 taken 2:03 PM 8/20/2022 views the interior of the dome's stockpile. A Caterpillar Backhoe-Excavator is visible in the foreground. The petroleum coke reclaimers are nearly completely obscured by the smoke.

Images No. 9079 to 9081 taken 4:55 AM 8/21/2022 view the interior of the dome, which is strung with a safety tape: "Danger Do Not Enter".

Images No. 9086 to 9093 taken 5:07 AM 08/21/2022 view a worker wetting the petroleum coke stockpile in the dome. The worker is wearing PPE including a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA). A payloader and backhoe excavator are seen.

*Page 29*

Image No. 9106 taken 6:19 AM 8/21/2022 views a double rainbow with a blue sky to the left and grey smoke-filled air to the right. Minute water droplets are refracting the sunlight, creating primary and faint secondary rainbows. The shiploader for the petroleum coke is seen in the distance, center of the picture.

Images No. 9112 and 9113 taken 7:01-7:08 AM 8/21/2022 views the dome feed/transfer conveyor, transfers, and the domes with windblown smoke being horizontally blown at a perpendicular angle to the elevated transfer conveyor, i.e. toward the coastal facilities.

Image No. 9131 taken 7:55 AM 8/21/2022 viewing the coastal facilities. The right portion of the picture is grey with dense smoke. The left side of the picture is clear, with a blue sky. A stream of water likely from a firehose is spraying the air. A woman with a hardhat and life red lifejacket is looking toward the domes.

Image No. 9112 taken 7:01 AM 8/21/2022 and Image No 9164 taken 6:51 PM that same day illustrates the white feed/transfer conveyor to the second dome, the transfers, and the two (2) domes. In the morning, smoke is billowing from the central and dome transfers. By evening, these transfers and the tube galleries for the dome feed/transfer conveyor are mostly blackened by the fire's smoke. The north dome, in particular is grey, covered in soot, instead of gleaming white.

Images No 9176 and 9177 taken 6:39 AM 8/22/2022 view an excavator/backhoe atop the petroleum stockpile in the dome.

Image No. 9224 taken 7:38 AM 8/24/2022 views a dump truck at the outdoor petroleum coke stockpile with a working hosing off the tires of the dump truck.

Image No. 9247 taken 5:08 AM 8/25/2022 views the grade access roadway and reclaim conveyor for the dome. A dump truck is exiting the dome.

Images No. 9255 to 9258 taken 5:23-5:24 AM 8/25/2022 view personnel inside the dome with full protective gear, standing in a pool of water, flooding the dome. Their PPE equipment includes 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA).

Images No. 9299 to 9302 and 9306 to 9308 taken 5:13-5:19 AM 8/26/2002 view the scored/blacked interior of portion of the dome that has been cleared lane-wide pathway, presumably by the payloader seen in the foreground.

Image No. 9309 taken 5:24 AM 8/26/2022 views an individual in protective clothing carrying a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA). He was walking toward a payloader inside the dome.

Images No. 9314, 9315, 9317, 2930, and 2931 taken 5:26 AM 8/26/2022 indicate that a payloader was used to retrieve petroleum coke from the area inside the dome that had petroleum coke stockpiled against the interior envelope of the dome. The payloader created a "pathway" along the inside, scorched perimeter area of the dome.

Images No. 9348 to 9350 taken 6:03 AM 8/26/2022 view taken  three (3) firefighting hose lines from the shoreline water intake area, toward a truck, and then to the dome.

Images No. 9356 to 9359 taken 6:23 AM 8/26/2002 view what appears to be an outdoor petroleum coke stockpile storage area. The area is enclosed with a concrete wall and apparently, the stockpile is formatted by an overhead, rail mounted equipment. An elevated, centrally located, concrete wall-mounted reclaim hopper is fitted with a sloping grizzly reclaim hopper. It appears the reclaim hopper feeds a belt conveyor that routes petroleum coke to the dome storage stockpiles.

*Page 30*

Images No. 9362 to 9634 taken 2:08-2:13 PM 8/26/2022 view an enclosed, Williams Fire & Hazard Control trailer, employed for the emergency response. A photo of the control panel and fuel tank identifies it is a booster pump that runs on an engine that runs on low sulfur fuel.

Images No. 9409, 9411, and 9412 taken 6:15 AM 8/27/2022 view red painted pipes, along the riprapped shoreline. The pipes extend into the water. The pipes are coupled sections and welded elbows. What is seen is understood to be firefighting water supply/suction lines, apparently a temporary arrangement. Image 9402 views what may be water intake and tank storage facilities for the refinery.

Image No. 9416 taken 12:59 PM 8/27/2022 views the inside of the petroleum coke dome. A roadway path is cleared of petroleum coke at this inside perimeter of the dome. The surface of the petroleum coke that remains is coated with white ashes

Image No. 9423 taken 9:16 AM 8/28/2022 views the outdoor, concrete walled, petroleum coke storage area. A medium diameter hose is spraying water onto a pile.

Image No. 9432 taken 4:53 AM 8/29/2022 views an area of the petroleum coke dome's concrete wall. A black area where the coke pile was once piled against the wall is outlined by an orange perimeter curved outline.

Image No. 9431 taken 4:52 AM 8/29/2022 views a grating fitted into the base of the petroleum coke dome's wall. It is damaged, as is the concrete dome wall.

Images No. 9433 and 9441 taken 4:53-4:55 AM 8/29/2022 are close-ups, views of portions of the concrete wall of the petroleum coke dome that are damage with long and intersecting cracks.

Image No. 9456 taken 4:23 AM 8/30/2022 is a picture of a "Coke Facility Monitoring" log with a diagram/plan of the dome and a tabulation of the date, time, temperature, water spray duration, coke turnover %, and area (location). It is for 8/29/22 from 0800 to 1730.

Images No. 9460 to 9465 taken 3:49-3:55 AM 8/31/2022 view the stacking and reclaiming machine. The upper portion progressively blackened from the base to the peak of the dome.

Image No. 9467 taken 3:56 AM 8/31/2022 views the inside of the petroleum coke dome with a blacken area on the inside surface of the dome, where the burning coke was early piled.

## 6.4    Videos of Smoldering from Defendant

Not examined at this time.

*Page 31*

# 7.0    Professional Experience

My expertise is the design, supply, installation, and operation of conveying, stacking, reclaiming, blending, processing, and transport of dry bulk commodities/materials – especially solid fuels. Facilities where these systems are located are power generating plants, processing plants, ports, and terminals.

I am the founder and president of Energy Associates, P.C. The firm was incorporated in New Jersey in 1994. Previously I worked at a Burns and Roe, a large engineering/consulting company that focused on power generating power plant projects. Prior to that, I was employed by ORBA Corporation, which engineered, supplied, constructed, and operated coal handling systems at ports and terminals. At the firm, my duties included serving as the Engineering Vice President for ORTRAN, a joint venture company between ORBA and C. Reiss Coal Company. ORTRAN operated the Superior Midwest Energy Terminal in Superior, Wisconsin. My projects their included the addition of a coal pile spray system to control fugitive dust emission[25], a computerization of ORTRAN's manual methods for their maintenance tasks, and doubling the size of the administration building. My projects have included a number plant improvement and upgrade assignments, some of which were major additions to plant fuel handling systems.

I have assisted companies in dispute resolution assignments. One was between Bechtel Power Corporation and WE Energies (a Wisconsin electric utility) for their 1,230 MW Elm Road Power Plant. In the last dozen years, I have assisted attorneys representing their clients and the involved insurance companies in their litigation cases.

I am a life, Fellow member of ASME, was active in the Fuels and Combustion Technologies (FACT) technical division (now merged with the POWER Division) and a past chair of that organization. That Technical Division focused on ASME's role to disseminate industry knowledge, new technology, and achievements. Members of FACT were engineers from the major boiler companies, university professors who teach combustion subjects, engineers working at major power generating utilities, and engineers employed by consulting firms.

Currently I am a member of ASME's B20 Committee, Safety Standard for Conveyors and Related Equipment. This committee is responsible for writing and updating ASME/ANSI's B20.1 standard. The standard is referenced in OSHA and as such, part of OSHA's regulations, an enforceable law.

I have authored/coauthored over 50 publications including the "Above-Ground Handling and Storage" chapter in <u>Materials Handling Handbook</u>, sponsored by ASME and IMMS. My articles are published in industry magazines including: Combustion Engineering, Mechanical Engineering, Power Engineering, and POWER.

My resume and publications list are presented in Appendix A2. It provides additional information.

---

[25] Mahr, Daniel;"Systems approach to dust emission control at coal piles"; <u>Power Engineering</u>; June, 1983; pg. 57-59.

*Page 32*

# Appendix No. A1
# List of Documents Downloaded

### Exhibits

1. AFFIDAVIT-IN-Affirmation-of-Barry-Guilbeau-06-09-2025.pdf
2. AFFIDAVIT-IN-Affirmation-of-George-Williams-06-06-2025.pdf
3. ARTCLE-IN-dated-03-30-22-by-Sidley-re-EPA-Poses-Questions-to-New-St-Croix-Refinery-Owners-to-Make-Prevention-et-al-12-05-2022.pdf
4. ARTICLE-IN-dated-06-05-14-by-Monolithic-re-Monolithic-Dome-Petroleum-Coke-Storages-12-05-2022.pdf
5. ARTICLE-IN-dated-07-29-22-by-Bloomberg-re-EPA-Says-It's-Under-No-Pressure-to-Reopen-St-Croix-Refinery-12-05-2022.pdf
6. ARTICLE-IN-dated-08-09-22-by-VI-Free-Press-re-Pile-of-Petroleum-Coke-Burning-Doesnt-Fret-New-Owners-of-Refinery-12-05-2022.pdf
7. ARTICLE-IN-dated-08-15-22-by-Argus-Media-re-Coke-smolders-at-shuttered-St-Croix-refinery-12-05-2022.pdf
8. ARTICLE-IN-dated-08-23-22-by-STX-Source-by-Federal-Authorities-Question-Refinery-Operators-About-Recent-Fires-on-St-Croix-12-05-2022.pdf
9. ARTICLE-IN-dated-10-25-22-by-VI-Consortium-re-St-Croix-Oil-Refinery-is-a-Ticking-Time-Bomb-With-Potential-For-et-al-12-05-2022.pdf
10. ARTICLE-IN-dated-10-27-22-by-Reuters-re-Idled-St-Croix-refinery-risks-explosion-catastrophic-12-05-2022.pdf
11. Curtis Green.mp4
12. Curtis Green.pdf
13. DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf
14. DEPO-IN-dated-04-14-25-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Ahmad-Charles-04-18-2025.pdf
15. DEPO-IN-dated-04-15-25-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf
16. DEPO-IN-dated-04-15-25-Exhibits-[101]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
17. DEPO-IN-dated-04-15-25-Exhibits-[115]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
18. DEPO-IN-dated-04-15-25-Exhibits-[116]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
19. DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF
20. DEPO-IN-dated-06-03-25-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf
21. DI7DDD~1.PDF
22. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-1st-DFP-12-18-2024.pdf
23. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-12-18-2024.pdf
24. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-Expert-DFP-12-18-2024.pdf
25. DISC-IN-Def-LBTs-Rule-26(a)(1)-Initial-Disclosures-(LBT000001-000131)-11-08-2023.pdf
26. DISC-IN-Def-Ocean-Points-2nd-Amended-Responses-&-Objections-to-Plntffs-1st-Set-of-Rogs-03-21-2025.pdf

*Page No. A1-1*

27. DISC-IN-Def-Ocean-Points-2nd-Amended-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-03-31-2025.pdf
28. DISC-IN-Def-Ocean-Points-2nd-Supplemental-disclosures-[LBT000217-000256]-03-07-2024.pdf
29. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001106-001214]-02-21-2025.pdf
30. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-02-21-2025.pdf
31. DISC-IN-Def-Ocean-Points-Response-to-Plntffs-RFP-[LBT000257-001105]-01-16-2025.pdf
32. DISC-IN-Def-Ocean-Points-Rule-7.1-Corportate-Disclosure-Statement-[6]-03-20-2023.pdf
33. DISC-IN-Def-Ocean-Points-Supplemental-Initial-Disclosures-[BLT000132-000216]-12-31-2023.pdf
34. DISC-IN-Def-PHRTs-Initial-Disclosures-09-10-2024.pdf
35. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[PHRT-Wooten00001-0036]-11-04-2024.pdf
36. DISC-IN-Def-PHRTs-Response-to-Plntffs-Expert-RFP-of-Docs-12-10-2024.pdf
37. DISC-IN-Def-PHRTs-Response-to-Plntffs-RFP-[PHRT-Wooten000037-000415]-12-10-2024.pdf
38. DISC-IN-Def-PHRTs-Response-to-Plntffs-Rogs-12-10-2024.pdf
39. DISC-IN-Def-PHRTs-Responses-to-Def-LBTs-1st-Rogs-11-04-2024.PDF
40. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-Request-for-Admission-12-02-2024.pdf
41. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-RFP-of-Docs-12-02-2024.pdf
42. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-Rogs-12-02-2024.pdf
43. DISC-IN-Def-PHRTs-Responses-to-Plntffs-2nd-RFP-of-Docs-03-14-2025.pdf
44. DISC-IN-Def-PHRTs-Responses-to-Plntffs-Rogs-03-14-2025.pdf
45. DISC-IN-Def-PHRTs-Supplemental-Production-[PHRT-WOOTEN000416-001915]-03-24-2025.pdf
46. DISC-IN-Def-PHTRs-Responses-to-Plntffs-RFP-[PHRT-Wooten001916-001928]-03-14-2025.pdf
47. filelist.txt
48. Mark Johansen.mp4
49. Mark Johansen.pdf
50. NW1-5 ARTICLE-IN-dated-08-15-22-by-Argus-Media-re-Coke-smolders-at-shuttered-St-Croix-refinery-12-05-2022.pdf
51. NW1537-1543 Copy-of-New-EPA's-Sept-2022-Inspection-Report-12-05-2022.pdf
52. NW1664-1668 Refinery Reportedly on Hunt for Financi...Faces $50M Lawsuit _ St.pdf
53. NW1669-1675 Refinery on St. Croix U.S.pdf
54. NW1676-1691 EPA letters.pdf
55. NW2844-2870 US v. Hovensa 1_11cv6.pdf
56. ORDER-IN-Memorandum-Opinion-&-Order-[720]-05-16-2024.pdf
57. ORDER-IN-Memorandum-Opinion-[335]-04-28-2023.pdf
58. PLEADINGS-IN-Answer-of-Port-Hamiltons-to-the-2nd-Amended-Complaint-[50]-02-08-2024.pdf
59. PLEADINGS-IN-Crossclaim-of-Port-Hamilton-[51]-02-08-2024.pdf

*Page No. A1- 2*

60. PLEADINGS-IN-Def-Ocean-Points-Answer-&-Affirmative-Defenses-to-Plntffs-2nd-Amended-Complaint-[46]-01-23-2024.pdf
61. PLEADINGS-IN-Def-Port-Hamiltons-Answer-to-Ocean-Points-Crossclaims-et-al-[61]-04-04-2024.pdf
62. PLEADINGS-IN-Def-Port-Hamiltons-Answer-to-the-1st-Amended-Complaint-[11]-03-30-2023.pdf
63. PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023.pdf
64. Video-of-Smoke-from-Refinery-from-Inside-LBT-(sent-by-Coworker-day-after-injury)-11-27-2023.mp4

**Monitoring Data**

1. 6-29 to 8-5-2022 SE Admin Parking.xlsx
2. 7-1 to 8-3-2022 SW Tank 7507.xlsx
3. 7-1 to 8-5-2022 NW Tank 7401.xlsx
4. 7-1 to 8-5-2022 NW Tank 7501.xlsx
5. 7-1 to 8-5-2022 W SCPC.xlsx
6. 7-1 to 8-6-2022 NW Gate 2.xlsx
7. 7-1 to 8-6-2022 NW Tank 6819.xlsx
8. 8-11-2022 SCPC West.xlsx
9. 8-15-16 2022 Tank 6819 NW .xlsx
10. 8-16-2022 Tank 7507 SW.xlsx
11. 8-21-22 2022 Tank 7401 NW.xlsx
12. 8-4-5 2022 Tank 7501 NW.xlsx
13. 8-5-2022 Tank 7401 NW.xlsx
14. 8-5-72022   Admin Parking Lot SE .xlsx
15. 8-6-8 2022 Gate 2 Parking Lot West.xlsx
16. 8-7-8 2022 Tank 7501 NW.xlsx
17. 8-7-8 2022 TK 7507 SW.xlsx
18. 8-8-10 2022 Admin Parking Lot SE.xlsx
19. 8-8-2022 Tank 7401 NW.xlsx
20. 8-8-92022 TK 7507 SW.xlsx
21. 8-9-10 2022 Tank 6819 NW .xlsx
22. 8-9-2022 Tank 7401 NW.xlsx
23. 8-9-2022 Tank 7501 NW.xlsx
24. DISC-IN-Def-PHRTs-production-of-[08-20-23-2022-Dome-1-TimeWise-dls-report]-03-14-2025.xlsx
25. DISC-IN-Def-PHRTs-production-on-[08-19-20-22-Dome-1-Datalog-Summary-Report]-03-14-2025.xlsx
26. filenames.txt
27. PHRT Admin Bldg. SE Fenceline Air Monitoring Reports .xlsx
28. PHRT Gate 2 NW  Fenceline Air Monitoring Reports.xlsx
29. PHRT SCPC West Fenceline Air Monitoring Reports xlsx.xlsx
30. PHRT Tank 6819 NW Fenceline  Air Monitoring Data Log Reports .xlsx
31. PHRT Tank 7401 NW Fenceline Air Monitoring Data Log Reports .xlsx
32. PHRT Tank 7501 NW Fenceline  Air Monitoring Data Log Reports .xlsx

*Page No. A1- 3*

*Appendix No. A1 - List of Documents Provided*                    *Expert Witness Report: Case No. 1:23-CV-00012*

33. PHRT Tank 7507 SW Fenceline  Air Monitoring Data Log Reports .xlsx

**Photos of Smoldering from Defendant**

1.   2022-08-04 07-16-50 IMG_8604.JPG
2.   2022-08-04 13-08-06 IMG_8586.JPG
3.   2022-08-04 13-08-08 IMG_8587.JPG
4.   2022-08-06 18-15-26 IMG_7317.JPG
5.   2022-08-06 18-52-30 IMG_7321.JPG
6.   2022-08-07 09-31-49 IMG_8616.JPG
7.   2022-08-07 09-32-19 IMG_8617.JPG
8.   2022-08-07 09-33-19 IMG_8618.JPG
9.   2022-08-07 09-33-26 IMG_8619.JPG
10.   2022-08-07 09-34-13 IMG_8620.JPG
11.   2022-08-07 09-35-13 IMG_8621.JPG
12.   2022-08-07 11-17-19 IMG_8624.JPG
13.   2022-08-07 13-56-14 IMG_8635.JPG
14.   2022-08-07 14-04-46 IMG_8636.JPG
15.   2022-08-07 14-04-55 IMG_8637.JPG
16.   2022-08-07 15-28-09 IMG_8646.JPG
17.   2022-08-07 17-10-07 IMG_8669.JPG
18.   2022-08-07 17-13-51 IMG_8676.JPG
19.   2022-08-07 18-06-25 IMG_8702.JPG
20.   2022-08-08 14-30-29 IMG_0057.JPG
21.   2022-08-08 18-27-52 IMG_8685.JPG
22.   2022-08-09 05-22-27 IMG_0355.JPG
23.   2022-08-09 05-22-39 IMG_0356.JPG
24.   2022-08-09 05-23-12 IMG_8668.JPG
25.   2022-08-09 05-23-14 IMG_0359.JPG
26.   2022-08-10 06-48-49 IMG_8705.JPG
27.   2022-08-10 07-14-01 IMG_8719.JPG
28.   2022-08-11 14-49-45 IMG_8717.JPG
29.   2022-08-11 16-17-56 IMG_8737.JPG
30.   2022-08-12 03-39-06 IMG_8727.JPG
31.   2022-08-12 03-43-39 IMG_8734.JPG
32.   2022-08-12 03-43-54 IMG_8735.JPG
33.   2022-08-12 03-45-12 IMG_8736.JPG
34.   2022-08-12 03-45-45 IMG_8754.JPG
35.   2022-08-12 15-16-08 IMG_8775.JPG
36.   2022-08-13 14-40-35 IMG_8772.JPG
37.   2022-08-13 20-11-04 IMG_8782.JPG
38.   2022-08-13 20-14-30 IMG_8790.JPG
39.   2022-08-13 20-17-43 IMG_8784.JPG
40.   2022-08-13 20-25-14 IMG_8792.JPG
41.   2022-08-14 06-59-58 IMG_8793.JPG
42.   2022-08-14 07-00-05 IMG_8795.JPG
43.   2022-08-14 07-00-43 IMG_8794.JPG
44.   2022-08-14 07-01-38 IMG_8796.JPG
45.   2022-08-14 07-02-12 IMG_8812.JPG
46.   2022-08-14 09-20-27 IMG_0075.JPG
47.   2022-08-14 09-20-32 IMG_0076.JPG
48.   2022-08-14 09-21-38 IMG_0077.JPG
49.   2022-08-14 09-21-45 IMG_0078.JPG
50.   2022-08-14 09-21-51 IMG_0079.JPG
51.   2022-08-14 09-22-01 IMG_0080.JPG
52.   2022-08-14 09-22-05 IMG_0081.JPG
53.   2022-08-14 09-22-08 IMG_0082.JPG
54.   2022-08-14 09-22-13 IMG_0083.JPG
55.   2022-08-14 12-45-37 IMG_8811.JPG
56.   2022-08-14 12-47-59 IMG_8853.JPG
57.   2022-08-14 17-38-44 IMG_8816.JPG
58.   2022-08-14 17-40-02 IMG_8817.JPG
59.   2022-08-15 19-13-39 IMG_8827.JPG
60.   2022-08-15 19-13-54 IMG_8828.JPG
61.   2022-08-16 05-40-11 IMG_8829.JPG
62.   2022-08-16 05-40-32 IMG_8830.JPG
63.   2022-08-16 05-40-41 IMG_8831.JPG
64.   2022-08-16 05-40-44 IMG_8832.JPG
65.   2022-08-16 05-41-36 IMG_8833.JPG
66.   2022-08-16 05-41-40 IMG_8834.JPG
67.   2022-08-16 05-43-23 IMG_8835.JPG
68.   2022-08-16 05-44-21 IMG_8837.JPG
69.   2022-08-16 05-45-44 IMG_8838.JPG
70.   2022-08-16 05-45-50 IMG_8839.JPG
71.   2022-08-16 05-46-26 IMG_8840.JPG
72.   2022-08-16 05-46-36 IMG_8841.JPG
73.   2022-08-16 05-47-22 IMG_8843.JPG
74.   2022-08-16 05-47-45 IMG_8844.JPG
75.   2022-08-16 05-47-50 IMG_8845.JPG
76.   2022-08-16 05-47-54 IMG_8846.JPG
77.   2022-08-16 05-48-11 IMG_8847.JPG
78.   2022-08-16 05-48-34 IMG_8848.JPG
79.   2022-08-16 05-48-37 IMG_8849.JPG
80.   2022-08-16 05-49-00 IMG_8850.JPG
81.   2022-08-16 05-49-05 IMG_8851.JPG
82.   2022-08-16 05-49-10 IMG_8852.JPG
83.   2022-08-16 06-06-10 IMG_8860.JPG
84.   2022-08-16 06-06-16 IMG_8854.JPG

*Page No. A1- 4*

| | | | |
|---|---|---|---|
| 85. | 2022-08-16 14-39-09 IMG_8856.JPG | 129. | 2022-08-18 05-55-00 IMG_8927.JPG |
| 86. | 2022-08-16 16-15-13 IMG_8857.JPG | 130. | 2022-08-18 05-55-00 |
| 87. | 2022-08-17 03-58-02 IMG_8858.JPG | | IMG_E8927.JPG |
| 88. | 2022-08-17 03-59-13 IMG_8859.JPG | 131. | 2022-08-18 05-55-36 IMG_3434.JPG |
| 89. | 2022-08-17 04-00-26 IMG_8864.JPG | 132. | 2022-08-18 06-18-10 IMG_8929.JPG |
| 90. | 2022-08-17 04-00-30 IMG_8861.JPG | 133. | 2022-08-18 06-18-16 IMG_8930.JPG |
| 91. | 2022-08-17 04-00-40 IMG_8862.JPG | 134. | 2022-08-18 06-18-24 IMG_8931.JPG |
| 92. | 2022-08-17 04-07-53 IMG_8863.JPG | 135. | 2022-08-18 06-24-22 IMG_8934.JPG |
| 93. | 2022-08-17 04-08-24 IMG_8901.JPG | 136. | 2022-08-18 06-24-38 IMG_8935.JPG |
| 94. | 2022-08-17 04-08-47 IMG_8865.JPG | 137. | 2022-08-18 06-24-48 IMG_8936.JPG |
| 95. | 2022-08-17 04-09-08 IMG_8866.JPG | 138. | 2022-08-18 06-25-01 IMG_8938.JPG |
| 96. | 2022-08-17 05-59-20 IMG_8867.JPG | 139. | 2022-08-18 06-25-59 IMG_8942.JPG |
| 97. | 2022-08-17 05-59-46 IMG_8868.JPG | 140. | 2022-08-18 07-30-58 IMG_8943.JPG |
| 98. | 2022-08-17 06-03-26 IMG_8870.JPG | 141. | 2022-08-18 08-53-54 IMG_8944.JPG |
| 99. | 2022-08-17 06-03-39 IMG_8871.JPG | 142. | 2022-08-18 08-53-56 IMG_8945.JPG |
| 100. | 2022-08-17 06-04-20 IMG_8872.JPG | 143. | 2022-08-18 08-53-59 IMG_8946.JPG |
| 101. | 2022-08-17 06-05-12 IMG_9078.JPG | 144. | 2022-08-18 08-54-04 IMG_8947.JPG |
| 102. | 2022-08-17 06-05-34 IMG_8874.JPG | 145. | 2022-08-18 08-56-23 IMG_8948.JPG |
| 103. | 2022-08-17 06-06-18 IMG_8875.JPG | 146. | 2022-08-18 12-04-30 IMG_8949.JPG |
| 104. | 2022-08-17 06-07-54 IMG_8876.JPG | 147. | 2022-08-18 12-04-40 IMG_8950.JPG |
| 105. | 2022-08-17 06-14-30 IMG_8880.JPG | 148. | 2022-08-18 12-05-15 IMG_8951.JPG |
| 106. | 2022-08-17 06-21-40 IMG_8881.JPG | 149. | 2022-08-18 13-57-19 IMG_8952.JPG |
| 107. | 2022-08-17 11-39-16 IMG_2026.JPG | 150. | 2022-08-18 13-57-35 IMG_8953.JPG |
| 108. | 2022-08-17 11-52-31 IMG_2057.JPG | 151. | 2022-08-18 17-19-29 IMG_8954.JPG |
| 109. | 2022-08-17 11-53-11 IMG_2060.JPG | 152. | 2022-08-18 18-38-33 IMG_8956.JPG |
| 110. | 2022-08-17 17-08-49 IMG_8888.JPG | 153. | 2022-08-19 04-04-38 IMG_8958.JPG |
| 111. | 2022-08-17 17-29-26 IMG_8889.JPG | 154. | 2022-08-19 04-07-51 IMG_8962.JPG |
| 112. | 2022-08-17 18-36-23 IMG_8893.JPG | 155. | 2022-08-19 04-07-55 IMG_8963.JPG |
| 113. | 2022-08-18 05-38-16 IMG_8907.JPG | 156. | 2022-08-19 04-08-02 IMG_8964.JPG |
| 114. | 2022-08-18 05-43-40 IMG_8905.JPG | 157. | 2022-08-19 04-16-15 IMG_8970.JPG |
| 115. | 2022-08-18 05-44-29 IMG_8906.JPG | 158. | 2022-08-19 04-16-22 IMG_8971.JPG |
| 116. | 2022-08-18 05-50-00 IMG_8918.JPG | 159. | 2022-08-19 04-16-26 IMG_8972.JPG |
| 117. | 2022-08-18 05-50-04 IMG_8908.JPG | 160. | 2022-08-19 04-16-29 IMG_8973.JPG |
| 118. | 2022-08-18 05-50-10 IMG_8909.JPG | 161. | 2022-08-19 04-16-32 IMG_8974.JPG |
| 119. | 2022-08-18 05-50-12 IMG_8910.JPG | 162. | 2022-08-19 04-16-50 IMG_8975.JPG |
| 120. | 2022-08-18 05-51-54 IMG_8916.JPG | 163. | 2022-08-19 04-26-24 IMG_8986.JPG |
| 121. | 2022-08-18 05-51-56 IMG_8917.JPG | 164. | 2022-08-19 04-37-40 IMG_8989.JPG |
| 122. | 2022-08-18 05-51-58 IMG_9004.JPG | 165. | 2022-08-19 04-42-52 IMG_8992.JPG |
| 123. | 2022-08-18 05-52-04 IMG_8919.JPG | 166. | 2022-08-19 04-43-25 IMG_8994.JPG |
| 124. | 2022-08-18 05-52-43 IMG_8923.JPG | 167. | 2022-08-19 06-33-03 IMG_8996.JPG |
| 125. | 2022-08-18 05-52-49 IMG_8924.JPG | 168. | 2022-08-19 06-33-06 IMG_8997.JPG |
| 126. | 2022-08-18 05-54-47 IMG_8925.JPG | 169. | 2022-08-19 06-34-04 IMG_8998.JPG |
| 127. | 2022-08-18 05-54-57 IMG_8926.JPG | 170. | 2022-08-19 06-34-12 IMG_8999.JPG |
| 128. | 2022-08-18 05-54-57 | 171. | 2022-08-19 06-34-21 IMG_9001.JPG |
| | IMG_E8926.JPG | 172. | 2022-08-19 06-34-40 IMG_9002.JPG |

*Page No. A1- 2*

| | |
|---|---|
| 173. 2022-08-19 07-09-58 IMG_9003.JPG | 218. 2022-08-20 15-46-49 IMG_9075.JPG |
| 174. 2022-08-19 07-10-17 IMG_9084.JPG | 219. 2022-08-21 04-55-37 IMG_9079.JPG |
| 175. 2022-08-19 16-16-22 IMG_9006.JPG | 220. 2022-08-21 04-55-53 IMG_9080.JPG |
| 176. 2022-08-19 17-01-31 IMG_9028.JPG | 221. 2022-08-21 04-55-58 IMG_9081.JPG |
| 177. 2022-08-19 18-48-36 IMG_9029.JPG | 222. 2022-08-21 04-56-25 IMG_9082.JPG |
| 178. 2022-08-19 18-48-39 IMG_9030.JPG | 223. 2022-08-21 04-56-55 IMG_9083.JPG |
| 179. 2022-08-19 18-49-03 IMG_9031.JPG | 224. 2022-08-21 04-57-08 IMG_9130.JPG |
| 180. 2022-08-19 18-51-21 IMG_9033.JPG | 225. 2022-08-21 05-03-44 IMG_9086.JPG |
| 181. 2022-08-19 18-53-10 IMG_9034.JPG | 226. 2022-08-21 05-07-12 IMG_9091.JPG |
| 182. 2022-08-19 18-57-56 IMG_9035.JPG | 227. 2022-08-21 05-07-13 IMG_9092.JPG |
| 183. 2022-08-19 18-58-00 IMG_9036.JPG | 228. 2022-08-21 05-07-16 IMG_9093.JPG |
| 184. 2022-08-19 18-58-07 IMG_9037.JPG | 229. 2022-08-21 05-10-05 IMG_9096.JPG |
| 185. 2022-08-19 18-58-10 IMG_9038.JPG | 230. 2022-08-21 05-10-07 IMG_9097.JPG |
| 186. 2022-08-19 19-01-14 IMG_9040.JPG | 231. 2022-08-21 06-13-49 IMG_9098.JPG |
| 187. 2022-08-19 19-01-17 IMG_9041.JPG | 232. 2022-08-21 06-13-51 IMG_9099.JPG |
| 188. 2022-08-19 19-03-37 IMG_9042.JPG | 233. 2022-08-21 06-14-57 IMG_9100.JPG |
| 189. 2022-08-19 19-03-57 IMG_9043.JPG | 234. 2022-08-21 06-16-13 IMG_9102.JPG |
| 190. 2022-08-19 19-04-02 IMG_9044.JPG | 235. 2022-08-21 06-16-15 IMG_9103.JPG |
| 191. 2022-08-19 20-58-49 IMG_9045.JPG | 236. 2022-08-21 06-16-17 IMG_9104.JPG |
| 192. 2022-08-19 20-58-56 IMG_9047.JPG | 237. 2022-08-21 06-16-20 IMG_9105.JPG |
| 193. 2022-08-19 21-00-28 IMG_9048.JPG | 238. 2022-08-21 06-19-02 IMG_9106.JPG |
| 194. 2022-08-20 05-49-16 IMG_9049.JPG | 239. 2022-08-21 06-19-25 IMG_9107.JPG |
| 195. 2022-08-20 05-49-17 IMG_9050.JPG | 240. 2022-08-21 06-31-51 IMG_9108.JPG |
| 196. 2022-08-20 06-11-31 IMG_9051.JPG | 241. 2022-08-21 06-32-09 IMG_9109.JPG |
| 197. 2022-08-20 06-11-48 IMG_9052.JPG | 242. 2022-08-21 06-32-13 IMG_9110.JPG |
| 198. 2022-08-20 06-12-38 IMG_9053.JPG | 243. 2022-08-21 07-01-33 IMG_9112.JPG |
| 199. 2022-08-20 06-13-54 IMG_9054.JPG | 244. 2022-08-21 07-08-18 IMG_9113.JPG |
| 200. 2022-08-20 06-24-22 IMG_9055.JPG | 245. 2022-08-21 07-34-20 IMG_9114.JPG |
| 201. 2022-08-20 12-24-59 IMG_9056.JPG | 246. 2022-08-21 07-51-01 IMG_9117.JPG |
| 202. 2022-08-20 12-26-17 IMG_9057.JPG | 247. 2022-08-21 07-51-04 IMG_9118.JPG |
| 203. 2022-08-20 12-26-33 IMG_9058.JPG | 248. 2022-08-21 07-53-01 IMG_9124.JPG |
| 204. 2022-08-20 12-27-51 IMG_9059.JPG | 249. 2022-08-21 07-53-04 IMG_9125.JPG |
| 205. 2022-08-20 12-28-57 IMG_9060.JPG | 250. 2022-08-21 07-53-05 IMG_9126.JPG |
| 206. 2022-08-20 14-01-10 IMG_0816.JPG | 251. 2022-08-21 07-53-08 IMG_9127.JPG |
| 207. 2022-08-20 14-01-38 IMG_0817.JPG | 252. 2022-08-21 07-53-09 IMG_9128.JPG |
| 208. 2022-08-20 14-01-44 IMG_0818.JPG | 253. 2022-08-21 07-53-11 IMG_9129.JPG |
| 209. 2022-08-20 14-03-42 IMG_0819.JPG | 254. 2022-08-21 07-55-46 IMG_9131.JPG |
| 210. 2022-08-20 14-05-04 IMG_0820.JPG | 255. 2022-08-21 07-55-53 IMG_0358.JPG |
| 211. 2022-08-20 14-06-37 IMG_0821.JPG | 256. 2022-08-21 07-55-55 IMG_9133.JPG |
| 212. 2022-08-20 14-07-26 IMG_0822.JPG | 257. 2022-08-21 07-56-18 IMG_9134.JPG |
| 213. 2022-08-20 14-07-33 IMG_0823.JPG | 258. 2022-08-21 07-56-19 IMG_9135.JPG |
| 214. 2022-08-20 14-07-35 IMG_0824.JPG | 259. 2022-08-21 07-57-42 IMG_9137.JPG |
| 215. 2022-08-20 14-08-00 IMG_0825.JPG | 260. 2022-08-21 07-57-46 IMG_9138.JPG |
| 216. 2022-08-20 14-08-04 IMG_0826.JPG | 261. 2022-08-21 08-01-14 IMG_9139.JPG |
| 217. 2022-08-20 15-40-56 IMG_9074.JPG | 262. 2022-08-21 08-01-35 IMG_9140.JPG |

*Page No. A1- 3*

| | |
|---|---|
| 263. 2022-08-21 08-34-37 IMG_9142.JPG | 308. 2022-08-24 07-38-22 IMG_9225.JPG |
| 264. 2022-08-21 08-34-38 IMG_9143.JPG | 309. 2022-08-25 05-00-00 IMG_9238.JPG |
| 265. 2022-08-21 08-57-16 IMG_6616.JPG | 310. 2022-08-25 05-02-56 IMG_9242.JPG |
| 266. 2022-08-21 08-57-19 IMG_6618.JPG | 311. 2022-08-25 05-08-18 IMG_9247.JPG |
| 267. 2022-08-21 08-57-23 IMG_6619.JPG | 312. 2022-08-25 05-10-27 IMG_9251.JPG |
| 268. 2022-08-21 08-57-23 IMG_8564.JPG | 313. 2022-08-25 05-23-25 IMG_9255.JPG |
| 269. 2022-08-21 13-44-27 IMG_9154.JPG | 314. 2022-08-25 05-23-40 IMG_9256.JPG |
| 270. 2022-08-21 17-45-34 IMG_9158.JPG | 315. 2022-08-25 05-23-49 IMG_9257.JPG |
| 271. 2022-08-21 17-45-40 IMG_9159.JPG | 316. 2022-08-25 05-24-07 IMG_9258.JPG |
| 272. 2022-08-21 17-53-37 IMG_9160.JPG | 317. 2022-08-25 05-24-42 IMG_9261.JPG |
| 273. 2022-08-21 18-46-24 IMG_9162.JPG | 318. 2022-08-25 15-54-25 IMG_9273.JPG |
| 274. 2022-08-21 18-50-18 IMG_9163.JPG | 319. 2022-08-25 16-15-02 IMG_9274.JPG |
| 275. 2022-08-21 18-51-06 IMG_9164.JPG | 320. 2022-08-25 16-15-03 IMG_9275.JPG |
| 276. 2022-08-21 19-12-52 IMG_9174.JPG | 321. 2022-08-25 23-39-59 IMG_9283.JPG |
| 277. 2022-08-22 06-39-16 IMG_9175.JPG | 322. 2022-08-25 23-40-02 IMG_9284.JPG |
| 278. 2022-08-22 06-39-50 IMG_9176.JPG | 323. 2022-08-25 23-40-53 IMG_9285.JPG |
| 279. 2022-08-22 06-39-59 IMG_9177.JPG | 324. 2022-08-25 23-40-55 IMG_9286.JPG |
| 280. 2022-08-22 06-40-17 IMG_9178.JPG | 325. 2022-08-25 23-43-12 IMG_9287.JPG |
| 281. 2022-08-22 06-40-20 IMG_9179.JPG | 326. 2022-08-25 23-44-36 IMG_9288.JPG |
| 282. 2022-08-22 06-40-38 IMG_9180.JPG | 327. 2022-08-25 23-44-59 IMG_9289.JPG |
| 283. 2022-08-22 06-40-57 IMG_9181.JPG | 328. 2022-08-25 23-47-16 IMG_9293.JPG |
| 284. 2022-08-22 14-07-42 IMG_9182.JPG | 329. 2022-08-25 23-47-38 IMG_9294.JPG |
| 285. 2022-08-22 18-57-34 IMG_9185.JPG | 330. 2022-08-25 23-47-43 IMG_9295.JPG |
| 286. 2022-08-22 20-10-13 IMG_9186.JPG | 331. 2022-08-25 23-48-53 IMG_9296.JPG |
| 287. 2022-08-23 05-23-21 IMG_2895.JPG | 332. 2022-08-25 23-49-16 IMG_9470.JPG |
| 288. 2022-08-23 05-23-23 IMG_2896.JPG | 333. 2022-08-26 05-13-40 IMG_9299.JPG |
| 289. 2022-08-23 05-24-25 IMG_2899.JPG | 334. 2022-08-26 05-14-25 IMG_9300.JPG |
| 290. 2022-08-23 05-24-28 IMG_2901.JPG | 335. 2022-08-26 05-16-14 IMG_9301.JPG |
| 291. 2022-08-23 05-24-29 IMG_2902.JPG | 336. 2022-08-26 05-16-20 IMG_9302.JPG |
| 292. 2022-08-23 05-24-30 IMG_2903.JPG | 337. 2022-08-26 05-18-09 IMG_9306.JPG |
| 293. 2022-08-23 05-24-32 IMG_2904.JPG | 338. 2022-08-26 05-18-33 IMG_9307.JPG |
| 294. 2022-08-23 05-24-33 IMG_2905.JPG | 339. 2022-08-26 05-19-19 IMG_9308.JPG |
| 295. 2022-08-23 05-24-34 IMG_2906.JPG | 340. 2022-08-26 05-23-04 IMG_2916.JPG |
| 296. 2022-08-23 05-24-35 IMG_2907.JPG | 341. 2022-08-26 05-23-13 IMG_2917.JPG |
| 297. 2022-08-23 05-24-38 IMG_2908.JPG | 342. 2022-08-26 05-23-22 IMG_2918.JPG |
| 298. 2022-08-23 05-55-55 IMG_9212.JPG | 343. 2022-08-26 05-23-30 IMG_2919.JPG |
| 299. 2022-08-23 05-55-57 IMG_9213.JPG | 344. 2022-08-26 05-23-42 IMG_2920.JPG |
| 300. 2022-08-23 05-56-25 IMG_9298.JPG | 345. 2022-08-26 05-23-59 IMG_2921.JPG |
| 301. 2022-08-24 03-55-51 IMG_9217.JPG | 346. 2022-08-26 05-24-02 IMG_2922.JPG |
| 302. 2022-08-24 04-03-17 IMG_9218.JPG | 347. 2022-08-26 05-24-04 IMG_2923.JPG |
| 303. 2022-08-24 04-03-38 IMG_9219.JPG | 348. 2022-08-26 05-24-06 IMG_2924.JPG |
| 304. 2022-08-24 04-04-50 IMG_9220.JPG | 349. 2022-08-26 05-24-44 IMG_2925.JPG |
| 305. 2022-08-24 04-04-53 IMG_9221.JPG | 350. 2022-08-26 05-24-51 IMG_2926.JPG |
| 306. 2022-08-24 07-08-01 IMG_9222.JPG | 351. 2022-08-26 05-24-56 IMG_9309.JPG |
| 307. 2022-08-24 07-38-02 IMG_9224.JPG | 352. 2022-08-26 05-24-57 IMG_2927.JPG |

*Page No. A1- 4*

| | |
|---|---|
| 353. 2022-08-26 05-25-06 IMG_2928.JPG | 397. 2022-08-27 05-39-32 IMG_9380.JPG |
| 354. 2022-08-26 05-25-09 IMG_2929.JPG | 398. 2022-08-27 05-39-39 IMG_9381.JPG |
| 355. 2022-08-26 05-26-37 IMG_9314.JPG | 399. 2022-08-27 05-39-59 IMG_9382.JPG |
| 356. 2022-08-26 05-26-43 IMG_9315.JPG | 400. 2022-08-27 05-55-21 IMG_9397.JPG |
| 357. 2022-08-26 05-26-48 IMG_2930.JPG | 401. 2022-08-27 05-55-22 IMG_9398.JPG |
| 358. 2022-08-26 05-26-53 IMG_2931.JPG | 402. 2022-08-27 05-55-24 IMG_9399.JPG |
| 359. 2022-08-26 05-26-58 IMG_2932.JPG | 403. 2022-08-27 06-08-04 IMG_9400.JPG |
| 360. 2022-08-26 05-27-02 IMG_9317.JPG | 404. 2022-08-27 06-08-19 IMG_9401.JPG |
| 361. 2022-08-26 05-27-17 IMG_2933.JPG | 405. 2022-08-27 06-08-57 IMG_9402.JPG |
| 362. 2022-08-26 05-27-24 IMG_2934.JPG | 406. 2022-08-27 06-09-31 IMG_9403.JPG |
| 363. 2022-08-26 05-27-28 IMG_2935.JPG | 407. 2022-08-27 06-09-34 IMG_9404.JPG |
| 364. 2022-08-26 05-27-34 IMG_2936.JPG | 408. 2022-08-27 06-10-37 IMG_9405.JPG |
| 365. 2022-08-26 05-27-37 IMG_2937.JPG | 409. 2022-08-27 06-10-53 IMG_9406.JPG |
| 366. 2022-08-26 05-27-52 IMG_9320.JPG | 410. 2022-08-27 06-15-02 IMG_9409.JPG |
| 367. 2022-08-26 05-28-25 IMG_2938.JPG | 411. 2022-08-27 06-15-10 IMG_9410.JPG |
| 368. 2022-08-26 06-03-06 IMG_9347.JPG | 412. 2022-08-27 06-15-48 IMG_9411.JPG |
| 369. 2022-08-26 06-03-09 IMG_9348.JPG | 413. 2022-08-27 06-15-58 IMG_9412.JPG |
| 370. 2022-08-26 06-03-14 IMG_9349.JPG | 414. 2022-08-27 12-59-25 IMG_9416.JPG |
| 371. 2022-08-26 06-06-28 IMG_9350.JPG | 415. 2022-08-27 13-01-29 IMG_9417.JPG |
| 372. 2022-08-26 06-07-19 IMG_9351.JPG | 416. 2022-08-27 13-01-33 IMG_9418.JPG |
| 373. 2022-08-26 06-07-48 IMG_9352.JPG | 417. 2022-08-27 13-01-37 IMG_9419.JPG |
| 374. 2022-08-26 06-08-03 IMG_9353.JPG | 418. 2022-08-27 14-53-52 IMG_9421.JPG |
| 375. 2022-08-26 06-08-37 IMG_9354.JPG | 419. 2022-08-28 09-16-40 IMG_9423.JPG |
| 376. 2022-08-26 06-08-58 IMG_9355.JPG | 420. 2022-08-28 15-46-12 IMG_9425.JPG |
| 377. 2022-08-26 06-23-04 IMG_9356.JPG | 421. 2022-08-28 15-46-15 IMG_9426.JPG |
| 378. 2022-08-26 06-23-06 IMG_9357.JPG | 422. 2022-08-28 15-46-19 IMG_9427.JPG |
| 379. 2022-08-26 06-23-09 IMG_9358.JPG | 423. 2022-08-29 04-44-34 IMG_9429.JPG |
| 380. 2022-08-26 06-23-47 IMG_9359.JPG | 424. 2022-08-29 04-44-40 IMG_9430.JPG |
| 381. 2022-08-26 08-58-26 IMG_0074.JPG | 425. 2022-08-29 04-52-18 IMG_9431.JPG |
| 382. 2022-08-26 14-08-03 IMG_9362.JPG | 426. 2022-08-29 04-53-06 IMG_9432.JPG |
| 383. 2022-08-26 14-08-58 IMG_9363.JPG | 427. 2022-08-29 04-53-14 IMG_9433.JPG |
| 384. 2022-08-26 14-13-37 IMG_9364.JPG | 428. 2022-08-29 04-56-56 IMG_9441.JPG |
| 385. 2022-08-27 05-27-15 IMG_9365.JPG | 429. 2022-08-30 04-23-08 IMG_9456.JPG |
| 386. 2022-08-27 05-27-32 IMG_9366.JPG | 430. 2022-08-31 03-49-00 IMG_9460.JPG |
| 387. 2022-08-27 05-29-46 IMG_9369.JPG | 431. 2022-08-31 03-49-16 IMG_9461.JPG |
| 388. 2022-08-27 05-35-20 IMG_9370.JPG | 432. 2022-08-31 03-49-54 IMG_9462.JPG |
| 389. 2022-08-27 05-35-40 IMG_9371.JPG | 433. 2022-08-31 03-50-36 IMG_9463.JPG |
| 390. 2022-08-27 05-35-47 IMG_9372.JPG | 434. 2022-08-31 03-55-00 IMG_9464.JPG |
| 391. 2022-08-27 05-38-28 IMG_9374.JPG | 435. 2022-08-31 03-55-19 IMG_9465.JPG |
| 392. 2022-08-27 05-38-35 IMG_9375.JPG | 436. 2022-08-31 03-56-25 IMG_9467.JPG |
| 393. 2022-08-27 05-38-57 IMG_9376.JPG | 437. 2022-08-31 03-57-40 IMG_9468.JPG |
| 394. 2022-08-27 05-39-01 IMG_9377.JPG | 438. 2022-08-31 03-59-12 IMG_9469.JPG |
| 395. 2022-08-27 05-39-09 IMG_9378.JPG | 439. IMG_9471.JPG |
| 396. 2022-08-27 05-39-23 IMG_9379.JPG | |

*Page No. A1- 5*

## Videos of Smoldering from Defendant

1. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001116]-02-21-2025.mov
2. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001117]-02-21-2025.mov
3. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-05-at-0552-IMG-8597]-11-04-2024.MOV
4. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-0935-IMG-8622]-11-04-2024.MOV
5. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1405-IMG-8639]-11-04-2024.MOV
6. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1407-IMG-8640]-11-04-2024.MOV
7. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1449-IMG-8641]-11-04-2024.MOV
8. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1457-IMG-8642]-11-04-2024.MOV
9. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1458-IMG-8643]-11-04-2024.MOV
10. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1500-IMG-8644]-11-04-2024.MOV
11. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1502-IMG-8645]-11-04-2024.MOV
12. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8651]-11-04-2024.MOV
13. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8652]-11-04-2024.MOV
14. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1701-IMG-8655]-11-04-2024.MOV
15. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1703-IMG-8656]-11-04-2024.MOV
16. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1714-IMG-8672]-11-04-2024.MOV
17. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1716-IMG-8675]-11-04-2024.MOV
18. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-2009-IMG-8677]-11-04-2024.MOV
19. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-08-at-1429-IMG-0056]-11-04-2024.MOV
20. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1955-IMG-8721]-11-04-2024.MOV
21. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8722]-11-04-2024.MOV
22. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8723]-11-04-2024.MOV

*Page No. A1- 2*

23. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8728]-11-04-2024.MOV

24. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8729]-11-04-2024.MOV

25. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0342-IMG-8732]-11-04-2024.MOV

26. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8740]-11-04-2024.MOV

27. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8741]-11-04-2024.MOV

28. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3871]-11-04-2024.MOV

29. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3872]-11-04-2024.MOV

30. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-1917-IMG-8756]-11-04-2024.MOV

31. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0543-IMG-8762]-11-04-2024.MOV

32. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0552-IMG-8764]-11-04-2024.MOV

33. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0553-IMG-8766]-11-04-2024.MOV

34. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0846-IMG-8767]-11-04-2024.MOV

35. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2011-IMG-8777]-11-04-2024.MOV

36. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2012-IMG-8778]-11-04-2024.MOV

37. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8779]-11-04-2024.MOV

38. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8780]-11-04-2024.MOV

39. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2017-IMG-8783]-11-04-2024.MOV

40. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2019-IMG-8789]-11-04-2024.MOV

41. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-0707-IMG-8798]-11-04-2024.MOV

42. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-1257-IMG-8813]-11-04-2024.MOV

43. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-15-at-1935-IMG-0793]-11-04-2024.MOV

44. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0543-IMG-8836]-11-04-2024.MOV

*Page No. A1- 3*

45. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0546-IMG-8842]-11-04-2024.MOV

46. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0607-IMG-8877]-11-04-2024.MOV

47. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0608-IMG-8878]-11-04-2024.MOV

48. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0614-IMG-8879]-11-04-2024.MOV

49. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0621-IMG-8882]-11-04-2024.MOV

50. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1729-IMG-8890]-11-04-2024.MOV

51. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1833-IMG-8892]-11-04-2024.MOV

52. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8894]-11-04-2024.MOV

53. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8895]-11-04-2024.MOV

54. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0540-IMG-8902]-11-04-2024.MOV

55. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0541-IMG-8903]-11-04-2024.MOV

56. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0543-IMG-8904]-11-04-2024.MOV

57. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0550-IMG-8911]-11-04-2024.MOV

58. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0551-IMG-8912]-11-04-2024.MOV

59. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-21-at-0505-IMG-3557]-11-04-2024.MOV

60. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0522-IMG-2894]-11-04-2024.MOV

61. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0523-IMG-2897]-11-04-2024.MOV

62. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0530-IMG-3498]-11-04-2024.MOV

63. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23]-at-0524-IMG-2898]-11-04-2024.MOV

64. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3906]-11-04-2024.MOV

65. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3907]-11-04-2024.MOV

66. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0526-IMG-3908]-11-04-2024.MOV

*Page No. A1- 4*

67. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0534-IMG-3905]-11-04-2024.MOV
68. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-2026]-11-04-2024.MOV
69. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8587]-11-04-2024.MOV
70. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8620]-11-04-2024.MOV
71. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8634]-11-04-2024.MOV
72. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8635]-11-04-2024.MOV
73. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8685]-11-04-2024.MOV
74. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8712]-11-04-2024.MOV
75. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8717]-11-04-2024.MOV
76. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8794]-11-04-2024.MOV
77. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8811]-11-04-2024.MOV
78. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8870]-11-04-2024.MOV
79. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-9401]-11-04-2024.MOV

*Page No. A1- 5*

# Appendix A2
# Resume and Publications List

# DANIEL MAHR, P. E.
## Project Manager

**EDUCATION**

Master of Science, New Jersey Institute of Technology.
Bachelor of Science in Mechanical Engineering, New Jersey Institute of Technology.

**LICENSES**

Registered Professional Engineer, States of:  Colorado, Missouri, New Jersey, and North Carolina.

**ENERGY ASSOCIATES**                                              **1993 - Present**
**President and Project Manager**
Mr. Mahr is a specialist in the engineering and design of dry bulk material handling systems. He is an expert in the supply, handling, blending, and processing of a wide range of bulk materials ranging from alumina to wood chips.  Mr. Mahr is experienced in ports and terminals, the power, transportation, mining, steel, and process industries.  He has managed large or technically demanding projects handling bauxite, coal, biomass, minerals, and other bulk commodities.  As president, Mr. Mahr is responsible for all corporate activities of Energy Associates.

**Expert Witness**

Mr. Mahr has provided technical services in instances for breach of contract, dispute resolution, equipment failure, fatal accidents, and litigation technical support.
* Cozen O'Connor - City of Wilmington.  Expert Witness services in the matter of the failure of the Therma-Flite auger dryer and the damaged Cummins landfill-gas-fired generator at the city's Renewable Energy Biosolids Facility.
* Confidential Client. Commissioning and operating problems for the iron ore handling system of a major concentrates plant.
* Continental Casualty Company.  Mediation technical support, for the Wawa, Ontario Canada, pellet plant.
* Confidential Client. Non-fatal, tractor-trailer dump truck unloading accident.
* Great American - Specialty E & S Division.  Fatal accident investigation, frac sand train unloading using a mobile unloader.
* Quarles & Brady, LLP.  Advised and assisted in Salt River Project's dispute with BRUKS Rockwood Materials Handling alleging breach of contract concerning the supply of two (2) stacker scraper reclaimers at the Springerville Unit No. 4 coal-fired power plant.

**Project Manager**

As a project manager, he was responsible for the schedule, budget, and technical aspects of the following projects.
* Ingetec, S.A.  Studied a barge loading option for the Riverport Grain Terminal Barranquilla, Colombia.
* NST Transloading.  Provided technical services preparing bid specifications, proposal reviews, EPC Contractor reviews for compliance with the Contract for a frac sand terminal in East Fairview, ND.
* Atlantic Power.  Prepared concept drawings and reports for the addition of a used railroad tie handling system to be added to the biomass handling system of the Williams Lake Power Plant.
* NIRAS Ports and Maritime.  Provide technical support for Sable Mining Africa's plan for an iron ore export facility at the Port of Buchanan, Liberia with a transloading operation from Panamax to Cape vessels, including the use of dedicated self-unloaders.
* Mott MacDonald.  Reviewed fuel quality issues, studies, and submittals of the ash handling and landfill systems for Jordan Oil Shate Company's plans for the Attarat Power Plant.

*Page No. A2-2*

* CH2M HILL. Samalaju Industrial Port, Sarawak, Malaysia. EPC tender documents for a complex, multi-dry bulk commodity, conveyor belt system, with four dry bulk berths, multiple ship unloaders, shiploader, stackers, reclaimers, truck loading terminal, multiple paths, and interface with Industrial Park's distribution conveyor belt system.
* Sirois E&C. Examined coal washing technologies that would work to reduce the ash content of a Brazilian coal, so it might used in a PC boiler with a different, design basis coal.
* Ingetec, S.A. Investigated issues for the pre-feasibility study expansion of the Cerrejón Coal Mine in Colombia, South America from the current 32MTPA capacity up to 60MTPA, assessing both the existing Central Plant and a new Satellite Plant.
* PPL. Investigated problems being experienced with the OSHA Dust Control project at the 1483MW Brunner Island and 1552MW Montour coal-fired power plants.
* Halcrow, Inc. Prepared a desktop study for a Useful Life Assessment of the Bay Side Coal Pier, Baltimore, MD, which considered functional suitability, capacity/utilization, cost/efficiency, safety/compliance, and siting
* Sigma Energy Solutions. Sulcis Plant, Sardinia, Italy. Investigated fuel feeding problems for ENEL's 350MW, Unit No. 2, CFB boiler and developed a variety of options to address the issues and retrofit improvements.
* Mott MacDonald/Drax Power. Developed concepts, system arrangements, and bid specifications for the fuel feed systems for both the Heron and Ouse,300 MW biomass power plants.
* Longview Power. A/E responsibilities (concept development, bid drawings, specifications, foundation design, technical evaluations, etc.) for three (3) fuel systems with an approximate value of $100 million for a greenfield, 700MW plant; including the plant's coal handling system, an adjacent coal-blending yard, and a 4.5 mile overland conveyor system with a surge stacking/reclaim system.
* Bechtel Power Corporation. Failure analysis for the scraper/reclaimer at Wisconsin Electric's Elm Road coal-fired plant.
* Consumers Energy. Provided technical and support consulting services for the coal and bulk handling for an Advanced Supercritical Pulverized Coal Plant at the Weadock & Karn Plants
* Halcrow. Assessment of existing bulk export/import facilities for bauxite, manganese, and clinker for the Port of Takoradi, Ghana.
* AES Cayuga. Responsible for the feasibility study and detail design of a unique feeder/conveyor addition to the 50-year old AES Cayuga coal-fired plant.
* Sigma Energy Solutions. Investigated area classification for Madison Gas and Electric's Blount Power Plant, which was the subject of an OSHA inspection/notice of a pending citation.
* Sigma Energy Solutions. Investigated the system modifications for the receipt/handling of delayed petroleum coke at GWF's five (5) FBC plants near Pittsburgh, California.
* Ingetec, S.A. Reviewed the bulk material handling and blending plans for three (3) plant expansion programs for Argos Cement, Columbia, South America.
* Prairie State Energy Campus: Technical consulting related to the development of a new "Greenfield", mine mouth 2 x 800 MW coal fired generating station with supercritical steam cycle.
* LS Power. Reviewed and commented on technical documents associated with the coal handling system for the Plum Point Power Plant.
* Sigma Energy Solutions. Investigated biomass handling problems which was adversely impacting combustion for the Detroit Stoker hydrogate at GWF's Tracy Power Plant, California.
* Han-Padron Associates. Investigated design options for bulk commodities import/export facilities in support of planned steel mill, aluminum smelter, and miscellaneous enterprises for Port Khalifa, major new infrastructure, Abu Dhabi
* Ameren Services Company, Meramec Rail Receiving. Responsible for the feasibility study and mechanical/structural detail design for a $64 million coal handling system addition to the Meramec Plant.
* Ingetec, S.A. Provided consulting services for expansions of coal handling facilities at the Port of Santa Marta and the Cerrejon Mine in Colombia, South America
* Ameren Energy Generation Company, Coffeen Crusher House Chutes. Responsible for the total redesign of surge bins, chutes, and skirtboards at the Coffeen Plant.

***Page No. A2-3***

* Tri-State Generation & Transmission.  Responsible for the detail engineering of a rotary coal breaker addition to 110 MW Nucla Station, Nucla, Colorado
* Ameren Services Company.  Responsible for the engineering investigation for additions to coal handling system to support fuel changes at the Sioux Plant.
* Bechtel Power Corporation.  Providing engineering review services for the lignite and limestone handling/preparation systems at the AFBC plant - Red Hills Generation Project, Mississippi.
* Union Electric Company.  Responsible for the engineering investigation for upgrading the coal handling system to support fuel changes at the Meramec Plant.
* Foster Wheeler USA.  Responsible for coal handling engineering services to support their proposal efforts on the Lagisza Power Project in Poland.
* Union Electric Company.  Responsible for the detail engineering of the relocation of the take-up for the South No. 6 conveyors at the Labadie Plant.
* Foster Wheeler USA.  Responsible for coal handling engineering services to support their proposal efforts on the Duburi Power Project in Orissa and the Ghogha Project in Gujarat, India.
* Han-Padron Associates / American Commercial Barge Lines (ACBL).  Responsible for material handling engineering services in support of ACBL's Orinoco multi-bulk terminal, Venezuela.
* Foster Wheeler Mt. Carmel.  Responsible for the engineering investigation of improvements to solve anthracite culm handling problems at the 40 MW Mt. Carmel Plant, Pennsylvania.
* Tri-State Generation & Transmission.  Responsible for the engineering of improvements to the in-plant coal handling system of the 110 MW Nucla Station, Nucla, Colorado
* Union Electric Company.  Responsible for preparing a coal pile procedures guideline for managing stockpiling and reclaiming operations of the rotary plow system.
* Foster Wheeler Power Systems (FWPS).  Provided consulting services on the fuel handling system for the 100 MW IGCC unit, at the Tracy Station of Sierra Pacific
* Union Electric Company.  Responsible for the detail engineering of the retrofit of six self-cleaning magnetic separators to the Labadie Plant.
* CMS Energy.  Assisted in the sourcing of coal and the draft contract for importing coal and reviews of a coal unloading, stacking, and reclaim system for a new 2x300 MW power plant to be constructed at Batangas, Philippines.
* Han-Padron Associates / International Marine Terminals (IMT).  Investigated improvements and operations at IMT's coal export terminal near New Orleans to service a direct reduced iron (DRI) processing plant.
* Fine, Kaplan, and Black.  Assisted in research and analysis of the existing and potential market for oil-in-water emulsion fuels.
* Union Electric Company.  Responsible for an investigation of improvements to the Labadie Plant's coal handling system to solve plow feeder tunnel washout problems and develop improved coal blending procedures.
* Tri-State Generation & Transmission.  Responsible for an investigation of improvements to the coal handling system of the 110 MW Nucla Station, Nucla, Colorado

# POWER TECH ASSOCIATES                                     1990 - 1993
## Vice President and Project Manager

As a vice president, Mr. Mahr was responsible for negotiating client contracts, establishing a new engineering office, and engaging consulting services.  As a project manager, Mr. Mahr was responsible for the commercial and technical aspects of his assigned projects.  His assignments include:

* Central Termica San Nicolas (CEA/AES/CMS/ORMAS Consortium).  Responsible for an investigation of improvements to the coal handling system of the 650 MW San Nicolas Plant, Argentina.
* Tampa Electric Company.  Responsible for an investigation of short and long term improvements for the coal handling, fuel feeding systems of the Gannon Station.
* EPRI. Responsible for the fuel, sorbent, and bed material sections of EPRI's AFBC Balance-of-Plant Guidelines.

*Page No. A2-4*

* Electricity Generating Authority of Thailand. Responsible for a coal sourcing study that examined candidate sources of coal and transportation alternatives for the Ao Phai Power Plant.
* EPRI, NYSE&G, Severud. Responsible for the fuel system investigation of the Jennison Station Fabric Structure Study.
* Electricity Generating Authority of Thailand. Responsible for the feasibility of a 2x150 MW, fluidized bed plant for the Mae Moh lignite mine
* Electricity Generating Authority of Thailand. Responsible for a mining training and orientation program as part of a 2 x 150 MW fluidized bed feasibility study for Mae Moh.
* Community Energy Alternatives. Provided consulting services the design requirements for the fuel and limestone systems on a fluidized bed boiler.
* Electrical Generating Authority of Thailand. Responsible for the feasibility of a 4x700 MW pulverized coal fired plant and a study comparing oil/coal as the plant's primary fuel.

## BURNS AND ROE                                                    1986 - 1990
**Principal Engineer**

As a Principal Engineer in the Energy Systems Technology Division, Mr. Mahr was responsible for the management of engineering and design on his assignments. This includes direct supervision of the engineering team, budget, and schedule. Assignments completed by Mr. Mahr at Burns and Roe include:

Cogentrix, Inc. Responsible for the design and specification of the coal handling system for Cogentrix's 150 MW reference plant and its application to sites in the USA and Puerto Rico (2 x 150 MW).

Florida Power & Light. Investigated system requirements to convert the Sanford Plant from oil to orimulsion.

Korea Power Engineering Co. Provided engineering services for the coal handling system on Poryong Units No. 3 and 4 (2 x 500 MW).

Mecca, California Power Plant. Responsible for the design and specification of the fuel handling system of the 49 MW Colmac Plant. The fuel consists of waste wood chips, baled straw, and various waste agricultural products that are custom blended by the fuel system.

Florida Power & Light. Responsible for a coal transportation and terminal study to move four million tons annually from candidate ports within the State to several potential plant sites. The study examined barge, rail, truck, and slurry pipeline modes of transportation. It included the conceptual design of the transshipment terminal and the calculation of all freight rates.

New England Power. Responsible for a coal shipping alternates cost study for delivering coal to the Brayton Point and Salem Harbor Stations. The marine facilities and unloading systems were examined for several vessel/barge configurations.

Rail India Technical and Economic Services (RITES). Responsible project manager and shipping/port handling expert for the U.S. technology input on a coal transportation study. The study examined the 50 million TPY transportation of coal to 13 power plant/port locations via rail, barges, oceangoing vessels, and slurry pipelines. Conceptual designs of all transportation

*Page No. A2-5*

modes and facilities were developed. Freight rates and facility capital/operating costs were estimated. RITES was responsible to India's Central Electricity Authority for the overall study.

Consolidated Edison. Responsible for the fuel oil handling facilities' inspection program at 12 plant locations that receive oil via vessel or barge. The investigation included modernizing or repairing marine structures, fire protection, electric, oil spill prevention, and communication systems. In addition, technical data on a leak detection system was reviewed.

Electricity Generating Authority of Thailand. Responsible for the bankable feasibility report that consolidated the previous investigations for a 2,400 MW coal-fired power plant at the Ao Phai Site. Coal will be received via ocean going vessels up to 120,000 DWT in size.

Korea Power Engineering Co., Inc. Provided feasibility design review and analysis of the coal receiving and handling systems of an eight unit, 4,000 MW coal-fired power plant at the Sao San site.

China International Water and Electric Corp. Provided design and cost analysis of the coal receiving and handling system for the coal conversion study of two 125 MW units at the Zhabei Power Station. Coal is received via ocean going coastal vessels.

Taiwan Power Company, Hsinta Plant. Provided input to the coal blending investigation for the Hsinta Power Plant. A variety of designs using stacker/reclaimers, silos, and tunnels were investigated.

Taiwan Power Company, Talin Plant. Responsible for the coal blending investigation of the 2400 MW Talin Power Plant. A variety of designs were investigated and evaluated on the basis of capital cost, operating cost, and features/benefits. The blending system was designed to improve boiler performance by maintaining coal quality (from numerous suppliers) within pre-selected ranges.

Taiwan Power Company, Lin Kou Plant. Responsible for the coal blending portion of an air quality control (FGD) investigation of the 650 MW Lin Kou Plant. The coal blending system was designed to improve fuel reliability and maintain sulfur levels within the limits allowable for a dry scrubber system.

China International Water and Electric Corp. Prepared the commercial bid documents for the Changshan Coal Conversion Project which will be financed through ADB.

Lansing Board of Water & Light. Responsible for an ash handling study at the 155 MW Erickson Station. Eight options were investigated to separate bottom ash/pyrites from fly ash to increase their marketability to the construction industry.

Consolidated Edison. Responsible for the 60-Day Coal Burn Plan for the Ravenswood Station, Unit 30. This provides a pre-planned program for reconverting this unit to coal in an emergency, including lay-up maintenance and re-conversion construction. The program included coal handling, burner, ash handling, precipitator, water treatment, and electrical equipment.

*Page No. A2-6*

# ORBA CORPORATION                                    1977 - 1986

**Project Manager and VP of ORTRAN**

Mr. Mahr joined ORBA Corporation as a Project Engineer and was promoted in 1979 to a Project Manager. In 1980, he was given the additional responsibility of Vice President for ORTRAN, a joint venture subsidiary. This subsidiary was responsible for the operation and maintenance of Detroit Edison's Superior Midwest Energy Terminal. Plant improvements during this period included the extension of utilities, foundation and structural repairs, expansion of the office and shop, pile spray system addition, increases in production rates, updating of the controls to PC logic, and a computerized maintenance program. As a Project Manager, Mr. Mahr was responsible for a number of assignments including:

Virginia Power Co., Chesterfield, Portsmouth, Possum Point, and Yorktown Power Stations. Feasibility study of the barge delivery of coal. Preliminary engineering for $50 million in plant additions.

Utility Fuels, Inc. (Houston Lighting & Power), W.A. Parish Plant. Asset evaluation program to identify the current/retirement value of the coal handling facilities.

Union Electric Company, Labadie Plant. Design and arrangement for retrofitting a coal blending system. The system is designed to reduce $SO_2$ emissions and minimize fuel cost.

Williams Pipeline Company, Tulsa, Oklahoma. Coal Export Terminal at Wilmington, N.C. Site selection, feasibility study, and engineering for a $70 million facility.

Bethlehem Steel Corp., Sparrows Point, Maryland. Feasibility studies and bid specification for a $12 million plant addition.

Energy Terminal, Inc., Port Richmond, Philadelphia, PA. Problem solving and plant revisions for a coal export terminal.

Tampa Electric Company, Big Bend Station. Preliminary design of the coal yard expansion/blending facilities. The final installation used this plan.

Jersey Central Power and Light Co. (with Dames and Moore), Unnamed Plant. Planning study of waste disposal for a major coal-fired plant. Five plant sites with 25 disposal sites.

Union Electric Company, Labadie Plant. Design optimization for a $15.4 million coal blending facility.

CILCO, E.D. Edwards Station. Coal blending study to solve boiler fouling and slagging problems.

Ohio Edison, Bruce Mansfield Station. Short and long-term plant improvement studies for the coal and lime handling systems.

Pennsylvania Power Co., Bruce Mansfield Station. Operating Procedure and an Equipment Identification Program for the coal and lime handling systems.

*Page No. A2-7*

Detroit Edison (with PBQ&D), Unnamed Plant, Rubicon Township Site.   Conceptual design of a high capacity dock/overland coal receiving facility.

Williams Brothers Urban Ore, Tulsa, Oklahoma.   Conceptual engineering for an RDF waste processing facility.

Foster Wheeler Corp., Coal Gasification Plant, Duluth, Minnesota.  Responsible for the design of the gasifier's automated poke rod system.

## EDC INCORPORATED                                                    1971 - 1977
**Mechanical Engineer**
As a Mechanical Engineer, Mr. Mahr was responsible for mechanical engineering calculations, equipment selection, drawings, purchasing, and expediting.   He worked on a variety of assignments including:

Perini Corporation, Greater Lawrence Sewage Treatment Plant, North Andover, Mass. Design and supply of the ash, grit, and sludge systems.  Also served as construction representative.

Caulim de Amazonia, Ltd., Kaolin Port, Munguba, Brazil.  Design of the plant and shiploader equipment to load vessels up to 50,000 DWT.

American Cyanamid, Fort Lonesome Plant, Florida.  Design and supply of a phosphate handling and rail loading facility.

Oiltanking of Texas, Aragonite Port, Jacintoport, Texas.   Design and supply of 4,000 TPH aragonite handling equipment.

Exportadora de Sal, Baja, California, Mexico.   Design and supply of a mobile solar salt harvester.

Marcona Ocean Industries, Savannah, Georgia and Ocean Bay, Bahamas.  Design and supply of port facilities.

Charles Schaefer Sons, Elizabeth, N.J.  Design and supply of rail salt receiving facilities.

National Bulk Carriers, Manguba, Brazil.  Design of the raw material (limestone, salt, sulphur, etc.) and hog fuel systems.

Marcona Ocean Industries, Marcona Conveyor.  Design and supply of the self-unloading system for a 74,000 vessel.

Gotaas Larsen, New York, New York, MV Don Segundo Sombra, Hapag Lloyd Shipyard, Bremerhaven, Germany.  Design and supply of the self-unloading system for a 15,300 DWT vessel.  Also served as construction representative.

## SOCIETIES
American Society of Mechanical Engineers – Life, Fellow Membership Grade
  * Current Member of the B20.1 Safety Committee – Safety Standard for Conveyors and Related Equipment

*Page No. A2-8*

* Dedicated Service Award, 2000
* Newsletter editor, FACT Division (1998 to 2004)
* Past Representative the Coal Utilization & Fuels Systems Conference
* Past Chair, FACT Division (two years) and past representative to the Energy Conversion Board
* Past Chair of the Fuels Handling, Transportation, and Storage Technical Committee, FACT Div.

Society of Mining Engineers
* Minerals Processing Division
* Coal Division

National Society of Professional Engineers

N.J. Society of Professional Engineers

## PUBLICATIONS

Mr. Mahr has authored articles on biomass, coal, and power plants for the following magazines and conferences:

* Power Engineering International
* Power Engineering
* Combustion Engineering
* Mechanical Engineering
* Coal Age
* Bulk Solids Handling
* Skillings Mining Review
* Industrial Fuels and Power
* American Power Conference
* ASME Power
* Electric Power
* Internatiional Joint Power Generation Conference
* Industrial Power Conference
* Port Technology
* Ports 80 Conference
* Power-Gen Conference
* EPRI's Coal and Ash Handling Conference
* Western Coal Great Lakes Conference

Mr. Mahr has also contributed a chapter to ASME's Materials Handling Handbook and is the editor of seven ASME publications:  1) Coal Sampling, 2) Coal Quality Control, 3) Handling Low Grade Coal,  4) Fuel Strategies - Coal Supply, Dust Control, and Byproduct Utilization, 5) Fuel Strategies - Conventional and Unconventional Fuels, 6) Recent Fluidized Bed Projects, 7) FBC and AFBC Projects and Technology

*Page No. A2-9*

# Publications List - Daniel Mahr, P.E.

1. "A Purpose-Oriented Approach to Transshipment Terminal Development"; A. T. Yu and Daniel Mahr; Skillings Mining Review; February 2, 1980.

2. "Application POA to Transshipment Terminals"; A. T. Yu and Daniel Mahr; Ports 80; ASCE; September, 1980.

3. "Evaluation of Coal Blending Systems"; James Morgan (Union Electric) and Daniel Mahr; Combustion; April, 1981. - Reprinted from Coal and Ash Handling Conference; EPRI; October 27-29, 1980.

4. "Bulk Handling - Advances in Mining, Transportation, and Processing"; A. Tobey Yu and Daniel Mahr; ASME Winter Annual Meeting; November 16-21, 1980; Chicago, Illinois.

5. "Terminal Planning and Design"; Daniel Mahr; The Western Coal Great Lakes Alternative; Port of Superior, Wisconsin; August 27 and 28, 1981; pg. 31-41.

6. "Coal blending at power plants"; Daniel Mahr; Power Engineering; June, 1981; pg. 86-89.

7. "Systems approach to dust emission control at coal piles"; Daniel Mahr; Power Engineering; June, 1983; pg. 57-59.

8. "Preventative and Emergency Maintenance - Power Plant Programs"; Daniel Mahr; Joint Power Generation Conference, ASME, 83-JPGC-PWR-50; Indianapolis, Indiana; October, 1983.

9. "Ingenuity Pays in Austere Times"; A. Tobey Yu and Daniel Mahr; Coal Age; January, 1984; pg 54-58

10. "People, a key resource for improving maintenance"; Daniel Mahr; Power Engineering; March, 1984; pg. 51-52.

11. "Marine and Coal Receiving Facilities for Major North American Generating Stations"; A. T. Yu and Daniel Mahr; Joint Power Generation Conference, ASME, 84-JPGC-FU-2; Toronto, Canada; September, 1984.

12. "Industrial Boilers - Coal and Waste Handling"; Daniel Mahr; Joint Power Generation Conference; ASME, 84-JPGC-FU-17; Toronto, Canada; September, 1984.

13. "Coal, It's Properties and Handling Systems for Industrial Boilers"; Daniel Mahr; Industrial Power Flexibility in A Changing Economy; Industrial Power Conference, ASME; October 28-31, 1984; pg. 21-29.

14. "Chapter 31 - Above Ground Handling and Storage"; A. T. Yu and Daniel Mahr; Materials Handling Handbook, Second Edition; Raymond A. Kulweic, Editor; John Wiley & Sons; New York, 1985, pg. 1215-1247.

15. "Coal For Industrial Boilers"; Daniel Mahr; Mechanical Engineering; February, 1985; pg. 34-43.

*Page No. A2-10*

16. "Coal Yard Expansion at TECO's Gannon Station"; Kevin E. Fleming (Tampa Electric) and Daniel Mahr; American Power Conference, Volume 47, Illinois Institute of Technology; Chicago, Illinois; April 22-24, 1985; pg. 55-61.

17. "Coal Resource Planning - Cost Effective Facilities"; A. T. Yu and Daniel Mahr; Joint Power Generation Conference, ASME; Milwaukee, Wisconsin; 1985.

18. "Coal transportation and handling"; Daniel Mahr; <u>Power Engineering</u>; November, 1985; pg. 38-43.

19. "Getting coal by truck"; Daniel Mahr; <u>Power Engineering</u>; January, 1986; pg. 25-27.

20. "Reducing Fuel Costs - Virginia Power's Transportation Program"; James O. Mawyer (Director - Traffic Fuel, Virginia Power) and Daniel Mahr; SME-AIME Annual Meeting; New Orleans; March 2-6, 1986.

21. "Coal slurry pipelines, overland belt conveyors see brighter future" Daniel Mahr and Bernard Robert (Charbonnages de France); <u>Power Engineering</u>; November, 1986; pg. 24-26.

22. <u>Coal Sampling Fundamentals and New Applications - Belt Conveyor Systems, FACT Vol. 1</u>; Joint Power Generation Conference, ASME; Miami, Florida; October 4-8, 1987.

23. "Blending Coal for Quality Control"; Daniel Mahr; <u>Coal Quality Control - Fundamentals and "Applications, FACT Vol. 2</u>; Joint Power Generation Conference, ASME; Philadelphia, Penn.; September 25-29, 1988; pg. 1-8.

24. "Taipower's Program to Improve Fuel Quality via Coal Blending"; Li-Tsung Lu and Hong-Neng Wu (Taipower), W. S. Hsieh (Lin & Roe), and Daniel Mahr; <u>Coal Quality Control - Fundamentals and "Applications, FACT Vol. 2</u>; Joint Power Generation Conference, ASME; Philadelphia, Penn.; September 25-29, 1988; pg. 17-23.

25. "Design of the Biomass Fuel System for the Mecca Power Plant"; Daniel Breig (Mission Power), Ronald Simms (Walsh Construction), and Daniel Mahr; Power Gen '88, Orlando, Florida; December 6-8, 1988; pg. 1195-1250.

26. "India's Plans for Transporting Large Tonnages of Low Quality Coal"; Y. P. Kedia (RITES, India) and Daniel Mahr; <u>Bulk Solids Handling, Vol. 10, No. 1</u>; February, 1990; pg. 67-75. - Reprinted from <u>Handling Low Grade Coal - Fundamentals and Applications, FACT Vol. 5</u>; Daniel Mahr, editor; Joint Power Generation Conference, ASME; Dallas, Texas; October 22-26, 1989.

27. "Coal Supply Issues for South Korea", Daniel Mahr, 7th U.S. – Korea Joint Workshop on Coal Utilization Technology, PETC/Kier; August 26-29, 1990, Proceedings pages 68 – 85.

28. "Fabric Structures for Coal Storage and Natural Draft Cooling Towers"; Horst Berger (Severud Associates), Daniel Mahr, John Bartz (EPRI), Robert Mitchell (consultant), <u>Fuel Strategies - Coal Supply, Dust Control and Byproduct Utilization, FACT Vol. 8</u>; M. L. Aaranson, K. Krishna, D. Mahr, & T. M. Nechvatal, editors; International Joint Power Generation Conference, ASME; Boston, Mass.; October 21-25, 1990.

*Page No. A2-11*

29. "Coal use expansion ahead for Pacific Rim power plants (Part 1); Daniel Mahr; <u>Power Engineering</u>; July, 1991; pg. 30-32.

30. "Pacific Rim plants plan for coal use (Part II)"; Daniel Mahr; <u>Power Engineering</u>; September, 1991; pg. 43-46.

31. "The Mecca Biomass Power Plant", Peter R. Goldbrunner and Daniel Mahr; <u>Fuel Strategies for Conventional and Unconventional Fuels, FACT Vol. 11</u>; D. Mahr and T. M. Nechvatal, editors; International Joint Power Generation Conference, San Diego, CA; October 6-10, 1991.

32. "Biomass plant relies on variety of local fuels", William Frazer, Daniel Mahr, Peter R. Goldbrunner, <u>Power</u>, April 1992; pages 101- 106.

33. <u>Recent Fluidized Bed Projects, FACT Vol. 14</u>; Daniel Mahr, editor; International Joint Power Generation Conference, ASME; Atlanta, Georgia; October 18-22, 1992.

34. "Section 3: Fuel, Sorbent, and Inert Bed Material Systems"; Daniel Mahr; <u>Atmospheric Fluidized-Bed Combustion Balance-of-Plant Reference Manual</u>; EPRI; Publication No. TR-100575; March, 1993; pg. 3-1 to 3-53 and Appendices D, E, F, & G.

35. <u>FBC and AFBC Projects and Technology, FACT Vol. 16</u>; T. J. Boyd and D. Mahr editors; International Joint Power Generation Conference, ASME; Kansas City, MO; October 17-20, 1993.

36. <u>Fluidized Bed Projects and Technology, FACT Vol. 19</u>; T. J. Boyd and D. Mahr editors; International Joint Power Generation Conference, ASME; Phoenix, AZ; October 3-5, 1994.

37. "The Fuels Program for the Nucla AFBC Plant"; Mac A. Fellin (Tri-State G&T) and Daniel Mahr; International Joint Power Generation Conference, ASME; Minneapolis, Minnesota; October, 1995.

38. "The Fuels Program for the Nucla AFBC Plant"; Mac A. Fellin (Tri-State G&T) and Daniel Mahr; 21st International Technical Conference on Coal Utilization & Fuel Systems; Clearwater, Florida; March 18-21, 1996; pages 193-200

39. "Magnet upgrade solves tramp iron problems"; Perry A. Fife (Union Electric) and Daniel Mahr; <u>Power Engineering</u>; September, 1996.

40. "AmerenUE's Coal Unloading and Transshipment Facilities Enhance Viability of PRB Coal", Michael Schimmelpfennig and Daniel Mahr; <u>Power Engineering</u>, February, 2002; pages 71-74.

41. "Ameren UE's New Coal Unloading and Transshipment Facilities at the Meramec Plant", M. Schimmelpfennig and D. Mahr; <u>Bulk Solids Handling</u>, January/February 2002, pages 28-33.

42. "Power Player, Cheaper coal and better handling raise the Nucla Station from a demonstration site to a competitor", John L. Goodwin and Daniel Mahr; <u>Mechanical Engineering</u>, July, 2003, pages 44-46.

43. "Considerations for Low Sulfur Coal Blending at B. L. England Station", POWER GEN International, December 9-11, 2003; Las Vegas, Nev.

***Page No. A2-12***

44. "AES Cayuga's New Coal Blending System", Jacob A. Peter and Daniel Mahr, Electric Power 2008, Baltimore, Maryland.

45. "A New Coal Blending System for AES Cayuga", Jacob A. Peter and Daniel Mahr, Power Engineering, July, 2008, pg 68-75.

46. "Fuel System Issues/Designs for Large Biomass Plants", Daniel Mahr, ELECTRIC POWER 2010, May 19, 2010, Session 4D.

47. "Coal Quality Control". Daniel Mahr, Industrial Fuels and Power, June 1, 2010, http://www.ifandp.com/article/003520.html

48. "Biomass Attributes, Handling, and Processing Issues for Large Power Plants". Daniel Mahr, Proceedings of ASME 2010 Power Conference, July 13-15, Chicago, Illinois, USA; POWER2010-27092

49. "helping the lights stay on", Daniel Mahr, <u>Mechanical Engineering</u>, August, 2010; pages No 42-45

50. "Biomass: What's important for large power plants", Daniel Mahr; <u>Biomass Products & Technology</u>; January; 2011, pg. 4-8.

51. "Designing Fuel Systems for Large Biomass Plants", Daniel Mahr; <u>POWER</u>; February, 2011; pg. 58-64.

52. "How to meet OSHA's Dust Control Standards"; D. Mahr and M. Schimmelpfennig; Coal Handling & Storage Conference & Exhibition; Nov. 3, 2011.

53. "Coping with Coal Dust"; D. Mahr and M. Schimmelpfennig; <u>POWER</u>; March, 2012; pg. 30-39.

54. "How Flow Control Chutes Help to Meet OSHA's Coal Requirements"; D. Mahr and M. Schimmelpfennig; ELECTRIC POWER; May 16, 2012.

55. "Flow Control Chutes Reduce Fugitive Coal Dust"; D. Mahr and M. Schimmelpfennig; <u>POWER</u>; August, 2012; pg. 48-56.

56. "Samalaju Industrial Port, Using Renewable Energy to Handle Bulk", Daniel Mahr; <u>PORT TECHNOLOGY</u>; Edition 78, Summer 2018; pg. No. 104-107.

*Page No. A2-13*