| | |
|---|---|
| **From:** | Robin Seila |
| **To:** | reginald.janvier@akerman.com; donnie.king@akerman.com; asimpson@coralbrief.com |
| **Cc:** | Lee J. Rohn; eric.coleman@akerman.com; Alanah Lucantonio; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman |
| **Subject:** | RE: Wooten v. LBT and PHRT |
| **Date:** | Tuesday, November 25, 2025 12:46:00 PM |

Hi Reggie:

Mr. Mahr refused to give dates for the deposition.

Best,
Robin

**From:** reginald.janvier@akerman.com
**Sent:** Tuesday, November 25, 2025 9:49 AM
**To:** Robin Seila <robin@rohnlaw.com>; donnie.king@akerman.com; asimpson@coralbrief.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; eric.coleman@akerman.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Can you please explain what issues you had working with Mr. Mahr?

We had no prior indication that you were retaining a new expert.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Friday, November 21, 2025 9:48 AM
**To:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; asimpson@coralbrief.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

**[External to Akerman]**

Good morning, all:

As you know, we have had great difficulty working with Mr. Mahr. As such, we reached out to Cahn Litigation and requested their help to obtain a substitute expert. The substitute expert is Cassandra Moody, and she has prepared a report in which she adopts all of Mr. Mahr's conclusions. Her report is attached. Please provide your consent to substitute Ms. Moody for Mr. Mahr, so we can get that deposition scheduled. If not, we will have to engage in motion practice, and the rules clearly allow for such substitution in cases like this. Now that we have until February to complete expert depositions, and you have also had difficulty obtaining deposition dates, this substitution should not be a problem. Please let us know by Tuesday, November 25, 2025.

Best,
Robin

---

**From:** Robin Seila
**Sent:** Monday, November 10, 2025 9:02 AM
**To:** reginald.janvier@akerman.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Reggie:
Please confirm payment for Wilkenfeld's deposition has been paid in full before the deposition begins.

Please send the zoom link.

---

**From:** Robin Seila
**Sent:** Friday, November 7, 2025 2:42 PM
**To:** 'reginald.janvier@akerman.com' <reginald.janvier@akerman.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Not yet.

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Friday, November 7, 2025 2:10 PM
**To:** Robin Seila <robin@rohnlaw.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** Re: Wooten v. LBT and PHRT

No update yet, Robin. Do you have any update on Mahr?

Sent from my iPhone

> On Nov 7, 2025, at 1:06 PM, Robin Seila <robin@rohnlaw.com> wrote:
>
> **[External to Akerman]**
>
> Good morning, Reggie:
>
> I am following up with you concerning dates for Sawyer's deposition. Please provide an update. Thank you.
>
> Best,
> Robin
>
> **From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
> **Sent:** Friday, October 24, 2025 3:48 PM
> **To:** Robin Seila <robin@rohnlaw.com>
> **Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
> **Subject:** RE: Wooten v. LBT and PHRT
>
> Hi Robin,
>
> Please have Mr. Capielano hold November 24th for his deposition. We will send out a deposition notice either today or Monday.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Janvier, Reginald (Assoc-Ftl)
**Sent:** Friday, October 24, 2025 11:50 AM
**To:** 'Robin Seila' <robin@rohnlaw.com>
**Cc:** 'Lee J. Rohn' <lee@rohnlaw.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; 'asimpson@coralbrief.com' <asimpson@coralbrief.com>; 'Alanah Lucantonio' <alanah@rohnlaw.com>; 'wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com' <wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com>; 'Karima Jenkins-Guzman' <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Mr. Quintero has confirmed his availability on November 20th.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Janvier, Reginald (Assoc-Ftl)
**Sent:** Friday, October 24, 2025 11:28 AM
**To:** 'Robin Seila' <robin@rohnlaw.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

I am working on providing new dates for Thompson and Paramesh and will get

back to you.

Also, Dr. Sawyer informed me this morning that he is no longer available on the 19th. I am still waiting to hear back from him on additional dates.

With respect to Quintero, I have to confirm that he is still available on the 20th and get back to you. I will do this today.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Friday, October 24, 2025 11:24 AM
**To:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

**[External to Akerman]**

Good morning, Reggie:
Per our conversation yesterday, please provide us with new dates for Mr. Thompson and Dr. Paramesh.

We will notice the following today:
Nov 19 at 10 a.m. AST Dr. Sawyer
Nov 20 at 12 p.m. AST Ron Quintero
Please confirm those dates are still available.


Can you confirm that Dr. Wilkenfeld's deposition payment was made, so his depo take place on Nov. 10?

Can you confirm that Dr. Wolfson's deposition payment was made, so his depo can take place on Nov 5?

Best,

Robin

---

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Wednesday, October 22, 2025 6:06 PM
**To:** Robin Seila <robin@rohnlaw.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** Re: Wooten v. LBT and PHRT

Hi Robin,

The dates I provided to you are the only dates that Dr. Paramesh is available before November 20th. I will ask for his availability in late November and December and get back to you.

Can we depose Dr. Mahr on any of the dates mentioned in your prior email?

Best,
Reggie

Sent from my iPhone

> On Oct 22, 2025, at 1:07 PM, Robin Seila <robin@rohnlaw.com> wrote:
>
> **[External to Akerman]**
>
> Good afternoon, Reggie:
>
> I am following up about more dates for Dr. Paramesh.
>
> Atty Rohn is available on Oct 31. Nov 3, 4, 7, and 11 may also work. Please let us know ASAP if any of these dates will work. Thank you.
>
> Best,

Robin

---

**From:** Robin Seila
**Sent:** Tuesday, October 21, 2025 1:52 PM
**To:** Lee J. Rohn <lee@rohnlaw.com>; 'reginald.janvier@akerman.com' <reginald.janvier@akerman.com>; 'donnie.king@akerman.com' <donnie.king@akerman.com>
**Cc:** 'eric.coleman@akerman.com' <eric.coleman@akerman.com>; 'asimpson@coralbrief.com' <asimpson@coralbrief.com>; Alanah Lucantonio <alanah@rohnlaw.com>; 'wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com' <wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com>; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT
**Importance:** High

Reggie:

We just received the invoice concerning Dr. Wilkenfeld's deposition. Please see attached. The payment instructions are on the invoice. Payment is required by tomorrow to confirm his appearance on November 10, 2025.

---

**From:** Robin Seila
**Sent:** Tuesday, October 21, 2025 10:39 AM
**To:** Lee J. Rohn <lee@rohnlaw.com>; 'reginald.janvier@akerman.com' <reginald.janvier@akerman.com>; 'donnie.king@akerman.com' <donnie.king@akerman.com>
**Cc:** 'eric.coleman@akerman.com' <eric.coleman@akerman.com>; 'asimpson@coralbrief.com' <asimpson@coralbrief.com>; Alanah Lucantonio <alanah@rohnlaw.com>; 'wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com' <wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com>; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Reggie:

Mr. Capeliano's availability is the following:

November 24 at 2:00pm
November 26 at 10:00am
December 8 at 2:00pm
December 9 at 10:00am or 2:00pm

December 16 at 10:00am or 2:00pm

**From:** Robin Seila
**Sent:** Tuesday, October 21, 2025 9:45 AM
**To:** Lee J. Rohn <lee@rohnlaw.com>; reginald.janvier@akerman.com; donnie.king@akerman.com
**Cc:** eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

GM Reggie:

I tried to call you today. Can you please call me back?

We do not have any other dates left in November. I had to ask the experts for more dates because the ones they provided would not work for us.

**From:** Lee J. Rohn <lee@rohnlaw.com>
**Sent:** Monday, October 20, 2025 6:44 PM
**To:** reginald.janvier@akerman.com; Robin Seila <robin@rohnlaw.com>; donnie.king@akerman.com
**Cc:** eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

I will be taking his deposition and I am already in a settlement approval hearing in a class action on the 14th. He needs to provide more than 2 dates

*Lee J. Rohn*
lee@rohnlaw.com

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Monday, October 20, 2025 11:39 AM
**To:** Robin Seila <robin@rohnlaw.com>; donnie.king@akerman.com
**Cc:** eric.coleman@akerman.com; asimpson@coralbrief.com; Lee J.

Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Dr. Paramesh can make himself available on November 14th. He does not have any additional days beyond that. Please confirm if we can proceed with this date.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

---

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Thursday, October 16, 2025 4:57 PM
**To:** King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>
**Cc:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; asimpson@coralbrief.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

**[External to Akerman]**

Mr. Wolfson confirmed Wednesday, November 5, 2025, at 10:00 am CST via Zoom or another video conferencing platform. Please see attached invoice and confirmation letter.  Please let us know once the payment has been made. Thank you.

---

**From:** Robin Seila
**Sent:** Thursday, October 16, 2025 4:54 PM
**To:** donnie.king@akerman.com
**Cc:** reginald.janvier@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>;

wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Dr. Wilkenfeld confirmed November 10 at 12:00 p.m. AST/11:00 a.m. EST.

---

**From:** Robin Seila
**Sent:** Thursday, October 16, 2025 4:34 PM
**To:** donnie.king@akerman.com
**Cc:** reginald.janvier@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Good afternoon, Donnie:
Thank you.

I will let you know as soon as I hear back from Wolfson and Wilkenfeld. I think those dates should likely still be fine.

I am working on the other two. We were not available during the dates suggested, so I had to reach back out for new dates.

---

**From:** donnie.king@akerman.com <donnie.king@akerman.com>
**Sent:** Thursday, October 16, 2025 4:10 PM
**To:** Robin Seila <robin@rohnlaw.com>
**Cc:** reginald.janvier@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** Re: Wooten v. LBT and PHRT

Hi Robin,

Reggie is out of the office but I can work to try to get you an answer to these.

In the meantime, can you confirm the Dr. Wolfson and Dr.

Wilkenfeld dates as Reggie requested in his October 10 email? Also, can you please provide dates for Mr. Capielano and Dr. Mahr?

Thanks,

Donnie

> On Oct 16, 2025, at 3:57 PM, Robin Seila <robin@rohnlaw.com> wrote:
>
> **[External to Akerman]**
>
> Good afternoon, Reggie:
> Have you heard anything from Dr. Paramesh? We need to lock in these dates. Thank you.
> Best,
> Robin
>
> ---
>
> **From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
> **Sent:** Friday, October 10, 2025 2:04 PM
> **To:** Robin Seila <robin@rohnlaw.com>
> **Cc:** eric.coleman@akerman.com; asimpson@coralbrief.com; donnie.king@akerman.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
> **Subject:** Re: Wooten v. LBT and PHRT
>
> Thanks, Robin. I will follow up with Dr. Paramesh to see what we can do.
>
> Best,
> Reggie
>
> Sent from my iPhone
>
>> On Oct 10, 2025, at 11:26 AM, Robin Seila <robin@rohnlaw.com> wrote:

==[External to Akerman]==

We are not available at all on Nov 17. That date will not work for us.

Sent via the Samsung Galaxy S23 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Friday, October 10, 2025 11:23:23 AM
**To:** Robin Seila <robin@rohnlaw.com>
**Cc:** eric.coleman@akerman.com <eric.coleman@akerman.com>; asimpson@coralbrief.com <asimpson@coralbrief.com>; donnie.king@akerman.com <donnie.king@akerman.com>; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com <wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com>; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** Re: Wooten v. LBT and PHRT

Good morning, Robin,

Dr. Paramesh has advised that his only available date for deposition is November 17. If we proceed with his deposition on that date, he would still be the first deponent to be taken.

With respect to the other witnesses, we agree to the following:

- Dr. Wilkenfeld: November 10 at 12:00 p.m. AST
-

Mr. Wolfson: November 5 at 10:00 a.m. CST

Please confirm if these dates work for your team.

Best,
Reggie

Sent from my iPhone

> On Oct 10, 2025, at 9:47 AM, Robin Seila <robin@rohnlaw.com> wrote:
>
> **[External to Akerman]**
>
> Good morning, Reggie:
>
> Does Dr. Paramesh have any other availability? Perhaps Nov 6, 12, or 13? We want to take Dr. Paramesh's deposition first, so if Dr. Paramesh can be available on one of those dates, then we can depose the others on these dates:
> Dr. Sawyer- Nov 19 at 9:00 a.m. AST
> Earl Thompson- Nov 20 at 12 p.m. AST
> Ron Quintero- Nov 21 at 9:00 a.m. AST
>
> Dr. Wilkenfeld is available

on Nov 10 (12 pm AST), 24 (12pm AST)

Dr. Wolfson is available on the following days at 10am or 1pm CST: Nov 5, Nov 13, Nov 24, Nov 25

---

**From:** reginald.janvier@akerman.com <reginald.janvier@akerman.com>
**Sent:** Wednesday, October 8, 2025 11:18 AM
**To:** Robin Seila <robin@rohnlaw.com>
**Cc:** eric.coleman@akerman.com; asimpson@coralbrief.com; donnie.king@akerman.com; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Dr. Paramesh is available on November 17th for deposition. Please let us know if we can proceed with confirming this date with the doctor.

Ron Quintero is available for deposition from November 18-20. Please let us know which date you prefer, and

we will inform Mr. Quintero.

I will follow up with the other experts as soon as I hear back.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com


Profile

<~WRD1479.jpg>

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Janvier, Reginald (Assoc-Ftl)
**Sent:** Tuesday, October 7, 2025 6:12 PM
**To:** 'Robin Seila' <robin@rohnlaw.com>
**Cc:** Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; 'Andrew C. Simpson' <asimpson@coralbrief.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; 'Lee J. Rohn' <lee@rohnlaw.com>; 'Alanah Lucantonio' <alanah@rohnlaw.com>; 'wootennicolevlimetreebayter

minalsetalz802309@rohnlaw.filevineapp.com' <wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Can you please provide dates of availability for each of Ms. Wooten's experts in this case? I will follow up with dates for our experts.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

---

**From:** Janvier, Reginald (Assoc-Ftl)
**Sent:** Tuesday, October 7, 2025 2:35 PM
**To:** 'Robin Seila' <robin@rohnlaw.com>
**Cc:** Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; Andrew C. Simpson <asimpson@coralbrief.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Attached is Dr. Sawyer's testifying record and a signed version of Mr. Thompson's report. The signature must have been scrubbed from the document.

Also, Rule 26 requires a list of cases during the previous 4 years. Because Dr. Paramesh has not testified at trial or by deposition within the last 4 years he has not provided a testifying record.

As for the rate sheets, Dr. Paramesh and Mr. Quintero specify what their hourly rates are in the opening sections of their respective reports.

We will look into the testifying record information further and get back to you.

Please let me know if you have any questions.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Robin Seila

<robin@rohnlaw.com>
**Sent:** Tuesday, October 7, 2025 10:19 AM
**To:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>
**Cc:** Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; Andrew C. Simpson <asimpson@coralbrief.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; Lee J. Rohn <lee@rohnlaw.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com
**Subject:** Wooten v. LBT and PHRT

**[External to Akerman]**

Good morning, Reggie:

We have reviewed the expert disclosures in this case, and it appears that the following items are missing:
1. Dr. Paramesh's rate sheet and testifying record
2. Mr. Quintero's rate sheet
    1. The case numbers/docket numbers are missing from Mr. Quintero's testifying

  record
3. Mr. Sawyer's testifying records
4. Mr. Thompson's report is not signed
    1. The case numbers/docket numbers are missing from Mr. Thompson's testifying record.

Please provide the documents that are missing and please provide deposition availability for all of your expert witnesses. Thank you.

Best,
Robin


Robin P. Seila
Lee J. Rohn and Associates
1108 King Street
Third Floor
Christiansted, VI 00820
(340) 778- 8855