IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

           Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM, LTD.,

           Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>ORDER</u>

THIS MATTER having come before the Court on PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF LEAVE TO SUBSTITUTE EXPERT WITNESS AND TO SUBMIT A REPLACEMENT EXPERT DISCLOSURE AND REPORT dated December 9, 2025 and the Court having been advised in its premises, it is;

ORDERED that Plaintiff's Motion is GRANTED, and further;

SO ORDERED this _____ day of _____ 2025.

_____
Honorable Emile A. Henderson III
Judge of the District Court