# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>                Defendants. | Civil Action No.: 1:23-cv-00012 |

## NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL MAHR, PE.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the videotaped deposition of **DANIEL MAHR, PE** on **Monday, December 29, 2025,** beginning at **10:00 a.m.,** via videoconference using the following link and meeting credentials:

Link: https://proceedings.veritext.com/?token=2406700a8cf803cc628f0ef7d6a25c6d
Meeting ID: 82006824011
Password: sxG2DMJCH7

The deposition will be taken upon oral examination before Veritext Legal Solutions, or any other Notary Public or officer authorized to take depositions in the state of New Jersey, and will be videotaped by Veritext Legal Solutions, 290 W. Mount Pleasant Avenue, Suite 3200, Livingston, NJ 07039.

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

84585667;1

DATED: December 10, 2025

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
**Donnie M. King**
Virgin Islands No. 1237
donnie.king@akerman.com
tyresa.thompson@akerman.com
**Eric D. Coleman** (admitted *pro hac vice*)
eric.coleman@akerman.com
lauren.chang-williams@akerman.com
**Reginald E. Janvier** (admitted *pro hac vice*)
reginald.janvier@akerman.com
sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a Ocean Point Terminals*

84585667;1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on December 10, 2025 which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Donnie M. King*
                                                 Donnie M. King, Esq.