EXHIBIT 1

| | |
|---|---|
| **From:** | Robin Seila |
| **To:** | reginald.janvier@akerman.com; donnie.king@akerman.com; asimpson@coralbrief.com |
| **Cc:** | Lee J. Rohn; eric.coleman@akerman.com; Alanah Lucantonio; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman |
| **Subject:** | RE: Wooten v. LBT and PHRT |
| **Date:** | Friday, November 21, 2025 10:48:37 AM |
| **Attachments:** | C Moody Wooten vs Limetree Preliminary Report 20251113a.pdf |

Good morning, all:

As you know, we have had great difficulty working with Mr. Mahr. As such, we reached out to Cahn Litigation and requested their help to obtain a substitute expert. The substitute expert is Cassandra Moody, and she has prepared a report in which she adopts all of Mr. Mahr's conclusions. Her report is attached. Please provide your consent to substitute Ms. Moody for Mr. Mahr, so we can get that deposition scheduled. If not, we will have to engage in motion practice, and the rules clearly allow for such substitution in cases like this. Now that we have until February to complete expert depositions, and you have also had difficulty obtaining deposition dates, this substitution should not be a problem. Please let us know by Tuesday, November 25, 2025.

Best,
Robin

**From:** Robin Seila
**Sent:** Monday, November 10, 2025 9:02 AM
**To:** reginald.janvier@akerman.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; donnie.king@akerman.com; eric.coleman@akerman.com; asimpson@coralbrief.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Reggie:
Please confirm payment for Wilkenfeld's deposition has been paid in full before the deposition begins.

Please send the zoom link.

**From:** Robin Seila
**Sent:** Friday, November 7, 2025 2:42 PM