| | |
|---|---|
| **From:** | Robin Seila |
| **To:** | reginald.janvier@akerman.com; donnie.king@akerman.com; asimpson@coralbrief.com |
| **Cc:** | Lee J. Rohn; eric.coleman@akerman.com; Alanah Lucantonio; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman |
| **Subject:** | RE: Wooten v. LBT and PHRT |
| **Date:** | Tuesday, November 25, 2025 12:54:54 PM |

Hi Reggie:

Mr. Mahr refused to give dates for the deposition.

Best,
Robin

**From:** reginald.janvier@akerman.com
**Sent:** Tuesday, November 25, 2025 9:49 AM
**To:** Robin Seila <robin@rohnlaw.com>; donnie.king@akerman.com; asimpson@coralbrief.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; eric.coleman@akerman.com; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman <karima@rohnlaw.com>
**Subject:** RE: Wooten v. LBT and PHRT

Hi Robin,

Can you please explain what issues you had working with Mr. Mahr?

We had no prior indication that you were retaining a new expert.

Best,
Reggie

**Reginald Janvier**
Associate
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 468 2450
Reginald.Janvier@akerman.com

**From:** Robin Seila <robin@rohnlaw.com>
**Sent:** Friday, November 21, 2025 9:48 AM
**To:** Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>; King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; asimpson@coralbrief.com
**Cc:** Lee J. Rohn <lee@rohnlaw.com>; Coleman, Eric (Ptnr-Ftl) <eric.coleman@akerman.com>; Alanah Lucantonio <alanah@rohnlaw.com>; wootennicolevlimetreebayterminalsetalz802309@rohnlaw.filevineapp.com; Karima Jenkins-Guzman