IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION,  and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>PLAINTIFF NICOLE WOOTEN'S SUPPLEMENTAL EXPERT DISCLOSURES PURSUANT TO RULE 26</u>

**COMES NOW** Plaintiff, **NICOLE S WOOTEN,** by and through her undersigned counsel of record, and produces the following pursuant to Rule 26:

1.  Expert report from Daniel Mahr, produced and attached hereto as **Bates Nos. NW003886- NW003943.**

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  August 12, 2025

BY:　 /s/ *Lee J. Rohn*
　　　Lee J. Rohn, Esq.
　　　VI Bar No. R52
　　　1108 King Street, Suite 3 (mailing)
　　　56 King Street, Third Floor (physical)
　　　Christiansted, St. Croix
　　　U.S. Virgin Islands 00820
　　　Telephone: (340) 778-8855
　　　lee@rohnlaw.com



**Exhibit A**

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on August 12, 2025, I caused a true and correct copy of **PLAINTIFF NICOLE WOOTEN SUPPLEMENTAL EXPERT DISCLOSURES PURSUANT TO RULE 26** to be served via electronic mail upon:

All counsel of record.

BY: ___/s/ *Lee J. Rohn*___ (al)

**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

 NICOLE WOOTEN,

**Plaintiff,**

**v.**

**LIMETREE BAY TERMINALS d/b/a**          Case No. 1:23-CV-00012
**OCEAN POINT TERMINALS, PORT**
**HAMILTON REFINING AND**
**TRANSPORTATION, and WEST**
**INDIES PETROLEUM, LTD.,**

**Defendant.**

# Privileged and Confidential
# Preliminary Expert Witness Report

### Author

Daniel Mahr, PE
Energy Associates, P.C.
Montville Office Park
150 River Road, Suite J4
Montville, NJ 07045 USA

Daniel Mahr, P.E.

Digitally signed by Daniel Mahr,
P.E. DN: cn=Daniel Mahr, P.E.,
o=Energy Associates, P.C., ou,
email=DanMahr@Energy-PC.com,
c=US Date: 2025.08.12 16:30:39
-04'00'

Report No. 1231-01, R0

August 12, 2025

Exhibit A

NW003886

# Table of Contents

1.0    Scope of Assignment and Introduction ...................................................... 1

2.0 Background............................................................................................. 3

3.0 Analysis ................................................................................................ 12

   3.1    Managing Solid Fuel Stockpiles .................................................. 12

   3.2    Analysis of Petroleum Coke........................................................ 14

   3.3 Fire Triangle ................................................................................. 15

   3.4    Products of Combustion – Smoke, Ash, and Gases..................... 16

   3.5    Dust/Smoke Suppression.............................................................. 18

   3.6    Ventilation .................................................................................... 20

   3.7    Air Monitoring Data..................................................................... 20

4.0 Opinions ............................................................................................... 23

5.0    Conclusion............................................................................................ 24

6.0    Documents ............................................................................................ 25

   6.1    Exhibits ........................................................................................ 25

   6.2 Monitoring Data ............................................................................ 25

   6.3    Photos of Smoldering Incident .................................................... 25

   6.4    Videos of Smoldering from Defendant ........................................ 30

   7.0    Professional Experience............................................................... 31

Appendix No. A1 List of Documents Downloaded ....................................A1-1

Appendix A2 Resume and Publications List................................................A2-1

Exhibit A

NW003887

# Preliminary Expert Witness Report

## 1.0    Scope of Assignment and Introduction

Cahn Litigation, LLC retained Energy Associates, P.C. on July 18, 2025 for my Expert Witness services on behalf of Lee J. Rohn and Associates, LLC in the matter of Nicole Wooten, Plaintiff, v. Limetree Bay Terminals d/b/a Ocean Point Terminals, Port Hamilton Refining and Transportation, and West Indies Petroleum, Ltd., Defendant.  My opinions in this report are offered as a technical expert. My expertise is the design, supply, installation, and operation of conveying, stacking, reclaiming, blending, processing, and transport of dry bulk commodities/materials – especially solid fuels. Facilities where these systems are located are power generating plants, processing plants, ports, and terminals.

The St. Croix refinery started operating under the Hess Oil Virgin Islands Corporation (HOVIC) in 1965.  Control of the refinery shifted in 1998 to a joint venture named HOVENSA, which was formed by Amerada Hess Corporation, the parent company of HOVIC, and Petroleos de Venezuela S.A.[1] The St. Croix refinery ceased operations in 2012[2]. Limetree Bay Terminals, LLC acquired the Facility in 2016 and subsequently and sold it to Limetree Bay Refining, LLC.[3] Limetree Bay Refining restarted the refinery in February 2021[4]. The Facility operated under a Title V operating permit No. STX-TV-003-10, which was issued to Limetree Bay Terminals, LLC.[5] EPA ordered a 60-day shutdown in May 2021[6].  The refinery filed for Chapter 11 bankruptcy in July 2021. Port Hamilton Refining and Transportation, LLLP (PHRT) and West Indies Petroleum Limited (WIPL) - (PHRT-WIPL or jointly, PHRT) - acquired the facilities in December 2021 and operates the eastern portion of the approximately 1,500-acre oil terminal/refinery.  The adjacent, remaining portion of the petroleum terminal is currently operated by Ocean Port Terminals (OPT). PHRT and OPT share a power distribution system, fire water system, oily water/wastewater treatment system, instrument air system, and nitrogen system. [7] A June 23, 2022 article in the Virgin Islands Daily News reported with a headline, "West Indies Petroleum denies ownership of St. Croix refinery".[8] It raises a question about makeup of that entity.


During the February to May in 2021 operating period, petroleum coke was stockpiled in the north dome.  From May 2021 to December 2021, Limetree Bay Refining did not restart the refinery, and did not reclaim or monitor the fuel stockpiled in the north petroleum coke dome.

---

[1] Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Dec. 19, 2023, Pg. No. 3.

[2] https://www.ogj.com/refining-processing/refining/operations/article/17273310/hovensa-to-close-500000-b-d-virgin-islands-refinery

[3] Notice of Violation, CAA-02-2021-1307; USEPA Region 2, Pg. No. 13

[4] Notice of Violation, CAA-02-2021-1307; USEPA Region 2

[5] Notice of Violation, CAA-02-2021-1307; USEPA Region 2, Pg. No. 11

[6] https://oilandgaswatch.org/facility/937

[7] Exhibit 51: NW1537-1543 Copy-of-New-EPA's-Sept-2022-Inspection-Report-12-05-2022.pdf, Pg. No. 1

[8] https://www.virginislandsdailynews.com/news/west-indies-petroleum-denies-ownership-of-st-croix-refinery/article_aef0228a-1cb9-579f-94df-17c410e2a40c.html; Carlson, Suzanne; "West Indies Petroleum denies ownership of St. Croix refinery"; Virgin Islands Daily News

Exhibit A

NW003888

After PHRT acquired the facilities, the petroleum coke in the north dome remained stockpiled in the dome. It was not reclaimed/removed by either the PHRT or Limetree Point Terminals.

Case documents, those listed in Appendix No. A1, were downloaded from Lee J. Rohn and Associates' Web server on July 25, 2025. Those that were reviewed are identified in Section No. 6.0, Documents, with a brief, general description. This report sets forth my opinions concerning the events in August 2022 at the north petroleum coke dome of the Limetree Bay Refinery, also known as the Ocean Point Terminal.

**Exhibit A**

NW003889

## 2.0 Background

An Environmental Assessment Report describes plant security as follows:

> The refinery has stringent 24 hour a day security and minimizes the admittance of unauthorized personnel in the plant. Entry controls, such as manned entry points and card scanners are present at all entry points to the refinery. The facility is also subject to Homeland Security rules and regulations, such as requirements to have a security plan in place and use of Transportation Worker Identity Cards (TWIC) to control entry to the site. TWIC cards are being enhanced to require biometric identification as part of entry.[9]

This referenced document was submitted by Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC to the Office of Coastal Zone management, Department of Planning and Natural Resources Government of the Virgin Islands as Exhibit 16.

Nicole Wooten was employed by US Customs and Border Protection. On August 8, 2022, she entered the refinery to conduct a facial control inspection on a tugboat at tugboat dock of the refinery. Facial biometric comparison technology verifies the identities of travelers entering and exiting the United States. Nicole was granted entry to the refinery but:

1. did not receive an escort,
2. was not advised of an ongoing fire emergency, and
3. was not provided a facemask or respirator as Personal Protection Equipment (PPE).

Upon reaching the tugboat, Nicole noticed a cloud of thick black smoke coming out of the petroleum dome building. After rolling down her window, she was adversely affected by the smoke.[10]

Petroleum coke is a refinery byproduct. Delayed petroleum coke, which is this product, is a solidified commodity that is hydraulically cut by water jets from the coke drum. That process produces a saturated material the rapidly drains. The runoff is collected and treated. Delayed petroleum coke contains all the remains of the refining process, literally the "bottom of the barrel", after the more valued products are distilled and separated into higher fractions. Petroleum coke's properties and characteristics reflect the concentration of the less desirable elements in the source crude oil. This makes it less valuable than many other solid fuels. That is reflected in its market price, typically much lower than other solid fuels like bituminous coal. Petroleum coke can be blended with other, more expensive solid fuels, to reduce the average fuel cost. It can be used as the primary fuel in a circulating fluidized bed (CFB) boiler. In other words, it is not a waste product that requires disposal in a landfill. The petroleum coke is saturated when it is discharge from the drum. The water in the petroleum coke is drained, the runoff water collected in a settling pond, and the partially dried coal is stored for shipment.

---

[9] Bioimpact, Inc.; Exhibt 16, <u>Environmental Assessment Report for the Consolidation of Coastal Zone Management Land and Water Permits, Development Associated With Restart of Refining Operations and Future Development at Limetree Bay Terminals and Limetree Cay Refining St. Croix, U.S. Virgin Islands</u>; January 2019; Pg. No. 138
[10] Case: 1:23-cv-00012-WAL-EAH Document #::38 Filed: 12/26/23 Page 2 of 7

**Exhibit A**

**NW003890**

Figure No. 2-1 is an annotated, Google Earth aerial of the petroleum coke facilities at Limetree Bay Refinery.  Key areas are labeled including:

1. Outdoor Petroleum Coke Pile
2. North Petroleum Coke Dome
3. Shiploading Berth
4. Petroleum Coke Shiploader (Parked Position)
5. Water Intake for Fire System
6. Water Runoff/Collection Pond or Pool
7. Tugboat Dock

As seen in Figure No. 2-1, the Tugboat Berth is directly west/southwest of the petroleum coke domes.  The parking area at the pier to the Tugboat Dock is scaled to being perhaps 300+ feet to the north petroleum coke dome.

Petroleum coke is first stockpiled at the outdoor petroleum coke pile. It is dumped here after being cut from the coke drums.  At this location, it can be temporally stored and allowed to drain.  It is believed an elevated, trolley mounted, grab bucket reclaims the petroleum coke and discharges it into an elevated reclaim hopper.  This hopper feeds an elevating conveyor that directs the petroleum coke to the north petroleum coke dome.  At the north dome, the petroleum coke can be:

1. discharged into the dome, onto the rotating stacker conveyor, and stockpiled into a semicircular stockpile or
2. transferred onto another conveyor that feeds the south petroleum coke dome.

At the south petroleum coke dome, there would be a similar/duplicate stacking/reclaiming arrangement.

Petroleum coke in the domes is reclaimed by rotating scraper reclaimers.  They drag petroleum coke down the surface of the stockpile to the center/base of the dome and discharge the petroleum coke on the reclaim conveyor, which exits the dome. A series of shiploading conveyors then transport the petroleum coke to a radial, shuttle shiploader.  The shiploader discharges petroleum coke into ships, exporting this byproduct to refinery customers.

Figures No. 2-2 to 2-6 view the petroleum coke domes, on August 7, 8, and 10, and 21, 2022. They illustrate the progression of the fire at the north petroleum dome as follows:

1. On 8/7/2022, the day before Nicole Wooten's inspection, faint plumes of white smoke are escaping vents and joints of the conveyor system that feeds petroleum coke to the domes, as seen in the morning, Figures No. 2-2 and 2-3. In Figure No. 2-3, the roll-up equipment access door is closed.

Exhibit A

NW003891



**Figure No. 2-1, Limetree Bay Petroleum Coke Facilities**

*Page 5*

**Exhibit A**

NW003892



**Figure No. 2-2, Petroleum Coke Domes**
**Photo taken 9:33 AM 8/7/2022 – Cropped to Enlarge Domes**



**Figure No. 2-3, Petroleum Coke Domes**
**Photo taken 9:35 AM 8/7/2022**

Exhibit A

NW003893



**Figure No. 2-4, North Petroleum Coke Domes' Vehicle Access**
**Photo taken 5:10 PM 8/7/2022**



**Figure No. 2-5, North Petroleum Coke Dome Vent**
**Photo taken 2:30 PM 8/8/2022**

2. In Figure No. 2-4 taken later in the day on 8/7/2022, the roll-up equipment access door is open, firehoses approach the dome's door, eight (8) personal are outside the door looking into the north petroleum coke dome, and cart-mounted water cannon is positioned just

*Page 7*

**Exhibit A**

inside the door. All individuals are wearing PPE including either facemasks or respirators. The water cannon just inside the door is spraying into the north petroleum coke dome.

3. Figure No. 2-5 was taken 2:30 PM 8/8/2022, the day of Nicole Wooten's inspection. The photo views an outside area of the petroleum dome and a concrete box with a grating cover. A pipe mounted device, mounted on a rectangular grating. The photo is annotated "<u>150f Smoke</u>". Two (2) blackened areas of the dome are highlighted with yellow circles.

4. Figure No. 2-6 was taken on 8/10/2022, two (2) days after Nicole Wooten's inspection. The roll-up access door of the north petroleum coke dome is open. A large plume of smoke is discharging through this door.



**Figure No. 2-6, Smoke Billowing from North Petroleum Coke Dome**
**Photo taken 7:14 AM 8/10/2022**

Figure No. 2-7 was taken on 8/21/2022, almost two (2) weeks after Nicole Wooten's inspection. Thick plumes of smoke are rising from the conveyor system the feed petroleum coke to the domes. Large smoke plumes are discharging from the transfer to the north dome, take-up tower center support for the transfer conveyor to the south dome, and the transfer into the south dome. Small plumes of dark smoke are discharging from joints of the transfer conveyor's tubular gallery support structure.

Exhibit A

NW003895



**Figure No. 2-7, Smoke Billowing from Petroleum Coke Domes**
**Photo taken 7:57 AM 8/21/2022**



**Figure No. 2-8, Water Spraying @ Parking Area - Suppressing Airborne Smoke**
**Photo taken 7:55 AM 8/21/2022**

Figure No. 2-8 was taken in the morning of 8/21/2022, about the same time as Figure No. 2-7. It views the arcing spray, from what is believed to be, a firehose. The water is spraying from the right (east) into the harbor at the left (west).  An individual wearing a hardhat and life jacket is

*Page 9*

**Exhibit A**

standing in the tugboat parking area looking east, toward the petroleum coke domes. The sky is blue with white clouds to the left (west) in the photo. The sky is gray to the right (east) in the photo and the white clouds are obstructed by smoke-filled air.

Figure No. 2-9 was taken on the morning of 8/29/2022. The petroleum coke that was piled against the inside perimeter of the dome has be removed at this location. The photo views a grating fitted into the base of the petroleum coke dome's wall. It is damaged, as is the concrete dome wall at this location.



**Figure No. 2-9, Vent Grating inside the North Petroleum Dome**
**Photo taken 4:54 AM 8/29/2022**

Figure No 2-10 is the earliest photograph provided by the Defendant. It was taken on the morning of 8/4/2022. It views the inside of the north petroleum coke dome. It was taken a full four (4) days before Nicole Wooten arrived at the tugboat dock parking lot. The facility was well aware of the fire days before she was granted access.

Figures No. 2-11 and 2-12 were taken early evening on 8/6/2022. In Figure No. 2-11, a red, glowing curved outline is seen through the smoke filled dome. It is characteristic of a fire. Figures No. 2-11 and 2-12 illustrate that the firefighting effort began at that time, a day-and-a-half before Nicole Wooten arrived at the tugboat dock parking lot.

As seen in Figures No. 2-11 and 2-12, firefighting began on the evening of 8/6/2022. Figure No. 2-3 taken 9:35 AM 8/7/2022 views the north petroleum coke dome and the vehicle rollup access door is closed. In an enlarged viewing of the digital file, a crew of workers is outside the closed door, a ladder is positioned at the right side of the door, and a filled firehose routed toward the door. The crew may of continued spraying water into the dome, with the door closed at that time. What might be an inflated firehose is laying on the pavement in the direction of the door.

*Page 10*



**Figure No. 2-10, Smoke Filled North Petroleum Coke Dome**
**Photo taken 7:16 AM 8/4/2022**



**Figure No. 2-11, Viewing into the Dome**
**Photo taken 6:15 PM 8/6/2022**



**Figure No. 2-12, Viewing into the Dome**
**Photo taken 6:52 PM 8/6/2022**

*Page 11*

Exhibit A

NW003898

## 3.0 Analysis

### 3.1    Managing Solid Fuel Stockpiles

Solid fuels are the primary operating cost component for power generating power plants. They typically represent seventy-percent (70%) of the plant's operating cost. A power generating utility's Fuel Purchasing Department is historically entrusted in making major financial decisions.  Solid fuel power generating plants convert a solid fuel's chemical energy to electric energy.  Chemical energy of fuel, its heating value, is commonly expressed in Btu's/pound.  It is one metric considered in valuing a particular solid fuel.

The reliability of power generating assets is a paramount concern for the power generation industry, the public, and industry regulators.  The objective is to minimize unscheduled power generating plant outages, a utility system wide necessity. Annual scheduled power generating plant outages were common. Major maintenance tasks are planned and completed during lower seasonal power demand periods.  Power generating plants have multiple, complex systems.  Maintenance planning groups, the Engineering, Operations, Maintenance, Purchasing, and Warehousing departments, manage the work.[11] The reason is to reduce the possibility of an unscheduled outage. Plant operating parameters for solid fuel power generating plants are closely followed and reported. These are reasons for power generating utilities to manage the security and availability of their fuel inventory.

Stockpiles are managed to:

1. economically interface with transportation carriers;
2. provide a ready, staged inventory to for daily plant operations; and
3. maintain a secure, on-site inventory to handle seasonal fluctuations and mitigate disruptions due to weather, transportation interruptions, and supplier interruptions (i.e. summer mining holidays and strikes).

A plant's stockpile management plan divides fuel inventory into typically two (2) categories. These are:

1. "Active Storage" is inventory that is closest to the plant. It is designed to be the primary interface with transportation, accommodating their schedules and unit tonnage deliveries. Typically, Active Storage is sized for 5 to 7 days of plant operation and at least 1.5 times the tonnage of the delivery mode of transportation.  Active Storage utilizes stackers and reclaimers that are part of the plant's fuel handling system. Operator cabs may be mounted on the stackers and reclaimers or operators may be remotely stationed to operate and monitor this equipment in a central plant control room.  Active Storage is used to fill the plant's day bins.  Day bins are normally sized for 12 to 24 hours of plant operations. With day bins, a continuous stream of fuel is fed to and combusted in the boiler. The Active Storage fuel handling system normally operates a few hours per day in perhaps two shifts, i.e. not continuously.

---

[11] Mahr, Daniel; "People, a key resource for improving maintenance"; Power Engineering; March, 1984; pg. 51-52.

*Page 12*

NW003899

2. "Dead Storage" is the plant's security inventory. It is sized for perhaps 40 to 120 days of plant operations. The amount inventoried at any time may vary due to seasonal needs and in anticipation of a threatened event, like a supply strike. Dead Storage is moved, contoured, and compacted by mobile equipment. Compaction densifies the fuel, reducing the amount of oxygen embedded within the mass of the stockpile. This reduces the oxidizing process and the potential for spontaneous combustion. If a portion of Dead Storage is anticipated to remain inventoried for a much longer period of time, the pile may be coated with sealer to reduce oxidation, degradation of this expensive fuel inventory.

The Limetree Bay petroleum coke domes are active storage stockpiles. Their purpose is to interface plant operations with transportation. In this case, it is exporting shiploads of petroleum coke to customers. Transshipment terminal rules-of thumb are to provide at least 1.5 times the tonnage of the largest vessel and 10% of annual throughput.[12] The refinery is not a transshipment terminal; it is a processing plant. The transshipment terminal logic was, however applied to understand parameters.

The Limetree Bay Oil Refinery has capacity of 525,000 barrels per day[13]. The amount of refined product that becomes delayed coke in the conversion of heavy residues into petroleum varies. It can be 18 to 20% by weight of crude oil. The utilization rate for a refinery accounts for the impact of maintenance, seasonal demand, and unforeseen disruptions. It can normally be 80% to 90%, anything above is considered high. Handymax vessels (40,000 DWT or 400,000 barrels) and Panamax (60,000 DWT or 500,000 barrels) are common for the Caribbean. If a utilization factor of 85%, petroleum coke byproduct factor of 19%, and Panamax sized vessels is considered, the annual number of shiploads of petroleum coke is calculated as follows:

$$\text{Stockpile Capacity} \quad = \quad 60{,}000 \text{ tons} \times 1.5$$
$$= \quad 90{,}000 \text{ tons}$$

$$\text{Vessels per year} \quad = \quad \frac{525{,}000 \text{ brl/dy} \times 365 \text{ dy/yr} \times 0.85 \times 0.19}{500{,}000 \text{ brl/vessel}}$$

$$= 61.9 \text{ vessels/yr.}$$

The calculated number of vessels being loaded with petroleum is a high utilization factor for a shiploading dock.

By the second transshipment terminal rule-of-thumb, the capacity of the two (2) petroleum coke domes would be 370,000 tons (61.9 vessels/yr x 0.10 x 60,000 tons/vessel). A transshipment terminal interfaces with two different modes of transportation. The inter-arrival schedules of the different modes is the issue. The refinery is a processing plant, not a transportation plant and the first rule-of-thumb is applicable.

---

[12] Mahr, Daniel; "Samalaju Industrial Port Using Renewable Energy to Handle Bulk"; PORT TECHNOLOGY; Edition 78, Summer 2018; pg. No. 104-107
[13] https://www.epa.gov/enforcement/hovensa-llc-clean-air-act-settlement

Exhibit A

NW003900

Exhibit No. 4 is an article titled "Monolithic Dome Petroleum Coke Storage". It identifies the domes as 254' x 127' with a capacity of 40,000 metric tons. If that is the capacity for one dome, the combined capacity is 80,000 metric tons for both.

USEPA inspected at PHRT on September 26-29, 2023 per the General Duty Clause of the Clean Air Act. Their report, completed December 19, 2023, described their findings. Those concerning the petroleum coke include:

> 'The accepted safety practice for storing petroleum coke is to move the material frequently and to keep it moist with the application of water. If this is not done, the coke can begin to smolder as it did in this instance.
>
> Following a joint effort by PHRT, its contractors Pinnacle Services, Total Safety, Williams Fire and Hazard Control and Savage, as well as others, the smoldering coke was extinguished on August 26, 2022 - 22 days after the incident began."[14]

My description of the management of solid fuel stockpiles and EPA's report employ different methodologies. They agree on one important factor, loosely stacked solid fuels should not be left unattended for longer periods of time.

The management of inventories of products and materials is sometimes characterized as either LIFO (Last In First Out) or FIFO (First In Fist Out). Solid fuel stockpiles are managed in the FIFO method.

EPA's inspection report goes on to describe numerous instances of equipment in poor repair, contained corrosion including extreme corrosion in all unit processes. They found the PHRT lacks a preventative maintenance program and facility personnel stated that there are not any formal process unit inspections.

In Exhibit No. 51, EPA's report states: "The coke piles in the North and South Domes are currently turned over once a week and water sprayed one time per week, and temperature in the coke dome piles is monitored once a day."[15] PHRT followed EPA's advice.

## 3.2    Analysis of Petroleum Coke

The analysis of delayed petroleum coke varies with the crude from which it is made. It ranges as follows[16]:

---

[14] Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Dec. 19, 2023, Pg. No. 6.

[15] Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Septemberm20-26, 2022 Pg. No. 3 (Exhibit No. 51)

[16] Singer, Joseph G., editor; Combustion Fossil Power, fourth Edition; Combustion Engineering, Inc.; 1991; Pg. No. 2-22

Exhibit A

NW003901

### Analysis of Petroleum Coke

| | |
|---|---|
| Moisture | 3-12% |
| Volatile Matter | 10-20% |
| Fixed carbon | 71-88% |
| Ash | 0.2-3.0% |
| Sulfur | 2.9-5.4% |
| Btu/lb, dry | 14,100-15,600 |
| | (32.8 to 36.3 MJ/kg) |

In the combustion process, particle temperature increases. The moisture is vaporized and the volatile matter is released. The volatile matter ignites and almost immediately burns. That increases the temperature of char particle, which primarily composed of carbon and mineral matter. Volatile matter is critical for maintaining flame stability and accelerating char burnout. [17]

Petroleum coke's sulfur content is relatively high for today's air emission regulations. Solid fuel power generating plants are fitted with Flue Gas Desulfurization (FGD) systems to control emissions. Blending petroleum coke with low sulfur solid fuels is another methodology to utilize the byproduct while reducing the average cost of fuel for the plant.

The heating value (Btu/lb) is relatively high for a solid fuel. Petroleum products are naturally higher in heating value than most solid fuels. The higher heating value is a plus for the utilization of petroleum coke.

## 3.3    Fire Triangle

There are three (3) essential conditions that must be present for a fire. The must be oxygen. It is the oxidizer that facilitates the chemical reaction of combustion. There must fuel, the product being oxidized. There also must be heat, to start and drive the chemical reaction. These three (3) essential conditions are commonly represented at the Fire Triangle, as seen in Figure No. 3-1.



**Figure No. 3-1, Fire Triangle**

---

[17] Stultz, S. C. and Kitto, J. B., editors; <u>Steam its generation and use, 40th Edition</u>; Babcock & Wilcox; 1992; Pg. No. 13-2

**Exhibit A**

**NW003902**

Fires often ignite due to a flame or spark. Forest fires can start from a lightning bolt or downed live electrical transmission wires. Spontaneous combustion occurs when fuel reaches its autoignition temperature. This can be due to friction as starting a campfire by rapidly rotating/rubbing one wood stick on another, a friction fire. A fire can start by biological activity when organisms generate heat under conditions that support their growth. The available moisture of the organic material must be with a suitable range, neither to dry nor too wet to support growth and not dissipate heat. A solid fuel, like coal or petroleum coke, can spontaneously combust due to auto-oxidation. The fuel reacts with oxygen releasing heat. When the heat produced is not quickly dissipated, it accumulates, increasing the oxidation rate. The process becomes a "thermal runaway" and ultimate ignites and spreads as a fire.

A fire also needs oxygen. Figures No. 2-5 and 2-9 view the outside and inside portions of an air vent. The domes are fitted with a dust collection system, can be seen in Figures No. 2-3, 2-6, and 2-7. These dust collection systems, when they are working, extract dust-laden air from the dome. The vents provide make-up air, balancing air pressure inside/outside the petroleum coke domes and allowing the dust collection system to efficiently operate. When the dust collection system is not operating, there is natural air circulation, venting the petroleum coke domes. Hot air exhaust up the petroleum coke feed conveyors. Cooler fresh air enters via the vents.

Opening the rollup vehicle access door increased one condition needed for a fire. A large open door increases the available oxygen. The air vent is much smaller and more restrictive. One technique in firefighting is to deprive the fire of oxygen. A stovetop fire experienced during cooking can be extinguished by placing a cover on the frying pan. If something baking in the oven starts to burn, it is generally better to keep the oven door closed. That helps to contain the fire and reduces the amount of oxygen available to the flames.

The north petroleum coke dome had all three (3) conditions for a fire. It satisfied the fire triangle, Figure No. 3-1.

## 3.4    Products of Combustion – Smoke, Ash, and Gases

In a fire, the combustible elements are burned. The none-combustible minerals become ash. Some ash minerals are more hazardous than others.

### 3.4.1 Smoke

In a utility sized pulverized coal-fired boiler, 80% of the ash are small particles and captured by the flue gas, as fly ash. The remaining 20% drops to the furnace's water-filled hopper and quenched as bottom ash. Pollution control systems capture flue ash using either Electrostatic Precipitators (ESPs) or bag houses. A power plant's chimney is extremely tall. The hot flue gas and minute fly ash particles:

1. exits as a plume that rises higher, so the flue gas rises high above the surrounding area;
2. the concentration of fly ash particles become diluted in the atmosphere; and
3. disperse over a wide geographic area.

NW003903

A forest fire is different. Combustion is uncontrolled, not contained. There are no mechanisms to capture fly ash particles. Combustion is at ground level. The forest may contain dry grasses and small trees, which are the kindling. The large trees sustain the fire, like logs in a fireplace. There is no chimney directing smoke away from the immediate locality. Forest fire combustion is incomplete. The windblown smoke contains partially combusted fuel, embers that are still burning. These windblown embers spread the forest fire, especially if the winds are fast and sustained. California's and Canada's forest fires have been newsworthy events in the last couple of years. Canada's fires have affected air quality in northern US states. The news reports provide an air quality index, which rise in value as air quality deteriorates. Above a certain level, residents are advised to stay indoors and limit outdoor activities.

The petroleum dome coke fires have their own, unique combination of attributes. The petroleum coke dome fire:

1. was uncontrolled, like a forest fire;
2. had no mechanism to capture fly ash, like a forest fire;
3. had no means to treat toxic combustion gases created, like a forest fire;
4. was at grade level with no chimney to disperse smoke high above the immediate area;
5. fueled by loosely piled combustible material; and
6. piled within and against an enclosed structure that obstructed access.

Fine fly ash particles are the visible smoke that is seen, the smoke plume of any fire. The smallest fine particles are long-term health problems. Those that are smaller than <2.5 μm, known as $PM_{2.5}$, are respirable smoke/dust particles, those that can be inhaled and logged in the lungs. [18]

### 3.4.2 Ash Residue

The incomplete combustion of the carbon element in fuel is char, a carbonaceous material. Coarse, agglomerated mineral ash particles and unburned carbon are the residue left behind by a fire. Depending upon their properties and characteristic, they might be used in construction materials, soil improvement, or soil stabilization.

### 3.4.3 Combustion Gases

The chemical reaction of carbon and minerals with oxygen results in combustion gases. Sulfur is a mineral that reacts with oxygen to become sulfur dioxide. A power generating plant's flue gas desulfurization (FGD) system is design to treat the combustion product sulfur dioxide formed by the combustion of sulfur elements in the flue gas. The chemical reaction that creates sulfur dioxide is:

$$S + 2O \rightarrow SO_2$$

---

[18] Schall, Joseph, editor; National Institute for Occupational Safety and Health; <u>Dust Control Handbook for Industrial Minerals Mining and Processing</u>; RI 9689; Pg. No. 244

NW003904

High concentrations of sulfur dioxide gas affect lung function, worsen asthma attacks, and worsen existing heart disease in sensitive groups.

In a power generating plant, the FGD system uses calcium-bearing materials to capture sulfur dioxide. In the petroleum coke dome fire, there was no such equipment.  Instead, the sulfur dioxide reacted with moisture in the petroleum coke and the water being sprayed to suppress the fire. The chemical reaction of sulfur dioxide with water that creates sulfurous acid is:

$$SO_2 + H_2O \longrightarrow H_2SO_3$$

Sulfurous Acid is a corrosive chemical.  Breathing Sulfurous Acid can irritate the nose and throat, irritate the lungs, cause coughing, and result in shortness of breath.

A second chemical reaction can then take place in the presence of a catalyst, like vanadium (V) oxide ($V_2O_5$). Vanadium is a heavy metal that is naturally contained in heavy oils and bitumen, the feedstocks used in the refining process that creates petroleum coke.  The vanadium is concentrated into this byproduct by the refinery's distillation process.  The chemical reaction that creates sulfuric acid is:

$$H_2SO_3 + H_2O \longrightarrow 2H_2SO_4$$

Sulfuric acid is a very strong, corrosive chemical. It can cause severe burns and tissue damage upon contact.  Inhalation of concentrated vapor can be extremely irritating to the upper respiratory tract and may cause serious lung damage. A critical parameter is the amount of sulfuric acid in $mg/m_3$.  Exposure to mists of 5 $mg/m_3$ for short periods (10 minutes) can be tolerated by humans. Higher concentrations shorten the exposure limit.[19]

Combustion gases including carbon dioxide ($CO_2$), sulfur dioxide ($SO_2$). Water vapor ($H_2O$) is not visible until the combustion gas cools and the vapor condenses into what is seen a steam.  It is a white plume from a chimney, often mistakenly call smoke. It will appear as a detached plume, invisible until the hot combustion gases are cooled enough for the vapor to condense.

## 3.5    Dust/Smoke Suppression

Smoke is primarily composed of the unburned particles of combustion or from incomplete combustion.  These particles are often microscopic and include carbon (soot), tar, oils, and ash.

Dust suppression to control airborne dust particles is a common technology used at conveyor transfers, which discharge from one conveyor to another or onto a stockpile.  Commercial systems mount individual nozzles onto a header and spray to falling stream of dry bulk material. These systems often treat the water with a surfactant (soap) to reduce the surface tension of a water droplet.  That enables individual droplets of water to wet small dust particles.

---

[19] https://www.ncbi.nlm.nih.gov/books/NBK208279/

**Exhibit A**

**NW003905**



**Figure No. 3-2 – Suppressing a Dust Particle**

Figure No. 3-2 illustrates the relative importance of particle and water droplet size. Particles smaller than a water droplet will be deflected and not be wetted. Oil smokes are less than 1 µm.[21]

For large open areas such as stockpiles and demolition sites, a different design is employed. The dust suppression water cannon is a fan. The fan is fitted with rings of nozzles and a fine screen to reduce droplet size. The fan blows a mist of fine water droplets over a wide area. Such equipment was likely not available at the refinery for their immediate use and not what is seen in Figure No. 2-8. Using a firehose to suppress the smoke does, in Figure No. 2-8, noticeably improve visible air quality after the stream of water.

The fan-style dust suppression cannon's discharge is like a light rain with fog dispersed over a relatively wide area. The firehose method is like a concentrated rain downpour. Neither method would aid in controlling combustion gases.

Between 8/8/2022 and 8/21/2022, PHRT engaged resources to extinguish the north petroleum coke dome fire. They addressed the windblown smoke at the tugboat dock parking area by using a firehose to suppress smoke particles. In the Caribbean, the trade winds blow from the northeast to the southwest throughout the year. That is exactly what is seen in Figures No. 2-7 and 2-8. On 8/8/2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome.

---

[20] Cole, Howard W., Jr.; "Microfoam for the Control of Source and Fugitive Dust Emissions"; DeTer Company, Inc.; Figure 2
[21] Cole, Howard W., Jr.; "Microfoam for the Control of Source and Fugitive Dust Emissions"; DeTer Company, Inc.; Figure 1

NW003906

## 3.6    Ventilation

Figures No. 2-5 and 2-9 view what is appears to be a vent at the base of the north petroleum coke dome.  Figure No. 2-5 was taken near the beginning of this event and it was intended to show fire damage at the base of the dome and smoke exiting the dome, with its temperature at this location being 150-degrees Fahrenheit.  Figure No. 2-9 was taken near the end of this event and was intended to show fire damage to the grating and concrete structure of the dome at this location.

As seen in the fire triangle, Figure No. 3-1, a fire needs oxygen. This vent at the base of the dome is a source for the oxygen in the air to feed the fire.  Natural air currents within the dome would carry warm air to the top of the dome and out the conveyor transfer atop the dome. The replacement air would be drawn into the dome.  With the dome's vehicle access, rollup door close, as seen in Figure No. 2-3, this vent at the base of the dome is a likely contributor to the fire. It certainly was an area of interest on 8/8/2022 and again on 8/29/2022. Late in the day of 8/7/2022 the dome's access, rollup door was opened.  That opening becomes a larger area to supply inlet air.

Photo Exhibits:

   101.  2022-08-17 06-03-39 IMG_8871.JPG
   102.  2022-08-17 06-04-20 IMG_8872.JPG

taken 6:03-6:04 AM 8/17/2022 view the concrete block electrical room outside the petroleum coke dome.  A desk chair is propping the fire-rated entrance door open.  The petroleum coke storage domes are ventilated by a dust collecting system.  The stacking operation can create a dusty environment inside the dome. The dust collection system exhausts that dust-laden air. Photos of the inside of the dome before and after Exhibits No. 101 and 102 view a much improved interior environment.  The smoke filled dome at 4 AM is largely cleared at 6 AM. Air quality is improved, but this does not extinguish the fire.  It does supply fresh air to the fire. Later photos view personnel wearing a Self Contained Breathing Apparatus (SCBA) while working inside the dome.

## 3.7    Air Monitoring Data

Figure No. 3-3 is a map locating five (5) air monitoring stations that EPA installed at Limetree Bay Terminal in May 2021.  Per a filing in federal court, Limetree Bay purchased and installed the same type of air monitoring and telemetry equipment.  Their results confirmed that they produced results consistent with EPA's monitors.  EPA removed their five (5) monitoring Stations starting November 16, 2021.

EPA's monitors were at the west and north perimeter of the refinery's property.  None were near the petroleum coke domes, which are at the southeast area of the refinery.  Their purpose was to monitor the distillation operations and flares of the refinery and their potential effect on the surrounding community, not the conditions at the petroleum coke storage and shiploading facilities.

*Page 20*

**Exhibit A**

NW003907

The parking lot for the tugboat dock, where Nicole Wooten experienced respiratory distress, is approximately 300 feet west of the petroleum coke domes. Air monitoring Station 1, as shown in Figure No. 3-3, is over two miles (2 mi.) west of the petroleum coke domes. Readings at that distance are expected to be much lower as pollutants disperse and spread out over an ever enlarging sphere. The equation for surface area of a sphere is:

$$\text{surface area of a sphere} = 4\,\pi\,r^2$$

Atmospheric conditions significantly affect the spatial and temporal variability and its transport to the monitoring side. The factors that can greatly influence the dispersion of pollutants from the emission source to the receptor are:

1. Wind Speed,
2. Wind Direction,
3. Wind Variability,
4. Obstructions such as Buildings,
5. Terrain, and
6. Heat Sources or Heat Sinks.[22]



**Figure No. 3-3, EPA's Air Monitoring Stations (May – November 2021)[23]**

---

[22] US EPA; Quality Assurance Handbook for Air Pollution Measurement Systems Volume II Ambient Air Quality Monitoring Program, Section 6.0; January 2017; Page 8 of 15

*Page 21*

Exhibit A

NW003908

The air monitor's proximity to the petroleum coke domes and meteorological data for wind direction/speed would be of value in considering monitoring data. An analysis is not made at this time. Data from an air monitor at the tugboat dock would be most helpful, but it is unlikely that one was ever installed at that location or within the immediate area.

---

[23] https://www.epa.gov/vi/monitoring-air-near-limetree-bay

**Exhibit A**

NW003909

## 4.0 Opinions

Based on my review of the referenced case materials and on my experience and background as a Professional Engineer who specialized in the design of conveyors, solid fuel/materials handling systems, I have formulated the following opinions with a reasonable degree of engineering certainty:

1. The maintenance performed by PHRT at did not meet industry practices for a large industrial plant.
2. Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices.
3. Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected.
4. PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering".
5. PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock.
6. On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot.
7. On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome.
8. PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology.

These are my opinions and conclusions to date as documented herein. They are based on my review of the current sources of information, which could be examined within the available schedule for this assignment. I reserve the right to modify and/or supplement this report, should new or additional information be provided.

**Exhibit A**

**NW003910**

## 5.0 Conclusion

Information about how Hovensa shutdown operations, what layup procedures were used, or if any ongoing maintenance was instituted to preserve plant capabilities were not provided to me. The condition of industrial facilities is important to their valuation and their ability to restart as a viable enterprise. EPA's inspection report did, however, describe numerous instances of equipment in poor repair, contained corrosion including extreme corrosion in all unit processes. They found that PHRT lacks a preventative maintenance program and facility personnel stated that there are not any formal process unit inspections.[24]

Due to the above circumstances, a fire in the north petroleum dome was inevitable; it was just a matter of time.

On August 4, 2022 a full four (4) days before Nicole Wooten arrived at the tugboat dock parking lot, PHRT was fully aware there was a fire at the north petroleum coke dome.

By August 6, 2022, PHRT was taking action to address the fire in the north petroleum coke dome. Workers at the dome were using PPE and the vehicle access rollup door was opened. This allowed smoke and combustion gases to escape and air to enter the dome, increasing the oxygen supply for the fire.

On August 8, 2022, Nicole Wooten was granted access. Plant security DID NOT:

1. provide any cautionary advice,
2. warn her of that there was a fire emergency, and
3. fit her with PPE.

PHRT significantly revised their stockpile management procedures at the petroleum coke dome because of the fire at this location.

---

[24] Harrington, Dwayne; Lindberg, Karl; Port Hamilton Refinery and Transportation LLLP 112(r) CAA General Duty Clause Inspection; Dec. 19, 2023, Pg. No. 6.

Exhibit A

NW003911

## 6.0 Documents

Appendix No. A1 identifies the Documents provided for this report. There is approximate 4.8 GB of data in 615 digital files.

### 6.1    Exhibits

Exhibit No. 4 was reviewed. The file is named:
ARTICLE-IN-dated-06-05-14-by-Monolithic-re-Monolithic-Dome-Petroleum-Coke-Storages-12-05-2022.pdf.
It describes the problems with petroleum coke and identifies monolithic domes as the solution to the massive dust-pollution problem created by open stockpiles. It features a picture that identifies is as being built for the Hovensa Coker Storage and Bechtel Corp. located in St. Croix, US Virgin Islands.

Catherine Elizee's answers in Exhibit No. 14
(DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf) were reviewed. She stated that the docks belong to Limetree Terminals and that Limetree Bay does not advise PHRT who is coming to Limetree Terminals' facility and does not tell PHRT if someone from Customs is coming to the docks.

Exhibit No. 51 was reviewed. This is EPA's report of their September 20 – 26, 2022 inspection of Port Hamilton Refinery and Transportation LLLP. The report itself is dated 10/21/2022. In it, EPA states: "The coke piles in the North and South Domes are currently turned over once a week and water sprayed one time per week, and temperature in the coke dome piles is monitored once a day."

Other Exhibits were not examined at this time.

### 6.2    Monitoring Data

The Excel file names for the monitoring air data indicates the dates and location designations where the data was taken. The location designations include the Administration Building Parking Lot, various tanks, fencelines, Gate 2, and SCPC. A map showing their locations has not be seen at this time. Only five (5) of the thirty-five (35) files indicate that the data includes 8/8/2022, the date Nicole Wooten was at the tugboat dock parking lot.

Monitoring Exhibit file No. 20, "8-8-92022 TK 7507 SW.xlsx" tabulates date from 8/8/2022 8:54:41 AM to 8/9/2022 3:45:31 PM. Assorted parameters are listed including H2S-Hydrogen Sulfide and SO2-Sulfur Dioxide. All readings for these two (2) gases are 0.00.

Other monitoring data files were not examined at this time.

### 6.3    Photos of Smoldering Incident

Digital photographs submitted by Defendant are listed in Appendix No. A-1. The files are dated as taken from 7:16 AM August 4, 2022 through 3:59 AM August 31, 2022. These files illustrate the following:

*Page 25*

**NW003912**

Image No. 8604 taken 7:16 AM 8/4/2022 views the inside of the petroleum coke dome. The lights are on the stacker and reclaimer, illuminating a smoke filled volume above the base of the dome. A medium size hose is strung along the concrete floor. The smoke is thick, obscuring the stacker and reclaimer in the dome. Only the illuminating floodlights on the equipment is visible.

 Images 8586 and 8587 taken 1:08 PM 8/4/2022 view the inside of the petroleum coke dome.

Image No. 7317 taken 6:15 PM 8/6/2022 views a firehose water cannon inside the petroleum coke dome. The firehose is flat, no water. To the left is a red glowing line, believed to be burning surface of the petroleum pile against the inside perimeter of the dome.

Image No. 7321 taken 6:52 PM 8/6/2022 views a firehose water cannon spraying into the petroleum coke dome. Nothing is visible inside the dome.

Image No. 8616 taken 9:31 AM 8/7/2022 views the petroleum coke shiploading system in the foreground and the storage domes in the background.

Image No. 8618 taken 9;33 AM 8/7/2022 views the petroleum coke dome. A discolored curved line along the surface of the dome and smoke is discharging from the coke transfer into the dome.

Image No. 8620 taken 9:34 AM 8/7/2022 views an access road along the shoreline. A firehose is draped alongside the right side of the road and a petroleum coke dome with its feed elevating conveyor and petroleum coke dome at to the left of the road.

Image No. 8646 taken 3:28 PM 8/7/2022 views the outside of the petroleum coke dome. A hose is spraying water toward the dome. Discolored areas are at the base. There is a curved discolored area, believed to be the surface of the petroleum coke in the dome at this location.

Image No. 8669 taken 5:10 PM 8/7/2022 views the petroleum coke dome's access entrance. There are eight (8) people looking into the dome. Smoke is discharging from the open entrance. The Cornell service door is fully open.

Image No. 8702 taken 6:06 PM 8/7/2022 views the petroleum coke dome with a discolored area at the base of the dome and a discolored outline or what is believed to be the surface of the petroleum pile resting against the inside of the dome. No personnel or emergency response equipment is present.

Image No. 0057 taken 2:30 PM 8/8/2022 views an outside area of the petroleum dome, focusing on a device, mounted on a rectangular grating. The photo is annotated " 150f Smoke". Two (2) blackened areas are highlighted with yellow circles.

Image No. 8685 taken 6:27 PM 8/8/2022 views a blacked, blistering area on the outside of the dome.

Image No. 8705 taken 6:48 PM 8/10/2022 views the outside of the petroleum coke dome with a medium diameter hose spraying a blackened are at the base of the dome. A blacken curved area, believed to be the surface of the petroleum coke in the dome at this location, is seen.

Image No. 8719 taken 7:14 AM 8/10/2022 views the outside of the petroleum coke dome with smoke billowing out of the access entrance.

Image No. 8717 taken 2:49 PM 8/11/2022 sketches a section of the construction of the petroleum coke dome on an office whiteboard. It labels the outside "fabric (PVC); inside the liner is "rebar hangers metal"; then "polyurethane", next layer "shotcrete", the inner surface is noted "<$400_o$F", and ""Charring".

*Page 26*

**NW003913**

Image No. 8737 taken 4:17 PM 8/11/2022 views blacken areas of the petroleum coke dome being sprayed by two medium diameter hoses. The discoloration indicates two (2) hot areas toward the base of the dome and an outline of what is believed to be the surface of the petroleum coke piled against the dome at this location.

Images No. 8727, 8734, 8735, 8736, and 8754 taken 3:30 AM to 3:45 AM 8/12/2022 view the outside of the petroleum coke dome with medium diameter hoses spraying the blacken area on the outside of the dome.

Image No. 8772 taken 2:40 PM 8/13/2022 is a picture of the newspaper story published in Saturday, August 13, 2022 edition of VIRGIN ISLANDS. The title of the article is "St. Croix refinery coke pile still smoldering" by Suzanne Carlson, Daily News Staff. The article quotes Fermin Rodriguez, PHRT VP, "Water has been applied 24 hours a day and the temperature readings inside the coke dome are being monitored to ensure entry by personnel is safe." The article states: "The material was left over from the brief but disastrous 2021 restart under former owners Limetree Bay Refinery, which resulted in an emergency shutdown by the EPA after surrounding neighborhoods were repeatedly sprayed with oil mist and noxious gas." The article reports that Limetree Bay lacked the funds to complete the cleaning and shutdown due to its bankruptcy. Fermin Rodriguez is quoted "When stored in a dry, warm area for a period, smoldering can occur, releasing heat without fire."

Image No. 8782 taken 8:11 PM 8/13/2002 views the inside of the doom with firehoses and a water cannon spraying. The foreground is visible; a cloud of smoke obscures the background.

Image No. 8792 taken 8:25 PM 8/13/2022 views the parked firetruck, with its rear wheels secured with chock blocks.

Image No. 8795 taken 7:00 AM 8/14/2022 views the FP-1 fire pump truck located at tug dock. Firehoses are connected and operating.

Images No. 8811 and 8853 taken 12:45 – 12:47 PM 8/14/2022 and 8816 and 8817 taken 5:38 and 5:40 PM 8/14/2022 view dump trucks outside the dome and leaving.

Images No. 8827 and 8828 taken 7:13 PM 8/15/2022 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke. Portions of the dome's concrete floor are wet, some pools of water.

Images No. 8829 to 8841 and 8843 to 8852, 8854, and 8860 taken 5:41 – 6:06 AM 8/16/2022 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke. Portions of the dome's concrete floor are wet, some pools of water.

Image No. 8856 is an aerial view of the of the petroleum area of the refinery. A portion is labeled: "Refinery Plot No. 7 19.857 Acres". The portion at the petroleum domes has a callout with an arrow identifying LPG Flare[See Detail]".

Images No. 8858, 8859, 8861 to 8865 to 8868 view the interior of the petroleum dome. The upper portion of the dome is obscured by a cloud of smoke.

Images No. 8871 and 8872 taken 6:03-6:04 AM 8/17/2022 view the concrete block electrical room. A desk chair is propping the fire-rated entrance door open.

Images No. 8874 and 9078 taken 6:05 AM 8/17/2022 view the stacker and reclaimer inside the dome. The interior is well lighted. Visibility is good. The base of the dome is mostly covered by a pool of water.

Image No. 8876 taken 6:07 AM 8/17/2022 views petroleum coke, baghouse, dust collectors, which vent and control dust within the domes.

Image No. 8880 taken 6:14 AM 8/17/2022 views a concrete lined, water runoff/collection pool. A pipe at the far end is discharging water into the pool. The water is black and concrete walls stained black.

Image No. 8881 taken 6:21 AM 8/17/2022 views the two domes, transfers to the domes, elevated conveyor (including its take-up support tower) feeding the second dome and several filled large plastic bags in the fore ground. Smoke is escaping from the transfer into the one dome and to a lesser degree, the center take-up tower.

Image No. 8888 taken 5:08 PM 8/17/2022 views a hand-drawn diagram of the domes with the position of the stacker and reclaimer shown. The words: "reclaimer", "wall", "loader to deck", and "pathway to rear of dome" are inscribed with color coding on what would be a meeting room white board.

Images No. 8905 to 8910, 8916, 8917, 8923, and 8924 taken 5:43 to 5:52 AM 8/18/2022 view the interior of the dome. A Caterpillar payloader is loading petroleum coke into a dump truck and the interior of the dome has a cloud-ceiling of smoke, perhaps 20-feet above the floor of the dome.

Images No. 8929 to 8931 taken 6:18 AM 8/18/2022 view the concrete wall enclosed, outdoor petroleum coke storage area.

Image No. 8938 taken 6:25 AM 8/18/2022 views the interior base of the dome overlooking small, soaked piles of petroleum coke and a pool of water.

Images No. 8944 to 8947 taken 8:53 AM 8/18/2022 view the interior of the dome which has a cloud ceiling of smoke, perhaps 20-feet above the floor of the dome.

Images No. 8949 to 8951 taken 12:04 - 12:05 PM 8/18/2022 view: 1) firehoses connected a fire pumper truck that is parked at the tugboat dock 2) the path of the firehoses toward from the firetruck, and water supply hoses connected to what appears to be a firewater valve station.

Images No. 8970 to 8975 taken 4:16 AM 8/19/2022 view a worker wearing PPE including a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA) using a firehose to spray the inside surface of the dome directly above a pile of petroleum coke

Image No. 9006 taken 4:16 PM 8/19/2022 views a payloader, with a bucket full of petroleum coke, exiting the dome. A worker is spraying the loaded bucket. The payloader operator is wearing a mask. A Williams and a RESCUE individual, viewing this operation, are wearing PPE, but not a facemask. A third person, mostly obscured is wearing a respirator.

Image No. 0819 taken 2:03 PM 8/20/2022 views the interior of the dome's stockpile. A Caterpillar Backhoe-Excavator is visible in the foreground. The petroleum coke reclaimers are nearly completely obscured by the smoke.

Images No. 9079 to 9081 taken 4:55 AM 8/21/2022 view the interior of the dome, which is strung with a safety tape: "Danger Do Not Enter".

Images No. 9086 to 9093 taken 5:07 AM 08/21/2022 view a worker wetting the petroleum coke stockpile in the dome. The worker is wearing PPE including a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA). A payloader and backhoe excavator are seen.

**Page 28**

NW003915

Image No. 9106 taken 6:19 AM 8/21/2022 views a double rainbow with a blue sky to the left and grey smoke-filled air to the right. Minute water droplets are refracting the sunlight, creating primary and faint secondary rainbows. The shiploader for the petroleum coke is seen in the distance, center of the picture.

Images No. 9112 and 9113 taken 7:01-7:08 AM 8/21/2022 views the dome feed/transfer conveyor, transfers, and the domes with windblown smoke being horizontally blown at a perpendicular angle to the elevated transfer conveyor, i.e. toward the coastal facilities.

Image No. 9131 taken 7:55 AM 8/21/2022 viewing the coastal facilities. The right portion of the picture is grey with dense smoke. The left side of the picture is clear, with a blue sky. A stream of water likely from a firehose is spraying the air. A woman with a hardhat and life red lifejacket is looking toward the domes.

Image No. 9112 taken 7:01 AM 8/21/2022 and Image No 9164 taken 6:51 PM that same day illustrates the white feed/transfer conveyor to the second dome, the transfers, and the two (2) domes. In the morning, smoke is billowing from the central and dome transfers. By evening, these transfers and the tube galleries for the dome feed/transfer conveyor are mostly blackened by the fire's smoke. The north dome, in particular is grey, covered in soot, instead of gleaming white.

Images No 9176 and 9177 taken 6:39 AM 8/22/2022 view an excavator/backhoe atop the petroleum stockpile in the dome.

Image No. 9224 taken 7:38 AM 8/24/2022 views a dump truck at the outdoor petroleum coke stockpile with a working hosing off the tires of the dump truck.

Image No. 9247 taken 5:08 AM 8/25/2022 views the grade access roadway and reclaim conveyor for the dome. A dump truck is exiting the dome.

Images No. 9255 to 9258 taken 5:23-5:24 AM 8/25/2022 view personnel inside the dome with full protective gear, standing in a pool of water, flooding the dome. Their PPE equipment includes 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA).

Images No. 9299 to 9302 and 9306 to 9308 taken 5:13-5:19 AM 8/26/2002 view the scored/blacked interior of portion of the dome that has been cleared lane-wide pathway, presumably by the payloader seen in the foreground.

Image No. 9309 taken 5:24 AM 8/26/2022 views an individual in protective clothing carrying a 3M SCOTT Fire & Safety breathing air cylinder, a Self Contained Breathing Apparatus (SCBA). He was walking toward a payloader inside the dome.

Images No. 9314, 9315, 9317, 2930, and 2931 taken 5:26 AM 8/26/2022 indicate that a payloader was used to retrieve petroleum coke from the area inside the dome that had petroleum coke stockpiled against the interior envelope of the dome. The payloader created a "pathway" along the inside, scorched perimeter area of the dome.

Images No. 9348 to 9350 taken 6:03 AM 8/26/2022 view taken three (3) firefighting hose lines from the shoreline water intake area, toward a truck, and then to the dome.

Images No. 9356 to 9359 taken 6:23 AM 8/26/2002 view what appears to be an outdoor petroleum coke stockpile storage area. The area is enclosed with a concrete wall and apparently, the stockpile is formatted by an overhead, rail mounted equipment. An elevated, centrally located, concrete wall-mounted reclaim hopper is fitted with a sloping grizzly reclaim hopper. It appears the reclaim hopper feeds a belt conveyor that routes petroleum coke to the dome storage stockpiles.

*Page 29*

NW003916

Images No. 9362 to 9634 taken 2:08-2:13 PM 8/26/2022 view an enclosed, Williams Fire & Hazard Control trailer, employed for the emergency response. A photo of the control panel and fuel tank identifies it is a booster pump that runs on an engine that runs on low sulfur fuel.

Images No. 9409, 9411, and 9412 taken 6:15 AM 8/27/2022 view red painted pipes, along the riprapped shoreline. The pipes extend into the water. The pipes are coupled sections and welded elbows. What is seen is understood to be firefighting water supply/suction lines, apparently a temporary arrangement. Image 9402 views what may be water intake and tank storage facilities for the refinery.

Image No. 9416 taken 12:59 PM 8/27/2022 views the inside of the petroleum coke dome. A roadway path is cleared of petroleum coke at this inside perimeter of the dome. The surface of the petroleum coke that remains is coated with white ashes

Image No. 9423 taken 9:16 AM 8/28/2022 views the outdoor, concrete walled, petroleum coke storage area. A medium diameter hose is spraying water onto a pile.

Image No. 9432 taken 4:53 AM 8/29/2022 views an area of the petroleum coke dome's concrete wall. A black area where the coke pile was once piled against the wall is outlined by an orange perimeter curved outline.

Image No. 9431 taken 4:52 AM 8/29/2022 views a grating fitted into the base of the petroleum coke dome's wall. It is damaged, as is the concrete dome wall.

Images No. 9433 and 9441 taken 4:53-4:55 AM 8/29/2022 are close-ups, views of portions of the concrete wall of the petroleum coke dome that are damage with long and intersecting cracks.

Image No. 9456 taken 4:23 AM 8/30/2022 is a picture of a "Coke Facility Monitoring" log with a diagram/plan of the dome and a tabulation of the date, time, temperature, water spray duration, coke turnover %, and area (location). It is for 8/29/22 from 0800 to 1730.

Images No. 9460 to 9465 taken 3:49-3:55 AM 8/31/2022 view the stacking and reclaiming machine. The upper portion progressively blackened from the base to the peak of the dome.

Image No. 9467 taken 3:56 AM 8/31/2022 views the inside of the petroleum coke dome with a blacken area on the inside surface of the dome, where the burning coke was early piled.

## 6.4    Videos of Smoldering from Defendant

Not examined at this time.

NW003917

## 7.0 Professional Experience

My expertise is the design, supply, installation, and operation of conveying, stacking, reclaiming, blending, processing, and transport of dry bulk commodities/materials – especially solid fuels. Facilities where these systems are located are power generating plants, processing plants, ports, and terminals.

I am the founder and president of Energy Associates, P.C. The firm was incorporated in New Jersey in 1994. Previously I worked at a Burns and Roe, a large engineering/consulting company that focused on power generating power plant projects. Prior to that, I was employed by ORBA Corporation, which engineered, supplied, constructed, and operated coal handling systems at ports and terminals. At the firm, my duties included serving as the Engineering Vice President for ORTRAN, a joint venture company between ORBA and C. Reiss Coal Company. ORTRAN operated the Superior Midwest Energy Terminal in Superior, Wisconsin. My projects their included the addition of a coal pile spray system to control fugitive dust emission[25] , a computerization of ORTRAN's manual methods for their maintenance tasks, and doubling the size of the administration building. My projects have included a number plant improvement and upgrade assignments, some of which were major additions to plant fuel handling systems.

I have assisted companies in dispute resolution assignments. One was between Bechtel Power Corporation and WE Energies (a Wisconsin electric utility) for their 1,230 MW Elm Road Power Plant. In the last dozen years, I have assisted attorneys representing their clients and the involved insurance companies in their litigation cases.

I am a life, Fellow member of ASME, was active in the Fuels and Combustion Technologies (FACT) technical division (now merged with the POWER Division) and a past chair of that organization. That Technical Division focused on ASME's role to disseminate industry knowledge, new technology, and achievements. Members of FACT were engineers from the major boiler companies, university professors who teach combustion subjects, engineers working at major power generating utilities, and engineers employed by consulting firms.

Currently I am a member of ASME's B20 Committee, Safety Standard for Conveyors and Related Equipment. This committee is responsible for writing and updating ASME/ANSI's B20.1 standard. The standard is referenced in OSHA and as such, part of OSHA's regulations, an enforceable law.

I have authored/coauthored over 50 publications including the "Above-Ground Handling and Storage" chapter in Materials Handling Handbook, sponsored by ASME and IMMS. My articles are published in industry magazines including: Combustion Engineering, Mechanical Engineering, Power Engineering, and POWER.

My resume and publications list are presented in Appendix A2. It provides additional information.

---

[25] Mahr, Daniel;"Systems approach to dust emission control at coal piles"; Power Engineering; June, 1983; pg. 57-59.

NW003918

# Appendix No. A1
# List of Documents Downloaded

**Exhibits**

1. AFFIDAVIT-IN-Affirmation-of-Barry-Guilbeau-06-09-2025.pdf
2. AFFIDAVIT-IN-Affirmation-of-George-Williams-06-06-2025.pdf
3. ARTCLE-IN-dated-03-30-22-by-Sidley-re-EPA-Poses-Questions-to-New-St-Croix-Refinery-Owners-to-Make-Prevention-et-al-12-05-2022.pdf
4. ARTICLE-IN-dated-06-05-14-by-Monolithic-re-Monolithic-Dome-Petroleum-Coke-Storages-12-05-2022.pdf
5. ARTICLE-IN-dated-07-29-22-by-Bloomberg-re-EPA-Says-It's-Under-No-Pressure-to-Reopen-St-Croix-Refinery-12-05-2022.pdf
6. ARTICLE-IN-dated-08-09-22-by-VI-Free-Press-re-Pile-of-Petroleum-Coke-Burning-Doesnt-Fret-New-Owners-of-Refinery-12-05-2022.pdf
7. ARTICLE-IN-dated-08-15-22-by-Argus-Media-re-Coke-smolders-at-shuttered-St-Croix-refinery-12-05-2022.pdf
8. ARTICLE-IN-dated-08-23-22-by-STX-Source-by-Federal-Authorities-Question-Refinery-Operators-About-Recent-Fires-on-St-Croix-12-05-2022.pdf
9. ARTICLE-IN-dated-10-25-22-by-VI-Consortium-re-St-Croix-Oil-Refinery-is-a-Ticking-Time-Bomb-With-Potential-For-et-al-12-05-2022.pdf
10. ARTICLE-IN-dated-10-27-22-by-Reuters-re-Idled-St-Croix-refinery-risks-explosion-catastrophic-12-05-2022.pdf
11. Curtis Green.mp4
12. Curtis Green.pdf
13. DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf
14. DEPO-IN-dated-04-14-25-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Ahmad-Charles-04-18-2025.pdf
15. DEPO-IN-dated-04-15-25-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf
16. DEPO-IN-dated-04-15-25-Exhibits-[101]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
17. DEPO-IN-dated-04-15-25-Exhibits-[115]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
18. DEPO-IN-dated-04-15-25-Exhibits-[116]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov
19. DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF
20. DEPO-IN-dated-06-03-25-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf
21. DI7DDD~1.PDF
22. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-1st-DFP-12-18-2024.pdf
23. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-12-18-2024.pdf
24. DISC-IN-Def-LBTs-Responses-&-Objections-to-Plntffs-Expert-DFP-12-18-2024.pdf
25. DISC-IN-Def-LBTs-Rule-26(a)(1)-Initial-Disclosures-(LBT000001-000131)-11-08-2023.pdf
26. DISC-IN-Def-Ocean-Points-2nd-Amended-Responses-&-Objections-to-Plntffs-1st-Set-of-Rogs-03-21-2025.pdf *Page No. A1-1*

**NW003919**

27. DISC-IN-Def-Ocean-Points-2nd-Amended-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-03-31-2025.pdf
28. DISC-IN-Def-Ocean-Points-2nd-Supplemental-disclosures-[LBT000217-000256]-03-07-2024.pdf
29. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP[LBT001106-001214]-02-21-2025.pdf
30. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-set-of-Rogs-02-21-2025.pdf
31. DISC-IN-Def-Ocean-Points-Response-to-Plntffs-RFP-[LBT000257-001105]-01-16-2025.pdf
32. DISC-IN-Def-Ocean-Points-Rule-7.1-Corportate-Disclosure-Statement-[6]-03-20-2023.pdf
33. DISC-IN-Def-Ocean-Points-Supplemental-Initial-Disclosures-[BLT000132-000216]-12-31-2023.pdf
34. DISC-IN-Def-PHRTs-Initial-Disclosures-09-10-2024.pdf
35. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[PHRT-Wooten00001-0036]-11-04-2024.pdf
36. DISC-IN-Def-PHRTs-Response-to-Plntffs-Expert-RFP-of-Docs-12-10-2024.pdf
37. DISC-IN-Def-PHRTs-Response-to-Plntffs-RFP-[PHRT-Wooten000037-000415]-12-10-2024.pdf
38. DISC-IN-Def-PHRTs-Response-to-Plntffs-Rogs-12-10-2024.pdf
39. DISC-IN-Def-PHRTs-Responses-to-Def-LBTs-1st-Rogs-11-04-2024.PDF
40. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-Request-for-Admission-12-02-2024.pdf
41. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-RFP-of-Docs-12-02-2024.pdf
42. DISC-IN-Def-PHRTs-Responses-to-Def-WIPLs-Rogs-12-02-2024.pdf
43. DISC-IN-Def-PHRTs-Responses-to-Plntffs-2nd-RFP-of-Docs-03-14-2025.pdf
44. DISC-IN-Def-PHRTs-Responses-to-Plntffs-Rogs-03-14-2025.pdf
45. DISC-IN-Def-PHRTs-Supplemental-Production-[PHRT-WOOTEN000416-001915]-03-24-2025.pdf
46. DISC-IN-Def-PHTRs-Responses-to-Plntffs-RFP-[PHRT-Wooten001916-001928]-03-14-2025.pdf
47. filelist.txt
48. Mark Johansen.mp4
49. Mark Johansen.pdf
50. NW1-5 ARTICLE-IN-dated-08-15-22-by-Argus-Media-re-Coke-smolders-at-shuttered-St-Croix-refinery-12-05-2022.
51. NW1537-1543 Copy-of-New-EPA's-Sept-2022-Inspection-Report-12-05-2022.pdf
52. NW1664-1668 Refinery Reportedly on Hunt for Financi...Faces $50M Lawsuit _ St.pdf
53. NW1669-1675 Refinery on St. Croix U.S.pdf
54. NW1676-1691 EPA letters.pdf
55. NW2844-2870 US v. Hovensa 1_11cv6.pdf
56. ORDER-IN-Memorandum-Opinion-&-Order-[720]-05-16-2024.pdf
57. ORDER-IN-Memorandum-Opinion-[335]-04-28-2023.pdf
58. PLEADINGS-IN-Answer-of-Port-Hamiltons-to-the-2nd-Amended-Complaint-[50]-02-08-2024.pdf
59. PLEADINGS-IN-Crossclaim-of-Port-Hamilton-[51]-02-08-2024.pdf
    *Page No. A1- 2*

60. PLEADINGS-IN-Def-Ocean-Points-Answer-&-Affirmative-Defenses-to-Plntffs-2nd-Amended-Complaint-[46]-01-23-2024.pdf
61. PLEADINGS-IN-Def-Port-Hamiltons-Answer-to-Ocean-Points-Crossclaims-et-al-[61]-04-04-2024.pdf
62. PLEADINGS-IN-Def-Port-Hamiltons-Answer-to-the-1st-Amended-Complaint-[11]-03-30-2023.pdf
63. PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023.pdf
64. Video-of-Smoke-from-Refinery-from-Inside-LBT-(sent-by-Coworker-day-after-injury)-11-27-2023.mp4

## Monitoring Data

1. 6-29 to 8-5-2022 SE Admin Parking.xlsx
2. 7-1 to 8-3-2022 SW Tank 7507.xlsx
3. 7-1 to 8-5-2022 NW Tank 7401.xlsx
4. 7-1 to 8-5-2022 NW Tank 7501.xlsx
5. 7-1 to 8-5-2022 W SCPC.xlsx
6. 7-1 to 8-6-2022 NW Gate 2.xlsx
7. 7-1 to 8-6-2022 NW Tank 6819.xlsx
8. 8-11-2022 SCPC West.xlsx
9. 8-15-16 2022 Tank 6819 NW .xlsx
10. 8-16-2022 Tank 7507 SW.xlsx
11. 8-21-22 2022 Tank 7401 NW.xlsx
12. 8-4-5 2022 Tank 7501 NW.xlsx
13. 8-5-2022 Tank 7401 NW.xlsx
14. 8-5-72022   Admin Parking Lot SE  .xlsx
15. 8-6-8 2022 Gate 2 Parking Lot West.xlsx
16. 8-7-8 2022 Tank 7501 NW.xlsx
17. 8-7-8 2022 TK 7507 SW.xlsx
18. 8-8-10 2022 Admin Parking Lot SE.xlsx
19. 8-8-2022 Tank 7401 NW.xlsx
20. 8-8-92022 TK 7507 SW.xlsx
21. 8-9-10 2022 Tank 6819 NW .xlsx
22. 8-9-2022 Tank 7401 NW.xlsx
23. 8-9-2022 Tank 7501 NW.xlsx
24. DISC-IN-Def-PHRTs-production-of-[08-20-23-2022-Dome-1-TimeWise-dls-report]-03-14-2025.xlsx
25. DISC-IN-Def-PHRTs-production-on-[08-19-20-22-Dome-1-Datalog-Summary-Report]-03-14-2025.xlsx
26. filenames.txt
27. PHRT Admin Bldg. SE Fenceline Air Monitoring Reports .xlsx
28. PHRT Gate 2 NW  Fenceline Air Monitoring Reports.xlsx
29. PHRT SCPC West Fenceline Air Monitoring Reports xlsx.xlsx
30. PHRT Tank 6819 NW Fenceline  Air Monitoring Data Log Reports .xlsx
31. PHRT Tank 7401 NW Fenceline Air Monitoring Data Log Reports .xlsx
32. PHRT Tank 7501 NW Fenceline  Air Monitoring Data Log Reports .xlsx

*Page No. A1- 3*

**NW003921**

33. PHRT Tank 7507 SW Fenceline  Air Monitoring Data Log Reports .xlsx

**Photos of Smoldering from Defendant**

1. 2022-08-04 07-16-50 IMG_8604.JPG
2. 2022-08-04 13-08-06 IMG_8586.JPG
3. 2022-08-04 13-08-08 IMG_8587.JPG
4. 2022-08-06 18-15-26 IMG_7317.JPG
5. 2022-08-06 18-52-30 IMG_7321.JPG
6. 2022-08-07 09-31-49 IMG_8616.JPG
7. 2022-08-07 09-32-19 IMG_8617.JPG
8. 2022-08-07 09-33-19 IMG_8618.JPG
9. 2022-08-07 09-33-26 IMG_8619.JPG
10. 2022-08-07 09-34-13 IMG_8620.JPG
11. 2022-08-07 09-35-13 IMG_8621.JPG
12. 2022-08-07 11-17-19 IMG_8624.JPG
13. 2022-08-07 13-56-14 IMG_8635.JPG
14. 2022-08-07 14-04-46 IMG_8636.JPG
15. 2022-08-07 14-04-55 IMG_8637.JPG
16. 2022-08-07 15-28-09 IMG_8646.JPG
17. 2022-08-07 17-10-07 IMG_8669.JPG
18. 2022-08-07 17-13-51 IMG_8676.JPG
19. 2022-08-07 18-06-25 IMG_8702.JPG
20. 2022-08-08 14-30-29 IMG_0057.JPG
21. 2022-08-08 18-27-52 IMG_8685.JPG
22. 2022-08-09 05-22-27 IMG_0355.JPG
23. 2022-08-09 05-22-39 IMG_0356.JPG
24. 2022-08-09 05-23-12 IMG_8668.JPG
25. 2022-08-09 05-23-14 IMG_0359.JPG
26. 2022-08-10 06-48-49 IMG_8705.JPG
27. 2022-08-10 07-14-01 IMG_8719.JPG
28. 2022-08-11 14-49-45 IMG_8717.JPG
29. 2022-08-11 16-17-56 IMG_8737.JPG
30. 2022-08-12 03-39-06 IMG_8727.JPG
31. 2022-08-12 03-43-39 IMG_8734.JPG
32. 2022-08-12 03-43-54 IMG_8735.JPG
33. 2022-08-12 03-45-12 IMG_8736.JPG
34. 2022-08-12 03-45-45 IMG_8754.JPG
35. 2022-08-12 15-16-08 IMG_8775.JPG
36. 2022-08-13 14-40-35 IMG_8772.JPG
37. 2022-08-13 20-11-04 IMG_8782.JPG
38. 2022-08-13 20-14-30 IMG_8790.JPG
39. 2022-08-13 20-17-43 IMG_8784.JPG
40. 2022-08-13 20-25-14 IMG_8792.JPG
41. 2022-08-14 06-59-58 IMG_8793.JPG
42. 2022-08-14 07-00-05 IMG_8795.JPG
43. 2022-08-14 07-00-43 IMG_8794.JPG
44. 2022-08-14 07-01-38 IMG_8796.JPG
45. 2022-08-14 07-02-12 IMG_8812.JPG
46. 2022-08-14 09-20-27 IMG_0075.JPG
47. 2022-08-14 09-20-32 IMG_0076.JPG
48. 2022-08-14 09-21-38 IMG_0077.JPG
49. 2022-08-14 09-21-45 IMG_0078.JPG
50. 2022-08-14 09-21-51 IMG_0079.JPG
51. 2022-08-14 09-22-01 IMG_0080.JPG
52. 2022-08-14 09-22-05 IMG_0081.JPG
53. 2022-08-14 09-22-08 IMG_0082.JPG
54. 2022-08-14 09-22-13 IMG_0083.JPG
55. 2022-08-14 12-45-37 IMG_8811.JPG
56. 2022-08-14 12-47-59 IMG_8853.JPG
57. 2022-08-14 17-38-44 IMG_8816.JPG
58. 2022-08-14 17-40-02 IMG_8817.JPG
59. 2022-08-15 19-13-39 IMG_8827.JPG
60. 2022-08-15 19-13-54 IMG_8828.JPG
61. 2022-08-16 05-40-11 IMG_8829.JPG
62. 2022-08-16 05-40-32 IMG_8830.JPG
63. 2022-08-16 05-40-41 IMG_8831.JPG
64. 2022-08-16 05-40-44 IMG_8832.JPG
65. 2022-08-16 05-41-36 IMG_8833.JPG
66. 2022-08-16 05-41-40 IMG_8834.JPG
67. 2022-08-16 05-43-23 IMG_8835.JPG
68. 2022-08-16 05-44-21 IMG_8837.JPG
69. 2022-08-16 05-45-44 IMG_8838.JPG
70. 2022-08-16 05-45-50 IMG_8839.JPG
71. 2022-08-16 05-46-26 IMG_8840.JPG
72. 2022-08-16 05-46-36 IMG_8841.JPG
73. 2022-08-16 05-47-22 IMG_8843.JPG
74. 2022-08-16 05-47-45 IMG_8844.JPG
75. 2022-08-16 05-47-50 IMG_8845.JPG
76. 2022-08-16 05-47-54 IMG_8846.JPG
77. 2022-08-16 05-48-11 IMG_8847.JPG
78. 2022-08-16 05-48-34 IMG_8848.JPG
79. 2022-08-16 05-48-37 IMG_8849.JPG
80. 2022-08-16 05-49-00 IMG_8850.JPG
81. 2022-08-16 05-49-05 IMG_8851.JPG
82. 2022-08-16 05-49-10 IMG_8852.JPG
83. 2022-08-16 06-06-10 IMG_8860.JPG
84. 2022-08-16 06-06-16 IMG_8854.JPG

**Exhibit A**

**NW003922**

85. 2022-08-16 14-39-09 IMG_8856.JPG
86. 2022-08-16 16-15-13 IMG_8857.JPG
87. 2022-08-17 03-58-02 IMG_8858.JPG
88. 2022-08-17 03-59-13 IMG_8859.JPG
89. 2022-08-17 04-00-26 IMG_8864.JPG
90. 2022-08-17 04-00-30 IMG_8861.JPG
91. 2022-08-17 04-00-40 IMG_8862.JPG
92. 2022-08-17 04-07-53 IMG_8863.JPG
93. 2022-08-17 04-08-24 IMG_8901.JPG
94. 2022-08-17 04-08-47 IMG_8865.JPG
95. 2022-08-17 04-09-08 IMG_8866.JPG
96. 2022-08-17 05-59-20 IMG_8867.JPG
97. 2022-08-17 05-59-46 IMG_8868.JPG
98. 2022-08-17 06-03-26 IMG_8870.JPG
99. 2022-08-17 06-03-39 IMG_8871.JPG
100. 2022-08-17 06-04-20 IMG_8872.JPG
101. 2022-08-17 06-05-12 IMG_9078.JPG
102. 2022-08-17 06-05-34 IMG_8874.JPG
103. 2022-08-17 06-06-18 IMG_8875.JPG
104. 2022-08-17 06-07-54 IMG_8876.JPG
105. 2022-08-17 06-14-30 IMG_8880.JPG
106. 2022-08-17 06-21-40 IMG_8881.JPG
107. 2022-08-17 11-39-16 IMG_2026.JPG
108. 2022-08-17 11-52-31 IMG_2057.JPG
109. 2022-08-17 11-53-11 IMG_2060.JPG
110. 2022-08-17 17-08-49 IMG_8888.JPG
111. 2022-08-17 17-29-26 IMG_8889.JPG
112. 2022-08-17 18-36-23 IMG_8893.JPG
113. 2022-08-18 05-38-16 IMG_8907.JPG
114. 2022-08-18 05-43-40 IMG_8905.JPG
115. 2022-08-18 05-44-29 IMG_8906.JPG
116. 2022-08-18 05-50-00 IMG_8918.JPG
117. 2022-08-18 05-50-04 IMG_8908.JPG
118. 2022-08-18 05-50-10 IMG_8909.JPG
119. 2022-08-18 05-50-12 IMG_8910.JPG
120. 2022-08-18 05-51-54 IMG_8916.JPG
121. 2022-08-18 05-51-56 IMG_8917.JPG
122. 2022-08-18 05-51-58 IMG_9004.JPG
123. 2022-08-18 05-52-04 IMG_8919.JPG
124. 2022-08-18 05-52-43 IMG_8923.JPG
125. 2022-08-18 05-52-49 IMG_8924.JPG
126. 2022-08-18 05-54-47 IMG_8925.JPG
127. 2022-08-18 05-54-57 IMG_8926.JPG
128. 2022-08-18 05-54-57
    IMG_E8926.JPG

129. 2022-08-18 05-55-00 IMG_8927.JPG
130. 2022-08-18 05-55-00
    IMG_E8927.JPG
131. 2022-08-18 05-55-36 IMG_3434.JPG
132. 2022-08-18 06-18-10 IMG_8929.JPG
133. 2022-08-18 06-18-16 IMG_8930.JPG
134. 2022-08-18 06-18-24 IMG_8931.JPG
135. 2022-08-18 06-24-22 IMG_8934.JPG
136. 2022-08-18 06-24-38 IMG_8935.JPG
137. 2022-08-18 06-24-48 IMG_8936.JPG
138. 2022-08-18 06-25-01 IMG_8938.JPG
139. 2022-08-18 06-25-59 IMG_8942.JPG
140. 2022-08-18 07-30-58 IMG_8943.JPG
141. 2022-08-18 08-53-54 IMG_8944.JPG
142. 2022-08-18 08-53-56 IMG_8945.JPG
143. 2022-08-18 08-53-59 IMG_8946.JPG
144. 2022-08-18 08-54-04 IMG_8947.JPG
145. 2022-08-18 08-56-23 IMG_8948.JPG
146. 2022-08-18 12-04-30 IMG_8949.JPG
147. 2022-08-18 12-04-40 IMG_8950.JPG
148. 2022-08-18 12-05-15 IMG_8951.JPG
149. 2022-08-18 13-57-19 IMG_8952.JPG
150. 2022-08-18 13-57-35 IMG_8953.JPG
151. 2022-08-18 17-19-29 IMG_8954.JPG
152. 2022-08-18 18-38-33 IMG_8956.JPG
153. 2022-08-19 04-04-38 IMG_8958.JPG
154. 2022-08-19 04-07-51 IMG_8962.JPG
155. 2022-08-19 04-07-55 IMG_8963.JPG
156. 2022-08-19 04-08-02 IMG_8964.JPG
157. 2022-08-19 04-16-15 IMG_8970.JPG
158. 2022-08-19 04-16-22 IMG_8971.JPG
159. 2022-08-19 04-16-26 IMG_8972.JPG
160. 2022-08-19 04-16-29 IMG_8973.JPG
161. 2022-08-19 04-16-32 IMG_8974.JPG
162. 2022-08-19 04-16-50 IMG_8975.JPG
163. 2022-08-19 04-26-24 IMG_8986.JPG
164. 2022-08-19 04-37-40 IMG_8989.JPG
165. 2022-08-19 04-42-52 IMG_8992.JPG
166. 2022-08-19 04-43-25 IMG_8994.JPG
167. 2022-08-19 06-33-03 IMG_8996.JPG
168. 2022-08-19 06-33-06 IMG_8997.JPG
169. 2022-08-19 06-34-04 IMG_8998.JPG
170. 2022-08-19 06-34-12 IMG_8999.JPG
171. 2022-08-19 06-34-21 IMG_9001.JPG
172. 2022-08-19 06-34-40 IMG_9002.JPG

*Page No. A1- 2*

**NW003923**

| | |
|---|---|
| 173. 2022-08-19 07-09-58 IMG_9003.JPG | 218. 2022-08-20 15-46-49 IMG_9075.JPG |
| 174. 2022-08-19 07-10-17 IMG_9084.JPG | 219. 2022-08-21 04-55-37 IMG_9079.JPG |
| 175. 2022-08-19 16-16-22 IMG_9006.JPG | 220. 2022-08-21 04-55-53 IMG_9080.JPG |
| 176. 2022-08-19 17-01-31 IMG_9028.JPG | 221. 2022-08-21 04-55-58 IMG_9081.JPG |
| 177. 2022-08-19 18-48-36 IMG_9029.JPG | 222. 2022-08-21 04-56-25 IMG_9082.JPG |
| 178. 2022-08-19 18-48-39 IMG_9030.JPG | 223. 2022-08-21 04-56-55 IMG_9083.JPG |
| 179. 2022-08-19 18-49-03 IMG_9031.JPG | 224. 2022-08-21 04-57-08 IMG_9130.JPG |
| 180. 2022-08-19 18-51-21 IMG_9033.JPG | 225. 2022-08-21 05-03-44 IMG_9086.JPG |
| 181. 2022-08-19 18-53-10 IMG_9034.JPG | 226. 2022-08-21 05-07-12 IMG_9091.JPG |
| 182. 2022-08-19 18-57-56 IMG_9035.JPG | 227. 2022-08-21 05-07-13 IMG_9092.JPG |
| 183. 2022-08-19 18-58-00 IMG_9036.JPG | 228. 2022-08-21 05-07-16 IMG_9093.JPG |
| 184. 2022-08-19 18-58-07 IMG_9037.JPG | 229. 2022-08-21 05-10-05 IMG_9096.JPG |
| 185. 2022-08-19 18-58-10 IMG_9038.JPG | 230. 2022-08-21 05-10-07 IMG_9097.JPG |
| 186. 2022-08-19 19-01-14 IMG_9040.JPG | 231. 2022-08-21 06-13-49 IMG_9098.JPG |
| 187. 2022-08-19 19-01-17 IMG_9041.JPG | 232. 2022-08-21 06-13-51 IMG_9099.JPG |
| 188. 2022-08-19 19-03-37 IMG_9042.JPG | 233. 2022-08-21 06-14-57 IMG_9100.JPG |
| 189. 2022-08-19 19-03-57 IMG_9043.JPG | 234. 2022-08-21 06-16-13 IMG_9102.JPG |
| 190. 2022-08-19 19-04-02 IMG_9044.JPG | 235. 2022-08-21 06-16-15 IMG_9103.JPG |
| 191. 2022-08-19 20-58-49 IMG_9045.JPG | 236. 2022-08-21 06-16-17 IMG_9104.JPG |
| 192. 2022-08-19 20-58-56 IMG_9047.JPG | 237. 2022-08-21 06-16-20 IMG_9105.JPG |
| 193. 2022-08-19 21-00-28 IMG_9048.JPG | 238. 2022-08-21 06-19-02 IMG_9106.JPG |
| 194. 2022-08-20 05-49-16 IMG_9049.JPG | 239. 2022-08-21 06-19-25 IMG_9107.JPG |
| 195. 2022-08-20 05-49-17 IMG_9050.JPG | 240. 2022-08-21 06-31-51 IMG_9108.JPG |
| 196. 2022-08-20 06-11-31 IMG_9051.JPG | 241. 2022-08-21 06-32-09 IMG_9109.JPG |
| 197. 2022-08-20 06-11-48 IMG_9052.JPG | 242. 2022-08-21 06-32-13 IMG_9110.JPG |
| 198. 2022-08-20 06-12-38 IMG_9053.JPG | 243. 2022-08-21 07-01-33 IMG_9112.JPG |
| 199. 2022-08-20 06-13-54 IMG_9054.JPG | 244. 2022-08-21 07-08-18 IMG_9113.JPG |
| 200. 2022-08-20 06-24-22 IMG_9055.JPG | 245. 2022-08-21 07-34-20 IMG_9114.JPG |
| 201. 2022-08-20 12-24-59 IMG_9056.JPG | 246. 2022-08-21 07-51-01 IMG_9117.JPG |
| 202. 2022-08-20 12-26-17 IMG_9057.JPG | 247. 2022-08-21 07-51-04 IMG_9118.JPG |
| 203. 2022-08-20 12-26-33 IMG_9058.JPG | 248. 2022-08-21 07-53-01 IMG_9124.JPG |
| 204. 2022-08-20 12-27-51 IMG_9059.JPG | 249. 2022-08-21 07-53-04 IMG_9125.JPG |
| 205. 2022-08-20 12-28-57 IMG_9060.JPG | 250. 2022-08-21 07-53-05 IMG_9126.JPG |
| 206. 2022-08-20 14-01-10 IMG_0816.JPG | 251. 2022-08-21 07-53-08 IMG_9127.JPG |
| 207. 2022-08-20 14-01-38 IMG_0817.JPG | 252. 2022-08-21 07-53-09 IMG_9128.JPG |
| 208. 2022-08-20 14-01-44 IMG_0818.JPG | 253. 2022-08-21 07-53-11 IMG_9129.JPG |
| 209. 2022-08-20 14-03-42 IMG_0819.JPG | 254. 2022-08-21 07-55-46 IMG_9131.JPG |
| 210. 2022-08-20 14-05-04 IMG_0820.JPG | 255. 2022-08-21 07-55-53 IMG_0358.JPG |
| 211. 2022-08-20 14-06-37 IMG_0821.JPG | 256. 2022-08-21 07-55-55 IMG_9133.JPG |
| 212. 2022-08-20 14-07-26 IMG_0822.JPG | 257. 2022-08-21 07-56-18 IMG_9134.JPG |
| 213. 2022-08-20 14-07-33 IMG_0823.JPG | 258. 2022-08-21 07-56-19 IMG_9135.JPG |
| 214. 2022-08-20 14-07-35 IMG_0824.JPG | 259. 2022-08-21 07-57-42 IMG_9137.JPG |
| 215. 2022-08-20 14-08-00 IMG_0825.JPG | 260. 2022-08-21 07-57-46 IMG_9138.JPG |
| 216. 2022-08-20 14-08-04 IMG_0826.JPG | 261. 2022-08-21 08-01-14 IMG_9139.JPG |
| 217. 2022-08-20 15-40-56 IMG_9074.JPG | 262. 2022-08-21 08-01-35 IMG_9140.JPG |

**Exhibit A**

NW003924

| | |
|---|---|
| 263. 2022-08-21 08-34-37 IMG_9142.JPG | 308. 2022-08-24 07-38-22 IMG_9225.JPG |
| 264. 2022-08-21 08-34-38 IMG_9143.JPG | 309. 2022-08-25 05-00-00 IMG_9238.JPG |
| 265. 2022-08-21 08-57-16 IMG_6616.JPG | 310. 2022-08-25 05-02-56 IMG_9242.JPG |
| 266. 2022-08-21 08-57-19 IMG_6618.JPG | 311. 2022-08-25 05-08-18 IMG_9247.JPG |
| 267. 2022-08-21 08-57-23 IMG_6619.JPG | 312. 2022-08-25 05-10-27 IMG_9251.JPG |
| 268. 2022-08-21 08-57-23 IMG_8564.JPG | 313. 2022-08-25 05-23-25 IMG_9255.JPG |
| 269. 2022-08-21 13-44-27 IMG_9154.JPG | 314. 2022-08-25 05-23-40 IMG_9256.JPG |
| 270. 2022-08-21 17-45-34 IMG_9158.JPG | 315. 2022-08-25 05-23-49 IMG_9257.JPG |
| 271. 2022-08-21 17-45-40 IMG_9159.JPG | 316. 2022-08-25 05-24-07 IMG_9258.JPG |
| 272. 2022-08-21 17-53-37 IMG_9160.JPG | 317. 2022-08-25 05-24-42 IMG_9261.JPG |
| 273. 2022-08-21 18-46-24 IMG_9162.JPG | 318. 2022-08-25 15-54-25 IMG_9273.JPG |
| 274. 2022-08-21 18-50-18 IMG_9163.JPG | 319. 2022-08-25 16-15-02 IMG_9274.JPG |
| 275. 2022-08-21 18-51-06 IMG_9164.JPG | 320. 2022-08-25 16-15-03 IMG_9275.JPG |
| 276. 2022-08-21 19-12-52 IMG_9174.JPG | 321. 2022-08-25 23-39-59 IMG_9283.JPG |
| 277. 2022-08-22 06-39-16 IMG_9175.JPG | 322. 2022-08-25 23-40-02 IMG_9284.JPG |
| 278. 2022-08-22 06-39-50 IMG_9176.JPG | 323. 2022-08-25 23-40-53 IMG_9285.JPG |
| 279. 2022-08-22 06-39-59 IMG_9177.JPG | 324. 2022-08-25 23-40-55 IMG_9286.JPG |
| 280. 2022-08-22 06-40-17 IMG_9178.JPG | 325. 2022-08-25 23-43-12 IMG_9287.JPG |
| 281. 2022-08-22 06-40-20 IMG_9179.JPG | 326. 2022-08-25 23-44-36 IMG_9288.JPG |
| 282. 2022-08-22 06-40-38 IMG_9180.JPG | 327. 2022-08-25 23-44-59 IMG_9289.JPG |
| 283. 2022-08-22 06-40-57 IMG_9181.JPG | 328. 2022-08-25 23-47-16 IMG_9293.JPG |
| 284. 2022-08-22 14-07-42 IMG_9182.JPG | 329. 2022-08-25 23-47-38 IMG_9294.JPG |
| 285. 2022-08-22 18-57-34 IMG_9185.JPG | 330. 2022-08-25 23-47-43 IMG_9295.JPG |
| 286. 2022-08-22 20-10-13 IMG_9186.JPG | 331. 2022-08-25 23-48-53 IMG_9296.JPG |
| 287. 2022-08-23 05-23-21 IMG_2895.JPG | 332. 2022-08-25 23-49-16 IMG_9470.JPG |
| 288. 2022-08-23 05-23-23 IMG_2896.JPG | 333. 2022-08-26 05-13-40 IMG_9299.JPG |
| 289. 2022-08-23 05-24-25 IMG_2899.JPG | 334. 2022-08-26 05-14-25 IMG_9300.JPG |
| 290. 2022-08-23 05-24-28 IMG_2901.JPG | 335. 2022-08-26 05-16-14 IMG_9301.JPG |
| 291. 2022-08-23 05-24-29 IMG_2902.JPG | 336. 2022-08-26 05-16-20 IMG_9302.JPG |
| 292. 2022-08-23 05-24-30 IMG_2903.JPG | 337. 2022-08-26 05-18-09 IMG_9306.JPG |
| 293. 2022-08-23 05-24-32 IMG_2904.JPG | 338. 2022-08-26 05-18-33 IMG_9307.JPG |
| 294. 2022-08-23 05-24-33 IMG_2905.JPG | 339. 2022-08-26 05-19-19 IMG_9308.JPG |
| 295. 2022-08-23 05-24-34 IMG_2906.JPG | 340. 2022-08-26 05-23-04 IMG_2916.JPG |
| 296. 2022-08-23 05-24-35 IMG_2907.JPG | 341. 2022-08-26 05-23-13 IMG_2917.JPG |
| 297. 2022-08-23 05-24-38 IMG_2908.JPG | 342. 2022-08-26 05-23-22 IMG_2918.JPG |
| 298. 2022-08-23 05-55-55 IMG_9212.JPG | 343. 2022-08-26 05-23-30 IMG_2919.JPG |
| 299. 2022-08-23 05-55-57 IMG_9213.JPG | 344. 2022-08-26 05-23-42 IMG_2920.JPG |
| 300. 2022-08-23 05-56-25 IMG_9298.JPG | 345. 2022-08-26 05-23-59 IMG_2921.JPG |
| 301. 2022-08-24 03-55-51 IMG_9217.JPG | 346. 2022-08-26 05-24-02 IMG_2922.JPG |
| 302. 2022-08-24 04-03-17 IMG_9218.JPG | 347. 2022-08-26 05-24-04 IMG_2923.JPG |
| 303. 2022-08-24 04-03-38 IMG_9219.JPG | 348. 2022-08-26 05-24-06 IMG_2924.JPG |
| 304. 2022-08-24 04-04-50 IMG_9220.JPG | 349. 2022-08-26 05-24-44 IMG_2925.JPG |
| 305. 2022-08-24 04-04-53 IMG_9221.JPG | 350. 2022-08-26 05-24-51 IMG_2926.JPG |
| 306. 2022-08-24 07-08-01 IMG_9222.JPG | 351. 2022-08-26 05-24-56 IMG_9309.JPG |
| 307. 2022-08-24 07-38-02 IMG_9224.JPG | 352. 2022-08-26 05-24-57 IMG_2927.JPG |

*Page No. A1- 4*

NW003925

| | |
|---|---|
| 353. 2022-08-26 05-25-06 IMG_2928.JPG | 397. 2022-08-27 05-39-32 IMG_9380.JPG |
| 354. 2022-08-26 05-25-09 IMG_2929.JPG | 398. 2022-08-27 05-39-39 IMG_9381.JPG |
| 355. 2022-08-26 05-26-37 IMG_9314.JPG | 399. 2022-08-27 05-39-59 IMG_9382.JPG |
| 356. 2022-08-26 05-26-43 IMG_9315.JPG | 400. 2022-08-27 05-55-21 IMG_9397.JPG |
| 357. 2022-08-26 05-26-48 IMG_2930.JPG | 401. 2022-08-27 05-55-22 IMG_9398.JPG |
| 358. 2022-08-26 05-26-53 IMG_2931.JPG | 402. 2022-08-27 05-55-24 IMG_9399.JPG |
| 359. 2022-08-26 05-26-58 IMG_2932.JPG | 403. 2022-08-27 06-08-04 IMG_9400.JPG |
| 360. 2022-08-26 05-27-02 IMG_9317.JPG | 404. 2022-08-27 06-08-19 IMG_9401.JPG |
| 361. 2022-08-26 05-27-17 IMG_2933.JPG | 405. 2022-08-27 06-08-57 IMG_9402.JPG |
| 362. 2022-08-26 05-27-24 IMG_2934.JPG | 406. 2022-08-27 06-09-31 IMG_9403.JPG |
| 363. 2022-08-26 05-27-28 IMG_2935.JPG | 407. 2022-08-27 06-09-34 IMG_9404.JPG |
| 364. 2022-08-26 05-27-34 IMG_2936.JPG | 408. 2022-08-27 06-10-37 IMG_9405.JPG |
| 365. 2022-08-26 05-27-37 IMG_2937.JPG | 409. 2022-08-27 06-10-53 IMG_9406.JPG |
| 366. 2022-08-26 05-27-52 IMG_9320.JPG | 410. 2022-08-27 06-15-02 IMG_9409.JPG |
| 367. 2022-08-26 05-28-25 IMG_2938.JPG | 411. 2022-08-27 06-15-10 IMG_9410.JPG |
| 368. 2022-08-26 06-03-06 IMG_9347.JPG | 412. 2022-08-27 06-15-48 IMG_9411.JPG |
| 369. 2022-08-26 06-03-09 IMG_9348.JPG | 413. 2022-08-27 06-15-58 IMG_9412.JPG |
| 370. 2022-08-26 06-03-14 IMG_9349.JPG | 414. 2022-08-27 12-59-25 IMG_9416.JPG |
| 371. 2022-08-26 06-06-28 IMG_9350.JPG | 415. 2022-08-27 13-01-29 IMG_9417.JPG |
| 372. 2022-08-26 06-07-19 IMG_9351.JPG | 416. 2022-08-27 13-01-33 IMG_9418.JPG |
| 373. 2022-08-26 06-07-48 IMG_9352.JPG | 417. 2022-08-27 13-01-37 IMG_9419.JPG |
| 374. 2022-08-26 06-08-03 IMG_9353.JPG | 418. 2022-08-27 14-53-52 IMG_9421.JPG |
| 375. 2022-08-26 06-08-37 IMG_9354.JPG | 419. 2022-08-28 09-16-40 IMG_9423.JPG |
| 376. 2022-08-26 06-08-58 IMG_9355.JPG | 420. 2022-08-28 15-46-12 IMG_9425.JPG |
| 377. 2022-08-26 06-23-04 IMG_9356.JPG | 421. 2022-08-28 15-46-15 IMG_9426.JPG |
| 378. 2022-08-26 06-23-06 IMG_9357.JPG | 422. 2022-08-28 15-46-19 IMG_9427.JPG |
| 379. 2022-08-26 06-23-09 IMG_9358.JPG | 423. 2022-08-29 04-44-34 IMG_9429.JPG |
| 380. 2022-08-26 06-23-47 IMG_9359.JPG | 424. 2022-08-29 04-44-40 IMG_9430.JPG |
| 381. 2022-08-26 08-58-26 IMG_0074.JPG | 425. 2022-08-29 04-52-18 IMG_9431.JPG |
| 382. 2022-08-26 14-08-03 IMG_9362.JPG | 426. 2022-08-29 04-53-06 IMG_9432.JPG |
| 383. 2022-08-26 14-08-58 IMG_9363.JPG | 427. 2022-08-29 04-53-14 IMG_9433.JPG |
| 384. 2022-08-26 14-13-37 IMG_9364.JPG | 428. 2022-08-29 04-56-56 IMG_9441.JPG |
| 385. 2022-08-27 05-27-15 IMG_9365.JPG | 429. 2022-08-30 04-23-08 IMG_9456.JPG |
| 386. 2022-08-27 05-27-32 IMG_9366.JPG | 430. 2022-08-31 03-49-00 IMG_9460.JPG |
| 387. 2022-08-27 05-29-46 IMG_9369.JPG | 431. 2022-08-31 03-49-16 IMG_9461.JPG |
| 388. 2022-08-27 05-35-20 IMG_9370.JPG | 432. 2022-08-31 03-49-54 IMG_9462.JPG |
| 389. 2022-08-27 05-35-40 IMG_9371.JPG | 433. 2022-08-31 03-50-36 IMG_9463.JPG |
| 390. 2022-08-27 05-35-47 IMG_9372.JPG | 434. 2022-08-31 03-55-00 IMG_9464.JPG |
| 391. 2022-08-27 05-38-28 IMG_9374.JPG | 435. 2022-08-31 03-55-19 IMG_9465.JPG |
| 392. 2022-08-27 05-38-35 IMG_9375.JPG | 436. 2022-08-31 03-56-25 IMG_9467.JPG |
| 393. 2022-08-27 05-38-57 IMG_9376.JPG | 437. 2022-08-31 03-57-40 IMG_9468.JPG |
| 394. 2022-08-27 05-39-01 IMG_9377.JPG | 438. 2022-08-31 03-59-12 IMG_9469.JPG |
| 395. 2022-08-27 05-39-09 IMG_9378.JPG | 439. IMG_9471.JPG |
| 396. 2022-08-27 05-39-23 IMG_9379.JPG | |

*Page No. A1- 5*

**NW003926**

## Videos of Smoldering from Defendant

1. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP[LBT001116]-02-21-2025.mov
2. DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP[LBT001117]-02-21-2025.mov
3. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-05-at-0552-IMG-8597]-11-04-2024.MOV
4. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-0935-IMG-8622]-11-04-2024.MOV
5. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1405-IMG-8639]-11-04-2024.MOV
6. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1407-IMG-8640]-11-04-2024.MOV
7. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1449-IMG-8641]-11-04-2024.MOV
8. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1457-IMG-8642]-11-04-2024.MOV
9. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1458-IMG-8643]-11-04-2024.MOV
10. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1500-IMG-8644]-11-04-2024.MOV
11. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1502-IMG-8645]-11-04-2024.MOV
12. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8651]-11-04-2024.MOV
13. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8652]-11-04-2024.MOV
14. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1701-IMG-8655]-11-04-2024.MOV
15. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1703-IMG-8656]-11-04-2024.MOV
16. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1714-IMG-8672]-11-04-2024.MOV
17. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1716-IMG-8675]-11-04-2024.MOV
18. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-2009-IMG-8677]-11-04-2024.MOV
19. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-08-at-1429-IMG-0056]-11-04-2024.MOV
20. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1955-IMG-8721]-11-04-2024.MOV
21. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8722]-11-04-2024.MOV
22. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8723]-11-04-2024.MOV *Page No. A1- 2*

**NW003927**

23. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8728]-11-04-2024.MOV
24. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8729]-11-04-2024.MOV
25. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0342-IMG-8732]-11-04-2024.MOV
26. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8740]-11-04-2024.MOV
27. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8741]-11-04-2024.MOV
28. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3871]-11-04-2024.MOV
29. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3872]-11-04-2024.MOV
30. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-1917-IMG-8756]-11-04-2024.MOV
31. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0543-IMG-8762]-11-04-2024.MOV
32. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0552-IMG-8764]-11-04-2024.MOV
33. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0553-IMG-8766]-11-04-2024.MOV
34. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0846-IMG-8767]-11-04-2024.MOV
35. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2011-IMG-8777]-11-04-2024.MOV
36. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2012-IMG-8778]-11-04-2024.MOV
37. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8779]-11-04-2024.MOV
38. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8780]-11-04-2024.MOV
39. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2017-IMG-8783]-11-04-2024.MOV
40. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2019-IMG-8789]-11-04-2024.MOV
41. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-0707-IMG-8798]-11-04-2024.MOV
42. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-1257-IMG-8813]-11-04-2024.MOV
43. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-15-at-1935-IMG-0793]-11-04-2024.MOV
44. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0543-IMG-8836]-11-04-2024.MOV *Page No. A1- 3*

**NW003928**

45. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0546-IMG-8842]-11-04-2024.MOV
46. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0607-IMG-8877]-11-04-2024.MOV
47. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0608-IMG-8878]-11-04-2024.MOV
48. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0614-IMG-8879]-11-04-2024.MOV
49. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0621-IMG-8882]-11-04-2024.MOV
50. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1729-IMG-8890]-11-04-2024.MOV
51. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1833-IMG-8892]-11-04-2024.MOV
52. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8894]-11-04-2024.MOV
53. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8895]-11-04-2024.MOV
54. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0540-IMG-8902]-11-04-2024.MOV
55. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0541-IMG-8903]-11-04-2024.MOV
56. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0543-IMG-8904]-11-04-2024.MOV
57. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0550-IMG-8911]-11-04-2024.MOV
58. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0551-IMG-8912]-11-04-2024.MOV
59. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-21-at-0505-IMG-3557]-11-04-2024.MOV
60. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0522-IMG-2894]-11-04-2024.MOV
61. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0523-IMG-2897]-11-04-2024.MOV
62. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0530-IMG-3498]-11-04-2024.MOV
63. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23]-at-0524-IMG-2898]-11-04-2024.MOV
64. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3906]-11-04-2024.MOV
65. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3907]-11-04-2024.MOV
66. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0526-IMG-3908]-11-04-2024.MOV *Page No. A1- 4*

**NW003929**

67. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0534-IMG-3905]-11-04-2024.MOV
68. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-2026]-11-04-2024.MOV
69. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8587]-11-04-2024.MOV
70. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8620]-11-04-2024.MOV
71. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8634]-11-04-2024.MOV
72. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8635]-11-04-2024.MOV
73. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8685]-11-04-2024.MOV
74. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8712]-11-04-2024.MOV
75. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8717]-11-04-2024.MOV
76. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8794]-11-04-2024.MOV
77. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8811]-11-04-2024.MOV
78. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8870]-11-04-2024.MOV
79. DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-9401]-11-04-2024.MOV

**Exhibit A**

**NW003930**

# Appendix A2
# Resume and Publications List

**Exhibit A**

NW003931

# DANIEL MAHR, P. E.
## Project Manager

## EDUCATION
Master of Science, New Jersey Institute of Technology.
Bachelor of Science in Mechanical Engineering, New Jersey Institute of Technology.

## LICENSES
Registered Professional Engineer, States of: Colorado, Missouri, New Jersey, and North Carolina.

## ENERGY ASSOCIATES                                    1993 - Present
### President and Project Manager
Mr. Mahr is a specialist in the engineering and design of dry bulk material handling systems. He is an expert in the supply, handling, blending, and processing of a wide range of bulk materials ranging from alumina to wood chips.  Mr. Mahr is experienced in ports and terminals, the power, transportation, mining, steel, and process industries. He has managed large or technically demanding projects handling bauxite, coal, biomass, minerals, and other bulk commodities.  As president, Mr. Mahr is responsible for all corporate activities of Energy Associates.

### Expert Witness
Mr. Mahr has provided technical services in instances for breach of contract, dispute resolution, equipment failure, fatal accidents, and litigation technical support.
   * Cozen O'Connor - City of Wilmington.  Expert Witness services in the matter of the failure of the Therma-Flite auger dryer and the damaged Cummins landfill-gas-fired generator at the city's Renewable Energy Biosolids Facility.
   * Confidential Client. Commissioning and operating problems for the iron ore handling system of a major concentrates plant.
   * Continental Casualty Company.  Mediation technical support, for the Wawa, Ontario Canada, pellet plant.
   * Confidential Client. Non-fatal, tractor-trailer dump truck unloading accident.
   * Great American - Specialty E & S Division.  Fatal accident investigation, frac sand train unloading using a mobile unloader.
   * Quarles & Brady, LLP.  Advised and assisted in Salt River Project's dispute with BRUKS Rockwood Materials Handling alleging breach of contract concerning the supply of two (2) stacker scraper reclaimers at the Springerville Unit No. 4 coal-fired power plant.

### Project Manager
As a project manager, he was responsible for the schedule, budget, and technical aspects of the following projects.
   * Ingetec, S.A. Studied a barge loading option for the Riverport Grain Terminal Barranquilla, Colombia.
   * NST Transloading. Provided technical services preparing bid specifications, proposal reviews, EPC Contractor reviews for compliance with the Contract for a frac sand terminal in East Fairview, ND.
   * Atlantic Power.  Prepared concept drawings and reports for the addition of a used railroad tie handling system to be added to the biomass handling system of the Williams Lake Power Plant.
   * NIRAS Ports and Maritime.  Provide technical support for Sable Mining Africa's plan for an iron ore export facility at the Port of Buchanan, Liberia with a transloading operation from Panamax to Cape vessels, including the use of dedicated self-unloaders.
   * Mott MacDonald. Reviewed fuel quality issues, studies, and submittals of the ash handling and landfill systems for Jordan Oil Shate Company's plans for the Attarat Power Plant. ***Page No. A2-2***

* CH2M HILL. Samalaju Industrial Port, Sarawak, Malaysia. EPC tender documents for a complex, multi-dry bulk commodity, conveyor belt system, with four dry bulk berths, multiple ship unloaders, shiploader, stackers, reclaimers, truck loading terminal, multiple paths, and interface with Industrial Park's distribution conveyor belt system.
* Sirois E&C. Examined coal washing technologies that would work to reduce the ash content of a Brazilian coal, so it might used in a different, design basis coal.
* Ingetec, S.A. Investigated issues for the pre-feasibility study expansion of the Cerrejón Coal Mine in Colombia, South America from the current 32MTPA capacity up to 60MTPA, assessing both the existing Central Plant and a new Satellite Plant.
* PPL. Investigated problems being experienced with the OSHA Dust Control project at the 1483MW Brunner Island and 1552MW Montour coal-fired power plants.
* Halcrow, Inc. Prepared a desktop study for a Useful Life Assessment of the Bay Side Coal Pier, Baltimore, MD, which considered functional suitability, capacity/utilization, cost/efficiency, safety/compliance, and siting
* Sigma Energy Solutions. Sulcis Plant, Sardinia, Italy. Investigated fuel feeding problems for ENEL's 350MW, Unit No. 2, CFB boiler and developed a variety of options to address the issues and retrofit improvements.
* Mott MacDonald/Drax Power. Developed concepts, system arrangements, and bid specifications for the fuel feed systems for both the Heron and Ouse,300 MW biomass power plants.
* Longview Power. A/E responsibilities (concept development, bid drawings, specifications, foundation design, technical evaluations, etc.) for three (3) fuel systems with an approximate value of $100 million for a greenfield, 700MW plant; including the plant's coal handling system, an adjacent coal-blending yard, and a 4.5 mile overland conveyor system with a surge stacking/reclaim system.
* Bechtel Power Corporation. Failure analysis for the scraper/reclaimer at Wisconsin Electric's Elm Road coal-fired plant.
* Consumers Energy. Provided technical and support consulting services for the coal and bulk handling for an Advanced Supercritical Pulverized Coal Plant at the Weadock & Karn Plants
* Halcrow. Assessment of existing bulk export/import facilities for bauxite, manganese, and clinker for the Port of Takoradi, Ghana.
* AES Cayuga. Responsible for the feasibility study and detail design of a unique feeder/conveyor addition to the 50-year old AES Cayuga coal-fired plant.
* Sigma Energy Solutions. Investigated area classification for Madison Gas and Electric's Blount Power Plant, which was the subject of an OSHA inspection/notice of a pending citation.
* Sigma Energy Solutions. Investigated the system modifications for the receipt/handling of delayed petroleum coke at GWF's five (5) FBC plants near Pittsburgh, California.
* Ingetec, S.A. Reviewed the bulk material handling and blending plans for three (3) plant expansion programs for Argos Cement, Columbia, South America.
* Prairie State Energy Campus: Technical consulting related to the development of a new "Greenfield", mine mouth 2 x 800 MW coal fired generating station with supercritical steam cycle.
* LS Power. Reviewed and commented on technical documents associated with the coal handling system for the Plum Point Power Plant.
* Sigma Energy Solutions. Investigated biomass handling problems which was adversely impacting combustion for the Detroit Stoker hydrogate at GWF's Tracy Power Plant, California.
* Han-Padron Associates. Investigated design options for bulk commodities import/export facilities in support of planned steel mill, aluminum smelter, and miscellaneous enterprises for Port Khalifa, major new infrastructure, Abu Dhabi
* Ameren Services Company, Meramec Rail Receiving. Responsible for the feasibility study and mechanical/structural detail design for a $64 million coal handling system addition to the Meramec Plant.
* Ingetec, S.A. Provided consulting services for expansions of coal handling facilities at the Port of Santa Marta and the Cerrejon Mine in Colombia, South America
* Ameren Energy Generation Company, Coffeen Crusher House Chutes. Responsible for the total redesign of surge bins, chutes, and skirtboards at the Coffeen Plant. ***Page No. A2-3***

NW003933

* Tri-State Generation & Transmission. Responsible for the detail engineering of a rotary coal breaker addition to 110 MW Nucla Station, Nucla, Colorado
* Ameren Services Company.  Responsible for the engineering investigation for additions to coal handling system to support fuel changes at the Sioux Plant.
* Bechtel Power Corporation.  Providing engineering review services for the lignite and limestone handling/preparation systems at the AFBC plant - Red Hills Generation Project, Mississippi.
* Union Electric Company. Responsible for the engineering investigation for upgrading the coal handling system to support fuel changes at the Meramec Plant.
* Foster Wheeler USA. Responsible for coal handling engineering services to support their proposal efforts on the Lagisza Power Project in Poland.
* Union Electric Company. Responsible for the detail engineering of the relocation of the take-up for the South No. 6 conveyors at the Labadie Plant.
* Foster Wheeler USA. Responsible for coal handling engineering services to support their proposal efforts on the Duburi Power Project in Orissa and the Ghogha Project in Gujarat, India.
* Han-Padron Associates / American Commercial Barge Lines (ACBL).  Responsible for material handling engineering services in support of ACBL's Orinoco multi-bulk terminal, Venezuela.
* Foster Wheeler Mt. Carmel.  Responsible for the engineering investigation of improvements to solve anthracite culm handling problems at the 40 MW Mt. Carmel Plant, Pennsylvania.
* Tri-State Generation & Transmission.  Responsible for the engineering of improvements to the in-plant coal handling system of the 110 MW Nucla Station, Nucla, Colorado
* Union Electric Company. Responsible for preparing a coal pile procedures guideline for managing stockpiling and reclaiming operations of the rotary plow system.
* Foster Wheeler Power Systems (FWPS). Provided consulting services on the fuel handling system for the 100 MW IGCC unit, at the Tracy Station of Sierra Pacific
* Union Electric Company. Responsible for the detail engineering of the retrofit of six self-cleaning magnetic separators to the Labadie Plant.
* CMS Energy. Assisted in the sourcing of coal and the draft contract for importing coal and reviews of a coal unloading, stacking, and reclaim system for a new 2x300 MW power plant to be constructed at Batangas, Philippines.
* Han-Padron Associates / International Marine Terminals (IMT).  Investigated improvements and operations at IMT's coal export terminal near New Orleans to service a direct reduced iron (DRI) processing plant.
* Fine, Kaplan, and Black.  Assisted in research and analysis of the existing and potential market for oil-in-water emulsion fuels.
* Union Electric Company. Responsible for an investigation of improvements to the Labadie Plant's coal handling system to solve plow feeder tunnel washout problems and develop improved coal blending procedures.
* Tri-State Generation & Transmission.  Responsible for an investigation of improvements to the coal handling system of the 110 MW Nucla Station, Nucla, Colorado

## POWER TECH ASSOCIATES                                           1990 - 1993
### Vice President and Project Manager
As a vice president, Mr. Mahr was responsible for negotiating client contracts, establishing a new engineering office, and engaging consulting services.  As a project manager, Mr. Mahr was responsible for the commercial and technical aspects of his assigned projects.  His assignments include:

* Central Termica San Nicolas (CEA/AES/CMS/ORMAS Consortium).  Responsible for an investigation of improvements to the coal handling system of the 650 MW San Nicolas Plant, Argentina.
* Tampa Electric Company.  Responsible for an investigation of short and long term improvements for the coal handling, fuel feeding systems of the Gannon Station.
* EPRI. Responsible for the fuel, sorbent, and bed material sections of EPRI's AFBC Balance-of-Plant Guidelines.

Exhibit A

NW003934

* Electricity Generating Authority of Thailand. Responsible for a coal sourcing study that examined candidate sources of coal and transportation alternatives for the Ao Phai Power Plant.
* EPRI, NYSE&G, Severud. Responsible for the fuel system investigation of the Jennison Station Fabric Structure Study.
* Electricity Generating Authority of Thailand.  Responsible for the feasibility of a 2x150 MW, fluidized bed plant for the Mae Moh lignite mine
* Electricity Generating Authority of Thailand.  Responsible for a mining training and orientation program as part of a 2 x 150 MW fluidized bed feasibility study for Mae Moh.
* Community Energy Alternatives. Provided consulting services the design requirements for the fuel and limestone systems on a fluidized bed boiler.
* Electrical Generating Authority of Thailand.  Responsible for the feasibility of a 4x700 MW pulverized coal fired plant and a study comparing oil/coal as the plant's primary fuel.

## BURNS AND ROE                                                    1986 - 1990
**Principal Engineer**

As a Principal Engineer in the Energy Systems Technology Division, Mr. Mahr was responsible for the management of engineering and design on his assignments.  This includes direct supervision of the engineering team, budget, and schedule.  Assignments completed by Mr. Mahr at Burns and Roe include:

Cogentrix, Inc.  Responsible for the design and specification of the coal handling system for Cogentrix's 150 MW reference plant and its application to sites in the USA and Puerto Rico (2 x 150 MW).

Florida Power & Light. Investigated system requirements to convert the Sanford Plant from oil to orimulsion.

Korea Power Engineering Co.  Provided engineering services for the coal handling system on Poryong Units No. 3 and 4 (2 x 500 MW).

Mecca, California Power Plant.  Responsible for the design and specification of the fuel handling system of the 49 MW Colmac Plant.  The fuel consists of waste wood chips, baled straw, and various waste agricultural products that are custom blended by the fuel system.

Florida Power & Light.  Responsible for a coal transportation and terminal study to move four million tons annually from candidate ports within the State to several potential plant sites.  The study examined barge, rail, truck, and slurry pipeline modes of transportation.  It included the conceptual design of the transshipment terminal and the calculation of all freight rates.

New England Power.  Responsible for a coal shipping alternates cost study for delivering coal to the Brayton Point and Salem Harbor Stations.  The marine facilities and unloading systems were examined for several vessel/barge configurations.

Rail India Technical and Economic Services (RITES).  Responsible project manager and shipping/port handling expert for the U.S. technology input on a coal transportation study.  The study examined the 50 million TPY transportation of coal to 13 power plant/port locations via rail, barges, oceangoing vessels, and slurry pipelines.  Conceptual designs of all transportation

*Page No. A2-5*

modes and facilities were developed. Freight rates and facility capital/operating costs were estimated. RITES was responsible to India's Central Electricity Authority for the overall study.

Consolidated Edison. Responsible for the fuel oil handling facilities' inspection program at 12 plant locations that receive oil via vessel or barge. The investigation included modernizing or repairing marine structures, fire protection, electric, oil spill prevention, and communication systems. In addition, technical data on a leak detection system was reviewed.

Electricity Generating Authority of Thailand. Responsible for the bankable feasibility report that consolidated the previous investigations for a 2,400 MW coal-fired power plant at the Ao Phai Site. Coal will be received via ocean going vessels up to 120,000 DWT in size.

Korea Power Engineering Co., Inc. Provided feasibility design review and analysis of the coal receiving and handling systems of an eight unit, 4,000 MW coal-fired power plant at the Sao San site.

China International Water and Electric Corp. Provided design and cost analysis of the coal receiving and handling system for the coal conversion study of two 125 MW units at the Zhabei Power Station. Coal is received via ocean going coastal vessels.

Taiwan Power Company, Hsinta Plant. Provided input to the coal blending investigation for the Hsinta Power Plant. A variety of designs using stacker/reclaimers, silos, and tunnels were investigated.

Taiwan Power Company, Talin Plant. Responsible for the coal blending investigation of the 2400 MW Talin Power Plant. A variety of designs were investigated and evaluated on the basis of capital cost, operating cost, and features/benefits. The blending system was designed to improve boiler performance by maintaining coal quality (from numerous suppliers) within preselected ranges.

Taiwan Power Company, Lin Kou Plant. Responsible for the coal blending portion of an air quality control (FGD) investigation of the 650 MW Lin Kou Plant. The coal blending system was designed to improve fuel reliability and maintain sulfur levels within the limits allowable for a dry scrubber system.

China International Water and Electric Corp. Prepared the commercial bid documents for the Changshan Coal Conversion Project which will be financed through ADB.

Lansing Board of Water & Light. Responsible for an ash handling study at the 155 MW Erickson Station. Eight options were investigated to separate bottom ash/pyrites from fly ash to increase their marketability to the construction industry.

Consolidated Edison. Responsible for the 60-Day Coal Burn Plan for the Ravenswood Station, Unit 30. This provides a pre-planned program for reconverting this unit to coal in an emergency, including lay-up maintenance and re-conversion construction. The program included coal handling, burner, ash handling, precipitator, water treatment, and electrical equipment.

*Page No. A2-6*

## ORBA CORPORATION                                    1977 - 1986
**Project Manager and VP of ORTRAN**

Mr. Mahr joined ORBA Corporation as a Project Engineer and was promoted in 1979 to a Project Manager.  In 1980, he was given the additional responsibility of Vice President for ORTRAN, a joint venture subsidiary.  This subsidiary was responsible for the operation and maintenance of Detroit Edison's Superior Midwest Energy Terminal. Plant improvements during this period included the extension of utilities, foundation and structural repairs, expansion of the office and shop, pile spray system addition, increases in production rates, updating of the controls to PC logic, and a computerized maintenance program.  As a Project Manager, Mr. Mahr was responsible for a number of assignments including:

Virginia Power Co., Chesterfield, Portsmouth, Possum Point, and Yorktown Power Stations. Feasibility study of the barge delivery of coal.  Preliminary engineering for $50 million in plant additions.

Utility Fuels, Inc. (Houston Lighting & Power), W.A.  Parish Plant.  Asset evaluation program to identify the current/retirement value of the coal handling facilities.

Union Electric Company, Labadie Plant.  Design and arrangement for retrofitting a coal blending system.  The system is designed to reduce SO2 emissions and minimize fuel cost.

Williams Pipeline Company, Tulsa, Oklahoma.  Coal Export Terminal at Wilmington, N.C.  Site selection, feasibility study, and engineering for a $70 million facility.

Bethlehem Steel Corp., Sparrows Point, Maryland.  Feasibility studies and bid specification for a $12 million plant addition.

Energy Terminal, Inc., Port Richmond, Philadelphia, PA.  Problem solving and plant revisions for a coal export terminal.

Tampa Electric Company, Big Bend Station.  Preliminary design of the coal yard expansion/blending facilities.  The final installation used this plan.

Jersey Central Power and Light Co. (with Dames and Moore), Unnamed Plant.  Planning study of waste disposal for a major coal-fired plant. Five plant sites with 25 disposal sites.

Union Electric Company, Labadie Plant.  Design optimization for a $15.4 million coal blending facility.

CILCO, E.D. Edwards Station.  Coal blending study to solve boiler fouling and slagging problems.

Ohio Edison, Bruce Mansfield Station.  Short and long-term plant improvement studies for the coal and lime handling systems.

Pennsylvania Power Co., Bruce Mansfield Station.  Operating Procedure and an Equipment Identification Program for the coal and lime handling systems.

*Page No. A2-7*

NW003937

Detroit Edison (with PBQ&D), Unnamed Plant, Rubicon Township Site.   Conceptual design of a high capacity dock/overland coal receiving facility.

Williams Brothers Urban Ore, Tulsa, Oklahoma.  Conceptual engineering for an RDF waste processing facility.

Foster Wheeler Corp., Coal Gasification Plant, Duluth, Minnesota.  Responsible for the design of the gasifier's automated poke rod system.

## EDC INCORPORATED                                                    1971 - 1977
**Mechanical Engineer**
As a Mechanical Engineer, Mr. Mahr was responsible for mechanical engineering calculations, equipment selection, drawings, purchasing, and expediting.  He worked on a variety of assignments including:

Perini Corporation, Greater Lawrence Sewage Treatment Plant, North Andover, Mass. Design and supply of the ash, grit, and sludge systems.  Also served as construction representative.

Caulim de Amazonia, Ltd., Kaolin Port, Munguba, Brazil.  Design of the plant and shiploader equipment to load vessels up to 50,000 DWT.

American Cyanamid, Fort Lonesome Plant, Florida.  Design and supply of a phosphate handling and rail loading facility.

Oiltanking of Texas, Aragonite Port, Jacintoport, Texas.  Design and supply of 4,000 TPH aragonite handling equipment.

Exportadora de Sal, Baja, California, Mexico.  Design and supply of a mobile solar salt harvester.

Marcona Ocean Industries, Savannah, Georgia and Ocean Bay, Bahamas.  Design and supply of port facilities.

Charles Schaefer Sons, Elizabeth, N.J.  Design and supply of rail salt receiving facilities.

National Bulk Carriers, Manguba, Brazil.  Design of the raw material (limestone, salt, sulphur, etc.) and hog fuel systems.

Marcona Ocean Industries, Marcona Conveyor.  Design and supply of the self-unloading system for a 74,000 vessel.

Gotaas Larsen, New York, New York, MV Don Segundo Sombra, Hapag Lloyd Shipyard, Bremerhaven, Germany.  Design and supply of the self-unloading system for a 15,300 DWT vessel.  Also served as construction representative.

## SOCIETIES
American Society of Mechanical Engineers – Life, Fellow Membership Grade
   *   Current Member of the B20.1 Safety Committee – <u>Safety Standard for Conveyors and Related Equipment</u>
   *Page No. A2-8*

* Dedicated Service Award, 2000
* Newsletter editor, FACT Division (1998 to 2004)
* Past Representative the Coal Utilization & Fuels Systems Conference
* Past Chair, FACT Division (two years) and past representative to the Energy Conversion Board
* Past Chair of the Fuels Handling, Transportation, and Storage Technical Committee, FACT Div.

Society of Mining Engineers
* Minerals Processing Division
* Coal Division

National Society of Professional Engineers

N.J. Society of Professional Engineers

## PUBLICATIONS

Mr. Mahr has authored articles on biomass, coal, and power plants for the following magazines and conferences:
* Power Engineering International
* Power Engineering
* Combustion Engineering
* Mechanical Engineering
* Coal Age
* Bulk Solids Handling
* Skillings Mining Review
* Industrial Fuels and Power
* American Power Conference
* ASME Power
* Electric Power
* Internatiional Joint Power Generation Conference
* Industrial Power Conference
* Port Technology
* Ports 80 Conference
* Power-Gen Conference
* EPRI's Coal and Ash Handling Conference
* Western Coal Great Lakes Conference

Mr. Mahr has also contributed a chapter to ASME's Materials Handling Handbook and is the editor of seven ASME publications:  1) Coal Sampling, 2) Coal Quality Control, 3) Handling Low Grade Coal,  4) Fuel Strategies - Coal Supply, Dust Control, and Byproduct Utilization, 5) Fuel Strategies - Conventional and Unconventional Fuels, 6) Recent Fluidized Bed Projects, 7) FBC and AFBC Projects and Technology

Exhibit A

NW003939

# Publications List - Daniel Mahr, P.E.

1. "A Purpose-Oriented Approach to Transshipment Terminal Development"; A. T. Yu and Daniel Mahr; Skillings Mining Review; February 2, 1980.

2. "Application POA to Transshipment Terminals"; A. T. Yu and Daniel Mahr; Ports 80; ASCE; September, 1980.

3. "Evaluation of Coal Blending Systems"; James Morgan (Union Electric) and Daniel Mahr; Combustion; April, 1981. - Reprinted from Coal and Ash Handling Conference; EPRI; October 27-29, 1980.

4. "Bulk Handling - Advances in Mining, Transportation, and Processing"; A. Tobey Yu and Daniel Mahr; ASME Winter Annual Meeting; November 16-21, 1980; Chicago, Illinois.

5. "Terminal Planning and Design"; Daniel Mahr; The Western Coal Great Lakes Alternative; Port of Superior, Wisconsin; August 27 and 28, 1981; pg. 31-41.

6. "Coal blending at power plants"; Daniel Mahr; Power Engineering; June, 1981; pg. 86-89.

7. "Systems approach to dust emission control at coal piles"; Daniel Mahr; Power Engineering; June, 1983; pg. 57-59.

8. "Preventative and Emergency Maintenance - Power Plant Programs"; Daniel Mahr; Joint Power Generation Conference, ASME, 83-JPGC-PWR-50; Indianapolis, Indiana; October, 1983.

9. "Ingenuity Pays in Austere Times"; A. Tobey Yu and Daniel Mahr; Coal Age; January, 1984; pg 54-58

10. "People, a key resource for improving maintenance"; Daniel Mahr; Power Engineering; March, 1984; pg. 51-52.

11. "Marine and Coal Receiving Facilities for Major North American Generating Stations"; A. T. Yu and Daniel Mahr; Joint Power Generation Conference, ASME, 84-JPGC-FU-2; Toronto, Canada; September, 1984.

12. "Industrial Boilers - Coal and Waste Handling"; Daniel Mahr; Joint Power Generation Conference; ASME, 84-JPGC-FU-17; Toronto, Canada; September, 1984.

13. "Coal, It's Properties and Handling Systems for Industrial Boilers"; Daniel Mahr; Industrial Power Flexibility in A Changing Economy; Industrial Power Conference, ASME; October 28-31, 1984; pg. 21-29.

14. "Chapter 31 - Above Ground Handling and Storage"; A. T. Yu and Daniel Mahr; Materials Handling Handbook, Second Edition; Raymond A. Kulweic, Editor; John Wiley & Sons; New York, 1985, pg. 1215-1247.

15. "Coal For Industrial Boilers"; Daniel Mahr; Mechanical Engineering; February, 1985; pg. 34-43. ***Page No. A2-10***

**NW003940**

16. "Coal Yard Expansion at TECO's Gannon Station"; Kevin E. Fleming (Tampa Electric) and Daniel Mahr; American Power Conference, Volume 47, Illinois Institute of Technology; Chicago, Illinois; April 22-24, 1985; pg. 55-61.

17. "Coal Resource Planning - Cost Effective Facilities"; A. T. Yu and Daniel Mahr; Joint Power Generation Conference, ASME; Milwaukee, Wisconsin; 1985.

18. "Coal transportation and handling"; Daniel Mahr; Power Engineering; November, 1985; pg. 38-43.

19. "Getting coal by truck"; Daniel Mahr; Power Engineering; January, 1986; pg. 25-27.

20. "Reducing Fuel Costs - Virginia Power's Transportation Program"; James O. Mawyer (Director - Traffic Fuel, Virginia Power) and Daniel Mahr; SME-AIME Annual Meeting; New Orleans; March 2-6, 1986.

21. "Coal slurry pipelines, overland belt conveyors see brighter future" Daniel Mahr and Bernard Robert (Charbonnages de France); Power Engineering; November, 1986; pg. 24-26.

22. Coal Sampling Fundamentals and New Applications - Belt Conveyor Systems, FACT Vol. 1; Joint Power Generation Conference, ASME; Miami, Florida; October 4-8, 1987.

23. "Blending Coal for Quality Control"; Daniel Mahr; Coal Quality Control - Fundamentals and "Applications, FACT Vol. 2; Joint Power Generation Conference, ASME; Philadelphia, Penn.; September 25-29, 1988; pg. 1-8.

24. "Taipower's Program to Improve Fuel Quality via Coal Blending"; Li-Tsung Lu and Hong-Neng Wu (Taipower), W. S. Hsieh (Lin & Roe), and Daniel Mahr; Coal Quality Control - Fundamentals and "Applications, FACT Vol. 2; Joint Power Generation Conference, ASME; Philadelphia, Penn.; September 25-29, 1988; pg. 17-23.

25. "Design of the Biomass Fuel System for the Mecca Power Plant"; Daniel Breig (Mission Power), Ronald Simms (Walsh Construction), and Daniel Mahr; Power Gen '88, Orlando, Florida; December 6-8, 1988; pg. 1195-1250.

26. "India's Plans for Transporting Large Tonnages of Low Quality Coal"; Y. P. Kedia (RITES, India) and Daniel Mahr; Bulk Solids Handling, Vol. 10, No. 1; February, 1990; pg. 67-75. - Reprinted from Handling Low Grade Coal - Fundamentals and Applications, FACT Vol. 5; Daniel Mahr, editor; Joint Power Generation Conference, ASME; Dallas, Texas; October 22-26, 1989.

27. "Coal Supply Issues for South Korea", Daniel Mahr, 7th U.S. – Korea Joint Workshop on Coal Utilization Technology, PETC/Kier; August 26-29, 1990, Proceedings pages 68 – 85.

28. "Fabric Structures for Coal Storage and Natural Draft Cooling Towers"; Horst Berger (Severud Associates), Daniel Mahr, John Bartz (EPRI), Robert Mitchell (consultant), Fuel Strategies - Coal Supply, Dust Control and Byproduct Utilization, FACT Vol. 8; M. L. Aaranson, K. Krishna, D. Mahr, & T. M. Nechvatal, editors; International Joint Power Generation Conference, ASME; Boston, Mass.; October 21-25, 1990. *Page No. A2-11*

NW003941

29. "Coal use expansion ahead for Pacific Rim power plants (Part 1); Daniel Mahr; <u>Power Engineering</u>; July, 1991; pg. 30-32.

30. "Pacific Rim plants plan for coal use (Part II)"; Daniel Mahr; <u>Power Engineering</u>; September, 1991; pg. 43-46.

31. "The Mecca Biomass Power Plant", Peter R. Goldbrunner and Daniel Mahr; <u>Fuel Strategies for Conventional and Unconventional Fuels, FACT Vol. 11</u>; D. Mahr and T. M. Nechvatal, editors; International Joint Power Generation Conference, San Diego, CA; October 6-10, 1991.

32. "Biomass plant relies on variety of local fuels", William Frazer, Daniel Mahr, Peter R. Goldbrunner, <u>Power</u>, April 1992; pages 101- 106.

33. <u>Recent Fluidized Bed Projects, FACT Vol. 14</u>; Daniel Mahr, editor; International Joint Power Generation Conference, ASME; Atlanta, Georgia; October 18-22, 1992.

34. "Section 3: Fuel, Sorbent, and Inert Bed Material Systems"; Daniel Mahr; <u>Atmospheric Fluidized-Bed Combustion Balance-of-Plant Reference Manual</u>; EPRI; Publication No. TR-100575; March, 1993; pg. 3-1 to 3-53 and Appendices D, E, F, & G.

35. <u>FBC and AFBC Projects and Technology, FACT Vol. 16</u>; T. J. Boyd and D. Mahr editors; International Joint Power Generation Conference, ASME; Kansas City, MO; October 17-20, 1993.

36. <u>Fluidized Bed Projects and Technology, FACT Vol. 19</u>; T. J. Boyd and D. Mahr editors; International Joint Power Generation Conference, ASME; Phoenix, AZ; October 3-5, 1994.

37. "The Fuels Program for the Nucla AFBC Plant"; Mac A. Fellin (Tri-State G&T) and Daniel Mahr; International Joint Power Generation Conference, ASME; Minneapolis, Minnesota; October, 1995.

38. "The Fuels Program for the Nucla AFBC Plant"; Mac A. Fellin (Tri-State G&T) and Daniel Mahr; 21st International Technical Conference on Coal Utilization & Fuel Systems; Clearwater, Florida; March 18-21, 1996; pages 193-200

39. "Magnet upgrade solves tramp iron problems"; Perry A. Fife (Union Electric) and Daniel Mahr; <u>Power Engineering</u>; September, 1996.

40. "AmerenUE's Coal Unloading and Transshipment Facilities Enhance Viability of PRB Coal", Michael Schimmelpfennig and Daniel Mahr; <u>Power Engineering</u>, February, 2002; pages 71-74.

41. "Ameren UE's New Coal Unloading and Transshipment Facilities at the Meramec Plant", M. Schimmelpfennig and D. Mahr; <u>Bulk Solids Handling</u>, January/February 2002, pages 28-33.

42. "Power Player, Cheaper coal and better handling raise the Nucla Station from a demonstration site to a competitor", John L. Goodwin and Daniel Mahr; <u>Mechanical Engineering</u>, July, 2003, pages 44-46.

43. "Considerations for Low Sulfur Coal Blending at B. L. England Station", POWER GEN International, December 9-11, 2003; Las Vegas, Nev. ***Page No. A2-12***

NW003942

44. "AES Cayuga's New Coal Blending System", Jacob A. Peter and Daniel Mahr, Electric Power 2008, Baltimore, Maryland.

45. "A New Coal Blending System for AES Cayuga", Jacob A. Peter and Daniel Mahr, Power Engineering, July, 2008, pg 68-75.

46. "Fuel System Issues/Designs for Large Biomass Plants", Daniel Mahr, ELECTRIC POWER 2010, May 19, 2010, Session 4D.

47. "Coal Quality Control". Daniel Mahr, Industrial Fuels and Power, June 1, 2010, http://www.ifandp.com/article/003520.html

48. "Biomass Attributes, Handling, and Processing Issues for Large Power Plants". Daniel Mahr, Proceedings of ASME 2010 Power Conference, July 13-15, Chicago, Illinois, USA; POWER2010-27092

49. "helping the lights stay on", Daniel Mahr, Mechanical Engineering, August, 2010; pages No 42-45

50. "Biomass: What's important for large power plants", Daniel Mahr; Biomass Products & Technology; January; 2011, pg. 4-8.

51. "Designing Fuel Systems for Large Biomass Plants", Daniel Mahr; POWER; February, 2011; pg. 58-64.

52. "How to meet OSHA's Dust Control Standards"; D. Mahr and M. Schimmelpfennig; Coal Handling & Storage Conference & Exhibition; Nov. 3, 2011.

53. "Coping with Coal Dust"; D. Mahr and M. Schimmelpfennig; POWER; March, 2012; pg. 30-39.

54. "How Flow Control Chutes Help to Meet OSHA's Coal Requirements"; D. Mahr and M. Schimmelpfennig; ELECTRIC POWER; May 16, 2012.

55. "Flow Control Chutes Reduce Fugitive Coal Dust"; D. Mahr and M. Schimmelpfennig; POWER; August, 2012; pg. 48-56.

56. "Samalaju Industrial Port, Using Renewable Energy to Handle Bulk", Daniel Mahr; PORT TECHNOLOGY; Edition 78, Summer 2018; pg. No. 104-107.

NW003943