## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

**NICOLE WOOTEN,**

**Plaintiff,**

**v.**

**LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION,**

**and**

**WEST INDIES PETROLEUM, LTD.,**

**Defendants**

Case No. 1:23-CV-00012

**Declaration of William R. Sawyer, Ph.D.**
**re: Rebuttal of Expert Report of Daniel Mahr, P.E. (dated August 12, 2025)**
**and Disclosures of Mark Wilkenfeld, M.D. (dated August 5, 2025)**

**October 6, 2025**

I, William R. Sawyer, declare as follows:

1.  My name is William R. Sawyer, Ph.D.  I am over 21 years of age and a resident of the State of Florida. I have been retained by Defendants' counsel as an expert toxicologist in this matter. Accordingly, I have reviewed the information provided by counsel to establish toxicologically relevant case facts in the present matter.

2.  I have been asked by Defendants' counsel to comprehensively review and assess the expert report produced by Daniel Mahr, P.E., dated August 12, 2025. I have further been asked to toxicologically validate both the opinions and methodology set forth in Mr. Mahr's report. Specifically, I have been asked to identify any errors, omissions, misapplications of toxicological methodology, or misuse of evidence

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 2

upon which his toxicological conclusions may have been based or which provided no relevant toxicological support thereof.

## Contents

I.    Qualifications..................................................................................................................... 2
II.   Review of Report by Daniel Mahr, P.E. ........................................................................ 4
      A.   Complaint and Incident Summary ...................................................................... 5
      B.   Personal Protective Equipment Worn by Attending Personnel ......................... 5
      C.   Environment in Parking Area Where Ms. Wooten Allegedly Sustained Exposure ............ 9
      D.   Environmental Assumptions and Lack of Sulfur Dioxide Evidence ................. 10
      E.   Speculative Reasoning, Assumptions, and Proximate Cause........................... 11
      F.   Medical Record Summary................................................................................. 16
III.  Review of Disclosures of Mark Wilkenfeld, M.D. ..................................................... 41
IV.   Review of Toxicological Considerations ..................................................................... 46
V.    Summary...................................................................................................................... 48
VI.   Conclusions.................................................................................................................. 52

## I.    Qualifications

3.    For the past 37 years, I have served as a professional toxicologist with a doctorate in toxicology. I earned an associate degree from the State University of New York Agricultural and Technical College at Morrisville in 1976. I also earned a Bachelor of Science degree in biology from the State University of New York at Geneseo in 1978. Subsequently, I went on to earn a Master's degree in cellular and molecular biology in 1982.

4.    In 1988, I earned a doctorate in toxicology from Indiana University School of Medicine. This required nearly three years of medical school curriculum including five years of toxicological course work and research in addition to training in the State Department of Toxicology. Additionally, my training included a scholastic encouragement to publish original, peer-reviewed toxicological research, which I accordingly conducted and documented (refer to **Appendix A** for citations.)

5.    During my training at the Indiana University School of Medicine's Department of Toxicology and Pharmacology, I studied under the distinguished late professor, Robert B. Forney, Sr., Ph.D.  Dr. Forney was the department chairman and director of the State Department of Toxicology. Internationally recognized as one of the top researchers in the field, he gained numerous awards for his many contributions and accomplishments. This included establishing the first toxicology graduate training

Exhibit B

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 3

program in the U.S. (of which our department was).[1] I received considerable training with respect to exposure evaluations of products of combustion, sulfur dioxide, alcohol, heavy metals, pharmaceuticals, petroleum and petroleum-based products, benzene, natural products, and a wide range of toxic chemicals.

6.    I also received forensic training and worked in the State Department of Toxicology's laboratory facility at the medical center in Indianapolis, Indiana, performing forensic analyses for poisons, pharmaceuticals, drugs-of-abuse, and alcohol.

7.    I further received five years of toxicological and epidemiology-based education at Indiana University School of Medicine (final combined medical school courses and toxicology courses, overall GPA 3.8 out of 4.0). This included medical school course work through histology, physiology, medical biochemistry, genetics, pathology, etc. I am in no way new to epidemiology or causation methodology and have extensively relied upon them nearly every day throughout my professional career.

8.    Additionally, with regard to familiarity, I taught a section of medical epidemiology to second-year students for more than 15 years while serving as an adjunct assistant professor in the Department of Medicine at S.U.N.Y. Health Science Center (Upstate Medical Center) in Syracuse, New York, from 1988 until approximately 2012 (24 years). I served under the prior chairman (Dr. Richard P. Oates, Dept. of Preventive Medicine), teaching medical epidemiology using U.S. CDC methodologies (for example, excessive cups of coffee [caffeine] and hip fracture causation). I also taught a section of the fourth-year clerkship course of toxicology.

9.    I have been previously certified by the State of New York Department of Health in forensic toxicology (License No. SAWYW1) and received certificates of qualification as a clinical laboratory director and as a licensed environmental laboratory director by the states of New York, New Jersey, California, and South Carolina. I have previously been trained and certified under OSHA 29 CFR1910.120 for Hazardous Waste Operations and Emergency Response.

10.    Subsequent to my training, I served full time in public health as toxicologist for the Onondaga County Department of Health, Syracuse, New York, from 1988 to 1993. My prior work experience included considerable municipal and civil risk assessment, evaluation of environmental toxic exposures, design and execution of environmental monitoring, health assessment studies, methods to identify and effectively reduce

---

[1] "Dr. Robert Burns Forney was a Pioneer in Toxicology," Indianapolis Star, Sept. 10, 1997, p. 20.
https://www.newspapers.com/article/the-indianapolis-star-obituary-for-rober/103915284/

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 4

community toxic exposures (especially lead in children), and assessment of public health matters including projected sulfur dioxide, mercury, and other toxicants from a proposed 990 ton per day incinerator. During my employment as the Health Department Toxicologist, I also directed the clinical toxicology laboratory (NYS DOH clinical license) and assisted the Medical Examiner's office with investigations of accidental and intentional poisonings and chemically related deaths.

11.   Presently, I am the toxicologist at Toxicology Consultants and Assessment Specialists, LLC, in Sanibel, Florida (also registered and operating in New York State) and have served in this capacity for the past 35 years.

12.   I am an active member of various professional societies including the Sigma Xi, the Scientific Research Society, the American Academy of Forensic Sciences, and the International Association of Forensic Toxicologists.

13.   I have studied the toxicological effects of a wide range of toxic substances, both naturally-occurring and man-made. I have conducted toxicological assessments of heavy metals, pharmaceuticals, drugs-of-abuse, alcohol, herbicides, pesticides, herbal products, petroleum products, and hazardous chemicals for 42 years.

14.   With regard to qualifications specific to the present matter, I have studied the toxicological effects of a wide range of gases, smoke, particulate matter, dust, heavy metals and other atmospheric contaminants, including emissions from production facilities. I have extensive experience with all types of personal protective equipment (PPE) and am regularly called upon to assess both their benefits and limitations.

15.   I have performed regular risk and causation assessments as part of my training and daily work experience. I have been recognized as a toxicology expert by courts in more than 30 states. I routinely consult and testify in federal, state, and international jurisdictions (including Bahamian, Asian high courts, and an international tribunal) on toxicology issues. I have done so on a daily basis for 37 years.

16.   I have attached hereto as **Attachment A** my Curriculum Vitae which accurately reflects my professional standing and experience in the field of toxicology.

## II.  Review of Report by Daniel Mahr, P.E.

17.   I have read and reviewed Mr. Mahr's report entitled, "Preliminary Expert Witness Report." The following subsections identify errors, omissions, misuse of study evidence and/or misapplication of toxicological methodology in Mr. Mahr's report. Each report citation lists page number(s) and paragraph(s) for direct references.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 5

## A. Complaint and Incident Summary

**Incident Summary**

18. As part of her employment duties, Ms. Wooten drove to the St. Croix refinery on August 8, 2022, to complete facial control of personnel on a tugboat (paper work, passports, etc.).

19. Per the complaint, "upon arriving at the tugboat, she noticed a thick black smoke[2] coming out of the dome" building where petroleum coke was stored. Observing two refinery workers, Ms. Wooten rolled down her vehicle's window to inquire whether it was safe to proceed.

20. **IMPORTANT NOTE**: Per her own deposition testimony, Ms. Wooten only had the window down for <u>less than one minute</u>. She never exited her vehicle.[3] In doing so, she immediately felt smoke enter her lungs, causing her to cough and struggle to breath. She began wheezing, vomited, and experienced chest pains and tremors with shortness of breath. She was subsequently rushed to an urgent care facility.

21. The complaint alleges that since that time, she has been unable to effectively breathe and suffers from permanent loss of lung capacity.[4]

## B. Personal Protective Equipment Worn by Attending Personnel

22. With regard to PPE worn by responders at the site of the smoking coke dome, Mr. Mahr states:

> *"**All individuals are wearing PPE** including either facemasks or respirators."*
> -- Report pp. 7-8, par. 2

23. This statement is both incorrect and misleading. **Figure 1** shows personnel at the scene with blowups of selected individuals.[5] Also, it should be noted that the two men which Ms. Wooten spoke with at arrival to the facility had no masks of any kind.

---

[2] Per the complaint, by August 9, 2022, fire fighters had been attempting to put out smoldering coke in the petroleum coke dome for five days (since August 4, 2022); the smoldering was not contained until at least August 26, 2022. Second Amended Complaint, p. 5/7.

[3] Deposition of Nicole Wooten, May 19, 2025, p. 55/310. "It was less than one minute. It was probably just seconds, just time to ask the question to get an answer and then roll my window back up."

[4] Second Amended Complaint, pp. 4-5/7.

[5] From exhibit file named "2022-08-07 at 1710 IMG_8669.jpg"

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 6



**Figure 1.  Photo of dome opening taken at 5:10 p.m. on August 7, 2022**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 7

24. **Figure 2** (below) shows a detail of the group of individuals identified in **Figure 1**. They are standing at the vehicle opening of the dome (from which the smoke was being emitted). *Only the firefighter* is wearing SCBA (Self Contained Breathing Apparatus). Note that SCBA <u>does not filter air directly</u>; it instead provides oxygen (via a regulator under pressure) directly from a tank on the wearer's back.



Figure 2.  Employees and emergency personnel at accident scene with/without PPE[6]

25. It is critically important to note that of other potential personal protection methods, only a self-contained filtration system (based on activated charcoal or other nullifying agent) is suitable for protection from gas. For example, the facial masks worn by military personnel provide a tight facial seal as air passes through the mask's external filters into the lungs. Such filters are not 100% effective, but they are, nevertheless, capable of temporarily reducing or nullifying the volume of toxic gas inhaled by the wearer.

26. However, workers in the photo largely appear to be wearing "cloth coverings" or COVID-style face masks. Such coverings offer **<u>no protection</u>** against sulfur dioxide gas. Notably, one gentleman on the right (wearing a blue jacket and a white hat) appears to be wearing no breathing protection at all.

---

[6] PPE (personal protective equipment); Blowup of portion of exhibit file named "2022-08-07 at 1710 IMG_8669.jpg"

Exhibit B

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 8

27.   Sulfur dioxide ($SO_2$) is an irritating gas with a strong, pungent odor that may have a greenish yellow tint at high concentrations. Exposures to hydrogen sulfide in excess of the NIOSH or OSHA 10-hour time weighted limit of 5 ppm (2 ppm NIOSH REL) pose severe health risks as $SO_2$ serves as a respiratory irritant that can cause pulmonary inflammation, airway tightening, and difficulties breathing especially among asthmatics.

28.   Sulfur dioxide partially enters the deep lungs causing inflammation and irritation but is less likely to penetrate in the gaseous form due to its water solubility and capture in the moist upper respiratory tract. This alone will cause significant irritation to the nose and throat. Mouth breathing increases the portion making it to deeper lung regions. Inhaled $SO_2$ converts to sulfurous acid on contact with the moisture in the airways which causes irritation and inflammation. Sulfur dioxide may react with other atmospheric compounds to form fine particulate matter in the $PM_{2.5}$ range.

29.   It is important to recognize that the actual severity of the $SO_2$ emission in the current matter is __speculative__. No analytical data has documented the presence of **__any__** significant $SO_2$ measurements as all of the analyses have read zero (0.00). No data has been produced to indicate that a significant atmospheric hazard existed on August 8th, 2022, or any date during the approximate two-week coke smoldering event.

30.   Hypothetically, if $SO_2$ levels were actually $\geq$100 PPM, then the NIOSH "immediate danger to life and health" (IDLH) level would have been triggered with inhalation by the unprotected workers or responders wearing no masks or only paper masks (as in **Figure 1**). Such unprotected personnel would have been severely incapacitated with coughing and intolerable eye irritation to the degree that evacuation would be essential as the environment would have been unbearable.[7]

31.   It is further significant to note that this photo was taken at 5:10 p.m. on August 7th, 2022 – the day before Ms. Wooten arrived at the St. Croix refinery on August 8th to perform facial control on a tugboat.

---

[7] NIOSH IDLH (Immediately Dangerous to Life or Health) values are airborne concentrations of toxic substances that pose an immediate threat to life, or could cause irreversible or delayed adverse health effects, or interfere with an individual's ability to escape from a dangerous atmosphere. These values are derived from both human and animal toxicity data and are found in resources like the NIOSH Pocket Guide and the CDC's website.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 9

32. More significantly, however, is Mr. Mahr's presumption that "*All individuals are wearing PPE including either facemasks or respirators,*" implying that all attending personnel were "somehow" protected from $SO_2$ gas. <u>They were not</u>.

33. To be clear, a fabric face mask will not block sulfur dioxide for the simple reason that *$SO_2$ is a gas, not a large particulate*. Standard cloth masks (and even NIOSH N95s) are designed for filtering particles, not gases. Only a sealed mask with specialized filters containing absorbent materials (such as activated charcoal or zeolite) will protect against gases like $SO_2$. Such masks often carry a white color-coded label to indicate the ability to protect against corrosive (acid) gases.[8]

34. A cloth mask provides **no protection** against sulfur dioxide as this gas passes unhindered through cloth. Hypothetically, if sulfur dioxide gas induced Ms. Wooten's respiratory distress, a cloth mask or N95 *would have made no difference* regarding exposure.

## C. Environment in Parking Area Where Ms. Wooten Allegedly Sustained Exposure

35. With regard to the environment in the driveway where Ms. Wooten very briefly opened her window, Mr. Mahr states:

> *The water is spraying from the right (east) into the harbor at the left (west). An individual wearing a hardhat and life jacket is standing in the tugboat parking area looking east, toward the petroleum coke domes. The sky is blue with white clouds to the left (west) in the photo. The sky is gray to the right (east) in the photo and* **the white clouds are obstructed by smoke-filled air**.
>
> -- Mahr Report pp. 9-10, par. 1-2

36. **Figure 3** shows the (uncropped) photo[9] from Mr. Mahr's report, taken <u>2 weeks after Ms. Wooten's exposure</u>. He implies that the air was filled with gas, but no data is provided to show where Ms. Wooten was stopped, no levels reported, nor any authoritative information to show that an atmospheric hazard even existed.

37. Additionally, it is apparent by inspection that Mr. Mahr's statement that "white clouds are obstructed by smoke-filled air" appears to be a dramatic exaggeration as the sky is mostly clear except for water spray at right. Confusingly, however, the photo he presents was taken two weeks <u>after</u> Ms. Wooten's exposure. It is thus unclear what

---

[8] OSHA Chemical Cartridge Color Coding, https://accutec.com/wp-content/uploads/2019/01/OSHA_Chemical_Cartridge_Color_Coding.pdf

[9] Exhibit file named "2022-08-21 at 0755 IMG_9131.jpg"

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 10

point Mr. Mahr is trying to make by juxtaposing the atmospheric conditions in an unrelated photo with an event that occurred two weeks prior.



**Figure 3.  Parking lot where Ms. Wooten stopped her vehicle**

38.  The individual in the photo is wearing no PPE of any kind. The water spray appears to be creating an atmospheric mist, but the view on the right is clear all the way to the horizon  It is wholly unclear what point Mr. Mahr is trying to make.

**D.  Environmental Assumptions and Lack of Sulfur Dioxide Evidence**

39.  Mr. Mahr states the following with regard to the sequence of events leading to Ms. Wooten's alleged toxic exposure:

> *On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was **carried by the prevailing trade-winds to the tugboat dock's parking lot.** On August 8, 2022, the tugboat dock's parking lot and **Nicole Wooten were directly downstream of the fire in the north petroleum coke dome**.*
>
> -- Report p. 23, par. 6-7

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 11

40.  Mr. Mahr's speculative statements offer no toxicological information whatsoever. He presents neither atmospheric contaminant levels nor corroborating evidence of what is being released. Without knowledge of dose, accurate toxicological conclusions cannot be derived based on speculation.[10]

41.  Following this section of Mr. Mahr's report, the information listed in the 'Conclusions' section is aimed wholly at Defendants, but without objective data to support the contentions presented. His conclusions merely "claim" that the events he has described are accurate. The upshot is an appearance of an expert who is trying to improve his client's position in litigation by stating observational assumptions – *without evidential support.*

42.  Significantly, Mr. Mahr causally noted on page 25 of his report that with regard to monitored atmospheric levels of sulfur dioxide and hydrogen sulfide (both known health hazards), *"All readings for these two (2) gases are 0.00."*

43.  Of **11,107** sulfur dioxide and hydrogen sulfide monitoring points, there were no positive findings of sulfur dioxide from August 8, 2022, at 8:45 am to August 9, 2022, at 3:45 am.

44.  Mr. Mahr offers speculative statements. For example, on page 18 he discusses how "high concentrations of sulfur dioxide gas affect lung function," but offers no supporting data to corroborate Ms. Wooten's exposure to establish any toxicological dose. Without such dose, toxicological outcomes cannot be derived.

45.  Thus, a dose-response assessment is needed. Aside from the actual substance(s) present, such a determination must consider both level and duration of exposure. Mr. Mahr's "high concentrations" are undefined, cannot be used in dose/response assessments, and provide insufficient information to apply to dose thresholds consistent with the required Bradford Hill weight of evidence methodology.

**E.  Speculative Reasoning, Assumptions, and Proximate Cause**

46.  From a toxicological perspective, Mr. Mahr's report is essentially non-informative. His methodology is akin to a tour guide who reports general observations. Frequently, he states that something "can" happen, then goes on to explain some other aspect of the subject as if it "did" happen

---

[10] Bradford Hill weight of evidence methodology is required in Federal Court.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 12

47. This compositional technique is tedious as it is rife with omissions and inferences. For example, Mr. Mahr stated,

> *"High concentrations of sulfur dioxide gas **affect lung function**, **worsen asthma attacks**, and **worsen existing heart disease** in sensitive groups."*

48. At this point, evidence of the presence of sulfur dioxide air levels sufficient to induce the stated outcomes in Ms. Wooten should be presented, together with objective evidence, that she was correspondingly affected. *This did not happen.*

49. Instead, Mr. Mahr made no mention of Ms. Wooten's exposure (which is ostensibly one of the report subjects), but instead implies that an undefined "high concentration" of sulfur dioxide was "somehow" responsible for inducing her health problems. He skips over required exposure data. Instead, he then goes on to explain how power generating plants capture sulfur dioxide. The relevance of this is unknown.

50. Mr. Mahr omitted any consideration of Ms. Wooten's medical history, including her 32 years of progressively-worsening asthma (covered in detail below).

51. On the afternoon of August 8th, Ms. Wooten's employer requested that she travel to the refinery dockage area to inspect tugboats. On the way into the facility, Ms. Wooten alleges she was exposed to smoke. The medical records stated, "..on 8-8-22, while working as a border inspector, was in her car and rolled her window down to talk with another person close to an area of smoke. She stated that the other two persons at the scene were asymptomatic. Later the same day, presented with SOB, cough, shocking sensation, chest pain, and vomiting. Visited urgent care; all lab work and imaging studies were negative."

52. Mr. Mahr further failed to consider Ms. Wooten's reported testimony (supported with medical records) that her lungs were normal the day after (August 9th) following her alleged exposure on August 8th.

53. On August 10th, Ms. Wooten drove by gas fire at the local landfill (not the refinery). Here, she was exposed to unknown combustion products and consequently experienced a severe asthmatic episode. No mention of this was made in Mr. Mahr's report.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 13

54.   Neither did Mr. Mahr note that after exposure to the landfill fire on August 10th, Ms. Wooten presented to Urgent Care with an "**extreme breathing crisis**." (See Summary section below). Under Bradford Hill and the weight of evidence in this case, the methodology of temporality is confounded since Ms. Wooten had "another" severe asthmatic attack from the landfill gas fire. Ms. Wooten had no further exposure at the refinery site since the August 8th. In fact, the day prior to the landfill gas attack (August 9th), Ms. Wooten's lungs were <u>normal with no distress per the medical records</u>.

55.   After the refinery exposure, Ms. Wooten went to work at the airport and never returned to the refinery.

56.   It is toxicologically irresponsible to "assume" without objective evidence and without consideration of all the case facts. It is also erroneous to infer causation merely to support a contention in litigation. Mr. Mahr's report has been so crafted.

**Summary of Ms. Wooten's Medical Records Claiming Causation (Landfill Gas Fire)**

57.   A careful review of the deposition testimony of Ms. Wooten and her medical records reveals several salient facts:

-   Ms. Wooten's exposure to petroleum smoke at the refinery occurred on August 8th, 2022.  It is well established that Ms. Wooten had a history of asthma prior to August 8th. Per her interrogatories, she was diagnosed at the age of 5 and characterized her asthma as "always under control with minimal issues."[11] However, in her deposition, she recalled asthma flareups in December 2008 when in South Korea and in April 2021 in St. Croix. She also recalled a <u>flare-up in April 2019</u> which she characterized as "really bad."[12] In fact at that time, her primary care physician, Dr. Morton-Acker, noted that "overall, <u>her condition was worsening</u>."[13] Just one month prior to her exposure at the refinery, she presented to Dr. Chacko because "at that time, I was concerned that my asthma may have been getting worse. I thought because of the air quality there…"[14] Thus, it appears that her asthma was not simply a condition with "minimal" issues.

-   On August 8th following the refinery smoke exposure, Ms. Wooten reported shortness of breath and chest tightness. On examination, she presented with mildly

---

[11] 2024.11.22 Plaintiffs responses to Ocean Point Interrogatories.pdf, p. 3/18.

[12] Deposition of Nicole Wooten, May 19, 2025.pdf, p. 27/310.

[13] Covington Family Care.pdf, p. 154/226.

[14] Deposition of Nicole Wooten, May 19, 2025.pdf, p. 29/310.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 14

decreased air movement and wheezing. She was administered Kenalog, and prescribed a Medrol dose pack along with a nebulizer.

- The next day, August 9, 2022, she presented to the ER at Gov. Juan Luis Hospital. A note in the record stated that she wanted "documentation of her exposure the day before." She reported that her shortness of breath had resolved and that she no longer felt nauseous. Her lungs were clear bilaterally and she was not in respiratory distress. Although there was a slight tremor in her hands intermittently, this resolved when she was distracted. She was prescribed Tylenol and discharged in good health.

- However, one day later, August 10, 2022, Ms. Wooten again presented to Dr. Campbell at Urgent Care. This time, she was diagnosed as having an "**extreme breathing crisis**." However, she testified in deposition that she associated this breathing crisis to "fumes" coming from the landfill across from the airport and **not from the refinery**.[15,16] She reported to Dr. Campbell that there was a fire at the landfill and that they were burning something although she did not know what was being burnt.[17] Ms. Wooten's last day at work was August 8th as she was off on the 9th and underwent the extreme breathing crisis on the 10th from the landfill gas fire. (Landfill fires, regardless of how they start, are fed with methane gas and other toxic gases.)[18]

- Thus, although Ms. Wooten attributes her respiratory issues and symptomology to the refinery exposure on August 8, 2022, the medical record is clear that her symptoms had resolved by the next day on August 9th. Furthermore, Ms. Wooten testified in deposition that her exacerbation to "fumes" coming from the landfill

---

[15] Deposition of Nicole Wooten, May 19, 2025, p. 237/310.

[16] As a customs agent, she was assigned to the airport to process passengers.

[17] Deposition of Nicole Wooten, May 19, 2025, p. 237/310.

[18] *Guidance for Evaluating Landfill Gas Emissions from Closed or Abandoned Facilities - EPA-600-R-05-123a September 2005.* Landfills have been thoroughly studied and characterized. Landfill gas is abundant as a mixture of gases produced from the anaerobic decomposition of organic waste, primarily consisting of 45% to 60% methane ($CH_4$) and 40% to 60% carbon dioxide ($CO_2$). Landfill gases may contain hazardous levels of ammonia and hydrogen sulfide in air causing coughing, irritation of the eyes, nose and throat, headache, nausea, and breathing difficulties. Due to the varied, complex composition of the waste in landfills, toxic emissions created during combustion or flaring include the asthmagen nitrogen dioxide ($NO_2$) and many other respiratory toxicants including hydrogen sulfide ($H_2S$) and others. Landfill gas collection systems must meet specific engineering design criteria. Control devices (usually a flare or some other combustion device) must reduce the NMOC emissions from the collected landfill gas by **98%** or to a concentration of 20 ppm by volume. In summary, uncontrolled landfill fires(which are fed by combustible gases) create hazardous toxic emissions.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 15

across from the airport was the cause of her "extreme breathing crisis," and not the refinery.[19]

- It should be noted that Ms. Wooten resided only one street over from the landfill. Of significance, on the morning of the landfill gas fire, Ms. Wooten drove immediately adjacent to the landfill gas fire. In fact, each time she traveled to the airport for work, she drove directly past the landfill gas fire. Ms. Wooten testified in deposition that she could smell fumes coming through the AC unit in her car as she drove to work on August 10th.[20]

- Anxiety contributed to the severity of Ms. Wooten's attacks. In her deposition, she testified that "me having anxiety attacks or panic attacks will contribute to me being unable to breathe."[21] She related an experience in 2020 when she hyperventilated after having a panic attack due to a blown tire on her vehicle.[22] This also occurred on August 14, 2022, and in February 2023 when she experienced hyperventilation which led to emergency visits at the hospital. Per the medical record of August 14, 2022, "She is very anxious which may be playing a role in symptoms given other physiologic causes have been ruled out." She was discharged with no intervention.[23]

- Dr. Morton-Acker also noted on August 18, 2022, that Ms. Wooten was jittery, restless, and agitated with hands constantly shaking at rest.[24] Later in October 2022, Dr. Morton-Acker wrote that her pain is "often exacerbated with anxiety"[25] and referred Ms. Wooten to a psychologist who further diagnosed her with chronic post-traumatic stress disorder, generalized anxiety, and major depressive disorder, recurrent episodes, severe.[26]

- At a presentation at Grady Hospital ER on February 3, 2023, the physician noted that Ms. Wooten was very anxious-appearing; hyperventilating. "Presentation

---

[19] Deposition of Nicole Wooten, May 19, 2025, p. 237/310.

[20] Deposition of Nicole Wooten, May 19, 2025, p. 238-239/310.

[21] Id., p. 64/310.

[22] Id., p. 64/310.

[23] Governor Juan F. Luis Hospital.pdf, pp. 12-17/27.

[24] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 6-7/27.

[25] MW000115-NW000141 Medical records from Covington Family Care.pdf, p. 13-15/27.

[26] NW000024-NW000093 Medical records from Out of the Box.pdf, pp. 1-3/70.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 16

appears most suggestive of acute asthma exacerbation vs. <u>anxiety-induced
dyspnea</u>."[27] Multiple other physicians noted her anxiety.[28]

- The opinions of Ms. Wooten's pulmonologists are based on facts presented to them by Ms. Wooten regarding the date of her exposure at the refinery on August 8, 2022. However, neither Dr. Muraina nor Dr. Graham had all the records revealing Ms. Wooten's pre-existing asthma history. Their opinions are only based on current events and do not take into account 32 years of asthma history prior to August 2022.

53. Astonishingly, Mr. Mahr barely mentions Ms. Wooten in his report. Her medical history is essentially a non-topic. Most significantly, and directly to the point of this toxicological rebuttal, none of the salient case facts with respect to Ms. Wooten's condition are stated (or even inferred) in Mr. Mahr's report. Indeed, a search for the word "asthma" produces just one result on page 18 of his report: "High concentrations of sulfur dioxide gas affect lung function, worsen asthma attacks, and…"

## F. Medical Record Summary

54. The following section reviews the available medical data as evidentially relevant to the present matter. Sources are cited in footnotes throughout.

55. Nicole Wooten was born on July 12, 1985, and was 37 years old at the time of this incident. Per her interrogatories, she was diagnosed with asthma when she was approximately 5 years old; however, it was always under control with minimal issues.

56. She reported using an inhaler as needed, and "would often go months at a time without having to use it."[29] Additionally,  prior to being accepted as an employee for Customs and Border Protection, she was medically evaluated due to her asthma and was subsequently cleared to work.

---

[27] NW000169-NW000193 Medical records from Grady.pdf. Also see Grady Memorial Hospital.pdf, pp. 29-44/74.

[28] Emory St. Joseph's Hospital.pdf, pp. 9,11-12, 19, 21, 25-26, 31-36/166. Covington Family Care.pdf, p. 54/226.

[29] 2024.11.22 Plaintiff's Responses to Ocean Point Interrogatories.pdf, p. 3/18.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 17

57. Ms. Wooten has a surgical history of removal of uterine fibroids (myomectomy, 2021) and removal of gallbladder (cholecystectomy, 2012).[30] She had no known drug allergies.[31]

58. She occasionally drinks wine or hard liquor.[32] She has smoked cigarettes in the past but "never consistently." Per her interrogatory, she smoked in a social setting, rarely, from 2006-2008, 2010, and 2016. She smoked hookah a "couple of times" in 2009 and 2021.[33] She used marijuana in the past, but "not often;" would go years without using, stopping completely in 2016 or 2017.[34]

59. A family history of high blood pressure, diabetes, cancer, and glaucoma was recorded as well as an aunt with schizophrenia.[35]

60. In addition to the initial injury to her lungs, Ms. Wooten claims further injuries due to this incident which include obstruction of lungs, post-traumatic stress disorder, anxiety, major depression disorder, Stage 2 kidney failure, left ventricular hypertrophy, high blood pressure, severe persistent asthma, fatty liver, reactive airway dysfunction syndrome (RADS), and pericardial inflammation.[36]

61. She further states that several doctors have told her that she is no longer able to work in a physical capacity.[37]

62. **Table 1** provides a summary compilation of her available medical history.

---

[30] NW000107-NW000114 Records from Atlanta Heart Association.pdf, 1/8.

[31] NW000097-0000104 Medical records from Acute Alternative.pdf, p. 1/8. However, a hive allergy to sumatriptan in 2017 was noted in the medical records of Dr. Olson, neurologist.

[32] NW000097-0000104 Medical records from Acute Alternative.pdf, p. 1/8.

[33] 2024.11.22 Plaintiff's Responses to Ocean Point Interrogatories.pdf, p. 4/18.

[34] NW000024-NW000093 Medical records from Out of the Box.pdf, p. 2/70.

[35] 2024.11.22 Plaintiff's Responses to Ocean Point Interrogatories.pdf, p. 4/18.

[36] 2024.11.22 Plaintiff's Responses to Ocean Point Interrogatories.pdf, p. 12/18.

[37] 2024.12.05 Plaintiffs Responses to WILP's Interrogatories.pdf, p. 7/28. Specifically, she mentions Dr. Acker, Dr. Graham, and Dr. Oyekunle; all located in Georgia.

Exhibit B

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 18

**Table 1.**
**Medical Record Summary for Nicole Wooten, September 29, 2016 to August 4, 2025**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 9-29-16[38] | Evergreen Family Medicine<br><br>Dr. Grace Chai | General adult medical exam; asthma with condition, on albuterol pm, now follow-up yearly for check-up.<br><br>No chronic cough, shortness of breath (SOB), asthma. No chest pain, or dyspnea on exertion. BP 120/68, Weight of 172 pounds.<br><br>Clinical chemistry tests normal including liver/kidney function, blood sugar, etc. Low Vitamin D.<br><br>Adult health examination with abnormal findings, asthma. |
| 3-3-17[39] | Evergreen Family Medicine<br><br>Dr. Christine Bao | Symptoms of sore throat, nasal congestion, sinus pressure, mild cough, fatigue, headache for two days.<br><br>Assessed with throat pain and prescribed antibiotics/saline nasal irrigation. |
| 9-27-17[40] | Minute Clinic Diagnostics of Georgia | Diagnosis of wheezing, cough, SOB. Given inhalation treatment and steroid injection; prescribed albuterol and ipratropium bromide (Atrovent – used to treat symptoms of asthma and COPD). |
| 4-8-18[41] | Evergreen Family Medicine<br><br>Dr. Grace Chai | Presents for asthma; medication refill. Also headache for three days.<br><br>Denies cough, SOB, chest pain, wheezing hemoptysis. |
| 7-2-18[42] | Evergreen Family Medicine<br><br>Dr. Grace Chai | Presents for acute onset low back pain, sore throat, running nose, mild cough, chill, and fever for 2 days. Has asthma; using albuterol inhaler as needed; cough well controlled in general, no wheezing or SOB.<br><br>Cold assessment; start antibiotics if symptoms not better but worse in 3-4 days. |
| 8-30-18[43] | Evergreen Family Medicine<br><br>Dr. Christine Bao | Complaints of productive cough for 3 days with associated sore throat, nasal congestion, feverish, chills with body aches and malaise. BP 110/73, weight of 173 pounds.<br><br>Assessment of acute upper respiratory infection; acute maxillary sinusitis. |
| 9-4-18[44] | Evergreen Family Medicine<br><br>Dr. Christine Bao | Patient here for job-related asthma evaluation. She is doing well without medicine.<br><br>History of asthma, out grown. On albuterol pm only. |

---

[38] Grace Q. Chai, MD.pdf, pp. 13-17/44.

[39] Grace Q. Chai, MD.pdf, p. 19/44.

[40] Aetna.pdf, pp. 15-19/28. (Claims paid)

[41] Grace Q. Chai, MD.pdf, p. 25/44.

[42] Grace Q. Chai, MD.pdf, p. 35/44.

[43] Grace Q. Chai, MD.pdf, pp. 37-39/44.

[44] Grace Q. Chai, MD.pdf, p. 41/44.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 19

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 1-7-19[45] | Evergreen Family Medicine<br><br>Dr. Grace Chai | Presents for rash, hives; on and off for one month.<br><br>No cough, wheezing, SOB, chest pain. Diagnoses of urticaria and atopic dermatitis. Prescribed Zyrtec.<br><br>Current weight of 178 pounds; BP 136/91. |
| 4-11-19[46] | Evergreen Family Medicine<br><br>Dr. Christine Bao | Presents for headache; typically last 30 minutes to up to two weeks in the past. No nausea/vomiting or photophobia. No respiratory symptoms noted.<br><br>Diagnosis of migraine w/o aura, not intractable. [47] Prescribed Ibuprofen 600 mg tablets and Tylenol with codeine. |
| 4-18-19[48] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications include ibuprofen 600 mg tablets every 6 hours; cetirizine HCl 10 mg tablets once daily | Presentation for migraine of one week. Described as daily; moderate. CT scan of head was normal. Condition worsening. BP 120/80. Weight of 184 pounds.<br><br>Examination reveals clear lungs bilaterally. Assessment of migraine w/o aura, intractable, and major depressive disorder, single episode. Refer to David Olson, neurologist.<br><br>Prescribed Celexa 20 mg, once daily. |
| 5-6-19[49] | Dr. Terrie Morton-Acker, Covington Family Care | Presentation for headache on left side; moderate; stress related. Daily. BP 121/81. Weight of 186.4 pounds. Lungs clear. Assessment of migraine w/o aura, intractable, and major depressive disorder, single episode. Continue with Celexa and add Trokendi XR 25 mg, once daily. |
| 9-30-19[50] | Evergreen Family Medicine<br><br>Dr. Grace Chai | Presents for non-productive cough, sore throat, mild nasal symptoms, fever and chills, body ache and malaise; symptoms for 2 days. BP 126/78; weight of 189 pounds.<br><br>Diagnoses of cough, acute upper respiratory infection, fever, and mild intermittent asthma, uncomplicated.<br><br>Prescribed prednisone 20 mg tablets, Ventolin HFA inhalation aerosol solution, and Zithromax Z-Pak 250 mg. |

[45] Grace Q. Chai, MD.pdf, pp. 3-5/44.

[46] Grace Q. Chai, MD.pdf, pp 6-7/44.

[47] Grace Q. Chai, MD.pdf, pp 6-7/44.

[48] Exhibit 1, Deposition of Nicole Wooten, May 19, 2025. Covington Family Care.pdf, p. 154/226.

[49] Exhibit 2, Deposition of Nicole Wooten, May 19, 2025. Covington Family Care.pdf, p. 152/226.

[50] Grace Q. Chai, MD.pdf, pp. 9-11/44.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 20

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 1-16-20[51] | Dr. Terrie Morton-Acker, Covington Family Care | Presents for pleuritic chest pain with wheezing and cough. Recently finished 10-day treatment of amoxicillin. Has pain in left side of chest and centrally. Past medical history of asthma and migraines. BP 110/70. Weight of 191.2 pounds.<br><br>On examination, poor inspiratory effort; forced expiratory wheeze. Assessment of acute asthma exacerbation and chest pain on breathing. Provided with injection of dexamethasone and nebulizer treatment. Prescribed Medrol Pak 4 mg and albuterol sulfa solution as well as Zithromax Z-pack 250 mg. |
| 9-28-20[52] | Dr. Terrie Morton-Acker, Covington Family Care | Patient in for medical clearance for asthma. Currently taking albuterol sulfate, 2 puffs as needed every 4 hours. BP 125/82. Weight of 186.2 pounds. Lungs clear to auscultation bilaterally.<br><br>Assessment of mild intermittent asthma, uncomplicated. |
| 4-19-21[53] | Plessen Medical Group<br>Current medications are Junel (birth control medication) and albuterol sulfate; dosages unknown | Per this record, Ms. Wooten arrived on the island on 4 -11-21. Since that time, she has been itching all over her body. Benadryl 25 mg not helping. Itching is diffuse – all extremities and torso. Only few, very small papules on right finger and hand; no other rash.<br><br>On exam, BP 159/82. Weight of 190 pounds. Respiratory has no increased work of breathing; lungs clear to auscultation bilaterally with good air movement; no stridor, crackles, rubs or wheezing. Diagnosis of pruritus and prescribed prednisone, 10 mg tablets.<br><br>This record notes an allergy to Medrol which causes a moderate reaction of hives and itching of the skin or eyes. Patient states she tolerates oral prednisone without problem. Other problems include migraine and mild, intermittent asthma. |
| 1-13-22[54] | Plessen Medical Group | Negative COVID test. |
| 7-15-22[55] | Pulmonary function test | Normal spirometry.<br><br>Weight of 185 pounds. |

---

[51] Exhibit 3, Deposition of Nicole Wooten, May 19, 2025.

[52] Covington Family Care.pdf, p. 142/226.

[53] Plessen Medical Group.pdf, pp.6-10/14.

[54] Plessen Medical Group.pdf, p. 5/14.

[55] NW000363-NW000365 Pulmonary Function Report.pdf, p. 3/3.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 21

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| **8-8-22**[56]<br><br>**Date of exposure** | Dr. Lyn Campbell, Acute Alternative Medical Group, V.I.<br><br>(Also known and referred to in the medical records as the "urgent care" facility)[57]<br><br>Current medications include Augmentin 875 mg-125 mg, 1 tablet twice/day for 10 days<br><br>Tessalon Perles 100 mg, 2 capsules twice a day for 10 days | Presents with chest pain and shortness of breath;  Reports symptoms began after inhaling smoke at work site; currently in tears and complaint of chest tightness.<br><br>Vitals at 2:05 pm: BP 146/85, pulse 90, temp. 100.40, $O_2$ sat 100.<br><br>Patient denies headache, hemoptysis, wheezing, and cough; reports shortness of breath and chest tightness.[58]<br><br>On examination, "black female with no apparent distress." Air movement is mildly decreased. Patient has abnormal breath sounds; wheezing. Chest tender to deep palpitation. Not anxious or depressed.<br><br>Assessment: asthma, reactive airway disease, shortness of breath.  Given Kenalog, 60 mg, in left glute. Prescribed Medrol dose pack, nebulizer x 2, 30 minutes each. |
| 8-9-22[59] | Gov. Juan Luis Hospital<br>ED provider - Dr. L. Menkinsmith | Presents for exposure to smoke and headache. "Wants documentation of exposure."<br><br>"States exposed to an unknown smoke at work yesterday and it caused her to have an asthma exacerbation. Says she went to urgent care and they gave her a breathing treatment. Also had a headache and vomited once. No longer feels nauseous. Still has a headache. Says her SOB resolved after treatment. Reports she had a fever yesterday and has a shake in her hands. Never had this before. It started after albuterol."<br><br>Upon examination, no respiratory distress, lungs clear bilaterally. Slight tremor in hands intermittently; resolves when she is distracted. BP 142/94. Respiratory parameters within defined limits, respiratory rate 16. Negative COVID.<br><br>Prescribed Acetaminophen 1,000 mg tabs and discharged. |

---

[56] NW000097-0000104 Medical records from Acute Alternative.pdf, pp. 4-6/8.

[57] Muraina Oyekunle, MD Work capacity eval.pdf, p. 10/18.

[58] A handwritten sheet notes smoldering at Limetree. Red eyes/watery, goosebumps, vomiting at 1:30 pm, shaking. NW000097-0000104 Medical records from Acute Alternative.pdf, p. 7/8.

[59] NW000226-NW000252 Medical records from JFLH.pdf, pp. 3-8/27. Governor Juan F. Luis Hospital.pdf, pp. 2-10/27.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 22

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 8-10-22[60] | Dr. Lyn Campbell, Acute Alternative Medical Group (urgent care facility)<br><br>Current medications include Augmentin 875 mg-125 mg, 1 tablet twice/day for 10 days<br><br>Tessalon Perles 100 mg, 2 capsules twice a day for 10 days<br><br>Medrol pack, 4 mg tablets for 7 days | Presents for difficulty breathing for the past two day. Patient states that her work place has been on fire for 2 days and was not aware of fire until today (was aware of the smoke but not actual fire). Patient exposed to chemical fire/smoke on Monday, 8-8-22.<br><br>Vitals on this day: BP 123/82, pulse 66, $O_2$ sat 98.<br><br>Review of symptoms includes chest pain/discomfort and difficulty breathing for 2 days. No cough or wheeze. Upon examination, "female in distress." Lungs are clear on auscultation, air movement is mildly decreased. No chest wheezes bilaterally. The patient has abnormal breath sounds." Tremors are absent; patient is not anxious or depressed.<br><br>Assessment: asthma, reactive airway disease, extreme breathing crisis. Given Kenalog, 60 mg, in right glute. EKG. Referred for pulmonary function test. |
| 8-11-22[61] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications include ferrous sulfate 325 mg, twice/day, Flovent HFA 110 mcg 1 puff twice/day, omeprazole 20 mg, 1 capsule 30 minutes before morning meal, albuterol sulfate FHA 108 (90 base), 2 puffs as needed every four hours, Pepcid 40 mg, once daily. | Telehealth visit. Patient with asthma is currently living and working in the Virgin Islands for the last 8 months. She has had several asthma attacks. She had an allergy workup in Georgia in April 2021.<br><br>She had an asthma attack after being exposed to smoke on 8-8-22 where a fire was burning petroleum coke. She went back to work and used albuterol at her workplace. She continued to be symptomatic and drove herself to the nearest urgent care. Had nausea and vomiting. Was given nebulizer treatments x 4 and a steroid injection. Felt herself shaking. Placed on home albuterol treatments and a Medrol dose pack. Last albuterol treatment was yesterday; I would like her to discontinue albuterol and use Xopenex.<br><br>Assessment of moderate persistent asthma with acute exacerbation. Start Xopenex HFA 45 mcg, 1 puff as needed every six hours. Start Singular, 10 mg, once daily. Off work for 7 days.<br><br>Chest X-ray on this date shows normal heart size, clear lungs. Mild dextrocurvature thoracic spine.[62] |

---

[60] NW000097-0000104 Medical records from Acute Alternative.pdf, pp. 1-3/8.

[61] MW000115-NW000141 Medical records from Covington Family Care.pdf, p. 1/27. Exhibit 6, Deposition of Nicole Wooten, May 19, 2025.

[62] Imaging Center PC.pdf, p. 1/3.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 23

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 8-14-22[63] | Gov. Juan Luis Hospital<br>ED provider - Dr. L. Menkinsmith | Arrives by ambulance with complaint of posterior and anterior chest pain and shakes; anxiety. On EMS arrival, patient was hyperventilating.<br><br>"States last week having chest pain. Thinks it began after being exposed to some smoke at work as a customs agent. Seen at urgent care on Monday (day of exposure) and treated for asthma exacerbation; received steroids and inhaler. Came to ER on Tuesday, and went back to urgent care on Wednesday. Continues to feel chest tightness and intermittent anterior chest pain that sometimes radiates to shoulders. Reports pain sometimes with inspiration. Active and works out frequently – does not get chest pain when working out. Steroids given by urgent care not helping. No cough or fever. Some anxiety, feels shaky. Felt symptoms again tonight so came to ED."<br><br>On exam, negative respiratory distress; lung sounds clear bilaterally; anxious. BP 142/80. Pulse 83, respirations 20, pulse oximetry 98.<br><br>Clinical chemistry – Eosinophils (%) 0.3 [low]; troponin [low]. All others within normal ranges. Chest X-ray reveals no acute intrapulmonary disease. Mild s-shaped scoliosis of thoracolumbar spine.<br><br>"She is very anxious which may be playing a role in symptoms given other physiologic causes have been ruled out." Discharged. |
| 8-15-22[64] | Dr. Lyn Campbell, Acute Alternative Medical Group<br>(urgent care facility) | Patient presents to complete pulmonary function tests as patient experienced SOB on several (prior) occasions without probable cause.<br><br>Unable to complete due to SOB and chest tightness. |
| 8-16-22 | Flies back to US (Georgia)[65] | |
| 8-18-22[66] | Dr. Terrie Morton-Acker, Covington Family Care<br>Current medications include ferrous sulfate, Flovent, omeprazole, albuterol sulfate, Xopenex, Pepcid as above. Singular (not taking or as needed) | Presents for chest tightness and body shaking. The patient has upper back pain and jittery for weeks. BP 144/86. Physician notes "hands constantly shaking at rest." Weight of 191.8 pounds at 5'6"<br><br>Assessment of moderate persistent asthma with acute exacerbation. Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals. Restlessness and agitation.<br><br>Start cyclobenzaprine 5 mg, take 1-2 every six hours; perform clinical chemistry (see 9-8-22 entry below for results); refer to pulmonologist for exposure to burning petroleum coke.<br><br>Note that on this date, spirometry was conducted but was unsuccessfully completed by the patient because of severe chest pain and poor endurance; second spirometry was also attempted at her pulmonology appt. which she also failed to complete.[67] |

---

[63] NW000226-NW000252 Medical records from JFLH.pdf, pp. 12-22/27. Governor Juan F. Luis Hospital.pdf, pp. 12-17/27.

[64] NW000323-NW000337 Medical Records from Urgent Care.pdf, pp. 13-15/15.

[65] NW000253-NW000281 Medical records from Lury.pdf, p. 26/29.

[66] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 6-7/27.

[67] Id, p. 13/27. See NW000323-NW00337 Medical Records from Urgent Care.pdf, p. 2/15 for spirometry report. Note comment that "unconfirmed report; results should be interpreted with caution."

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 24

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 8-24-22[68] | Dr. David Olson, Dekalb Neurology Group<br><br>Current medications include Norethindrone for menses suppression, Symbicort, Albuterol | Chief complaint of tremors after exposure to smoke with petrochemical coke in it. Began having worsening asthma.<br><br>Also history of migraine (severe with photo and phonophobia) with a hive allergy to sumatriptan in 2017.<br><br>Following this exposure to smoke, began getting daily one-sided headaches which last all day. Treats with Tylenol. Describes weakness and muscle spasms. Tremors sometimes in arms, legs, or whole body.<br><br>Upon examination, high frequency tremor with arms outstretched. Motor strength and tone normal.<br><br>Per assessment, "tremors and daily headaches. Do not have a clear origin here. Will check brain MRI and try to get her off of the analgesics. She should use these sparingly as they can cause a rebound headache for both tremor suppression and a migraine prophylactic. She can try propranolol 10 BID. This could potentially make asthma worse but the dose is very low. Will communicate with pulmonologist." |
| 8-24-22[69] | Dr. Carlette Graham Pulmonary & Sleep Med<br><br>Current medications include albuterol 2.5 mg /3 ml solution for nebulization, cyclobenzaprine 10 mg, once daily, and Symbicort 160 mcg-4.5 inhaler, 2 puffs by inhalation twice daily. | Chief complaint of chest pain and tightness after exposure to smoke. Referred by Dr. Morton-Acker.<br><br>History of asthma diagnosed years ago but doing well until exposed to burning petroleum. Chest tightness and treated with steroids. Seen again in ED and treated with steroids. Started on Symbicort but no improvement. Reports tremors which are consistent.<br><br>Patient is currently symptomatic with SOB and chest pain. Admits to nausea and back pain. For the past weeks, she has had worsening dyspnea on exertion after walking ½ block or climbing ¼ flight of stairs. Dyspnea is worse with activity and alleviated with rest and inhalers such as albuterol. Denies recent infection, any environmental exposures, and recent travel to high risk areas. Smoked ½ pack per day but stopped few years ago.<br><br>Upon examination, breathing unlabored, auscultation of lungs with normal breath sounds, no rales, no rhonchi, no wheezing. Palpation of chest is nontender, normal. Chest X-ray negative for hyperinflation; spirometry attempted.[70]<br><br>Assessment of cough, wheezing, SOB, and asthma. Smoke exposure with asthma exacerbation status post steroids; still with symptoms. Discussed diagnosis of reactive airways disease/asthma with patient after performing history and reviewing pertinent tests. Recommend a chest CT, Trelegy and albuterol, nasal hygiene, and nebulizer with albuterol. |

---

[68] NW000094-NW000096 – Records from Dekalb Neurology Group.pdf, p. 2/3.

[69] NW000158-NW000168 Medical records from Dekalb Neurology.pdf, pp. 3-6 /11.

[70] See NW000303-NW000322 Medical records from Pulmonary Sleep Medicine.pdf, p. 15/20 for spirometry report.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 25

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 9-8-22[71] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications include ferrous sulfate, Flovent, omeprazole, albuterol sulfate, Xopenex, Propranolol. Singular now taken regularly. Also taking cyclobenzaprine with stop date of 10-17-22. | Follow-up. Patient has coughing, wheezing, SOB, or tightness in the chest during day, nearly every day. Same symptoms frequently or every night. Severe persistent asthma classification. CT scan on 9-1-22 negative except for minimal subpleural scaring on left lung. BP 149/94.<br><br>CBC with differential from collection date of 8-18-22: all values are within normal limits.<br><br>Hemoglobin A1C – 5.5 (normal range).<br><br>Comprehensive metabolic panel from same collection date: All within normal limits with exception of ALT (SGPT) value of 36, reference range 0-32 IU/L; Glucose serum value of 113, reference range 65-99 mg/dL; creatinine serum 1.02 (reference range 0.57-1.00 mg/dL).<br><br>Assessment of severe persistent asthma, uncomplicated, and contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals – patient needs a hard letter to leave St. Croix.[72] |
| 9-15-22[73] | Dr. Carlette Graham Pulmonary & Sleep Med.<br><br>Current mediations this record are albuterol sulfate inhalation solution, albuterol sulfate inhaler, cyclobenzaprine 10 mg, propranolol 10 mg, Symbicort 160 mcg and Trelegy Ellipta | "Currently feeling slightly better. Patient has had upper respiratory tract infection. No new symptoms; has no SOB, cough, chest pain, fever, chills, weight loss, or ankle swelling. No significant risk factors for morbidity. She has had no decrease in normal daily activity."<br><br>Admits to chest pain and cough but denies wheezing, sputum, and SOB. Physical examination reveals no labored breathing, normal breath sounds, no rales, no rhonchi, or wheezing.<br><br>Assessment of cough, asthma, and post-nasal drip. Continue on present medications. Pulmonary function test next visit.<br><br>Dr. Graham wrote a letter "To whom it may concern" stating that Ms. Wooten "has a history of asthma. Her disease is exacerbated by environmental factors especially while living in Virgin Islands. It would be beneficial for her health to be transferred."[74] |

---

[71] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 9-11/27.

[72] Dr. Morton-Acker wrote a letter on 9-16-22 to "whom it may concern." The letter stated that "Ms. Wooten has asthma which has worsened due to the environmental pollution she was subjected to while living in the Virgin Islands. There is no pulmonary facility on the island who can treat or monitor her condition. Therefore she needs a hardship transfer." NW000157 Records from Covington Family Care.pdf.

[73] NW000282-NW000289 Medical records from Pulmonary & Sleep med.pdf, pp. 5-7/8.

[74] NW000290-NW000302 Medical records from Pulmonary & Sleep med.pdf, p. 5/13.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 26

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 10-18-22[75] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications include propranolol 10 mg, once daily, ferrous sulfate 325 mg, twice/day, Flovent HFA 110 MCG 1 puff inhalation twice/day, omeprazole 20 mg, 1 capsule 30 minutes before morning meal, albuterol sulfate FHA 108 (90 base), 2 puffs as needed every four hours, Pepcid 40 mg, once daily, Xopenex 45 mcg, 1 puff as needed every hours, Singular 10 mg, once daily. | Per Dr. Morton-Acker's write-up, "she was exposed to <u>continuous</u> burning of petroleum coke. She continues to have problems even 2 months after leaving the environment. She has continuous wheezing, poor exercise endurance, occasional SOB, and intermittent chest pain and dyspnea multiple days per week now. Her pain is often exacerbated with anxiety. She worries about being told she has to go back to the Virgin Islands to retrieve her belongings."<br><br>Chest X-ray of lungs shows hyperinflation. On today's visit, she was given a 10-pound weight to lift; could not without pain in chest. Still has some shaking or jitteriness of unknown etiology.<br><br>"In my opinion, Ms. Wooten's exacerbation of her asthma stemmed from the exposure of the petroleum coke found burning at the oil refinery on the Virgin Islands. It is unknown how long she will continue to have lingering effects from this exposure.<br><br>BP at this visit 167/99. Hands constantly shaking at rest. Lungs clear to auscultation bilaterally.<br><br>New diagnosis of major depressive disorder, recurrent, mild, along with continuing assessment of severe persistent asthma, uncomplicated. Referred to psychologist. Started on buspirone HC, 5 mg, twice daily. |
| 10-27-22[76] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Medications same as 10-18-22 with addition of Trelegy Ellipta 200-62.5-25 mcg, 1 puff daily. | Patient complains of chest pains and shaking since 8-8-22. Still having respiratory symptoms and under the care of pulmonology. She also has a resting tremor and is on albuterol and Xopenex for acute wheezing almost daily; admits to depression. On examination, positive for intermittent tremor. BP 157/96.<br><br>Assessment of severe persistent asthma, other respiratory conditions due to chemicals, gases, fumes, and vapors; chest pain on breathing; major depressive disorder, recurrent, mild. Refills on medications; start Xopenex nebulization solution, 0.63 mg, 3 ml as needed by inhalation every 8 hours. Start Cymbalta for depression, 20 mg, once daily. Refer to psychiatry. |
| 11-9-22[77] | Dr. Carlette Graham Pulmonary & Sleep Med<br><br>The only current medications listed on this record are albuterol sulfate inhalation solution, albuterol sulfate inhaler, cyclobenzaprine 10 mg, propranolol 10 mg, and Trelegy Ellipta 200 mcg-62.5 mcg-25 mcg powder for inhalation. | Follow-up from work chemical exposure. Still having moments of breathing restricted, brain feels tired, fatigue in the morning or with movement, chest pain center chest and above both breasts. "Currently feeling about the same."[78]<br><br>Physical examination reveals no labored breathing, no dullness, flatness, or hyperresonance of chest. Lungs have normal breath sounds; no rales, no rhonchi or wheezing. Unable to do pulmonary function test. Assessment of painful respiration, SOB, and asthma due to inhalation of fumes. Not improving – will refer to Georgia Lung for second opinion. |

[75] MW000115-NW000141 Medical records from Covington Family Care.pdf, p. 13-15/27.

[76] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 16-17/27.

[77] NW000282-NW2000289 Medical records from Pulmonary and sleep med.pdf, pp. 1-4/8.

[78] This records mentions a dust mite allergy. Id., p. 2/8. A later record from 2-19-24 shows an allergy to shrimp. NW390-NW428.pdf, p. 13/39. Also see NW000253-000281 Medical records from Lury.pdf, pp 45/29 for allergen test panel.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 27

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 11-10-22[79] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Medications same as 10-27-22 | Follow up for wheezing, chest pain/shakiness. "Patient uses the albuterol twice/day mainly for tight chest which relieves it mildly. Has had some insomnia. Also has left shoulder pain and is in need of a muscle relaxant." BP 139/91. Chest – pain with deep inhalation.<br><br>Same assessment with new diagnosis of hemarthrosis, left shoulder and now moderate (rather than severe) persistent asthma with acute exacerbation. Start metaxalone, 400 mg, twice daily. Continue Singulair/propranolol. |
| 11-18-22[80] | Piedmont Henry Hospital | Chest X-ray shows no evidence of acute pulmonary process. |
| 11-18-22[81] | Grady Memorial Hospital<br><br>Current medications at this time include Yupelri 175 mcg/3 mL solution, budesonide (Pulmicort) 0.5 mg/2 mL nebulizer suspension, Xopenex (levalbuterol) and Motrin, 800 mg tablets | Presents for exacerbation of asthma after inhaling a toxin sulfur oxide at work three months ago. Patient states that ever since then, she has flare ups that are related to the incident. At this time, patient is coughing and SOB. Left sided chest pain and upper back pain; worse with certain movements or breathing. Also intermittent dizziness, throbbing headache, and shaking of body. Sometimes feels entire body goes numb. Has seen other providers, including pulmonology for this, without clear explanation. Past diagnosis of asthma. Appears anxious, tremulous but improves over time.<br><br>Initial BP 168/111, heart rate 111. Patient placed on nasal cannula and was calm afterwards.<br><br>Diagnosis of pneumonitis (CXR negative), asthma (clear lungs). No tearing pain in back. No PE. EKG tachy but non-ischemic; troponin negative; labs unremarkable. Cleared for discharge. |
| 11-23-22[82] | Dr. Ziad N. Kazz, Toxicologist, Grady Toxicology Clinic<br><br>Current medications listed are norethindrone 5 mg, duloxetine 30 mg, cyclobenzaprine 10 mg, propranolol 10 mg, Nurtec 75 mg, fluticasone nasal spray, albuterol. | Past medical history of bronchial asthma.<br><br>Presents with complaints of upper and lower respiratory tract symptoms. "Patient states on 8-8-22, while working as a border inspector, was in her car and rolled her window down to talk with another person close to an area of smoke. <u>She stated that the other two persons at the scene were asymptomatic.</u> Later the same day, presented with SOB, cough, shocking sensation, chest pain, and vomiting. Same day, visited urgent care; all lab work and imaging studies were negative.<br><br>Patient presents to (toxicology) clinic due to the persistence of symptoms and also complains of tremors. Describes symptoms daily. No specific pattern or anything that makes it worse or better. Patient has been evaluated by a neurologist who prescribed propranolol and states that sometimes improves the tremor. Has been using a nebulizer daily since incident.<br><br>Physical exam reveals no respiratory distress, no wheezing, crackles, or rhonchi. No tremor.    pre-existing disease influence the region of respiratory tract injury.<br><br>"After a medical encounter with the patient, she showed some respiratory tract symptoms after exposure but upon evaluation at the urgent care the same day, she was discharged with symptomatic therapy and no further |

---

[79] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 19-20/27.

[80] Piedmont Henry Hospital, Inc., pdf. p. 13/29.

[81] Grady Memorial Hospital.pdf, pp. 14-18/74.

[82] NW000366-NW000368 Toxicology Report, pp. 1-3/3.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 28

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| | | indication of hospitalization. The primary patient concern is the persistence of the symptoms and other neurologic symptoms (tremors) that are not necessarily explained by her exposure. Also, I will mention that the other two persons present at the scene were asymptomatic." |
| | | Recommended PFT test with follow-up with PCP and pneumologist; treatment consisting of supportive care of symptoms; no specific toxicology testing or imaging indicated that this time; no further follow-ups at toxicology clinic. |
| 12-15-22[83] | Dr. Otusanya Pulmonary/critical care/sleep medicine | Referred for evaluation of dyspnea by Dr. Morton-Acker. |
| | | "Reports that she was exposed to petroleum coke at refinery in August 2022. The smoke was coming out from a dome but she was in the car, a few meters from the smoke area but reportedly lowered her windows. A few minutes later while in the car, she started having symptoms consistent with her asthma attack. She reported chest tightness, SOB, tremors, wheezing, migraines. She went back to work to use her inhaler but with no improvement. Then went to urgent care where she received steroid shot and nebulizer treatment and felt better. A few days later, her symptoms recurred. She has been going to urgent care since then. Daily symptoms of chest tightness, dry cough; SOB with daily chores. No longer exerts herself as before. She has seen a pulmonologist for which she received Trelegy and albuterol as needed but to no avail." |
| | | Impression:  No evidence of acute pulmonary process. CT of chest on 9/1/22 – central airways are predominantly clear. No consolidations, pleural effusions, honeycombing, traction bronchiectasis, suspicious pulmonary mass, or pneumothorax. Minimal subpleural scarring left lung apex. |
| | | PFT on this date – unable to be completed due to pain in chest.[84] |
| 12-19-22[85] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications include cyclobenzaprine, Xopenex neb. solution, ferrous sulfate, omeprazole, buspirone, Cymbalta, metaxalone, Xopenex HFA, Trelegy, Propranolol, Singular. | Follow-up. "Pulmonologist performed test revealing restrictive lung disease. Also saw a toxicologist who felt the results of the chemical exposure may have included some other particles which could be causing these long-term effects. Still having shaking and is off the propranolol. Taking deep breaths is difficult for her which is why she continues to use her rescue inhaler twice daily." BP 143/99. General appearance, withdrawn. Chest pain with deep inhalation. |
| | | Assessment of other respiratory conditions due to chemicals, gases, fumes and vapors; severe persistent asthma, uncomplicated; and abnormal weight gain (now 209 lbs.).  Prescribed phentermine 15 mg, once daily and Topamax 25 mg, once/night for weight gain. |
| 12-22-22[86] | Amanda Lewis, NP-C, Atlanta Heart Associates | Reports chest pain/dyspnea, worse with activity. Denies previous cardiac testing. |
| | | Notes past medical history of anxiety, depression, asthma. |
| | | In no acute distress; chest has normal symmetry with diminished lung sounds in all lobes. BP 140/90. |

---

[83] NW000194-NW000203 Medical records from Grady Memorial Hospital, pp.  4-7/10.

[84] NW000363-NW000365 Pulmonary function Report.pdf, p. 1/3.

[85] MW000115-MW000141 Medical records from Covington Family Care.pdf, pp. 22-23/27.

[86] NW000107-NW000114 Medical Records from Atlanta Heart Association.pdf, p. 1-2/8.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 29

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| | | Impression:  Unspecified dyspnea – arrange for echo to evaluate LV function; precordial pain, arrange for treadmill test to rule out ischemia. |
| | | Current medications include Advair Diskus 100 mcg-50 mcg, Buspirone 5 mg, once daily, Cyclobenzaprine, 10 mg, once daily, Duloxetine 30 mg, once daily, Levalbuterol HFA 45 mcg aerosol inhaler as directed, Montelukast 10 mg, once daily, Norethindrone acetate 5 mg, unknown dose, Propranolol 10 mg, once daily |
| 12-22-22[87] | Treadmill study | Referred for chest pain and SOB. Total exercise time – 4 minutes; stopped due to wheezing and coughing. |
| | | Conclusion – normal treadmill stress test, no angina or arrhythmias observed, exaggerated blood pressure response to exercise and poor exercise tolerance. |
| 12-22-22[88] | Echocardiogram Report | Referred for chest pain |
| | | Findings: normal left ventricular cavity size; left ventricular ejection fraction is 55%; mild concentric left ventricular hypertrophy; trace mitral and tricuspid regurgitation. |
| 12-29-22[89] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Same medications as prior visit on 12-19-22 with addition of phentermine and Topamax. | Patient continues to have difficulty dealing with respiratory problems, medical conditions. Has major depression, hopelessness, and helplessness. Has weight gain but poor appetite. Presents as tearful, somnolent, visibly upset. BP 161/108. Weight of 208.4 pounds.<br><br>Assessment of major depressive disorder, single episode.  Stop Cymbalta and start Prozac, 20 mg, once/daily. Refer to psychologist/psychiatry. |
| 12-29-22[90] | Amanda Lewis, NP-C, Atlanta Heart Associates<br><br>Current medications same as 12-22-22 visit | Patient presents for evaluation after testing; continues dyspnea with and without activity. Denies chest pain but reports limited physical activity tolerance. BP 144/88.<br><br>Impression of unspecified dyspnea, precordial pain as noted on above reports from 12-22-22.<br><br>Added Norvasc 5 mg, once/daily. Advised to follow 2 gram sodium and low cholesterol diet; exercise regularly; continue aggressive risk factor modification and management. |

---

[87] NW000105-NW000106 Medical Records from Atlanta Heart Association.pdf, p. 1/2.

[88] NW000105-NW000106 Medical Records from Atlanta Heart Association.pdf, p. 2/2.

[89] MW000115-NW000141 Medical records from Covington Family Care.pdf, pp. 25-26/27.

[90] NW000107-NW000114 Medical Records from Atlanta Heart Association.pdf, pp. 3-4/8.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 30

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 1-12-23[91] | Dr. Otusanya Pulmonary/critical care/sleep medicine | Follow-up for SOB, chest tightness |
| | | Reports SOB on exertion, chest tightness, wheezing. Also having cough productive of mucus. Unable to carry out daily activities. Underwent stress test and her BP was as high as 220/110. |
| | | Six minute walk test attempted today; however, patient became tachycardic and short of breath for 5-10 minutes and then back to normal state. Not hypoxic during this time. Underwent cardiology follow-up. Unable to complete exercise tolerance test due to coughing and wheezing. Procedure was discontinued 4 minutes after she started. Deemed to have a normal treadmill stress test but with poor exercise tolerance. |
| | | Assessment: RAD/poorly controlled asthma and obesity, Class II (Weight at this time is 205.6 lbs., BMI 33.15). BP of 120/88. |
| | | "Patient's symptomatology and PFT suggestive of reactive airway dysfunction syndrome. Patient's history of exposure could be contributing to/aggravating her airflow limitation. She had a CT chest done in September which showed no parenchymal cause of SOB. Other possible differential could be exposure to an unidentified allergen." |
| | | Prescribed prednisone (Deltasone) 20 mg tablets and Trelegy Ellipta, 1 puff in morning |
| 1-16-23[92] | Dr. West, Psychologist, Out of Box Counseling | Presents with possible PTSD from smoke exposure; depression due to pain, not having income, unable to work because lung function has decreased after smoke exposure while working. |
| | Current medications include prednisone 20 mg, 2/day for 5 days, Trelegy 200 mcg, 1 puff daily, Amlodipine, 5 mg daily, Montelukast once daily, Levalbuterol daily, Fluoxetine 10 mg , daily | "August 8, 2022, was the day I was working and was exposed to a chemical fire which I inhaled smoke. Since that day, I have been unable to complete daily tasks without experiencing coughing, shortness of breath, and chest pains. The chest pains are daily which also turns into back pains. I was a very active person prior to this incident; now if I walk briskly for 3 minutes, I experience chest pains and shortness of breath. As days keep going, doctor appointments and medications have increased but my symptoms have worsened. Dr. Acker, my PCP, placed me on medication for depression." |
| | | Diagnosis of chronic post-traumatic stress disorder, generalized anxiety, and major depressive disorder, recurrent episode, severe. |
| | | Recommendation to continue current therapeutic focus, with treatment every two weeks. |
| 1-19-23[93] | Amanda Lewis, NP-C, Atlanta Heart Associates | Patient presents for evaluation after adding Norvasc. Reports BP is well controlled - BP on this date is 127/76. States she was evaluated by pulmonary and could not complete six minute walk; started on oral steroids. Denies chest pain and reports unchanged dyspnea. Feels well, reports dyspnea at rest/with exertions and SOB. |
| | Current medications same as 12-29-22 with exception of Cardizem LA, 120 mg tablets, once daily, to replace Norvasc. | Impression - Dyspnea is suggestive of reactive airway dysfunction syndrome per pulmonary on 12/2022 – possibly related to history of exposure. Palpitations with tachycardia – Stop Norvasc, add Cardizem 120 mg and attach monitor. Essential hypertension. |

---

[91] NW000194–NW000203 Medical Records from Grady Memorial Hospital, pp. 3-4/10.

[92] NW000024–NW000093 Medical records from Out of the Box.pdf, pp. 1-3/70.

[93] NW000107–NW000114 Medical Records from Atlanta Heart Association.pdf, pp. 5-6/8.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 31

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 1-27 thru 1-28-23 | ARES Sleep Study | History of hypertension, depression, lung disease, and symptoms of nocturnal snoring and waking up choking. Based on clinical history, patient has a high pre-test probability of having <u>severe</u> OSA.<br><br>Findings are consistent with <u>mild</u>, non-positional obstructive sleep apnea. Consider CPAP titration study given reported lung disease. Avoid sleeping supine. |
| 1-30-23[94] | Dr. Terrie Morton-Acker, Covington Family Care | Follow-up appointment. Patient is in counseling now twice per week. Currently taking Prozac 20 mg daily. Feels she is at 0% back to her normal baseline. Still having respiratory problems; using nebulizer 2-3 times per day with triggers such as cleaning fluids, cologne, perfumes. BP 160/101.<br><br>Assessment of major depressive disorder, recurrent, mild; severe persistent asthma, uncomplicated, other respiratory conditions due to chemicals, gases, fumes, and vapors; abnormal weight gain. |
| 2-3-23[95] | Grady Hospital ER Atlanta, GA | Walk-in presentation from clinic visit (where undergoing PFT testing) with SOB and chest pain. On a non-breather at this time. Past medical history of asthma. Exposed to chemicals in August.<br><br>Patient unable to speak in complete sentences. Severe chest pain, hyperventilating, and stating she cannot breath. Has had numerous appointments and extensive testing and nobody can figure it out. Acute distress/very anxious appearing, yelling and gasping.<br><br>On exam, good symmetric air movement throughout; no significant wheezing, rales, or rhonchi. Hypertensive. Abnormal ECG – atrial fibrillation<br><br>Clinical chemistry within normal limits with exception of Co2 content (serum) 17 [low], anion gap 17 [high], creatinine serum 1.1 [high], glomerular filtration 66 [low], ALT (SGPT) 73 [high], WBC count 10.8 [high], RBC count 5.12 [high], hematocrit blood 45.9 [high], # lymphocytes 4.5 [high], PCo2 venous 33 [low], Po2 venous 163 [high], base excess-venous -3.6 [low]. See pages 15-17/25 of NW000169-NW000193 Medical records from Grady for reference values.<br><br>Approximately 3 hours after arrival, vital signs were within normal limits; tachycardia and tachypnea resolved. Normal lung sounds. Labs notable for decreased bicarb (possibly metabolic response to initial respiratory alkalosis from hyperventilation), mild AKI, mild leukocytosis. Chest X-ray without acute abnormalities. Patient provided with Motrin and discharged.<br><br>Impression:  Exam notable for very anxious-appearing female hyperventilating and clutching chest with normal lung sounds without wheezes or crackles, symmetric and good air movement throughout, no chest wall tenderness and no leg swelling. Presentation appears most suggestive of acute asthma exacerbation vs. anxiety-induced dyspnea given age, risk factors, clinical presentation and chart review. Differential diagnosis also includes but not limited to ACS, PE, PNA (including COVID-PNA), metabolic abnormalities, anemia, anaphylaxis, neuromuscular causes. Suspect vital sign abnormalities are more likely anxiety than PE. |

---

[94] Covington Family Care.pdf, p. 32-33/226.

[95] NW000169-NW000193 Medical records from Grady.pdf. Also see Grady Memorial Hospital.pdf, pp. 29-44/74.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 32

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 2-9-23[96] | Dr. Terrie Morton-Acker, Covington Family Care<br><br>Current medications are Xopenex, ferrous sulfate, omeprazole, buspirone, metaxalone, Trelegy, Singular, Prozac, cyclobenzaprine, norethindrone, amlodipine besylate, Topamax, and phentermine | Presents for coughing for two weeks. Patient has been having green productive cough along with increase day time as well as sensitivities to smell which cause more cough. Unable to complete PFT test at Grady on 2/3/23. Developed more chest pain which has worsened. Given a muscle relaxant which she does not take. BP 133/95. Weight of 201.2 pounds.<br><br>Assessment of other respiratory conditions due to chemicals, gases, fumes, and vapors; bronchitis, not specified as acute or chronic. Started on Levofloxacin. |
| 2-16-23[97] | Amanda Lewis, NP-C, Atlanta Heart Associates<br><br>Current medications same as 1-19-23 although Cardizem is awaiting insurance approval | Presents for evaluation after event monitor. Denies chest pain and reports chronic unchanged dyspnea. Insurance did not approve Cardizem and still taking Norvasc. Denies SOB but has recurrent chest discomfort. BP 142/90.<br><br>Impression of dyspnea suggestive of RADS per pulmonology. Palpitations with tachycardia (monitor had no acute findings; average heart rate in 90s). Essential hypertension. |
| 2-27-23[98] | Dr. Leo Ovadje, Nephrology, Caritas Medical Center | Referred for evaluation of abnormal kidney function tests. Elevated BUN/Creatinine at 14/1.10 mg/dl with estimated glomerular filtration rate of 66 mls/minute. Was working in Virgin Islands and exposed on 8-8-22.<br><br>Notes history of diabetes diagnosed years ago with blood sugar controlled – have not seen this diagnosis anywhere else in her records. History of hypertension diagnosed December 2022. Asthma.<br><br>Assessment of abnormal kidney function – possible toxin-induced nephrotoxicity. Also assessed with hypertensive chronic kidney disease stage 1 – stage 4 chronic kidney disease. Patient has a history of hypertension which puts her at risk for chronic kidney disease. |
| 3-9-23[99] | Dr. Terrie Morton-Acker, Covington Family Care | "Bronchitis acting up." Increased cough, chills, back pain, productive vomiting. Nose red and swollen; lungs decreased effort; chest clear to auscultation and percussion. Assessed with acute bronchitis. |
| 3-22-23[100] | Dr. Terrie Morton-Acker, Covington Family Care | Continued respiratory illness; green to clear mucus. Had an asthma attack (3-11-22) with cough, shaking and extreme chest pain. Used 4 vials of nebulizer and improved. Also one today after walking fast up the stairs.<br><br>On examination, lungs reveal scattered wheezes throughout. Assessed with severe persistent asthma with acute exacerbation. |

---

[96] Covington Family Care, pp. 35-36/226.

[97] NW000107-NW000114 Medical Records from Atlanta Heart Association.pdf, pp. 7-8/8.

[98] NW000380-NW000389 Medical records from Caritas Medical Center (Nephrologist notes), pp. 1-5/10.

[99] Covington Family Care, pp. 37-38/226.

[100] Covington Family Care, p. 39/226.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 33

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 4-6-23[101] | Dr. Jamie Garfield, Pulmonologist Temple Lung Center Temple University | Telemedicine visit "New patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide and particulate matter)." Diagnosis of severe persistent asthma. Plan to start nebulized Pulmicort twice daily, and nebulized Performist twice daily. Start nebulized Yupelri once daily. Stop Trelegy once starting nebulized alternatives. Clinical chemistry ordered for allergies and hypersensitivity. Prednisone 60 mg daily for 10 days. Depending on results of clinical chemistry and response to therapy, may consider biologic for allergic asthma. |
| 4-17-23[102] | Dr. Terrie Morton-Acker, Covington Family Care | Request for disability form to be filled out. "Patient has trouble with simply getting dressed, grooming, bathing due to poor exertion. Nighttime cough which interferes with sleeping; impaired with cooking and cleaning. Will be impaired 12 months to life." Also vomiting for one week; experiencing asthma attacks. New assessments of gastro-esophageal reflux disease without esophagitis; vomiting. Prescribed Breztri aerosol. |
| 5-10-23[103] | Gwinnett Co. EMS Medications listed - only shows levalbuterol. | Complaint of difficulty breathing and back pain. History of COPD. Elevated BP and pulse; GCS of 15. Patient advised she was sleeping when she began to feel as though she could not breathe and began her nebulizer treatment. While taking treatment, began to have upper back spasms with pain in intervals and became worse with numbness and tingling in her upper extremities and lower right extremity. Patient described that due to chemical exposure, she began having symptoms in August. Emotional and in pain. Breathing was noted regular but patient not inhaling due to pain it causes. Provided with oxygen with improved response; normal saline. Transported to Northside Duluth as non- emergency and then upgraded due to sudden pain in chest. |
| 5-23-23[104] | Dr. Leo Ovadje, Nephrology Caritas Medical Center | Current medications include Yupelri 175 mcg/3 mL inhaled once daily, formoterol 20 mcg/2 mL inhaled twice daily, albuterol-ipratropium by nebulizer four times daily, levalbuterol 45 mcg two puffs every four hours Follow-up for chronic kidney disease and hypertension. Labs from 5-10-23 reviewed. BUN/Creatinine was 7/1.0 mg/dl which is an estimated GFR of more than 60 mls/minute. Under family history, states that both parents have hypertension and mother has chronic kidney disease, stage 3. No change in initial diagnosis of 2-27-23 |

---

[101] NW000253- W000281 Medical records from Lury.pdf, pp. 25-28/29.

[102] Covington Family Care, pp. 41-42/226.

[103] Gwinnet Co. Fire EMS.pdf, pp. 4-6/34.

[104] NW000380-NW000389 Medical records from Caritas Medical Center (Nephrologist notes), pp. 6-10/10.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 34

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 6-9-23[105] | Dr. Meredith Greer Pulmonology<br><br>Dr. Zakaa Hassan, resident (his record is illegible) | Since exposure on 8/2022, has seen multiple pulmonologists and recently had PFTS at Piedmont that are consistent with obstructive disease with air trapping and hyperinflation. Scheduled for bronchoscopy Monday at Emory. Work-up is ongoing; diagnosis is not 100% clear at this time.<br><br>Now off by-mouth steroids; will re-check allergy/asthma labs today. Given other systemic symptoms, will order auto-immune labs as well. Will message Dr at Emory. (Hypersensitivity panel on 6-9-23 was negative; Environmental panel on same date was high for *D. Pteronyssinus* and *D. Farinae* mite.[106]) |
| 6-12-23[107] | Dr. Fadi Rabih, Emory Healthcare, Pulmonology St. Joseph's Hospital<br><br>Current outpatient medications include albuterol inhaler, formoterol, Yupelri. | Presents for bronchoscopy for evaluation of SOB.<br><br>History of asthma with exposure to black smoke/petroleum on 8-8-22. The next day, the smoke was still going on and she still smelled the burning smoke. She left work 8-10-22 and has not been back since then. After this incident, she started having chest tightness, tremors, and SOB. She saw three pulmonologists before. She tried telergy, nebulizer, and prednisone. None helped her. Current weight of 196 pounds; BP 131/89.<br><br>Physical examination shows normal respiratory effort, symmetric air movement. Breath sounds are clear without rales, wheezing, or rhonchi.<br><br>Review of imaging shows no abnormalities on CT of chest on 5-11-23. Echocardiogram on 12-22-22 with diastolic dysfunction. PFT spirometry showing mild airflow limitation.<br><br>Bronchoscopy revealed normal airway examination in setting of severe persistent asthma.[108] Cytologic diagnosis of bronchoalveolar lavage negative for malignant cells. The cell population consists of alveolar macrophages, inflammatory cells, and reactive respiratory epithelial cells. Respiratory chemistry all within normal limits.[109]<br><br>Assessment and plan: "It is unclear to me the relationship between the inhalation injury and her current symptoms of chest pain, chest tightness, and cough. She is not responding to steroids and inhaler which goes against asthma. She has no allergies seen on lab work. Her CT of chest is also not impressive. Refer her to ENT to check her for vocal cord function." (Records shows no dysfunction of vocal cords.) "Cough – unclear trigger. I am wondering if it is neurogenic in nature. I want to try gabapentin. If that does not work, then start promethazine at night." Sleep apnea but needs a CPAP.<br><br>"It is not clear to me the cause of her symptoms yet. I told her the anxiety is a diagnosis of exclusion although I cannot rule out if this is anxiety." |
| 6-15-23[110] | Dr. Terrie Morton-Acker, Covington Family Care | Clinical chemistry labs all within normal limits. |

---

[105] Grady Memorial Hospital.pdf, pp. 49-52/74.

[106] Grady Memorial Hospital.pdf, pp. 62-63/74.

[107] Emory St. Joseph's Hospital.pdf, pp. 9,11–12, 19, 21, 25-26, 31-36/166.

[108] Emory St. Joseph's Hospital.pdf, pp. 31-33/166.

[109] Emory St. Joseph's Hospital.pdf, p. 25/166.

[110] Covington Family Care.pdf, pp. 47-48/226.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 35

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 6-20-23[111] | Dr. Terrie Morton-Acker, Covington Family Care | Presents for chest pain along with vomiting, back pain with deep breaths. No chills or fever. |
| | | Assessment of moderate persistent asthma with (acute) exacerbation; pleurisy; and other respiratory conditions due to chemicals, gases, fumes, and vapors. Start Medrol Pak, 4 mg. |
| 7-6-23[112] | Dr. Terrie Morton-Acker, Covington Family Care | Patient feels her respiratory problem is getting worse or has increased due to obesity. Gets more cough and SOB when she walks more than 10 minutes; in the past, was able to walk 20 minutes. Currently at 204 pounds. BP 140/88. |
| | | Now taking Wegovy 0.5 mg/0.5 ml subcutaneous once/week. |
| 7-21-23[113] | Dr. David Guidot, Pulmonary and Critical Care<br><br>Dr. Zakaa Hassan, resident (his record is illegible) | Dyspnea on exertion per outside referral. Concern for sleep apnea. PFS at Piedmont with moderate obstruction with hyperinflation and air trapping noted. |
| | | Clinical chemistry is positive for ANA screen, IFA – suggestive of autoimmune disease and reflexes to titer and pattern. ANA Pattern-Quest is speckled which is associated with mixed connective tissue disease, systemic lupus erythematosus, Sjogren's syndrome, dermatomyositis and systemic sclerosis/polymyositis overlap. ANA Titer-Quest is 1:40 (1:40-1:80 low antibody level).[114] |
| | | Per Dr. Guidot, "this is a perplexing case in that she has had multiple diagnostic evaluations including a bronchoscopy and an examination by ENT without a clear diagnosis. Although she had severe airflow limitation on PFTs done at Piedmont, her function was normal here in February. Further, she rarely, if ever, notices wheezing and she is clear today on exam even though she is complaining of chest pain and dyspnea. While she may have intermittent severe asthma, the overall picture does not strike me as consistent with this. I recommend that she be seen by our asthma specialists - she would like to go to our Emory Asthma Clinic." |
| 7-26-23[115] | Dr. Terrie Morton-Acker, Covington Family Care | Up for disability. Her customs job wants her to return to St. Croix with accommodations but she does not want to return to work due to fear and anxiety. "I feel she is suffering from PTSD." |
| 8-18-23[116] | Emory Healthcare | Treadmill test. Patient was cooperative but made a poor effort. The exercise was submaximal. Stopped due to fatigue. |
| | | Peak oxygen uptake was 13.6 ml/kg/min (59% predicted) indicating reduced exercise capacity. Electrocardiogram normal before, during, and after test. No arrhythmias. |
| 1-2-24[117] | Dr. Terrie Morton-Acker, Covington Family Care | Presents for complaint of chest pain on breathing. BP 133/91. Weight 206.4 lbs. |

---

[111] Covington Family Care.pdf, p. 50/226.

[112] Covington Family Care.pdf, p. 52/226.

[113] Grady Memorial Hospital.pdf, pp. 52-55/74.

[114] Grady Memorial Hospital.pdf, p. 57/74.

[115] Covington Family Care.pdf, p. 54/226.

[116] NW000377-NW000379 Medical records from  Emory Healthcare, p. 1/3.

[117] NW390-NW428 Medical records from Caritas Medical Center (nephrologist notes), pdf, pp. 2-4/39.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 36

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| | | Given dexamethasone 1 cc injection, 4 mg. Current meds include Xopenex, Yupelri, Cyclobenzaprine, Pulmicort, Formoterol fumarate, Omeprazole, amlodipine, Colchicine, Fluoxetine, Wegovy |
| 2-9-24[118] | Dr. Terrie Morton-Acker, Covington Family Care | "Patient had an acute flare up of her respiratory status after seeing news that the plant in the Virgin Islands where she worked mentioned her lawsuit on the air. The companies who ran the plant are pointing fingers at one another as to what caused the fire. This has made her feel more stressed." <br><br> Diagnosis of major depressive disorder, recurrent, moderate. Start trazodone, 50 mg, at bedtime daily; wean from fluoxetine every other day. |
| 2-20-24[119] | Dr. Terrie Morton-Acker, Covington Family Care | Asthma attack on Friday. The patient had been taking prednisone which did not help so she went to urgent care and got another script of prednisone as well as an injection. Given a script for high dose prednisone at 50 mg and Xyzal as well as Zithromax. She feels 80% back to normal and did not take any of the meds she had been prescribed. Deep breaths showed no wheeze today. |
| 3-8-24[120] | Dr. Terrie Morton-Acker, Covington Family Care | History of present illness describes initial exposure on 8-8-22. <br><br> "In the last two years, she has had referrals to pulmonology and toxicology. She has had CTs, PFTs, chest X-rays. She has had multiple ER visits to emergency rooms, urgent care, and my office. She has had multiple steroid bursts for exacerbation for asthma symptoms. She has decreased exercise tolerance. Rescue inhalers no longer work. Her current regiment of inhalers includes albuterol and trelegy which is actually indicated for COPD. Ms. Wooten's respiratory status falls in the category of RADS refractory to conventional medical care. The illness is chronic since it has not resolved after 6 months. She does have a history of asthma but has not returned to her baseline. I feel that Ms. Wooten has reached maximum medical improvement." |

---

[118] Atlantic Lung Center, pp. 1-5/5. Covington Family Care.pdf, p. 56/226.

[119] Covington Family Care.pdf, p. 58/226.

[120] Covington Family Care.pdf, p. 60/226.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 37

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| 4-19-24[121] | Dr. Oyekunle Muraina, Pulmonary/critical care/sleep medicine<br><br>Atlantic Lung Center | Second opinion – pulmonary examination<br><br>Has been following with a pulmonologist since her exposure on 8-8-22. She has not returned to work since 8-9-22. Continues to have SOB with minimal activity. Has frequent chest tightness with minimal activity and occasional wheezing. Significant for anxiety, depression, and occasional nasal congestion/discharge.<br><br>Past medical history is significant for moderate persistent asthma, allergic rhinitis, and depression following injury. Former smoker who quit in 2016 but reports infrequent smoking before she quit and estimated pack years of smoking is less than one year.<br><br>On this date, BP 144/86, oxygen saturation 89% on room air; weight of 207 pounds. In mild distress at rest. Chest examination revealed good chest excursion without significant dyspnea at rest. Resonant percussion note and normal tactile fremitus. She has vesicular breath sounds bilaterally with mild scattered coarse rales; no wheezes. Cardiovascular examination and rest of physical examination are normal.<br><br>Chest X-ray shows that lungs are well expanded and clear with normal pulmonary vascularity and without any infiltrates, masses, or effusion. PFTs – spirometry is uninterpretable as she could not perform acceptable and reproducible spirometry data. Lung volumes show mild restrictive defect and air taping. Diffusion capacity for CO was essential normal.<br><br>Six minute walk reveals oxygen saturation of 89% at rest with desaturation down to 82% by the second minute of test; study was discontinued as patient was very dyspneic and complaining of chest tightness.<br><br>Updated diagnoses – severe persistent asthma, uncomplicated; chronic respiratory failure with hypoxia; airway disease due to other specific organic dusts; contact with and (suspected) exposure to other hazardous, chiefly non medicinal, chemicals; and shortness of breath.<br><br>There is a direct causal relationship between the diagnoses above and the work-related injury of exposure to petroleum coke burn smoke necessitating prolonged debility with aggravation of the pre-existing asthma and respiratory failure with hypoxia.<br><br>Work-related injury of exposure to petroleum coke burning has not resolved. Still reports significant pulmonary disability with SOB and chest tightness with minimal activity including performing regular activities of daily living. Physical examination performed by me confirms this with hypoxemia on room air (oxygen saturation 89%) on arrival to my office.<br><br>It is my opinion that she has reached a fixed and stable state (maximum medical improvement has been obtained) since the symptoms have persisted for almost two years since the injury occurred.<br><br>Prognosis appears to be poor especially with evidence of chronic respiratory failure with hypoxemia at rest that worsens with minimal activity. The hypoxemia cannot be explained solely by obstructive airway disease due to bronchial asthma; there must be an underlying pulmonary parenchymal or vascular component responsible for this.<br><br>It is my opinion that the most she can perform will be sedentary duties that involve sitting at a disk for most of the workday. |

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 38

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|---|---|---|
| 6-16-24[122] | Gwinnett Co. Fire EMS | Patient found in bed with complaint of chest discomfort when she breathes in. Patient advised that she has had lung issues for the past 2 years and when they flare up, causes cramping in her chest wall making it hard to breathe. This flare up started about 2 hours prior and has not gotten any better. Patient advised that she needed a steroid shot to help and needed to go to hospital for it. BP 141/85. Provided with oxygen and normal saline; transported. |
| 7-11-24[123] | Dr. Terrie Morton-Acker, Covington Family Care | Consultation for clinical chemistry results. Collection date of 6-25-24. Abnormal findings include high cholesterol results; white blood count 3.4 thousand/uL [low]; ALT 45 u/l [high]; hemoglobin A1C of 5.8 [high] Assessment of abnormal results of liver function studies; metabolic syndrome. |
| 8-20-24[124] | Dr. Terrie Morton-Acker, Covington Family Care | Airsupra was given during last office visit. She has been taking the medication once daily now. She has not needed the rescue inhaler because Airsupra has albuterol in it. Still has trouble with exertion causing SOB. Lungs clear to auscultation bilaterally. Assessment of moderate persistent asthma with acute exacerbation. |
| 8-4-25[125] | Northside Duluth ER | Diagnosed with chest pain, facial numbness, headache. Recommended follow-up with PCP and cardiologist. |
| 9-22-2025 | Independent Medical Exam Sriram Paramesh, MD Pulmonary and Critical Medicine Marietta, GA | limited history of past smoking and hookah smoking. Past medical history is notable for asthma and dust mite allergy and mild positional sleep apnea Ms. Wooten states that prior to this incident, her asthma was generally mild and managed with occasional use of an albuterol inhaler. Alleged permanent lung injury resulting from inhalational exposure to an industrial fire at Limetree Bay Terminal (Ocean Point). On 08/08/2022, Ms. Wooten indicates that she was exposed to smoke from a fire at Ocean Point. States that she briefly rolled down the window before leaving the premises. States that this triggered severe symptoms, including uncontrollable coughing, watery eyes, vomiting, chills, and chest tightness. She returned back to her main office and used her inhalers without relief, and subsequently presented to an urgent care. She attempted to return to work on 08/10/2022 but could only manage 2 hours due to the "**presence of black smoke**".[126] Since then, she has been unable to return to work and has developed sensitivity to various smells. She indicates that there was also a landfill across the street from her main workplace, where tires were being burned. She again went to Urgent Care that day with complaints of shortness of breath, but the physical exam |

---

[121] NW390-NW428, pp. 34-38/39. Also see Muraina Oyekunle, MD – Work capacity eval.pdf. (4-19-24 progress note).

[122] Gwinnett Co. Fire EMS.pdf, pp. 22-24/34.

[123] Covington Family Care.pdf, pp. 69-73/226.

[124] Covington Family Care.pdf, pp. 74-75/226.

[125] 2025.08.08 Plaintiff's Tenth Supplemental Production.pdf, pp. 3-4/10.

[126] However, Ms. Wooten never returned to work at Ocean Point after August 8th, 2022.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 39

**Table 1 (continued)**

| Date | Doctor/Hospital | Notes/Diagnoses |
|------|-----------------|-----------------|
| | | documented no respiratory distress or wheezing. She was administered another Kenalog shot. |
| | | Dr. Paramesh stated that Ms. Wooten omitted in telling him at the office visit that she did return to work at the airport on August 9, the day after the initial alleged exposure. She did leave soon after arrival, but due to ongoing complaints, she went to the local ER at Govener Juan Luis Hospital. Importantly, review of this ER visit documents that her primary symptoms on that date were headache and tremors, and that her shortness of breath had cleared. Examined on August 14th 2022 for complaints of posterior and anterior chest pains. Examination on that day as well <u>does not document any respiratory distress</u> with clear breath sounds. Her symptoms were attributed to <u>anxiety</u>, and she was discharged. |
| | | Dr. Paramesh in reviewing her records, indicate that she has been under the care of various pulmonologists since her return from St. Croix. Telemedicine consultation from several physicians indicate that she underwent a bronchoscopy and had a cardiopulmonary stress test there in 2024. She is currently on Trelegy, Xopenex via Nebulizer, and Airsupra as a rescue inhaler.  She had previously been on a regimen of Yupelri and Perforomist via nebulizer. She has not required any hospitalizations, but has had multiple ER and Urgent Care visits and received numerous steroid injections and oral steroid courses. it. Review of systems was remarkable for fatigue, mild rhinitis, back, and chest muscle spasms; otherwise, was already reported above. |
| | | Records from Epic reveal bronchoscopy 6/12/23 with airway evaluation which was <u>unremarkable</u> for <u>any mucosal injury</u> without <u>any endobronchial lesions</u> or <u>significant secretions</u>. BAL specimen did not reveal <u>eosinophilia or neutrophilia</u>. |
| | | Cardiopulmonary exercise test March 2024 completed with formal read pending, <u>no obvious cardiac or pulmonary limitation to exercise</u>, though sub-optimal effort noted. |
| | | Dr. Paramesh concluded on the based on his findings and independent review of the available records, that he was unable to find any adequate basis of support that her current disabling symptoms arose as a result of this single exposure she reported on August 8<sup>th.</sup> |
| | | Dr. Paramesh notes that the actual duration of exposure to the industrial fire during her trip to the Limetree Bay Terminal was very brief, <u>not even a minute</u> as she had her <u>window rolled down</u> per her own deposition. Additionally, her "*total duration of exposure at the site was hardly several minutes (with about a minute of that time with her car window open)*". An immediate initial reaction occurred, which prompted urgent care treatment, but there is subsequent documentation from the following day ER visit of <u>August 9 that her respiratory symptoms had cleared</u>. |
| | | Ms/ Wooten has been labelled as having Reactive Airways Dysfunction Syndrome (RADS) by several of Dr. Paramesh pulmonary colleagues. RADS, by definition, occurs in individuals who have <u>not had a prior history of asthma</u> who suffer from an acute, high-level exposure to a toxic chemical or gas. Dr. Paramesh has stated that Ms. Wooten's history does not fit with this characterization.. |

Exhibit B

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 40

## Stokes Associates – Conference Letter to Dr. Terrie Morton-Acker, PCP[127]

63. Following a consultation regarding Ms. Wooten on July 25, 2025, the following recommendations were made by Dr. Morton-Acker:

- Recommend family medicine visits every three months through lifetime
- Pulse oximeter and portable nebulizer through lifetime
- Cyclobenzaprine, 100 mg, one-two tablets per day through lifetime
- Omeprazole, 20 mg, once daily until age 60-65
- Zantac or Pepcid, one tablet daily from age 60-65 through lifetime
- Recommend continued pulmonary medications including albuterol and Airsupra; defer specific pulmonary recommendations to a pulmonologist
- Recommend no exertion and no frequent walking
- Opined, at best, Ms. Wooten can perform sedentary, home-based work.
- Dr. Morton-Acker's expert opinion is that Ms. Wooten's injures and medical treatment provided to date as well as recommendations for future medical treatment are more probable than not a result of the injuries sustained on 8-8-2022.

## Stokes Associates – Conference Letter to Dr. Graham, Pulmonologist[128]

64. Following a consultation regarding Ms. Wooten on July 25, 2025, the following recommendations were made by Dr. Graham:

- Pulmonologist visits 3-4 per year through lifetime
- Trelegy 100 mcg, once per day indefinitely
- Albuterol 2.5 mg/3 mL, 3 times per day indefinitely
- Airsupra 90 mcg, as needed indefinitely
- Recommend sedentary work and work from home jobs and avoid exposure to fumes, odors, dust, gasses, and/or chemicals
- Dr. Graham's expert opinion is that Ms. Wooten's injures and medical treatment provided to date as well as recommendations for future medical treatment as noted

---

[127] Id., pp. 8-9/10.

[128] Id., pp. 7, 10/10.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 41

above are more probable than not a result of the injuries sustained on August 8, 2022.

**Stokes Associates – Conference Letter to Dr. West, Out of the Box Counseling[129]**

65. Following a consultation regarding Ms. Wooten on July 16, 2025, the following recommendations were made by Dr. West:

- <u>Psychotherapy</u> sessions once per week for 1 year or until finalization of litigation. Then every other week for 6 months; then once a month for 6 months

- Continue current psychotropic medications as prescribed by PCP, Dr. Morton-Acker

- Opined that Ms. Wooten has difficulty in enclosed environments and when required to exert energy due to increased anxiety in these situations. Recommend no traveling or international work, no exposure to chemicals or fire and work at least part time while undergoing recommended treatment. Opined Ms. Wooten is not capable of returning to her job of injury.

- Expert opinion that Ms. Wooten's injuries and psychological treatment as well as recommendations for future medical treatment are more probable than not a result of injuries sustained on August 8, 2022.

**III. Review of Disclosures of Mark Wilkenfeld, M.D.**

66. With regard to Ms. Wooten's alleged injury from her August 8, 2022, exposure, I have reviewed the document produced by occupational physician Mark Wilkenfeld, M.D., dated August 5, 2025.[130] I have significant toxicological concerns with respect to these disclosures, both with regard to the accuracy of statements presented and to the alignment of information with case facts. The following summarizes some (but certainly not all) of my concerns with regard to Dr. Wilkenfeld's statements.

67. First and foremost, Dr. Wilkenfeld's opinions regarding Ms. Wooten's August 8th exposure appear to be based upon a *false narrative rife with omissions*. Glaringly, and without justification, Dr. Wilkenfeld omitted any mention of Ms. Wooten's repeated exposures to smoke from a landfill fire two days later on August 10, 2025, immediately following which she experienced her <u>most severe</u> respiratory episode.

---

[129] Id., pp. 5-6/10.

[130] Mark Wilkenfeld, causation report Nicole Wooten.pdf.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 42

68. **To be clear:** Neither the term *"August 10"* nor any mention of Ms. Wooten's August 10th exposures appear in Dr. Wilkenfeld's report. This omission is **serious** and without justification. This alone <u>fatally discredits</u> all else that Dr. Wilkenfeld states in his disclosure with regard to Ms. Wooten's physical condition and disposition.

69. It is well-documented in the available case facts that Ms. Wooten's brief exposure on August 8th induced an asthmatic episode that <u>completely resolved by the next day</u> (August 9th). However, on August 10th, Ms. Wooten was exposed to emissions from a landfill gas fire across from the airport where she worked and drove past, going or coming, from work. This second exposure (to different combustion products) commenced <u>two days after her refinery exposure</u>. Significantly, this second exposure mandated more serious emergency medical intervention. **Dr. Wilkenfeld omits all mention of these case facts in his disclosures.**

70. It is a basic tenet of toxicology that *causation can only be established unequivocally.* All potential causative factors must be assessed solely upon their evidential merits. Whereas general causation addresses what "can" happen, specific causation addresses what "did" happen. By consciously omitting any mention of Ms. Wooten's exposure to a landfill gas fire on August 10th which directly resulted in respiratory impairment, Dr. Wilkenfeld attributes her respiratory condition on August 10th <u>entirely</u> to her August 8th exposure; thus, completely ignoring the second exposure.

71. By focusing solely upon one aspect of a scenario and omitting any mention of a directly-confounding event, Dr. Wilkenfeld refutes specific causation. His factual omission renders his opinions as essentially meaningless. **Table 2** lists only a few of Dr. Wilkenfeld's significant omissions and egregious errors.

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 43

**Table 2.**
**Selected Errors and Omissions by Mark Wilkenfeld, MD, August 5, 2025[131]**

| Statements by Mark Wilkenfeld, MD | Page | Dr. Sawyer's Remarks |
|---|---|---|
| *"The medical records document that Ms. Wooten was in excellent health prior to her exposure to toxic substances in August 2022."* | 2 | This statement is **incorrect** as Ms. Wooten's medical records clearly document a progressive, long-term illness consisting of (among other things) asthma (diagnosed at age 5), removal of uterine fibroids (myomectomy, 2021), removal of gallbladder (cholecystectomy, 2012).[132] Additionally, a family history of high blood pressure, diabetes, cancer, glaucoma, and an aunt with schizophrenia.[133] |
| *"I conducted a literature search to confirm the health effects of individuals exposed to smoke from refinery fires. I also studies of the short and long-term health effects of 'smoldering coke fires' on exposed individuals."* | 2 | It is interesting that Dr. Wilkenfeld should need to do this as it should have been part of his basic training as a Board-Certified Occupational Health Specialist. Dr. Wilkenfeld offered no explanation as to why he made **no attempt** to consult the literature with respect to the landfill gas fire combustion emissions. |
| *"The medical record of 9/14/18 documents that she did have a history of asthma but she was asymptomatic without treatment. She was noted to be doing exceptionally well and her only medication is use of a ProAir pump twice a year."* | 2 | Ms. Wooten's supplied medical records show that this statement is **false**. Dr. Wilkenfeld has cherry-picked an entry from a 4-year-old medical record and presented it "as if" it still applied to Ms. Wooten just prior to her two asthmatic episodes 4 years later (August 8 and 10). |
| *"Upon arrival, she observed the presence of thick black smoke..."* | 2 | Like any onlooker, Ms. Wooten would certainly have noticed smoke at a smoldering fire scene, but photos taken from the steady smoldering of coke (dome releasing visible smoke) show workers <u>within</u> the visible smoke, *most of whom wore little or no PPE* (see **Figures 1-3**). At the same time, Ms. Wooten was some 300 feet away from the coke dome smoke (with no mask). Dr. Wilkenfeld has **completely failed** to establish any required parameters for dose, chemical composition, duration, scope of inhalation, or other required toxicological exposure factors. |

---

[131] NW003815 Memo from Marc Wilkenfeld, MD to Rohn and Associates (9 pages) August 5, 2025.

[132] NW000107-NW000114 Records from Atlanta Heart Association.pdf, 1/8.

[133] NW000024-NW000093 Medical records from Out of the Box.pdf, p. 2/70.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 44

**Table 2. (continued)**

| Statements by Mark Wilkenfeld, MD | Page | Dr. Sawyer's Remarks |
|---|---|---|
| *"The severity of her condition necessitated emergent evaluation at an urgent care facility. She was treated with inhaled bronchodilators, supplemental oxygen, and intravenous steroids. The administration of intravenous steroids is medically indicated in cases involving significant respiratory compromise."* | 2-3 | Dr. Wilkenfeld makes regular references to the severity of Ms. Wooten's condition on August 8, but ignores her following exposures when assessing her health. He completely fails to note that (1) Ms. Wooten's treatment with steroids on August 8 was successful, (2) she returned to work at the airport the following day (August 9), then (3) underwent exposure to an active landfill gas fire near the airport at which she worked, She stated that the landfill fire gases entered her vehicle and (4) again she required emergency medical treatment which was of greater severity than previously. |
| *"We do know that the levels she was exposed to were well above the odor threshold. The levels were also above the level that would cause acute symptoms. Based on the information provided, Ms. Wooten had unprotected respiratory exposure to high levels of the constituents of a smoldering coke fire. These include carbon monoxide, dioxins, VOCs, sulfur dioxide, and others. Ms. Wooten was exposed to levels many times higher than those that are toxic to the respiratory system."* | 5 | Dr. Wilkenfeld "knows" (without evidence) that the refinery air levels were sufficiently toxic to induce symptoms; this despite the fact that workers were within the smoke without demonstrating ill effects.<br><br>He then concludes (without evidence) that Ms. Wooten was exposed to a long list of toxic substances at high atmospheric levels.<br><br>The refinery's <u>on-site air monitoring system</u> provides objective evidence refuting Dr. Wilkenfeld's views.<br><br>• More than **<u>25,000 air samples</u>** were collected and measured during the general period in question.<br><br>• Continuous monitoring found **<u>no samples</u>** from August 8th to August 9th above the 0.00 detection limit.<br><br>• The results of **two samples** collected from August 3rd to August 6th revealed **<u>0.2 ppm</u>** for sulfur dioxide. This is a low level 25-times below the OSHA limit among samples collected.<br><br>• VOCs averaged **<u>0.4 ppm</u>**, also a very low level.<br><br>• Most significantly, more than 11,000 samples were collected from August 8-9th, **<u>all 0.00 ppm</u>**. |

72.    Contrary to Dr Wilkenfeld's presumption that Ms. Wooten's August 8th exposure is the sole cause of her adverse condition, her testimony reveals that she was exposed to smoke at the refinery *for a very short time*. Per statements made under oath:[134]

---

[134] Deposition of Nicole Wooten, May 19, 2025, p. 15/310.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 45

> Q. So you never got out of the vehicle?
>
> A. No, I never got out of the vehicle.
>
> Q. About how long did you talk to these two individuals?
>
> A. It was **less than one minute**. It was **probably just seconds**, just time to ask the question to get an answer and then roll my window back up.
>
> Q. And so **how long was the window rolled down?**
>
> A. Just during that time. I didn't have the window down until I got in front of those individuals.
>
> Q. So it was also less than a minute?
>
> A. Yes.
>
> Q. Do you think it was **less than 30 seconds?**
>
> A. **It may very have been** because it was a short time.

73. Furthermore, Ms. Wooten admitted in testimony that her respiratory capacity had been directly affected by the *landfill gas fire emissions*, as described herein.[135]

> Q. Let's talk about August 10th. **On August 10th you had another respiratory incident**; is that fair?
>
> A. Yes.
>
> Q. And it was due to **fumes from a nearby landfill that caused you chest tightness and tremors**; is that fair?
>
> A. **That's what I associated it with**.
>
> Q. Okay. And you went and you saw Dr. Campbell?
>
> A. Again, yes.
>
> Q. And you told Dr. Campbell that there was a **fire at the landfill**; is that right?
>
> A. That **they were burning something**, yes.
>
> Q. And you **did not know what they were burning**; is that right?
>
> A. Correct.
>
> Q. And this is **2 days after** your incident; is that right?
>
> A. Yes.
>
> Q. And to this day you **still don't know what they were burning**; is that fair?
>
> A. Yes.
>
> Q. She said that your **lung exam showed decreased air movement**; is that fair?
>
> A. If that's what you have, **yes**

---

[135] Id. p. 60/310.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 46

## IV. Review of Toxicological Considerations

74. Per Dr. West's psychiatric evaluation for work capacity dated June 5, 2023, she has diagnosed Ms. Wooten with **PTSD**, generalized **anxiety disorder** and major **depressive disorder** recurrent, *severe*.[136]

75. **Sulfur dioxide exposure** (SO$_2$) is presumed in this matter. It is merely presumed to be in the outdoor air at dangerous levels as all available quantitative data for H$_2$S and SO$_2$ from August 8th to 9th was negative ("0.00"). Thus, dose cannot be ascertained as required by Bradford Hill weight of evidence. Short of speculation, toxicological dose was zero.

76. Mr. Mahr's report takes a pedestrian approach to forensic investigation while fundamentally ignoring Ms. Wooten (ostensibly, the case subject). Her medical records further confound the issue as a wide range of speculative diagnoses are offered by a multiplicity of physicians.

77. The monitoring data presented in Mr. Mahr's report provides no clues as the values given for sulfur dioxide and hydrogen sulfide were both 0.0 ppm. The current exposure limits set by regulatory agencies are:

- **OSHA:**[137] As part of the U.S. Virgin Islands, St. Croix follows sulfur dioxide exposure limits set by the U.S. EPA. However, the Occupational Safety and Health Administration (OSHA) regulates St. Croix workplace exposure. For St. Croix workers, OSHA sets a Permissible Exposure Limit (PEL) of 5 parts per million (**5 ppm**) averaged over an eight-hour work shift and a Short-Term Exposure Limit (STEL) of **5 ppm** which is the maximum concentration allowed during any 15-minute period.

- **CDC/NIOSH:**[138] The U.S. Center for Disease Control publishes the NIOSH Pocket Guide to Chemical Hazards which sets a time-weighted average (**TWA**) of 2 parts per million (**2 ppm**). Notably, the OSHA PEL is **5 ppm** as an 8-hour TWA, whereas NIOSH sets a **2 ppm**/10-hour TWA and a **5 ppm**/15-minute Short-Term Exposure Limit (STEL).

---

[136] NW000371-NW00376 Psychiatric evaluation.pdf.

[137] OSHA, Sulfur Dioxide — OSHA Chemical Database (lists OSHA PEL 8-hr TWA), 2021, https://www.osha.gov/chemicaldata/549

[138] U.S. CDC, "NIOSH Pocket Guide to Chemical Hazards," https://www.cdc.gov/niosh/npg/npgd0575.html

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 47

78.  There are compelling evidential factors in the present matter. All of these factors are in some manner supported by the generally-accepted, peer-reviewed toxicological literature or by regulatory guidance or Ms. Wooten's testimony. The following summary reviews toxicologically relevant evidential factors in this matter.

**A. Low-level Exposure:** No significant adverse effects are expected during $SO_2$ exposures encountered at levels of 5 ppm for longer durations. Ms. Wooten was not exposed continuously for 10 hours and would not have developed significant quantities of sulfureous acid in her lungs in such a limited time course (less than 10 minutes), even at $SO_2$ levels above 5 ppm.

However, the NIOSH IDLH level of 100 ppm for 30-60 minutes is designed for escape purposes as severe intolerable coughing, severe eye irritation, and eye watering would be anticipated within 30 to 60 minutes of $SO_2$ exposure at 100 ppm. Workers on site were operating in this environment, some without SCBA gear or specialized masks. IDLH levels of 100 ppm for $SO_2$ were not present as the workers without respirators or SCBA tolerated the exposures (if any $SO_2$).

Hence, it is not reasonable that IDLH levels of 100 ppm $SO_2$ occurred in the outdoor air as the workers would have been symptomatic as the exposures would have been intolerable. Additionally, it must be noted that these men were directly in the smoke only a couple of yards from the dome opening on the concrete pad. Hypothetically, if there was $SO_2$ in the smoke at the pad, the workers would be at substantially higher exposure levels than Ms. Wooten, who was more than 300 feet away.

**B. Atmospheric Data:** Mr. Mahr causally noted on page 25 of his report that with regard to monitored atmospheric levels of sulfur dioxide and hydrogen sulfide (both known health hazards), "All readings for these two (2) gases are **0.00**."

**C. Evidential Omissions:** Mr. Mahr's report did not consider Ms. Wooten's testimony supported with medical records that her lungs were normal the day after (August 9th) following her alleged exposure on August 8th. Neither did Mr. Mahr note that after exposure to a landfill gas fire on August 10th, Ms. Wooten presented at Urgent Care with an **"**<u>extreme breathing crisis</u>**.**" *This temporal pattern negates the refinery fire emissions as the alleged cause of her respiratory conditions.*

**D. Adverse Health History:** Ms. Wooten continues to suffer from pre-existing conditions, including familial renal disease and other complications from prior health problems. Notably, these were not mentioned in Mr. Mahr's or Dr. Wilkenfeld's reports.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 48

    **E. Intrinsic Sensitivity:** Medical records reveal a progressively worsening of underlying asthma prior to the August 8th visit to the refinery. Again, neither Mr. Mahr nor Dr. Wilkenfeld made mention of this in their reports.

    **F. Other Potential Causes:** Ms. Wooten was treated by 12 doctors who rendered highly variable diagnoses with evidence of psychogenic factors (among others) contributing to her illnesses, as documented in the provided medical records

## V. Summary

79. In the present matter, a scientifically credible assessment applies the generally accepted methodology to assess the mechanism(s) of action, dosage, and potential carcinogenicity of the emissions in question. In reviewing case facts and assembling findings, expert opinions must be based on objective, reliable evidence, assessed without deviation from the prescribed methodology. Only in this manner can a scientifically credible assessment be conducted and only in this manner can the findings of that assessment be regarded as cogent and unbiased.

80. To that end, <u>dose</u> is more often the single most important risk consideration. Yet, Mr. Mahr's report does not assess Ms. Wooten's dose in any manner (other than speculation) at which various adverse toxicological effects are known to occur. For example, Mr. Mahr, as a professional engineer, could have calculated air level dispersion of $SO_2$ 300 feet away using air modelling for estimating dilution factors at various locations. One could surmise that his primary intent was not to cite causative factors in this case, but to provide an overview of adverse effects that may occur. Such an approach could instill fear – similar to the apprehension inspired in a person given a new prescription with an FDA warning label citing potentially harmful side effects that "can" occur.

81. Nonetheless, stating that something "can" occur does not mean it "will" or "did" occur. *Toxicological dose is always the prevailing consideration.* Yet, nowhere does Mr. Mahr apply any generally-accepted toxicological methodology to determine if Ms. Wooten sustained an acute dose sufficient to account for her symptomatic asthma presentation and other conditions not wholly attributable to her August 8th exposure.

82. By failing to cite case-specific air levels, dosages, and durations (including latency time for symptomatic development), Mr. Mahr and Dr. Wilkenfeld have produced dysfunctional reports. Their testimony, while coherent and sometimes informative,

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 49

focuses on generalities. Mr. Mahr and Dr. Wilkenfeld describe what "can" potentially happen, not what "did" happen.

83.   It is apparent by inspection that Mr. Mahr's and Dr. Wilkenfeld's reports are incomplete. They do not assess air levels or durations required to toxicologically assess adverse health effects from emissions of $SO_2$. Mr. Mahr further compounds the matter by scrupulously avoiding any mention of Ms. Wooten's pre-existing asthma sensitivities.

84.   It is therefore critical to establish toxicological dose. Even at exposure limits of 2 ppm, 10 hours of exposure would be required at the NIOSH level (5 ppm for OSHA). Ms. Wooten's brief exposure with the window down for less than 1 minute would require an enormous sulfur dioxide exposure to develop toxicological effects, such as a new onset of RADS (reactive airway dysfunction syndrome). This is simply not probable when considering there was a crew of workers within the immediate smoke adjacent to the dome (on the concrete pad) including several workers with no respiratory protection (as well as two unprotected workers at the check point). Most significantly, Ms. Wooten was not near the source of emission (at the dome concrete pad) as she was approximately 300 feet away when she opened her window – yet workers at the dome were working without protection directly within the same smoke clouds.

85.   On August 8th, 2022, Jeffrey Charles, Chief Operating Officer at Lime Bay Terminals, recalled visible smoke emanating from the coke dome by the concrete driveway pad. Mr. Charles continued operations (without any need for a respirator) throughout the period of time of visible emissions with no irritation effects, cough, watery eyes, or any notable toxicity. He recalls "24/7" exposures with no adverse health effects which he referred to as a "non-event." It should be noted that the tugboat/dock area was in the vicinity where Ms. Wooten traveled on August 8th.

86.   Other potential chemicals were tested on a continuous measurement system. All of the test parameters were negative "0.00" including such chemicals as sulfur dioxide ($SO_2$) and hydrogen sulfide ($H_2S$). ($SO_2$ and $H_2S$ are produced during the smoldering or pyrolysis of coke as well as carbon monoxide). Additionally, test results included LEL-combustible gas, isobutylene, and oxygen levels. All of these test parameters were negative ("0.00"). It is highly unlikely (and unfounded) to merely assume that toxic levels of sulfur dioxide were released over a period of two weeks without it being detected under various wind conditions.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 50

87. All test results were negative with the exception of total volatile organic contaminants (VOCs) which consistently measured low at readings averaging (0.2 to ≤1 ppm). There is no established regulatory limit for "VOCs." Typical refinery emissions have been studied and generally include alkanes (like pentane) butane, etc.

88. For example, studies by Jindamanee et al. (2025)[139] characterized refinery emissions. The results indicated that the VOC emissions were primarily composed of pentane (41.1%), cyclopentane (28.0%), cyclohexane (5.4%), propene (5.1%), and isobutene (4.6%). The exposure limits for cyclohexane under the NIOSH recommended exposure limit (REL) are 300 ppm on a 40-hour time-weighted average[3]) with an immediate danger to life and health (IDLH) level of 1,300 ppm or a short-term (15 minute) level of 150 ppm. Of the most toxic common VOCs, n-pentane has a REL of 120 ppm as a 10-hour Time-Weighted Average (TWA) and 610 ppm as a 15-minute ceiling limit.)[140] Isobutane has a REL of 800 ppm as a 40-hour time-weighted average.

89. Most significantly, although no VOC regulatory standards exist, the refinery VOC level averaged just 0.5 ppm. This **low level** has no toxicological significance in the current matter.

90. With respect to my dose opinions in this matter, if $SO_2$ had been within the IDLH range, other workers were exposed without protection and did not experience adverse symptoms and were not forced away from severe irritating effects. Most significantly, even if $SO_2$ had been present (in the 5 ppm range or less than the IDLH range), there would have been insufficient time or dose for any damage to occur.

91. It is my opinion that the past medical records indicate that Ms. Wooten did have a mild asthmatic episode on August 8th, 2022. However, I could not find any evidence of a chemical stimulus triggering the event. Chemical odor(s) were present, but that is not unexpected. It should be noted that $H_2S$ has an unusually low odor threshold of only 0.0005–0.010 ppm.[141]

---

[139] Jindamanee, et al., "Environmental impacts and emission profiles of volatile organic compounds from petroleum refineries," 2025, Scientific Reports, 15:15509 | https://doi.org/10.1038/s41598-025-99932-7

[140] NIOSH Pocket Guide to Chemical Hazards; Centers for Disease Control and Prevention, https://www.cdc.gov/niosh/npg/default.html

[141] Ruth, et al., in Agency for Toxic Substances and Disease Registry, 1986, p. 139. https://www.atsdr.cdc.gov/toxprofiles/tp114-c4.pdf

**Exhibit B**

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 51

92. It must be noted that in deposition on May 19, 2025, Ms. Wooten stated that, "It was *less than one minute*. It was *probably just seconds*, just time to ask the question to get an answer and then roll my window back up."[142]

93. The NIOSH Recommended Exposure Limit (REL) for hydrogen sulfide is 10 ppm ceiling limit for a 10-minute exposure. The NIOSH IDLH (Immediately Dangerous to Life or Health) for hydrogen sulfide is 100 ppm. Thus, the odor threshold for hydrogen sulfide is approximately 1,000 to 20,000 times stronger than the actual level of harm at the NIOSH REL of 10 ppm.

94. The few hydrogen sulfide levels at the facility that were recorded above the level of detection (LOD) all indicated miniscule emissions (e.g., less than 1 ppm). However, only a small fraction of this is needed for human olfactory detection.

95. Thus, Ms. Wooten's reaction to the odor is certainly consistent with her testimony:[143]

> **Q.** "Do you ever have any reaction to odors?"
>
> **A.** "Yes, As soon as I walked in this place, you could smell downstairs. So the -- after the – after the initial exposure, my sense of smell was super strong, so everything bothered me, perfumes, smells,. I can smell a landfill. I can smell incense. Everything was super strong. Now it's gotten better that I can withstand some smells; but if I have a flare-up, then I can't. I will have to leave."

96. Ms. Wooten has previously been diagnosed with chronic post-traumatic stress disorder, generalized anxiety, and major depressive disorder (recurrent severe episodes).[144] Psychological/neurological experts may wish to consult and consider the underlying, pre-existing triggers of Ms. Wooten's asthma attacks.

97. Ms. Wooten has been diagnosed with migraine w/o aura, not intractable,[145] urticaria and atopic dermatitis,[146] chest pain, and facial numbness.[147] She has also been diagnosed with headaches,[148] and anxiety disorder.[149]

---

[142] Deposition of Nicole Wooten, p. 55/310.

[143] Deposition of Nicole. Wooten, pp. 69-70/310.

[144] NW000024-NW000093 Medical records from Out of the Box.pdf, pp. 1-3/70.

[145] Grace Q. Chai, MD.pdf, pp 6-7/44.

[146] Grace Q. Chai, MD.pdf, pp. 3-5/44.

[147] 2025.08.08 Plaintiff's Tenth Supplemental Production.pdf, pp. 3-4/10.

[148] 2025.08.08 Plaintiff's Tenth Supplemental Production.pdf, pp. 3-4/10.

[149] NW000371-NW00376 Psychiatric evaluation.pdf.

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 52

98. It must be further noted that Ms. Wooten has twelve (12) doctors. Prior to August 8, 2022, her asthma had progressively worsened for years (based on diagnoses within the medical records), together with numerous previously diagnosed conditions and documented complaints.

## VI. Conclusions

99. With regard to the expert report of Daniel Mahr, P.E. dated August 12, 2025, it is my opinion that the report offers no relevant toxicological conclusions. It makes an estranged attempt to establish toxicological causation via unnamed entities. It is a compilation of generalizations describing what "can" happen, not what "did" happen. It follows no recognizable methodology and was crafted to omit certain critical facts (such as Ms. Wooten's asthmatic condition) that might otherwise compromise her credibility before the court. I view the report as fundamentally useless.

100. With regard to the disclosures of Mark Wilkenfeld, M.D., as a board-certified specialist, Dr. Wilkenfeld should surely be acquainted with the Rules of Evidence. Yet, his many omissions (which might otherwise discredit his contentions) render his conclusions as non-objective. He applies a methodology similar to that of Mr. Mahr in which descriptions of what "can" happen are presented as substitutes for what actually "did" happen. He makes no mention of weight of evidence, error rate, or any of the Bradford Hill requirements needed to establish causation. Indeed, he wholly negates specific causation by ignoring Ms. Wooten's follow-on exposures. His statements are intrinsically void of toxicological merit and therefore, unreliable. I view the findings presented in his August 5th document as biased and erroneous especially with respect to the severe respiratory event associated with Ms. Wooten's exposure to the landfill gas fire (no exposure to the refinery after 8-8-2022).

101. With regard to Ms. Wooten's complaint, in view of the evidential factors noted herein I am certain, to reasonable toxicological certainty, that Ms. Wooten was not exposed to $SO_2$ above the OSHA 5 ppm limit, nor was she exposed to the 100 ppm IDLH (immediate danger to life and health).

102. I am also certain, to reasonable toxicological certainty, that based upon the records of the refinery's on-site monitoring system (which recorded non-significant VOCs, $H_2S$, and $SO_2$, both of which recorded as "0.00"), no evidence exists of toxicant emissions on August 8, 2022, that would have harmed Ms. Wooten as claimed. Although she did experience an asthmatic event on August 8th associated with a strong odor, two days later she again experienced a severe respiratory event at the

Declaration of William R. Sawyer, Ph.D.
October 6, 2025
Page 53

airport which she "associates" with the landfill gas fire she drove adjacent to with fumes entering her vehicle on August 10th. It should be noted that she had no further exposure to the refinery after the afternoon of August 8th. This confounding scenario documents the failure of a temporal relationship as required under Bradford Hill. Additionally, the various monitoring data was negative, providing no evidence of a dose-response relationship as required by Bradford Hill weight of evidence.

_____

William R. Sawyer, Ph.D., Toxicologist

# William R. Sawyer, Ph.D.
Forensic Toxicologist

Curriculum Vitae

## Introduction

Dr. William Sawyer is a professional toxicologist with a doctorate in toxicology from Indiana University School of Medicine. He has over 35 years of experience in public health and forensic toxicology including five years of governmental service. His specialized areas of expertise include causation analyses (defendant, plaintiff or criminal), dioxins, pesticides, solvents, heavy metals, petroleum, crude oil, radionuclides/NORM, alcohol toxicology, drugs-of-abuse, pharmaceuticals, herbal products and other substances.

## Contact Information

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
6450 Pine Avenue
Sanibel, Florida 33957

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
29 Fennell Street
Skaneateles, New York 13152

Telephone:  800-308-0080
             239-472-2436 (FL)
             315-685-2345 (NY)

## Education

Indiana University School of Medicine
Indiana University Graduate School                    1983 - 1988
Robert B. Forney, Ph.D., Committee Chairman
Ph.D. in Toxicology, 1988

State University of New York at Geneseo               1979 -1982
Edward Ritter, Ph.D., Committee Chairman
Master of Arts degree, Cellular & Molecular Biology, 1982

State University of New York at Geneseo               1976 -1978
Bachelor of Science degree, Biology, 1978

1

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

| | |
|---|---|
| State University of New York Agricultural and Technical College at Morrisville | 1974 -1976 |

Associate degree, 1976

## Experience

As a scientist and communicator in forensic toxicology, Dr. Sawyer provides services to governmental agencies, corporations, investigators and select defendants and plaintiffs. Dr. Sawyer currently serves as chief toxicologist for Toxicology Consulting and Assessment Specialists, LLC. He has served for 23 years as an assistant professor (adjunct) with the Department of Medicine, Upstate Medical University, Syracuse, New York. Dr. Sawyer also has approximately 14 years of experience as a licensed clinical and environmental laboratory director in several states.

Additionally, Dr. Sawyer has received extensive training in alcohol toxicology at Indiana University School of Medicine (IU) in the Department of Pharmacology and Toxicology. This department is known for its development of the "Drunkometer" which is now known as the breathalyzer/Intoxilyzer. This device was first implemented by Rolla N. Harger, MD, at IU. Later, blood to breath ratios and other original alcohol work was published by the late Dr. Robert. B. Forney (an internationally-respected expert in alcohol toxicology) whom Dr. Sawyer trained under. As part of his training requirements, Dr. Sawyer assisted in training Indiana State Police members who elected to be certified in breathalyzer testing, alcohol toxicology and sobriety screening.

Dr. Sawyer routinely provides impartial toxicological evaluations involving chemical exposures, alcohol ingestion, intentional poisonings, carcinogens, pharmaceuticals, pyrolysis products, heavy metals, organic chemicals and drugs-of-abuse in civil and criminal litigation. Toxic exposure investigations include analytical protocol, referral of autopsy material for analyses, environmental and occupational health risk assessments, site assessment and causation determination. Final work products that include scientific methods and validation, forensic documentation and written reports used in both forensic and routine (non-judicial) assessments are provided to multiple, nationwide clients.

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

## Forensic Environmental and Laboratory Analyses

Through education, training and experience, Dr. Sawyer has gained extensive expertise in forensic petroleum analyses as well as environmental and clinical forensic analyses. With more than 23 years of laboratory experience, Dr. Sawyer has directed laboratory analyses, sampling protocol and chain-of-custody documentation in criminal and civil matters. He has also provided petroleum spill assessments to multiple clients including governmental environmental agencies (NYS DEC), various state attorney general offices (New York), defense and plaintiff law firms and industry.

## Professional Experience

**Toxicologist**                                                          1988-1993
Onondaga County Department of Health
Syracuse, New York

Responsible for municipal and civil risk assessment, evaluation of environmental exposures and design and execution of environmental monitoring studies. Advised and communicated with the Office of the Environment/County Executive and legislative subcommittees with respect to public health and environmental health issues. Established a new clinical and environmental toxicology laboratory licensed under the NYS DOH and NYS ELAP agencies (NYSDOH #SAWYW1 and NY ELAP license #10183)

**Assistant Professor** (adjunct)                                     1988-2012
SUNY Upstate Medical University
Department of Medicine
Syracuse, New York

**Chief Toxicologist**                                                 1990-Present
Toxicology Consultants & Assessment Specialists, LLC
Sanibel, Florida
Registered DBA, 1990
Incorporated, January 1994 (New York)
Limited liability corporation, January 2009 (Florida)

**Laboratory Director**                                                1993-2002
EXPRESSLAB, Inc. (Lozier Laboratories)
Middlesex, New York

3

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

- NYS DOH Clinical License #SAWYW1 (1988-2000)
- NYS Environmental License (ELAP) #11369
- National Environmental Laboratory Accreditation Program (NELAP) #11369
- New Jersey DEPE License #73744
- South Carolina License #9101100
- California Environmental License

**Associate Editor**                                                    1997-2000
Practical Reviews in Forensic Medicine & Sciences
Published by Oakstone Medical Publishing, Inc.
Jointly sponsored by Albert Einstein College of Medicine
and Montefiore Medical Center; CME
(continuing medical education) accredited

**Licensed Laboratory Director**                                        1988-1993
Onondaga County Department of Health
Syracuse, New York
Licensed clinical laboratory, chlorinated hydrocarbons (NYS CLEU)
NYS License #SAWYW1
Forensic Toxicology & Drug Analysis /Qualitative
(License expired 9-26-2000)
NYS ELAP License #10183

**Analytical Toxicologist** (part-time)                                 1983-1988
State Department of Toxicology
Indianapolis, Indiana

**Laboratory Technician** (part-time)                                   1979-1983
National Institute of Health Clinical Research Center
Strong Memorial Hospital
Rochester, New York

**Laboratory Technician** (part-time)                                   1979-1983
Highland Hospital
Special Determinations Laboratory
Rochester, New York

4

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

## Certifications

| | |
|---|---|
| **OSHA 29 CFR1910.120** | Re-certified |
| Hazardous Waste Operations & Emergency Response | December 2004 |
| 40-hour certified | |

**Clinical Laboratory Director**                    Inactive
New York State Department of Health
Certificate of Qualification
License Code #SAWYW1

**Environmental Laboratory Director**                    Inactive
New York State Department of Health
ELAP License #11369
ELAP License #10183

**South Carolina Department of Health**                    Inactive
Environmental Laboratory Director
ELAP License #9101100

**New Jersey DEPE Laboratory Director**                    Inactive
License #73744

**Asbestos Inspector**                    Inactive
EPA Certificate #10-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

## Societies and Honors

Sigma Xi, The Scientific Research Society                    1986- Present
Associate Member

National Myositis Association                    1995-1997
Medical Advisory Board Member

American Academy of Forensic Sciences                    1985-Present
Member; Promoted to Fellow, 1998

5

**Exhibit B**

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

| | |
|---|---|
| Society of Automotive Engineering<br>Member | 1986-Present |
| International Association of Forensic Toxicologists<br>Member | 1985-Present |
| Sigma Xi Research Competition<br>Fifth place | 1987 |
| Sigma Pi Alpha Scholastic Honor Society<br>Academic Award | 1984 |

## Professional Presentations

Sawyer, W.R. and Rigle, D.A., "Evaluating Toxic Exposures after Daubert," Featured presentation at the 4th Annual National Expert Witness & Litigation Seminar, Hyannis, Massachusetts, June 23, 1995.

## Articles, Abstracts, Treatises and Editorial Publications

Benbrook, C., Mesnage, R., and Sawyer, W., "*Genotoxicity Assays Published Since 2016 Shed New Light on the Oncogenic Potential of Glyphosate-Based Herbicides*," Agrochemicals, 2023, Vol. 2, pp. 47-68.

Sawyer, W.R., "*Alcohol Content of Beer and Malt Beverages: Forensic Considerations,*" (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2, No. 6, February 2000, Oakstone Medical Publishing, Inc. from Logan, B.K., et al., Journal of Forensic Sciences, November 1999, Vol. 44, No. 6, pp. 1292-1295.

Sawyer, W.R., "*Fulminant Liver Failure in a Young Child Following Repeated Acetaminophen Overdosing,*" (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2, No. 6, February 2000, Oakstone Medical Publishing, Inc. from Bauer, M., et al., Journal of Forensic Sciences, November 1999, Vol. 44, No. 6, pp. 1299-1303.

Sawyer, W.R., "*Exposure to Contaminated Milk Presents 'Difficult Case' for Application of Daubert Reliability Standard,*" (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Sciences, Vol. 2, No. 4, December 1999, Oakstone Medical Publishing, Inc. published in Expert Testimony, Evidence, & Trial Consultants, October 1999, Vol. 7, Issue 10, p. 3.

Sawyer, W.R., *"The Extent of Postmortem Drug Redistribution in a Rat Model,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2, No. 4, December 1999, Oakstone Medical Publishing, Inc. from Hilberg, M.D., et al., Journal of Forensic Sciences, September 1999, Vol. 44, No. 5, pp. 956-62.

Sawyer, W.R., *"Potassium Nitrite Reaction with 11-Nor-Delta9-Tetrahydrocannabinol-9-Carboxylic Acid in Urine in Relation to the Drug Screening Analysis,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2, No. 3, November 1999, Oakstone Medical Publishing, Inc. from Lewis, S.A., Journal of Forensic Sciences, September 1999, Vol. 44, No. 5, pp. 951-55.

Sawyer, W.R., *"GC/Mass Spectrometry Data from Fire Debris Samples: Interpretation and Application,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2, No. 3, November 1999, Oakstone Medical Publishing, Inc. from Wallace, J.R., Journal of Forensic Sciences, September 1999, Vol. 44, No. 5, pp. 996-1012.

Sawyer, W.R., *"Toluene Diisocyanate Colocalizes with Tubulin on Cilia of Differentiated Human Airway Epithelial Cells,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 12, August 1999, Oakstone Medical Publishing, Inc. from Lange, R.W., et al., Toxicological Sciences, July 1999, Vol. 50, No. 1, pp. 64-71.

Sawyer, W.R., *"Differential Diagnosis Methodology Accepted by U.S. Circuit Court of Appeals,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 12, August 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, July 1999, Vol. 7, Issue 7, p. 9 and Vol. 7, Issue 6, p. 2.

Sawyer, W.R., *"The Enigma of Arsenic Carcinogenesis: Role of Metabolism,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 11, July 1999, Oakstone Medical Publishing, Inc. from Goering, P.L., et al., Toxicological Sciences, May 1999, Vol. 49, No. 1, pp. 5-14.

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Sawyer, W.R., *"Blood Alcohol Content Testimony,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 11, July 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, June 1999, Vol. 7, Issue 6, p. 9 and Goldfrank's Toxicologic Emergencies.

Sawyer, W.R., *"Forensic Evaluation of Pulmonary Toxicity Attributed to Amiodarone,"* (Special Presentation), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 10, June 1999, Oakstone Medical Publishing, Inc. Literature Review Backer, et al., American Heart, Vol. 123 (6), June, 1992, PDR, 1999, et al.

Sawyer, W.R., *"Fatal Ingestion of Paroxetine (Deroxatt TM),"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 10, June 1999, Oakstone Medical Publishing, Inc. from Tracqui, P., et al., Bulletin of The International Association of Forensic Toxicologists, January 1999, Vol. 27, No. 1, pp. 9-10.

Sawyer, W.R., *"A New Drug-of-Abuse 4-Methylthioamphetamine (Flatliners) & Toxic Related Fatality,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 10, June 1999, Oakstone Medical Publishing, Inc. from Groombridge, C., et al., Bulletin of The International Association of Forensic Toxicologists, April 1999, Vol. 24, No. 2, pp. 5-9.

Sawyer, W.R., *"The Response of the Intoxilyzer 5000 to Five Potential Interfering Substances,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 9, May 1999, Oakstone Medical Publishing, Inc. from Caldwell, J.P. and Kim, N.D., Journal of Forensic Science, 1997, Vol. 42, No. 6, pp. 1080-1087.

Sawyer, W.R., *"Nitrites Adulteration in Urine Drug Testing,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 8, April 1999, Oakstone Medical Publishing, Inc. from Spiehler, V., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pp. 17-18.

Sawyer, W.R., *"A Case of Ballistic Toxicology,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 8, April 1999, Oakstone Medical Publishing, Inc. from Kerkoff, W., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pp. 4-5.

**Exhibit B**

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Sawyer, W.R., *"Postmortem Drug Redistribution - Human Cases Related to Results in Experimental Animals,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 7, March 1999, Oakstone Medical Publishing, Inc. from Hilberg, T., et al., Journal of Forensic Sciences, January 1999, Vol. 44, No. 1, pp. 3-9.

Sawyer, W.R., *"Special Publication – Forensic Source Identification of Lead,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. and Rigle, D.A., Original Article/Special Presentation, *"Toxicology of Aromatic Hydrocarbons,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R., *"Controlled Ethyl tert-Butyl Ether (ETBE) Exposure of Male Volunteers,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc. from Nihlen, A, et al,. Toxicological Sciences, Vol. 46, No. 1, pp. 143-150, November 1998.

Sawyer, W.R., *"Vitamin B2 Interference with TDx Drugs-of-Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Kunsman, SW., et al., Journal of Forensic Sciences, November 1998, Vol. 43, No.6, pp. 1225-27.

Sawyer, W.R., *"A Fatal Case of Benzene Poisoning & Special Discussion by Drs. Sawyer & Rigle,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Barbera, N, Bulla, G. & Romano, G. Journal of Forensic Sciences, November 1998, Vol. 43, No. 6, pp. 1250-1.

Sawyer, W.R., *"Biological and Chemical Hazards of Forensic Skeletal Analyses,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences , Vol. 1, No. 4, December 1998, Educational Reviews, LLC from Galloway, A. and Snodgrass, BA., Journal of Forensic Sciences, September 1998, Vol. 43, No. 5 pp. 940-48.

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Rigle, D.A., Sawyer, W.R., Original Article/Special Presentation: *"Carbon Monoxide Toxicity versus Carbon Dioxide Toxicity and their Relationship in Attempted Suicide,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Educational Reviews, LLC.

Sawyer, W.R., *"2,3,7,8-tetrachlorodibenzo-p-dioxin in Pregnant Long Evans Rats: Disposition to Maternal and Embryo/Fetal Tissues,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 4, December 1998, Educational Reviews, LLC from Hurst, CH, et al., Toxicological Sciences, October 1998, Vol. 45, No. 2, pp. 129-36.

Sawyer, W.R., *"Burns from undisclosed acids in a liquid used by temporary workers. A recent problem in occupational medicine caused by lack of information,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, September 1998, Educational Reviews, LLC. Vol. 1, No. 3, November 1998, from Fischer, M., Hellmann, A., et al., Deutche Medizinische Wochenschrift, February 6, 1998, Vol. 123, No. 6, pp. 151-54.

Sawyer, W.R., *"Automobile Exhaust as a means of Suicide: An Experimental Study with a Proposed Model,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November,1998, Educational Reviews, LLC from Morgen, C., Schramm, J., et al., Journal of Forensic Sciences, Vol. 43, No. 4, July 1998, pp. 827-836.

Sawyer, W.R., "*Beyond Rohypnol: Use of Gamma-Hydroxybutyrate and Burundanga in Rape,*" (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Education Reviews, LLC, from Hollinger, MA, The Forensic Examiner, Vol. 7, No. 3 & 4, March/April 1998, pp. 5-27.

Sawyer, W.R., *"The Absorption, Blood Levels, and Excretion of Mercury after a Single Dose of Mercury Vapor in Humans,"* (Special Article Review Presentation, Critical Assessment and Original Abstract) Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 1, September 1998, Educational Reviews, LLC from Sandborgh, G, et al., Toxicology and Applied Pharmacology, May 1997, Vol. 150, pp. 146-153.

Sawyer, W.R., *"The Effect of Glutaraldehyde Adulteration of Urine Specimens on Behring Syva Emit II Drugs of Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Sciences, Vol.1, No. 2 October 1998, Educational Reviews, LLC. from George, Bulletin of The International Association of Forensic Toxicologists, Vol. 27, No. 2, January 1997, pp. 10-11.

Sawyer, W.R., *"Identification of Unique Cocaine Metabolites and Smoking By-Products in Postmortem Blood and Urine Specimens,"* (Special Article Review Presentation, Critical Assessment an Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol.1, No. 1, September 1998, Educational Reviews, LLC. from Jenkins, AJ and Goldberger, BA , Journal of Forensic Science, 1997, Vol. 42, No. 5, September, pp. 824-827.

Miller, F.W., Sawyer, W.R., *"What Causes Myositis,"* National Myositis Association Newsletter, No. 16, p. 2, December 1995.

Rigle, D.A., Sawyer, W.R., *"Evaluation of Toxic Exposures After Daubert,"* S.E.A.K. Expert Witness Handbook, S.E.A.K., 1995 edition.

Sawyer, W.R. and Rigle, D.A., *"Toxic Etiology of Multiple Chemical Sensitivities: Review of Case Histories with Documented Toxic Exposure,"* Published in the Society of Toxicology, The Toxicologist, Volume 15, No. 1, 1995, pp. 228 - 229.

Sawyer, W.R., *"Analysis of Volatile Organic Contaminants from Biological Matrices by Purge and Trap Gas Chromatography and Mass Spectrometry,"* Presented at the 44th Annual American Academy of Forensic Sciences Meeting, February 20, 1992, Abstract No. K45, p. 197.

Sawyer, W.R., Doedens, D.J., Authors Response to Discussion of *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* Journal of Forensic Sciences, Vol. 35, No. 3, May 1990, pp. 522-523.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Presented at the 40th Annual American Academy of Forensic Sciences Meeting, February 19, 1988, Abstract No. K65, p. 141.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Abstracts, 1987, p. 13.

Exhibit B

**William R. Sawyer, Ph.D.**
**Curriculum Vitae**
**January 2025**

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in the Rat,"* Presented at the 24th International Meeting, Banff, Canada, The International Association of Forensic Toxicologists, Abstracts, 1987, p. 12.

Sawyer, W.R., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine, and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* American Academy of Forensic Sciences 38th annual meeting, Abstract K13, 1986, p. 114.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Journal of Forensic Sciences, Vol. 33, No. 6, Nov. 1988, pp. 1439-1444.

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in Rats,"* Forensic Science International, Vol. 38, Oct. 1988, pp. 259-273.

Sawyer, W.R., Waterhouse, G.A.W., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* Journal of Forensic Sciences, Vol. 33, No. 5, Sept. 1988, pp. 1146-1155.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Proceedings of the 24th International Meeting, July 28-31, 1987, pp. 87-93.

Sawyer, W.R., Ritter, E. and Faloon, W.W., *"The Morphological Effects of Chenodeoxycholic Acid on Human Gastric Mucosa,"* The American Journal of Gastroenterology, Vol. 79, No. 5, 1984, pp. 348-353.

## Personal Information

Dr. Sawyer is a member of the Gulf Coast Swim Team as a distance swimmer and completed several "*Swim Around Key West*" 12.5 mile ocean swim races in under six hours. He is also a triathlete with the distinction of being a four-time Ironman. He loves to fish and SCUBA dive in northern New York State and the Gulf of Mexico/FL Keys.

| | |
|---|---|
| **Place of Birth:** | Webster, New York |
| **Citizenship:** | United States |
| **Marital Status:** | Married, 1989 |

**Exhibit B**

**TCAS**

**Toxicology Consultants & Assessment Specialists, LLC**
6450 Pine Avenue, Sanibel, FL 33957
29 Fennell Street, Skaneateles, NY 13152
(239) 472-2436 [FL Phone/FAX]    (315) 685-2345 [NY]    (800) 308-0080 (U.S./CA)
E-mail:drsawyer@experttoxicologist.com  Website: experttoxicologist.com

**June 10, 2025**

# Fee Schedule

Flat rate fees will be quoted to cover all review, research, and verbal opinions. Written reports will be charged separately, unless specifically noted. Laboratory fees and other direct professional services such as trial or deposition testimony will also be charged separately. An early client-requested deadline (less than one week or over a holiday) requires an additional expedited flat rate fee of 30%.

NOTE:  The office will be closed from December 22nd, 2025 through January 2nd, 2026 for the holidays.  No late December or early January deadlines will be accommodated during this time period.

***Flat Rate Fee Defined***

After an initial telephone consultation to discuss a potential case, Dr. Sawyer will perform a brief review of the file (case file documents may include toxicology report, autopsy report, medical records, pharmacy records, police reports, forensic data packages from laboratories, case photographs, etc.). A flat rate fee will then be quoted to perform a full review of the file as well as any research needed, and to provide a verbal opinion. If a written report is required, a separate flat rate fee will be quoted. (Typically, flat rate fees range from $1,000 to $12,000, or possibly more, depending on the type of case.) No refunds will be provided once your case is accepted for review and the flat rate fee received.

Additionally, please note that full payment of the requested flat rate fee must be received by a single, primary firm even in instances where multiple law firms and/or insurance companies are involved in the case.

***$5,200.00 for one half-day of Deposition Testimony***

***$8,200.00 for one full-day of Trial Testimony***

These charges are applied to testimonial proceedings (trial, deposition, and arbitration). A half-day is defined as 3.5 hours of deposition testimony on the record on one calendar day. A full day is defined as seven hours on the record of trial testimony given on one calendar day.

Generally, appointments outside of Sanibel, Florida, or Skaneateles, New York, will require one full day fee regardless of hours on the record due to scheduling and interruption of normal duties. Local, live appearances in Sanibel, Florida, or Skaneateles, New York, may be charged at a reduced rate of $5,200.00 per half-day (3.5 hours or less with a 2 hour minimum) of Dr. Sawyer's presence. If the proceeding exceeds the reserved time allotted, a continuance will be required with additional invoicing.

Virtual depositions or trial time via "Zoom" may be reserved at a rate of $1,300.00 per hour (for 4 hours or less with a 2 hour minimum) of Dr. Sawyer's presence for depositions or $8,200.00 for the full day for trial testimony; however, a reasonable estimate of hours must be prepaid at least ten days prior to the scheduled date.

Deposition fees are the responsibility of the retaining firm and are not generally accepted from opposing counsel as *TCAS, LLC,* does not have authority or legal staff to demand payment from opposing counsel. It is the responsibility of the retaining firm to make arrangements for reimbursement from opposing counsel for deposition fees. Additionally, if a court mandates a lesser charge for a deposition than Dr. Sawyer's standard rate as noted above, then the retaining firm will be responsible to make up the difference. Pre-payment for travel and lodging may be required for certain locations. Dependent upon location, complete

*TCAS, LLC*, Fee Schedule
June 10, 2025
Page 2

travel arrangements must be provided in advance via business-class air (permits changes in schedule, coach class). Travel time will be charged at $550.00/hr.

Payments, including all outstanding invoices, must be made 10 days in advance of scheduling to reserve an appointment. Availability cannot be confirmed prior to receipt of the above noted fees. If date of testimony or deposition is changed with reasonable notice (3 business days), a mutually convenient appointment can be negotiated at no additional charge. Refunds for a cancelled deposition will be made if notification is received at least 3 business days prior to the scheduled deposition date.

Please note that under no circumstances will deposition or trial testimony be provided UNLESS payment for the deposition or trial is received in advance.

**Billing**

The flat rate fee established when a case is accepted will be required before any work begins on a case.

**No Charge**

There is no charge for initial phone consultations. If there is a question about a potential case or if you need an answer to a toxicological or analytical issue, please do not hesitate to call. *TCAS* would be pleased to refer any questions pertaining to issues of engineering, medicine, or pathology to the appropriate experts.

2

**Exhibit B**