**From:** Dan Mahr <danmahr@energy-pc.com>
**Date:** December 11, 2025 at 1:09:40 PM EST
**To:** "King, Donnie (Ptnr-Ftl)" <donnie.king@akerman.com>
**Cc:** Joshua Cahn <JCahn@cahnlitigation.com>
**Subject: Case No. 1;23-CV-00012, Subpoena to Testify in Civil Action**

**[External to Akerman]**

Dear Ms. King,

Your Subpoena to Testify in Civil Action No. 1:23-CV-00012 was received on December 8, 2025 at about 7PM at my home residence, not the office address of Energy Associates in Montville Office Park on the subpoena. It arrived with a check by DGR Legal, Inc. with payment directly to me. Per the information on that document, this response is provided for your consideration.

1. Energy Associates' offices will be closed for the holidays and Daniel Mahr, P.E. will not be available on December 29, 2025. At this time, my availability in January, starting on the 6th is good. Hours between 11:00am and 4:00pm are acceptable. Please nominate a date/time. Two (2) weeks notice is requested.

2. Energy Associates' report is marked "Privileged and Confidential Preliminary Expert Witness Report". It is understood that Lee J. Rohn and Associates, LLC. filed it in the District Court of the Virgin Islands, which waives protection. Please confirm that this has been done and if there are any restrictions that might be applicable.

3. As described in the first sentence of my Preliminary Expert Witness Report, Energy Associates, P.C. was engaged by Cahn Litigation, LLC on 7/18/2025. The terms and conditions of that Contract are rather explicit and obligate Energy Associates, P.C. and its officers to comply.

4. Per the terms and conditions of the Cahn contract, all payments are routed via their account with Melio Payments. Energy Associates, P.C. and Daniel Mahr must NOT directly receive any payments. The DGR Legal check will NOT and can NOT be deposited. Melio Payments' procedures have a processing time. Please allow ten (10) business days for processing.

5. Per the terms and conditions of the Cahn contract, Energy Associates, P.C. cannot disclose hourly rates to a contracting party. Please address all payment questions to Joshua Cahn, who is copied on this e-mail.

**Exhibit C**

6. Per the terms and conditions of the Cahn contract, Energy Associates cannot provide services without a retainer being paid by the Party requesting services. If the retainer is insufficient and is exhausted, Energy Associates is obligated to STOP WORK. Unused amounts are returned.

7. DGR Legal, Inc.'s check for $60.00 is not reasonable compensation.

8. For this Deposition, Energy Associates' estimate is as follows:

| Item | Task | Est. Hr |
|---|---|---|
| 1 | Preparation | 1 |
| 2 | Minimum number of hours | 2 |
| 3 | Additional hours during Deposition | as req'd |
| 4 | Review and request clarifications of written transcript | 2 |

Please advise if there are any questions or if additional information is required.
Best regards, Dan Mahr

2
**Exhibit C**