DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>          Plaintiff,<br><br>  v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,<br><br>          Defendants. | Case No. 1:23-CV-00012 |

### NOTICE OF CANCELLATION OF DEPOSITION OF DANIEL MAHR, PE

PLEASE TAKE NOTICE that, the deposition of Daniel Mahr, PE., scheduled for Monday, December 29, 2025, beginning at 10:00 a.m., is hereby cancelled.

Dated:  December 26, 2025        Respectfully submitted,

                                              **AKERMAN LLP**
                                              201 East Las Olas Boulevard,
                                              Suite 1800
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 463-2700
                                              Facsimile: (954) 463-2224

                                              By: */s/ Donnie M. King*
                                              **Donnie M. King**
                                              Virgin Islands No. 1237
                                              donnie.king@akerman.com
                                              tyresa.thompson@akerman.com
                                              **Eric D. Coleman** (admitted *pro hac vice*)
                                              eric.coleman@akerman.com
                                              lauren.chang-williams@akerman.com
                                              **Reginald E. Janvier** (admitted *pro hac vice*)
                                              reginald.janvier@akerman.com
                                              sharon.luesang@akerman.com
                                              *Counsel for Defendant Ocean Point Terminals f/k/a*
                                              *Limetree Bay Terminals d/b/a Ocean Point Terminals*

84863348;1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's electronic filing system on December 26, 2025 which will send a notice of electronic filing to all counsel of record.

*/s/Donnie M. King*
Donnie M. King

84863348;1