IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>**JURY TRIAL DEMANDED**</u> |

## **<u>AMENDED NOTICE OF EXPERT DEPOSITION OF EARL THOMPSON</u>**

TO:    Donnie King
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Reginald E. Janvier, Esq.
Akerman LLP
201 East Los Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Eric D. Coleman, Esq.
Akerman LLP
999 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Attorney for Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals

Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Attorney for Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AMENDED NOTICE OF EXPERT DEPOSITION OF EARL THOMPSON**
Page 2

      Susan Nissman-Coursey
      Caribbean Scribes, Inc.
      1244 Queen Cross Street, Suite 1A
      Christiansted, VI 00820

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 34, Plaintiff, by and through undersigned counsel, will conduct the expert deposition of **EARL THOMPSON** (hereinafter "Deponent") on **February 2, 2026, at 2:00 p.m. EST/3:00 p.m. AST, VIA ZOOM**.

The Deponent is required to bring with him to his deposition the following documents:

1) Curriculum vitae

2) List of trial and deposition testimony for at least the last four years as required by Rule 26 of the Virgin Islands Rules of Civil Procedure.

3) Fee schedule;

4) All documents reviewed in arriving at your opinion;

5) Any and all documents which refer to, relate to or evidence your billings or the time you or others acting under your direction have spent on this case including copies of your billings, accounts receivable, and all statements of accounts for billing purposes for this case, including your records of all sums received and their source(s);

6) All correspondence, memoranda, articles, notes, reports, computer simulations, reports, computer-generated data and reports, studies, tests, test results, charts, graphs, or other non-privileged documents or written material that you have received from or sent to any person, relating to this case, and to any opinions rendered to the Defendant, its counsel, or other representatives in this case.

7) Notes, memoranda or other written documents of telephone conversations which you have had with other experts or other individuals, other than counsel, with whom you have consulted relating to your opinions concerning this case.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AMENDED NOTICE OF EXPERT DEPOSITION OF EARL THOMPSON**
Page 3

8) All documents evidencing facts and/or assumptions provided to you by Counsel.

9) Notes made by you in reviewing or analyzing materials and preparing your evaluation or opinions for this case. This would include any written research or memoranda of written or oral reports reviewed.

10) All final reports which contain your opinions in this matter.

11) Copies of all written materials, notes, memoranda, witness statements, videotapes, photographs, measurements, drawings, tests, test results, examinations or other material reviewed by you in preparation of your opinion.

12) Any and all documents which support your findings, conclusions, opinions or testimony, or that you rely on as a basis for your findings, conclusions, opinions or testing.

13) Your entire file with respect to the subject matter of this litigation, including items not specifically listed above.

14) All literature that you have reviewed which provided you with information upon which you rely for your opinion in this case.

15) Any and all documentation relating to analysis done for this case or materials relied on in this case which have not been required above.

16) If any of the documents requested above have been destroyed, please produce a schedule identifying:

   a) each such document destroyed,
   b) the date of destruction,
   c) the reason for destruction, and
   d) the person(s) or entity(ies) who might have a copy of the documents(s) destroyed.

17) If any of the documents requested above are no longer in your possession and have been transmitted, conveyed or tendered to another person or entity, please produce a schedule identifying:

   a) each such document,
   b) the date(s) of each such conveyance, transmittal or tender,
   c) the name(s) of each such person, entity to which the documents(s) was/were transmitted, conveyed or tender, and

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AMENDED NOTICE OF EXPERT DEPOSITION OF EARL THOMPSON**
Page 4

       d) the reason(s) for each such conveyance, transmittal or tender.

18) All correspondence, notes, memoranda, and working papers concerning this cause of action.

**The Parties stipulate that the witness will be remotely sworn to testify under oath and that the deposition testimony will be treated as if the deponent was personally sworn. No later than twenty-four (24) hours prior to the date of the deposition, the Court Reporter will provide the zoom address and IP link.**

The scope of the examination is being taken for the use as evidence, for purposes of discovery of evidence, and trial, and will be continued from day to day until completed.

                        RESPECTFULLY SUBMITTED
                        LEE J. ROHN AND ASSOCIATES, LLC
                        Attorneys for Plaintiff

DATED: January 14, 2026         BY: /s/ *Lee J. Rohn*
                                             Lee J. Rohn, Esq.
                                             VI Bar No. 52
                                             1108 King Street, Suite 3 (mailing)
                                             56 King Street, Third Floor (physical)
                                             Christiansted, St. Croix
                                             U.S. Virgin Islands 00820
                                             Telephone: (340) 778-8855
                                             Lee@rohnlaw.com

**CERTIFICATE OF SERVICE**

     **THIS IS TO CERTIFY** that on January 14, 2026, a copy of this notice was emailed to the following:

    All counsel of record.

                                          BY:   /s/ *Lee J. Rohn*   (al)