# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>    Defendants. | Civil Action No.: 1:23-cv-00012 |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL MAHR, PE.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the attached Subpoena to Testify at a Deposition in a Civil Action, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the videotaped deposition of **DANIEL MAHR, PE** on **Wednesday, January 28, 2026,** beginning at **11:00 a.m.,** via videoconference using the following link and meeting credentials:

**Link:** https://proceedings.veritext.com/?token=21de0affaba998a1ab3dfdc8b0ad23be
**Meeting ID:** 85474135160
**Password:** xDhELeorn-

The deposition will be taken upon oral examination before Veritext Legal Solutions, or any other Notary Public or officer authorized to take depositions in the state of New Jersey, and will be videotaped by Veritext Legal Solutions, 290 W. Mount Pleasant Avenue, Suite 3200, Livingston, NJ 07039.

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

85114708;1

DATED: January 21, 2026

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/ Reginald E. Janvier
    **Donnie M. King**
    Virgin Islands No. 1237
    donnie.king@akerman.com
    tyresa.thompson@akerman.com
    **Eric D. Coleman** (admitted *pro hac vice*)
    eric.coleman@akerman.com
    lauren.chang-williams@akerman.com
    **Reginald E. Janvier** (admitted *pro hac vice*)
    reginald.janvier@akerman.com
    sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a Ocean Point Terminals*

85114708;1

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on January 21, 2026 which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Reginald E. Janvier*
                                                 Reginald Janvier, Esq.