**Exhibit 1**

| | |
|---|---|
| **From:** | Joshua Cahn |
| **To:** | Lee J. Rohn; Robin Seila |
| **Cc:** | Steven Cahn |
| **Subject:** | RE: Wooten v. PHRT and LBT - Subpoena to Testify |
| **Date:** | Monday, January 12, 2026 1:57:06 PM |

Lee, Ackerman has advised that, despite the motion to substitute, they are going to depose Dan Mahr, and have asked him to hold January 27 at 11am Eastern time for this purpose.

Should we terminate our contract with Dan or would you like us to keep it open? We see no benefit to keeping the contract open since you have switched to a different expert.

If we terminate with Dan, he will invoice adverse counsel directly, if the court rules permit.

Thanks,
Josh