Vinesign Document ID: D8438A3E-D0B9-47C6-A226-5137988B276A
Case: 1:23-cv-00012-WAL-EAH Document #: 231-2 Filed: 01/21/26 Page 1 of 2

EXHIBIT 2

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>**JURY TRIAL DEMANDED**</u> |

## <u>AFFIRMATION OF CASSANDRA MOODY</u>

**TERRITORY OF THE VIRGIN ISLANDS** )
                                                                 )    **SS.**
**DIVISION OF ST. CROIX**                 )

      I, **CASSANDRA MOODY,** being first duly sworn, declare under penalty of perjury that the following is true and correct**.**

1. I make this affirmation of my own personal knowledge.

2. I am the President and Principal Engineer at Time For Change Engineering.

3. I was contacted by Cahn Litigation concerning replacing an expert witness, Daniel Mahr, in the above-captioned case.

4. I began my review of the documents and Daniel Mahr's expert report on or about October 2025.

5. I have never communicated with Daniel Mahr.

6. I reviewed Daniel Mahr's report and adopted his opinions independently.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AFFIRMATION OF CASSANDRA MOODY**
Page 2

7. I did not collaborate with Daniel Mahr in any way concerning my expert report, which adopts Daniel Mahr's opinions.

Dated: 01/20/2026

_____
**CASSANDRA MOODY**