## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIMETREE BAY TERMINALS d/b/a ) <br> OCEAN POINT TERMINALS; PORT ) <br> HAMILTON REFINING AND ) <br> TRANSPORTATION; and WEST INDIES ) <br> PETROLEUM, LTD., ) <br> ) <br> Defendants. ) | CASE NO. 1:23-CV-00012 <br><br> ACTION FOR DAMAGES |

## NOTICE OF FILING

**COMES NOW,** Defendant West Indies Petroleum Ltd., through its undersigned counsel, and hereby gives notice of filing the attached Second Request for Ruling, **Ex. 1**.

                                            Respectfully Submitted,

                                            **CSA ASSOCIATES, P.C.**
                                            1138 King Street, Suite 100, Christiansted, VI 00820
                                            TEL: (340) 773-3681

Dated:  January 27, 2026         By:  */s/ Ryan C. Stutzman*
                                            Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                            Attorney for West Indies Petroleum Limited