IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,                                      )<br>                                                              )<br>           Plaintiff,                                )<br>                                                              )<br>vs.                                                      )<br>                                                              )<br>LIMETREE BAY TERMINALS d/b/a       )<br>OCEAN POINT TERMINALS; PORT       )<br>HAMILTON REFINING AND                  )<br>TRANSPORTATION; and WEST INDIES )<br>PETROLEUM, LTD.,                              )<br>                                                              )<br>           Defendants.                              ) | CASE NO. 1:23-CV-00012<br><br>ACTION FOR DAMAGES |

**SECOND REQUEST FOR RULING ON JOINT MOTION OF DISMISSAL OF WEST INDIES PETROLEUM, LTD.**

**COMES NOW,** Defendant West Indies Petroleum, Ltd., and respectfully requests a ruling on the Joint Motion for Dismissal of West Indies Petroleum Ltd. ("WIPL"), filed September 11, 2025 [Docket No. 193] ("Motion"). The Motion was filed jointly by Plaintiff and WIPL. No opposition was filed and the time to do so passed months ago. LRCi 6.1(b)(5).

WIPL recently requested consent from all parties for limited Magistrate jurisdiction (on the Motion only) to save Judge Lewis from having to take valuable time for this routine and unopposed dismissal, but Plaintiff did not agree to limited Magistrate jurisdiction (the codefendants did agree). Meanwhile, the case is progressing toward trial. WIPL would greatly appreciate the Court granting the dismissal Plaintiff has agreed to.

Ex. 1

                                                Respectfully Submitted,

Dated: January 27, 2026      By:   /s/ Ryan C. Stutzman
                                                Ryan C. Stutzman, Esq. VI Bar R2053
                                                CSA Associates, P.C.
                                                1138 King Street, Ste. 100
                                                Christiansted, VI 00820
                                                Tel: (340) 773-3681
                                                rstutzman@saastx.vi
                                                *Counsel for West Indies Petroleum, Ltd.*