IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      PLAINTIFF,<br><br>  VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>      DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**DEFENDANTS' JOINT NOTICE OF SUPPLEMENTATION
TO THEIR OPPOSITION TO MOTION TO SUBSTITUTE EXPERT**

    As discussed at today's conference with the Court, Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") and Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point") jointly supplement their Opposition (Doc. No. 223) to Plaintiff's Motion for Leave to Substitute Expert Witness (Doc. No. 218) with a copy of Cassandra Moody's expert report (including Appendix A but omitting for space reasons Exhibit F which is a copy of Daniel Mahr's August 12, 2025 report) (attached as Exhibit D).

    The fact that Ms. Moody had Dr. Sawyer's expert report (along with all of Defendants' expert reports) can be verified from page 28 of the PDF version of Exhibit D. Additional documents all dated after the date of Mr. Mahr's August 12, 2025 report are highlighted on PDF pages 29 and 40 of the PDF version of Exhibit D.

                                                  Respectfully submitted,

                                          **ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 3, 2026

                                    /s/ Andrew C. Simpson
By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com