

1






# PRELIMINARY REPORT:

## Case No. 1:23-CV-00012

Abstract

Nicole Wooten
v.
LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,

A written preliminary report including facts, engineering causal analysis, and findings based on professional training, knowledge, experience, regulations, and industry best practices.

November 13, 2025

Prepared by: Cassandra K. Moody, M.S., P.E.
Time For Change, LLC., President + Principal Engineer

Exhibit D

# Table of Contents

Executive Summary ................................................................................................................. 3

**1.    Introduction** ............................................................................................................... 6

**1.1.    Scope** ...................................................................................................................... 6

**1.2.    Objective** .............................................................................................................. 6

**1.3.    Methods** ............................................................................................................... 6

1.4 Qualification of Expert .............................................................................................. 7

1.4.1.    Knowledge ...................................................................................................... 7

1.4.2.    Experience ....................................................................................................... 8

1.4.3.    Training ............................................................................................................ 8

1.4.4.    Education ......................................................................................................... 8

**2.    Engineering Analysis: PDCA Review of Case No. 1:23-CV-00012** ............ 8

**2.1.    Plan: Case Overview** ......................................................................................... 8

2.1.1 Incident overview ............................................................................................. 8

**2.2.    Do: Review key topics** ....................................................................................... 9

**2.3.    Check: Causal factor analysis** ....................................................................... 11

2.3.1 Equipment or materials .................................................................................. 12

2.3.2 Procedure ......................................................................................................... 13

2.3.3 Personnel .......................................................................................................... 13

2.3.4 Design ............................................................................................................... 14

2.3.5 Training ............................................................................................................. 14

2.3.6 Management ..................................................................................................... 15

2.3.6    External phenomena ...................................................................................... 20

**2.4    Act: Causal analysis summary** ...................................................................... 22

**3.    Conclusions** .............................................................................................................. 22

5.    References ...................................................................................................................... 24

**2    Appendices** ................................................................................................................. 25

Appendix A: Documents provided ................................................................................. 27

Appendix B: Expert's statement of qualifications ....................................................... 44

Appendix C: Expert's statement of compensation ..................................................... 51

Appendix D: Causal factor worksheets ......................................................................... 53

Appendix E: OSHA Hierarchy of Controls ................................................................... 62

Appendix F: Preliminary report of Mr. Daniel Mahr dated August 14, 2025 ......... 68

1

2

# Table of Figures

4    Figure 1: Expert Engineering Witness Method ................................................................. 7

5    Figure 2: RCA terms and definitions .......................................................................... 10

6    Figure 3: Causal factor fishbone diagram ................................................................... 12

7    Figure 4: EPA inspection findings: design a safe facility ......................................... 14

8    Figure 5: OSHA Hierarchy of Controls ....................................................................... 16

9    Figure 6: Hazard controls required for air contaminants ......................................... 17

10   Figure 7: EPA inspection findings: chemical and process hazard identification ............ 18

11   Figure 8: EPA inspection findings: facility safety ...................................................... 18

12   Figure 9: EPA inspection findings: maintenance ........................................................ 19

13   Figure 10: EPA inspection findings: PSM audit non-compliance ................................ 19

14   Figure 11: EPA inspection findings: corrosion uncontrolled ...................................... 20

15   Figure 12: Historical weather conditions on August 8, 2022 ..................................... 21

16   Figure 13: Causal analysis summary ........................................................................... 22

17

1  ## Executive Summary
2
3  November 13, 2025
4
5
6  Ms. Lee J. Rohn
7  1108 King Street, Third Floor
8  Christiansted, VI 00820
9  lee@rohnlaw.com
10
11
12
13  Re: Preliminary Operational Safety Engineering Report Case No. 1:23-CV-00012
14
15
16  Dear Ms. Rohn,
17
18  The case materials available to date, the relevant regulations and industry standards have been reviewed,
19  as well as the Expert Report of Daniel Mahr, with the objective of evaluating the events connected with the
20  refining and transport site operations taking place at the Limetree Bay Terminals ("LTBT") and Port Hamilton
21  Refining and Transportation ("PHRT") facility in St. Croix, United States Virgin Islands[1] ("the facility") leading
22  to an incident involving Ms. Nicole Wooten on August 8, 2022.

23  I have adopted all nine (9) of the opinions of Mr. Daniel Mahr's Report dated August 14, 2025[2] as follows:

24  1.  "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant." -
25      EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-
26      (Revised)-08-12-2025.pdf, page 23 OPINION #1
27  2.  "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended
28      for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-
29      Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf,   page   23
30      OPINION #2
31  3.  "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT,
32      they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-
33      RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-
34      12-2025.pdf, page 23 OPINION #3
35  4.  "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to
36      characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-
37      Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4
38  5.  "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole
39      Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-
40      Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
41  6.  "By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed
42      more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-

---

[1] PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023. PHRT-WOOTEN-000001-9 (PHRT North Coker
Done Smoldering Incident).
[2] Appendix E: Preliminary report of Mr. Daniel Mahr dated August 14, 2025

1   Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23
2   OPINION #6

3   7.  "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north
4       petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the
5       tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-
6       Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7

7   8.  "On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of
8       the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-
9       Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8

10  9.  "PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust
11      suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-
12      Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9

13  All the opinions expressed herein are my own and are given within a reasonable degree of engineering
14  certainty. The following preliminary report and four appendices organize my findings and conclusions at the
15  time of drafting.

16  A petroleum coke smoldering incident began on August 4, 2022[3] at the PHRT facility and was confirmed
17  thereafter. The smoldering hydrocarbon by-product resulted in serious respiratory distress and injury to Ms.
18  Nicole Wooten when she visited the facility on August 8, 2022 for work-related purposes. PHRT is the owner
19  and operator of the refinery facility, with Limetree Bay Terminals controlling many areas necessary for the
20  successful operation of the refinery, including the firehouse.

21  Based on my review of the case materials available to date, experience with oil and gas operational and
22  safety management best practices and regulations, and by applying the engineering methods of PDCA and
23  RCA described in this report, a summary of my additional opinions include:

24  1.  Defendants, as the facility owner and operator or on the operating permits issued under Title V of the
25      U.S. Environmental Protection Agency (EPA) Clean Air Act, failed to uphold the reasonable and expected
26      duty of care to safely operate, store, handle and transport oil and gas products.
27          a.  Defendants were grossly negligent
28          b.  Defendants were negligent
29          c.  Defendants failed to warn Plaintiff of dangerous conditions
30          d.  Defendants maintained an abnormally dangerous condition
31          e.  Defendants maintained a dangerous nuisance
32  2.  The respiratory contaminant exposure of the smoldering petroleum coke dispersed by air to Ms. Wooten
33      was considered, but the modeling and quantification of such exposure is outside of the scope of this
34      preliminary report.
35  3.  The injuries Ms. Wooten sustained while onsite at LTBT and PHRT were preventable.
36  **4.  The Management Failure by Defendants is the fundamental Root Cause of this incident. Had the**
37  **defendants properly implemented and adhered to safe operating policies and procedures while Ms.**
38  **Wooten visited the facility as part of her job responsibilities, this incident more likely than not would**
39  **not have occurred.**
40  5.  Other Contributing Factors by Defendants contributed to the incident include inadequate procedures
41      and training, personnel error, material problem, and external phenomenon such as the local weather
42      and air conditions.

---

[3]LBT1112-1115 PHRT Coker Incident Timeline by Peacock.pdf

6.   Defendants should have identified, mitigated, and communicated the risks present at the facility to persons on site in order to prevent this incident from occurring.

It is my professional opinion the respiratory injury to Ms. Wooten is due to a root cause of a management failure by the Defendants. Insufficient training and procedures also contributed to the incident. Defendants' procedures and training were not in accordance with the facility safety programs in place nor were they meeting the industry standard of care. Despite knowing hazards present and being aware of the risk of operating within a petroleum refinery, Defendant's safety practices were insufficient to maintain a safe working environment. Defendants acted willfully and were negligent. This incident was preventable.


Respectfully submitted,


Cassandra K. Moody, M.S., P.E.

President & Principal Engineer

Time For Change, LLC.

Houston, Texas

(832) 850.4104

Cassandra@TimeForChangeEngineer.com                    www.TimeForChangeEngineer.com

# 1. Introduction

## 1.1. Scope

The ensuing preliminary report contains a review of case facts, industry regulations, and standard practice guidance related to the incident. This report is based on specialized oilfield operations experience and an applied methodical process. My opinions are based on my education, experience, and training, as well as the documents I reviewed beginning in October 2025. Refer to Appendix A: Documents Reviewed for a complete listing of documents reviewed at the time of submission of the preliminary report.

I reserve the right to revise or restate my opinions and findings as additional information is presented for my consideration. Additionally, the findings and opinions contained in the preliminary report are expressly applicable to the specific case (Case No. 1:23-CV-00012) based on the reviewed documentation at the time of drafting. As such, no written opinions may be applied or extrapolated as general findings to any other cases, pipelines, well sites, projects, situations, or other applications without the written expressed agreement of the authoring engineer. I reserve the right to amend or update my opinions and conclusions as necessary.

## 1.2. Objective

The objective of this report is to evaluate the documentation and testimony in connection with the operations of the refinery, located at 1 Estate Hope, St. Croix, USVI 00820, owned and operated by Port Hamilton Refining and Transportation, LLLP ("PHRT") with regards to the August 8th, 2022 incident from an engineering perspective. Applicable industry standards and best practices, as well as my professional experience will also be considered to analyze, from an engineering perspective, any contribution of the operations of the PHRT facility to the injury incurred by Nicole Wooten.

## 1.3. Methods

This preliminary report is the product of reliable engineering principles and methods. The primary applied method is the Plan-Do-Check-Act ("PDCA") cycle which was later updated to the Plan-Do-Study-Act ("PDSA") cycle. The PDCA[4] cycle was developed in the 1950's by engineering and management consultant Dr. William Edwards Deming as "a systematic process for gaining valuable learning and knowledge for the continual improvement of a project, process, or service." The cycle has been applied across various industries such as aviation[5] and manufacturing[6] quality as well as pipeline specific literature such as API 1173[7] Pipeline Safety Management Systems (American Petroleum Institute, 2020) and API 1160[8] Managing System Integrity for Hazardous Liquid Pipelines (American Petroleum Institute, 2019). The Occupational Safety and Health Administration ("OSHA")[9] describes this PDCA cycle in relation to OHSAS 18001[10], ISO 45001[11], and additional program implementation resources topic list[12].

---

[4] Deming's PDCA/PDSA cycle: https://deming.org/explore/pdsa/
[5] PDCA in aviation: https://commons.erau.edu/jaaer/vol19/iss2/4/
[6] PDCA in manufacturing: https://www.ineak.com/this-is-pdca-plan-do-check-act/
[7] PDCA in Pipeline Safety Management Systems:
https://www.api.org/~/media/files/publications/whats%20new/1173_e1%20pa.pdf
[8] PDCA in Pipeline Integrity Management: https://www.api.org/products-and-services/standards/important-standards-announcements/recommended-practice-1160
[9] OSHA Safety Management Resources: https://www.osha.gov/safety-management/additional-resources-by-topic
[10] PDCA in OSHA standard: https://www.british-assessment.co.uk/insights/what-is-plan-do-check-act-a-framework-for-continuous-improvement/
[11] International standard: https://blog.ansi.org/2018/03/plan-do-check-act-cycle-iso-45001-2018/
[12] OSHA Deming Cycle: https://balancedscorecard.org/BSC-Basics/Articles-Videos/The-Deming-Cycle/

A description of the PDCA cycle utilized is depicted in *Figure 1: Expert Engineering Witness Method*. I applied the PDCA cycle philosophy to this matter in Section 2. Engineering Analysis: PDCA Review of of this report. A second method for the engineering Root Cause Analysis, is discussed later in this report.



## Expert Engineering Witness Method

| Process Step | Description | Example |
|---|---|---|
| 1. Plan | Assess the case from a high level overview perspective. | Ascertain parties to the case, dispute, pleadings, and location. |
| 2. Do | Perform a detailed review of provided documents and request information as needed, either written or verbally. | Review the case filings, documentation, reports, and depositions, as applicable and provided. |
| 3. Check | Identify, gather, and review the applicable regulations, and industry guidance. | Establish facts of the case and compile applicable regulations and related industry guidance. |
| 4. Act | Write findings and opinions compiled during P.D.C.A. process as applied to the case. | Write preliminary report and opinions. |

*Repeat the P.D.C.A. process as necessary (i.e., new information becomes available, reviewed considerations change, or clarification is warranted)*

*Figure 1: Expert Engineering Witness Method*

# 1.4 Qualification of Expert

### 1.4.1.  Knowledge

I have knowledge as a mechanical engineer and an oil and gas operations engineering subject matter expert as demonstrated from my education, nearly twenty years of professional hands-on energy industry experience, and active professional engineering licensure. I am a mechanical engineer in the state of Texas licensed to practice as a professional engineer by the Texas Board of Professional Engineers and Land Surveyors. Additionally, I am licensed in the states of Oklahoma and New Mexico to practice as a mechanical engineer. My Statement of Qualifications providing details on the nature and breadth of key projects I have supported during my career is provided in

Appendix B: Expert's statement of qualifications. A listing of my recent expert testimony is also provided.

### 1.4.2. Experience

I have worked with oil and gas operations beginning in 2010 in alternative energy applications and subsequently in the conventional oil and gas production and transportation energy industry beginning in 2011 until the present. I have worked on a wide variety of oil and gas production, processing, and transportation projects and have held roles including operations engineering, integrity management program ownership, regulatory compliance assurance, due diligence evaluations, design feasibility, safety and failure analysis, project leadership, project planning, procedure effectiveness, federal regulatory rule-making committee leadership, and project management.

### 1.4.3. Training

Throughout my career, I have been mentored and trained alongside experienced engineers, managers, and skilled laborers. I maintain my professional engineering license which requires a minimum amount of continuous education and ethics focus each year. I routinely engage in industry educational course offerings and continuing education opportunities. I've presented training to the industry on pipeline safety regulations and best practices.

### 1.4.4. Education

I earned a Master of Science degree in environmental engineering from the University of Houston in 2011 and two undergraduate Bachelor of Science degrees in biochemistry and genetics, with a minor in chemistry, from Texas A&M University in 2009. As a practicing licensed mechanical engineer in the state of Texas since 2014, I continue my education annually through technical conferences, courses, self-study, project research, facilitating training, industry involvement, and other educational avenues as well as a focus on engineering ethics.

## 2. Engineering Analysis: PDCA Review of Case No. 1:23-CV-00012

### 2.1. Plan: Case Overview

Port Hamilton Refining and Transportation, LLLP ("PHRT") is the owner and operator of the refinery located at 1 Estate Hope, St. Croix, USVI 00820 (the "Refinery"). Starting on August 4th, 2022, a pile of petroleum coke was on fire at the Refinery. The pile of petroleum coke was still on fire when Nicole Wooten arrived at the Refinery on August 8th, 2022. As part of Ms. Wooten's job with US Customs and Border Protection, she arrived at the Refinery to complete facial control on a tugboat.

### 2.1.1 Incident overview

When Ms. Wooten arrived at the Refinery front gate, she was not given any personal protective gear ("PPE") and was not warned about the smoldering petroleum coke. Ms. Wooten also did not receive any safety training from Refinery personnel. Upon arrival at the tugboat area in her car, Ms. Wooten noticed black smoke and fire trucks. She rolled down her car window to speak with Refinery personnel regarding whether she could complete facial control on the tugboat at that time. After less than a minute of speaking with the personnel, she rolled up her car window and proceeded to leave the Refinery. By the time Ms. Wooten arrived back at the airport, she was trembling, coughing and had chest tightness and nausea. One of her coworkers then drove her to urgent care.



1

2

## 2.2.    Do: Review key topics

The Department of Energy ("DOE") has provided a framework for Root Cause Analysis ("RCA") guidance (U.S. Department of Energy, 1992). This guidance, though initially developed under the Office of Nuclear Energy and Safety Policy and Standards, considers various hazards and categories in determining the root cause of an incident. Their purpose is stated to "protect the health and safety of the public, the workers, and the environment[13]" which holds true to the investigation of the cause or causes applicable to the incident that occurred on August 8th, 2022.

The following terms are defined below and will used throughout this report, reproduced in Figure 2: RCA terms and definitions. The term "incident" is also used widely throughout this report and refers to the smoldering petroleum coke at the Refinery with the resulting injuries to Nicole Wooten unless otherwise stated.

| Term | Definition |
|---|---|
| Accident[14] | The event occurring when a target inadvertently comes into contact with a hazard and sustains damage. |
| Hazard[15] | Any condition, situation, or activity representing a potential for adversely affecting economic values or the heath or quality of people's lives. |
| Target[16] | Is anything that has economic or personal value. • For example, process, hardware, people, the environment, product quality, or schedule can be considered targets. |

---

[13] DOE RCA guidance, page 1
[14] DOE RCA Guidance, Appendix G-1
[15] DOE RCA Guidance, Appendix G-1
[16] DOE RCA Guidance, Appendix G-1

| Barrier[17] | Is a condition, situation, thing, or activity that ensures the separation of a hazard from a target to prevent contact or control adverse outcomes.<br>  • Procedures, fencing, lock out tag out (LOTO), warning signs, personal protective equipment (PPE), SCADA programming controls, and training may be considered barriers. |
| --- | --- |
| Cause (Causal factor)[18] | A condition or an event that results in an effect (anything that shapes or influences the outcome). This may be anything from noise in an instrument channel, a pipe break, an operator error, or a weakness or deficiency in management or administration. In the context of DOE Order 5000.3A there are seven major cause (causal factor) categories. These major categories are subdivided into a total of 32 subcategories (see Appendix D: Causal factor worksheets). |
| Causal factor chain (sequence or series)[19] | A cause-and-effect sequence in which a specific action creates a condition that contributes to or results in an event. This creates new conditions that, in turn, result in another event. Earlier events or conditions in a sequence are called upstream factors. |
| Direct cause[20] | The cause that directly resulted in the occurrence. For example, in the case of a leak, the direct cause could have been the problem in the component or equipment that leaked. In the case of a system misalignment, the direct cause could have been operator error in the alignment. |
| Root cause[21] | The cause that, if corrected, would prevent recurrence of this and similar occurrences. The root cause does not apply to this occurrence only, but has generic implications to a broad group of possible occurrences, and it is the most fundamental aspect of the cause that can logically be identified and corrected. There may be a series of causes that can be identified, one leading to another. This series should be pursued until the fundamental, correctable cause has been identified. |
| Contributing cause[22] | A cause that contributed to an occurrence but, by itself, would not have caused the occurrence. For example, in the case of a leak, a contributing cause could be lack of adequate operator training in leak detection and response, resulting in a more severe event than would have otherwise occurred. In the case of a system misalignment, a contributing cause could be excessive distractions to the operators during shift change, resulting in less-than-adequate attention to important details during system alignment. |
| Condition[23] | Any as-found state, whether or not resulting from an event, that may have adverse safety, health, quality assurance, security, operational, or environmental implications. A rendition is usually programmatic in nature; for example, an (existing) error in analysis or calculation, an anomaly associated with (resulting from) design or performance, or an item indicating a weakness in the management process are all conditions. |

1  *Figure 2: RCA terms and definitions*

2  The steps outlined in the DOE RCA guidance document are[24]:

3  • Phase I: Data collection

4  • Phase II Assessment

5  • Phase III: Corrective actions

6  • Phase IV: Inform

---

[17] DOE RCA Guidance, Appendix G-1
[18] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[19] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[20] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[21] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[22] DOE RCA Guidance, Appendix G-2, DOE Order 500.3A
[23] DOE RCA page 3
[24] DOE RCA guidance, page 1-2

1    • Phase V: Follow-up

2
3    While no formal and comprehensive RCA of all involved parties was available for review at the time of this
4    report drafting, the EPA investigations, employee statements, and other documentation have been reviewed
     containing portions of information I considered in conducting my RCA.

5
6    Review of these statements and other case documentation is the basis of the data collection step for the
7    purposes of this report. A list of documents provided at the time of drafting is included in Appendix A:
8    Documents . After collecting and reviewing data on the incident, I conducted an assessment to identify the
9    tasks or actions occurring leading up to an incident and consider physical, administrative, and procedural
10   barriers or controls possible for preventing the occurrence. The most common RCA methods include the Events
11   and Causal Factor Analysis[25] and the Barrier Analysis[26] methods, both of which I have utilized and applied
12   to this case during my analysis. Appendix B of the DOE RCA document provides Causal Factor Worksheets
13   which are the basis of my discussion provided below in Section 2.3 Check: Causal factor analysis. The
14   completed worksheets supporting my RCA for the August 8th, 2024 incident are included in  Appendix D:
     Causal factor worksheets.

15
16   Following an analysis of the categories or causal factors determined to be contributing to the incident and
17   any failed barriers, corrective action recommendations are developed. Corrective action recommendations
18   were not part of the scope of my review and analysis of this case at this time. A single cause must be
19   identified as the root cause, while other causes may be contributing factors. Refer to Figure 2: RCA terms
20   and definitions. The contributing factors and singular root cause identified in my engineering analysis of the
21   incident based on testimony and documentation available at the time of drafting are discussed in section 2.3
     Check: Causal factor analysis and summarized in section 2.4 Act: Causal analysis summary.

22
23   The final phase of the DOE RCA guidance is the follow up section. Analysis to evaluate and determine
     adequacy and additional corrective action recommendations is outside the scope of my analysis at this time.

24   ## 2.3.    Check: Causal factor analysis

25   My analysis of the causal factors contributing to and causing injury to Nicole Wooten on August 8th, 2022 is
26   summarized below in Figure 3: Causal factor fishbone diagram.

---

[25] DOE RCA guidance, page 1
[26] DOE RCA guidance, page 2





1

2  *Figure 3: Causal factor fishbone diagram*

3  The individual causal factor considerations are provided in

### 2.3.1 Equipment or materials

5  The incident involved significant oversights related to equipment and materials, starting with the improper
6  storage and handling of hazardous materials, which directly resulted in a respiratory injury. Besides "[t]he
7  maintenance performed by PHRT at did not meet industry practices for a large industrial plant."[27] Industrial
8  practices such as API Recommended Practice (RP) 750 (for refinery safety) and NFPA standards (like NFPA
9  654 for combustible dust) are considered acceptable best practice The OSHA required Process Safety
10  Management (PSM) regulations, which mandate employers to document that process equipment is designed
11  and maintained in accordance with Recognized and Generally Accepted Good Engineering Practices
12  (RAGAGEP)[28] was also not done by PHRT or LTBT.

13  A critical failure was also observed in the facility's water systems, where water was adequately transferred
14  to the South Dome but failed to reach the North Dome's Rainbird system nozzles due to an impasse believed
15  to be caused by either blocked isolation valves or a control fault governing the relevant solenoids and
16  valves[29]. Furthermore, a systemic issue with maintenance was identified, as "many process components
17  appear not have been adequately inspected or maintained for significant periods," raising concerns that the

---

[27] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-
2025.pdf, page 23 OPINION #1
[28] 29 CFR § 1910.119 (d)(3)(ii)
[29] PHRT-Wooten 000002 (located in document "16.pdf

1  equipment was not operable for routine or emergency service[30]. Note: The full context of operations and
2  maintenance activities is detailed in the Management section.

### 2.3.2 Procedure

4  The incident was significantly impacted by widespread procedural deficiencies. Specifically, the third-party
5  contractor responsible for managing the coke[31] lacked any formal procedures to address the possibility of
6  smoldering[32]. This lack of written guidance extended to critical safety systems, as no Preventive Maintenance
7  (PM) procedures were available for the periodic testing of the domes' Rainbird System[33]. The foundational
8  federal requirements include the development of an Emergency Action Plan (EAP)[34] and a comprehensive
9  Hazard Communication (HazCom) program[35]. These severe non-compliance examples, which directly
10 contributed to Ms. Wooten not being informed of the hazard and lacking necessary PPE, indicate a failure
11 to adhere not only to federal regulations but also to recognized industry guidance, such as API Recommended
12 Practice (RP) 750 series for process safety management and NFPA standards (e.g., NFPA 654) regarding
13 combustible dust handling and fire prevention systems.

14 Furthermore, the facility, PHRT, could not provide current operating procedures or operator training records,
15 instead relying entirely on Lead Shift Supervisors and operator professional experience for guidance[36].

16 The minimal procedures available for review during the analysis make it impossible to rule out personnel
17 error as a causal factor. These procedural gaps were compounded by apparent failures in internal
18 communication and resource provision, as exemplified by Ms. Wooten's testimony that no one informed her
19 about the incident at the gate and that she did not request PPE because she had never been required to do
20 so previously[37]. The communication breakdowns are elaborated on in the personnel section. The full context
21 of these procedural failures and the oversight by PHRT and LTBR is further discussed in the Management
22 section.

### 2.3.3 Personnel

24 Personnel error emerged as a significant causal factor, stemming from a pervasive environment of inattention
25 to detail and a failure to act on known hazards. The presence of smoldering petroleum coke product, which
26 persisted for multiple (four)[38] days throughout the time Ms. Wooten visited the refinery, constituted an
27 inadequate work environment and demonstrated a failure to contain an existing occupational health issue.
28 This lack of situational awareness was compounded by noted verbal communication problems, as Ms.
29 Wooten's testified[39].

30 Crucially, the situation was exacerbated by mismanagement among the multiple onsite companies with
31 varying authority and responsibility, leading to human error due to grossly lacking site safety procedures
32 and practices. Procedural deficiencies are described in 2.3.2 Procedure.

33 Specific errors include PHRT's action on August 7, 2022, when they" opened the north petroleum coke dome's
34 access door late in the day, which allowed more air to be drawn into the dome, effectively fanning the

---

[30] PHRT GDC Inspection Report 10 21 FNL.EB.docx
[31] Savage
[32] PHRT-Wooten 000008
[33] PHRT-Wooten 000008
[34] 29 CFR 1910.38
[35] 29 CFR 1910.1200
[36] (PHRT GDC Inspection Report 10 21 FNL.EB.docx
[37] Wooten deposition pages 41-55
[38] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
[39] Wooten deposition pages 41-55

1  flames of the fire"[40]. This action reflects poor judgment, especially since PHRT understood that petroleum
2  coke is subject to spontaneous combustion but chose to inaccurately characterize the emergency as mere
3  "smoldering"[41]. Ultimately, "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4)
4  days before Nicole Wooten was given access to the tugboat dock."[42], highlighting a critical four-day period
5  of personnel failure in hazard communication and isolation.

### 2.3.4 Design

6
7  The causal category of Design cannot be ruled out as a contributing factor due to a fundamental lack of
8  available information regarding the facility's engineering basis. Specifically, PHRT could not provide
9  documentation confirming that its process design complies with recognized and generally accepted industry
10  practices[43]. In the incident investigation conducted by the EPA, a deficiency was noted in the documentation
11  or lack thereof of process design requirements. This noncompliance with recognized and generally accepted
12  industry practices ("RAGAGEP") is required by OSHA[44] but was not upheld at the facility.

**Design a Safe Facility**

PHRT could not provide documentation that its process design complies with recognized and generally
accepted industry practices.

13

14  *Figure 4: EPA inspection findings: design a safe facility[45]*

15  The overall insufficient design information available at the time of drafting the report prevents a complete
16  assessment of whether deficiencies in the original or modified process design contributed to the failure chain.

### 2.3.5 Training

17
18  The incident analysis points to a significant training deficiency, evidenced by Ms. Wooten's deposition
19  testimony that she never watched any safety videos while at the refinery or terminal[46]. This complete lack of
20  documented training indicates a failure by the facility to ensure personnel, including visitors or contractors,
21  were adequately informed about site-specific hazards and emergency procedures.

22  This finding contrasts sharply with OSHA requirements, which mandate that employers provide
23  comprehensive training to ensure that employees, and those performing work on site, can perform their duties
24  safely and are knowledgeable about existing hazards. Key OSHA standards, such as those governing
25  Hazard Communication[47] and Personal Protective Equipment (PPE)[48], require employers to train employees
26  on the chemical hazards they are exposed to and the proper use, limitations, and maintenance of PPE.
27  Furthermore, OSHA often requires emergency action plan training[49] and specific procedure training (e.g.,

---

[40] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf Mahr page 23 OPINION #6
[41] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4
[42] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
[43] PHRT GDC Inspection Report 10 21 FNL.EB.docx
[44] 29 CFR § 1910.119 (d)(3)(ii)
[45] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[46] Wooten deposition pages 41-55
[47] 29 CFR 1910.1200 Training hazard com
[48] ($29 CFR 1910.132$ Training PPE
[49] 29 CFR 1910.38 emergency action plan training

Lockout/Tagout, Confined Spaces), all of which are rendered ineffective without verifiable documentation that training occurred. The absence of even basic safety video training for personnel accessing the site strongly suggests a failure to meet these fundamental regulatory obligations.

### 2.3.6 Management

The Management category is identified as the Root Cause[50] of this incident. Following the DOE Root Cause Analysis guidance, the deficiencies in management represent the most fundamental, correctable cause that, if addressed, would prevent recurrence of this and similar events across the organization. The extensive failures noted in the sections of this report— 2.3.1 Equipment or materials 2.3.2 Procedure, 2.3.3 Personnel, 2.3.4 Design, 2.3.5 Training, and External phenomena —are all symptomatic of a deeply flawed management system, which included inadequate administrative controls, inadequate work organization and planning, and inadequate supervision. This systemic failure was compounded by the presence of multiple other companies onsite with inefficient and uncoordinated safety operations[51] on a shared site, illustrating a critical failure to manage complex contractual and operational interfaces. "EPA's Inspection identified a number of problems at the Facility, including violations of the general duty set forth in Section 112(r)(1) of the Clean Air Act ("CAA"), 42 D.S.C. § 7412(r)(1)."[52] In accordance with the definition of Root Cause provided by the DOE RCA guidance document, if corrections are made to management deficiencies discussed below, the incident causing harm to Ms. Wooten more likely than not, would have been prevented.

The most fundamental issue is a safety policy not adequately defined, disseminated, or enforced. This is confirmed by the EPA inspection that determined many deficiencies across site operations and documentation. For example, the decision to allow a known hazard—the smoldering petroleum coke fire—to persist for four[53] days before Ms. Wooten's site access, coupled with the absence of training and proper PPE provision, demonstrates a failure at the highest administrative level to prioritize safety[54] over operational continuity. "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"[55] [56]"PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." [57]The decision to characterize a fire as "smoldering" and the failure to maintain critical safety equipment like the Rainbird system's PM procedures are direct consequences of a management system that tolerates unacceptable risk.

Effective safety management is defined by the OSHA Hierarchy of Controls[58], which provides a framework for how hazards should be managed on a jobsite.

---

[50] Figure 2: RCA terms and definitions

[51] API Standard 2220 – Contractor Safety Performance Process

[52] EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf'

[53] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5

[54] API 754 - Process Safety Performance Indicators for the Refining and Petrochemical Industries

[55] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[56] - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[57] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

[58] Identifying Hazard Control Options: The Hierarchy of Controls (OSHA)



1

2   *Figure 5: OSHA Hierarchy of Controls[59]*

3   In this case, management failed across multiple levels of the hierarchy: they failed at the Administrative
4   Control level by not defining or enforcing procedures[60] (e.g., coke handling[61], Rainbird system PM) and by
5   allowing personnel to operate without necessary training[62]; and they failed at the most basic level by not
6   ensuring the hazard was Eliminated or Engineered out of existence (e.g., ensuring the water delivery system
7   was operable to extinguish the fire)[63]. Instead of relying on the ***most effective*** controls at the top of the
8   hierarchy such as Elimination or Engineering Controls, management also failed to mitigate a known hazard
9   by even failing to implement ***least effective*** hazard control of providing the worker with PPE. Management
10  failed to even communicate with Ms. Wooten about the incident at the gate when she entered the site[64].

11  Federally mandated requirements include "administrative or engineering controls must first be determined
12  and implemented whenever feasible. When such controls are not feasible to achieve full compliance,
13  protective equipment or any other protective measures shall be used to keep the exposure of employees to
14  air contaminants within the limits prescribed in this section."[65] The necessary controls were not determined nor
15  implemented to prevent the incident from occurring by LTBT and/or PHRT. Protective equipment such as

---

[59] Identifying Hazard Control Options: The Hierarchy of Controls (OSHA)
[60] 2.3.2 Procedure
[61] NFPA 654 – Standard for the Prevention of Fire and Dust Explosions from the Manufacturing, Processing and Handling of Combustible Particulate Solids
[62] 2.3.5 Training
[63] 2.3.1 Equipment or materials, 2.3.4 Design, and External phenomena
[64] Wooten deposition, pages 41-55
[65] 29 CFR 1910.1000(e), https://www.ecfr.gov/current/title-29/part-1910/section-1910.1000#p-1910.1000(e)

1  respiratory PPE was not used to prevent Ms. Wooten from sustaining harm from being onsite while the
2  petroleum coke was permitted to smolder. Such inactions are excessively negligent.



3

4  *Figure 6: Hazard controls required for air contaminants[66]*

5  "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for
6  over one (1) year. This is contrary to accepted industry practices"[67] "The primary cause of the coke
7  smoldering was due to the coke not being managed properly for long term storage." [68]This culmination of
8  complete management failure of mitigating a known hazard resulted directly in the incident. Ultimately, the
9  systemic breakdown in policy, procedure enforcement, and effective coordination among companies and
10 contractors on site points unequivocally to management as the root cause that fostered the environment for
11 this incident to occur.

12 During the EPA inspection, the lack of documentation of the most recent Process Hazard Analysis ("PHA") was
13 unable to be produced by PHRT. PHRT had not conducted their own hazard assessment[69] as reproduced in
14 Figure 7: EPA inspection findings: chemical and process hazard identification. "The purpose of this section [of
15 the OSHA regulations] is to ensure that the hazards of all chemicals produced or imported are classified,
16 and that information concerning the classified hazards is transmitted to employers and employees"[70] PHRT
17 and LTBR failed to communicate hazards to personnel onsite, including Ms. Wooten.

---

[66] 29 CFR 1910.1000(e), emphasis added
[67] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf
[68] PHRT-Wooten 000009 (located in document "16.pdf")
[69] 29 CFR 1910.119 - Process safety management of highly hazardous chemicals.
[70] 29 CFR 1910.1200 – Hazard communication

## Chemical and Process Hazard Identification

Facility representatives provided the EPA Inspectors with Safety Data Sheets for certain on-site hazardous materials, which are also available online.

The most recent Process Hazard Analysis for the Refinery was performed in 2019-2020 by an outside consultant (Primatech) for LTBR, the prior owner. PHRT could not provide a copy of this analysis.

PHRT could not provide a current hazard assessment for the processes that presently contain extremely hazardous substances at the Facility. A hazard identification and review, including process configuration, maintenance, hazard recognition, and the effectiveness of emergency shutdown and response procedures, has not been performed by PHRT.

*Figure 7: EPA inspection findings: chemical and process hazard identification[71]*

Even simple operating procedures and required training records could not be produced by PHRT as reported in Figure 8: EPA inspection findings: facility safety.

## Maintain a Safe Facility

Operating Procedures and Operator Training

Current PHRT operating procedures and operator training records could not be provided. PHRT stated it relies on Lead Shift Supervisors and operator professional experience for its current operating procedures.

*Figure 8: EPA inspection findings: facility safety[72]*

Similarly, no preventative maintenance program was in place evidenced by "a systematic lack of maintenance" during the EPA inspection. These findings are reproduced below in Figure 9: EPA inspection findings: maintenance. "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant."[73]

---

[71] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[72] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[73] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

## Maintenance

The facility does not have a preventative maintenance program, and facility personnel stated that there are currently no formal process unit inspections. A preventative maintenance program should include the following: schedules for inspections of equipment; records of when inspections and tests were last conducted; records of any repairs that have been made; the schedule for future inspections, tests, and/or replacement of equipment, as well as documentation demonstrating that inspections comply with applicable industry codes and standards. PHRT representatives stated the following: that unit operators perform daily walkthroughs for each unit to record gauges and unit conditions, etc.; that operators normally address routine issues; and that area supervisors are notified of issues that require further attention from the maintenance department. However, as discussed below, during the Facility tour, the EPA Inspectors observed conditions demonstrating a systemic lack of maintenance.

*Figure 9: EPA inspection findings: maintenance[74]*

While PHRT reported daily walk-throughs, documentation was not provided to EPA during the inspection. More consequential is the lack of recent PSM audit of the facility. Figure 10: EPA inspection findings: PSM audit non-compliance below states these significant findings.

## Self Audit

PHRT did not have access to the previous operator's most recent three-year Process Safety Management/Risk Management Plan audit for the facility, and PHRT has not performed a process safety audit. Facility representatives stated that safety walk-throughs are performed daily by refinery operators and Lead Area Supervisors, but documentation was not provided.

*Figure 10: EPA inspection findings: PSM audit non-compliance[75]*

Lastly, extreme corrosion was noted in the EPA inspection, as Figure 11: EPA inspection findings: corrosion uncontrolled highlights. OSHA guidance on PSM notes the importance of considering corrosion effects: "The information to be compiled about the chemicals, including process intermediates, needs to be comprehensive enough for an accurate assessment of the fire and explosion characteristics, reactivity hazards, the safety and health hazards to workers, and the **corrosion** and erosion effects on the process equipment and monitoring tools. Current material safety data sheet (MSDS) information can be used to help meet this requirement, which must be supplemented with process chemistry information including runaway reaction and over pressure hazards if applicable."[76]

[74] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[75] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[76] OSHA on PSM guidance by EPA, emphasis added

Numerous examples of corrosion, including extreme corrosion and in many cases to a degree resulting in extreme deterioration (exfoliation), were observed on process valves, flanges, pipes, nuts/bolts, and pressure relief devices in all unit processes. Many process components appear not have been adequately inspected or maintained for significant periods and may not be operable or at least fully operable for routine service or in an emergency (as documented in Inspection Photos). Gaskets were also observed in poor condition, and many exhibited severe corrosion. Corrosion on these process components to such a visible degree demonstrates severely compromised integrity and operability. These conditions demonstrate a risk of imminent release of extremely hazardous substances. Because of this degree of corrosion, the vessels, piping, and/or valves may fail, resulting in a catastrophic release.

*Figure 11: EPA inspection findings: corrosion uncontrolled[77]*

The examples provided above confirm the systematic failures in administrative controls, policy definition, and inter-company safety coordination represent the fundamental, overarching management failure that created the environment and conditions necessary for this incident to occur, making inadequate management enforced safety culture the underlying Root Cause of the preventable injuries and harm to Ms. Wooten.

## 2.3.6   External phenomena

Contributing factors to the incident are External Phenomena, specifically weather and ambient conditions interacting with the pre-existing fire hazard. The year 2022 was characterized as a "very dry and hot year"[78], creating environmental conditions that increased the intensity of the fire hazard. The historical weather conditions on the day of the incident are provided in Figure 12: Historical weather conditions on August 8, 2022.

---

[77] PHRT GDC Inspection Report 10 21 FNL.EB.docx https://www.epa.gov/system/files/documents/2022-10/NEW%20EPA%E2%80%99s%20Sept.%202022%2C%20Inspection%20Report%20Port%20Hamilton%20Refining%20and%20Transportation%20LLLP%2C%20CAA%20General%20Duty%20Clause%20.pdf
[78] PHRT-Wooten 000008

*Figure 12: Historical weather conditions on August 8, 2022[79]*

The most direct external influence on Ms. Wooten's contamination exposure was the local wind pattern. "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." [80]This directional transport resulted in Ms. Wooten being "directly downstream of the fire in the north petroleum coke dome." placing her immediately in the path of the plume of contamination.[81]

The scientific evaluation of respiratory contaminant exposure relies on a structured methodology mandated by occupational health and safety standards. Enforcement is primarily driven by OSHA Permissible Exposure Limits (PELs)[82], supplemented by best practice standards like the ACGIH Threshold Limit Values (TLVs), which define acute limits such as the Short-Term Exposure Limit (STEL), time weighted average (TWA) limits, and Ceiling Limit. The quantification of exposure requires characterizing the Source Term and Pathway, contamination monitoring data, assumptions, and utilizes air dispersion modeling (such as Gaussian Dispersion Models, guided by EPA methodology) to estimate the contaminant concentration at the receptor. This predicted concentration, along with the exposure time, is used to calculate the Inhaled Dose. OSHA's focus is the hazard at the Receptor, Ms. Wooten in this case. OSHA does not differentiate between point source or fugitive emissions when evaluating employee health. If the smoke, whether fugitive or not, reaches the individual at a concentration exceeding the Permissible Exposure Limits (PELs) defined in 29 CFR §

---

[79] https://www.timeanddate.com/weather/@7267902/historic?month=8&year=2022
[80] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf
[81] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf
[82] 29 CFR 1910.1000, Air contaminants, https://www.ecfr.gov/current/title-29/section-1910.1000

1    1910.1000, it is an OSHA violation. However, it is noted that the actual contaminant exposure modeling and
2    the site-specific review of whether the resulting concentrations exceeded these regulatory limits were
3    determined to be outside the scope of this preliminary report at this time. Refer to the discussion in section
4    2.3.6 Management which outlines the root cause of the injuries sustained by Ms. Wooten while working at
5    the LTBT/PHRT facility. Had the proper safety policy and hazard controls been in place and enforced by
6    PHRT and LTBT management personnel, regardless of the quantification of the exposure, the incident more
7    likely than not would have been prevented.

## 2.4    Act: Causal analysis summary

8
9    A summary of the subcategories of the causal factor analysis described above is provided in Figure 13:
10   Causal analysis summary. Refer to Appendix D: Causal factor worksheets for the completed worksheets for
11   this analysis.

| PROBLEM / DEFICIENCY CATEGORY | DIRECT CAUSE | ROOT CAUSE | CONTRIBUTING CAUSE |
|---|---|---|---|
| Equipment / Material Problem | | | 1F |
| Procedure Problem | | | 2A, 2B |
| Personnel Error | | | 3A, 3B, 3D, 3E |
| Design Problem | N/A | N/A | N/A |
| Training Deficiency | | | 5A |
| Management Problem | | 6A, 6B, 6C, 6E, 6F | |
| External Phenomenon | | | 7A, 7C |

12   *Figure 13: Causal analysis summary*

## 3.   Conclusions

13
14   The discussion above incorporates all nine (9) of the opinions I have adopted of of Mr. Daniel Mahr's Report
15   dated August 14, 2025 including:

16   1.   "The maintenance performed by PHRT at did not meet industry practices for a large industrial plant."
17        -      EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-
18        (Revised)-08-12-2025.pdf, page 23 OPINION #1
19   2.   "Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended
20        for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-
21        Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf,   page   23
22        OPINION #2
23   3.   "Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT,
24        they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-
25        RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-
26        12-2025.pdf, page 23 OPINION #3
27   4.   "PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to
28        characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-
29        Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4
30   5.   "PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole
31        Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-
32        Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5
33   6.   "By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed
34        more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-
35        Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf,   page   23
36        OPINION #6

7. "On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7

8. "On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8

9. "PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9

Based on my review of the case materials available to date, experience with oil and gas operational and safety management best practices and regulations, and by applying the engineering methods of PDCA and RCA described in this report, a summary of my additional opinions include:

1. Defendants, as the facility owner and operator or on the operating permits issued under Title V of the U.S. Environmental Protection Agency (EPA) Clean Air Act, failed to uphold the reasonable and expected duty of care to safely operate, store, handle and transport oil and gas products.
   a. Defendants were grossly negligent
   b. Defendants were negligent
   c. Defendants failed to warn Plaintiff of dangerous conditions
   d. Defendants maintained an abnormally dangerous condition
   e. Defendants maintained a dangerous nuisance

2. The respiratory contaminant exposure of the smoldering petroleum coke dispersed by air to Ms. Wooten was considered, but the modeling and quantification of such exposure is outside of the scope of this preliminary report.

3. The injuries Ms. Wooten sustained while onsite at LTBT and PHRT were preventable.

4. **The Management Failure by Defendants is the fundamental Root Cause of this incident. Had the defendants properly implemented and adhered to safe operating policies and procedures while Ms. Wooten visited the facility as part of her job responsibilities, this incident more likely than not would not have occurred.**

5. Other Contributing Factors by Defendants contributed to the incident include inadequate procedures and training, personnel error, material problem, and external phenomenon such as the local weather and air conditions.

6. Defendants should have identified, mitigated, and communicated the risks present at the facility to persons on site in order to prevent this incident from occurring.

   It is my professional opinion the respiratory injury to Ms. Wooten is due to a root cause of a management failure by the Defendants. Insufficient training and procedures also contributed to the incident. Defendants' procedures and training were not in accordance with the facility safety programs in place nor were they meeting the industry standard of care. Despite knowing the hazards present and being aware of the risk of operating within a petroleum facility, Defendant's safety practices were insufficient to maintain a safe working environment. Defendants acted willfully and were negligent. This incident was preventable.

## 5. References

American Petroleum Institute (API). (2019). *API RP 54 Occupational Safety and Health for Oil and Gas Well Drilling and Servicing Operations (4th ed.)*. Washington, D.C.: API.

American Petroleum Institute. (2020). *API 1173 Pipeline Safety Management Systems*. Washtington, DC: API.

Project Management Institute (PMI). (2017). *A guide to the Project Management Body of Knowledge (PMBOK guide) (6th ed.)*. Pennsylvania: PMI.

U.S. Department of Energy. (1992). *DOE-NE-STD-1004-92 Root Cause Analysis Guidance Document*. Washington, D.C.

## 2    Appendices

Appendix A: Documents

1    Appendix B: Expert's statement of qualifications

2    Appendix C: Expert's statement of compensation

3    Appendix D: Causal factor worksheets

4    Appendix E: Preliminary report of Mr. Daniel Mahr dated August 14, 2025

5

# Appendix A: Documents provided

1
2

| Number | File Name | Type |
|---|---|---|
| 1 | AFFIDAVIT-IN-Affirmation-of-Barry-Guilbeau-06-09-2025.pdf | .pdf |
| 2 | AFFIDAVIT-IN-Affirmation-of-George-Williams-06-06-2025.pdf | .pdf |
| 3 | Defense Expert Report Disclosures-10-06-2025.pdf | .pdf |
| 4 | EXPRT-RPT-IN-CV-of-Defs-Expert-Jeffrey-Carey-Wolkowicz-09-02-2025.pdf | .pdf |
| 5 | EXPRT-RPT-IN-CV-of-Dr-Sriram-I-Paramesh-09-09-2025.pdf | .pdf |
| 6 | EXPRT-RPT-IN-Expert-Report-from-Dr-William-R-Sawyer-10-07-2025.pdf | .pdf |
| 7 | EXPRT-RPT-IN-Initial-Interview-Policy-from-Intergrity-Rehabilitation-from-Defs-09-02-2025.pdf | .pdf |
| 8 | EXPRT-RPT-IN-Trials-&-Deposition-List-for-Dr-William-R-Sawyer-10-07-2025.pdf | .pdf |
| 9 | DEPO-IN-dated-04-11-25-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf | .pdf |
| 10 | DEPO-IN-dated-04-14-25-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Arhmad-Charles-04-18-2025.pdf | .pdf |
| 11 | DEPO-IN-dated-04-15-25-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 12 | DEPO-IN-dated-04-15-25-Exhibits-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 13 | DEPO-IN-dated-04-15-25-Exhibits-[101]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 14 | DEPO-IN-dated-04-15-25-Exhibits-[115]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 15 | DEPO-IN-dated-04-15-25-Exhibits-[116]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.mov | .mov |
| 16 | DEPO-IN-dated-04-15-25-Exhibits-[176]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.pdf | .pdf |
| 17 | DEPO-IN-dated-04-15-25-Exhibits-[176]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.xlsx | .xlsx |
| 18 | DEPO-IN-dated-04-15-25-Exhibits-[213-248]-for-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-et-al-05-14-2025.pdf | .pdf |
| 19 | DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF | .PDF |
| 20 | DEPO-IN-dated-06-03-25-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf | .pdf |
| 21 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Curtis-Green-07-23-2025.mp4 | .mp4 |
| 22 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Curtis-Green-07-23-2025.pdf | .pdf |
| 23 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-(Ex-176)-07-23-2025.xlsx | .xlsx |
| 24 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-07-23-2025.mp4 | .mp4 |
| 25 | DEPO-IN-dated-07-09-25-Oral-Deposition-of-Mark-Johansen-07-23-2025.pdf | .pdf |
| 9 | DEPO-IN-dated-04-11-25-Mini-Oral-Depo-of-Catherine-Elizee-05-14-2025.pdf | .pdf |
| 10 | DEPO-IN-dated-04-14-25-Mini-Oral-30(b)(6)-Depo-of-LBT-by-Jeffrey-Arhmad-Charles-04-18-2025.pdf | .pdf |
| 11 | DEPO-IN-dated-04-15-25-Mini-30(b)(6)-Depo-of-PHRT-by-Fermin-Rodriguez-&-Personally-05-14-2025.pdf | .pdf |
| 12 | DEPO-IN-dated-05-19-25-Mini-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF | .PDF |

| 13 | DEPO-IN-dated-06-03-25-Mini-Videorecorded-Oral-Depo-of-Stewart-Tanner-06-09-2025.pdf | .pdf |
|---|---|---|
| 14 | DEPO-IN-dated-07-09-25-Mini-Oral-Deposition-of-Curtis-Green-07-23-2025.pdf | .pdf |
| 15 | DEPO-IN-dated-07-09-25-Mini-Oral-Deposition-of-Mark-Johansen-07-23-2025.pdf | .pdf |
| 16 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[TS000001-000008]-09-11-2025.pdf | .pdf |
| 17 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-28-22]-09-11-2025.mp4 | .mp4 |
| 18 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-29-22]-09-11-2025.mp4 | .mp4 |
| 19 | SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video]-09-11-2025.MOV | .MOV |
| 20 | -8-5-2022 Tank 7401 NW.xlsx | .xlsx |
| 21 | 6-29 to 8-5-2022 SE Admin Parking.xlsx | .xlsx |
| 22 | 7-1 to 8-3-2022 SW Tank 7507.xlsx | .xlsx |
| 23 | 7-1 to 8-5-2022 NW Tank 7401.xlsx | .xlsx |
| 24 | 7-1 to 8-5-2022 NW Tank 7501.xlsx | .xlsx |
| 25 | 7-1 to 8-5-2022 W SCPC.xlsx | .xlsx |
| 26 | 7-1 to 8-6-2022 NW Gate 2.xlsx | .xlsx |
| 27 | 7-1 to 8-6-2022 NW Tank 6819.xlsx | .xlsx |
| 28 | 8-11-2022 SCPC West.xlsx | .xlsx |
| 29 | 8-15-16 2022 Tank 6819 NW .xlsx | .xlsx |
| 30 | 8-16-2022 Tank 7507 SW.xlsx | .xlsx |
| 31 | 8-21-22 2022 Tank 7401 NW.xlsx | .xlsx |
| 32 | 8-4-5 2022 Tank 7501 NW.xlsx | .xlsx |
| 33 | 8-5-2022 Tank 7401 NW.xlsx | .xlsx |
| 34 | 8-5-72022   Admin Parking Lot SE  .xlsx | .xlsx |
| 35 | 8-6-8 2022 Gate 2 Parking Lot West.xlsx | .xlsx |
| 36 | 8-7-8 2022 Tank 7501 NW.xlsx | .xlsx |
| 37 | 8-7-8 2022 TK 7507 SW.xlsx | .xlsx |
| 38 | 8-8-10 2022 Admin Parking Lot SE.xlsx | .xlsx |
| 39 | 8-8-2022 Tank 7401 NW.xlsx | .xlsx |
| 40 | 8-8-92022 TK 7507 SW.xlsx | .xlsx |
| 41 | 8-9-10 2022 Tank 6819 NW .xlsx | .xlsx |
| 42 | 8-9-2022 Tank 7401 NW.xlsx | .xlsx |
| 43 | 8-9-2022 Tank 7501 NW.xlsx | .xlsx |
| 44 | DISC-IN-Def-PHRTs-production-of-[08-20-23-2022-Dome-1-TimeWise-dls-report]-03-14-2025.xlsx | .xlsx |
| 45 | DISC-IN-Def-PHRTs-production-on-[08-19-20-22-Dome-1-Datalog-Summary-Report]-03-14-2025.xlsx | .xlsx |
| 46 | PHRT Admin Bldg. SE Fenceline Air Monitoring Reports .xlsx | .xlsx |
| 47 | PHRT Gate 2 NW  Fenceline Air Monitoring Reports.xlsx | .xlsx |
| 48 | PHRT SCPC West Fenceline Air Monitoring Reports xlsx.xlsx | .xlsx |
| 49 | PHRT Tank 6819 NW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 50 | PHRT Tank 7401 NW Fenceline Air Monitoring Data Log Reports .xlsx | .xlsx |

Exhibit D

| 51 | PHRT Tank 7501 NW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 52 | PHRT Tank 7507 SW Fenceline  Air Monitoring Data Log Reports .xlsx | .xlsx |
| 53 | 2022-08-04 07-16-50 IMG_8604.JPG | .JPG |
| 54 | 2022-08-04 13-08-06 IMG_8586.JPG | .JPG |
| 55 | 2022-08-04 13-08-08 IMG_8587.JPG | .JPG |
| 56 | 2022-08-06 18-15-26 IMG_7317.JPG | .JPG |
| 57 | 2022-08-06 18-52-30 IMG_7321.JPG | .JPG |
| 58 | 2022-08-07 09-31-49 IMG_8616.JPG | .JPG |
| 59 | 2022-08-07 09-32-19 IMG_8617.JPG | .JPG |
| 60 | 2022-08-07 09-33-19 IMG_8618.JPG | .JPG |
| 61 | 2022-08-07 09-33-26 IMG_8619.JPG | .JPG |
| 62 | 2022-08-07 09-34-13 IMG_8620.JPG | .JPG |
| 63 | 2022-08-07 09-35-13 IMG_8621.JPG | .JPG |
| 64 | 2022-08-07 11-17-19 IMG_8624.JPG | .JPG |
| 65 | 2022-08-07 13-56-14 IMG_8635.JPG | .JPG |
| 66 | 2022-08-07 14-04-46 IMG_8636.JPG | .JPG |
| 67 | 2022-08-07 14-04-55 IMG_8637.JPG | .JPG |
| 68 | 2022-08-07 15-28-09 IMG_8646.JPG | .JPG |
| 69 | 2022-08-07 17-10-07 IMG_8669.JPG | .JPG |
| 70 | 2022-08-07 17-13-51 IMG_8676.JPG | .JPG |
| 71 | 2022-08-07 18-06-25 IMG_8702.JPG | .JPG |
| 72 | 2022-08-08 14-30-29 IMG_0057.JPG | .JPG |
| 73 | 2022-08-08 18-27-52 IMG_8685.JPG | .JPG |
| 74 | 2022-08-09 05-22-27 IMG_0355.JPG | .JPG |
| 75 | 2022-08-09 05-22-39 IMG_0356.JPG | .JPG |
| 76 | 2022-08-09 05-23-12 IMG_8668.JPG | .JPG |
| 77 | 2022-08-09 05-23-14 IMG_0359.JPG | .JPG |
| 78 | 2022-08-10 06-48-49 IMG_8705.JPG | .JPG |
| 79 | 2022-08-10 07-14-01 IMG_8719.JPG | .JPG |
| 80 | 2022-08-11 14-49-45 IMG_8717.JPG | .JPG |
| 81 | 2022-08-11 16-17-56 IMG_8737.JPG | .JPG |
| 82 | 2022-08-12 03-39-06 IMG_8727.JPG | .JPG |
| 83 | 2022-08-12 03-43-39 IMG_8734.JPG | .JPG |
| 84 | 2022-08-12 03-43-54 IMG_8735.JPG | .JPG |
| 85 | 2022-08-12 03-45-12 IMG_8736.JPG | .JPG |
| 86 | 2022-08-12 03-45-45 IMG_8754.JPG | .JPG |
| 87 | 2022-08-12 15-16-08 IMG_8775.JPG | .JPG |
| 88 | 2022-08-13 14-40-35 IMG_8772.JPG | .JPG |
| 89 | 2022-08-13 20-11-04 IMG_8782.JPG | .JPG |
| 90 | 2022-08-13 20-14-30 IMG_8790.JPG | .JPG |
| 91 | 2022-08-13 20-17-43 IMG_8784.JPG | .JPG |
| 92 | 2022-08-13 20-25-14 IMG_8792.JPG | .JPG |
| 93 | 2022-08-14 06-59-58 IMG_8793.JPG | .JPG |

| 94 | 2022-08-14 07-00-05 IMG_8795.JPG | .JPG |
|-----|----------------------------------|------|
| 95 | 2022-08-14 07-00-43 IMG_8794.JPG | .JPG |
| 96 | 2022-08-14 07-01-38 IMG_8796.JPG | .JPG |
| 97 | 2022-08-14 07-02-12 IMG_8812.JPG | .JPG |
| 98 | 2022-08-14 09-20-27 IMG_0075.JPG | .JPG |
| 99 | 2022-08-14 09-20-32 IMG_0076.JPG | .JPG |
| 100 | 2022-08-14 09-21-38 IMG_0077.JPG | .JPG |
| 101 | 2022-08-14 09-21-45 IMG_0078.JPG | .JPG |
| 102 | 2022-08-14 09-21-51 IMG_0079.JPG | .JPG |
| 103 | 2022-08-14 09-22-01 IMG_0080.JPG | .JPG |
| 104 | 2022-08-14 09-22-05 IMG_0081.JPG | .JPG |
| 105 | 2022-08-14 09-22-08 IMG_0082.JPG | .JPG |
| 106 | 2022-08-14 09-22-13 IMG_0083.JPG | .JPG |
| 107 | 2022-08-14 12-45-37 IMG_8811.JPG | .JPG |
| 108 | 2022-08-14 12-47-59 IMG_8853.JPG | .JPG |
| 109 | 2022-08-14 17-38-44 IMG_8816.JPG | .JPG |
| 110 | 2022-08-14 17-40-02 IMG_8817.JPG | .JPG |
| 111 | 2022-08-15 19-13-39 IMG_8827.JPG | .JPG |
| 112 | 2022-08-15 19-13-54 IMG_8828.JPG | .JPG |
| 113 | 2022-08-16 05-40-11 IMG_8829.JPG | .JPG |
| 114 | 2022-08-16 05-40-32 IMG_8830.JPG | .JPG |
| 115 | 2022-08-16 05-40-41 IMG_8831.JPG | .JPG |
| 116 | 2022-08-16 05-40-44 IMG_8832.JPG | .JPG |
| 117 | 2022-08-16 05-41-36 IMG_8833.JPG | .JPG |
| 118 | 2022-08-16 05-41-40 IMG_8834.JPG | .JPG |
| 119 | 2022-08-16 05-43-23 IMG_8835.JPG | .JPG |
| 120 | 2022-08-16 05-44-21 IMG_8837.JPG | .JPG |
| 121 | 2022-08-16 05-45-44 IMG_8838.JPG | .JPG |
| 122 | 2022-08-16 05-45-50 IMG_8839.JPG | .JPG |
| 123 | 2022-08-16 05-46-26 IMG_8840.JPG | .JPG |
| 124 | 2022-08-16 05-46-36 IMG_8841.JPG | .JPG |
| 125 | 2022-08-16 05-47-22 IMG_8843.JPG | .JPG |
| 126 | 2022-08-16 05-47-45 IMG_8844.JPG | .JPG |
| 127 | 2022-08-16 05-47-50 IMG_8845.JPG | .JPG |
| 128 | 2022-08-16 05-47-54 IMG_8846.JPG | .JPG |
| 129 | 2022-08-16 05-48-11 IMG_8847.JPG | .JPG |
| 130 | 2022-08-16 05-48-34 IMG_8848.JPG | .JPG |
| 131 | 2022-08-16 05-48-37 IMG_8849.JPG | .JPG |
| 132 | 2022-08-16 05-49-00 IMG_8850.JPG | .JPG |
| 133 | 2022-08-16 05-49-05 IMG_8851.JPG | .JPG |
| 134 | 2022-08-16 05-49-10 IMG_8852.JPG | .JPG |
| 135 | 2022-08-16 06-06-10 IMG_8860.JPG | .JPG |
| 136 | 2022-08-16 06-06-16 IMG_8854.JPG | .JPG |

| 137 | 2022-08-16 14-39-09 IMG_8856.JPG | .JPG |
|-----|-----------------------------------|------|
| 138 | 2022-08-16 16-15-13 IMG_8857.JPG | .JPG |
| 139 | 2022-08-17 03-58-02 IMG_8858.JPG | .JPG |
| 140 | 2022-08-17 03-59-13 IMG_8859.JPG | .JPG |
| 141 | 2022-08-17 04-00-26 IMG_8864.JPG | .JPG |
| 142 | 2022-08-17 04-00-30 IMG_8861.JPG | .JPG |
| 143 | 2022-08-17 04-00-40 IMG_8862.JPG | .JPG |
| 144 | 2022-08-17 04-07-53 IMG_8863.JPG | .JPG |
| 145 | 2022-08-17 04-08-24 IMG_8901.JPG | .JPG |
| 146 | 2022-08-17 04-08-47 IMG_8865.JPG | .JPG |
| 147 | 2022-08-17 04-09-08 IMG_8866.JPG | .JPG |
| 148 | 2022-08-17 05-59-20 IMG_8867.JPG | .JPG |
| 149 | 2022-08-17 05-59-46 IMG_8868.JPG | .JPG |
| 150 | 2022-08-17 06-03-26 IMG_8870.JPG | .JPG |
| 151 | 2022-08-17 06-03-39 IMG_8871.JPG | .JPG |
| 152 | 2022-08-17 06-04-20 IMG_8872.JPG | .JPG |
| 153 | 2022-08-17 06-05-12 IMG_9078.JPG | .JPG |
| 154 | 2022-08-17 06-05-34 IMG_8874.JPG | .JPG |
| 155 | 2022-08-17 06-06-18 IMG_8875.JPG | .JPG |
| 156 | 2022-08-17 06-07-54 IMG_8876.JPG | .JPG |
| 157 | 2022-08-17 06-14-30 IMG_8880.JPG | .JPG |
| 158 | 2022-08-17 06-21-40 IMG_8881.JPG | .JPG |
| 159 | 2022-08-17 11-39-16 IMG_2026.JPG | .JPG |
| 160 | 2022-08-17 11-52-31 IMG_2057.JPG | .JPG |
| 161 | 2022-08-17 11-53-11 IMG_2060.JPG | .JPG |
| 162 | 2022-08-17 17-08-49 IMG_8888.JPG | .JPG |
| 163 | 2022-08-17 17-29-26 IMG_8889.JPG | .JPG |
| 164 | 2022-08-17 18-36-23 IMG_8893.JPG | .JPG |
| 165 | 2022-08-18 05-38-16 IMG_8907.JPG | .JPG |
| 166 | 2022-08-18 05-43-40 IMG_8905.JPG | .JPG |
| 167 | 2022-08-18 05-44-29 IMG_8906.JPG | .JPG |
| 168 | 2022-08-18 05-50-00 IMG_8918.JPG | .JPG |
| 169 | 2022-08-18 05-50-04 IMG_8908.JPG | .JPG |
| 170 | 2022-08-18 05-50-10 IMG_8909.JPG | .JPG |
| 171 | 2022-08-18 05-50-12 IMG_8910.JPG | .JPG |
| 172 | 2022-08-18 05-51-54 IMG_8916.JPG | .JPG |
| 173 | 2022-08-18 05-51-56 IMG_8917.JPG | .JPG |
| 174 | 2022-08-18 05-51-58 IMG_9004.JPG | .JPG |
| 175 | 2022-08-18 05-52-04 IMG_8919.JPG | .JPG |
| 176 | 2022-08-18 05-52-43 IMG_8923.JPG | .JPG |
| 177 | 2022-08-18 05-52-49 IMG_8924.JPG | .JPG |
| 178 | 2022-08-18 05-54-47 IMG_8925.JPG | .JPG |
| 179 | 2022-08-18 05-54-57 IMG_8926.JPG | .JPG |

| 180 | 2022-08-18 05-54-57 IMG_E8926.JPG | .JPG |
|-----|-----------------------------------|------|
| 181 | 2022-08-18 05-55-00 IMG_8927.JPG | .JPG |
| 182 | 2022-08-18 05-55-00 IMG_E8927.JPG | .JPG |
| 183 | 2022-08-18 05-55-36 IMG_3434.JPG | .JPG |
| 184 | 2022-08-18 06-18-10 IMG_8929.JPG | .JPG |
| 185 | 2022-08-18 06-18-16 IMG_8930.JPG | .JPG |
| 186 | 2022-08-18 06-18-24 IMG_8931.JPG | .JPG |
| 187 | 2022-08-18 06-24-22 IMG_8934.JPG | .JPG |
| 188 | 2022-08-18 06-24-38 IMG_8935.JPG | .JPG |
| 189 | 2022-08-18 06-24-48 IMG_8936.JPG | .JPG |
| 190 | 2022-08-18 06-25-01 IMG_8938.JPG | .JPG |
| 191 | 2022-08-18 06-25-59 IMG_8942.JPG | .JPG |
| 192 | 2022-08-18 07-30-58 IMG_8943.JPG | .JPG |
| 193 | 2022-08-18 08-53-54 IMG_8944.JPG | .JPG |
| 194 | 2022-08-18 08-53-56 IMG_8945.JPG | .JPG |
| 195 | 2022-08-18 08-53-59 IMG_8946.JPG | .JPG |
| 196 | 2022-08-18 08-54-04 IMG_8947.JPG | .JPG |
| 197 | 2022-08-18 08-56-23 IMG_8948.JPG | .JPG |
| 198 | 2022-08-18 12-04-30 IMG_8949.JPG | .JPG |
| 199 | 2022-08-18 12-04-40 IMG_8950.JPG | .JPG |
| 200 | 2022-08-18 12-05-15 IMG_8951.JPG | .JPG |
| 201 | 2022-08-18 13-57-19 IMG_8952.JPG | .JPG |
| 202 | 2022-08-18 13-57-35 IMG_8953.JPG | .JPG |
| 203 | 2022-08-18 17-19-29 IMG_8954.JPG | .JPG |
| 204 | 2022-08-18 18-38-33 IMG_8956.JPG | .JPG |
| 205 | 2022-08-19 04-04-38 IMG_8958.JPG | .JPG |
| 206 | 2022-08-19 04-07-51 IMG_8962.JPG | .JPG |
| 207 | 2022-08-19 04-07-55 IMG_8963.JPG | .JPG |
| 208 | 2022-08-19 04-08-02 IMG_8964.JPG | .JPG |
| 209 | 2022-08-19 04-16-15 IMG_8970.JPG | .JPG |
| 210 | 2022-08-19 04-16-22 IMG_8971.JPG | .JPG |
| 211 | 2022-08-19 04-16-26 IMG_8972.JPG | .JPG |
| 212 | 2022-08-19 04-16-29 IMG_8973.JPG | .JPG |
| 213 | 2022-08-19 04-16-32 IMG_8974.JPG | .JPG |
| 214 | 2022-08-19 04-16-50 IMG_8975.JPG | .JPG |
| 215 | 2022-08-19 04-26-24 IMG_8986.JPG | .JPG |
| 216 | 2022-08-19 04-37-40 IMG_8989.JPG | .JPG |
| 217 | 2022-08-19 04-42-52 IMG_8992.JPG | .JPG |
| 218 | 2022-08-19 04-43-25 IMG_8994.JPG | .JPG |
| 219 | 2022-08-19 06-33-03 IMG_8996.JPG | .JPG |
| 220 | 2022-08-19 06-33-06 IMG_8997.JPG | .JPG |
| 221 | 2022-08-19 06-34-04 IMG_8998.JPG | .JPG |
| 222 | 2022-08-19 06-34-12 IMG_8999.JPG | .JPG |

| 223 | 2022-08-19 06-34-21 IMG_9001.JPG | .JPG |
|-----|----------------------------------|------|
| 224 | 2022-08-19 06-34-40 IMG_9002.JPG | .JPG |
| 225 | 2022-08-19 07-09-58 IMG_9003.JPG | .JPG |
| 226 | 2022-08-19 07-10-17 IMG_9084.JPG | .JPG |
| 227 | 2022-08-19 16-16-22 IMG_9006.JPG | .JPG |
| 228 | 2022-08-19 17-01-31 IMG_9028.JPG | .JPG |
| 229 | 2022-08-19 18-48-36 IMG_9029.JPG | .JPG |
| 230 | 2022-08-19 18-48-39 IMG_9030.JPG | .JPG |
| 231 | 2022-08-19 18-49-03 IMG_9031.JPG | .JPG |
| 232 | 2022-08-19 18-51-21 IMG_9033.JPG | .JPG |
| 233 | 2022-08-19 18-53-10 IMG_9034.JPG | .JPG |
| 234 | 2022-08-19 18-57-56 IMG_9035.JPG | .JPG |
| 235 | 2022-08-19 18-58-00 IMG_9036.JPG | .JPG |
| 236 | 2022-08-19 18-58-07 IMG_9037.JPG | .JPG |
| 237 | 2022-08-19 18-58-10 IMG_9038.JPG | .JPG |
| 238 | 2022-08-19 19-01-14 IMG_9040.JPG | .JPG |
| 239 | 2022-08-19 19-01-17 IMG_9041.JPG | .JPG |
| 240 | 2022-08-19 19-03-37 IMG_9042.JPG | .JPG |
| 241 | 2022-08-19 19-03-57 IMG_9043.JPG | .JPG |
| 242 | 2022-08-19 19-04-02 IMG_9044.JPG | .JPG |
| 243 | 2022-08-19 20-58-49 IMG_9045.JPG | .JPG |
| 244 | 2022-08-19 20-58-56 IMG_9047.JPG | .JPG |
| 245 | 2022-08-19 21-00-28 IMG_9048.JPG | .JPG |
| 246 | 2022-08-20 05-49-16 IMG_9049.JPG | .JPG |
| 247 | 2022-08-20 05-49-17 IMG_9050.JPG | .JPG |
| 248 | 2022-08-20 06-11-31 IMG_9051.JPG | .JPG |
| 249 | 2022-08-20 06-11-48 IMG_9052.JPG | .JPG |
| 250 | 2022-08-20 06-12-38 IMG_9053.JPG | .JPG |
| 251 | 2022-08-20 06-13-54 IMG_9054.JPG | .JPG |
| 252 | 2022-08-20 06-24-22 IMG_9055.JPG | .JPG |
| 253 | 2022-08-20 12-24-59 IMG_9056.JPG | .JPG |
| 254 | 2022-08-20 12-26-17 IMG_9057.JPG | .JPG |
| 255 | 2022-08-20 12-26-33 IMG_9058.JPG | .JPG |
| 256 | 2022-08-20 12-27-51 IMG_9059.JPG | .JPG |
| 257 | 2022-08-20 12-28-57 IMG_9060.JPG | .JPG |
| 258 | 2022-08-20 14-01-10 IMG_0816.JPG | .JPG |
| 259 | 2022-08-20 14-01-38 IMG_0817.JPG | .JPG |
| 260 | 2022-08-20 14-01-44 IMG_0818.JPG | .JPG |
| 261 | 2022-08-20 14-03-42 IMG_0819.JPG | .JPG |
| 262 | 2022-08-20 14-05-04 IMG_0820.JPG | .JPG |
| 263 | 2022-08-20 14-06-37 IMG_0821.JPG | .JPG |
| 264 | 2022-08-20 14-07-26 IMG_0822.JPG | .JPG |
| 265 | 2022-08-20 14-07-33 IMG_0823.JPG | .JPG |

| 266 | 2022-08-20 14-07-35 IMG_0824.JPG | .JPG |
|-----|----------------------------------|------|
| 267 | 2022-08-20 14-08-00 IMG_0825.JPG | .JPG |
| 268 | 2022-08-20 14-08-04 IMG_0826.JPG | .JPG |
| 269 | 2022-08-20 15-40-56 IMG_9074.JPG | .JPG |
| 270 | 2022-08-20 15-46-49 IMG_9075.JPG | .JPG |
| 271 | 2022-08-21 04-55-37 IMG_9079.JPG | .JPG |
| 272 | 2022-08-21 04-55-53 IMG_9080.JPG | .JPG |
| 273 | 2022-08-21 04-55-58 IMG_9081.JPG | .JPG |
| 274 | 2022-08-21 04-56-25 IMG_9082.JPG | .JPG |
| 275 | 2022-08-21 04-56-55 IMG_9083.JPG | .JPG |
| 276 | 2022-08-21 04-57-08 IMG_9130.JPG | .JPG |
| 277 | 2022-08-21 05-03-44 IMG_9086.JPG | .JPG |
| 278 | 2022-08-21 05-07-12 IMG_9091.JPG | .JPG |
| 279 | 2022-08-21 05-07-13 IMG_9092.JPG | .JPG |
| 280 | 2022-08-21 05-07-16 IMG_9093.JPG | .JPG |
| 281 | 2022-08-21 05-10-05 IMG_9096.JPG | .JPG |
| 282 | 2022-08-21 05-10-07 IMG_9097.JPG | .JPG |
| 283 | 2022-08-21 06-13-49 IMG_9098.JPG | .JPG |
| 284 | 2022-08-21 06-13-51 IMG_9099.JPG | .JPG |
| 285 | 2022-08-21 06-14-57 IMG_9100.JPG | .JPG |
| 286 | 2022-08-21 06-16-13 IMG_9102.JPG | .JPG |
| 287 | 2022-08-21 06-16-15 IMG_9103.JPG | .JPG |
| 288 | 2022-08-21 06-16-17 IMG_9104.JPG | .JPG |
| 289 | 2022-08-21 06-16-20 IMG_9105.JPG | .JPG |
| 290 | 2022-08-21 06-19-02 IMG_9106.JPG | .JPG |
| 291 | 2022-08-21 06-19-25 IMG_9107.JPG | .JPG |
| 292 | 2022-08-21 06-31-51 IMG_9108.JPG | .JPG |
| 293 | 2022-08-21 06-32-09 IMG_9109.JPG | .JPG |
| 294 | 2022-08-21 06-32-13 IMG_9110.JPG | .JPG |
| 295 | 2022-08-21 07-01-33 IMG_9112.JPG | .JPG |
| 296 | 2022-08-21 07-08-18 IMG_9113.JPG | .JPG |
| 297 | 2022-08-21 07-34-20 IMG_9114.JPG | .JPG |
| 298 | 2022-08-21 07-51-01 IMG_9117.JPG | .JPG |
| 299 | 2022-08-21 07-51-04 IMG_9118.JPG | .JPG |
| 300 | 2022-08-21 07-53-01 IMG_9124.JPG | .JPG |
| 301 | 2022-08-21 07-53-04 IMG_9125.JPG | .JPG |
| 302 | 2022-08-21 07-53-05 IMG_9126.JPG | .JPG |
| 303 | 2022-08-21 07-53-08 IMG_9127.JPG | .JPG |
| 304 | 2022-08-21 07-53-09 IMG_9128.JPG | .JPG |
| 305 | 2022-08-21 07-53-11 IMG_9129.JPG | .JPG |
| 306 | 2022-08-21 07-55-46 IMG_9131.JPG | .JPG |
| 307 | 2022-08-21 07-55-53 IMG_0358.JPG | .JPG |
| 308 | 2022-08-21 07-55-55 IMG_9133.JPG | .JPG |

| 309 | 2022-08-21 07-56-18 IMG_9134.JPG | .JPG |
|-----|----------------------------------|------|
| 310 | 2022-08-21 07-56-19 IMG_9135.JPG | .JPG |
| 311 | 2022-08-21 07-57-42 IMG_9137.JPG | .JPG |
| 312 | 2022-08-21 07-57-46 IMG_9138.JPG | .JPG |
| 313 | 2022-08-21 08-01-14 IMG_9139.JPG | .JPG |
| 314 | 2022-08-21 08-01-35 IMG_9140.JPG | .JPG |
| 315 | 2022-08-21 08-34-37 IMG_9142.JPG | .JPG |
| 316 | 2022-08-21 08-34-38 IMG_9143.JPG | .JPG |
| 317 | 2022-08-21 08-57-16 IMG_6616.JPG | .JPG |
| 318 | 2022-08-21 08-57-19 IMG_6618.JPG | .JPG |
| 319 | 2022-08-21 08-57-23 IMG_6619.JPG | .JPG |
| 320 | 2022-08-21 08-57-23 IMG_8564.JPG | .JPG |
| 321 | 2022-08-21 13-44-27 IMG_9154.JPG | .JPG |
| 322 | 2022-08-21 17-45-34 IMG_9158.JPG | .JPG |
| 323 | 2022-08-21 17-45-40 IMG_9159.JPG | .JPG |
| 324 | 2022-08-21 17-53-37 IMG_9160.JPG | .JPG |
| 325 | 2022-08-21 18-46-24 IMG_9162.JPG | .JPG |
| 326 | 2022-08-21 18-50-18 IMG_9163.JPG | .JPG |
| 327 | 2022-08-21 18-51-06 IMG_9164.JPG | .JPG |
| 328 | 2022-08-21 19-12-52 IMG_9174.JPG | .JPG |
| 329 | 2022-08-22 06-39-16 IMG_9175.JPG | .JPG |
| 330 | 2022-08-22 06-39-50 IMG_9176.JPG | .JPG |
| 331 | 2022-08-22 06-39-59 IMG_9177.JPG | .JPG |
| 332 | 2022-08-22 06-40-17 IMG_9178.JPG | .JPG |
| 333 | 2022-08-22 06-40-20 IMG_9179.JPG | .JPG |
| 334 | 2022-08-22 06-40-38 IMG_9180.JPG | .JPG |
| 335 | 2022-08-22 06-40-57 IMG_9181.JPG | .JPG |
| 336 | 2022-08-22 14-07-42 IMG_9182.JPG | .JPG |
| 337 | 2022-08-22 18-57-34 IMG_9185.JPG | .JPG |
| 338 | 2022-08-22 20-10-13 IMG_9186.JPG | .JPG |
| 339 | 2022-08-23 05-23-21 IMG_2895.JPG | .JPG |
| 340 | 2022-08-23 05-23-23 IMG_2896.JPG | .JPG |
| 341 | 2022-08-23 05-24-25 IMG_2899.JPG | .JPG |
| 342 | 2022-08-23 05-24-28 IMG_2901.JPG | .JPG |
| 343 | 2022-08-23 05-24-29 IMG_2902.JPG | .JPG |
| 344 | 2022-08-23 05-24-30 IMG_2903.JPG | .JPG |
| 345 | 2022-08-23 05-24-32 IMG_2904.JPG | .JPG |
| 346 | 2022-08-23 05-24-33 IMG_2905.JPG | .JPG |
| 347 | 2022-08-23 05-24-34 IMG_2906.JPG | .JPG |
| 348 | 2022-08-23 05-24-35 IMG_2907.JPG | .JPG |
| 349 | 2022-08-23 05-24-38 IMG_2908.JPG | .JPG |
| 350 | 2022-08-23 05-55-55 IMG_9212.JPG | .JPG |
| 351 | 2022-08-23 05-55-57 IMG_9213.JPG | .JPG |

| 352 | 2022-08-23 05-56-25 IMG_9298.JPG | .JPG |
| 353 | 2022-08-24 03-55-51 IMG_9217.JPG | .JPG |
| 354 | 2022-08-24 04-03-17 IMG_9218.JPG | .JPG |
| 355 | 2022-08-24 04-03-38 IMG_9219.JPG | .JPG |
| 356 | 2022-08-24 04-04-50 IMG_9220.JPG | .JPG |
| 357 | 2022-08-24 04-04-53 IMG_9221.JPG | .JPG |
| 358 | 2022-08-24 07-08-01 IMG_9222.JPG | .JPG |
| 359 | 2022-08-24 07-38-02 IMG_9224.JPG | .JPG |
| 360 | 2022-08-24 07-38-22 IMG_9225.JPG | .JPG |
| 361 | 2022-08-25 05-00-00 IMG_9238.JPG | .JPG |
| 362 | 2022-08-25 05-02-56 IMG_9242.JPG | .JPG |
| 363 | 2022-08-25 05-08-18 IMG_9247.JPG | .JPG |
| 364 | 2022-08-25 05-10-27 IMG_9251.JPG | .JPG |
| 365 | 2022-08-25 05-23-25 IMG_9255.JPG | .JPG |
| 366 | 2022-08-25 05-23-40 IMG_9256.JPG | .JPG |
| 367 | 2022-08-25 05-23-49 IMG_9257.JPG | .JPG |
| 368 | 2022-08-25 05-24-07 IMG_9258.JPG | .JPG |
| 369 | 2022-08-25 05-24-42 IMG_9261.JPG | .JPG |
| 370 | 2022-08-25 15-54-25 IMG_9273.JPG | .JPG |
| 371 | 2022-08-25 16-15-02 IMG_9274.JPG | .JPG |
| 372 | 2022-08-25 16-15-03 IMG_9275.JPG | .JPG |
| 373 | 2022-08-25 23-39-59 IMG_9283.JPG | .JPG |
| 374 | 2022-08-25 23-40-02 IMG_9284.JPG | .JPG |
| 375 | 2022-08-25 23-40-53 IMG_9285.JPG | .JPG |
| 376 | 2022-08-25 23-40-55 IMG_9286.JPG | .JPG |
| 377 | 2022-08-25 23-43-12 IMG_9287.JPG | .JPG |
| 378 | 2022-08-25 23-44-36 IMG_9288.JPG | .JPG |
| 379 | 2022-08-25 23-44-59 IMG_9289.JPG | .JPG |
| 380 | 2022-08-25 23-47-16 IMG_9293.JPG | .JPG |
| 381 | 2022-08-25 23-47-38 IMG_9294.JPG | .JPG |
| 382 | 2022-08-25 23-47-43 IMG_9295.JPG | .JPG |
| 383 | 2022-08-25 23-48-53 IMG_9296.JPG | .JPG |
| 384 | 2022-08-25 23-49-16 IMG_9470.JPG | .JPG |
| 385 | 2022-08-26 05-13-40 IMG_9299.JPG | .JPG |
| 386 | 2022-08-26 05-14-25 IMG_9300.JPG | .JPG |
| 387 | 2022-08-26 05-16-14 IMG_9301.JPG | .JPG |
| 388 | 2022-08-26 05-16-20 IMG_9302.JPG | .JPG |
| 389 | 2022-08-26 05-18-09 IMG_9306.JPG | .JPG |
| 390 | 2022-08-26 05-18-33 IMG_9307.JPG | .JPG |
| 391 | 2022-08-26 05-19-19 IMG_9308.JPG | .JPG |
| 392 | 2022-08-26 05-23-04 IMG_2916.JPG | .JPG |
| 393 | 2022-08-26 05-23-13 IMG_2917.JPG | .JPG |
| 394 | 2022-08-26 05-23-22 IMG_2918.JPG | .JPG |

| 395 | 2022-08-26 05-23-30 IMG_2919.JPG | .JPG |
|-----|----------------------------------|------|
| 396 | 2022-08-26 05-23-42 IMG_2920.JPG | .JPG |
| 397 | 2022-08-26 05-23-59 IMG_2921.JPG | .JPG |
| 398 | 2022-08-26 05-24-02 IMG_2922.JPG | .JPG |
| 399 | 2022-08-26 05-24-04 IMG_2923.JPG | .JPG |
| 400 | 2022-08-26 05-24-06 IMG_2924.JPG | .JPG |
| 401 | 2022-08-26 05-24-44 IMG_2925.JPG | .JPG |
| 402 | 2022-08-26 05-24-51 IMG_2926.JPG | .JPG |
| 403 | 2022-08-26 05-24-56 IMG_9309.JPG | .JPG |
| 404 | 2022-08-26 05-24-57 IMG_2927.JPG | .JPG |
| 405 | 2022-08-26 05-25-06 IMG_2928.JPG | .JPG |
| 406 | 2022-08-26 05-25-09 IMG_2929.JPG | .JPG |
| 407 | 2022-08-26 05-26-37 IMG_9314.JPG | .JPG |
| 408 | 2022-08-26 05-26-43 IMG_9315.JPG | .JPG |
| 409 | 2022-08-26 05-26-48 IMG_2930.JPG | .JPG |
| 410 | 2022-08-26 05-26-53 IMG_2931.JPG | .JPG |
| 411 | 2022-08-26 05-26-58 IMG_2932.JPG | .JPG |
| 412 | 2022-08-26 05-27-02 IMG_9317.JPG | .JPG |
| 413 | 2022-08-26 05-27-17 IMG_2933.JPG | .JPG |
| 414 | 2022-08-26 05-27-24 IMG_2934.JPG | .JPG |
| 415 | 2022-08-26 05-27-28 IMG_2935.JPG | .JPG |
| 416 | 2022-08-26 05-27-34 IMG_2936.JPG | .JPG |
| 417 | 2022-08-26 05-27-37 IMG_2937.JPG | .JPG |
| 418 | 2022-08-26 05-27-52 IMG_9320.JPG | .JPG |
| 419 | 2022-08-26 05-28-25 IMG_2938.JPG | .JPG |
| 420 | 2022-08-26 06-03-06 IMG_9347.JPG | .JPG |
| 421 | 2022-08-26 06-03-09 IMG_9348.JPG | .JPG |
| 422 | 2022-08-26 06-03-14 IMG_9349.JPG | .JPG |
| 423 | 2022-08-26 06-06-28 IMG_9350.JPG | .JPG |
| 424 | 2022-08-26 06-07-19 IMG_9351.JPG | .JPG |
| 425 | 2022-08-26 06-07-48 IMG_9352.JPG | .JPG |
| 426 | 2022-08-26 06-08-03 IMG_9353.JPG | .JPG |
| 427 | 2022-08-26 06-08-37 IMG_9354.JPG | .JPG |
| 428 | 2022-08-26 06-08-58 IMG_9355.JPG | .JPG |
| 429 | 2022-08-26 06-23-04 IMG_9356.JPG | .JPG |
| 430 | 2022-08-26 06-23-06 IMG_9357.JPG | .JPG |
| 431 | 2022-08-26 06-23-09 IMG_9358.JPG | .JPG |
| 432 | 2022-08-26 06-23-47 IMG_9359.JPG | .JPG |
| 433 | 2022-08-26 08-58-26 IMG_0074.JPG | .JPG |
| 434 | 2022-08-26 14-08-03 IMG_9362.JPG | .JPG |
| 435 | 2022-08-26 14-08-58 IMG_9363.JPG | .JPG |
| 436 | 2022-08-26 14-13-37 IMG_9364.JPG | .JPG |
| 437 | 2022-08-27 05-27-15 IMG_9365.JPG | .JPG |

| 438 | 2022-08-27 05-27-32 IMG_9366.JPG | .JPG |
| 439 | 2022-08-27 05-29-46 IMG_9369.JPG | .JPG |
| 440 | 2022-08-27 05-35-20 IMG_9370.JPG | .JPG |
| 441 | 2022-08-27 05-35-40 IMG_9371.JPG | .JPG |
| 442 | 2022-08-27 05-35-47 IMG_9372.JPG | .JPG |
| 443 | 2022-08-27 05-38-28 IMG_9374.JPG | .JPG |
| 444 | 2022-08-27 05-38-35 IMG_9375.JPG | .JPG |
| 445 | 2022-08-27 05-38-57 IMG_9376.JPG | .JPG |
| 446 | 2022-08-27 05-39-01 IMG_9377.JPG | .JPG |
| 447 | 2022-08-27 05-39-09 IMG_9378.JPG | .JPG |
| 448 | 2022-08-27 05-39-23 IMG_9379.JPG | .JPG |
| 449 | 2022-08-27 05-39-32 IMG_9380.JPG | .JPG |
| 450 | 2022-08-27 05-39-39 IMG_9381.JPG | .JPG |
| 451 | 2022-08-27 05-39-59 IMG_9382.JPG | .JPG |
| 452 | 2022-08-27 05-55-21 IMG_9397.JPG | .JPG |
| 453 | 2022-08-27 05-55-22 IMG_9398.JPG | .JPG |
| 454 | 2022-08-27 05-55-24 IMG_9399.JPG | .JPG |
| 455 | 2022-08-27 06-08-04 IMG_9400.JPG | .JPG |
| 456 | 2022-08-27 06-08-19 IMG_9401.JPG | .JPG |
| 457 | 2022-08-27 06-08-57 IMG_9402.JPG | .JPG |
| 458 | 2022-08-27 06-09-31 IMG_9403.JPG | .JPG |
| 459 | 2022-08-27 06-09-34 IMG_9404.JPG | .JPG |
| 460 | 2022-08-27 06-10-37 IMG_9405.JPG | .JPG |
| 461 | 2022-08-27 06-10-53 IMG_9406.JPG | .JPG |
| 462 | 2022-08-27 06-15-02 IMG_9409.JPG | .JPG |
| 463 | 2022-08-27 06-15-10 IMG_9410.JPG | .JPG |
| 464 | 2022-08-27 06-15-48 IMG_9411.JPG | .JPG |
| 465 | 2022-08-27 06-15-58 IMG_9412.JPG | .JPG |
| 466 | 2022-08-27 12-59-25 IMG_9416.JPG | .JPG |
| 467 | 2022-08-27 13-01-29 IMG_9417.JPG | .JPG |
| 468 | 2022-08-27 13-01-33 IMG_9418.JPG | .JPG |
| 469 | 2022-08-27 13-01-37 IMG_9419.JPG | .JPG |
| 470 | 2022-08-27 14-53-52 IMG_9421.JPG | .JPG |
| 471 | 2022-08-28 09-16-40 IMG_9423.JPG | .JPG |
| 472 | 2022-08-28 15-46-12 IMG_9425.JPG | .JPG |
| 473 | 2022-08-28 15-46-15 IMG_9426.JPG | .JPG |
| 474 | 2022-08-28 15-46-19 IMG_9427.JPG | .JPG |
| 475 | 2022-08-29 04-44-34 IMG_9429.JPG | .JPG |
| 476 | 2022-08-29 04-44-40 IMG_9430.JPG | .JPG |
| 477 | 2022-08-29 04-52-18 IMG_9431.JPG | .JPG |
| 478 | 2022-08-29 04-53-06 IMG_9432.JPG | .JPG |
| 479 | 2022-08-29 04-53-14 IMG_9433.JPG | .JPG |
| 480 | 2022-08-29 04-56-56 IMG_9441.JPG | .JPG |

| 481 | 2022-08-30 04-23-08 IMG_9456.JPG | .JPG |
|---|---|---|
| 482 | 2022-08-31 03-49-00 IMG_9460.JPG | .JPG |
| 483 | 2022-08-31 03-49-16 IMG_9461.JPG | .JPG |
| 484 | 2022-08-31 03-49-54 IMG_9462.JPG | .JPG |
| 485 | 2022-08-31 03-50-36 IMG_9463.JPG | .JPG |
| 486 | 2022-08-31 03-55-00 IMG_9464.JPG | .JPG |
| 487 | 2022-08-31 03-55-19 IMG_9465.JPG | .JPG |
| 488 | 2022-08-31 03-56-25 IMG_9467.JPG | .JPG |
| 489 | 2022-08-31 03-57-40 IMG_9468.JPG | .JPG |
| 490 | 2022-08-31 03-59-12 IMG_9469.JPG | .JPG |
| 491 | IMG_9471.JPG | .JPG |
| 492 | DISC-OUT-Plntffs-Amended-Expert-Disclosures-et-al-[NW0003809-003817]-08-20-2025.pdf | .pdf |
| 493 | DISC-OUT-Plntffs-Expert-Disclosures-Pursuant-to-R26-[NW0003809-003903]-08-08-2025.pdf | .pdf |
| 494 | DISC-OUT-Plntffs-Supplemental-Expert-Disclosures-et-al-[NW003886-003943]-08-12-2025.pdf | .pdf |
| 495 | NW003904 - Duluth discharge instructions 8.25.25.pdf | .pdf |
| 496 | NW003905- NW003906 - LTR-IN-dated-07-31-25-to-Dr-Bertrina-West-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 497 | NW003907- NW003908 - LTR-IN-dated-07-31-25-to-Dr-Carlette-Graham-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 498 | NW003909- NW003910. - LTR-IN-dated-07-31-25-to-Dr-Morton-Acker-re-Follow-up-to-[07-25-25]-Conference-08-08-2025.pdf | .pdf |
| 499 | NW003964-NW003967 - Wooten social-security-statement.pdf | .pdf |
| 500 | NW003968- NW003978 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[TS000001-000008]-09-11-2025.pdf | .pdf |
| 501 | NW003979 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video]-09-11-2025.MOV | .MOV |
| 502 | NW003980 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-28-22]-09-11-2025.mp4 | .mp4 |
| 503 | NW003981 - SUBPOENA-IN-Response-to-Subpoena-Served-on-Total-Satey-[Video-08-29-22]-09-11-2025.mp4 | .mp4 |
| 504 | NW003983- NW004010 - LTR-IN-dated-09-22-25-from-Rawling-Company-Enclosing-Summary-of-Med-Expenses-09-22-2025(1).pdf | .pdf |
| 505 | NW004011-NW004026 - Copy-of-SSA-Application-09-30-2025.pdf | .pdf |
| 506 | NW3911-3937 Wildfire Fighters Unmasked in Toxic Smoke Are Getting Sick and Dying - The New York Times.pdf | .pdf |
| 507 | NW3938-3963 Removal of Title V Emergency Affirmative Defense Provisions.pdf | .pdf |
| 508 | NW3982 NYT Article.pdf | |
| 509 | NW4027 - 4029 - LTR-IN-dated-10-10-24-from-SSA-re-Denial-Letter-10-09-2025.pdf | .pdf |
| 510 | NW4030-4035 Emails re Out Sick from work.pdf | .pdf |
| 511 | NW4036-4043 out sick emails.pdf | .pdf |
| 512 | DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001116]-02-21-2025.mov | .mov |
| 513 | DISC-IN-Def-Ocean-Points-Amended-Responses-&-Objections-to-Plntffs-1st-DFP-[LBT001117]-02-21-2025.mov | .mov |

| | | |
|---|---|---|
| 514 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-05-at-0552-IMG-8597]-11-04-2024.MOV | .MOV |
| 515 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-0935-IMG-8622]-11-04-2024.MOV | .MOV |
| 516 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1405-IMG-8639]-11-04-2024.MOV | .MOV |
| 517 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1407-IMG-8640]-11-04-2024.MOV | .MOV |
| 518 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1449-IMG-8641]-11-04-2024.MOV | .MOV |
| 519 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1457-IMG-8642]-11-04-2024.MOV | .MOV |
| 520 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1458-IMG-8643]-11-04-2024.MOV | .MOV |
| 521 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1500-IMG-8644]-11-04-2024.MOV | .MOV |
| 522 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1502-IMG-8645]-11-04-2024.MOV | .MOV |
| 523 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8651]-11-04-2024.MOV | .MOV |
| 524 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1652-IMG-8652]-11-04-2024.MOV | .MOV |
| 525 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1701-IMG-8655]-11-04-2024.MOV | .MOV |
| 526 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1703-IMG-8656]-11-04-2024.MOV | .MOV |
| 527 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1714-IMG-8672]-11-04-2024.MOV | .MOV |
| 528 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-1716-IMG-8675]-11-04-2024.MOV | .MOV |
| 529 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-07-at-2009-IMG-8677]-11-04-2024.MOV | .MOV |
| 530 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-08-at-1429-IMG-0056]-11-04-2024.MOV | .MOV |
| 531 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1955-IMG-8721]-11-04-2024.MOV | .MOV |
| 532 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8722]-11-04-2024.MOV | .MOV |
| 533 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-11-at-1956-IMG-8723]-11-04-2024.MOV | .MOV |
| 534 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8728]-11-04-2024.MOV | .MOV |
| 535 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0339-IMG-8729]-11-04-2024.MOV | .MOV |
| 536 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0342-IMG-8732]-11-04-2024.MOV | .MOV |
| 537 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8740]-11-04-2024.MOV | .MOV |
| 538 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0751-IMG-8741]-11-04-2024.MOV | .MOV |
| 539 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3871]-11-04-2024.MOV | .MOV |

| | | |
|---|---|---|
| 540 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-0942-IMG-3872]-11-04-2024.MOV | .MOV |
| 541 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-12-at-1917-IMG-8756]-11-04-2024.MOV | .MOV |
| 542 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0543-IMG-8762]-11-04-2024.MOV | .MOV |
| 543 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0552-IMG-8764]-11-04-2024.MOV | .MOV |
| 544 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0553-IMG-8766]-11-04-2024.MOV | .MOV |
| 545 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-0846-IMG-8767]-11-04-2024.MOV | .MOV |
| 546 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2011-IMG-8777]-11-04-2024.MOV | .MOV |
| 547 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2012-IMG-8778]-11-04-2024.MOV | .MOV |
| 548 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8779]-11-04-2024.MOV | .MOV |
| 549 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2013-IMG-8780]-11-04-2024.MOV | .MOV |
| 550 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2017-IMG-8783]-11-04-2024.MOV | .MOV |
| 551 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-13-at-2019-IMG-8789]-11-04-2024.MOV | .MOV |
| 552 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-0707-IMG-8798]-11-04-2024.MOV | .MOV |
| 553 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-14-at-1257-IMG-8813]-11-04-2024.MOV | .MOV |
| 554 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-15-at-1935-IMG-0793]-11-04-2024.MOV | .MOV |
| 555 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0543-IMG-8836]-11-04-2024.MOV | .MOV |
| 556 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-16-at-0546-IMG-8842]-11-04-2024.MOV | .MOV |
| 557 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0607-IMG-8877]-11-04-2024.MOV | .MOV |
| 558 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0608-IMG-8878]-11-04-2024.MOV | .MOV |
| 559 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0614-IMG-8879]-11-04-2024.MOV | .MOV |
| 560 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-0621-IMG-8882]-11-04-2024.MOV | .MOV |
| 561 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1729-IMG-8890]-11-04-2024.MOV | .MOV |
| 562 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1833-IMG-8892]-11-04-2024.MOV | .MOV |
| 563 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8894]-11-04-2024.MOV | .MOV |
| 564 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-17-at-1836-IMG-8895]-11-04-2024.MOV | .MOV |
| 565 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0540-IMG-8902]-11-04-2024.MOV | .MOV |

| | | |
|---|---|---|
| 566 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0541-IMG-8903]-11-04-2024.MOV | .MOV |
| 567 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0543-IMG-8904]-11-04-2024.MOV | .MOV |
| 568 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0550-IMG-8911]-11-04-2024.MOV | .MOV |
| 569 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-18-at-0551-IMG-8912]-11-04-2024.MOV | .MOV |
| 570 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-21-at-0505-IMG-3557]-11-04-2024.MOV | .MOV |
| 571 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0522-IMG-2894]-11-04-2024.MOV | .MOV |
| 572 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0523-IMG-2897]-11-04-2024.MOV | .MOV |
| 573 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23-at-0530-IMG-3498]-11-04-2024.MOV | .MOV |
| 574 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-23]-at-0524-IMG-2898]-11-04-2024.MOV | .MOV |
| 575 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3906]-11-04-2024.MOV | .MOV |
| 576 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0525-IMG-3907]-11-04-2024.MOV | .MOV |
| 577 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0526-IMG-3908]-11-04-2024.MOV | .MOV |
| 578 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[2022-08-25-at-0534-IMG-3905]-11-04-2024.MOV | .MOV |
| 579 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-2026]-11-04-2024.MOV | .MOV |
| 580 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8587]-11-04-2024.MOV | .MOV |
| 581 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8620]-11-04-2024.MOV | .MOV |
| 582 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8634]-11-04-2024.MOV | .MOV |
| 583 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8635]-11-04-2024.MOV | .MOV |
| 584 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8685]-11-04-2024.MOV | .MOV |
| 585 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8712]-11-04-2024.MOV | .MOV |
| 586 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8717]-11-04-2024.MOV | .MOV |
| 587 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8794]-11-04-2024.MOV | .MOV |
| 588 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8811]-11-04-2024.MOV | .MOV |
| 589 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-8870]-11-04-2024.MOV | .MOV |
| 590 | DISC-IN-Def-PHRTs-Response-to-Def-LBTs-1st-RFP-[IMG-9401]-11-04-2024.MOV | .MOV |
| 591 | PLEADINGS-OUT-Plntffs-2nd-Amended-Complaint-[38]-12-27-2023.pdf | .pdf |
| 592 | 16.pdf | .pdf |

| 593 | 16A.pdf | .pdf |
|---|---|---|
| 594 | LBT1112-1115 PHRT Coker Incident Timeline by Peacock.pdf | .pdf |
| 595 | NW3555-3562 Affirmations of George and Barry.pdf | .pdf |
| 596 | EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf | .pdf |
| 597 | NEW EPA's Sept. 2022, Inspection Report Port Hamilton Refining and Transportation.pdf | .pdf |
| 598 | 2023 Public-Notice-OPT-30MMBTU-Heater.final_.pdf | .pdf |
| 599 | epa-letter_3-2-2022_restarting-refinery_.pdf | .pdf |
| 600 | EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf | .pdf |
| 601 | PHRT GDC Consent Order 12 2 22 FNL PHRT Signed(14353211.2)_1.pdf | .pdf |
| 602 | phrt-gdc-inspection-report-12.19.-23.redacted.pdf | .pdf |

1

2

1    Appendix B: Expert's statement of qualifications



# CASSANDRA K. MOODY, M.S., P.E.
## PRINCIPAL ENGINEER

Cassandra K. Moody, M.S, P.E. is passionate about engineering risk-informed solutions to safely optimize ROI: Return on *INTEGRITY*. She conveys visionary leadership, technical competency, and distinctive communication cultivated over a decade of midstream operations and integrity engineering experience with a mid-size oil and gas operator. As a proficient expert in the midstream pipeline industry, Mrs. Moody has represented both plaintiffs and defendants on a variety of cases, both by testimony and through expert opinion reports. In-the-ditch pipeline operator expertise sets her apart from other desktop "experts." Mrs. Moody's retained engagements as an independent engineering expert have resulted in favorable resolutions for 100% of her clients to date.  Mrs. Moody is an effective communicator who excels at presenting complex information simply, both written and verbally.

As Principal Engineer, she excels in the development, implementation, and optimization of Integrity Management Programs (IMP) in addition to the engineering and execution of the integrity program's individual elemental components. Her ability to interface with individuals from field to executive personnel and lead effectively in order to drive change sets her apart. She has gained encompassing operations engineering knowledge spanning the full life cycle of midstream projects.  Mrs. Moody has been appointed to provide expertise in federal pipeline safety regulatory rule-making activities. Her unique perspective on resourceful applications of safely achieving integrity and compliance through risk-informed reasoning while working for such a cost-focused operator will cement her as a compelling asset to any matter. Mrs. Moody believes "quitting" is the only definition of failure and any other result is simply an opportunity to reengineer.

In addition to serving in an engineering capacity, Cassandra has a special passion for encouraging the female workforce. As females are a minority in both engineering and the oil and gas industry, another facet of her focus is encouraging professional women and next-generation engineers through professional and personal coaching services, group workshops, and speaking engagements. Time For Change, LLC. is certified by the U.S. Small Business Association and the Women's Business Enterprise National Council as both a Women's Business Enterprise (WBE) and a Women Owned Small Business (WOSB). In Texas, she is registered as a Historically Underutilized Business (HUB). With the City of Houston Office of Business Opportunity, Mrs. Moody maintains an additional certification as a Women's Business Enterprise (WBE). The Texas Board of Professional Engineers and Land Surveyors acknowledges Time For Change, LLC. as a registered engineering firm in addition to Mrs. Moody's accreditation as a certified professional engineer (P.E.) in the mechanical engineering discipline. Mrs. Moody also maintains mechanical PE licenses in the states of Oklahoma and New Mexico.

**Recent Projects**

Failure Analysis, U.S. Upstream Production Company

- Cassandra performed a detailed investigation of a facility failure involving an explosion and subsequent component failures. Responsibilities included hands-on analysis of damaged equipment, thorough review of process data, critical evaluation of witness statements, examination of relevant procedures, and the preparation of a comprehensive report of findings.

Root Cause Analysis (RCA), Midstream Pipeline Operator

- Cassandra investigated the root cause and contributing causes of the a horizontal-directional-drilling (HDD) machine incident during pipeline construction to inform preventative measures and improve operational safety. This involved the Department of Energy (DOE) RCA methodology and a detailed process of: site examination,



witness interviews, review of operating agreements and procedures, analysis of industry best practices and regulations, and leading a site reconstruction.

SOP Consolidation & Compliance Initiative, U.S. & Canadian Based Pipeline Operator

- Cassandra led a team of eighteen (18) engineering professionals and industry experts, a weighted mix of mostly seasoned personnel, responsible for the review and delivery of over 100 Standard Operating Procedures (SOPs) in accordance with new Title 49 CFR Part 192, Title 49 CFR Part 195, and Canadian CER/ SOR 99-294 regulations for a major US and Canadian gas transmission company. This project was completed on time and under budget despite more than doubling the initial scope of forty-seven (47) procedures as gaps were identified. Change management, personnel training, and collaborative implementation roles with an auditing firm were also involved in integrating the new procedures and processes across the newly merged pipeline company.
    - o Procedures include written and phased implementation plans for MAOP Validation, Material Verification, and Engineering Assessments (EA) per mega-rule clauses in Title 49 CFR 192.
    - o Comprehensive document nomenclature hierarchy system proposed and implemented company-wide.
    - o Revied similar procedures across various business units and conducted meetings with stakeholders to present industry and company best practices in a comprehensive and consolidated suite of integrity procedures.

Facility Integrity Management Program (FIMP) Development, North American Pipeline Operator

- Cassandra worked with the midstream operator to develop a new FIMP to supplement the existing pipeline IMP in a phased approach. This project provided the operator to remain focused on day-to-day operations while Cassandra led the new program development. A phased approach allowed for future development aims to be planned for during subsequent budget cycles while ensuring safe and compliant program development.

IMP Framework Development, Overseas Pipeline Operator

- Cassandra developed a liquid and gas Integrity Management Program (IMP) framework with a sample Threat Response Guidance Document (TRGD) for a leading overseas operator based on API 1160 and industry best practices. As part of this project, she also performed a review and gap analysis of existing plans and procedures.

Crack Management Program (CMP) Development, United States Refining, Renewables, and Transportation Company

- Cassandra leveraged the company's existing programs to leverage development of a crack management program suitable to the company's operations and philosophy. This project ensured the client was compliant while being cost conscious and systematic about managing threats to their pipeline and facility systems.

Engineering Critical Assessment (ECA), Canadian Pipeline Operator

- Cassandra evaluated the historical and current operations of a crude oil pipeline in Canada for fitness for service following a geohazard incident. As part of this project, a comprehensive threat analysis was performed, and an evaluation of a semi-quantitative risk assessment was to supplement the engineering review. This project was highlighted at the 2023 PPIM conference proceedings.

Hazardous Liquid High Consequence Area Evaluation, Midstream Operator

- Cassandra ran a hazardous liquid spill analysis model to determine possible could affect high consequence areas (HCAs) before commissioning of a new pipeline operation. Optimization of regulated mileage and a comprehensive report to implement necessary integrity management and operational concerns was recommended to the client.



<u>Annual Program Review</u>, American Midstream Company

- Cassandra conducted a desktop review of the existing programs for integrity management and corrosion control to meet the client's annual review stipulation while also providing recommendations for audit preparedness in the operational jurisdictions the assets reside.

**Endorsements**

"Five-star integrity engineering consultant" – Executive, U.S. & Canadian based Midstream Operator

"Cassandra is very effective in providing cost-effective solutions to her clients. She is dedicated to her role, and is passionate about helping others. She possesses great communication skills, is very safety conscious, and is easy to work with." – Process Safety Manager, US Pipeline Operator

"I have worked with Cassandra for over eight (8) years. Through this time, Cassandra has demonstrated good professional character and has knowledge of operating crude oil and natural gas pipelines where she worked as an Operations Engineer and Integrity Engineer. The Operations Engineer role included technical support, project engineering and management, and pipeline modeling. The Integrity Engineer role involved being part of the establishment an integrity program, working with vendors to match needs with inspection tool availability and required technology. I was always impressed with Cassandra's positive attitude and have no reservation in endorsing her for future work." - Senior Operations Engineer, Midstream Operator

"I believe that Cassandra is an excellent resource to help spearhead the [Project]. She was always professional, very responsive, and positive/courteous to engage with (even when her and her team were extremely working longer hours to meet delivery dates). I would definitely enjoy working with Cassandra again and would recommend her again for her positive demeanor as well as her diligent work ethic/commitment to see things through." – Department Head, U.S. & Canadian based Pipeline Operator

**Education**
    University of Houston
        Environmental Engineering, Master of Science; 2011
    Texas A&M University
        Biochemistry, Bachelor of Science; 2009
        Genetics, Bachelor of Science; 2009
        Chemistry, Minor; 2009

**Certifications**
    Licensed Professional Engineer, State of Texas, #118840
        Mechanical Engineering Discipline, Texas Board of Professional Engineers & Land Surveyors
    Licensed Professional Engineer, State of Oklahoma, #35488
        Mechanical Engineering Discipline, Oklahoma State Board of Licensure for Professional Engineers and Surveyors
    Licensed Professional Engineer, State of New Mexico #30355
        State Board of Licensure for Professional Engineers and Professional Surveyors
    Registered Engineering Firm, State of Texas, #F-21372
    Certificate of Authorization for Engineering firm license, State of Oklahoma
    U.S. Small Business Association Women's Owned Small Business, #WOSB210624
    WBENC National Women's Business Enterprise, #WBE2100849
    Texas Historically Underutilized Business
    City of Houston, Office of Business Opportunity, Women's Business Enterprise, #21-05-15009

**Employment History**
    President & Principal Engineer, Time For Change, LLC. Engineering Consulting



October 2019 – Present; Houston, Texas
Senior Operations Engineer, Harvest Midstream Company/ Hilcorp Energy Company
June 2011 – November 2019; Houston, Texas
Project Engineer, Element Markets (Alternative/Green Energy and Pipeline Projects)
May 2010 – June 2011; Houston, Texas

**Expert Testimony**

Crude oil pipeline failure, remediation, and environmental impact fact witness deposition, Texas; 2014–2016
Gas pipeline welding operations personal injury expert deposition, New Mexico; 2022–2024
Pipeline construction best practices and safety expert deposition, Oklahoma; 2022–2024
Oilfield drilling safety and project management best practices expert deposition, Texas 2023–2025

**Publications**

National Academies of Sciences, Engineering, and Medicine. 2024. *Ensuring Timely Pipeline Shutdowns in Emergencies: When to Install Rupture Mitigation Valves.* Washington, DC: The National Academies Press. https://doi.org/10.17226/27521.

Iyer, P., Moody, C., (2023, February 6-10). *Leveraging Engineering Assessments and Engineering Critical Assessments for an enhanced and practical approach to evaluating pipeline conditions* [Conference presentation]. PPIM 2023 Convention, Houston, TX, United States. https://timeforchangeengineer.com/wp-content/uploads/2023/10/PPIM-2023_Conference-Paper_Engineering-Assessments_Submitted.pdf

**Recognition**

Houston Business Journal, 40 Under 40 Honoree Class of 2025
Young Pipeliners International, John Tiratsoo Award for Young Achievement Recipient, February 2023

**Speaking Engagements & Training**

"Nothing is important…when everything is" International Women's' Day Drill-Quip Keynote Speaker, 2024
Integrity Management 101 Training for Baker Hughes Pipeline and Pigging Services Division, 2024
Midstream Talent Crisis Training, Technical Toolboxes, 2024
"Leveraging Engineering Assessments…" PPIM Conference presentation, 2023
"Engineering vision into results" Society of Women Engineers, Houston, TX 2022
"Leveraging engineering processes to approach change resulting in positive ROI", Oilfield Connections
    International, Houston, TX; 2021
"Embracing change" Texas Women's Business Conference, Houston, TX 2021
"Engineering more time" Workshop, Houston, TX; 2019-2020
Integrity Management Symposium Operator Panelist, Galveston, TX; 2017
Monthly Company Lifting Cost Meeting Lead Speaker, TX, LA, CO, NM; 2011-2019

**Professional Associations**

National Academy of Science/PHMSA, Congressional Committee Member Pipeline Safety Valve Study, 2022-
    2024
Interstate Natural Gas Association of America (INGAA) Foundation D&I Committee Member
Society of Women Engineers, Houston Member, Introduce a Girl to Engineering (IAGTE) co-chair 2021-2
Young Pipeline Professionals, USA and Houston Chapter Founding Member and Alumni



**Engineering Services**

Integrity Management

Cassandra K. Moody, P.E. believes asset integrity management refers to more than the set of procedures, data, and assessment schedules relating to a collection of assets. Integrity management is a risk-informed philosophy to achieve safe and reliable operations of assets throughout their lifecycle while balancing the competing depends of revenue targets and compliance. Integrity management consulting services include:

- Written development of Integrity Management Programs (IMP) and asset-specific plans for liquid and gas assets as well as associated procedures and forms
- Performing hazard, threat, and risk assessment, especially when data limited
- Data collection, analysis, and management, including creative solutions to overcome data gaps
- Conducting pipeline and asset integrity inspections and assessments, including In-Line Inspections (ILI), hydrostatic pressure tests, and Direct Assessments (DA)
- Creative Engineering Critical Analysis (ECA) solutions
- Coordinating repairs from planning to commissioning
- Implementing and documenting risk-informed Preventative & Mitigative Measures (P&MM)
- Integrity Management Program (IMP) benchmarking to industry standards such as API 1160
- Extensive familiarity with industry standards and best practices including ASME B31.8S, ASME B31G, API 1160, NACE SP0102, and others incorporated by reference (IBR)

Expert Witness

Mrs. Moody offers expert witness services in pipeline safety, oil and gas operations, and mechanical engineering, distinguished by a foundation of practical, real-world experience. She excels at communicating intricate technical details in a clear and accessible manner, ensuring effective presentation of evidence. Key areas of proven experience and testimony include:

- Pipeline operational safety
- Oil and Gas safety for jobsites, worksites, project sites, facilities, processing, ROW, etc.
- Hazard analysis
- Welding and machine safety practices
- Contractor relationships
- Job Safety Assessments (JSA), and project planning/management documentation reviews
- Root Cause Analysis, failure investigations, etc.
- PHSMA and OSHA regulations and compliance
- API and ASME industry recommended practices

Implementations and Optimizations

Whether a new set of procedures, software, or principles of thought are at hand, Mrs. Moody is well suited to assist in driving change across organizations. With over a decade of experience in implementing new initiatives, processes, and software, her leadership, vision, and communication skills are proven assets to project success. Examples of recent implementation support:

- Integrity software evaluation and execution
- Training, communication, and implementation of new procedures from corporate to field personnel
- Creative solutions to increase Return on Investment (ROI)

Regulatory Compliance

Mrs. Moody has extensive knowledge of state, provincial, and federal regulatory agencies in the United States and Canada while being well-informed of new requirements. Regulatory compliance consulting services include:



- Ensuring compliance and audit support for Title 49 CFR Part 192, including all new mega-rule clauses, Title 49 CFR Part 195, Title 49 CFR Part 193, and CER Onshore Pipeline Regulations (SOR 99/294)
- Jurisdictional determinations, class location, and High Consequence Area (HCA) analysis
- Establish or validate Maximum (Allowable) Operating Pressures (M(A)OP)
- Perform program gap analyses
- Creative and proactive data management solutions

<u>Project Management</u>

When projects arise exceeding the capacity of current company resources, Cassandra Moody is nimble and eager to infuse our experience in order to ensure project success.  From planning, executing, optimizing, and executing, Mrs. Moody has the technical competency with the critical communication and leadership skills to accomplish the task at hand.  Project management consulting services include:

- Planning and execution for integrity-specific or general operations projects
- Evaluate, optimize, and implement decarbonization and emission reduction projects
- Acquisition, merger, or divestiture due diligence
- Incident, failure, and root-cause analysis
- Creation of corrosion control programs (monitoring, corrosion inhibition, biocide, pigging, etc.)
- Optimization, asset investment planning, budgeting, and forecasting

1   Appendix C: Expert's statement of compensation



**Time For Change, LLC.**
Texas Licensed Engineering Firm, F-21372

**Cassandra K. Moody, P.E.**
Texas Professional Mechanical Engineer, 118840

832-850-4104
Cassandra@TimeForChangeEngineer.com

## 2025 Legal Engineering Services Rate Sheet

**Qualification:** Cassandra K. Moody has extensive knowledge cultivated during fifteen years of experience in oil and gas pipeline operations, projects, safety management systems, and integrity management (CER, CFR 192, 193, 195). In addition to technical competency, she is an exceptional communicator, results-driven, change agent, and visionary leader. She maintains her professional mechanical engineering license and engineering firm registration in Texas. Empowering and encouraging professional women in the workforce as well as the next generation of engineers is a personal passion of Mrs. Moody. Time For Change, LLC. is certified by the U.S. Small Business Association and the Women's Business Enterprise National Council as both a Women's Business Enterprise (WBE) and a Women Owned Small Business (WOSB). In Texas, Mrs. Moody is registered as a Historically Underutilized Business (HUB). With the City of Houston Office of Business Opportunity, Mrs. Moody maintains a certification as a Women's Business Enterprise (WBE).

| Classification | Rate |
|---|---|
| Principal Engineering Expert | $585 / hour |
| Engagement Fee | $8,775 / engagement |
| Engineering Report Fee | $7,020 / report |
| Deposition Fee (non-refundable) | $8,775/ day + travel/expenses |
| Trial Fee (non-refundable) | $10,530/ day + travel/expenses |

**Overtime**
An overtime rate of +10% will be charged for hours exceeding eight hours per weekday (Monday through Friday). Saturdays and Sundays are also billed at the overtime rate. National holidays are invoiced at the hourly rate plus +20%. Travel time (door to door) shall be billed at the corresponding rate.

**Travel**
Mileage: Billed $0.585/mile driven, or per most recent IRS guidelines. Tolls are billed at cost.
Airfares: Business class airfare will be billed at cost + 10%. Southwest Airlines fares are billed at cost +20%.
Meals & incidentals: Per the most recent IRS guidelines
Hotel: Billed at cost + 20%. Hilton, Hampton, Holiday Inn Express or similar hotels will be used when possible.

**Materials**
Material purchases are invoiced at cost plus 20%. Hourly rates do not include consumable materials such as printing or mailing expenses.

**Technology Allowance**
Use of standard technology equipment such as a telephone, personal computer, and printer is included in the stated hourly rate above.

**Tools & Equipment**
Normal tools, special test equipment, the purchase of industry standards or other reference materials that may be required will be acquired and billed at cost plus 20%. Time For Change, LLC. retains ownership of such purchases.

**Invoicing & Payment**
Invoices are due upon receipt. All invoices will include receipts for cost- or cost-plus items, time sheets, and copies of expense reports. The initial engagement retainer fee must be paid in full prior to services rendered. Payment must be current before reports are delivered. Fees are nonrefundable. Payment can be made by check, direct deposit, or credit card. **All credit card payments are subject to an additional 3.7% processing fee**. All payments not paid in full within seven business days of invoice issuance will be assessed a late fee penalty beginning on the invoice date.
Direct Deposit Information: ████ Bank, ████████████████████████████████████

1   Appendix D: Causal factor worksheets

2

# 1. Equipment / Material Worksheet

**Applicable** ☒          **Not Applicable** ☒

## Why was "Equipment / Material" a cause?

Rate each subcategory cause:

D = Direct Cause
C = Contributing Cause
R = Root Cause

| EQUIPMENT/MATERIAL PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 1A = Defective or Failed Part | | | | |
| 1B = Defective or Failed Material | | | | |
| 1C = Error by Manufacturer in Shipping or Marking | | | | |
| 1D = Electrica or Instrument Noise | | | | |
| 1E = Contamination | | | | |
| 1F = Other (indicate) | C | | | |

## Cause Descriptions:

- Hazardous materials was not stored or handled properly and led to respiratory injury
- "Water was adequately transferred to the South Dome but not the North Dome. The impasse of water to the North Dome's Rainbird system nozzles was believed to have been caused by blocked isolation valves or a control fault governing the interlock solenoids and XV valves on the North Dome's Rainbird header line." -  PHRT-Wooten 000002 (located in document "16.pdf")
- "Many process components appear not have been adequately inspected or maintained for significant periods and may not be operable or at least fully operable for routine service or in an emergency (as documented in Inspection Photos)." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
-  See Management section for additional discussion of operations and maintenance activities related to equipment and materials.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 2. Procedure Worksheet

**Applicable** ☒          **Not Applicable** ☐

## Why was "Procedures" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| PROCEDURE PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 2A = Defective or Inadequate Procedure | C | | | |
| 2B = Lack of Procedure | C | | | |
| 2C = Other (indicate) | | | | |

## Cause Descriptions:

- "The third-party contractor for LBR responsible for managing the coke (Savage), did not have any procedures addressing the possibility of smoldering." - PHRT-Wooten 000008 (located in document "16.pdf")
- According to Ms. Wooten's deposition (DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF pages 41-55):
    - No one informed Ms. Wooten about the incident at the gate
    - She did not request any PPE from the refinery/terminal personnel because she never had to do that in the past
- "There were no Preventive Maintenance (PM) procedures available for the periodic testing of the domes' Rainbird System" - PHRT-Wooten 000008 (located in document "16.pdf")
- "Current PHRT operating procedures and operator training records could not be provided. PHRT stated it relies on Lead Shift Supervisors and operator professional experience for its current operating procedures." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- Minimal procedures to review at the time of this analysis, so personnel error cannot be ruled out as a causal factor category.
- See Management section for additional discussion.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 3. Personnel Error Worksheet

## Applicable ☒          Not Applicable ☐

### Why was "Personnel Error" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| PERSONNEL ERROR PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 3A = Inadequate Work Environment | C | | | |
| 3B = Inattention to Detail | C | | | |
| 3C = Violation of Requirement of Procedures | | | | |
| 3D = Verbal Communication Problem | C | | | |
| 3E = Other Human Error (multiple companies) | C | | | |

### Cause Descriptions:

- Presence of smoldering petroleum coke product for multiple days during the time Ms. Wooten visited the refinery is an inadequate work environment.
- Inattention to detail was experienced when this occupational health issue was allowed to perpetuate.
- Verbal communication problems were noted by Ms. Wooten in deposition testimony.
- Human error existed by the mismanagement of multiple companies onsite with varying authority and responsibility and grossly lacking site safety procedures and practices.
- **"By opening the north petroleum coke dome's access door late in the day on 8/7/2022, PHRT allowed more air to be drawn into the dome, fanning the flames of the fire." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #6**
- **"PHRT understood that petroleum coke is subject to spontaneous combustion. They, however, chose to characterize this fire emergency as "smoldering"" ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #4**
- **"PHRT knew the petroleum coke was on fire on August 4, 2022, a full four (4) days before Nicole Wooten was given access to the tugboat dock." ." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #5**

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 4. Design Problem Worksheet

**Applicable ☐          Not Applicable ☒**

## Why was "Design" a cause?

Rate each subcategory cause:

D = Direct Cause
C = Contributing Cause
R = Root Cause

| DESIGN PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| **4A = Inadequate or Defective Design** | | | | |
| **4B = Error in Equipment or Material Selection** | | | | |
| **4C = Drawing, Specification, or Date Errors** | | | | |
| **4D = Other (indicate)** | | | | |

## Cause Descriptions:

- "PHRT could not provide documentation that its process design complies with recognized and generally accepted industry practices." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- Insufficient design information is available at the time of drafting to rule out this causal factor category.

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



# 5. Training Deficiency Worksheet

**Applicable** ☒          **Not Applicable** ☐

## Why was "Design" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| TRAINING DEFICIENCY SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| **5A = No Training Provided** | C | | | |
| **5B = Insufficient Practice or Hands-on Experience** | | | | |
| **5C = Inadequate Content** | | | | |
| **5D = Insufficient Refresher Training** | | | | |
| **5E = Inadequate Presentation or Materials** | | | | |
| **5F = Other (indicate)** | | | | |

## Cause Descriptions:

- According to Ms. Wooten's deposition (DEPO-IN-dated-05-19-25-Videotaped-Deposition-of-Nicole-Wooten-07-16-2025.PDF pages 41-55):
    - She never watched any safety videos at the refinery or terminal

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**


TIME FOR CHANGE
ENGINEERING

Exhibit D
Page 58 of 128

# 6. Management Problem Worksheet

## Applicable ☒        Not Applicable ☐

### Why was "Management Problem" a cause?

Rate each subcategory cause:

D = Direct Cause

C = Contributing Cause

R = Root Cause

| MANAGEMENT PROBLEM SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 6A = Inadequate Administrative Control | R | | | |
| 6B = Work Organization / Planning Deficiency | R | | | |
| 6C = Inadequate Supervision | R | | | |
| 6D = Improper Resource Allocation | | | | |
| 6E = Policy Not Adequately Defined, Disseminated, or Enforced | R | | | |
| 6F = Other (multiple companies) | R | | | |

## Cause Descriptions:

- "The primary cause of the coke smoldering was due to the coke not being managed properly for long term storage." - PHRT-Wooten 000009 (located in document "16.pdf")
- "The facility does not have a preventative maintenance program, and facility personnel stated that there are currently no formal process unit inspections." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- "PHRT could not provide a current hazard assessment for the processes that presently contain extremely hazardous substances at the Facility." - PHRT GDC Inspection Report 10 21 FNL.EB.docx
- 29 CFR 1910.1200 – Hazard communication
  - "The purpose of this section is to ensure that the hazards of all chemicals produced or imported are classified, and that information concerning the classified hazards is transmitted to employers and employees"
- **"The maintenance performed by PHRT at did not meet industry practices for a large industrial plant." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #1**
- **"Petroleum coke was stacked in the north dome, in an uncompacted condition, and remained unattended for over one (1) year. This is contrary to accepted industry practices" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #2**
- **"Spontaneous combustion is a known and common hazard for solid fuels. While this was known to PHRT, they failed to address this hazard prior to August 4, 2002, when the fire was first detected" - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #3**
- **"PHRT eventually addressed the ongoing smoke emissions at the tugboat dock using a makeshift dust suppression technology." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #9**
- API 754 - Process Safety Performance Indicators for the Refining and Petrochemical Industries
- API Standard 2220 – Contractor Safety Performance Process
- NFPA 654 – Standard for the Prevention of Fire and Dust Explosions from the Manufacturing, Processing and Handling of Combustible Particulate Solids
- "EPA's Inspection identified a number of problems at the Facility, including violations of the general duty set forth in Section 112(r)(1) of the Clean Air Act ("CAA"), 42 D.S.C. § 7412(r)(1)." - EPA's October 13, 2022, Inspection Letter to Port Hamilton Refining and Transportation.pdf'
- Section 112(r)(3) of the CAA, 42 U.S.C. § 7412(r)(3)
- 29 CFR 1910.119 - Process safety management of highly hazardous chemicals.



**Recommended Corrective Actions: N/A, outside of the scope of this analysis**

# 7. External Phenomena Worksheet

**Applicable** ☒          **Not Applicable** ☐

**Why was "External Phenomena" a cause?**

Rate each subcategory cause:

D = Direct Cause
C = Contributing Cause
R = Root Cause

| EXTERNAL PHENOMENA SUB-CATEGORIES | I | II | III | IV |
|---|---|---|---|---|
| 7A = Weather or Ambient Conditions | C | | | |
| 7B = Power Failure or Transient | | | | |
| 7C = External Fire or Explosion | C | | | |
| 7D = Theft, Tampering, Sabotage, Vandalism | | | | |
| 7E = Other (indicate) | | | | |

## Cause Descriptions:

https://www.timeanddate.com/weather/@7267902/historic?month=8&year=2022



- According to PHRT-Wooten 000008, "2022 was a very dry and hot year" is a key finding pertaining to the incident.
- **"On August 8, 2022, petroleum coke smoke and combustion gases escaped through the opened north petroleum coke dome's rollup access/vehicle door. It was carried by the prevailing trade-winds to the tugboat dock's parking lot." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #7**
- **"On August 8, 2022, the tugboat dock's parking lot and Nicole Wooten were directly downstream of the fire in the north petroleum coke dome." - EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf, page 23 OPINION #8**


TIME FOR CHANGE
ENGINEERING

Page 7 of 8

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**

# Worksheet Summary

| PROBLEM / DEFICIENCY CATEGORY | DIRECT CAUSE | ROOT CAUSE | CONTRIBUTING CAUSE |
|---|---|---|---|
| **Equipment / Material Problem** | | | 1F |
| **Procedure Problem** | | | 2A, 2B |
| **Personnel Error** | | | 3A, 3B, 3D, 3E |
| **Design Problem** | N/A | N/A | N/A |
| **Training Deficiency** | | | 5A |
| **Management Problem** | | 6A, 6B, 6C, 6E, 6F | |
| **External Phenomenon** | | | 7A, 7C |

**Cause Descriptions:**

**Recommended Corrective Actions: N/A, outside of the scope of this analysis**



1    Appendix E: OSHA Hierarchy of Controls[83]
2

3

---

[83] Identifying Hazard Control Options: The Hierarchy of Controls

# Identifying Hazard Control Options:
## The Hierarchy of Controls

### What Is the Hierarchy of Controls?

The hierarchy of controls is a method of identifying and ranking safeguards to protect workers from hazards. They are arranged from the most to least effective and include elimination, substitution, engineering controls, administrative controls and personal protective equipment.

Often, you'll need to combine control methods to best protect workers. For example, a local exhaust system (an engineering control) requires training, periodic inspections, and preventive maintenance (administrative controls). You will also need to consider feasibility. (See "What Are Feasible Controls?" on page 2.)



*Source: NIOSH.*

| Elimination | **Elimination** makes sure the hazard **no longer exists**. Examples: |
|---|---|

- Ending the use of a hazardous material
- Doing work at ground level rather than at heights
- Stopping the use of noisy processes

| Substitution | **Substitution** means changing out a **material** or **process** to reduce the hazard. Examples: |
|---|---|

- Switching to a less hazardous material
- Switching to a process that uses less force, speed, temperature, or electrical current

| Engineering Controls | **Engineering controls** reduce exposure by **preventing hazards from coming into contact with workers.** They still allow workers to do their jobs, though. Examples: |
|---|---|

- Noise enclosures
- Local exhaust ventilation
- Guardrail system
- Machine guards
- Interlocks
- Lift equipment

**Administrative Controls**

**Administrative controls change the way work is done** or **give workers more information by providing workers** with relevant procedures, training, or warnings. They're often used together with higher-level controls. They include:

- **Procedures**, such as equipment inspections, planned preventive maintenance, checklists, lockout/tagout/tryout, infection prevention and control practices, changing work schedules, pre- and post-task reviews, and rotation of workers
- **Training** on topics such as hazard communication, permit-required confined space entry, lockout/tagout/tryout, and safe work procedures
- **Warnings,** such as signs, backup alarms, smoke detectors, computer messages, mirrors, horns, labels, and instructions

**Personal Protective Equipment**

**Personal protective equipment (PPE)** includes clothing and devices to protect workers. PPE needs constant effort and attention (including proper use and training) from workers. Higher-level controls aren't always feasible, and PPE might be needed in conjunction with other control measures. Examples:

- Safety glasses
- Personal Fall Protection Systems and related equipment
- Hardhats
- Respirators
- Hearing protection
- Protective clothing

## What Are Feasible Controls?

To decide if a control is feasible, you need to know how well it can protect workers and whether it can be implemented successfully. Consider whether it is:

- Right for the hazard
- Appropriate, given how likely injuries/illnesses are
- Consistent with employer policies, laws, and regulations
- Not too burdensome to workers
- Recognized as an appropriate practice in the industry
- Effective, reliable, and durable
- Readily available
- Cost-effective, short- and long-term

## How Can You Use the Hierarchy of Controls?

First you will need to identify the hazard(s) you are trying to control with workers and their representatives' participation.

Then, think about how you can block the path between the worker and the hazard. Brainstorm ways the hazard can be eliminated, substituted, engineered out, administratively controlled, or what PPE can be used with other controls.  Ask yourself:

- What are the pros and cons of each method?
- Are the controls feasible in our workplace?  Why or why not?
- Where do the feasible controls fall in the hierarchy?

**Exhibit D**

Collaboratively choose the control(s) that falls highest on the hierarchy. If it will take time to implement, use one or more of the lower options you identified as interim controls until the permanent solution is in place. Remember that you may need a combination of control methods (such as engineering controls plus administrative controls) to provide the best level of protection. Be sure to comply with any workplace regulations which may require specific types of control for certain hazards.

## Try It in Your Workplace

Try applying the hierarchy of controls to hazards in your workplace. Brainstorm with workers and their representatives' possible controls at each level of the hierarchy. After brainstorming, go over the options and circle the control(s) to be implemented. See the example worksheet below and use the blank worksheet that follows.



## HIERARCHY OF CONTROLS WORKSHEET
**Remember, often a combination of controls is most effective.**

**Hazard or hazardous situation/activity**: Driver operated fork truck struck a pedestrian in the warehouse area. There have been incidents and near misses in the past.

| Control Method | New Hazard(s) Created |
|---|---|
| **Elimination**<br>• Design the workplace and storage at intersections to eliminate blind spots.<br>• Only allow people to go through the warehouse if they are necessary to the operation and fork trucks are not in operation.<br>• Don't allow anyone from other departments to go through the warehouse to break areas or the cafeteria.<br>• Automate delivery of materials using conveyors and AGVs (automatic guided vehicles). | • People may need to go through other hazardous areas to take inventory. |
| **Substitution**<br>• Replace fork trucks with powered walk-beside forklifts or hand trucks. | • Stress on muscles. |
| **Engineering Controls**<br>• Separate vehicles and pedestrians by installing pedestrian aisles, barriers, and crossings to keep people away from fork trucks.<br>• Add mirrors to blind corners and motion detector/alarms.<br>• Limit access points to the building.<br>• Limit the speed of fork trucks. | • Maintenance workers have to use ladders when they clean the mirrors.<br>• Stress or exertion on workers trying to keep up with production quotas using slower equipment. |
| **Administrative Controls: Warnings**<br>• Put warning lights and backup alarms on fork trucks.<br>• Put sensors on fork trucks or pedestrians. | • Backup alarms add to the noise level in the warehouse.<br>• Workers can get alarm fatigue.<br>• Controls not effective for the hearing- or visually impaired. |
| **Administrative Controls: Procedures and Training**<br>• Limit who has access to areas where fork trucks are in operation.<br>• Provide forklift training with annual refreshers.<br>• Establish a safe distance, based on manufacturer's information, around fork trucks.<br>• Don't allow anyone to move fork trucks 15 minutes before each shift start, lunch break, or shift end.<br>• Scheduling work so that pedestrians are not in the area of fork trucks in use.<br>• Require the use of headlights on fork trucks at all times.<br>• Provide training to pedestrians and operators on where the blind spots are on fork trucks.<br>• When inventory is taken, all fork truck operations cease. | • Safe distancing could impede communication between workers.<br>• Fork truck drivers pressured to rush because of reduced time to use fork trucks. |
| **Personal Protective Equipment**<br>• Require workers and visitors to wear high-visibility vests. | • Machinery can catch loose-fitting vests. |

*IDENTIFYING HAZARD CONTROL OPTIONS: The Hierarchy of Controls*

5

# HIERARCHY OF CONTROLS WORKSHEET

**Remember, often a combination of controls is most effective.**

Hazard or hazardous situation/activity: _____

| Control Method | New Hazard(s) Created |
|---|---|
| **Elimination** | |
| **Substitution** | |
| **Engineering Controls** | |
| **Administrative Controls: Warnings** | |
| **Administrative Controls: Procedures and Training** | |
| **Personal Protective Equipment** | |

A PRODUCT OF OSHA'S RECOMMENDED PRACTICES FOR SAFETY & HEALTH PROGRAMS | https://www.osha.gov/safety-management

1    Appendix F: Preliminary report of Mr. Daniel Mahr dated August
2    14, 2025[84]
3

---

[84] EXPRT-RPT-IN-dated-08-14-25-Privileged-&-Confidential-Preliminary-Expert-Report-by-Mahr-(Revised)-08-12-2025.pdf

**Exhibit D**