IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>  Plaintiffs,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>  Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

## EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026

**COMES NOW** Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court to continue the hearing currently scheduled for February 11, 2026, at 1:00 p.m., and states as follows:

As grounds for the request, Plaintiff's counsel recently became aware of a scheduling conflict affecting the attorney responsible for handling motion arguments in this matter. Specifically, Attorney Lawrence, who handles personal matters for her family, must accompany a family member that had to travel for urgent medical attention and is unavailable to attend the hearing on February 11, 2026. Additionally, Attorney Rohn is scheduled to attend a Board of Directors meeting on February 11, 2026, which she cannot miss as she is need for a quorum. Due to these unavoidable conflicts, Plaintiff respectfully submits that this constitutes good cause for a brief continuance of the hearing. This request is not made for purposes of delay but to ensure effective representation and proper presentation of arguments before the Court. No other attorneys



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026**
Page 2

at Lee J. Rohn and Associates, LLC, are available to appear on the date of the hearing. Plaintiff's counsel has contacted Defendants' counsel regarding this request, and no objection was made.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an Order continuing the hearing scheduled for February 11, 2026, and rescheduling the hearing for a later date convenient to the Court and counsel.

                              RESPECTFULLY SUBMITTED
                              LEE J. ROHN AND ASSOCIATES, LLC
                              Attorneys for Plaintiff

DATED:  February 10, 2026        BY:   /s/ Lee J. Rohn
                                                Lee J. Rohn, Esq.
                                                VI Bar No. 52
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                lee@rohnlaw.com

## CERTIFICATE OF WORD/PAGE COUNT

This document complies with the page or word limitation set forth in Rule 6-1 (e).

                                                BY:    /s/  Lee J. Rohn
                                                      Lee J. Rohn, Esq.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All Counsel of Record

BY:   /s/ Lee J. Rohn   (kjg)