IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### SUPPLEMENTAL EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026

**COMES NOW** Plaintiff, by and through undersigned counsel, respectfully files her Supplemental Emergency Motion to Continue the Hearing currently scheduled for February 11, 2026, at 1:00 p.m., and states as follows:

Plaintiff's counsel has repeatedly reached out to her replacement expert Cassandra Moody, who has not yet responded to Plaintiff's Counsel. **Exhibit A**. Normally, Cassandra Moody is very responsive, so this is out of character. Plaintiff's counsel requests additional time to be able to contact Ms. Moody to confirm that she is available for an evidentiary hearing and when.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an Order continuing the hearing scheduled for February 11, 2026, and rescheduling the hearing for a later date convenient to the Court and counsel.



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**SUPPLEMENTAL EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026**
Page 2

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiff

DATED: February 10, 2026        BY:   /s/ Lee J. Rohn
                                                    Lee J. Rohn, Esq.
                                                    VI Bar No. 52
                                                    1108 King Street, Suite 3 (mailing)
                                                    56 King Street, Third Floor (physical)
                                                    Christiansted, St. Croix
                                                    U.S. Virgin Islands 00820
                                                    Telephone: (340) 778-8855
                                                    lee@rohnlaw.com

## CERTIFICATE OF WORD/PAGE COUNT

This document complies with the page or word limitation set forth in Rule 6-1 (e).

                                                BY:   /s/ Lee J. Rohn
                                                            Lee J. Rohn, Esq.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**SUPPLEMENTAL EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 11, 2026**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All Counsel of Record

BY:   /s/ Lee J. Rohn  (al)