IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## AFFIRMATION OF ROBIN SEILA

**TERRITORY OF THE VIRGIN ISLANDS**    )
                                                   )   **SS.**
**DIVISION OF ST. CROIX**                 )

    I, **ROBIN SEILA,** being first duly sworn, declare under penalty of perjury that the following is true and correct.

1. I make this affirmation of my own personal knowledge.

2. I am an Associate Attorney at Lee J. Rohn & Associates LLC.

3. In response to the Court's February 5, 2026 Order scheduling an evidentiary hearing, I called Cassandra Moody.

4. I called Cassandra Moody on February 6, 9, and 10, 2026. I also emailed her on February 9 and 10, 2026. I have not received a call back or an email back from Ms. Moody.

5. Since Ms. Moody has been unresponsive, she cannot proceed with the evidentiary hearing on February 11, 2026.

EXHIBIT A

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AFFIRMATION OF ROBIN SEILA**
Page 2

Dated: Feb 10, 2026

_____
**ROBIN SEILA**