IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

               Plaintiff,

     v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST INDIES
PETROLEUM, LTD.,

               Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>ORDER</u>

**THIS MATTER** having come before the Court on Plaintiff's **Emergency Motion to Continue Hearing Scheduled for February 11, 2026,** and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

**ORDERED** that the hearing is currently scheduled for February 11, 2026, at 1:00 p.m. is **CONTINUED**; and it is further

**SO ORDERED** this _____ day of _____ 2026.

_____
     **Hon. Emile A. Henderson III**
     Magistrate Judge of the District Court