IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>      PLAINTIFF,<br><br> VS.<br><br>LIMETREE BAY TERMINALS, LLC, ET AL.<br><br>      DEFENDANTS. | CASE NO. 1:23-CV-00012 |

**DEFENDANTS' JOINT NOTICE THAT THEY INTEND TO OPPOSE PLAINTIFF'S MOTION TO CONTINUE**

Defendants Port Hamilton Refining and Transportation, LLLP and Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals jointly notify the Court that they intend to file an opposition **this evening** to Plaintiff's Emergency Motion to Continue. Said opposition will be based upon, *inter alia*, the following:

1. Plaintiff has misrepresented that she consulted with Defendants and they did not object. Plaintiff sent an email seeking concurrence in the motion at 3:54 p.m. AST and filed their motion at 4:33 p.m. AST and never gave Defendants an opportunity to object.

2. The reason for the continuance stated in the motion is different than the reason set forth in the email seeking concurrence.

3. There is now a second motion to continue, filed at 5:27 p.m. AST, with yet a third reason for the continuance, that was just filed by Plaintiffs and

Defendants will address that as well.

                                        Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: February 10, 2026

  /s/ Andrew C. Simpson
By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com