# EXHIBIT A

**Thompson, Tyresa (LAA-Ftl)**

---

| | |
|---|---|
| **From:** | Karima Jenkins-Guzman <karima@rohnlaw.com> |
| **Sent:** | Tuesday, February 10, 2026 2:54 PM |
| **To:** | Andrew C. Simpson; Andrew C. Simpson; Andrew C. Simpson; King, Donnie (Ptnr-Ftl); LueSang, Sharon (Para-Ftl); Thompson, Tyresa (LAA-Ftl); Ryan Stutzman; Ryan C. Stutzman; Janvier, Reginald (Assoc-Ftl); Gregg Kronenberger; Jennifer Koockogey-LaJoie; Alisha Udhwani; Joann Brumant; Awoleke, David (Assoc-Tpa) |
| **Cc:** | WootenNicolevLimetreeBayTerminalsetalZ802309@rohnlaw.filevineapp.com; Lee J. Rohn; Robin Seila |
| **Subject:** | Wooten, Nicole v. Limetree Bay Terminals, et. al. |

**[External to Akerman]**

Good day, Counsel,

Please advise whether you have any objections to Plaintiff's intended filing of the Emergency Motion to Continue the hearing scheduled for February 11, 2026..

Attorney Lawrence, who handles motion arguments, is not available to attend tomorrow's hearing, as she will be in St. Thomas before the Supreme Court for oral argument. Do you have any objections?

Thank you, and we look forward to your response.

Best regards,

*Karima Jenkins-Guzman*

Legal Assistant
*Lee J. Rohn and Associates, LLC*
1108 King Street, Third Floor
Christiansted, VI 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

1

Email Address: [Karima@rohnlaw.com](mailto:Karima@rohnlaw.com)

**\*Live the Life you Love, Love the Life you Live\***