# EXHIBIT B

**Thompson, Tyresa (LAA-Ftl)**

| | |
|---|---|
| **Subject:** | RE: Case No. 1;23-CV-00012, Statements to Testify in a Civil Action |

Begin forwarded message:

> **From:** Dan Mahr <danmahr@energy-pc.com>
> **Date:** February 6, 2026 at 12:05:53 PM EST
> **To:** "Janvier, Reginald (Assoc-Ftl)" <reginald.janvier@akerman.com>
> **Cc:** asimpson@coralbrief.com, "King, Donnie (Ptnr-Ftl)" <donnie.king@akerman.com>
> **Subject: Re: FW: Case No. 1;23-CV-00012, Statements to Testify in a Civil Action**
>
> [External to Akerman]
>
> Reggie, thank you.
>
> Interesting developments.  It clarifies why Ocean Terminals was being cautious, a Protective Order was granted 2/3/2026.
>
> When Donnie returned to Tuesday's deposition, February 11th was one of the two days I indicated as unavailable.  Magistrate Judge Emile A. Henderson III's Emergency Order Setting Hearing is now the priority.  Our previous 2/11/2026 commitment is rescheduled to a later date.
>
> Looking forward to receiving the court's link to access the hearing by videoconference.
>
> Best regards, Dan Mahr
>
>
> On 2/5/2026 5:12 PM, reginald.janvier@akerman.com wrote:
>
>> I am recirculating this email to include Mr. Simpson and Mr. King.
>>
>> Reginald Janvier
>>
>> Associate

Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301

D: 954 468 2450

Reginald.Janvier@akerman.com

http://www.akerman.com

CONFIDENTIALITY NOTE: The information contained in this

transmission may be privileged and confidential, and is intended

only for the use of the individual or entity named above. If the reader of this

message is not the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this transmission in error, please immediately

reply to the sender that you have received this communication in error and then

delete it. Thank you.

-----Original Message-----
From: Janvier, Reginald (Assoc-Ftl)
Sent: Thursday, February 5, 2026 5:11 PM
To: 'Dan Mahr' <danmahr@energy-pc.com>
Subject: RE: Case No. 1;23-CV-00012, Statements to Testify in a Civil Action

Hi Mr. Mahr,

The attached email contains the order from the court that I referenced during the phone conversation yesterday.

In addition to that order, the court issued another order this afternoon scheduling an emergency hearing on February 11, 2026 at noon eastern. You are required to appear, and you may do so via video conference.

I will circulate the video conference link to you once I have it.

Please let me know if you have any questions after reviewing the order.

Best,

Reggie

Reginald Janvier

Associate

Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301

D: 954 468 2450

Reginald.Janvier@akerman.com

-----Original Message-----

From: Dan Mahr <danmahr@energy-pc.com>

Sent: Thursday, February 5, 2026 9:22 AM

To: Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>

Subject: Re: Case No. 1;23-CV-00012, Statements to Testify in a Civil Action

[External to Akerman]

3

Reggie,

Per yesterday's telephone conversation, please forward a copy of the judge's order and advise if the escrow option has been approached with both Ocean Terminals and PHRT.

Thank you.

Best regards, Dan Mahr

On 2/4/2026 3:47 PM, reginald.janvier@akerman.com wrote:
> Hi Dan,
>
> Please give me a call at 954-393-6783.
>
> Best,
>
> Reggie
>
> Reginald Janvier
>
> Associate
>
> Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft.
>
> Lauderdale, FL 33301
>
> D: 954 468 2450
>
> Reginald.Janvier@akerman.com
>
> http://www.akerman.com

4

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

-----Original Message-----
From: Dan Mahr <danmahr@energy-pc.com>
Sent: Wednesday, February 4, 2026 3:43 PM
To: Janvier, Reginald (Assoc-Ftl) <reginald.janvier@akerman.com>
Cc: King, Donnie (Ptnr-Ftl) <donnie.king@akerman.com>; asimpson@coralbrief.com
Subject: Case No. 1;23-CV-00012, Statements to Testify in a Civil Action

[External to Akerman]

Reggie,

Per yesterday's e-mail, attached are two (2) PDFs, separate statements for Ocean Point Terminals and Port Hamilton Refining and Transportation.

Please let me know when payments are processed. Thank you.

Best regards, Dan Mahr

5