IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## EMERGENCY MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

**COMES NOW** Plaintiff, by and through undersigned counsel, and respectfully files this Motion for Leave to file documents under seal.

Plaintiff intends to file a Notice of Filing Documents Under Seal to show the portion of the report of Daniel Mahr that was factually incorrect and had to be removed. Plaintiff also intends to file communications with Daniel Mahr and Cahn Litigation related to the expert report and the fee dispute. The documents contain confidential information and communications with an expert, and Plaintiff requests leave to file these documents under seal. Plaintiff files this as an emergency motion because the Court set the matter for hearing today, February 11, 2026, and these documents are relevant to the issue. Plaintiff moved to Continue the Hearing, but the Court denied the motion.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an Order that Plaintiff's Notice of Filing Documents under Seal be granted.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**EMERGENCY MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**
Page 2

                              RESPECTFULLY SUBMITTED
                              LEE J. ROHN AND ASSOCIATES, LLC
                              Attorneys for Plaintiff

DATED:  February 11, 2026        BY:   /s/ *Lee J. Rohn*
                                                Lee J. Rohn, Esq.
                                                VI Bar No. 52
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                Lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**EMERGENCY MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of records

BY:   /s/ *Lee J. Rohn*  (al)