IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　　　Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>REPLY TO DEFENDANTS LIMETREE BAY TERMINALS D/B/A OCEAN POINT TERMINALS AND PORT HAMILTON REFINING AND TRANSPORT'S OPPOSITION TO CONTINUE EVIDENTIARY HEARING</u>

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby replies to Defendants Limetree Bay Terminals d/b/a Ocean Point Terminals and Port Hamilton Refining and Transport's Opposition to Continue Evidentiary Hearing, and states as follows:

On February 1, 2026, this Court issued an Order scheduling an Evidentiary Hearing on several matters for February 11, 2026. The limited time between the issuance of the Order and the hearing date provided only a short period within which to secure the appearance of necessary witnesses, including Plaintiff's expert, Ms. Moody. As affirmed by Attorney Robin Seila, diligent efforts were made to communicate with Plaintiff's expert, Ms. Moody. Ms. Moody has not responded. Ms. Moody is a crucial witness for purposes of the evidentiary hearing, and her testimony is material to the issues before the Court.

Plaintiff reasonably believed that Ms. Moody would be available, as she typically responds



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**REPLY TO DEFENDANTS LIMETREE BAY TERMINALS D/B/A OCEAN POINT TERMINALS AND PORT HAMILTON REFINING AND TRANSPORT'S OPPOSITION TO CONTINUE EVIDENTIARY HEARING**
Page 2

to communications within a day. However, when she did not respond to emails or calls, and again failed to respond by late afternoon on February 10, 2026, it became clear that she was unavailable to attend the February 11, 2026, hearing.

Further, when the Motion to Continue was originally drafted, Attorney Rhea Lawrence's calendar reflected that she would be out of the office on February 11, 2026. It was mistakenly assumed that this was due to a previously known Supreme Court oral argument. Upon direct communication with Attorney Lawrence, undersigned counsel learned that the notation reflected a last-minute calendar mark-off due to a family medical emergency, and that the Supreme Court argument had, in fact, been scheduled for the day before.

Defendants' Opposition ignores the fact that Plaintiff's expert witness, Ms. Moody, has been unreachable and therefore cannot attend the hearing.

The prior wording in Plaintiff's Motion stating that Defendants did not object was inadvertent error. The Motion should have stated that Defendants had not yet responded at the time of filing.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant the Motion to Continue the Evidentiary Hearing to a later date to allow for the appearance of Plaintiff's expert.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**REPLY TO DEFENDANTS LIMETREE BAY TERMINALS D/B/A OCEAN POINT TERMINALS AND PORT HAMILTON REFINING AND TRANSPORT'S OPPOSITION TO CONTINUE EVIDENTIARY HEARING**
Page 3

                                                      RESPECTFULLY SUBMITTED
                                                      LEE J. ROHN AND ASSOCIATES, LLC
                                                      Attorneys for Plaintiff

DATED: February 11, 2026            BY:   /s/ Lee J. Rohn
                                                      Lee J. Rohn, Esq.
                                                      VI Bar No. 52
                                                      1108 King Street, Suite 3 (mailing)
                                                      56 King Street, Third Floor (physical)
                                                      Christiansted, St. Croix
                                                      U.S. Virgin Islands 00820
                                                      Telephone: (340) 778-8855
                                                      lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**REPLY TO DEFENDANTS LIMETREE BAY TERMINALS D/B/A OCEAN POINT TERMINALS AND PORT HAMILTON REFINING AND TRANSPORT'S OPPOSITION TO CONTINUE EVIDENTIARY HEARING**
Page 4

## **CERTIFICATE OF SERVICE**

    **THIS IS TO CERTIFY** that on February 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

    All Counsel of Record

BY: __/s/ Lee J. Rohn_____(kjg)