**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:23-CV-00012 |
| ) | |
| vs. ) | |
| ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a ) | |
| OCEAN POINT TERMINALS; PORT ) | |
| HAMILTON REFINING AND ) | |
| TRANSPORTATION; and WEST INDIES ) | |
| PETROLEUM, LTD., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXERCISE OF LIMITED MAGISTRATE JURISDICTION FOR A DECISION ON DOC. NO. 193 ONLY**

**COMES NOW,** Defendant West Indies Petroleum Ltd. ("WIPL") and files this unopposed motion for the exercise of limited magistrate jurisdiction to decide Plaintiff's and WIPL's joint motion for dismissal of West Indies Petroleum, Ltd., with prejudice, dated September 11, 2025 [ECF No. 193].

28 U.S.C.A. § 636(c)(1) states that "[n]otwithstanding any provision of law to the contrary [, u]pon the consent of the parties, a full-time United States magistrate judge ... may conduct **any or all** proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves."

The parties consent to limited magistrate jurisdiction of the above-referenced motion only (*i.e.,* Doc. No. 193). At the hearing on February 11, 2026, all parties confirmed on the record that there is no objection to this limited exercise of magistrate jurisdiction.

                                          Respectfully Submitted,

                                          **CSA ASSOCIATES, P.C.**
                                          1138 King Street, Suite 100, Christiansted, VI 00820
                                          TEL: (340) 773-3681

Dated:  February 12, 2026         By:  */s/ Ryan C. Stutzman*
                                                  Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                  Counsel for West Indies Petroleum Limited