**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| NICOLE WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:23-CV-00012 |
| | ) | |
| vs. | ) | |
| | ) | ACTION FOR DAMAGES |
| LIMETREE BAY TERMINALS d/b/a | ) | |
| OCEAN POINT TERMINALS; PORT | ) | |
| HAMILTON REFINING AND | ) | JURY TRIAL DEMANDED |
| TRANSPORTATION; and WEST INDIES | ) | |
| PETROLEUM, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**THIS MATTER** is before the Court on Defendant West Indies Petroleum, Ltd.'s Unopposed Motion for the Exercise of Limited Magistrate Jurisdiction for a Decision on Doc. No. 193 Only ("Motion"). Upon review and consideration of the Motion, and the Court being satisfied in the premises, it is hereby

ORDERED, that the Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2026.

_____
MAGISTRATE JUDGE