IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SUPPLEMENTAL AFFIRMATION AND WITHDRAWAL OF CASSANDRA MOODY'S PROPOSED EXPERT REPORT</u>

**COME NOW** Plaintiff, by and through the undersigned counsel, and hereby files Cassandra Moody's Supplemental Affirmation giving notice of the withdrawal of her proposed expert report and the adoption of Daniel Mahr's expert report. **Exhibit A**.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: February 19, 2026

BY:  /s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Lee@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**Notice of Supplemental Affirmation**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: /s/ *Lee J. Rohn* (al)