IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>        Plaintiff,<br><br>   v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>        Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### AFFIRMATION OF CASSANDRA MOODY

**TERRITORY OF THE VIRGIN ISLANDS**    )
                                )   **SS.**
**DIVISION OF ST. CROIX**              )

     I, **CASSANDRA MOODY,** being first duly sworn, declare under penalty of perjury that the following is true and correct**.**

1. I make this affirmation of my own personal knowledge.

2. I am the President and Principal Engineer at Time For Change Engineering.

3. I was contacted by Cahn Litigation concerning replacing an expert witness, Daniel Mahr, in the above-captioned case.

4. I began my review of the documents and Daniel Mahr's expert report on or about October 2025.

5. I have never communicated with Daniel Mahr.

6. I reviewed Daniel Mahr's report and adopted his opinions independently.

7.  I did not collaborate with Daniel Mahr in any way concerning my expert report, which adopts Daniel Mahr's opinions.

8.  After conducting my own research, I agree to withdraw my report, and instead adopt Daniel Mahr's report.

Dated: _____02/19/2026_____

_____
**CASSANDRA MOODY**