IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>                    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S TWENTY FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Twenty Fourth Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced were served upon the Defendants.

                        RESPECTFULLY SUBMITTED
                        LEE J. ROHN AND ASSOCIATES, LLC
                        Attorneys for Plaintiff

DATED: February 19, 2026        BY:   /s/ *Lee J. Rohn*
                                                Lee J. Rohn, Esq.
                                                VI Bar No. 52
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                Lee@rohnlaw.com



## **CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

  All counsel of record.

                BY: ___/s/ *Lee J. Rohn*___ (al)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>　　　　Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

**PLAINTIFF NICOLE WOOTEN'S TWENTY FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26**

**COMES NOW** Plaintiff, **NICOLE WOOTEN,** by and through her undersigned counsel of record, and produces the following pursuant to Rule 26:

1. Photographs of a Premier Plus Respirator, given to and worn by Nicole Wooten on 8/10/2022, produced and attached hereto as **Bates Nos. NW004351-NW004352.**



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE WOOTEN'S TWENTY FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26**
Page 4

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiff

DATED: February 19, 2026          BY:   /s/ *Lee J. Rohn*
                                                Lee J. Rohn, Esq.
                                                VI Bar No. 52
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                Lee@rohnlaw.com

**CERTIFICATE OF SERVICE**

    **THIS IS TO CERTIFY** that on February 19, 2026, I caused a true and correct copy of **PLAINTIFF NICOLE WOOTEN TWENTY FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26** to be served via electronic mail upon:

All counsel of record.

    BY: __/s/ *Lee J. Rohn*__ (al)