IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>    Defendants. | Case No. 1:23-CV-00012<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S TWENTY FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Twenty Fourth Supplemental Production Pursuant to Rule 26 through her undersigned counsel of record, and that any documents referenced were served upon the Defendants.

            RESPECTFULLY SUBMITTED
            LEE J. ROHN AND ASSOCIATES, LLC
            Attorneys for Plaintiff

DATED: February 19, 2026   BY: /s/ *Lee J. Rohn*
            Lee J. Rohn, Esq.
            VI Bar No. 52
            1108 King Street, Suite 3 (mailing)
            56 King Street, Third Floor (physical)
            Christiansted, St. Croix
            U.S. Virgin Islands 00820
            Telephone: (340) 778-8855
            Lee@rohnlaw.com



## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: /s/ *Lee J. Rohn* (al)