# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| NICOLE WOOTEN,<br><br>                    Plaintiff,<br>v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>                    Defendants. | Civil Action No.: 1:23-cv-00012 |

### RE-NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL MAHR, PE.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals, by counsel, will take the videotaped deposition of **DANIEL MAHR, PE** on **Thursday, February 26, 2026,** beginning at **11:00 a.m. (EST),** via videoconference using the following link and meeting credentials:

Link: https://proceedings.veritext.com?token=80f224a946666baa38c152527e638bb9
Meeting ID: 89226024903
Password: _Qmh7F1I4z

The deposition will be taken upon oral examination before Veritext Legal Solutions, or any other Notary Public or officer authorized to take depositions in the state of New Jersey, and will be videotaped by Veritext Legal Solutions, 290 W. Mount Pleasant Avenue, Suite 3200, Livingston, NJ 07039.

The oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted by law.

85599202;1

DATED: February 25, 2026

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/ *Donnie M. King*
    **Donnie M. King**
    Virgin Islands No. 1237
    donnie.king@akerman.com
    tyresa.thompson@akerman.com
    **Eric D. Coleman** (admitted *pro hac vice*)
    eric.coleman@akerman.com
    lauren.chang-williams@akerman.com
    **Reginald E. Janvier** (admitted *pro hac vice*)
    reginald.janvier@akerman.com
    sharon.luesang@akerman.com

*Counsel for Defendant Ocean Point Terminals f/k/a Limetree Bay Terminals d/b/a Ocean Point Terminals*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's electronic filing system on February 25, 2026 which will send a notice of electronic filing to all counsel of record.

                                         */s/ Donnie M. King*
                                         Donnie M. King, Esq.

85599202;1