IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

        v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

        Defendants.

Case No. 1:23-CV-00012


**ACTION FOR DAMAGES**


<u>JURY TRIAL DEMANDED</u>

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

**COMES NOW** Robin P. Seila, Esq of Lee J. Rohn and Associates LLC hereby moves to withdraw as counsel of record for Plaintiff Nicole Wooten, pursuant to Local Rule 5.2(b)(1). There is no prejudice to the Plaintiff, as Attorney Lee J. Rohn of Lee J. Rohn and Associates LLC will remain counsel of record for Plaintiff Nicole Wooten.

Pursuant to Local Rule 5.2(b)(1), the undersigned may withdraw with leave of Court after notice to the attorney's client. The undersigned verbally discussed the matter with Nicole Wooten. The undersigned attaches her Affirmation that explains that she discussed the matter with Nicole Wooten. **Exhibit A.** The undersigned also attaches an Affirmation from Nicole Wooten, which affirms her consent to allow the undersigned to withdraw and to remain represented by Lee J. Rohn. **Exhibit B.**

The withdrawal will not affect the administration of justice or the other parties to the litigation, since the Plaintiff remains represented by Lee J. Rohn. The Plaintiff remains



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**MOTION TO WITHDRAW AS COUNSEL - SEILA**
Page 2

represented by counsel and the undersigned's withdrawal will not affect the litigation in

this matter.

> RESPECTFULLY SUBMITTED
> LEE J. ROHN AND ASSOCIATES, LLC
> Attorneys for Plaintiff

DATED:  March 23, 2026                  BY:   /s/ *Robin P. Seila*
                                              Robin P. Seila, Esq.
                                              VI Bar No. R2043
                                              1108 King Street, Suite 3 (mailing)
                                              56 King Street, Third Floor (physical)
                                              Christiansted, St. Croix
                                              U.S. Virgin Islands 00820
                                              Telephone: (340) 778-8855
                                              robin@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**MOTION TO WITHDRAW AS COUNSEL - SEILA**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on March 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Robin P. Seila*___ (al)