**EXHIBIT**

**A**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

      Plaintiff,

  v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

      Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

**AFFIRMATION OF ROBIN SEILA**

**TERRITORY OF THE VIRGIN ISLANDS**    )
                                        )   **SS.**
**DIVISION OF ST. CROIX**             )

    I, **ROBIN SEILA,** being first duly sworn, declare under penalty of perjury that the following is true and correct**.**

1.  I make this affirmation of my own personal knowledge.

2.  I am an Associate Attorney at Lee J. Rohn & Associates LLC.

3.  I spoke with Nicole Wooten about my intention to withdraw as counsel of record in her case.

4.  Ms. Wooten consents to being solely represented by Attorney Lee J. Rohn.

Dated:   02/27/2026                                        
**ROBIN SEILA**