EXHIBIT

B

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

           Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM, LTD.,

           Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

**AFFIRMATION OF NICOLE WOOTEN**

**TERRITORY OF THE VIRGIN ISLANDS**    )
                                   )    **SS.**
**DIVISION OF ST. CROIX**             )

    I, **NICOLE WOOTEN,** being first duly sworn, declare under penalty of perjury that the following is true and correct.

1. I make this affirmation of my own personal knowledge.

2. I am the Plaintiff in this case.

3. I spoke with Robin Seila concerning her intention to withdraw as counsel of record in my case.

4. I consent to allowing Attorney Robin Seila to withdraw and to continue being represented by Attorney Lee J. Rohn.

Dated: 02/27/2026                       _____
                                            **NICOLE WOOTEN**

The signed document can be validated at https://app.vinesign.com/Verify