IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM, LTD.,

        Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>ORDER</u>

THIS MATTER having come before the Court on Attorney Robin Seila's **MOTION TO WITHDRAW AS COUNSEL** and the Court having been advised in its premises, it is;

ORDERED that the Motion is GRANTED and Attorney Seila has hereby WITHDRAWN from the above captioned case.

SO ORDERED this _____ day of _____ 2026.

_____
Honorable Emile A. Henderson III
Judge of the Superior Court