IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

          Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM, LTD.,

          Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>NOTICE OF PROOF OF SERVICE</u>

    **COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files

Plaintiff's Notice of Proof of Service of the Court's March 23, 2026, Order upon Plaintiff

Nicole Wooten.  *See* **Exhibit 1**.

                                RESPECTFULLY SUBMITTED
                                LEE J. ROHN AND ASSOCIATES, LLC
                                Attorneys for Plaintiff

DATED:  April 7, 2026            BY:    /s/ *Lee J. Rohn*
                                  Lee J. Rohn, Esq.
                                  VI Bar No.
                                  1108 King Street, Suite 3 (mailing)
                                  56 King Street, Third Floor (physical)
                                  Christiansted, St. Croix
                                  U.S. Virgin Islands 00820
                                  Telephone: (340) 778-8855
                                  Lee@rohnlaw.com



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF PROOF OF SERVICE**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Lee J. Rohn*___ (al)