EXHIBIT
1

**From:** Nicole W
**To:** Alanah Lucantonio
**Subject:** Re: Order from the court
**Date:** Thursday, March 26, 2026 4:44:23 PM

Good day Alanah!

Received, thank you.

On Thu, Mar 26, 2026, 4:40 PM Alanah Lucantonio <alanah@rohnlaw.com> wrote:

> Good day, Ms. Wooten,
>
> Please review the attached Order from the court allowing attorney Seila to withdraw as primary counsel. Attorney Rohn will remain your counsel of record. Please confirm receipt of this order.
>
> Thank you,
>
> **Alanah Lucantonio**
>
> **Legal Assistant**
>
> **Lee J. Rohn and Associates, L.L.C.**
>
> **1108 King Street, Suite 3**
>
> **St. Croix, U.S. Virgin Islands 00820-4933**
>
> **Telephone:  (340) 778-8855/ Fax:  (340) 773-2954**
>
> **alanah@rohnlaw.com**

<table>
<tr><td colspan="2"><strong>DISTRICT COURT OF THE VIRGIN ISLANDS</strong><br><br><strong>DIVISION OF ST. CROIX</strong></td></tr>
</table>

NICOLE WOOTEN,

               **Plaintiff,**

      v.

LIMETREE BAY TERMINALS, LLC, d/b/a
OCEAN POINT TERMINALS, LLC,
PORT HAMILTON REFINING &
TRANSPORTATION,

               **Defendants.**

1:23-cv-00012-RAM-EAH

TO:   Lee J. Rohn, Esq.
       Robin P. Seila, Esq.
       Eric Coleman, Esq.
       Reginald E. Janvier, Esq.
       David Awoleke, Esq.
       Donnie Marcel King, Esq.
       Andrew C. Simpson, Esq.

## <u>ORDER</u>

**THIS MATTER** comes before the Court on the Motion to Withdraw as Counsel, filed on March 23, 2026 by Robin P. Seila, Esq., one of the attorneys of record for Plaintiff Nicole Wooten. Dkt. No. 269. In the Motion, Attorney Seila states that there will be no prejudice to the Plaintiff as a result of her withdrawal because Attorney Lee J. Rohn of Lee J. Rohn and Associates, LLC, will remain counsel of record for Plaintiff Wooten. *Id.* In addition, Attorney Seila verbally discussed the matter with Plaintiff Wooten, and attached an Affirmation attesting to that fact, as well as a separate Affirmation from Ms. Wooten affirming her consent to allow Attorney Seila to withdraw and to remain represented by Attorney Rohn. *Id.*; Dkt.

*Wooten v. Limetree Bay Terminals, LLC*
1:23-cv-00012-RAM-EAH
Order
Page 2

Nos. 269-1, 269-2. Attorney Seila asserts that her withdrawal will not affect the litigation in

this matter. *Id.*

Having reviewed the motion and upon due consideration thereof, it is now hereby

**ORDERED**:

1. Attorney Seila's Motion to Withdraw as Counsel for Plaintiff Nicole Wooten,

   Dkt. No. 269, is **GRANTED.**

2. Robin P. Seila, Esq., is **RELIEVED AND TERMINATED** as counsel of record for

   Plaintiff Nicole Wooten.

3. Attorney Seila shall serve a copy of this Order upon Plaintiff Nicole Wooten

   and file with the Court notice of receipt thereof within 14 days from the date

   of entry of this Order.

ENTER:


Dated: March 23, 2026                    /s/ Emile A. Henderson III
                                         EMILE A. HENDERSON III
                                         U.S. MAGISTRATE JUDGE