3/7/25, 1:04 PM

WOOTEN, NICOLE **DOB:** **Redacted - privacy**    (37 yo F) **Acc No.** 17572 **DOS:** 08/11/2022



# WOOTEN, NICOLE

37 Y old  Female, DOB: 07/12/1985
Account Number: 17572
5599 WYNHALL DRIVE, NORCROSS, GA-30071
Home: **Redacted -**
Guarantor: WOOTEN, NICOLE   Insurance: GEHA -ASA
Appointment Facility: Covington Family Care

08/11/2022                                    Terrie Morton Acker, MD

## History of Present Illness

New Symptom:

The patient consents to this telehealth visit/interview understanding the limitations of this method in that it does not replace a face to face with the doctor,

37 year old with asthma is currently living and working in the Virgin Islands for the last 8 months. She has had several asthma attacks. She has had a allergy work up in Georgia in April 2021. Afterwards she has been living in the Virgin Island. She was placed on Symbicort 80/4.5 by Dr. Choco as well as Astelin, flonase, and albuterol. She had an asthma attack after being exposed to Smoke on 8/8/2022 where the fire was burning Petroleum coke which started 8/4/2022. She went back to work and used albuterol at her work place. She continued to be symptomatic and drove her self to the nearest urgent care. She also had nausea an vomiting. She was given neb treatments x 4 and a steroid injection She also felt herself shaking. She was placed on home albuterol treatments and a Medrol dose pack. Her last albuterol treatment was yesterday. I would like her to discontinue the albuterol and to use Xopenex.

## Current Medications

Taking
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally twice a day
- Flovent HFA 110 MCG/ACT Aerosol 1 puff Inhalation Twice a day
- Omeprazole 20 MG Capsule Delayed Release 1 capsule 30 minutes before morning meal Orally Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 4 hrs

Not-Taking/PRN
- Pepcid 40 MG Tablet 1 tablet at bedtime Orally Once a day

## Assessments

1. Moderate persistent asthma with (acute) exacerbation - J45.41 (Primary)

## Treatment

**1. Moderate persistent asthma with (acute) exacerbation**
Start Xopenex HFA Aerosol, 45 MCG/ACT, 1 puff as needed, Inhalation, every 6 hrs, 30 days, 1, Refills 3
Start Singulair Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1
Notes: off work for 7 days
virtural visit with Allergist.

EXHIBIT __6__
WIT:_____
DATE:_____
Laura Single, CCR

---

**Progress Note: Terrie Morton Acker, MD    08/11/2022**

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Exhibit 3**

Redacted -
privacy

WOOTEN, NICOLE **DOB:**            **(37 yo F) Acc No.** 17572 **DOS:** 08/11/2022

**Electronically signed by Terrie Morton Acker , MD on 03/21/2023 at 02:03 PM EDT**

**Sign off status: Completed**

---

**Covington Family Care**
**495 WINN WAY**
**Suite 100**
**Decatur, GA 30030**
**Tel: 404-284-7744**
**Fax: 404-284-8006**

---

**Progress Note: Terrie Morton Acker, MD    08/11/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Exhibit 3**