long-term lung function abnormalities (132,138,139,143,144). By contrast, in the large population-based study, considered to be the most comprehensive follow-up study to date (205 subjects, 145 exposed, and assessed using spirometry initially and at follow-up), no changes were seen in pulmonary function testing over the six-year follow-up period (145). Airway responsiveness, however, was not assessed in this population (145). Comparisons between population- and occupation-based studies are limited owing to differences in exposure characteristics and prevalence of risk factors (143,144). In addition to a single and brief occupational exposure to high concentrations of an irritant, there may be chronic low-level exposure to the same or other agents in the workplace. Under these conditions, it has been hypothesized that the inflammatory reaction occurring in small airways after an accidental exposure to high concentrations of an irritant does not resolve completely because of continuous exposure to the offending stimulus (136).

## OTHER FORMS OF IIA OR POSSIBLE VARIANTS OF RADS

### Consequences of Low-Level Irritant Exposures

Before the entity of RADS was recognized, repetitive exposure to low concentrations of work-related irritant agents was not thought to give rise to OA. Early epidemiological studies of workers with low-level exposure and subsequent accidental high-level exposure to an irritant were conducted to compare the relative frequency of chest symptoms, increased airway obstruction, and nonspecific airway responsiveness between affected workers and those not exposed to the accidental spill. These studies did not demonstrate major differences between groups (146,147). Later, however, it was suggested that RADS may also include LICEDS, which is defined as a subtype of adult-onset asthma that develops after repeated low-dose exposure to one or more bronchial irritants (148). However, as discussed previously, individuals with this condition should more properly be considered to have a chronic exposure phenotype of IIA.

### Variants of RADS

A clinical picture compatible with RADS has been described in several studies following accidental exposures in the community (133,134,149) and in the workplace (142). In a number of studies, the original diagnostic criteria of RADS have been modified to include asthma after repeated exposures to high and somewhat lower concentrations of the same irritant agent (2,20,82,139). When airway responsiveness could not be documented objectively but the other criteria were met, affected individuals were characterized as having symptoms similar to RADS (16) or at risk of developing the syndrome (20). However, the clinical criteria of RADS were not satisfied in such cases.

#### Activities in Workers Exposed to Chlorine Gas

Several more recent epidemiological surveys that were conducted in workers exposed to both low and high levels of chlorine in pulp mills and paper mills demonstrated adverse outcomes. The main findings are summarized in Table 9. A significantly greater prevalence of persistent wheezing was shown in workers who reported one or more episodes of accidental exposure to chlorine compared to other pulp mill workers with chronic low-level exposure to this irritant, regardless of smoking habits (140). Significantly lower

(Text continues on page 612)

**Exhibit 6**

**Table 9** Workforce-Based Surveys of Reactive Airways Dysfunction Syndrome: Chronic Low-Level Irritant Exposures With or Without (Repeated) High-Level Irritant Exposure(s)

| No. studied (exposed vs. nonexposed) | Type of population | Type of study | Outcome | | | Prevalence of a syndrome consistent with RADS (%) | Type of irritant exposure and duration | Host factors: smoking, personal asthma | References |
|---|---|---|---|---|---|---|---|---|---|
| | | | Symptoms | Functional tests | Airway responsiveness | | | | |
| 147 vs. 124 | Pulp mill and papermill workers | Cross-sectional with control group | n.s. difference for chronic nonspecific respiratory disease | n.s. difference between groups for selected measures of lung function | Not assessed | No. of men with obstructive lung disease too small—no rates | Chlorine, ClO$_2$/SO$_2$; average Cl exposure duration 20 yrs | Current smokers (69%); control for smoking | (146) |
| 58 with gassing vs. 81 with low exposure | Chlorine plant workers | Cross-sectional | Not related to exposure | Small decrease in MMF related to high exposure plus smoking" | Not assessed | Prevalence of ventilatory function impairment (3/139) | Chlorine— background < ppm vs. background + accidental gassing | Ever smokers (73%) | (147) |
| 392 vs. 310 | Pulp mill and railyard workers | Cross-sectional with control group | Prevalence of wheezing greater in pulp mill work" | FEV$_1$/FVC and MMF less in young, nonsmoking bleach plant workers[a] | Not assessed | Incidence of asthma in pulp mill workers (2.7/1000) greater than in railyard workers (0.8/1000) n.s. | Chlorine, SO$_2$, H$_2$S, CH$_2$SH; average exposure duration 8.9 yrs | Current smokers (47%), atopy (17%) | (141) |

**Exhibit 6**

| 316 vs. 237 | Pulp mill and railyard workers | Cross-sectional with control group | Increased prevalence of wheezing in pulp mill with gassing incidents[a] | MMF and $FEV_1/FVC$ less in nonsmoking and ex-smoking pulp mill workers with gassing incidents | Not assessed | Not reported | Chlorine/$ClO_2$, $H_2S$, $SO_2$ and other; average exposure duration 13 yrs | Control for smoking and childhood asthma | (140) |
| 230 | Pulp mill and papermill workers | Cross-sectional | Not reported | Changes in $FEV_1$ and $FEV_1/FVC$ related to gassing[a] | Not assessed | Not reported | Chlorine or $SO_2$; duration: up to 54 yrs; cumulative exposure index, never vs. accidentally gassed (21%) | Control for smoking and assessment of inter-action with cumulative exposure and gassing | (150) |
| 273 | Bleach plant workers (survey 1) | Cross-sectional | Irritation of the throat (78%), eyes (77%), cough (67%) shortness of breath (54%), headache (63%) | Not performed | Not assessed | Symptoms predictive of irritant-induced chronic lung disease: dyspnea (54%) | Chlorine, $ClO_2$; most significant exposure episode | Current smokers (53%); asthma or chronic bronchitis (7%), dyspnea not related to smoking or personal asthma | (142) |

(*Continued*)

Exhibit 6

Gautrin et al.

**Table 9**  Workforce-Based Surveys of Reactive Airways Dysfunction Syndrome: Chronic Low-Level Irritant Exposures With or Without (Repeated) High-Level Irritant Exposure(s) (*Continued*)

| No. studied (exposed vs. nonexposed) | Type of population | Type of study | Symptoms | Outcome | | Prevalence of a syndrome consistent with RADS (%) | Type of irritant exposure and duration | Host factors: smoking, personal asthma | References |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Functional tests | Airway responsiveness | | | | |
| 239/255 grouped according to exposure | Metal processing-plant workers | Cross-sectional | Low prevalence, not related to exposure | FVC less in subjects with mild vs. no symptomatic gassing; $FEV_1$, FVC, $FEV_1$/FVC less in workers with frequent gassing with mild symptoms[a] | In 239 workers; proportion with $PC_{20} \leq 32$ mg/mL and dose–response slope related to exposure[a] | No new cases of RADS | Chlorine, HCl; duration ≤3 yrs; accidental gassing plus self-evaluation of exposure | Ever smokers (55%), preexistent asthma (3%); control for both | (151) |

**Exhibit 6**

| 211/239 from above described study (150) | Metal processing-plant workers | Longitudinal (2 yrs) | Persistent symptoms in 8.9%; related to chlorine puffs | In smokers: fall in $FEV_1$ associated with gassing during follow-up, fall in $FEV_1/FVC$ predicted by number of puffs during follow-up | Increase in BHR ($PC_{20}$ decrease by 1.5-fold) present in 19/211 workers, associated with gassing in the last 2 yrs | No new cases of RADS | Chlorine, HCl; duration ≤5 yrs; accidental gassing plus self-evaluation of exposure | Current smokers (22.7%); an interaction was found between gassing and pack-years smoking on lung function changes | (152) |

"Significant difference, $p < 0.05$.

*Abbreviations*: RADS, reactive airways dysfunction syndrome; n.s., nonsignificant; MMF, midmaximal flow; $FEV_1$, forced expiratory volume in one second; FVC, forced vital capacity; $PC_{20}$, provocative concentration of methacholine inducing a 20% fall in $FEV_1$; BHR, bronchial hyperresponsiveness.

*Source*: From Ref. 87.

Reactive Airways Dysfunction Syndrome and Irritant-Induced Asthma

**Exhibit 6**

612                                                                                           Gautrin et al.

values for maximal mid-expiratory flows and $FEV_1/FVC$ were found among nonsmokers and ex-smokers who reported at least one accidental gassing episode. These findings were confirmed in a longitudinal study in which first-aid reports of symptomatic inhalation accidents were used as estimates of exposure (139). Henneberger et al. (150) found significant changes in $FEV_1$ and $FEV_1/FVC$ to be associated with high-level irritant gas accidental exposures and cumulative pulp mill exposure and smoking. The changes in lung function appeared to have persisted beyond cessation of exposure to irritant gases. A further study among younger and current workers at the same plant showed that airway obstruction was related to gassing in those with high and moderate pack-year histories of cigarette smoking (153).

Gautrin et al. assessed 239 workers who had experienced repeated exposure to chlorine in a metal-processing plant (151). Data from first-aid records and a detailed occupational history focusing on the occurrence of accidental chlorine puffs made it possible to estimate the degree of exposure. A mild reduction in expiratory flow rates and an increase in airway responsiveness, as assessed through the methacholine dose–response slope, were documented. The changes were significantly greater in workers who experienced mild symptoms than in those who were asymptomatic after exposure to chlorine puffs. In a two-year follow-up study of these workers, a fall in lung function was associated with the number of gassing incidents and the number of chlorine puffs causing mild symptoms among cigarette smokers of 20 pack-years or more. Also, a detectable increase in NSBH ($PC_{20}$ decrease $>1.5$-fold) was associated with gassing events (152). A surveillance program for workers experiencing gassing incidents was initiated after the first survey to describe the time course of lung function changes. After four years, 13 workers out of the 278 workers at risk had reported a gassing incident at the first-aid unit. Three of those workers whose spirometry and NSBH were within normal range prior to the inhalation accident showed transient but significant changes in lung function (154). Although repetitive exposures to varying concentrations of chlorine gas exhibited irritative effects, it is noteworthy that the appearance of RADS was not uniformly observed.

*Asthma Among Cleaners*

Professional cleaners have emerged as one of the high-risk groups for WRA in industrialized nations. Based on cases reported by physicians in California during 1993–1996, janitors and cleaners had the highest average annual rate of 625 cases of WRA per $10^6$ workers (43). From an analysis of National Health and Nutrition Examination Survey (NHANES) III data collected in the United States, cleaners had the fourth highest odds ratio (OR = 5.44, 95% CI: 2.43–12.18) for work-related wheeze among 28 occupational categories (155). The European Community Respiratory Health Survey (ECRHS) is a population-based study that was conducted in 26 areas in 12 industrialized nations and had over 15,000 participants in the 20 to 44 years age group. Cleaners had the fourth highest odds ratio for asthma (OR = 1.97, 95% CI: 1.33–2.92) among 29 occupational groups, and cleaners and farmers had the most consistent results among the different countries (156). Additional evidence about the association of professional cleaning with asthma comes from Finland (157,158), France (159), Singapore (160), South Africa (161), Spain (162,163), and the United States (164).

Some investigators have implicated the role of sensitizing agents associated with cleaning activities in the development of asthma. For example, a case report from the early 1900s described a pharmacist who developed asthma and was determined to be sensitized to lauryl dimethyl benzyl ammonium chloride, which was a

**Exhibit 6**

component of the floor cleaner used in his office (165). However, in one study, none of the 334 indoor cleaners tested had IgE specific to detergent enzymes (i.e., protease and amylase) (162). Many studies have implicated irritant agents to be the exposures responsible for WRA among cleaners. Among the 123 cases of work-related RADS that were identified by the SENSOR program during 1993–1995, the most common class of agents was cleaning materials, which were associated with 18 (15%) of the RADS cases (36). Studies conducted in Spain revealed that the risk of asthma was especially elevated among female domestic cleaners (162,163). When the researchers in Spain looked more closely at the work practices among domestic cleaners, which were associated with asthma, they found elevated odds ratios for daily use of bleach (OR = 7.9, 95% CI: 1.6–38) and for use of degreasing sprays at least three times a week (OR = 6.5, 95% CI: 1.1–39) (166). They concluded that asthma among female domestic cleaners was associated with the use of bleach and other irritant cleaning products.

*Meat Wrappers' Asthma*

This was the term coined for three meat wrappers who were treated in an emergency room for asthma (167). Initial epidemiological investigations recounted a 10% to 57% prevalence of respiratory symptomatology among meat wrappers. The etiological agent was believed to be present in the emissions from the polyvinylchloride meat-wrapping film when it was cut with a hot wire; a fine particulate fume containing di-2-ethylhexyladipate combined with an aerosol or vapor of hydrogen chloride was vaporized (168). Subsequently, a clinical investigation concluded that a component of the emitted fumes from thermally activated price labels was the principal cause of meat wrappers' asthma (169). The major ingredient of the incriminated price label adhesive is dicylohexylphthalate. When heated, it emits irritants, mainly cyclohexyl ether (dicyclohexyl ether) and cyclohexylbenzoate (a cyclohexyl salt of benzoic acid) (144). A potential sensitizer was postulated to be phthalic anhydride, a minor emission product from the heated label (170,171).

Later investigations failed to demonstrate objective evidence of any major airways disease or chronic respiratory hazard among meat wrappers (168,172–174). For instance, in one study, while lower respiratory symptoms were observed in one-third of the meat wrappers, no cross-shift change in $FEV_1$ was detected, even in the most symptomatic workers (172). Phthalic anhydride was not measurable in the vicinity of the heated price label emissions (168). Thus, it seems unlikely that this emission product is actually present in significant concentrations or that it is present in the air for any reasonable period or even remains stable during heating. Another independent investigation failed to find any evidence of phthalic anhydride–specific IgE and IgG antibodies in exposed workers (172). The paucity of clinical occurrences in the last 25 years relegates this entity to a minor form of IIA.

*Formaldehyde*

This chemical has myriad applications including use in the chemical and plastics industries, textile processing, disinfectants, the tanning industry, the vulcanization process in the rubber industry, and as a preservative of anatomical and pathological material. A major application was in the production of urea–formaldehyde foam for mobile home insulation and phenol formaldehyde resin for particleboard production. Formaldehyde monomer as well as the degassing of formaldehyde from urea–formaldehyde foam insulation has been reported to cause a variety of

**Exhibit 6**

symptoms, including asthma (175–178). Asthma caused by low-level exposure is uncommon, but it has been reported in workers with high risk of exposures such as pathologists and nurses working in a dialysis unit (178). There have been very few reported cases of formaldehyde-induced asthma proven by bronchial challenge tests. For example, among 230 exposed workers, positive challenges were obtained in only 12 workers (114). Formaldehyde-specific IgE antibodies have been reported in a case of anaphylactic shock occurring after long-term hemodialysis and in two nurses working in dialysis units (178–180). However, exposure to low levels of indoor formaldehyde does not result in significant levels of specific IgE antibody (181). Low titers of specific IgG antibodies and autoantibodies have been reported in subjects exposed to formaldehyde in various settings (182). The clinical significance of these findings is unclear because no definite correlations can be made between symptoms or other objective findings (180,182). Thus, the current evidence indicates that occupational asthma due to formaldehyde is rare and that most respiratory complaints are the result of the irritant effects of formaldehyde (175,183). The possibility of mixed mechanisms (immunologic and nonimmunologic) excludes this entity from RADS but not entirely from LICEDS.

### Potroom Asthma

Although an asthmatic "irritation" syndrome was first observed over 50 years ago in the Norwegian literature, there is still disagreement about how this entity should be classified (184). Pot fume emissions contain particulate and gaseous fluorides, hydrofluoric acid, sulfur dioxide, and cold tar volatiles. Although each of these agents has been suspected as playing a role, there is no convincing evidence that a single agent induces symptoms. The duration of potroom exposure prior to the first attack ranges from one week to 10 years. Thus, those workers who develop symptoms soon after exposure to high peak levels of dust (as high as 54 mg/m$^3$) could possibly represent a small subset of RADS (185). However, because of the variability of prevalence and prognosis of potroom asthma, the possibility that some workers develop RADS or LICEDS after exposure to aluminum smelter emissions can only be addressed by future prospective epidemiological studies specifically designed to detect and characterize this entity. Potroom asthma is discussed in more detail in Chapter 23.

### Machining Fluids

Machine lubricants may have irritant properties because of contamination with trace quantities of metals, additives (i.e., odorants, corrosion inhibitors, antifoam agents, emulsifiers, antioxidants, detergents, viscosity index improvers, antiwear agents, extreme pressure agents), and bactericidal substances. Occupational asthma has been documented in workers exposed to several varieties of machine oil. In one plant where clean suds oil was used, there was a latent period before the workers experienced symptoms (186). Some workers also exhibited asthma after controlled exposures to 1% nebulized aerosols of the clean suds oil. One worker showed a reaction to a pine odorant component in this oil. Other contaminating constituents of the oil were suspected but not proven to induce asthma in some of the other cases (186).

If bacterial substances are not present in sufficient concentrations, oil-in-water machine fluid emulsions will act as good growth media for bacteria and fungi. A study by Kennedy et al. reported significant $FEV_1$ cross-shift changes in 23.6% of heavily exposed machinists and 9.5% in minimally exposed assembly workers in the same plant (187). The exact etiological agent in machining fluids responsible for the $FEV_1$ cross-shift changes was not determined, but it was speculated that

Exhibit 6

chemical irritants or endotoxin from contaminating gram-negative bacteria could be potential causes.

Similar to the above discussion of potroom asthma, it is not clear whether this entity should be considered a subtype of RADS, LICEDS, or simply an asthma-like disorder.

*Other Workplace Irritants*

Many airborne irritants may have the same irritant potential as cigarette smoking. Hypothetically, multiple exposures to such irritants could presumably lead to bronchial mucosal injury and increased permeability to sensitizing agents. Industrial operations utilizing irritant agents are therefore doubly dangerous because of the risk of heavy exposures, and occurrence of accidental spills may lead to nonimmunological and/or immunological asthmatic conditions. Irritant gases (e.g., chlorine and ammonia) are required in the platinum-refining process. Their presence may initiate bronchial epithelial injury.

Researchers in the Netherlands determined that pig farmers who experienced irritant exposures as a result of using disinfectants containing quaternary ammonium compounds (QACs) were at greater risk for sensitization to common allergens (188). Also, they observed an elevated risk for symptoms consistent with asthma among farmers who were both sensitized to common allergens (i.e., atopic) and exposed to QACs, but not among farmers who were only atopic or only exposed to QACs.

Biagini et al. (101) reported that platinum salt immunological sensitization in monkeys required concomitant exposure to ozone before sensitization to platinum salts could be induced. Other animal studies have documented that an antecedent exposure to an airborne irritant enhances the capacity for sensitization to an allergen. Exposure to low levels of $SO_2$ promotes sensitization in guinea pigs and rats and leads to increased epithelial permeability (189,190). Similar enhancement of allergic sensitization has also been reported to occur after ozone exposure (191). It has also been determined that exposure to low ozone concentrations increases bronchial hyperresponsiveness to allergens in people with atopic asthma (102,103). Other investigations employing prolonged low-level ozone exposure have documented a striking individual variability among normal subjects with a considerable range and response, suggesting that there are subpopulations that are very sensitive to low levels of ozone (192,193). These combined experimental and clinical experiences suggest that the designation of LICEDS in the induction of asthma among susceptible patients in the general population (i.e., atopic patients or "normal subjects" with preexisting but asymptomatic NSBH) is justified.

In a study of young adults with mild atopic asthma, ozone exposure after a late response to an allergen potentiated the eosinophilic inflammatory response that was itself induced by the allergen (194). The severity of allergic responsivity may be a risk factor after mixed allergen/irritant exposures. In a recent study, subjects allergic to ragweed who had rhinitis and/or mild asthma were compared to nonallergic subjects who did not smoke and did not have asthma (195). Both allergic and nonallergic subjects were exposed to ragweed, and then bronchial epithelial cells were harvested and exposed to an acid. The adverse impact of the acid on ciliary activity was less for allergic subjects who had a mild response to the ragweed than for both nonallergic and allergic subjects who had a severe response to the ragweed (195). In a study with rats, coexposure to ozone and endotoxin resulted in greater epithelial and inflammatory responses than observed with exposure to either agent alone (196). The synergistic response was mediated, in part, by neutrophils. It should be emphasized that

**Exhibit 6**

616                                                                                    Gautrin et al.

this possible effect of multiple exposures to low-level irritants has no relationship to the multiple chemical sensitivity syndrome, which involves a variety of nonspecific and nonpulmonary symptoms.

IIA has occurred in several workers who would not be expected to develop this problem. Metal fume fever was initially observed in a worker exposed to heavy metals. This worker experienced symptoms of cough, fever, chills, malaise, and myalgia that were self-limited and of short duration. He also developed wheezing and impaired pulmonary function tests. Contrary to the expected rapid recovery of abnormal respiratory function, he developed prolonged wheezing and pulmonary function abnormalities which was consistent with the RADS syndrome (197). Several workers exposed to the thermal degradation products of chlorofluorocarbons developed acute IIA which persisted. Several other workers exposed to the freon decomposition products developed bronchitis without increase in NSBH. These observations emphasized the variability of exposure outcomes in that workers exposed to the same thermal decomposition accident developed entirely different syndromes (198).

## PROGNOSIS

Many individuals with RADS generally continue to report bronchial irritability symptoms and demonstrate evidence of NSBH for years after the inciting incident. These persistent symptoms are analogous to those in TDI, snow-crab processors, or western red cedar workers who have persistent asthma after their exposures have been terminated (199–202). In contrast to immunological asthma in which a more favorable prognostic outcome is associated with a shorter duration of symptoms prior to diagnosis, it is not yet possible to predict which RADS workers will have persistent symptoms and permanent NSBH on the basis of the agent itself or the duration of exposure (203).

The functional sequelae of subjects with RADS or with a suspected syndrome of RADS are due not only to NSBH, but also to persisting airway obstruction (87). Airway obstruction has been documented after inhalation of high levels of irritant agents (17,144). This alteration can persist for several years (1,7,20). Of the ten subjects investigated by Brooks et al. (1), four had a decreased $FEV_1$ and FVC 4 months to 11 years after the offending exposure. Among three subjects suffering from RADS studied by Boulet, one presented with airway obstruction 6 years after the inhalation accident (7). Bherer et al. demonstrated airway obstruction in 16 of 51 bleach plant workers in a survey that took place 18 to 24 months after these workers had been repeatedly exposed to high concentrations of chlorine and had experienced nasal, conjunctival, and respiratory symptoms within minutes of exposure (20). In these 16 workers, no improvement was found in spirometry 30 to 36 months after the first survey (132).

A restrictive syndrome in association with airway obstruction after exposure to an irritant agent has been described (3,8). Gilbert and Auchincloss hypothesized that the onset of a restrictive pattern could be related to the site of bronchial obstruction (8). Large airway obstruction is more likely to result in an obstructive pattern with a restrictive component if the site of constriction also involves smaller airways. Associated decreases of $FEV_1$ and FVC have frequently been observed after exposure to high levels of irritant agents (12,86). The concurrent decrease of FVC suggesting a restrictive pattern could be due to hyperinflation with an increased residual volume

Exhibit 6

and therefore not truly restrictive. Thus, it has been demonstrated that 10% of patients with pure obstruction may have a restrictive type of spirogram (204).

Airway responsiveness can either persist for several years after the exposure (1,78) or be reversible within months to years after an inhalation accident (154,205). Bherer et al. studied the time course of clinical and functional behavior of a group of 71 bleach plant workers with suspected RADS, on the basis of the clinical history (20). At 18 to 24 months after these workers were identified and withdrawn from exposure, 22 of 51 (43%) subjects showed normal NSBH. Of the 29 workers with NSBH at the time of the first follow-up, 19 were investigated 30 to 36 months after removal from work; six men had a significantly improved $PC_{20}$ including five for whom the $PC_{20}$ value had returned to a normal range. The six men had normal $FEV_1$ values on both assessments (132). These subjects had not received either oral or inhaled corticosteroids.

It is still unknown whether treatment with oral or inhaled corticosteroids affects the prognosis of the condition. Randomized studies on RADS are needed to evaluate the efficacy of inhaled corticosteroids. There have been few reports of improvement in pulmonary function with corticosteroid therapy in patients suffering from RADS. Chester et al. reported on two subjects exposed to toxic concentrations of chlorine (206). One was treated with corticosteroids and oxygen therapy while the other received only oxygen therapy. The $FEV_1$ showed an initial marked improvement in both patients. The first subject continued to improve progressively until her values reached the normal range at the end of the first year while the second subject (although improved at the end of one year) reached a plateau and stabilized at less than 80% of predicted. There is recent evidence that parenteral and/or inhaled steroids may modify the outcome of the condition. In a subject with RADS, treatment with inhaled corticosteroids normalized the heightened NSBH with exacerbation when the treatment was stopped (19).

## MANAGEMENT

Because RADS is usually precipitated by an unforeseen industrial accident, removal of the worker is automatic. Emergency treatment of the acute obstructive symptoms might require inhaled or parenteral $beta_2$ agonists, intravenous aminophylline, and/or steroids and oxygen. The specific requirements of each of these agents depends upon the severity of the worker's symptoms.

The use of systemic or inhaled corticosteroids is suggested for managing acute episodes. Similarly, once the acute episode has been managed appropriately, appropriate treatment of the ongoing asthmatic situation is mandatory, using a combination of anti-inflammatory preparations and bronchodilators. Long-term inhaled corticosteroids may be appropriate in reducing the severity of NSBH (19,207,208). It should be stressed that medical therapy is not a substitute for environmental control. This is particularly important for RADS patients who may wish to return to work, because they are particularly susceptible to other, nonspecific irritants in the workplace as a result of the original RADS-induced bronchial hyperresponsiveness (209). In some cases, good protection against the effects of nonspecific irritants may be provided by an airstream helmet (210).

The important long term goals in the management of the worker with IIA asthma are: (*i*) confirm the diagnosis of irritant-induced occupational asthma; (*ii*) gauge the severity of disease; (*iii*) identify aggravants and trigger factors; (*iv*) provide appropriate treatment to curb and reverse the airway inflammation; (*v*) put a high

**Exhibit 6**

priority on returning the worker back to work, in any capacity, as soon as possible; (*vi*) decide on the best disposition for the worker which may include complete removal from exposure and change to a new job or site; (*vii*) monitor the disease course and ensure patient guidance; and (*viii*) educate patients to develop a partnership in asthma management.

Attempts to return subjects rapidly and efficiently to the workplace are preferable to discontinuation of work. For IIA, removal from exposure may not be required if the risk for recurrent exposure to high levels is not present. However, if the risk for recurrent high levels of exposure is high, removal is the treatment of choice.

RADS is associated with persistent NSBH. Consequently, triggers of NSBH may include workplace irritants, indoor and outdoor air pollutants, changes in environmental temperature or humidity, and physical changes such as exercise, cold air, and high levels of emotional stress. Thus, a strategy of evaluating several exposure environments (including the workplace) at once is preferable. The practitioner should stress efforts to reduce workplace irritant exposures, avoid passive smoking, and limit contacts with vehicle emission and outdoor air pollution. Strategies such as the continued use of respiratory protective devices are not medically ethical for an already sensitized individual.

Education of the workers, their supervisors and coworkers on methods of controlling exposures and on dealing with emergency situations, such as a spill, can be accomplished. Effective control of asthma can be better achieved by educating patients to develop a partnership in asthma management, undergoing regular assessments and monitoring of asthma severity (symptom reports and measurements of lung function), avoiding or controling asthma trigger factors, and establishing an individual medication plan for long-term management.

## CONCLUSIONS

IIA represents a spectrum of clinical presentations. In the most extreme case, a single massive exposure leads to the sudden onset of asthma as epitomized by the RADS. The massive exposure causes severe airway injury resulting in persistent airway inflammation and NSBH. Many of these cases resolve or improve over time and especially after treatment with inhaled steroids.

In some cases, the onset of asthma is not so sudden and follows a low level, intense, chronic (LICEDS) exposure to irritants. It is likely that in these individuals, there is a preexisting susceptibility or abnormality responsible for initiation of asthmatic symptoms. Some of these persons suffer from preexisting asthma in remission and the irritant stimulus reactivates (e.g., exacerbates) clinical symptoms. When diagnosing and treating patients with this type of presentation, it is imperative that preexisting history of asthmatic symptoms is carefully identified. The presence of preexisting asthma categorically excludes a diagnosis of RADS. An underlying atopic susceptibility is important because these individuals appear to be primed by showing an exaggerated release of cytokines and other biomediators following certain inhalant stimuli. In this clinical scenario, the irritant exposure causes an exaggerated response and sets up a cascade of biochemical and pathological changes leading to an acute asthma attack.

Even in asthmatic patients controlled by medication, prolonged irritant exposures may aggravate current symptoms and such situations must be clearly distinguished from RADS and LICEDS. Some workplace irritant exposures will pose

Exhibit 6

serious problems for asthmatics and potentially susceptible populations; reducing or eliminating such exposures seems prudent. It is clear that future investigations will better define predisposing risk factors and perhaps uncover new host susceptibilities. Prevention measures for IIA should include the improved recognition of dangerous work, ongoing worker education, and employer commitment to environmental control strategies.

## DIRECTIONS OF FUTURE RESEARCH

Major research efforts should encompass many of the following:

- Clinical and or physiologic determinants of RADS compared to LICEDS.
- How can RADS/LICEDS phenotypes of IIA be differentiated from bronchitis, vocal cord dysfunction, postnasal drip, or gastroesophageal reflux?
- Does concurrent exposure to multiple irritants (e.g., ozone, diesel fumes, chlorine, etc.) increase the probability of RADS or LICEDS?
- Can increased cough occurring after irritant exposure be caused by stimulation of unmyelinated C-fibers? How can this be clinically assessed?
- Can the presenting symptom of cough with or without sputum (such as occurred after the WTC disaster) be considered equivalent to RADS or LICEDS?
- Can the diagnosis of RADS ever be made retrospectively when the patient is seen for the first time after a period of time away from the exposure?
- The role of preexistent NSBH in RADS/LICEDS (susceptibility or otherwise) even if the patient is completely unaware of this condition.
- Why does the atopic risk factor differentiate LICEDS from RADS?
- Does RADS/LICEDS increase the severity of allergic symptoms (long or short term or both) in atopic workers who develop these problems?
- Identification of biomarkers for RADS and LICEDS.
- Genetic susceptibility or protective factors for RADS compared to LICEDS.
- What are the basic pathological differences between RADS/LICEDS and diseases of the terminal bronchioles?
- Do diagnostic adjuncts such as exhaled NO and induced sputum for eosinophils/neutrophils aid in the diagnosis either immediately or after a delayed time interval from the original exposure?
- Prospective epidemiologic studies of newly hired workers in industries where both high- and low-intensity exposure to irritants can be expected (e.g., potroom workers, hog farmers).

## REFERENCES

1. Brooks SM, Weiss MA, Bernstein IL. Reactive airways dysfunction syndrome (RADS). Persistent asthma syndrome after high level irritant exposures. Chest 1985; 88(3): 376–384.
2. Tarlo SM, Broder I. Irritant-induced occupational asthma. Chest 1989; 96(2):297–300.
3. Charan NB. Myers CG, Lakshminarayan S, Spencer TM. Pulmonary injuries associated with acute sulfur dioxide inhalation. Am Rev Respir Dis 1979; 119(4):555–560.
4. Flury KE, Dines DE, Rodarte JR, Rodgers R. Airway obstruction due to inhalation of ammonia. Mayo Clin Proc 1983; 58(6):389–393.

**Exhibit 6**

5. Donham KJ, Knapp LW, Monson R, Gustafson K. Acute toxic exposure to gases from liquid manure. J Occup Med 1982; 24(2):142–145.
6. Harkonen H, Nordman H, Korhonen O, Winblad I. Long-term effects of exposure to sulfur dioxide. Lung function four years after a pyrite dust explosion. Am Rev Respir Dis 1983; 128(5):890–893.
7. Boulet LP. Increases in airway responsiveness following acute exposure to respiratory irritants. Reactive airway dysfunction syndrome or occupational asthma? Chest 1988; 94(3):476–481.
8. Gilbert R, Auchincloss JH Jr. Reactive airways dysfunction syndrome presenting as a reversible restrictive defect. Lung 1989; 167(1):55–61.
9. Promisloff RA, Lenchner GS, Phan A, Cichelli AV. Reactive airway dysfunction syndrome in three police officers following a roadside chemical spill. Chest 1990; 98(4):928–929.
10. Lerman S, Kipen H. Reactive airways dysfunction syndrome. Am Fam Physician 1988; 38(6):135–138.
11. Luo JC, Nelsen KG, Fischbein A. Persistent reactive airway dysfunction syndrome after exposure to toluene diisocyanate. Br J Ind Med 1990; 47(4):239–241.
12. Rajan KG, Davies BH. Reversible airways obstruction and interstitial pneumonitis due to acetic acid. Br J Ind Med 1989; 46(1):67–68.
13. Moisan TC. Prolonged asthma after smoke inhalation: a report of three cases and a review of previous reports. J Occup Med 1991; 33(4):458–461.
14. Bernstein IL, Bernstein DI, Weiss M, Campbell GP. Reactive airways disease syndrome (RADS) after exposure to toxic ammonia fumes. J Allergy Clin Immunol 1989; 83:173.
15. Sallie B, McDonald C. Inhalation accidents reported to the SWORD surveillance project 1990–1993. Ann Occup Hyg 1996; 40(2):211–221.
16. Kern DG. Outbreak of the reactive airways dysfunction syndrome after a spill of glacial acetic acid. Am Rev Respir Dis 1991; 144(5):1058–1064.
17. Deschamps D, Questel F, Baud FJ, Gervais P, Dally S. Persistent asthma after acute inhalation of organophosphate insecticide. Lancet 1994; 344(8938):1712.
18. Leduc D, Gris P, Lheureux P, Gevenois PA, De Vuyst P, Yernault JC. Acute and long term respiratory damage following inhalation of ammonia. Thorax 1992; 47(9):755–757.
19. Lemiere C, Malo JL, Boutet M. Reactive airways dysfunction syndrome due to chlorine: sequential bronchial biopsies and functional assessment. Eur Respir J 1997; 10(1):241–244.
20. Bherer L, Cushman R, Courteau JP, et al. Survey of construction workers repeatedly exposed to chlorine over a three to six month period in a pulpmill: II. Follow up of affected workers by questionnaire, spirometry, and assessment of bronchial responsiveness 18 to 24 months after exposure ended. Occup Environ Med 1994; 51(4):225–228.
21. Buckley LA, Jiang XZ, James RA, Morgan KT, Barrow CS. Respiratory tract lesions induced by sensory irritants at the RD50 concentration. Toxicol Appl Pharmacol 1984; 74(3):417–429.
22. Murphy DM, Fairman RP, Lapp NL, Morgan WK. Severe airway disease due to inhalation of fumes from cleansing agents. Chest 1976; 69(3):372–376.
23. Wade III JF, Newman LS. Diesel asthma. Reactive airways disease following overexposure to locomotive exhaust. J Occup Med 1993; 35(2):149–154.
24. Gadon ME, Melius JM, McDonald GJ, Orgel D. New-onset asthma after exposure to the steam system additive 2-diethylaminoethanol. A descriptive study. J Occup Med 1994; 36(6):623–626.
25. Deschamps D, Rosenberg N, Soler P, et al. Persistent asthma after accidental exposure to ethylene oxide. Br J Ind Med 1992; 49(7):523–525.
26. Porter JA. Letter: acute respiratory distress following formalin inhalation. Lancet 1975; 2(7935):603–604.
27. Berlin L, Hjortsberg L, Wass V. Life-threatening pulmonary reaction to car paint containing a prepolymerized isocyanate. Scand J Work Environ Health 1981; 7:310–312.

Exhibit 6

28. Lemiere C, Malo JL, Boulet LP, Boutet M. Reactive airways dysfunction syndrome induced by exposure to a mixture containing isocyanate: functional and histopathologic behaviour. Allergy 1996; 51(4):262–265.

29. Ferguson JS, Schaper M, Alarie Y. Pulmonary effects of a polyisocyanate aerosol: hexamethylene diisocyanate trimer (HDIt) or Desmodur-N (DES-N). Toxicol Appl Pharmacol 1987; 89(3):332–346.

30. Cone JE, Wugofski L, Balmes JR, et al. Persistent respiratory health effects after a metam sodium pesticide spill. Chest 1994; 106(2):500–508.

31. Frans A, Pahulycz C. Transient syndrome of acute irritation of the bronchi induced by single and massive inhalation of phthalic anhydride. Rev Pneumol Clin 1993; 49(5): 247–251.

32. Berghoff R. The more common gases; their effect on the respiratory tract. Arch Intern Med 1919; 24:678–684.

33. Lemiere C, Malo JL, Garbe-Galanti L. Bronchial irritation syndrome following inhalation or urea. Histologic and immunohistochemical evaluation. Rev Mal Respir 1996; 13(6):595–597.

34. Black J, Glenny E. Observations on 685 cases of poisoning by noxious gases used by the enemy. Br Med J 1915; 165:165–167.

35. Malo JL, Chan-Yeung M, Lemiere C, et al. Reactive airways dysfunctions syndrome. In: Rose BD, ed. Pulmonary and Critical Care Medicine (CD-Rom version). Wellesley, MA, 1998.

36. Henneberger PK, Derk SJ, Davis L, et al. Work-related reactive airways dysfunction syndrome cases from surveillance in selected US states. J Occup Environ Med 2003; 45(4):360–368.

37. Khateri S, Ghanei M, Keshavarz S, Soroush M, Haines D. Incidence of lung, eye, and skin lesions as late complications in 34,000 Iranians with wartime exposure to mustard agent. J Occup Environ Med 2003; 45(11):1136–1143.

38. Emad A, Rezaian GR. The diversity of the effects of sulfur mustard gas inhalation on respiratory system 10 years after a single, heavy exposure: analysis of 197 cases. Chest 1997; 112(3):734–738.

39. Bascom R, Naclerio RM, Fitzgerald TK, Kagey-Sobotka A, Proud D. Effect of ozone inhalation on the response to nasal challenge with antigen of allergic subjects. Am Rev Respir Dis 1990; 142(3):594–601.

40. Hunting KL, McDonald SM. Development of a hierarchical exposure coding system for clinic-based surveillance of occupational disease and injury. Appl Occup Environ Hyg 1995; 10:317–322.

41. Reilly MJ, Rosenman KD, Watt FC, et al. Surveillance for occupational asthma— Michigan and New Jersey, 1988–1992. MMWR CDC Surveill Summ 1994; 43(1):9–17.

42. Rosenman KD, Reilly MJ, Kalinowski DJ. A state-based surveillance system for work-related asthma. J Occup Environ Med 1997; 39(5):415–425.

43. Reinisch F, Harrison RJ, Cussler S, et al. Physician reports of work-related asthma in California, 1993–1996. Am J Ind Med 2001; 39(1):72–83.

44. Provencher S, Labreche FP, De Guire L. Physician based surveillance system for occupational respiratory diseases: the experience of PROPULSE, Quebec, Canada. Occup Environ Med 1997; 54(4):272–276.

45. Chatkin JM, Tarlo SM, Liss G, Banks D, Broder I. The outcome of asthma related to workplace irritant exposures: a comparison of irritant-induced asthma and irritant aggravation of asthma. Chest 1999; 116(6):1780–1785.

46. Tarlo SM, Liss G, Corey P, Broder I. A workers' compensation claim population for occupational asthma. Comparison of subgroups. Chest 1995; 107(3):634–641.

47. Ross DJ, Sallie BA, McDonald JC. SWORD '1994: surveillance of work-related and occupational respiratory disease in the UK. Occup Med (Lond) 1995; 45(4):175–178.

48. Gannon PF, Burge PS. The SHIELD scheme in the West Midlands Region, United Kingdom. Midland Thoracic Society Research Group. Br J Ind Med 1993; 50(9):791–796.

**Exhibit 6**

49. Hnizdo E, Esterhuizen TM, Rees D, Lalloo UG. Occupational asthma as identified by the Surveillance of Work-related and Occupational Respiratory Diseases programme in South Africa. Clin Exp Allergy 2001; 31(1):32–39.

50. Dhara VR, Dhara R. The Union Carbide disaster in Bhopal: a review of health effects. Arch Environ Health 2002; 57(5):391–404.

51. Kamat SR, Patel MH, Pradhan PV, et al. Sequential respiratory, psychologic, and immunologic studies in relation to methyl isocyanate exposure over two years with model development. Environ Health Perspect 1992; 97:241–253.

52. Cullinan P, Acquilla S, Dhara VR. Respiratory morbidity 10 years after the Union Carbide gas leak at Bhopal: a cross sectional survey. The International Medical Commission on Bhopal. BMJ 1997; 314(7077):338–342.

53. Nemery B. Late consequences of accidental exposure to inhaled irritants: RADS and the Bhopal disaster. Eur Respir J 1996; 9(10):1973–1976.

54. Dhara R, Acquilla S, Cullinan P. Has the world forgotten Bhopal? Lancet 2001; 357(9258):809–810.

55. Dhara VR, Cullinan P. Bhopal priorities. Int J Occup Environ Health 2004; 10(1):107.

56. Prezant DJ, Weiden M, Banauch GI, et al. Cough and bronchial responsiveness in firefighters at the World Trade Center site. N Engl J Med 2002; 347:11:806–815.

57. Statement of Janet Heinrich Director HCPHI. Representatives: Health Effects in the Aftermath of the World Trade Center Attack. Testimony Before the Subcommittee on National Security, Emerging Threats, and International Relations, 2004.

58. U.S. Geological Survey Web Site. Chemical composition of the WTC dusts and girder coating material. U S Department of the Interior, 2001.

59. CDC. Occupational exposures to air contaminants at the World Trade Center disaster site, New York, September–October, 2001. MMWR Morb Mortal Wkly Rep 2002; 51(21):453–456.

60. Rom WN, Weiden M, Garcia R, et al. Acute eosinophilic pneumonia in a New Yoek City firefighter exposed to World Trade Center. Am J Respir Crit Care Med 2002; 166(6):797–800.

61. Banauch GI, Alleyne D, Sanchez R, et al. Persistent hyperreactivity and reactive airway dysfunction in firefighters at the World Trade Center. Am J Respir Crit Care Med 2003; 168(1):54–62.

62. Nemery B. Reactive fallout of World Trade Center dust. Am J Respir Crit Care Med 2003; 168(1):2–3.

63. Scanlon PD. World Trade Center cough—a lingering legacy and a cautionary tale. N Engl J Med 2002; 347(11):840–842.

64. Truncale T, Brooks S, Prezant DJ, Banauch GI, Nemery B. World Trade Center dust and airway reactivity. Am J Respir Crit Care Med 2004; 169(7):883–884.

65. Beckett WS. A New York City firefighter: overwhelmed by World Trade Center dust. Am J Respir Crit Care Med 2002; 166(6):785–786.

66. Gross KB, Haidar AH, Basha MA, et al. Acute pulmonary response of asthmatics to aerosols and gases generated by airbag deployment. Am J Respir Crit Care Med 1994; 150(2):408–414.

67. Eschenbacher WL, Gross KB, Muench SP, Chan TL. Inhalation of an alkaline aerosol by subjects with mild asthma does not result in bronchoconstriction. Am Rev Respir Dis 1991; 143(2):341–345.

68. Brooks SM, Weiss MA, Bernstein IL. Reactive airways dysfunction syndrome. Case reports of persistent airways hyperreactivity following high-level irritant exposures. J Occup Med 1985; 27(7):473–476.

69. Brooks SM. Occupational asthma. Toxicol Lett 1995; 82–83:39–45.

70. Boulet LP. Asymptomatic airway hyperresponsiveness: a curiosity or an opportunity to prevent asthma? Am J Respir Crit Care Med 2003; 167(3):371–378.

**Exhibit 6**

71. Enarson DA, Vedal S, Schulzer M, Dybuncio A, Chan-Yeung M. Asthma, asthmalike symptoms, chronic bronchitis, and the degree of bronchial hyperresponsiveness in epidemiologic surveys. Am Rev Respir Dis 1987; 136(3):613–617.

72. Baur X, Huber H, Degens PO, Allmers H, Ammon J. Relation between occupational asthma case history, bronchial methacholine challenge, and specific challenge test in patients with suspected occupational asthma. Am J Ind Med 1998; 33(2):114–122.

73. Crapo RO, Casaburi R, Coates AL, et al. Guidelines for methacholine and exercise challenge testing-1999. This official statement of the American Thoracic Society was adopted by the ATS Board of Directors, July 1999. Am J Respir Crit Care Med 2000; 161(1):309–329.

74. De Vries K. Clinical significance of bronchial hyperresponsiveness. 1987: 359–371.

75. Hopp RJ, Townley RG, Biven RE, Bewtra AK, Nair NM. The presence of airway reactivity before the development of asthma. Am Rev Respir Dis 1990; 141(1):2–8.

76. National Institute of Health. Guideline for the diagnosis and management of asthma. NHLBI 1997; 1–153.

77. van der HS, De Monchy JG, De Vries K, Dubois AE, Kauffman HF. Seasonal differences in airway hyperresponsiveness in asthmatic patients: relationship with allergen exposure and sensitization to house dust mites. Clin Exp Allergy 1997; 27(6):627–633.

78. Gautrin D, Boulet LP, Boutet M, et al. Is reactive airways dysfunction syndrome a variant of occupational asthma?. J Allergy Clin Immunol 1994; 93(1 Pt 1):12–22.

79. Nagasaka Y, Nakano N, Tohda Y, Nakajima S. Persistent reactive airway dysfunction syndrome after exposure to chromate. Nihon Kyobu Shikkan Gakkai Zasshi 1995; 33(7):759–764.

80. Alberts WM. Reactive airways dysfunction syndrome. Pulm Perspect 1992; 9:1–4.

81. Venables KM. Prevention of occupational asthma. Eur Respir J 1994; 7(4):768–778.

82. Brooks SM, Hammad Y, Richards I, Giovinco-Barbas J, Jenkins K. The spectrum of irritant-induced asthma: sudden and not-so-sudden onset and the role of allergy. Chest 1998; 113(1):42–49.

83. Zhong NS, Chen RC, Yang MO, Wu ZY, Zheng JP, Li YF. Is asymptomatic bronchial hyperresponsiveness an indication of potential asthma? A two-year follow-up of young students with bronchial hyperresponsiveness. Chest 1992; 102(4):1104–1109.

84. Boulet LP, Turcotte H, Brochu A. Persistence of airway obstruction and hyperresponsiveness in subjects with asthma remission. Chest 1994; 105(4):1024–1031.

85. Jones A. Asymptomatic bronchial hyperreactivity and the development of asthma and other respiratory tract illnesses in children. Thorax 1994; 49(8):757–761.

86. Chan-Yeung M, Lam S, Kennedy SM, Frew AJ. Persistent asthma after repeated exposure to high concentrations of gases in pulpmills. Am J Respir Crit Care Med 1994; 149(6):1676–1680.

87. Lemiere C, Malo JL, Gautrin D. Nonsensitizing causes of occupational asthma. Med Clin North Am 1996; 80(4):749–774.

88. Demnati R, Fraser R, Ghezzo H, Martin JG, Plaa G, Malo JL. Time-course of functional and pathological changes after a single high acute inhalation of chlorine in rats. Eur Respir J 1998; 11(4):922–928.

89. Demnati R, Fraser R, Martin JG, Plaa G, Malo JL. Effects of dexamethasone on functional and pathological changes in rat bronchi caused by high acute exposure to chlorine. Toxicol Sci 1998; 45(2):242–246.

90. Martin JG, Campbell HR, Iijima H, et al. Chlorine-induced injury to the airways in mice. Am J Respir Crit Care Med 2003; 168(5):568–574.

91. Gautrin D, Maghni K, Alles M, Lemiere C, Martin JG, Malo JL. Determinants of lung function changes, sputum neutrophilia and metalloproteinases (MMPs) activities in workrers at risk of repeated accidental inhalations of chlorine [abstract]. Eur Respir J 2002; 20(S38):603s.

92. Ackerman V, Marini M, Vittori E, Bellini A, Vassali G, Mattoli S. Detection of cytokines and their cell sources in bronchial biopsy specimens from asthmatic patients.

**Exhibit 6**

Relationship to atopic status, symptoms, and level of airway hyperresponsiveness. Chest 1994; 105(3):687–696.

93. Holtzman MJ, Cunningham JH, Sheller JR, Irsigler GB, Nadel JA, Boushey HA. Effect of ozone on bronchial reactivity in atopic and nonatopic subjects. Am Rev Respir Dis 1979; 120(5):1059–1067.

94. Braman SS, Barrows AA, DeCotiis BA, Settipane GA, Corrao WM. Airway hyperresponsiveness in allergic rhinitis. A risk factor for asthma. Chest 1987; 91(5):671–674.

95. Frew AJ, Kennedy SM, Chan-Yeung M. Methacholine responsiveness, smoking, and atopy as risk factors for accelerated FEV1 decline in male working populations. Am Rev Respir Dis 1992; 146(4):878–883.

96. Kagamimori S, Katoh T, Naruse Y, et al. The changing prevalence of respiratory symptoms in atopic children in response to air pollution. Clin Allergy 1986; 16(4):299–308.

97. Gaddy JN, Busse WW. Enhanced IgE-dependent basophil histamine release and airway reactivity in asthma. Am Rev Respir Dis 1986; 134(5):969–974.

98. Doull IJ, Lawrence S, Watson M, et al. Allelic association of gene markers on chromosomes 5q and 11q with atopy and bronchial hyperresponsiveness. Am J Respir Crit Care Med 1996; 153(4 Pt 1):1280–1284.

99. Humbert M, Grant JA, Taborda-Barata L, et al. High-affinity IgE receptor (FcepsilonRI)-bearing cells in bronchial biopsies from atopic and nonatopic asthma. Am J Respir Crit Care Med 1996; 153(6 Pt 1):1931–1937.

100. Van de Graaf EA, Out TA, Roos CM, Jansen HM. Respiratory membrane permeability and bronchial hyperreactivity in patients with stable asthma. Effects of therapy with inhaled steroids. Am Rev Respir Dis 1991; 143(2):362–368.

101. Biagini RE, Moorman WJ, Lewis TR, Bernstein IL. Ozone enhancement of platinum asthma in a primate model. Am Rev Respir Dis 1986; 134(4):719–725.

102. Jorres R, Nowak D, Magnussen H. The effect of ozone exposure on allergen responsiveness in subjects with asthma or rhinitis. Am J Respir Crit Care Med 1996; 153(1):56–64.

103. Molfino NA, Wright SC, Katz I, et al. Effect of low concentrations of ozone on inhaled allergen responses in asthmatic subjects. Lancet 1991; 338(8761):199–203.

104. Moller DR, McKay RT, Bernstein IL, Brooks SM. Persistent airways disease caused by toluene diisocyanate. Am Rev Respir Dis 1986; 134(1):175–176.

105. Brooks SM. Epidemiologic study of workers exposed to isocyanates. NIOSH Health Hazard Evaluation Report, 1980.

106. Karol MH. Survey of industrial workers for antibodies to toluene diisocyanate. J Occup Med 1981; 23(11):741–747.

107. Occupational asthma: recommendations for diagnosis, management and assessment of impairment. Ad Hoc Committee on Occupational Asthma of the Standards Committee, Canadian Thoracic Society. CMAJ 1989; 140(9):1029–1032.

108. Burge PS. Single and serial measurements of lung function in the diagnosis of occupational asthma. Eur J Respir Dis Suppl 1982; 123:47–59.

109. Cartier A, Pineau L, Malo JL. Monitoring of maximum expiratory peak flow rates and histamine inhalation tests in the investigation of occupational asthma. Clin Allergy 1984; 14(2):193–196.

110. Brooks SM. Bronchial asthma of occupational origin. In: Rom W, ed. Environmental and Occupationnal Medicine. Boston: Little Brown, 1992.

111. Cockcroft DW. Bronchial inhalation tests. I. Measurement of nonallergic bronchial responsiveness. Ann Allergy 1985; 55(4):527–534.

112. Lam S, Wong R, Yeung M. Nonspecific bronchial reactivity in occupational asthma. J Allergy Clin Immunol 1979; 63(1):28–34.

113. Lemiere C, Chaboilliez S, Trudeau C, et al. Characterization of airway inflammation after repeated exposures to occupational agents. J Allergy Clin Immunol 2000; 106(6):1163–1170.

114. Di FA, Vagaggini B, Bacci E, et al. Leukocyte counts in hypertonic saline-induced sputum in subjects with occupational asthma. Respir Med 1998; 92(3):550–557.

**Exhibit 6**

115. Birring SS, Berry M, Brightling CE, Pavord ID. Eosinophilic bronchitis: clinical features, management and pathogenesis. Am J Respir Med 2003; 2(2):169–173.
116. Maestrelli P, Calcagni PG, Saetta M, et al. Sputum eosinophilia after asthmatic responses induced by isocyanates in sensitized subjects. Clin Exp Allergy 1994; 24(1):29–34.
117. Kobayashi O. A case of eosinophilic bronchitis due to epoxy resin system hardener. methle endo methylene tetrahydro phthalic anhydride. Arerugi 1994; 43(5):660–662.
118. Lemiere C, Efthimiadis A, Hargreave FE. Occupational eosinophilic bronchitis without asthma: an unknown occupational airway disease. J Allergy Clin Immunol 1997; 100(6 Pt 1):852–853.
119. Tanaka H, Saikai T, Sugawara H, et al. Workplace-related chronic cough on a mushroom farm. Chest 2002; 122(3):1080–1085.
120. Larsson BM, Larsson K, Malmberg P, Palmberg L. Airways inflammation after exposure in a swine confinement building during cleaning procedure. Am J Ind Med 2002; 41(4):250–258.
121. Von Essen SG, Scheppers LA, Robbins RA, Donham KJ. Respiratory tract inflammation in swine confinement workers studied using induced sputum and exhaled nitric oxide. J Toxicol Clin Toxicol 1998; 36(6):557–565.
122. Ansarin K, Chatkin JM, Ferreira IM, Gutierrez CA, Zamel N, Chapman KR. Exhaled nitric oxide in chronic obstructive pulmonary disease: relationship to pulmonary function. Eur Respir J 2001; 17(5):934–938.
123. Obata H, Dittrick M, Chan H, Chan-Yeung M. Sputum eosinophils and exhaled nitric oxide during late asthmatic reaction in patients with western red cedar asthma. Eur Respir J 1999; 13(3):489–495.
124. Allmers H, Chen Z, Barbinova L, Marczynski B, Kirschmann V, Baur X. Challenge from methacholine, natural rubber latex, or 4,4-diphenylmethane diisocyanate in workers with suspected sensitization affects exhaled nitric oxide change in exhaled NO levels after allergen challenges. Int Arch Occup Environ Health 2000; 73(3):181–186.
125. Olin AC, Alving K, Toren K. Exhaled nitric oxide: relation to sensitization and respiratory symptoms. Clin Exp Allergy 2004; 34(2):221–226.
126. Olin AC, Andersson E, Andersson M, Granung G, Hagberg S, Toren K. Prevalence of asthma and exhaled nitric oxide are increased in bleachery workers exposed to ozone. Eur Respir J 2004; 23(1):87–92.
127. Piipari R, Piirila P, Keskinen H, Tuppurainen M, Sovijarvi A, Nordman H. Exhaled nitric oxide in specific challenge tests to assess occupational asthma. Eur Respir J 2002; 20(6):1532–1537.
128. Koksal N, Hasanoglu HC, Gokirmak M, Yildirim Z, Gultek A. Apricot sulfurization: an occupation that induces an asthma-like syndrome in agricultural environments. Am J Ind Med 2003; 43(4):447–453.
129. Koksal N, Yildirim Z, Gokirmak M, Hasanoglu HC, Mehmet N, Avci H. The role of nitric oxide and cytokines in asthma-like syndrome induced by sulfur dioxide exposure in agricultural environment. Clin Chim Acta 2003; 336(1–2):115–122.
130. Lund MB, Oksne PI, Hamre R, Kongerud J. Increased nitric oxide in exhaled air: an early marker of asthma in non-smoking aluminium potroom workers? Occup Environ Med 2000; 57(4):274–278.
131. Maniscalco M, Grieco L, Galdi A, Lundberg JO, Sofia M. Increase in exhaled nitric oxide in shoe and leather workers at the end of the work-shift. Occup Med (Lond) 2004; 54(6):404–407.
132. Malo JL, Cartier A, Boulet LP, et al. Bronchial hyperresponsiveness can improve while spirometry plateaus two to three years after repeated exposure to chlorine causing respiratory symptoms. Am J Respir Crit Care Med 1994; 150(4):1142–1145.
133. Hasan FM, Gehshan A, Fuleihan FJ. Resolution of pulmonary dysfunction following acute chlorine exposure. Arch Environ Health 1983; 38(2):76–80.
134. Charan NB, Lakshminarayan S, Myers GC, Smith DD. Effects of accidental chlorine inhalation on pulmonary function. West J Med 1985; 143(3):333–336.

**Exhibit 6**

135. Blanc PD, Galbo M, Hiatt P, Olson KR. Morbidity following acute irritant inhalation in a population-based study. JAMA 1991; 266(5):664–669.

136. Kennedy SM. Acquired airway hyperresponsiveness from nonimmunogenic irritant exposure. Occup Med 1992; 7(2):287–300.

137. Sallie BA, Ross DJ, Meredith SK, McDonald JC. SWORD 1993. Surveillance of work-related and occupational respiratory disease in the UK. Occup Med (Lond) 1994; 44(4):177–182.

138. Kowitz TA, Reba RC, Parker RT, Spicer WS, Jr. Effects of chlorine gas upon respiratory function. Arch Environ Health 1967; 14(4):545–558.

139. Salisbury DA, Enarson DA, Chan-Yeung M, Kennedy SM. First-aid reports of acute chlorine gassing among pulpmill workers as predictors of lung health consequences. Am J Ind Med 1991; 20(1):71–81.

140. Kennedy SM, Enarson DA, Janssen RG, Chan-Yeung M. Lung health consequences of reported accidental chlorine gas exposures among pulpmill workers. Am Rev Respir Dis 1991; 143(1):74–79.

141. Enarson DA, Johnson A, Block G, et al. Respiratory health at a pulpmill in British Columbia. Arch Environ Health 1984; 39(5):325–330.

142. Courteau JP, Cushman R, Bouchard F, Quevillon M, Chartrand A, Bherer L. Survey of construction workers repeatedly exposed to chlorine over a three to six month period in a pulpmill: I. Exposure and symptomatology. Occup Environ Med 1994; 51(4):219–224.

143. Schwartz DA, Smith DD, Lakshminarayan S. The pulmonary sequelae associated with accidental inhalation of chlorine gas. Chest 1990; 97(4):820–825.

144. Kaufman J, Burkons D. Clinical, roentgenologic, and physiologic effects of acute chlorine exposure. Arch Environ Health 1971; 23(1):29–34.

145. Jones RN, Hughes JM, Glindmeyer H, Weill H. Lung function after acute chlorine exposure. Am Rev Respir Dis 1986; 134(6):1190–1195.

146. Ferris Jr BG, Burgess WA, Worcester J. Prevalence of chronic respiratory disease in a pulp mill and a paper mill in the United States. Br J Ind Med 1967; 24(1):26–37.

147. Chester EH, Gillespie DG, Krause FD. The prevalence of chronic obstructive pulmonary disease in chlorine gas workers. Am Rev Respir Dis 1969; 99(3):365–373.

148. Kipen HM, Blume R, Hutt D. Asthma experience in an occupational and environmental medicine clinic. Low-dose reactive airways dysfunction syndrome. J Occup Med 1994; 36(10):1133–1137.

149. Chasis H, Zapp J, Bannon J, et al. Chlorine accident in Brooklyn. Occup Med 1947; 4:152–170.

150. Henneberger PK, Ferris Jr BG, Sheehe PR. Accidental gassing incidents and the pulmonary function of pulp mill workers. Am Rev Respir Dis 1993; 148(1):63–67.

151. Gautrin D, Leroyer C, L'Archeveque J, Dufour JG, Girard D, Malo JL. Cross-sectional assessment of workers with repeated exposure to chlorine over a three year period. Eur Respir J 1995; 8(12):2046–2054.

152. Gautrin D, Leroyer C, Infante-Rivard C, et al. Longitudinal assessment of airway caliber and responsiveness in workers exposed to chlorine. Am J Respir Crit Care Med 1999; 160(4):1232–1237.

153. Henneberger PK, Lax MB, Ferris Jr BG. Decrements in spirometry values associated with chlorine gassing events and pulp mill work. Am J Respir Crit Care Med 1996; 153(1):225–231.

154. Leroyer C, Malo JL, Infante-Rivard C, Dufour JG, Gautrin D. Changes in airway function and bronchial responsiveness after acute occupational exposure to chlorine leading to treatment in a first aid unit. Occup Environ Med 1998; 55(5):356–359.

155. Arif AA, Delclos GL, Whitehead LW, Tortolero SR, Lee ES. Occupational exposures associated with work-related asthma and work-related wheezing among U.S. workers. Am J Ind Med 2003; 44(4):368–376.

**Exhibit 6**

156. Kogevinas M, Anto JM, Sunyer J, Tobias A, Kromhout H, Burney P. Occupational asthma in Europe and other industrialised areas: a population-based study. European Community Respiratory Health Survey Study Group. Lancet 1999; 353(9166):1750–1754.

157. Jaakkola JJ, Piipari R, Jaakkola MS. Occupation and asthma: a population-based incident case-control study. Am J Epidemiol 2003; 158(10):981–987.

158. Kopferschmitt-Kubler MC, Ameille J, Popin E, et al. Occupational asthma in France: a 1-yr report of the observatoire National de Asthmes Professionnels project. Eur Respir J 2002; 19(1):84–89.

159. Ng TP, Hong CY, Goh LG, Wong ML, Koh KT, Ling SL. Risks of asthma associated with occupations in a community-based case-control study. Am J Ind Med 1994; 25(5):709–718.

160. Buck RG, Miles AJ, Ehrlich RI. Possible occupational asthma among adults presenting with acute asthma. S Afr Med J 2000; 90(9):884–888.

161. Zock JP, Kogevinas M, Sunyer J, et al. Asthma risk, cleaning activities and use of specific cleaning products among Spanish indoor cleaners. Scand J Work Environ Health 2001; 27(1):76–81.

162. Medina-Ramon M, Zock JP, Kogevinas M, Sunyer J, Anto JM. Asthma symptoms in women employed in domestic cleaning: a community based study. Thorax 2003; 58(11):950–954.

163. Rosenman KD, Reilly MJ, Schill DP, et al. Cleaning products and work-related asthma. J Occup Environ Med 2003; 45(5):556–563.

164. Burge PS, Richardson MN. Occupational asthma due to indirect exposure to lauryl dimethyl benzyl ammonium chloride used in a floor cleaner. Thorax 1994; 49(8):842–843.

165. Zock JP, Medina-Ramon M, Kogevinas M, Sunyer J, Anto JM. Asthma and exposure to irritant agents in domestic cleaning women. Eur Respir J 2004; 24.

166. Sokol WN, Aelony Y, Beall GN. Meat-wrapper's asthma. A new syndrome? JAMA 1973; 226(6):639–641.

167. Vandervort R, Brooks SM. Polyvinyl chloride film thermal decomposition products as an occupational illness: I. Environmental exposures and toxicology. J Occup Med 1977; 19(3):188–191.

168. Andrasch R, Bardana E. Meat wrapper's asthma: an appraisal of a new occupationnal syndrome. J Allergy Clin Immunol 1975; 55:130.

169. Maccia CA, Bernstein IL, Emmett EA, Brooks SM. In vitro demonstration of specific IgE in phthalic anhydride hypersensitivity. Am Rev Respir Dis 1976; 113(5):701–704.

170. Pauli G, Bessot JC, Kopferschmitt MC, et al. Meat wrapper's asthma: identification of the causal agent. Clin Allergy 1980; 10(3):263–269.

171. Brooks SM, Vandervort R. Polyvinyl chloride film thermal decomposition products as an occupational illness. 2. Clinical studies. J Occup Med 1977; 19(3):192–196.

172. Jones RN, Weill H. Respiratory health and polyvinyl chloride fumes. JAMA 1977; 237(17):1826.

173. Krumpe PE, Finley TN, Martinez N. The search for expiratory obstruction in meat wrappers studied on the job. Am Rev Respir Dis 1979; 119(4):611–618.

174. Committee on Aldehydes. Formaldehyde and other aldehydes. Board on Toxicology and Environmental Health Hazards. National Academy of Science, 1981.

175. Day J, Lees R, Clark R. Respiratory effects of formaldehyde and UFFI off-gas following controlled exposure. J Allergy Clin Immunol 1983; 7(suppl):159.

176. Frigas E, Filley WV, Reed CE. Asthma induced by dust from urea-formaldehyde foam insulating material. Chest 1981; 79(6):706–707.

177. Hendrick DJ, Lane DJ. Occupational formalin asthma. Br J Ind Med 1977; 34(1):11–18.

178. Maurice F, Rivory JP, Larsson PH, Johansson SG, Bousquet J. Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis. J Allergy Clin Immunol 1986; 77(4):594–597.

**Exhibit 6**

628                                                                                      Gautrin et al.

179. Patterson R, Pateras V, Grammer LC, Harris KE. Human antibodies against formaldehyde-human serum albumin conjugates or human serum albumin in individuals exposed to formaldehyde. Int Arch Allergy Appl Immunol 1986; 79(1):53–59.

180. Kramps JA, Peltenburg LT, Kerklaan PR, Spieksma FT, Valentijn RM, Dijkman JH. Measurement of specific IgE antibodies in individuals exposed to formaldehyde. Clin Exp Allergy 1989; 19(5):509–514.

181. Thrasher JD, Wojdani A, Cheung G, Heuser G. Evidence for formaldehyde antibodies and altered cellular immunity in subjects exposed to formaldehyde in mobile homes. Arch Environ Health 1987; 42(6):347–350.

182. Newhouse MT. UFFI dust: nonspecific irritant only?. Chest 1982; 82(4):511–512.

183. Abramson MJ, Wlodarczyk JH, Saunders NA, Hensley MJ. Does aluminum smelting cause lung disease?. Am Rev Respir Dis 1989; 139(4):1042–1057.

184. Wergelund E, Lund E, Waage JE. Respiratory dysfunction after potroom asthma. Am J Ind Med 1987; 11(6):627–636.

185. Robertson AS, Weir DC, Burge PS. Occupational asthma due to oil mists. Thorax 1988; 43(3):200–205.

186. Kennedy SM, Greaves IA, Kriebel D, Eisen EA, Smith TJ, Woskie SR. Acute pulmonary responses among automobile workers exposed to aerosols of machining fluids. Am J Ind Med 1989; 15(6):627–641.

187. Preller L, Doekes G, Heederik D, Vermeulen R, Vogelzang PF, Boleij JS. Disinfectant use as a risk factor for atopic sensitization and symptoms consistent with asthma: an epidemiological study. Eur Respir J 1996; 9(7):1407–1413.

188. Riedel F, Kramer M, Scheibenbogen C, Rieger CH. Effects of $SO_2$ exposure on allergic sensitization in the guinea pig. J Allergy Clin Immunol 1988; 82(4):527–534.

189. Vai F, Fournier MF, Lafuma JC, Touaty E, Pariente R. $SO_2$-induced bronchopathy in the rat: abnormal permeability of the bronchial epithelium in vivo and in vitro after anatomic recovery. Am Rev Respir Dis 1980; 121(5):851–858.

190. Osebold J, Gershwin L, Zee Y. Studies on the enhancement of allergic lung sensitization by inhalation of ozone and sulfuric acid aerosol. J Environ Pathol Toxicol Oncol 1990; 3:221–234.

191. Horstman DH, Folinsbee LJ, Ives PJ, Abdul-Salaam S, McDonnell WF. Ozone concentration and pulmonary response relationships for 6.6-hour exposures with five hours of moderate exercise to 0.08, 0.10, and 0.12 ppm. Am Rev Respir Dis 1990; 142(5):1158–1163.

192. Devlin RB, McDonnell WF, Mann R, et al. Exposure of humans to ambient levels of ozone for 6.6 hours causes cellular and biochemical changes in the lung. Am J Respir Cell Mol Biol 1991; 4(1):72–81.

193. Vagaggini B, Taccola M, Cianchetti S, et al. Ozone exposure increases eosinophilic airway response induced by previous allergen challenge. Am J Respir Crit Care Med 2002; 166(8):1073–1077.

194. Hastie AT, Peters SP. Interactions of allergens and irritants in susceptible populations in producing lung dysfunction: implications for future research. Environ Health Perspect 2001; 109(suppl 4):605–607.

195. Wagner JG, Hotchkiss JA, Harkema JR. Effects of ozone and endotoxin coexposure on rat airway epithelium: potentiation of toxicant-induced alterations. Environ Health Perspect 2001; 109(suppl 4):591–598.

196. Dube D, Puruckherr M, Byrd Jr RP, Roy TM. Reactive airways dysfunction syndrome following metal fume fever. Tenn Med 2002; 95(6):236–238.

197. Piirila P, Espo T, Pfaffli P, Riihimaki V, Wolff H, Nordman H. Prolonged respiratory symptoms caused by thermal degradation products of freons. Scand J Work Environ Health 2003; 29(1):71–77.

198. Malo JL, Cartier A, Ghezzo H, Lafrance M, McCants M, Lehrer SB. Patterns of improvement in spirometry, bronchial hyperresponsiveness, and specific IgE antibody

**Exhibit 6**

levels after cessation of exposure in occupational asthma caused by snow-crab processing. Am Rev Respir Dis 1988; 138(4):807–812.

199. Cote J, Kennedy S, Chan-Yeung M. Outcome of patients with cedar asthma with continuous exposure. Am Rev Respir Dis 1990; 141(2):373–376.

200. Paggiaro PL, Loi AM, Rossi O, et al. Follow-up study of patients with respiratory disease due to toluene diisocyanate (TDI). Clin Allergy 1984; 14(5):463–469.

201. Chan-Yeung M, MacLean L, Paggiaro PL. Follow-up study of 232 patients with occupational asthma caused by western red cedar (*Thuja plicata*). J Allergy Clin Immunol 1987; 79(5):792–796.

202. Chan-Yeung M. Immunologic and nonimmunologic mechanisms in asthma due to western red cedar (*Thuja plicata*). J Allergy Clin Immunol 1982; 70(1):32–37.

203. Gilbert R, Auchincloss Jr JH. The interpretation of the spirogram. How accurate is it for 'obstruction'? Arch Intern Med 1985; 145(9):1635–1639.

204. Blanc PD, Galbo M, Hiatt P, Olson KR, Balmes JR. Symptoms, lung function, and airway responsiveness following irritant inhalation. Chest 1993; 103(6):1699–1705.

205. Chester EH, Kaimal J, Payne Jr CB, Kohn PM. Pulmonary injury following exposure to chlorine gas. Possible beneficial effects of steroid treatment. Chest 1977; 72(2):247–250.

206. Cockcroft DW, Murdock KY. Comparative effects of inhaled salbutamol, sodium cromoglycate, and beclomethasone dipropionate on allergen-induced early asthmatic responses, late asthmatic responses, and increased bronchial responsiveness to histamine. J Allergy Clin Immunol 1987; 79(5):734–740.

207. Mapp C, Boschetto P, dal Vecchio L, et al. Protective effect of antiasthma drugs on late asthmatic reactions and increased airway responsiveness induced by toluene diisocyanate in sensitized subjects. Am Rev Respir Dis 1987; 136(6):1403–1407.

208. Smith DD. Medical-legal definition of occupational asthma. Chest 1990; 98(4): 1007–1011.

209. Slovak AJ, Orr RG, Teasdale EL. Efficacy of the helmet respirator in occupational asthma due to laboratory animal allergy (LAA). Am Ind Hyg Assoc J 1985; 46(8):411–415.

210. Karjalainen A, Martikainen R, Karjalainen J, Klaukka T, Kurppa K. Excess incidence of asthma among Finnish cleaners employed in different industries. Eur Respir J 2002; 19(1):90–95.

**Exhibit 6**

NIOSH LIBRARY SYSTEM
MORGANTOWN LIBRARY
1095 WILLOWDALE ROAD
MORGANTOWN, WV 26505

# ASTHMA IN THE WORKPLACE
## And Related Conditions

## THIRD EDITION

edited by

**I. Leonard Bernstein**
*University of Cincinnati*
*Cincinnati, Ohio, U.S.A.*

**Moira Chan-Yeung**
*University of British Columbia*
*Vancouver, British Columbia, Canada*

**Jean-Luc Malo**
*Université de Montréal*
*Montreal, Quebec, Canada*

**David I. Bernstein**
*University of Cincinnati*
*Cincinnati, Ohio, U.S.A.*



Taylor & Francis
Taylor & Francis Group
New York   London

**Exhibit 6**