Government of the Virgin Islands
ED Physician Documentation
Medical Records
Governor Juan F. Luis Hospital & Medical Center
#4007 Estate Diamond Ruby
Christiansted, St Croix  00821

Patient: WOOTEN,NICOLE
Service Date:08/09/22
Acct: V00008342842

Dictating Provider: LACEY MENKINSMITH MD
ED Doctor : MENKINSMITH,LACEY MD
MR #:  M000226614

## HPI-PMH
**General**
**Chief Complaint:** Headache
**Stated Complaint:** EXPOSURE TO SMOKE AND HEADACHES
**Time Seen by MD:** 18:59
**Source:** patient

## History of Present Illness
**Initial Comments**
37 yo states she was exposed to an unknown smoke at work yesterday and it caused her to have an asthma exacerbation. she says she went to urgent care and they gave her a breathing treatment. She also had a headache and vomited once. She no longer feels nauseous. She still has a headache. Says her SOB resolved after treatment. She reports she had a fever yesterday. She also reports she has a shake in her hands. She has never had this before. it started after albuterol. No hx of blood sugar issues, no hx of ETOH use.
**Allergies:**
**Coded Allergies:**
   No Known Allergies (Unverified , 8/9/22)

## ROS - Exam
**Review of Systems**
**Constitutional:** reports: fever
**EENT:** denies: nose congestion
**Cardiovascular:** denies: chest pain
**Respiratory:** reports: shortness of breath
**Gastrointestinal:** reports: vomiting;
          denies: nausea
**Genitourinary:** reports: no symptoms
**Integument:** denies: rash
**Neurological:** headache, light-headedness, tremors

## Exam
**General Appearance:** Pos: alert;
          Neg: acute distress
**Eye:** Pos: EOMI
**Neck:** Pos: supple
**Respiratory:** Neg: respiratory distress
**Lung Sounds:** Bilateral: Clear
**Cardiovascular:** Pos: heart sounds normal, regular rate & rhythm
**Gastrointestinal:** Pos: soft, non-tender
**Lower Extremities:** Neg: edema
**Neurologic:** Pos: alert, CNs II-XII nml as tested, oriented x 4, other (slight tremor in hands intermittently, resolves

WOOTEN,NICOLE
V00008342842
08/09/22
0809-0021

Page:  1

when she is distracted);
      Neg: motor/sensory deficits

**Vital Signs/I&O'S**

**Vital Sign - Last 24 Hours**

|  | 8/9/22 16:17 | 8/9/22 20:27 |
|---|---|---|
| Temp | 98.0 98.0 | 98.2 |
| Pulse | 82 | 52 |
| Resp | 16 | 20 |
| B/P (MAP) | 142/94 (110) |  |
| Pulse Ox | 99 | 100 |

**Orders, Labs, Meds**

**Laboratory Tests**

| Test | 8/9/22 19:05 | 8/9/22 20:08 | Range/Units |
|---|---|---|---|

**Current Medications**
Acetaminophen (Tylenol) 1,000 mg STK-MED ONCE PO  Last administered on 8/9/22at 19:15;  Start 8/9/22 at 19:15;
Stop 8/9/22 at 19:15;  Status DC

## Results
## Lab Results
### Lab Results

**Laboratory Tests**

| Test | 8/9/22 19:05 | 8/9/22 20:08 | Range/Units |
|---|---|---|---|

## Departure
## Clinical Impressions
**Clinical Impression:** Headache

## Departure
**Disposition:** HOME, SELF-CARE
**Home Meds**
**Reported Medications**
[Bc]  No Conflict Check
      8/9/22
[Simbacort]  No Conflict Check
      8/9/22
**Referrals:**
NONE,NONE (PCP)

## Level of Care Delivered
**Level of Care Provided:** Non Urgent (Lev 2)

## Addendum

WOOTEN,NICOLE
V00008342842
08/09/22
0809-0021

## ADDENDUM
**Addendum**
Work note, BGL, COVID test. DC with return precautions


MENKINSMITH,LACEY MD                                   Aug 9, 2022 19:03

_____
<Electronically signed by LACEY MENKINSMITH MD>   08/09/22 2047


_____MTH0 0


WOOTEN,NICOLE
V00008342842
08/09/22                              Page:  3
0809-0021