# Exhibit 1

PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

# Wooten, Nicole

07/15/2022                                                                 Appointment Provider: Thomas Chacko, MD

## Current Medications

**Taking**
Hydrocodone Bitartrate , Notes: as needed for migraines, although not using frequently
CeleXA

## Past Medical History

Mild asthma.

## Allergies

Medrol

## Review of Systems

Further patient history reviewed along with the full review of systems and can be found in the chart. Negative for active chest pain in office, no bleeding, no active abdominal pain in office, no acute changes in vision, no acute changes in gait, pertinent positives in HPI.

## Reason for Appointment

1. Followup

## History of Present Illness

Upon Visitation:

Nicole presents to me for follow up and evaluation of asthma. She has been living in the Virgin Islands due to work transfer. Since living there, she feels asthma has been worse. She has been using Albuterol more frequently. Sometimes she needs to use it 4 times in one day. She does feel the air quality is not good, with more pollutants and saharan dust. She is worse now with physical activity as well. She presents for further evaluation.

## Vital Signs

Wt **185 lbs**, BMI **29.86 Index**, Ht **66 in**, Ht-cm **167.64 cm**, Wt-kg **83.92 kg**.

## Physical Examination

General: Well appearing, in no apparent distress; Head: Atraumatic; Neuro: Alert and oriented; Eyes: No Dennie-Morgan lines, no allergic shiners, anicteric; Nose: Turbinates pale but not markedly swollen, nasal passages are patent, no pus or polyps appreciated on anterior speculum exam, no bleeding; Oral Cavity/Oropharynx: no exudates, no drainage; Neck: Supple; CV: Regular rate and rhythm, + S1S2; Lungs: Clear to auscultation bilaterally, no wheezing heard with forced expiration, no rhonchi, no crackles; Skin: No hives.

## Assessments

1. Asthma, unspecified asthma severity, unspecified whether complicated, unspecified whether persistent - J45.909 (Primary)
2. Chronic urticaria - L50.8
3. Nasal congestion - R09.81
4. Allergic rhinitis - J30.9

## Treatment

**1. Asthma, unspecified asthma severity, unspecified whether complicated, unspecified whether persistent**

Clinical Notes: 7/15/2022
Asthma. Asthma has been mostly stable in the past, using albuterol only once in a while. Since moving to Virgin Islands, she has been using albuterol inhaler more often, sometimes 4 times a day. She does feel the air quality there triggers her symptoms more. PFT done today reveals normal spirometry. Will start Symbicort 2 puffs BID for now. Will refill albuterol. She will also treat allergic rhinitis with flonase and azelastine, which may be contributing to asthma symptoms. She lives full time in Virgin Islands. Would like to follow up virtually in August.

Patient seen and note done by Hanieh Rotell NP-C as well as seen by Dr. Chacko.

**2. Chronic urticaria**
Notes: 7/14/2022
Chronic Hives. No longer having hives. Stable.

----

Chronic hives - now, she seems stable on current medication. I would continue with that.
Chronic hives - I discussed how often there is no specific trigger. I even discussed it prior to testing. I did discuss environmental precautions for dust mite although it is not playing a role in the hives. I have given her higher dose antihistamines, Zyrtec 20 twice a day, Singulair, hydroxyzine as needed, back up of prednisone. If none of these is working, we can then consider Xolair but we will try these other interventions first. Follow up with me in a month.
.

**3. Nasal congestion**
Notes: ----

NW002437

PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

Nasal congestion - I would continue on the antihistamines. I will add nasal steroids. If not getting better, we can consider immunotherapy. We will try the nasal steroids first and then follow up with me in the next 6-8 weeks.
.

### 4. Allergic rhinitis
Clinical Notes: 7/15/2022
Allergic Rhinitis. Known dust mite allergic. Will restart Flonase and Azelastine. Start regular nasal rinses. May take Zyrtec BID. She lives in Virgin Islands and is just visiting right now. Will giver her a prescription to get filled at her preferred pharmacy. Would like to see her virtually in August to follow up.

Patient seen and note done by Hanieh Rotell NP-C as well as seen and assessed by Dr. Chacko.

### 5. Others
Start Fluticasone Propionate Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Twice a day, 30 day(s), 1, Refills 3
Start Azelastine HCl Solution, 137 MCG/SPRAY, 1 puff in each nostril, Nasally, Twice a day, 30 day(s), 1, Refills 3
Start ZyrTEC Allergy Capsule, 10 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3
Start Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 1 puff as needed, Inhalation, every 4 hrs, 30 days, 1, Refills 3
Start Symbicort Aerosol, 80-4.5 MCG/ACT, 2 puffs, Inhalation, Once a day, 30 days, 1, Refills 3

### Procedures
----
7/15/2022
PFT done today reveals:
FEV 3.75 or 115%
FEV1/FVC ratio of 92%
Normal Spirometry
----
Skin testing today showed high sensitivity to dust mite. Otherwise, unremarkable to environmental panel and extensive food allergy panel per patient's request.


**Appointment Provider: Thomas Chacko, MD**

**Electronically signed by on 02/07/2023 at 01:57 PM EST**

**Sign off status: Completed**

---

Thomas Chacko/ Johns Creek
3905 JOHNS CREEK CT
STE 200
SUWANEE, GA 30024-1225
Tel: 678-668-4688
Fax: 888-823-1924

---

Patient: Wooten, Nicole    DOB: 07/12/1985    Progress Note: Thomas Chacko, MD    07/15/2022

NW002438

Received: 02/24/2023 -  Case: 550260558 - Page 709 / 997