# Exhibit 2

Page 1

DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,
        Plaintiff,

                              Civil Action No.:

    vs.

                              1:23-cv-00012

LIMETREE BAY TERMINALS
d/b/a OCEAN POINT
TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST
INDIES PETROLEUM LTD.,

        Defendants.
_____

VIDEOTAPED DEPOSITION OF NICOLE WOOTEN

May 19, 2025

10:09 a.m.

Akerman, LLP

999 Peachtree Street, N.E.

Suite 1700

Atlanta, Georgia

LAURA R. SINGLE, CCR-B-1343

Page 27

asthma?

A.   No, not that I -- prior not -- I take that -- not prior to this incident, no.

Q.   Prior to the incident, did you ever have to get emergency care for asthma?

A.   Yes, I have.

Q.   And when did you have to get emergency care for asthma prior to the incident?

A.   I remember specifically when I lived in South Korea because there was something like yellow dust that used to travel.  I remember that.  I was sick a little more there because of that yellow dust. Any other time?  The one that I can remember is once we find out that COVID came out right in the about 20 -- I believe it was 2019 I got really sick, and it was really bad then.  But usually in the past when I had flare-ups, if I did ever have one, it was because of some extreme weather or, like I said, climate situation that was happening.

Q.   What do you mean by extreme weather --

A.   Like I stated that --

Q.   -- for example --

A.   Go ahead.  I'm sorry.

Q.   For example, you could be talking extreme heat, extreme cold, or rain.  I don't know what you

Page 28

mean by that, so I'm trying to get --

A.    So all of those factors play a part into asthma; but for me specifically, like I stated, the yellow dust in South Korea.  I know there was a -- I had a flare-up while I was in St. Croix back in 2021 around April.  I think something came out that there was some Saharan dust that I ended up finding out about later on after that.

Q.    So you had a flare-up there on St. Croix in 2021.  At the time, you didn't know it was Saharan dust, but later you found that out --

A.    Correct.

Q.    -- you said?

A.    Correct.

Q.    And how did you find out that the flare-up was caused by Saharan dust?

A.    I can't remember how I found out about the Saharan dust, but that's what I attribute to it.  It wasn't that a doctor told me specifically this happened because of this dust.

Q.    Got it.

Other than South Korea and what you described on St. Croix that time, have you ever had your asthma flare up because of dust?

A.    Not that I can recall.

Page 39

A.   Process passengers and I was still in training.

Q.   Did you ever get to the point where you weren't in training?

A.   Yes, I did.

Q.   When did you complete the training?

A.   Possibly, I believe, January 2022.

Q.   When you -- when you claim you were exposed to smoke from the refinery, that was on August 8 of 2022, correct?

A.   Correct.

Q.   And what were you -- what was your job assignment on August 8, 2022?

A.   So once -- once we're at the airport, if we're processing passengers, we also have boats or vessels -- we'll call it vessels that would come in, and we would have to inspect vessels.  So that particular day I left the airport to go inspect a vessel.

Q.   Was that the first time you had ever entered the refinery or terminal area?

A.   No, it's not.

Q.   When was the first time you entered the refinery or terminal area?

A.   I don't recall.

Page 40

Q.   Can you give me an estimate as to how many months or days or weeks before August 8 you first went down there?

A.   I can't, but I can tell you at that point I was already going.  I had been there a few times already between training going with someone and also going on my own.

Q.   Approximately, how many times had you entered the refinery/terminal area before August 8th, 2022?

A.   Over five times.

Q.   Over 20?

A.   No; over five.

Q.   Okay.  Less -- less than 20?

A.   I'm not too certain, sir.

Q.   In your complaint, you refer to going for facial control on a tugboat.  What does that mean?

A.   So as part of our duties with Customs and Border Protection, people that are coming in, whether you're coming via airport or you're coming on a vessel, if you are not a U.S. citizen, we have to inspect your passport and make sure that you're the person that's in the passport, make sure your passport is valid.  If you're supposed to have a visa, make sure your visa is in there.

Page 46

A.   I can't say yes or no in a sense.  Possibly the smoke that you see out in the air all the time.

Q.   After you went through the gate, what did you do?

A.   I drove towards the tugboat area.

Q.   At some point as you were driving towards the tugboat area, did you realize that there was some sort of emergency response going on --

A.   I didn't --

Q.   -- within the --

A.   I'm sorry.  I'm sorry.  Go ahead.

Q.   Did you notice as you approached the tugs that there was some sort of emergency response going on within the refinery?

A.   Once I got close to the tug area, that's when I noticed because of the fire trucks.

Q.   And what did you observe?

A.   I first saw fire trucks.  I saw some people standing towards the side and then the street that I usually would park on, once I made it there, I saw -- I saw workers.  They looked like they worked at the refinery, so I assume they did.  They had on like onesies or something.  And I asked the question then if everything would be okay for me to proceed forward.  In order to ask that question, I'm sorry, I

Page 47

rolled down my window.

Q.   You referred to onesies.  Do you mean a jumpsuit?

A.   Yes.

Q.   Okay.  What color was -- were the jumpsuits that you saw?

A.   I don't recall the color.

Q.   And you said you rolled down your window and spoke to two people?

A.   I definitely -- one person responded to me. I believe there may have been two people that was standing right there, but I can't recall for sure.

Q.   And what -- what specifically did you ask them?

A.   I asked them if -- in summary, I would say I asked them if everything would be okay to proceed.

Q.   Did you inform them that you had asthma?

A.   No.

Q.   Did you -- by the way, did Customs and Border Protection provide you with any personal protective gear?

A.   We have all of that at the airport, but I did not have anything with me.

Q.   At any time when you entered the refinery and terminal, did you request that someone provide

Page 54

was a door that you can see that -- it was like an opening. I wouldn't call it a door but an opening; and in that opening, you can see it flowing out.

Q. And did you actually go through this thick black smoke?

A. No.

Q. Did it come into your car?

A. I didn't think I went through the smoke at all not realizing how smoke travels. Because as it was coming out of the refinery, it looked like it was getting lighter. I didn't realize that the smoke had actually entered the vehicle until I rolled the windows back up.

Q. What happened while you were -- if anything, while you were talking to these two individuals?

A. Nothing happened while we were talking.

Q. So did you then roll your window up and continue or what happened?

A. I rolled my window up; and then as soon as I rolled the window up, that's when I start coughing.

Q. And what did you do at that point?

A. I left. I turned around from the area and I started leaving the refinery. I called back up to the port to try to speak to a supervisor to try to let them know what was going on, to let them know I

Page 55

couldn't do the tugboat and that I was coughing and that there was a fire there.

Q.  So you never got out of the vehicle?

A.  No, I never got out of the vehicle.

Q.  About how long did you talk to these two individuals?

A.  It was less than one minute.  It was probably just seconds, just time to ask the question to get an answer and then roll my window back up.

Q.  And so how long was the window rolled down?

A.  Just during that time.  I didn't have the window down until I got in front of those individuals.

Q.  So it was also less than a minute?

A.  Yes.

Q.  Do you think it was less than 30 seconds?

A.  It may very have been because it was a short time.

Q.  Who -- you said you called the port.  Do you mean the airport?

A.  Yes.

Q.  And who did you call?

A.  I called our main line and I spoke with Officer Cox.

Q.  Did you say Cox?

Page 60

think of Mama George's first name right now.

Q.   When you say they took you in, were you renting from them?

A.   Yes.  So -- yes.

Q.   How thick was this black smoke you saw at the coke dome?

A.   What do you mean how thick?

Q.   Could you see through it?

A.   I don't recall if I could or not.

Q.   Did the two people you -- you were speaking to have any reaction like you did coughing or anything like that?

A.   I don't know if they had any reaction to it at the time.

Q.   You did -- you did not observe them coughing, correct?

A.   I don't remember if they coughed while I was talking to them or not.

Q.   Did you tell anyone at the refinery or terminal that you were having a health issue?

A.   No, I did not.

Q.   Do you know if anyone there saw you having -- you know, coughing and reacting to this incident?

A.   I don't -- I don't think so.

Page 230

A.   And so what the supervisor explained to me is that they have a process that they give you 30 days; and unfortunately in my situation, my 30 days wasn't enough time for me the prove my case because I was traveling from St. -- St. Croix to here and having to see so many doctors.

Q.   Is it fair to say that at least in part -- I think you already agreed to this, but is it fair to say that at least in part they indicated that your claim was denied because they believed that you had preexisting conditions?

A.   Yes.

Q.   Okay.

MR. KING:  Can I have 5 minutes?

MS. SEILA:  Uh-huh (affirmative).

THE VIDEOGRAPHER:  Going off the record?

MR. KING:  Yes.

THE VIDEOGRAPHER:  The time is 6:13 p.m., and we are off the record.

(A recess was taken.)

THE VIDEOGRAPHER:  The time is 6:33 p.m., and we are on the record.

BY MR. KING:

Q.   Before the August 8, 2022, incident, had you ever missed time from work as a result of respiratory

Page 231

issues?

A.   Yes; that situation that happened in April.

Q.   That's the one with the Saharan dust that happened in April of 2021?

A.   Yes.

Q.   Were there any other times where you missed time from work as a result of respiratory issues?

A.   Not that I can recall.

Q.   What about from COVID; did you miss time from COVID because of COVID?

A.   Yes.  We had to quarantine.

Q.   And when was that?

A.   Between January and February of 2022 somewhere.

Q.   Actually, I think we said it was more towards March to June.  Does that sound right or --

MS. SEILA:  I don't think so.

MR. KING:  No?

MS. SEILA:  (Shakes head negatively.)

MR. KING:  Okay.

BY MR. KING:

Q.   Is that a yes or a no?

A.   Oh, no.

Q.   Okay.  Let me see something.

Yes.  So earlier you testified that you

A.    Yes.

Q.    Does she know anything else?

A.    I don't know what else she may know outside of my doctor.  I mean, that initial thing happening.

Q.    When was the last time you spoke to her?

A.    I don't recall.  It was -- it could have been in 2023 or 2024.  I'm not certain.

Q.    What did you speak about?

A.    I'm not certain.

Q.    Did you guys hang out outside of work ever?

A.    No.

Q.    Did you talk about this case?

A.    No.

Q.    Have you ever spoken to her about this case?

A.    In what ways?  What are you asking?

Q.    Have you ever spoken to her about this lawsuit?

A.    No.

Q.    Did Michael Henry -- did he examine you more than once on different days?

A.    Yes.  I believe he did it again on the August 10th date, if I'm not mistaken.

Q.    Let's talk about August 10th.  On August 10th you had another respiratory incident; is that fair?

Page 237

A.   Yes.

Q.   And it was due to fumes from a nearby landfill that caused you chest tightness and tremors; is that fair?

A.   That's what I associated it with.

Q.   Okay.  And you went and you saw Dr. Campbell?

A.   Again, yes.

Q.   And you told Dr. Campbell that there was a fire at the landfill; is that right?

A.   That they were burning something, yes.

Q.   And you did not know what they were burning; is that right?

A.   Correct.

Q.   And this is 2 days after your incident; is that right?

A.   Yes.

Q.   And to this day you still don't know what they were burning; is that fair?

A.   Yes.

Q.   She said that your lung exam showed decreased air movement; is that fair?

A.   If that's what you have, yes.

Q.   And she diagnosed you with asthma and reactive airway disease?

Page 238

A.   Was it on that date?

Q.   Yes.

Is that fair?

A.   I would have to make sure based off of the medical records, and it's a he.

Q.   Oh, he.  Sorry.  I would rather assume that way.

And she noted that you were having an extreme breathing crisis?

A.   Yes, he did.

Q.   He noted, sorry.

And you were treated with a steroid injection?

A.   Yes.

Q.   You received four vials of the medicine?

A.   Yes.

Q.   And then your first visit with Dr. Acker after the August 8th incident also occurred after the August 10th incident; is that fair?

A.   Yes.

Q.   The landfill that was burning something was right across from the airport where you worked; is that right?

A.   I believe it is.

Q.   And you stated that you could smell fumes

Page 239

coming through the AC unit in the car as you drove to work on August 10th.

A.    Yes.

Q.    You said once at work you could still smell the fumes and that your chest started to get tight again.

A.    Yes.

Q.    You said that?

A.    Yes.

Q.    And you began shaking with tremors; is that fair?

A.    Yes.

Q.    And as a result of this, you were given an order to have a chest x-ray completed.

A.    Yes.

Q.    And you were scheduled for a pulmonary function test to determine how well your lungs were working.

A.    Yes.

Q.    Did you inspect any vessels at the refinery prior to August 8th, 2022?

A.    Yes.

Q.    Do you remember about how many times you did it before that date?

A.    Uncertain.

Page 250

CERTIFICATE

STATE OF GEORGIA:

COUNTY OF GWINNETT:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This the 26th day of May, 2025.

_____

LAURA R. SINGLE, CCR-B-1343