# Exhibit 4

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

     Plaintiff,

  v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

     Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

**<u>PLAINTIFF NICOLE WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS' INTERROGATORIES</u>**

**COMES NOW** Plaintiff, **NICOLE WOOTEN**, and responds to Defendant

**LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S**

Interrogatories as follows:



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 2

## RESPONSES

### INTERROGATORY NO. 1:

What is Your full name (maiden and married), marital status, physical address, mailing address, place of birth, date of birth, highest level of education, and social security number?

### ANSWER:

Your full name: Nicole Shantell Smith; Nicole Shantell Wooten

Marital Status: Divorced

Physical address: 902 Peachtree Forest Terrace Peachtree Corners, GA 30092

Mailing address: 902 Peachtree Forest Terrace Peachtree Corners, GA 30092

Place of birth: Atlanta, GA.

Date of birth: 07/12/1985

Highest level of education: M.A Secondary Education

Social security number: xxx-xx-4427

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 3

## INTERROGATORY NO. 2:

Were you suffering from any physical or psychological infirmity, disease, disorder, syndrome, disability, or sickness in the ten (10) years before the Incident? If so, what was the nature of the infirmity, disease, disorder, syndrome, disability, or sickness?

**ANSWER:**

Yes. I was diagnosed with asthma at the age of 5. It has always been under control, with minimal issues. I used an inhaler, as needed, and I would often go months at a time without having to use it. Additionally, I was medically evaluated because of my asthma prior to being accepted into the Customs and Border Protection position. The doctor that examined me cleared me for work at Customs and Border Protection.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 4

## INTERROGATORY NO. 3:

Have you previously, and/or are you currently a smoker of any tobacco products, including but not limited to, e-cigarettes, vapes, vaporizers, vape pens, e-hookah, electronic pipes, heat-not burn tobacco, non-combusted cigarettes, hookah, cigars/cigarillos/little cigars? If so, state the types of tobacco smoked, and the amount consumed daily, and the years during which you smoked.

**ANSWER:**

I have never consistently used any tobacco products. The times I have experimented with tobacco products, I did so in a social setting.

Smoked Hookah a couple of times in 2009 and 2021.

Smoked tobacco rarely from 2006-2008, 2010, 2016.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 5

## INTERROGATORY NO. 4:

List the names, addresses, and phone numbers of all medical providers by whom or at which you have been examined or treated in the past ten (10) years and the condition or injury for which you were examined or treated.

   a) Name(s) of Provider
   b) Address of Provider
   c) Telephone Number
   d) Condition or Injury Treated

**ANSWER:**

a) Dr. Terrie Morton Acker,

b) 495 Winn Way Suite 100, Decatur, GA 30030

c) (404) 284-7744

d) Asthma, follow-ups, RADS


a) Dr. Ashley Davis, MD

b) 4028 Holcomb Bridge Rd Suite 200, Peachtree Corners, GA 30092

c) (678) 580-1736

d) Myomectomy


a) Dr. Grace Q. Chai, MD

b) 3635 Peachtree Industrial Blvd Suite 550, Duluth, GA 30096

c) (770) 545-8380

d) Asthma clearance


a) Alex Hebert, NP-C

b) 993 C Johnson Ferry Road, Suite 300. Atlanta, GA 30342

c) 404-303-1700

d) Asthma clearance

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 6


a) Wellstar East Point Health Center

b) 1170 Cleveland Ave Suite 100, Atlanta, GA 30344

c) (404) 466-7900

d) Shortness of breath


a) Dr. Lyn Campbell,  Acute Alternative Medical Group & Sleep Center

b) 184c Pepper Tree Rd, Christiansted, St Croix 00820

c) 340-772-2883

d) RADS/ lung obstruction


a) Dr. Thomas Chacko, Chacko Allergy, Asthma and Sinus Center of Duluth

b) 3770 Howell Ferry Road Duluth, GA 30096

c) (678) 668-4688

d) Asthma


a) Gov. Juan F. Luis Hospital

b) 4007 Estate Diamond Ruby, Christiansted, St Croix 00821

c) (340)778-6311

d) RADS/ lung obstruction


a) Dr. Louise Sheffield

b) 6825 Jimmy Carter Blvd Suite #1100, Norcross, GA 30071

c) (404) 855-3300

d) Second opinion for worker's compensation


a) Dr. Robert Prudent

b) 675 Seminole Ave NE. Suite 305 Atlanta, GA. 30307

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC**
**D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 7

c) (404) 685-3113

d) Second opinion for worker's compensation (psychological)

a) Muraina Oyekunle I MD

b) 560 1st Macon, GA. 31201

c) (478) 744-9603

d) Second opinion for worker's compensation (Pulmonary)

a) Dr. Jamie Garfield, Ambulatory Care Center

b) 3401 N Broad St 5th Floor, Philadelphia, PA 19140

c) (800) 836-7536

d) Shortness of breath/chest tightness

a) Dr. Ziad Kazzi

b) 80 Jesse Hill Jr Dr SE, Atlanta, GA 30303

c) (404) 616-1000

d) Chemical exposure

a) Dr. Carlette Graham

b) 915 Eagles Landing Pkwy, Stockbridge, GA 30281

c) (770) 506-0434

d) Pulmonary

a) Dr. Olufisayo Otusanya

b) 135 N Park Pl Suite 200, Stockbridge, GA 30281

c) (678) 289-7960

d) Pulmonary

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 8


a) Dr. Ria Gripaldo

b) 5673 Peachtree Dunwoody Rd, Atlanta, GA 30342

c) (404) 251-1700

d) Pulmonary


a) Dr. Toral Shah

b) 12 Executive Park Drive, Northeast, Atlanta, GA 30329

c) (404) 778-5526

d) Sleep apnea


a) Dr. David Olsen

b) 2665 N Decatur Rd, Decatur, GA 30033

c) (404) 508-4008

d) Pulmonary


a) Dr. Fadi Rabih

b) 6325 Hospital Pkwy, Johns Creek, GA 30097

c) (678) 474-7000

d) Tremors


a) Dr. Anthony Law

b) 550 Peachtree St NE, Atlanta, GA 30308

c) (404) 778-3381

d) Pulmonary


a) Dr. Alejandro Sardi-Freitez

b) 5665 Peachtree Dunwoody Rd, Atlanta, GA 30342

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 9

c) (404) 251-1700

d) Shortness of breath/inhalation injury, bronchoscopy

a) Dr. Robin Hardin

b) 1325 Satellite Blvd Building 300, Suite 303 Suwanee, GA 30024

c) (470) 464-0359

d) Social security mental health exam


a) Dr. Glen Parris

b) 5279 Lawrenceville Hwy Suite A, Lilburn, GA 30047

c) (770) 962-1616

d) Autoimmune disease


a) Dr. Leo Ovadje

b) 105 N Park Trail # 300, Stockbridge, GA 30281

c) (678) 284-0800

d) Kidney disease


a) Dr. Olivia West

b) 4720 Peachtree Industrial Blvd Suite 4201 Berkley Lake, GA 30071

c) (404) 900-9583

d) Major Depression, anxiety, PTSD


a) Grady Memorial Hospital ER

b) 80 Jesse Hill Jr Dr SE, Atlanta, GA 30303

c) (404) 616-1000

d) Shortness of breath/inhalation injury

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC
D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 10

a) Northside Hospital Duluth ER

b) 3620 Howell Ferry Rd NW, Duluth, GA 30096

c) (678) 312-6800

d) Shortness of breath/chest tightness

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 11

## INTERROGATORY NO. 5:

List the names, addresses, phone numbers, rate of pay, and dates of employment for all employers, including self-employment, for whom you have worked in the past ten (10) years.

**ANSWER:**

Henry County Board of Education, April 2014- May 2014 (substitute teaching while working on master's degree)

33 N Zack Hinton Pkwy, McDonough, GA 30253

(770) 957-6601

(Est) $12.00-$15.00/hour (part-time)

Dent1st Dental Care, 2012- June 2016

6568 Tara Blvd, Jonesboro, GA 30236

(770) 961-2544

Started at $12.00 hour, ended at $45,000/annually

International Academy of Smyrna, July 2016 – April 2017

2144 S Cobb Dr SE, Smyrna, GA 30080

(678) 370-0980

Great Expressions Dental Centers April 2017 – September 2020

(Est) $55,000/annually

4850 Sugarloaf Pkwy #204, Lawrenceville, GA 30044

(770) 995-6109

(Est) $47,000/annually

U.S. and Customs and Border Protection, October 2020 – July 2024

RR #2-9922 Henry Rohlsen Airport

Kingshill, VI 00850

(340) 773-1490

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 12

Started at $34,916/annually, ended $72,553/annually

**INTERROGATORY NO. 6:**
Identify each physical and psychological injury for which you are claiming damages in this
case, specifying (1) the part of your body that was injured, (2) the nature of any physical
and/or psychological harm, and (3) any conditions you contend are permanent.

**ANSWER:**
Initially my lungs were injured. The lung injury then caused my heart, kidney, and liver to
become affected. Specifically, I currently still suffer from the following issues, as a result
of the incident:

Obstruction of lungs

PTSD

Anxiety

Major Depression Disorder

Stage 2 Kidney Failure (has returned to normal after a year, but risk of future failure due
to this failure after the chemical exposure)

Left Ventricular Hypertrophy

High blood pressure

Severe persistent asthma (permanent)

Fatty liver

RADS (Reactive Airway Dysfunction Syndrome)

Pericardial inflammation (possibly permanent)

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 13

## INTERROGATORY NO. 7:

If you have ever been involved in an incident (motor vehicle accident, slip-and-fall, personal injury, on-the-job, or otherwise) of any kind in the ten (10) years before or at any time after the Incident identified in the Complaint, describe any such prior incidents.

**ANSWER:**

In or around 2020, I was in a parking lot and I got into a fender bender with someone. The driver of the other vehicle was at fault. I was parked and he hit me. The insurance companies worked it out. The incident was so minor that there were no injuries.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 14

## INTERROGATORY NO. 8:

If you contend that you have lost any form of compensation as a result of the Incident, please specify (1) the amount lost, (2) the period during which it was lost, and (3) the nature of the compensation.

## ANSWER:

Objection. Use of the word "compensation" is vague and overly broad. I also need to engage an expert to calculate my lost wages because they are complicated because many rates of pay are involved. My lost compensation will be supplemented when expert reports are due.

Subject to and without waiving said objection, my annual base salary at the time of the incident was $72,553. This base salary does not include any overtime that I could elect to work. I would generally try to do 12 hours of overtime per two week pay period. Any hours after 6 p.m. were considered night differential and were paid at a higher rate than my regular base pay. Additionally any hours worked on Sunday were also paid at a higher rate than my regular base pay. I also missed out on raises for subsequent years, which would have been approximately $10,000 per year. I would have received raises in October 2022, October 2023, and October 2024. I also missed out on temporary duty assignments, which also provide additional pay in relation to my base salary. After the incident, I was unable to work and I am still unable to work in a physical capacity, and I was forced to retire. I paid approximately $5,000 for the attorneys to help with me with my workers' compensation case. I also had to hire a lawyer to help me with my disability claim to retire early. I paid that attorney approximately $6,000. I also missed out on contributions to my Thrift Savings Plan (TSP) and I even had to take out a loan against my TSP in the amount of $4,276.00 to pay for basic living necessities. My goal was to work for 22 years with Customs and Border Protection as an Officer, but I was forced to retire because I can no longer do that type of work.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 15

## INTERROGATORY NO. 9:

Identify any court proceedings or lawsuits that you have been involved in as a plaintiff, defendant, or witness, specifying (1) the case style, (2) the case number, (3) the jurisdiction of the proceeding or lawsuit, (4) the nature of the proceeding or lawsuit, (5) the nature of your involvement, and (6) the time and place of the occurrence giving rise to the proceeding or lawsuit.

## ANSWER:

In approximately December of 2010, I was rear-ended by another vehicle on I-285 South on the ramp to I-20 West in Atlanta, GA. I filed a personal injury claim. I think the insurance company resolved the property damage claim separately. The case was fully resolved.

The case number was 12SV0312 and it was filed in Coweta County, GA.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 16

## INTERROGATORY NO. 10:

Please identify any policy or policies of insurance (including any medical, umbrellas, or excess policies) that provided or may provide coverage for any damages alleged in the Complaint, specifying

    (1) the name and address of the insurer;

    (2) the policy number;

    (3) the form of insurance;

    (4) effective date of coverage

    (5) name and address of the named insured; and

    (6) the name and address of the person or entity in possession of the policy.

**ANSWER:**

    (1) GEHA, United Healthcare Shared Services PO Box 30783 Salt Lake City, UT. 84130-0783

    (2) 31107836

    (3) Primary

    (4) 01/2023

    (5) Nicole Wooten, 902 Peachtree Forest Terrace, Peachtree Corners, GA. 30092

    (6) Nicole Wooten, 902 Peachtree Forest Terrace, Peachtree Corners, GA. 30092

While I was working on St. Croix, starting in January 2022, I had a policy through BlueCross BlueShield Health Insurance. I have produced that policy as bates nos. NW001692-1693.

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC
D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 17

## VERIFICATION

I, **NICOLE S WOOTEN,** pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury that the foregoing responses Interrogatories are true and correct to the best of

my knowledge and ability.

DATED: 11/22/2024        By: _____

**NICOLE WOOTEN**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES**
Page 18

## CERTIFICATE OF SERVICE

    **THIS IS TO CERTIFY** that on November 22, 2024, I caused a true and correct copy of **PLAINTIFF NICOLE S WOOTEN'S RESPONSE TO DEFENDANT LIMETREE BAY TERMINALS, LLC D/B/A OCEAN POINT TERMINALS'S INTERROGATORIES** to be served via electronic mail upon:


Donnie King
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

Attorney for **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**


Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820

Attorney for **Port Hamilton Refining and Transportation Port Hamilton Refining and Transportation**


Ryan C. Stutzman Esq.
CSA Associates, P.C.
1138 King Street
Suite 100
Christiansted, VI 00820

Attorney for **West Indies Petroleum, Ltd.**


BY:   /s/ Robin P. Seila    (al)