IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

NICOLE WOOTEN,

PLAINTIFF,

VS.

LIMETREE BAY TERMINALS, LLC, ET AL.

DEFENDANTS.

CASE NO. 1:23-CV-00012

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP'S
STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT ON CAUSE IN FACT

Port Hamilton submits the following statement of uncontested (for purposes of summary judgment)[1] material facts in support of its motion for summary judgment.

1. Plaintiff Nicole Wooten was diagnosed with asthma at age five and had a documented history of lifelong asthma prior to August 8, 2022. (Exh. 1, Wooten Depo. at 19:10–20:5; Exh. 2, Wilkenfeld Report at 2.)

2. Wooten attributed an April 2021 flare-up on St. Croix to Saharan Dust. Exh. 1, Wooten Depo. at 28:2–20.

3. On July 15, 2022, Wooten underwent a pulmonary-function test because "I was concerned that my asthma may have been getting worse, I thought, because of the

---

[1] In this Statement, Port Hamilton accepts as true, for purposes of summary judgment only, several of the allegations of the complaint. Even with those allegations accepted as true, there are no triable issues of fact relating to the issue of the lack of admissible evidence to prove cause in fact.

air quality there [referring to St. Croix]. *Id.* at 29:10–12.

4. On August 8, 2022, less than three weeks after having the pulmonary function test due to her complaints of worsening asthma, Wooten drove a Customs and Border Protection vehicle toward the tugboat dock at Ocean Point Terminals to perform a passport inspection. Exh. 1, Deposition of Wooten at 41:1 – 41:23; Doc. No. 38, Second Amended Complaint ("SCA"), ¶24.

5. At the time, the North Coke Dome at Port Hamilton's refinery was the scene of an ongoing smoldering incident that had begun four days earlier. Doc. No. Second Amended Complaint, ¶¶19, 24–5.

6. While approaching the coke domes, Wooten noticed fire trucks in the vicinity and thick black smoke. Exh. 1, Wooten Depo. at 46:15–25; 46:18–21; 49:18–20.

7. Wooten rolled down her window for less than one minute—"probably just seconds"—to ask two workers if it was safe to proceed. Exh. 1 at 54:14-55:5.

8. Wooten did not exit the vehicle, did not enter any visible smoke plume, and rolled the window back up immediately. Exh. 1 at 54:14-55:5.

9. Wooten never reached the tugboat because she turned around and left the refinery due to her coughing. Exh. 1 at 54:22–23.

10. Wooten drove from the refinery to her work location at the Henry E. Rohlsen Airport where she used her inhaler. Exh. 1 at 56:23 – 57:5.

11. She then went inside where she vomited in the bathroom and proceed to the CBP break room. Exh. 1 at 57:10–12.

12. CBP Officer Henry checked Wooten's vitals and one of her coworkers drove her to

urgent care. Exh. 1 at 57:12–20.

13. At urgent care, Wooten was placed on a nebulizer machine and given a steroid shot. Exh. 1 at 58:4 – 58:14.

14. On August 9, 2022, Wooten went to the emergency room at the J.F. Luis Hospital because she "still has a headache" and had a "shake in her hands." Exh. 3.

15. She stated to the emergency room personnel that her shortness of breath had resolved and she no longer felt nauseous. Exh. 3.

16. The exam conducted at the emergency room found that Wooten was negative for respiratory distress and that her lungs were clear, bilaterally. Exh. 3.

17. The clinical impression during this emergency room visit was "Headache" and Wooten was released to home for self-care. Exh. 3.

18. Wooten's pulse oxygen levels were measured at 4:17 p.m. and 8:27 p.m. during the August 9, 2022 emergency room visit and were 99 and 100%, respectively. Exh. 3.

19. Normal oxygen levels range from 95 to 100%. https://my.clevelandclinic.org/health/diagnostics/pulse-oximetry.

20. On August 10, 2022, Wooten experienced an "extreme breathing crisis," which she attributed to fumes from a nearby landfill fire that she smelled through her vehicle's air-conditioning unit. Exh. 1 at 53:1-25, 237:15-239:10.

21. There is no admissible evidence to establish that plaintiff developed severe asthma caused by the alleged exposure on August 8, 2022. Port Hamilton relies upon the absence of such evidence in support of its motion for summary judgment.

22. There is no admissible evidence that Wooten developed Reactive Airways Dysfunction Syndrome ("RADS") as a result of the alleged exposure on August 8,

2022. Port Hamilton relies upon the absence of such evidence in support of its motion for summary judgment.

23. There is no admissible evidence that Wooten is functionally disabled to any degree as a result of the alleged exposure on August 8, 2022. Port Hamilton relies upon the absence of such evidence in support of its motion for summary judgment.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: April 7, 2026

   /s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com