Marc Wilkenfeld, MD
Board Certified Occupational Medicine
16 Middle Neck Road Suite 267
Great Neck, NY 11021
917-318-4557
Marcwilkenfeld@cs.com

August 5, 2025

Robin P. Seila, Esq
Lee J. Rohn and Associates
1108 King Street
Third Floor
Christiansted, VI 00820
(340) 778- 8855

Re Wooten v. Limetree Bay, et al

Dear Ms. Sella,

At your request I reviewed the medical records and other information you provided for Nicole Shantell Wooten (Date of birth: 07/12/1985). You had asked that I review the information and provide an opinion as to whether Ms. Wooten suffered from any adverse health effects as a result of her exposure to toxic fumes emanating from the smoldering at the Limetree Refinery terminal, which began on August 8, 2022. You also asked that I discuss her prognosis and whether she will need treatment in the future for disease caused by her toxic exposures. I do note form the records that her exposures occurred in the course of employment for US Customs and Border Protection

The following records/information was reviewed.

1.  Complaint

2.  Medical records

3.  Worker's comp file

4.  Plaintiff's responses to interrogatories

5.  Defendant's responses to interrogatories

6.  Depositions that have been taken so far

7.  Summaries of incident/investigations into the incident

**Exhibit 2**

**NW003809**

8. Data log of testing from the area

9. Photographs of the area at the time of the incident.

In addition to reviewing the documents reviewed I conducted a literature search to confirm the health effects of individuals exposed to smoke from refinery fires   I also studies of the short- and long-term health effects of "smoldering coke fires" on exposed individuals.

**Medical Condition Prior to Exposure:**

The medical records document that Ms. Wooten was in excellent health prior to her exposure to toxic substances in August 2022. She underwent detailed preemployment medical testing prior to beginning employment at US Customs and Border Protection. Ms. Wooten states in her interrogatories that she was diagnosed with asthma at age 5 and sometimes had to use an inhaler. This was noted on her intake to US Customs and Border Protection in 2018. Because she had a history of asthma in the past documentation of her ability to perform her job duties was requested from her physician, Dr Albini. The medical record of 9/14/18 documents that she did have a history of asthma but she was asymptomatic without treatment. She noted to be doing exceptionally well, and her only medication is use of a ProAir pump twice a year. Significant asthma would require daily use of the pump. The medical note states: "patient has normal flow volumes as well as normal diffusing capacity. here is no reason to think that her history of asthma should at this time have any bearing on future employment. "

Based on the medical record prior to beginning work for US Customs and Border Protection. Ms. Wooten has a history of very mild asthma which did not require medication.

**Summary of Exposure Incident**

On August 8, 2022, Ms. Wooten reported to work to perform her assigned duties. On that date, she was stationed at a tugboat located at the Limetree Terminal. Upon arrival, she observed the presence of thick black smoke. According to the complaint notes and supporting depositions, residual petroleum coke had been stored within the dome building. This material had not been properly contained or removed, in violation of standard safety protocols. As a result of this deviation from accepted safety practices, a smoldering coke fire had developed. Records indicate that the fire originated on August 4, 2022.

Despite the presence of noxious smoke, Ms. W was not provided with any form of respiratory protection. She experienced immediate onset of symptoms consistent with acute toxic inhalation exposure. These symptoms included persistent cough, shortness of breath, wheezing, chest pain, and tremors. The severity of her condition necessitated emergent evaluation at an urgent care facility. She was treated with inhaled bronchodilators, supplemental oxygen, and intravenous steroids. The administration of intravenous steroids is

**Exhibit 2**

**NW003810**

medically indicated in cases involving significant respiratory compromise.

Following initial improvement, Ms. W attempted to return to work on August 12, 2022. However, she was unable to tolerate the environment and departed approximately two hours later, stating: "I could smell fumes, and I felt faint, started shaking, and experiencing shortness of breath."

Documentation reviewed regarding the smoldering coke fire indicates substantial material involvement. According to Williams Fire, two coke pile hot spots were identified within the North Dome. The estimated volume of coke involved in the smoldering was approximately 30 feet by 50 feet by 20 feet. It was further noted that "The primary cause of the coke smoldering was due to the coke not being managed properly for long-term storage. No provisions were made to maintain the coke at a certain moisture level. The coke was left in very high piles, creating a compacting force on the coke at the bottom, pushing moisture out. Compounding the problem was a drought and very hot summer this year. The handling and storage system and procedures were not designed for long-term storage of coke."

I also reviewed the deposition of Mark Johannsen, who was responsible for establishing environmental monitoring to assess the levels of toxic substances emitted from the smoldering coke. The initial observation prior to formal testing was the presence of a strong odor, which can serve as a qualitative indicator of airborne contaminants. This phenomenon is referred to as the odor or olfactory threshold. Mr. Johannsen provides further details on page 37 of his deposition.

Q. Did you smell anything?

A. It has a -- an odor to it.

Q. What did it smell like that odor?

A. What coke smells like, the material.

Q. What does that smell like?

A. It's hard to describe. It's not a -- it's not like a oh my -- you know, it's not a nuisance order, but it's an odor that the material is there.

Coke emissions contain many toxic materials. Many have odor thresholds lower than levels which have health effects in some individuals.

Sulfur dioxide is a toxic component of coke emissions and can be detected by smell as well as testing. Other examples of the components Ms. Wooten was exposed to with low odor thresholds are:

**Exhibit 2**

NW003811

| | | |
|---|---|---|
| Trimethylamine | 0.00021 ppm | Fishy, ammonia-like |
| Formaldehyde | ~0.05 ppm | Pungent, irritating |
| Toluene | ~2.9 ppm | Sweet, benzene-like |
| Acetone | ~47 ppm | Fruity, solvent-like |
| Methylene chloride | 200 ppm | Mild, sweet |

As noted in the medical literature,[1] smoke from all fires contain an abundance of different toxic materials. OSHA[2] notes Coke emissions contain large amount of additional toxic materials As noted by the US EPA coke emissions contain coal tar, coal tar pitch, volatiles, creosote, polycyclic aromatic hydrocarbons (PAHs), and metals. PAHs are semi-volatile compounds; over 20 different PAHs are found in coke oven emissions, including benzo(a)pyrene, benzanthracene, chrysene, and phenanthrene. Exposure pathways include absorption through the lungs and skin. Absorption through the lungs can be prevented with proper respiratory protection. Unfortunately, Ms. Wooten was not provided with respiratory protection even with the known presence of toxic components of the smoldering coke fire.

During deposition Mr. Johannsen was asked what substances were tested for by the air monitors.

Q. Who decided what -- what air compounds to test for with those air monitors?

A. I don't know.

Q. Do any of the air monitors that you rent test for VOCs or volatile organic compounds?

A. Yes.

Q. What kind of volatile organic compounds do they test for?

A. Volatile organic compounds is a broad range of compounds. So there's a list. If you look it up, it'll give you detail on the different types of chemicals that it can interpret.

Further questioning revealed that the air testing was not comprehensive.

Q. Did you test for benzene in this area when you responded to this 2022 incident?

A. I didn't test -- do any gas testing for benzine

---

[1] Alarie, Yves. "Toxicity of fire smoke." *Critical reviews in toxicology* 32.4 (2002): 259-289.
[2] Occupational Safety and Health Administration, *OSHA Method Number ID-58: Asbestos in Bulk Samples*, U.S. Department of Labor, n.d., https://www.osha.gov/sites/default/files/methods/osha-58.pdf.

**Exhibit 2**

**NW003812**

I also reviewed the test results attached as exhibits to Mark Johannsen's deposition.

These are limited to photos of particulate matter levels at a distance from the coke smoldering. There is no notation of distance from the fire; rather, there is a notation of the location (e.g., pharmacy) and "no smoke smelled." These results are meaningless in terms of determining Ms. Wooten's exposure. We do know that the levels she was exposed to were well above the odor threshold. The levels were also above the level that would cause acute symptoms. Based on the information provided, Ms. Wooten had unprotected respiratory exposure to high levels of the constituents of a smoldering coke fire. These include carbon monoxide, dioxins, VOCs, sulfur dioxide, and others. Ms. Wooten was exposed to levels many times higher than those that are toxic to the respiratory system.

**Review of Medical Records**
As noted above, Ms. Wooten was in excellent health prior to her exposure to toxic smoke in August 2022. She had a history of mild asthma since the age 5 which required only mild use of an inhaler. Her preemployment medical evaluation in 2018 documented this history of mild asthma. The evaluation noted that her respiratory function was excellent, with no evidence of asthma requiring treatment. She was able to perform her job duties without restriction.
Ms. Wooten's symptoms after the incident were extensive. In her interrogatories she describes her inability to work due to respiratory symptoms. She was also unable to perform activities of daily living and required assistance to clean her house.

She discussed her symptoms in detail during a psychotherapy session on January 16, 2023.

> *Date of incident August 8, 2022. Since that day, I have been unable to complete daily tasks without experiencing coughing, shortness of breath and chest pains. The chest pains are daily, which also turns into back pains. I was a very active person prior to this incident, working out 5 times a week (weights, pushups, jump rope), running, playing basketball, and working 50+ hours a week. Now, if I walk briskly for 3 minutes, I experience chest pains and shortness of breath.*

Medical Conditions & History: "Asthma; RADS due to chemical smoke exposure. Taking medication Family hx: high blood pressure, diabetes, cancer, glaucoma"

Current Medications: "Prednisone 20mg- 2x a day for 5 days Dr. Olu Trelegy 200mcg- 1 puff daily Dr. Olu Amlodipine 5mg- 1x daily Heart doctor Montelukast- 1x daily Dr. Olu Levalbuterol- daily Dr. Acker Fluoxetine 10mg- daily.

The notes document her exercise tolerance has deteriorated to the point where it disables her from any exertional tasks.

She also has multiple visits to her PCP, Dr Acker, which document severe pulmonary symptoms which progressed:

**Exhibit 2**

NW003813

August 11, 2022: Severe respiratory symptoms as result of coke fire.

Diagnosis moderate persistent asthma

Started on Xopenex and Singulair

August 18, 2022: Progression of symptoms

Severe respiratory symptoms

Diagnosis: Severe Persistent Asthma. Contact with and suspected to exposure to hazardous chemicals

September 8, 2022: Severe respiratory symptoms persist

She is being treated for asthma with multiple medications including steroids, because of the risk of side effects steroids are reserved for the most serious cases of asthma.

There are numerous visits recorded after this date with no improvement.

She was referred to a Pulmonary Specialist, Dr Graham.

There are numerous notes beginning 9/28/2023. She is noted to have severe respiratory symptoms due to exposure to black smoke.

Spirometry in December 2023 showed obstruction. This is consistent with significant asthma being present 18 months after the toxic exposure. She was unable to complete full PFTs due her cough.

There is an undated note from the Pulmonologist stating that her asthma has been permanently aggravated by her exposure to toxic substances on August 8, 2022. She was deemed permanently disabled due to the severe asthma.

Based on the 2022 records, there is a definitive casual relationship between the toxic exposures Ms. Wooten experienced and her severe asthma. The Pulmonologist stated that severe asthma is permanent. In addition, there are severe permanent restrictions on her activities.

Employers and insurers often request a second opinion (IME) in cases of work-related toxic exposure cases. The IME Is done to determine whether the severity of symptoms due to a workplace exposure requires work restrictions. Dr. Muriana conducted an IME for Ms. Wooten on April 19, 2024. Based on the review Dr. Muriana, pulmonary specialist, found that her symptoms due to the toxic exposure were severe enough to require work restriction. Ms. Wooten was found to be capable of performing only sedentary work. Dr. Muriana also concluded that Ms. Wooten would benefit from working at home. The exam was performed almost 3 years after the exposure. At this point, Ms. Wooten's treating physicians, as well as

**Exhibit 2**

**NW003814**

the pulmonary specialist retained by her employer/insurer, agreed that she had severe respiratory impairment due to the toxic exposure in August 2022. The impairment was severe enough to make her unable to perform any exertional work or activities. She was limited to sedentary duties. At this point the lung damage could be considered permanent. Her symptoms were not alleviated despite multiple medications.

In summary, Ms. Wooten had a history of very mild asthma as a child. She rarely required any inhaler and never required maintenance medication. She experienced a severe toxic insult to the lungs when exposed to fumes from a smoldering coke fire. She had immediate severe symptoms requiring medication including intravenous steroids. She has continued to have severe asthmatic symptoms since that time despite multiple treatments. The pulmonary specialist retained by the employer/insurance company agreed with her treating physicians that Ms. Wooten was totally disabled from exertional activity due to the toxic insult caused by exposure to the smoldering coke fire which resulted in her developing severe asthma. Unfortunately, her condition is permanent despite continued maintenance medication and steroid courses.

**Medical Literature Review**

A review of the medical literature confirms the link between exposure to emissions from smoldering coke fires and the development/exacerbation of asthma. Multiple studies demonstrate significant increases in asthma exacerbations in residents near facilities with coke emissions, even at levels lower than would be present during a fire.

Significant increase in asthma exacerbations in resident near a facility with coke emissions. The emissions were lower than would be present during a fire[3].

The Morphew et al[4]. study examined the health impacts of an industrial fire that occurred at a coke works facility in 2018. When the fire damaged pollution control equipment, the facility continued operating at full capacity for several months without completing repairs. This resulted in dramatic increases in daily emissions—24 to 35 times higher than normal levels—and numerous violations of outdoor air pollution monitoring standards.

The researchers analyzed the relationship between this pollution incident and asthma-related healthcare visits among adults living in the surrounding area. They compared visit rates before and after the fire for both outpatient appointments and emergency department visits related to

_____

[3] Byrwa-Hill, Brandy M., et al. "Impact of a pollution breach at a coke oven factory on asthma control in nearby vulnerable adults." *Journal of Allergy and Clinical Immunology* 148.1 (2021): 225-233.

[4] Morphew, Tricia L., et al. "Impact of a Large Fire and Subsequent Pollution Control Failure at a Coke Works on Acute Asthma Exacerbations in Nearby Adult Residents." *Toxics* 9.7 (2021): 147.

Exhibit 2

NW003815

asthma exacerbations.

The study found significant increases in both types of healthcare visits following the fire incident. Outpatient visits increased by 82% (RR = 1.82, 95% CI: 1.30-2.53, p < 0.001), while emergency department visits increased by 84% (RR = 1.84, 95% CI: 1.05-3.22, p = 0.032) compared to pre-fire levels.

The analysis also revealed elevated visit rates on specific days when air pollution exceeded regulatory standards. On days with PM2.5 exceedances, total visits increased by 147% (RR = 2.47, 95% CI: 1.52-4.01, p < 0.0001). Days with SO2 violations showed a 58% increase (RR = 1.58, 95% CI: 1.00-2.48, p = 0.048), and H2S exceedance days were associated with a 79% increase in visits (RR = 1.79, 95% CI: 1.27-2.54, p = 0.001).

This research demonstrates that even residents living at a distance from the industrial facility—who experienced lower pollution exposure levels than workers or those in immediate proximity—suffered significant increases in acute asthma exacerbations during the pollution control failure. The findings underscore how industrial emissions incidents can have measurable public health impacts on surrounding communities.

Johnson et al[5] performed a study on a brown coal mine fire that burned over a seven-week period in 2014. They looked at medications that were dispensed medications dispensed across five localities in South-eastern Victoria, Australia.  Increase in respiratory medications was found indicating that those in the vicinity of the fire suffered from increased respiratory symptoms. Again, the exposure experienced by the studied population was far less than that experienced by Ms. Wooten.

The mechanism by which toxic substances can cause damage to the lungs has also been well studied. Chen et al[6] found  that coke oven emissions exacerbate allergen house dust mite (HDM)-induced allergic asthma in the mouse model. This  study provides experimental evidence of the mechanism for the causal link between coke oven emissions and asthma exacerbation. The study demonstrated that coke oven emissions exacerbate allergic asthma by promoting ferroptosis in airway epithelial cells, documenting a biological mechanism for the observed clinical effects.

In addition, studies have shown that acute and long-term exposure may activate a cough reflex and local inflammation. In susceptible individuals, this may lead to chronic lung disease may

---

[5] Johnson, Amanda L., et al. "Fine particulate matter exposure and medication dispensing during and after a coal mine fire: A time series analysis from the Hazelwood Health Study." *Environmental Pollution* 246 (2019): 1027-1035.

[6] Chen, Xian, et al. "Coke oven emissions exacerbate allergic asthma by promoting ferroptosis in airway epithelial cells." *Journal of Hazardous Materials* 478 (2024): 135542.

**Exhibit 2**

**NW003816**

exacerbate existing airway disease, such as asthma. Inhaled noxious agents may damage the protective epithelial barrier, resulting in inflammation, chronic lung disease, and increased susceptibility to infections[7].

Based on my review of the records and medical literature I conclude, to a reasonable degree of medical certainty, that Ms. Wooten developed severe asthma because of her exposure to emissions from a smoldering coke fire during her work on August 8, 2022. Due to severe asthma, she is unable to perform any activity except for sedentary work. Her condition is permanent. Her asthma will require lifelong medical treatment and ongoing monitoring.

Please feel free to contact me with any questions.

Marc Wilkenfeld, MD

Board Certified Occupational/Environmental Medicine
Adjunct Associate Professor of Medicine NYULI School of Medicine

_____

[7] Casale, Thomas B., and Peter J. Barnes. "Smoke and the Lungs." *The Journal of Allergy and Clinical Immunology: In Practice* 10.11 (2022): 2852-2853.

Exhibit 2

NW003817