DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

               Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING &
TRANSPORTATION, WEST INDIES
PETROLEUM LTD., and LIMETREE
BAY REFINERY, LLC, as a nominal
Defendant,

               Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

**[PROPOSED] ORDER GRANTING DEFENDANT LIMETREE BAY TERMINALS, LLC d/b/a OCEAN POINT TERMINALS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Motion for Summary Judgment filed by Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point") pursuant to Federal Rule of Civil Procedure 56, along with its Statement of Undisputed Material Facts and supporting exhibits. Plaintiff Nicole Wooten has filed an opposition, and Ocean Point has filed a reply. Ocean Point's Motion is **GRANTED**.

The Court finds that Plaintiff has failed to raise a genuine dispute of material fact on the essential element of specific causation. Plaintiff offers no competent, incident-specific expert evidence identifying the substance to which she was allegedly exposed, the concentration or dose of any such substance at her location, or a scientifically reliable analysis demonstrating that any alleged exposure caused or aggravated her claimed injuries. Plaintiff's expert opinions are unsupported by exposure measurements, dose calculations, atmospheric dispersion modeling, or a

1

differential diagnosis that accounts for documented alternative causes. As a result, Plaintiff cannot satisfy her burden of proof under Virgin Islands law or the governing Third Circuit precedent.

Upon consideration of the motion, the opposition, the reply, the record in this matter, and the applicable law, the Court finds that there is no genuine dispute as to any material fact and that Ocean Point is entitled to judgment as a matter of law.

Accordingly, all claims against it are DISMISSED WITH PREJUDICE.

It is hereby ORDERED that:

1.    Ocean Point's Motion for Summary Judgment is GRANTED in its entirety.

2.    The Clerk of Court is directed to enter judgment in favor of Ocean Point and against Plaintiff on all claims.

**SO ORDERED.**

Dated: _____, 2026

_____

Hon. Robert A. Molloy
Chief United States District Judge

2