**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

      Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM LTD.,

      Defendants.

Civil Action No.: 1:23-cv-00012

**NOTICE OF FILING PROPOSED ORDER**

On behalf of Defendants, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point"), the undersigned hereby gives notice of filing the attached Proposed Order on Ocean Point's Motion to Exclude the Expert Testimony of Dr. Marc Wilkenfeld filed on April 7, 2026.

DATED: April 7, 2026

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: */s/ Donnie M. King*
    **Donnie M. King**
    Virgin Islands No. 1237
    donnie.king@akerman.com
    tyresa.thompson@akerman.com
    **Reginald E. Janvier**  (admitted *pro hac vice*)
    reginald.janvier@akerman.com
    sharon.luesang@akerman.com

    *Counsel for Defendant Ocean Point Terminals f/k/a*
    *Limetree Bay Terminals d/b/a*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2026, a true and accurate copy of the foregoing was served via electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 */s/ Donnie M. King*
Donnie M. King, Esq.