DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING & TRANSPORTATION, WEST INDIES PETROLEUM LTD., and LIMETREE BAY REFINERY, LLC, as a nominal Defendant,

        Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

**[PROPOSED] ORDER GRANTING DEFENDANT LIMETREE BAY TERMINALS, LLC d/b/a OCEAN POINT TERMINALS' MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. MARC WILKENFELD**

Before the Court is Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals' Motion to Exclude the Expert Testimony of Dr. Marc Wilkenfeld. pursuant to Federal Rule of Evidence 702. Plaintiff has filed an opposition, and Ocean Point has filed a reply. The Motion is **GRANTED**.

The Court finds that Plaintiff has failed to meet her burden of establishing that Dr. Wilkenfeld's opinions are the product of reliable principles and methods reliably applied to the facts of this case. Dr. Wilkenfeld performed no dose calculation, applied no identifiable scientific methodology, conducted no differential diagnosis, and relied on circular reasoning rather than sufficient facts or data. His opinions therefore do not satisfy the requirements of Rule 702.

Accordingly, it is hereby **ORDERED** that:

1.     Ocean Point Terminals' Motion to Exclude the Expert Testimony of Dr. Marc Wilkenfeld, M.D. is **GRANTED**.

1

2

2.      Dr. Wilkenfeld is precluded from offering expert testimony in this matter..

**SO ORDERED.**

Dated: _____, 2026

_____

Hon. Robert A. Molloy
Chief United States District Judge