**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

|  |  |
|---|---|
| NICOLE WOOTEN,<br><br>      Plaintiff,<br>   v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM LTD.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-00012 |

## <u>NOTICE OF FILING PROPOSED ORDER</u>

On behalf of Defendants, Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("Ocean Point"), the undersigned hereby gives notice of filing the attached Proposed Order on Ocean Point's Motion for Summary Judgment filed on April 7, 2026.

DATED: April 9, 2026

Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard,
Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By:  */s/ Donnie M. King*
     **Donnie M. King**
     Virgin Islands No. 1237
     donnie.king@akerman.com
     tyresa.thompson@akerman.com
     **Reginald E. Janvier**  (admitted *pro hac vice*)
     reginald.janvier@akerman.com
     sharon.luesang@akerman.com

     *Counsel for Defendant Ocean Point Terminals f/k/a*
     *Limetree Bay Terminals d/b/a*

86129630;1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, a true and accurate copy of the foregoing was served via email on all attorneys of record.

/s/ Donnie M. King
Donnie M. King, Esq.

2

86129630;1