## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

        Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## NOTICE OF NEGOTIATED 30-DAY EXTENSION OF TIME

Plaintiff Nicole Wooten, by and through the undersigned counsel, gives this Court notice, pursuant to LRCi 6.1(b)(7), that the parties have agreed to a 30-day extension of time for Plaintiff to respond to the following motions:

1. Port Hamilton Refining's Motion to Exclude Opinion and Testimony of Plaintiff's Expert Marc Wilkenfeld [ECF Doc. 272] and Ocean Point Terminals' Motion to Exclude the Expert Testimony of Dr. Marc Wilkenfeld [ECF Doc. 273], both filed April 7, 2026, for which responses are currently due April 21, 2026, extended to **May 21, 2026**; and

2. Ocean Point Terminals' Motion for Summary Judgment [ECF Doc. 274] and Statement of Undisputed Material Facts [ECF Doc. 275], and Port Hamilton Refining's Motion for Summary Judgment [ECF Doc. 276] and Statement of Uncontested Material Facts [ECF Doc. 277], all filed April 7, 2026, for which responses are currently due April 28, 2026, extended to **May 28, 2026**.

The Parties have also agreed that Defendants shall similarly have a 30-day extension of time to file any reply briefs.



*Wooten, Nicole v. Limetree Bay Terminals, et. al.*, Case No. 1:23-CV-00012
**NOTICE OF NEGOTIATED 30-DAY EXTENSION OF TIME**
Page 2

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: April 14, 2026                    BY:  ___/s/ Lee J. Rohn_____
                                                      Lee J. Rohn, Esq.
                                                      VI Bar No. 52
                                                      1108 King Street, Suite 3 (mailing)
                                                      56 King Street, Third Floor (physical)
                                                      Christiansted, St. Croix
                                                      U.S. Virgin Islands 00820
                                                      Telephone: (340) 778-8855
                                                      lee@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

To All Counsel of Record

BY:  ___/s/ Lee J. Rohn_____(dvn)