**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

NICOLE WOOTEN,

             Plaintiff,

     v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

             Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## MOTION TO EXCEED PAGE LIMIT

Plaintiff Nicole Wooten, by and through undersigned counsel, respectfully moves this Court for leave to file her Consolidated Opposition to Defendants Ocean Point and Port Hamilton's Motions to Exclude Plaintiff's Expert, Marc Wilkenfeld, M.D., in excess of the twenty (20) page limit prescribed by Local Rule of Civil Procedure 7.1, and states as follows:

Local Rule of Civil Procedure 7.1 provides that all motions filed with the Court shall not exceed twenty (20) pages unless leave of Court is obtained in advance for a longer submission at least two days in advance of the deadline.  The Opposition is due to be filed on May 20, 2026, and therefore, this motion is timely filed.

Rather than filing two separate oppositions with repeated and overlapping issues and arguments, Plaintiff, in the interest of judicial economy and efficiency, has consolidated her response to the motions filed by Defendants Ocean Point and Port Hamilton. As a result of consolidating the arguments and authorities applicable to both motions into a single filing, Plaintiff's opposition exceeds



*Wooten, Nicole v. Limetree Bay Terminals, et. al.*, Case No. 1:23-CV-00012
**MOTION TO EXCEED PAGE LIMIT**
Page 2

the applicable page limitation for a single brief by approximately six (6) pages. Plaintiff would, under the local rules of civil procedure, have 20 pages to respond to each brief.

In an abundance of caution, Plaintiff respectfully requests that this Court grant leave to file Plaintiff's Consolidated Opposition to Defendants Ocean Point and Port Hamilton's Motions to Exclude Plaintiff's Expert, Marc Wilkenfeld, M.D., approximately 26 pages in length. This modest request is significantly less than the 40 pages Ms. Wooten would otherwise have under this court's local rules.

Plaintiff has conferred with counsel for Defendants who have indicated they have no objection to this request.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant the instant Motion to Exceed Page Limit.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: May 18, 2026

BY:  ___/s/ Lee J. Rohn_____
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com

*Wooten, Nicole v. Limetree Bay Terminals, et. al.*, Case No. 1:23-CV-00012
**MOTION TO EXCEED PAGE LIMIT**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

To All Counsel of Record

BY: ___/s/ Lee J. Rohn_____ (RRL)