**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

NICOLE WOOTEN,

              Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

              Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

**ORDER**

    **THIS MATTER** having come before the Court on Plaintiff's **MOTION TO EXCEED PAGE LIMIT** dated May 15, 2026, and the Court having been advised in its premises, it is;

    **ORDERED** that Plaintiff's Motion is **GRANTED**.

    **ORDERED** that Plaintiff may file an over-length Consolidated Opposition to Defendants Ocean Point and Port Hamilton's Motions to Exclude Plaintiff's Expert Marc Wilkenfeld, M.D., not to exceed 26 pages.

    **SO ORDERED** this _____ day of _____ 2026.

_____
    **Robert A. Molloy, Chief Judge**