IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

        Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>NOTICE OF SERVICE OF PLAINTIFF NICOLE WOOTEN'S TWENTY SEVENTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26</u>

**PLEASE TAKE NOTICE** that Plaintiff, **NICOLE WOOTEN,** has filed her Twenty

Seventh Supplemental Production Pursuant to Rule 26 through her undersigned counsel

of record, and that any documents referenced were served upon the Defendant.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  May 27, 2026

BY:   /s/ *Lee J. Rohn*
      Lee J. Rohn, Esq.
      VI Bar No. 52
      1108 King Street, Suite 3 (mailing)
      56 King Street, Third Floor (physical)
      Christiansted, St. Croix
      U.S. Virgin Islands 00820
      Telephone: (340) 778-8855
      Lee@rohnlaw.com



## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 27, 2026, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.

BY: ___/s/ *Lee J. Rohn*_____(al)