**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| NICOLE WOOTEN,<br><br>               Plaintiff,<br><br>     v.<br><br>LIMETREE BAY TERMINALS d/b/a OCEAN POINT TERMINALS, PORT HAMILTON REFINING AND TRANSPORTATION, and WEST INDIES PETROLEUM, LTD.,<br><br>               Defendants. | Case No. 1:23-CV-00012<br><br><br>**ACTION FOR DAMAGES**<br><br><br><u>JURY TRIAL DEMANDED</u> |

## <u>ORDER</u>

     **THIS MATTER** having come before the Court on Defendant Limetree Bay Terminals d/b/a Ocean Point Terminals' **MOTION FOR SUMMARY JUDGMENT** dated April 7, 2026, and the Court having been advised in its premises, it is;

     **ORDERED** that Defendant's Motion is **DENIED**.

     **SO ORDERED** this _____ day of _____ 2026.


                                            **Robert A. Molloy, Chief Judge**