**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

                  Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST INDIES
PETROLEUM, LTD.,

                  Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

## ORDER

    **THIS MATTER** having come before the Court on Defendant Port Hamilton Refining and Transportation's **MOTION FOR SUMMARY JUDGMENT ON CAUSE IN FACT** dated April 7, 2026, and the Court having been advised in its premises, it is;

    **ORDERED** that Defendant's Motion is **DENIED**.

    **SO ORDERED** this _____ day of _____ 2026.

                                        **Robert A. Molloy, Chief Judge**