**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

NICOLE WOOTEN,

            Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

            Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

**<u>NOTICE OF FILING MASTER SET OF EXHIBITS 24 - 35</u>**

Plaintiff Nicole Wooten, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 56, LRCi 7.1(b), and LRCi. 56.1, supply the following exhibits to develop the summary judgment record fully and as relied upon in support of:

1. Plaintiff's Opposition to Limetree Bay Terminals d/b/a Ocean Point Terminals' Motion for Summary Judgment;

2. Plaintiff's Response to Limetree Bay Terminals d/b/a Ocean Point Terminals' Statement of Undisputed Material Facts;

3. Plaintiff's Opposition to Port Hamilton Refining and Transportation, LLLP's Motion for Summary Judgment on Cause in Fact;

4. Plaintiff's Response to Port Hamilton Refining and Transportation, LLLP's Statement of Uncontested Material Facts;

5. Plaintiff's Consolidated Counter-Statement of Material Facts;

The exhibits are sequentially numbered and described as follows:



Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF FILING MASTER SET OF EXHIBITS 24 - 35**
Page 2

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | Deposition of Nicole Wooten |
| 2 | Marc Wilkenfeld Expert Report |
| 3 | Dr. Muraina, Second Opinion Pulmonary Examination Report |
| 4 | Nicole Wooten's Hardship Request Memorandum |
| 5 | Deposition Marc Wilkenfeld |
| 6 | Deposition of Fermin Rodriguez PHRT 30(b)(6) |
| 7 | PHRT Incident Report |
| 8 | EPA Inspection Report |
| 9 | Dr. Morton-Acker Visit Summary, August 18, 2022 |
| 10 | DOL Job Offer Request Letter |
| 11 | Rodriguez-Charles Correspondence, Text Messages, PHRT Press Release & Incident Timeline |
| 12 | Deposition of Jeffrey Arhmad Charles LBT/OBT 30(b)(6) |
| 13 | Mutual Aid Agreement, August 21, 2022 |
| 14 | Port Hamilton Answer |
| 15 | Dr. Garfield, Temple University Hospital Records, April 26 & June 7, 2023 |
| 16 | OWCP-5C Work Capacity Evaluation completed by Dr. Muraina, April 22, 2024 |
| 17 | Dr. Campbell, Acute Alternative medical Group treatment notes, August 8 & 10, 2022 |
| 18 | Dr. Morton-Acker, Covington Family Care treatment notes, multiple visits |
| 19 | Dr. Graham, Pulmonary & Sleep Medicine Associates treatment notes and causation letter, multiple dates |
| 20 | Dr. Olson, Dekalb Neurology Group consultation, August 24, 2022 |
| 21 | Dr. Otusanya, Piedmont Pulmonary and Critical Care treatment notes, February 9, 2023 |

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF FILING MASTER SET OF EXHIBITS 24 - 35**
Page 3

| | |
|---|---|
| 22 | Atlanta Heart Associates Records, December 2022 |
| 23 | Deposition of Daniel Mahr, P.E., dated February 26, 2026 |
| 24 | Juan F. Luis Hospital ER Records, November 18, 2022 & February 3, 2023 |
| 25 | Emory Sport Cardiology CPET Results, August 18, 2023 |
| 26 | PFT Results (December 15, 2022; December 6, 2023; April 18, 2024; June 2024 |
| 27 | Vocational Rehabilitation Questionnaire & Wooten Email, September 2025 |
| 28 | Affirmation of George Williams, dated June 6, 2025 |
| 29 | OWCP Statement of Accepted Facts, March 13, 2024 |
| 30 | Dr. Ovadje, Caritas Medical Center treatment notes & letter |
| 31 | Dr. West, OWCP-5 Work Capacity Evaluation, September 16, 2024 |
| 32 | Georgia Department of Labor Claims Examiner's Determination, November 10, 2025 |
| 33 | CBP Email Confirming Disability Retirement, September 18, 2024 |
| 34 | Dr. Graham Letter Concurring with Muraina, July 22, 2024 |
| 35 | CBP Step II Grievance Decision by ADFO Patti Crow, March 23, 2023 |

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: May 28, 2026                 BY:   /s/ Lee J. Rohn
                                    Lee J. Rohn, Esq.
                                    VI Bar No. 52
                                    1108 King Street, Suite 3 (mailing)
                                    56 King Street, Third Floor (physical)
                                    Christiansted, St. Croix
                                    U.S. Virgin Islands 00820
                                    Telephone: (340) 778-8855
                                    lee@rohnlaw.com

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**NOTICE OF FILING MASTER SET OF EXHIBITS 24 - 35**
Page 4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

To All Counsel of Record

BY: ___/s/ Lee J. Rohn_____(dvn)