Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/14/22

**GOV. JUAN F. LUIS HOSPITAL & MEDICAL CENTER**

## Patient Visit Information

**You were seen today for:**

chest pain

### Staff

Your caregivers today were:

> Physician    MENKINSMITH,LACEY MD

### Patient Instructions Reviewed

Uncertain Causes of Chest Pain

> received 08/14/22 - 1926

### Follow-up

Please contact the following to make an appointment for follow-up care:

> NONE,NONE
> > NONE
> > ., . 00000

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.

**EXHIBIT 24**

CONFIDENTIAL

NW004265

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/14/22

**JUAN F. LUIS HOSPITAL
& MEDICAL CENTER**

## Follow-up care

Follow up with your healthcare provider if you do not start to feel better within 24 hours, or as advised.

## Call 911

Call 911 if any of these occur:

- A change in the type of pain: if it feels different, becomes more severe, lasts longer, or begins to spread into your shoulder, arm, neck, jaw or back
- Shortness of breath or increased pain with breathing
- Weakness, dizziness, or fainting
- Rapid heart beat
- Crushing sensation in your chest

## When to seek medical advice

Call your healthcare provider right away if any of the following occur:

- Cough with dark colored sputum (phlegm) or blood
- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider
- Swelling, pain or redness in one leg

**StayWell last reviewed this educational content on 5/1/2018**

© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

CONFIDENTIAL

NW004266

## IMAGING CENTER PC

4U Island Medical Center
Sunny Isle, VI 00820-4423
T (340)778-5305  F 778-2778

We do 3D Mammograms

**APPOINTMENT**

Date: _____  M  T  W  Th  F  S

Time: _____  Staff: _____

**PATIENT Name:** Wooten  Nicole     **DOB:** ▮▮▮▮▮▮

*At Imaging Center PC I will not make or allow picture or voice recordings unless an ICPC executive gives me written authorization to do so.*

**PREGNANT?:** YES  NO  UNSURE     **LMP:** _____

**Mailing Addr:**

Emall: _____

Tel# C: _____

H: _____

**Signature: X** _____   **Date:** _____   W: _____

**Tech Notes & Initials:**

**HEALTH PROVIDER'S REFERRAL BELOW**     *Underlined categories require appointment*

| | HEAD | CHEST & ABD | UPPER EXTREMTY | LOWER EXTREMITY | BARIUM EXAM |
|---|---|---|---|---|---|
| X | Skull | R  CLAVICLE  L | R SHOULDER  L    R 4-ARM  L | Pelvis  R HIP L    R ANKLE L | Esophagram |
| R | FacialBones | PA  CXR  LAT | R  SCAPULA  L    R  WRIST  L | R  FEMUR  L    R  HEEL  L | UGI |
| A | ParaNasalSinuses | R  RIBS  L | R  ARM  L    R  HAND  L | R  KNEE  L    R  FOOT  L | Small Bowel |
| Y | R  TMJ  L | KUB  ↑RGT ABD | R  ELBOW  L  R____ FINGER  L | R  LEG  L    R____ TOE  L | ( DC  BE  SC) |

**SPINE:** Odontoid  AP  LAT  OBL  Flex+Ext   CS  TS  LS  SAC  COC   **OTHER:** HSG  DEXA

**CT SCAN:** (C+: IV  PO  RECTAL)  Head  PNSin  Neck  Chest  Abd  Pelvis  Urogram   **SPINE:** C  T  L  S

**ULTRASOUND:** DOPPLER:( Carotid  Renal Arteries  Extremity  R  L )  ( UPPER  LOWER  ARTERIAL  VENOUS )

Parotid  FNA  Thyroid  Parathy  GB  Liver  Pancreas  Spleen  Aorta  Renal  Bladder  Prostate  Scrotal

(1st  2nd  3rd )  TriM OB U/S ( BPP  UADOP  CX Length )  **PELVIC(**TA  TV  Antral Fol Ct  HysteroSONOgram

**MAMMOGRAPHY:** ( RIGHT  LEFT) (2D  3D  C-VIEW)  (SCREENING  DIAGNOSTIC)    ( R Ductogram L )

**BREAST Intervention:** ( R Aspiration L )  ( R Core Bx  L )  ( R Vacuum Bx  L )  ( R WireLoc L )  ( R StereoBx  L )

**ICD 10 CODES & Hx:**

Chest tightness SOB

**PROVIDER:** Fax#        **Signature:** _____        **Date:** 8/10/22

CONFIDENTIAL

NW004267

Patient Name: Wooten, Nicole

DOB: ███████

Rationale:

Date of Service: 9/10/22

Patient Phone:

**ACUTE ALTERNATIVE**
**MEDICAL GROUP**

Diagnosis:

**Treatment Options:**

- ☐ BioTE
- ☒ MET TEST PFT
- ☐ Sleep Study
- ☐ Massage
- ☐ Supplement
- ☐ Counseling
- ☐ Holter
- ☐ Rapid Covid Test

- ☐ Allergy Test
- ☐ Cancer Screening
- ☐ Ultra Sound
- ☐ Echo
- ☐ Stress Echo
- ☐ Dr. Lakhram
- ☐ Dr. Rubin
- ☐ Annual Exam

Referred By: LACms

Appt. Date & Time:

Revised 11-19-20

☐ Other:

CONFIDENTIAL

NW004268



**ACUTE ALTERNATIVE MEDICAL GROUP**

184C Estate Diamond
Christiansted, 00820

Tel: 340 772-2883
Fax: 340 772-2882
Health@acutealternative.com

---

**Wooten, Nicole**
Sex: female
Date Of Birth: ███████, Age: 37 year
Primary Physician: Lyn Campbell, M.D.
Encounter Date: 08-10-2022
Attending Practitioner: Lyn Campbell, M.D.

CHART NOTES:

Chief Complaint: MED
Ms. Wooten, Nicole is a 37 year old female.

**History of Present Illness**

Difficulty Breathing 37 y/o female presented for a SOB that she has had x2days. Pt states that her work place has been on fire x2 days and was not aware of fire until today 8/10/22. Pt states that she was aware of the smoke but not actual fire. Pt was exposed to chemical fire/smoke on monday 8/8/22

**Past Medical History**
Asthma J45.909 (493.90) .

**Surgical History**
gall bladder surgery

**Current Medication**
Augmentin 875 mg-125 mg tablet 1 Tablet Twice A Day for 10 Days , Prescribe 20 Tablet
Tessalon Perles 100 mg capsule 2 Capsule Twice A Day for 10 Days , Prescribe 40 Capsule
Medrol (Pak) 4 mg tablets in a dose pack Take as directed for 7 Days , Prescribe 1 Packet

**Allergy**
No Known Drug Allergies.

**Vaccination History**

**Social History**
Social history: She drinks caffeinated beverages. Occasionally Alcohol: Patient drinks. Wine, hard liquor Tobacco: Currently, the patient doesn't smoke or use tobacco products. Family Details: The patient is seperated. She has No children. Exercise: The patient does not exercise regularly The level of effort while exercising is minimal,

**Family History**
Asthma. Cancer. Diabetes Type II.

**Vitals**

Page 1

CONFIDENTIAL

NW004269

_____, Nicole Female_____

BP Systolic: 123   BP Diastolic: 82   Pulse: 68   Temp F: 98.20   O2 Sat: 98.00

## Review of Systems

**Constitutional Symptoms:** No Fever, Chills, Sweat, Unexplained weight loss, Unexplained weight gain, Change in energy/ weakness, Excessive thirst or Excessive urination.

**Eyes:** She does not have photophobia. No Change in vision. There is no eye discharge. She does not suffer from the itchy eyes. She does not report having an eye pain. There is no redness of the eyes.

**Ears/Nose/Mouth/Throat:** No Difficult in hearing, Ringing in ears, Problems with teeth, Problems with gums, Hay fever or Allergies. There is no ear pain. There is no congestion of the nose. She denies having sore throat or voice change.

**Cardiovascular:** She denies having edema. _Chest pain / discomfort_ x2days . No palpitations. No Fainting.

**Respiratory:** No Cough or Wheeze. _Difficulty breathing_ x2 days ,

**Gastrointestinal:** No Abdominal pain or Blood in bowel movement. No nausea. No Vomiting or Diarrhea. The patient does not have constipation. She does not experience dysphasia. She does not suggest having dyspepsia. There is no appreciable change in bowel habits.

**Genitourinary:** There is no dysuria. No Night-time urination, Leaking urine, Unusual vaginal bleeding or Discharge from vagina.

**Musculoskeletal:** No Muscle pain or Joint pain.

**Skin:** No Rash or Mole change.

**Neurological:** No Headaches. No Dizziness. No Lightheadedness. No Numbness. No Memory loss, No Loss of coordination.

**Psychiatric:** No Anxiety, Stress, Depression or Problem with sleep.

**Chest (Breast):** No breast masses or abnormal lumps found. She denies breast or nipple discharge.

**Hematologic/Lymphatic:** No Unexplained lumps or Easy Bruising/ Bleeding.

## Physical Examination

**General Appearance:** _The patient's general appearance is abnormal._ female in distress. She appears at stated age, has normal nutrition, and normal gait . Her posture is normal.

**Skin:** The skin has normal turgor. There are no visible rashes on the skin. There are no ulcers on the skin.

**Head / Scalp:** Head is normocephalic. Head is atraumatic.

**Eyes:** The conjunctiva is clear in the patient. There is no discharge from the eyes. The extra-ocular movement is intact. Pupils are equally round and reactive to light and accomodation.

**Ears:** External canals are clear in the patient. Tympanic membranes are translucent and mobile. Tympanic membrane landmarks are visualized. There is no perforation. Ear discharge is not seen.

**Nose / Sinuses:** Nasal discharge is absent. There is no nasal obstruction.

**Mouth / Throat:** Gums are normal. The tongue is normal. The teeth are normal. The pharynx is normal.

**Neck:** The patient's neck is supple. There are no carotid bruits. Lymph nodes are normal. There are no abnormal masses in the neck region.

**Heart:** The heart rate and rhythm is normal There is no heart murmur. Heart gallop is not appreciated. There is no rub appreciated. There are no extra sounds.

**Chest / Lungs:** Lungs are clear on auscultation. Air movement is mildly decreased. No chest wheezes bilaterally. _The patient has abnormal breath sounds_

**Abdomen:** The patient has normal bowel sounds. Abdominal Tenderness: absent Abdominal masses are not found. There is no guarding. No abdominal distension. No organomegaly.

**Lower Extremity:** The patient does not have any kind of deformity. Cyanosis is not seen in the lower extremity. Lower extremity edema is absent. Peripheral pulses are intact in the patient. There is no clubbing of digits. The skin is normal in the lower extremity.

**Musculoskeletal System:** Neck: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the neck region. Spine: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the spine. Upper Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the upper extremity. Lower Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the lower extremity. The strength of muscles is normal.

**Neurological:** Cranial nerves from 2nd to 12th are normal. The mood and affect is normal in the patient. The motor exam. is normal in the patient. Tremors are absent.

**Lymphatic:** The lymph nodes are normal.

**Psychiatric:** The patient is not agitated. The patient is not anxious. She is not depressed.

**Assessment and Plan**
ICD: Asthma (J45.909)

Page 2

CONFIDENTIAL

NW004270

ICD: Reactive airway disease (J45.909)
Assessment: Extreme breathing crisis
Plan: Kenalog 60mg R glute @1pm
EKG

Prescription

FOLLOW UP after PRN PRN

Encounter Addendum Notes

This progress note has been electronically signed by Lyn Campbell, M.D. on 08-10-2022

CONFIDENTIAL

NW004271

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

Gov.
JUAN F. LUIS HOSPITAL
& MEDICAL CENTER

## Patient Visit Information

**You were seen today for:**

Headache

### Staff

Your caregivers today were:

Physician      MENKINSMITH,LACEY MD

### Activity Restrictions or Additional Instructions

Are there different types of headache-
Yes. There are different types of headache. The 2 most common types are:

-Tension headaches - Tension headaches cause pressure or tightness on both sides of the head.

-Migraine headaches - Migraine headaches often start off mild and then get worse. They often affect just 1 side of the head. The pain often feels like it is pounding or throbbing. Routine activities like walking or climbing stairs can make the headache worse. Migraines can also cause nausea or vomiting, or make you sensitive to light and sound.

Is there anything I can do to feel better when I have a headache-
Yes. Some people feel better if they:

-Take non-prescription pain medicines (but check with your doctor first if you have a health condition or already take prescription medicines)

-Lie down in a cool, dark, quiet room (this works best for migraine headaches)

Should I see a doctor or nurse-
See a doctor or nurse right away if:

-Your headache comes on suddenly, quickly becomes severe, or could be described as "the worst headache of your life"

-You have a fever or stiff neck with your headache

-You also have a seizure, personality changes or confusion, or you pass out

-Your headache began right after you exercised or had a minor injury

CONFIDENTIAL

NW004272

**Gov.**
**JUAN F. LUIS HOSPITAL**
**& MEDICAL CENTER**

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

-You have new headaches, especially if you are pregnant or older than 40

-You have weakness, numbness, or trouble seeing (migraine headaches can sometimes cause these symptoms, but you should be seen right away the first time these symptoms happen)

You should also see a doctor or nurse if you get headaches often or if your headaches are severe.

Is there anything I can do to keep from getting headaches-
Yes. Some people find that their headaches are triggered by certain foods or things they do. To keep from getting headaches in the future, you can keep a "headache calendar." In the calendar, write down every time you have a headache and what you ate and did before it started. That way you can find out if there is anything you should avoid eating or doing. You can also write down what medicine you took for the headache and whether or not it helped.

Some common headache triggers include:

-Stress

-Skipping meals or eating too little

-Having too little or too much caffeine

-Sleeping too much or too little

-Drinking alcohol

-Certain drinks or foods

If your headaches are frequent, severe, or long-lasting, your doctor can suggest ways to try to prevent them. For example, it might help to learn relaxation techniques and ways to manage stress. In some cases, medicines can also help.

How is headache treated-
There are lots of medicines that can ease the pain of headaches. You can try taking acetaminophen (sample brand name: Tylenol), ibuprofen (sample brand names: Advil, Motrin), or naproxen (sample brand name: Aleve). There are prescription medicines that can help, too. The right medicine for you will depend on what type of headaches you get, how often you get them, and how bad they are.

If you get headaches often, work with your doctor to find a treatment that helps. Do not try to manage frequent headaches on your own with non-prescription pain medicines. Taking non-prescription pain medicines too often can actually cause more headaches later.

**Follow-up**

Please contact the following to make an appointment for follow-up care:

NONE,NONE

CONFIDENTIAL

NW004273

**JUAN F. LUIS HOSPITAL**
**& MEDICAL CENTER**

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

NONE
., . 00000

Note: **Your** health care **plan may** require a referral from your primary care provider prior to making an appointment.

CONFIDENTIAL

NW004274