

Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab
5671 Peachtree Dunwoody, Atlanta, GA 30342

| Name | Wooten, Nicole | ID: | 7879710 | BSA: | 2.03 | Date: | 08/18/2023 |
|---|---|---|---|---|---|---|---|
| Tech: | Taylor, Derek | Height: | 66.00 | Age: | 38 | Room: | |
| Referring: Kim, Jonathan | | Weight: | 206.00 | Sex: | Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | | | |

GX Interpretation

Protocol: Treadmill - Bruce

Reason for Stopping: Fatigue

Symptoms: CP/SOB

ELECTROCARDIOGRAM:
Pre-test ECG: Normal
Exercise ECG: Normal
Post-test ECG: Normal
Arrhythmias: None

INTERPRETATION:
Exercise Capacity:
1. The patient was cooperative but made a poor effort.
2. The exercise was sub-maximal as shown by an RER >/= 0.90 at WRmax.
3. The peak oxygen uptake was 13.6 ml/kg/min (59% predicted) indicating reduced exercise capacity.

Cardiovascular
1. Maximal exercise heart rate was 150 bpm (82% predicted maximum) indicating a normal chronotropic response to exercise.
2. Heart rate recovery was normal (>24 bpm at 2 minutes)
3. The patient had a HTN blood pressure at rest (142/86) with marginal augmentation in systolic blood pressure (152/76) with exercise.
4. The O2 pulse was low.
5. The VO2 at anaerobic threshold was not assessed as sub-max effort.

Pulmonary
1. The FEV1 and FVC were abnormal and consistent with an obstructive component.
2. The breathing reserve was normal (30-50%).
3. The respiratory rate was normal.
4. The VE/VCO2 nadir was normal and the PETCO2 at rest and with exercise were normal indicating normal pulmonary perfusion and ventilation-perfusion matching during exercise.
5. The SaO2 at WRmax is consistent with normal arterial oxygenation during exercise.

CONCLUSION:
This was a sub-maximum effort study based on a peak RER >/=0.90. The patient demonstrated reduced exercise capacity based on a peak VO2 of 59% predicted (sub-max). There was a normal cardiovascular response to exercise based on normal augmentation in HR. Did not reach ventilatory threshold and SBP augmentation was marginal, although this was not a max effort. Ventilatory efficiency (VE/VCO2 nadir) appeared normal, but again, sub-max effort. Can not exclude pulmonary mechanical limits to exercise based on resting PFTs. The ECG displayed no signs of myocardial ischemia and no

NW000377

EXHIBIT
25



Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab

5671 Peachtree Dunwoody, Atlanta, GA 30342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Wooten, Nicole | ID: | 7879710 | BSA: | 2.03 | Date: | 08/18/2023 |
| Tech: | Taylor, Derek | Height: | 66.00 | Age: | 38 | Room: | |
| Referring: Kim, Jonathan | | Weight: | 206.00 | Sex: | Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | | | |

arrhythmias with exercise or during recovery, sub-max effort, though with symptoms. Clinical correlation required with these findings.

Jonathan H. Kim

NW000378



Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab

5671 Peachtree Dunwoody, Atlanta, GA 30342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name  Wooten, Nicole | | ID: | 7879710 | BSA: | 2.03 | Date: | 08/18/2023 |
| Tech:  Taylor, Derek | | Height: | 66.00 | Age: | 38 | Room: | |
| Referring: Kim, Jonathan | | Weight: | 206.00 | Sex: | Female | Race: | <Other> |
| Reading:  Kim, Jonathan | | | | | | | |

## Spirometry

| | FVC | FEV1 | FEV1/FVC | | |
|---|---|---|---|---|---|
| Predicted | 3.67 | 3.05 | 83 | - | - |
| Pre | 3.82 | 1.54 | 40 | | |
| % Predicted | 104 | 50 | 48 | | |

## Exercise

| | Rest | AT | VO2 Max | Pred | VO2 Max/Pred (%) |
|---|---|---|---|---|---|
| — WORK — | | | | | |
| Time (min) | 10:10 | 14:10 | 13:50 | | |
| Ex Time (min) | | 3:55 | 3:35 | | |
| Speed (MPH) | | 2.5 | 2.5 | | |
| Grade (%) | 0.2 | 11.8 | 11.8 | | |
| — O2 CONSUMPTION — | | | | | |
| VO2 (mL/kg/min) | 4.1 | 15.5 | 13.6 | 23.1 | 59 |
| VO2 (mL/min) | 380 | 1445 | 1271 | 2159 | 59 |
| RER | 0.87 | 0.94 | 0.90 | | |
| METS | 1.2 | 4.4 | 3.9 | 6.6 | 59 |
| — VENTILATION — | | | | | |
| RR (br/min) | 7 | 23 | 21 | | |
| Vt BTPS (mL) | 1563 | 1798 | 1660 | | |
| VE BTPS (L/min) | 10.8 | 41.2 | 35.4 | 61.0 | 58 |
| BR (%) | 82.5 | 33.0 | 42.4 | | |
| VE/VO2 | 28 | 28 | 28 | 20 | 140 |
| VE/VCO2 | 32 | 30 | 31 | 16 | 190 |
| Vt/FVC (%) | 41 | 47 | 43 | | |
| Vt/IC (%) | | | | | |
| — CARDIAC — | | | | | |
| HR (BPM) | 108 | 144 | 140 | 182 | 77 |
| VO2/HR (mL/beat) | 4 | 10 | 9 | 12 | 77 |
| HRR (%) | 40.7 | 21.0 | 23.4 | | |
| — V/Q — | | | | | |
| PETO2 (mmHg) | 97 | 103 | 102 | | |
| PETCO2 (mmHg) | 38 | 38 | 37 | | |

--------------------

## Normals

NW000379