

**Piedmont** HEALTHCARE

**Piedmont Physicians**

135 North Park Place 2nd Floor Suite 200
Stockbridge, Ga. 30281

Date: **12/15/22**
MRN: ▮
ORDER:

Name: WOOTEN, NICOLE
Physician: Otusanya, MD
Technician: ALLISON THOMAS, RRT

| Age: 37 | Height(in): 66 | Smoker: No |
|---|---|---|
| Birth Date: ▮ | Weight(lb): 208  BMI: 33.45 | Temp: 20 |
| Race: Black | Gender: Female | PBar: 736 |

# PULMONARY FUNCTION REPORT

| | | Ref | (Ref +/-CI) | Pre | % Ref | Post | % Ref | %Chg |
|---|---|---|---|---|---|---|---|---|
| **Spirometry** | | | | | | | | |
| FVC | Liters | 3.37 | (2.6 - 4.1) | 3.67 | 109 | | | |
| FEV1 | Liters | 2.80 | (2.1 - 3.4) | ** 1.82 | ** 65 | | | |
| FEV1/FVC | % | 84 | (73.4 - 94.8) | ** 50 | ** 59 | | | |
| FEV1/SVC | % | | | 50 | | | | |
| FEV3 | Liters | | | 3.17 | | | | |
| FEV3/FVC | % | | | 86 | | | | |
| FEV6 | Liters | 3.31 | (2.6 - 4.1) | 3.61 | 109 | | | |
| FEV1/FEV6 | % | | | 51 | | | | |
| FEF25-75% | L/sec | 3.10 | (1.6 - 4.6) | ** 1.36 | ** 44 | | | |
| PEF | L/sec | 7.05 | (4.9 - 9.2) | ** 2.27 | ** 32 | | | |
| **Lung Volumes** | | | | | | | | |
| TLC | Liters | 4.82 | (4.1 - 5.5) | ** 7.97 | ** 165 | | | |
| VC | Liters | 3.37 | (2.6 - 4.1) | 3.67 | 109 | | | |
| IC | Liters | 2.55 | (2.1 - 3.0) | ** 3.15 | ** 123 | | | |
| FRC PL | Liters | 2.98 | (1.9 - 4.0) | ** 4.87 | ** 163 | | | |
| ERV | Liters | 1.27 | (1.1 - 1.5) | ** 0.57 | ** 45 | | | |
| RV | Liters | 1.63 | (0.9 - 2.4) | ** 4.30 | ** 263 | | | |
| RV/TLC | % | 30 | (18.7 - 40.7) | ** 54 | ** 181 | | | |
| Vtg | Liters | 2.57 | (1.6 - 3.5) | ** 6.15 | ** 239 | | | |
| **Resistance** | | | | | | | | |
| Raw | cmH2O/L/sec | 1.50 | | 4.43 | 295 | | | |
| sGaw | L/s/cmH2O/L | 0.259 | | 0.037 | 14 | | | |

EXHIBIT
26

*Technician Comments:*
*PT UNABLE TO COMPLETE TEST, BECAUSE OF PAIN IN CHEST.*

PF Reference: ATS/ERS NHANESIII AFR AM
Pediatric Ref (< 8 yrs): Wang, Dockery et al 1993
Version: IVS-0101-28-7

DLCO Ref: Miller et al 1983
DLCO Ped Ref: Zapletal 1987
Flow Cal Date: 12/15/22

Lung Volume Ref: Crapo 1982
Lung Vol Ped Ref: Zapletal 1987

NW000363

Case: 1:23-cv-00012-RAM-EAH    Document #: 291-3    Filed: 05/28/26    Page 2 of 16



PRE _____

POST _____





40 mL



**Lung Volumes**

TLC

ERV

RV

Ref          Meas

NW000364

[10/15/2024][Page 4 of 4]

○ CC this document (Terri M. Acker MD) - 12/6/2023

Electronically Signed by: Carlelle Graham, MD -Author on December 13, 2023 06:55:44 PM

NW001249

[Digital Signature Validated



## Pulmonary & Sleep Medicine Associates

📍 915 Eagles Landing PKWY
📞 7707692208

# Pulmonary Function Test Report



| Patient Details | | | | Session Details | |
|---|---|---|---|---|---|
| ID: ▮ | Birth Date: ▮ | Height: 5 feet 6 Inch | | Session Date: Dec 06, 2023 | |
| First Name: Nicole | Age: 38 | Weight: 215 lbs | | Start Time: 2:16 PM | |
| Last Name: Wooten | Gender: Female | BMI: 34.7 | | Technician: Keisha | |
| Smoker: No | Ethnicity: African American | Hb: --- g/dL | | Physician: Graham | |
| | | O2%: 99.00 % | | | |

Medical Condition:    chemical exposure, sob

Prediction
Adults System Default

Reimbursement Codes:    please review o.v for final results

LLN:    70%

**FVC**



Legend
▬▬▬ Best (#1)
🔺 Predicted

|  |  | Pred. | Best | Gr. | % Pred. | Pre #1 |
|---|---|---|---|---|---|---|
| FEV1/FVC | % | 82.49 | 57.08 | | 69% | 57.08 |
| FVC | L | 3.98 | 3.77 | E | 95% | 3.77 |
| FEV1 | L | 3.26 | 2.15 | E | 66% | 2.15 |
| FEF 25 75 | L/sec | 3.39 | 1.70 | | 50% | 1.70 |

**Warnings During Test:**
End of test criteria has not been found



# Pulmonary & Sleep Medicine Associates

📍 915 Eagles Landing PKWY

📞 7707692208

|  |  | Best | LLN | ULN | Zscore | %Pred |
|---|---|---|---|---|---|---|
| FVC | L | 3.77 | 3.18 | 4.81 | -0.42 | 95% |
| FEV1 | L | 2.15 | 2.60 | 3.90 | 2.73 | 66% |
| FEV1/FVC | % | 57.08 | 71.42 | 91.52 | 3.22 |  |
| FET | sec | 6.80 |  |  |  |  |

Z-SCORE:                                    LLN:              Predicted              ULN:

FVC

FEV1

FEV1/FVC

NW001251



# Pulmonary & Sleep Medicine Associates

**♀** 915 Eagles Landing PKWY

**☎** 7707692208

---

Medical Report

✏ Diagnosis:

✏ Conclusion:

✏ Signature: ........................................

| DLCO Cal. Check | Date & Time: Dec 04, 2023; 8:13 AM    DLCO Error: 0.51 | | |
|---|---|---|---|
| Calibration Check | Date & Time: Dec 06, 2023; 7:43 AM    Mean Error: 2.08% | Environment Data: | 🌡 75.4° F 💧 28.1% 🔵 746.7 mmhg |

Pulmne    PFT Outside The Box    Patient: Nicole  Wooten, ID: ██████

3 / 3

NW001252

GLOBAL LUNG INITIATIVE   TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA   FEV1/FVC   76 %

Name: WOOTEN, NICOLE S   Date: 04/18/24   Room: PFT Rm 6   PBar: 740   Age: 38
Weight: 212 lh ( 96.4 kg)   Armspan:   0 cm   Height: 168 cm (66 in)   Race: African American Sex: Female
Physician: GRIPALDO, RIA   Pack Years:   Diagnosis: J45.909   Technician: Lala Kees, RRT

## SPIROMETRY: (GLI 2012)

| | | Pred 2SD | Pre | %Pred | Post | %Pred | %Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.00 ( > 3.20) | 3.17 | 79 | | | |
| FEV1 | Liters | 3.29 ( > 2.62) | 2.40 | 73 | | | |
| FEV1/FVC | % | 83 ( > 71) | 76 | | | | |
| FEV1/SVC | % | | 69 | | | | |
| FEF25-75% | L/sec | 3.42 ( > 2.11) | 2.13 | 62 | | | |
| PEF | L/sec | 7.33 | 3.60 | 49 | | | |
| FET100% | Sec | | 4.91 | | | | |
| TLC | Liters | 5.30 (4.32 6.28) | 5.19 | 98 | | | |
| RV | Liters | 1.65 (1.08-2.22) | 1.68 | 102 | | | |
| RV/TLC | % | 32 | 32 | | | | |
| FRC N2 | Liters | 2.81(1.99-3.63) | | | | | |
| FRC PI | Liters | 2.81(1.99-3.63) | 2.19 | 78 | | | |
| ERV | Liters | 1.27 | 0.51 | 40 | | | |
| VC | Liters | 3.56( > 2.87) | 3.51 | 98 | | | |

**FeNO**   ppb   (5-25)

## BLOOD GASES: O2 L Flow:

| | PRED |
|---|---|
| FIO2 | |
| pH | 7.35-7.45 |
| PCO2 | 35 - 45 mmHg |
| PO2 | 80 - 100 (RA) mmHg |
| BE | -2.0 - 2.0 mmol/L |
| HCO3 | 21 - 29 mmol/L |
| THb | M 12.9-16.1/ F 11.4 - 14.4 g/ |
| O2Hb | 95 - 98% |
| COHb | 0.5 - 1.5% |
| MetHb | < 3% |
| O2Ct | 15.0 - 24 mL/dL |
| A-aO2 | 21.4 |

### MECHANICS/PRESSURES:

| | Meas | Pred | 2SD | % Pred |
|---|---|---|---|---|
| sGaw L/s/cmH20/L(GLI 2012) | | 0.259 | | |
| PI max cmH2O (Blacks Hyatt) | | 85 | ( > 61) | |
| PE max cmH2O | | 150 | ( > 109) | |
| MVV L/min (Lamencourt(OF0T06)) | | 105 | ( > 105) | |

### SINGLE BREATH DLCO:   (GLI 2012)

| | | |
|---|---|---|
| DLCO | mL/mmHg/mn | 23.7 (18.6 -28.8) |
| DL Adj | ml /mmHg/mn | |
| DL/VA Adj | mL/mHg/mn/L | 4.45 (3.50 -5.40) |
| DLCO/VA | ml /mHg/mn/l | |
| VA | Liters | 5.42 |
| IVC | Liters | (% of best VC of FVC) |
| Kroughs | l/mn | |

PRE
FVL ECode   011011
FEF/FIF50   1.74

POST
FVL ECode
FEF/FIF50

Flow
8
4
2
0
-2
-4
-6
6  5  4  3  2  1  0
Volume

## TREND REPORT

| | | | | | 04/18/24 |
|---|---|---|---|---|---|
| FVC | (pre / post) | / | / | / | 3.17 / |
| FEV1 | (pre / post) | / | / | / | 2.40 / |
| TLC | (pre / post) | / | / | / | 5.19 / |
| DL Adj | | | | | |
| FeNO | | | | | |

FIO2 during walk test
Baseline Spo2(PR);BP

Distance and duration
Walking SpO2(PR);BP   Ex:   Ex:   Ex:   Ex:

Recovery SpO2(PR)

## COMMENTS:   (ATS Predicted for 6 min. Walk Test:   Male = 636   2066 meters or   foot;   Female = 577 meters or   1893 foot.)

Patient came in on RA Spo2 98% PR 83 BP 126/73; Temp 98.7

Results questionable due to patient ability to perform manuevers. Patient appears to have alot of chest discomfort.
Patient unable to perform FENO. Patient attempted a few times.

ID:   CL#   Birth Date:   Emory Report (predicted version 3.6.04) PF Reference: GLI 2012 (Caucasian)

NW001234

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPALDO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female

| Pre | | | Trial 1 | Trial 2 | Trial 3 | Trial 4 | Trial 5 | Trial 6 | Trial 7 | Trial 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| Spirometry | | | | | | | | | | |
| FVC | Liters | | 3.17 | 3.32 | 3.01 | | | | | |
| FEV1 | Liters | | 2.40 | 1.59 | 1.76 | | | | | |
| FEV1/FVC | % | | 76 | 48 | 58 | | | | | |
| FEV3 | Liters | | 3.07 | 2.28 | 2.58 | | | | | |
| FEF25 75% | L/sec | | 2.13 | 0.54 | 0.97 | | | | | |
| PEF | L/sec | | 3.60 | 2.30 | 3.18 | | | | | |
| FEF/FIF50 | | | 1.74 | 0.83 | 0.73 | | | | | |
| FVL ECode | | | _011 | _000 | _010 | | | | | |
| FVL Time | | | 10:56 | 10:57 | 11:01 | | | | | |
| | | | | | | | | | | |
| Lung Volumes | | | | | | | | | | |
| TLC | Liters | | 3.84 | | | | | | | |
| VC | Liters | | 2.16 | | | | | | | |
| FRC PL | Liters | | 2.19 | | | | | | | |
| ERV | Liters | | 0.51 | | | | | | | |
| RV | Liters | | 1.68 | | | | | | | |
| RV/TLC | % | | 44 | | | | | | | |
| LVol Time | | | 11:13 | | | | | | | |

CL#

ID:

Birth Date: ███████

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001235

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

| | | | |
|---|---|---|---|
| Name: WOOTEN, NICOLE S | Date: 04/18/24 | Room: PFT Rm 6 PBar: 740 | Age: 38 |
| Physician: GRIPAI DO, RIA | Pack Years: | Weight(kg): 96.4 Height(cm): 168 | Sex: Female |
| Diagnosis: J45.909 | Race: African American | Technician: Lala Kees, RRT | |

**All Flow Volumes Pre Rx**



**All Flow Volume Post Rx**

CL#

ID: ▮▮▮▮▮

Birth Date: ▮▮▮▮▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001236

TCC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPALDO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female



CL#

ID:

Birth Date:

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001237

WOOTEN , NICOLE                                    04/18/2024

**Physician Interpretation**

The study did not meet the minimum standards of reliability and reproducibility, thereby limiting the interpretation. There is no overt obstruction. FEV1 and FVC are both mildly reduced. The lung volumes are normal. Overall this respresents a nonspecific ventilatory defect which may be due to underlying obstruction.

(Physician  05/01/2024 08:50AM, Ria Gripaldo, MD / Final: 05/01/2024 08:50AM, Ria Gripaldo, MD)

NW001238

**GLOBAL LUNG INITIATIVE**    **TEC PFT LAB - Micah Fisher, MD, Med Dir.**
1365 Clifton Rd, NE Atlanta, GA    **FEV1/FVC  76 %**

Name: WOOTEN, NICOLE S    Date: 04/18/24    Room: PFT Rm 6    PBar:740    Age: 38
Weight 212 lh  ( 96.4 kg)    Armspan: 0 cm    Height: 168 cm (66 in)    Race: African American    Sex: Female
Physician: GRIPALDO, RIA    Pack Years:    Diagnosis: J45.909    Technician: Lala Kees, RRT

## SPIROMETRY: (GLI 2012)

| | | Pred | 2SD | Pre | %Pred | Post | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.00 | ( > 3.20) | 3.17 | 79 | | | |
| FEV1 | Liters | 3.29 | ( > 2.62) | 2.40 | 73 | | | |
| FEV1/FVC | % | 83 | ( > 71) | 76 | | | | |
| FEV1/SVC | % | | | 69 | | | | |
| FEF25-75% | L/sec | 3.42 | ( > 2.11) | 2.13 | 62 | | | |
| PEF | L/sec | 7.33 | | 3.60 | 49 | | | |
| FET100% | Sec | | | 4.91 | | | | |
| TLC | Liters | 5.30 | (4.32-6.28) | 5.19 | 98 | | | |
| RV | Liters | 1.65 | (1.08-2.22) | 1.68 | 102 | | | |
| RV/TLC | % | 32 | | 32 | | | | |
| FRC N2 | Liters | 2.81 | (1.99-3.63) | | | | | |
| FRC PL | Liters | 2.81 | (1.99-3.63) | 2.19 | 78 | | | |
| ERV | Liters | 1.27 | | 0.51 | 40 | | | |
| VC | Liters | 3.58 | ( > 2.87) | 3.51 | 98 | | | |

**BLOOD GASES: O2 L Flow:**

| | | PRED |
|---|---|---|
| FiO2 | | |
| pH | | 7.35-7.45 |
| PCO2 | | 35 - 45 mmHg |
| PO2 | | 80 - 100 (RA) mmHg |
| BE | | -2.0 - 2.0 mmol/L |
| HCO3 | | 21 - 28 mmol/L |
| THb | | M 12.9-16.1/ F 11.4 - 14.4 g/ |
| O2Hb | | 95 - 96% |
| COHb | | 0.5 - 1.5% |
| MetHb | | < 3% |
| O2Ct | | 15.0 - 24 mL/dL |
| A-aO2 | | 21.4 |

FeNO    ppb    (5-25)

PRE
FVL ECode  01101
FEF/FIF50  1.74

POST
FVL ECode
FEF/FIF50

**MECHANICS/PRESSURES:**

| | Meas | Pred | 2SD | % Pred |
|---|---|---|---|---|
| sGaw L/s/cmH2O/L (GLI 2012) | | 0.259 | | |
| PI max  cmH2O (Black&Hyatt) | | 85 | ( > 61) | |
| PE max  cmH2O | | 150 | ( > 109) | |
| MVV  L/min (Hamoncourt(OE9T89)) | | 105 | ( > 105) | |

**SINGLE BREATH DLCO:** (GLI 2012)

| | | Pred | 2SD |
|---|---|---|---|
| DLCO | mL/mmHg/min | 23.7 | (18.6 -28.8) |
| DL Adj | mL/mmHg/min | | |
| DL/VA Adj | mL/mHg/min/L | 4.45 | (3.50 -5.40) |
| DLCO/VA | mL/mHg/min/L | | |
| VA | Liters | 5.42 | |
| IVC | Liters | (% of best VC of FVC) | |
| Kroughs | 1/min | | |

## TREND REPORT

| | | | | | 04/18/24 |
|---|---|---|---|---|---|
| FVC | (pre / post) | / | / | / | 3.17 / |
| FEV1 | (pre / post) | / | / | / | 2.40 / |
| TLC | (pre / post) | / | / | / | 5.19 / |
| DL Adj | | | | | |
| FeNO | | | | | |

FiO2 during walk test
Baseline Spo2(PR);BP
Distance and duration
Walking SpO2(PR);BP    Ex:    Ex:    Ex:    Ex:
Recovery SpO2(PR)

**COMMENTS:**    (ATS Predicted for 6 min. Walk Test:    Male =    636    2085 meters or    feet;    Female =    577 meters or    1893 feet.)
Patient came in on RA Spo2 96% PR 83 BP 126/73; Temp 98.7

Results questionable due to patient ability to perform maneuvers. Patient appears to have alot of chest discomfort.
Patient unable to perform FENO. Patient attempted a few times.

ID:    CL#    Birth Date:    Emory Report (predicted version 3.5.04) PF Reference: GLI 2012 (Caucasian)

NW001221

**TEC PFT LAB - Micah Fisher, MD, Med Dir.**
**1365 Clifton Rd, NE Atlanta, GA**

Name: WOOTEN, NICOLE S
Physician: GRIPALDO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female

| | Pre | | Trial 1 | Trial 2 | Trial 3 | Trial 4 | Trial 5 | Trial 6 | Trial 7 | Trial 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Spirometry** | | | | | | | | | | |
| FVC | Liters | | 3.17 | 3.32 | 3.01 | | | | | |
| FEV1 | Liters | | 2.40 | 1.59 | 1.76 | | | | | |
| FEV1/FVC | % | | 76 | 48 | 58 | | | | | |
| FEV3 | Liters | | 3.07 | 2.28 | 2.58 | | | | | |
| FEF25-75% | L/sec | | 2.13 | 0.54 | 0.97 | | | | | |
| PEF | L/sec | | 3.60 | 2.30 | 3.18 | | | | | |
| FEF/FIF50 | | | 1.74 | 0.83 | 0.73 | | | | | |
| FVL ECode | | | _011 | _000 | _010 | | | | | |
| FVL Time | | | 10:56 | 10:57 | 11:01 | | | | | |
| | | | | | | | | | | |
| **Lung Volumes** | | | | | | | | | | |
| TLC | Liters | | 3.84 | | | | | | | |
| VC | Liters | | 2.16 | | | | | | | |
| FRC PL | Liters | | 2.19 | | | | | | | |
| ERV | Liters | | 0.51 | | | | | | | |
| RV | Liters | | 1.68 | | | | | | | |
| RV/TLC | % | | 44 | | | | | | | |
| LVol Time | | | 11:13 | | | | | | | |

CL#

ID: ▮▮▮▮▮

Birth Date: ▮▮▮▮▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001222

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPAI DO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female

**All Flow Volumes Pre Rx**



**All Flow Volume Post Rx**

CL#

Birth Date: ▮▮▮▮

ID: ▮▮▮▮▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001223



TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPALDO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female

CL#

Birth Date: ████

ID: ████

Emory Report November 2010   PF Reference: GLI 2012 (Caucasian)

NW001224

WOOTEN , NICOLE                            ████                            04/18/2024

**Physician Interpretation**

The study did not meet the minimum standards of reliability and reproducibility, thereby limiting the interpretation.There is no overt obstruction. FEV1 and FVC are both mildly reduced. The lung volumes are normal. Overall this respresents a nonspecific ventilatory defect which may be due to underlying obstruction.

(Physician  05/01/2024 08:50AM, Ria Gripaldo, MD / Final: 05/01/2024 08:50AM, Ria Gripaldo, MD)

NW001225