FOR CONFIDENTIAL USE ONLY

*Earl Thompson MS CRC ABVE-Diplomate*
**Integrity Rehabilitation & Testing, Inc.**
P.O. Box 2213
Lawrenceville, Georgia 30046
Office: 770-963-1140     Fax: 678-573-5040     Cell: 678-591-8722

Vocational Services
Forensic Consulting
Forensic Services
Case Management



www.integrityrehab.com                                etpga1@gmail.com

## PERSONAL DATA QUESTIONNAIRE

This information, which you will be completing, on the following pages will help us in getting to know you. It is, of course, very important that you answer each question as completely and honestly as possible.

Please fill out each section as thoroughly as possible.

**Personal Data:**

Date: 09/11/2025          Social Security No.(**Last 4 Numbers**): _____ XXX-XX- ▮

Name: ____WOOTEN____ ____NIIDLE____ ____SHANTELL | SMITH____
              (Last)              (First)              (Middle/Maiden)

Address: ___▮ 2___ ___▮___ ___(Apt. or Box No.)___
              (Number)              (Street)              (Apt. or Box No.)

___▮___ GA.     30092     GWINNETT
              (City)              (State)     (Zip Code)     (County)

Telephone Number (**cell and home, If applicable**):

___▮ 7___

Date of Birth: ___▮___          Age: 46

Left, Right-Handed, or Ambidextrous: LEFT     Do You Wear Prescription Glasses? YES

If you wear prescription glasses/contacts or reading glasses, what can you **NOT** see without them?

VISION IS BLURRY WHEN LOOKING AFAR.

Did you complete this form by yourself? Yes ___X___          No _____

If not, who assisted you? N/A

Is the form completed in your handwriting? ? Yes ___X___          No _____
If not, whose handwriting is it? N/A

**CONFIDENTIAL**

**EXHIBIT 27**

NW004283

Personal Data Questionnaire
Page 2 of 12

**Marital & Social Data:**

Marital Status: DIVORCED

Name of Spouse and Age: N/A

Spouse's Occupation: N/A          Spouse's Employer: N/A

Number of Children: N/A          Ages of Children: N/A

With whom do you reside (include children and ages): ROYAL SMITH (36);
ROYAL SMITH JR (7); ROMELO SMITH (5)

In what type of residence do you reside?  (Please circle)

Trailer    Camper    Rented House    (Own House)    Someone Else's House    Apartment

Other (please specify): N/A

How many stories is the dwelling? 1

On what floor is your bedroom? 1

If 2 stories or more, how many times do you go up/down the stairs during the day (please give a range): N/A

Leisure Time Activities/Hobbies (Interests, sports, clubs, organizations):
READING, PLAYING VIDEO GAME

Do you own a car? YES      Year, Make, and Model: 2014, ACURA, RDX

Does it have an automatic or manual transmission? AUTOMATIC

Type of Driver's License (i.e. CDL or Regular): REGULAR

State Driver's License was issued: GA

How often do you drive and how many miles do you drive weekly (give a range such as 10 to 20 miles per week)?
2X/ WEEK ON AVERAGE ~ EST. 16-20 MILES

How many trips have you taken out of state over the last year (explain if you live on the border of another state? 2

CONFIDENTIAL

NW004284

Personal Data Questionnaire
Page 3 of 12

Where did you go (city, state) and for what reason (i.e. vacation)? _PINE HILL, AL (VISIT GRANDMA);_
_FLORIDA (FAMILY TRIP)_

Did you ride in a car as a passenger, drive the entire or part of the trip, or take a plane, bus, or cruise

ship (if you took a plane or cruise, did you use Disability Services at the airports or on the boat)? _____
_PASSENGER_


**Convictions Data:**

Have you ever been convicted of any offense other than minor traffic violations?

Yes: _____        No: _✓_

If yes, what were you charged with, what was the year you were convicted for each offense,
and identify if the convictions were misdemeanors or felonies (Please Explain):
_N/A_


Years in Jail/Prison: _N/A_

Parole Time Left: _N/A_            Probation Time Left: _N/A_

**Medical/Psychological Data:**

What disabilities or medical conditions are you experiencing currently?
_ANXIETY; DEPRESSION; RADS; ASTHMA_

_CHEST TIGHTNESS, SHORTNESS OF BREATH, COUGH, INFLAMMATION,_

_HEADACHES, MUSCLE SPASMS_


Date of Disability or Date of Injury? _8/08/2022_

**List all physicians that you are or have seen for your current impairments:**

| Name of Physician | Specialty | Dates Treated | Currently Treating |
|---|---|---|---|
| DR. TERRIE MORTON-TAYLOR | PCP | 08/2022-PRESENT | |
| DR. GRAHAM | PULMONARY | 09/2022-PRESENT | |
| DR. WEST | PSYCHOLOGIST | 01/2023-PRESENT | |
| EMORY HOSPITAL | PULMONARY | 09/2022-PRESENT | |
| DR. HAYWOOD | GI | 09/2025-PRESENT | UPPER GI |
| DR. OLSEN | NEURO | 09/2022-PRESENT | |
| DR. AMIN + AMANDA NP | HEART | 12/2022-PRESENT | |
| DR. OVARJE | KIDNEY | 02/2023-11/2023 | |

CONFIDENTIAL

NW004285

Personal Data Questionnaire
Page 4 of 12

**List all surgical or test procedures performed:**

| Surgical/Test Procedure | Date(s) | Hospitalized-How Long |
|---|---|---|
| MRI | 2023, 2025 | |
| PFT | 2022-2025 | YES, 2023-DISCHARGED SAME DAY |
| STRESS TEST | 2022, 2024 | YES, 2024 - DISCHARGED SAME DAY |
| ECHOCARDIOGRAM | 2022, 2025 | |

What level of pain are you **currently** experiencing in each area (scale 0 to 10- 0 being no pain and 10 being unbearable, incapacitating pain) and where is it located?

3 - CHEST

What is your **average** daily pain level (Please provide a range): 3/4

What is the **lowest** pain level you experience each week and how often does it occur:
1/2 - DEPENDS ON FLARE-UPS; ACTIVITY LEVEL I.E. WALKING, TALKING, GOING UP STAIRS

What is the **highest** (worst) pain level you experience each week and how often does it occur:
5 - 1/2 X | WEEK, BUT CAN DEPEND ON OTHER FACTORS

How do you try to alleviate your pain?

Medication (Yes or No; **you will list the medications later**): _____

Ice Pack [Yes or No and, if yes, where do you apply it; how many times per day, week, **or** month; and how long at a time (for example: on my hand, 2 to 3 days per week for 15 to 20 minutes at a time)]?: _

Heat [Yes or No and, if yes, where do you apply it; how many times per day, week, **or** month; and how long at a time (for example: on my hand, 2 to 3 days per week for 15 to 20 minutes at a time)]: __

CONFIDENTIAL

NW004286

Personal Data Questionnaire
Page 5 of 12

TENS Unit [Yes or No and, if yes, where do you apply it; how many times per day, week, **or** month; and how long at a time (for example: on my hand, 2 to 3 days per week for 15 to 20 minutes at a time)]: _____

Lying down [Yes or No and, if yes, where do you apply it; how many times per day, week, **or** month; and how long at a time (for example: on couch or bed, 2 to 3 days per week for 15 to 20 minutes at a time)]: COUCH/BED, 30 MINS MINIMUM

Reclining in a recliner [(Yes or No and, if yes, do you fully recline or are your legs straight out; how many times per day, week, **or** month; and how long at a time (for example: on couch or bed, 2 to 3 days per week for 15 to 20 minutes at a time)]:_____

Exercising/Stretching (What exercises do you perform and/or what body parts are you stretching; how many times per day, week, **or** month; and how long at a time (for example: left arm and bilateral leg exercises, 2 to 3 days per week for 15 to 20 minutes at a time)]:
N/A

What, if any, medications are you taking regularly (include **ALL** prescribed and over-the-counter medications; include dosage; how many times taken daily; and what condition are you taking it for)? (Example: Medication name, 50 mg, twice daily, for pain)
NAPROXEN 50 MG 1X AS NEEDED FOR PAIN
VITAMIN D8 50,000 IU 1X WEEKLY
LEVALBUTEROL 0.03 MG/3ML 3 VIALS AS NEEDED EVERY 8 HOURS FOR BREATHING
YUPELRI 175 MCG/3ML 1X DAY - ON HOLD FOR NOW PER PULMONARY ORDER
CYCLOBENZAPRINE 500 MG AS NEEDED FOR PAIN/SPASMS
OXPANEX 2 PUFFS DAILY FOR BREATHING        TRELEGY 200 MCG/ 1X DAILY FOR BREATHING
AIRSUPRA 2 PUFFS DAILY FOR BREATHING
Do you have any allergies or do you know if a doctor has given you work restrictions that should be considered when determining future work activities?
YES

CONFIDENTIAL

NW004287

Personal Data Questionnaire
Page 6 of 12

Do you have any prior medical conditions, accidents, or car accidents? If so, when what year were you diagnosed or when did they occur?

YES, ASTHMA AROUND THE AGE OF 5
CAR ACCIDENT 2010

Are you currently using any assistive devices, such as braces, splints, canes, wheelchairs, walkers, walking sticks, elevated commodes, reachers, etc. [for example: wooden or aluminum-if aluminum is it, adjustable and straight (single point) or quad (4-points)]?:

NO

If you are using any assistive devices, what percentage of the time do you use each of them outside your residence and inside your residence (for example: cane-90% inside and 40% outside)?:

N/A

For the next 3 questions: How long can you stay in each position before the pain becomes so bad you have to change positions,

1. How many minutes/hours can you sit before you have to stand or walk? Please give a range, such as for a good versus bad day. [for example: (bad day) 15 to (good day) 30 minutes] ____
BAD DAY - 0, GOOD DAY - 2 HOURS

2. How many minutes/hours can you stand in one spot before you have to sit? Please give a range, such as for a good versus bad day. [for example: (bad day) 15 to (good day) 30 minutes]
BAD DAY - 0, GOOD DAY - 30 MINUTES

3. How many minutes/hours can you walk before you have to sit? Please give a range, such as for a good versus bad day. [for example: (bad day) 15 to (good day) 30 minutes]
BAD DAY - 0, GOOD DAY - 15 MINUTES

CONFIDENTIAL

NW004288

Personal Data Questionnaire
Page 7 of 12

Indicate health professionals/agencies working with you:

| | Yes/No | Name of Counselor | How Long/Often |
|---|---|---|---|
| Psychologist | YES | DR. OLIVIA WEST | WEEKLY, SOMETIMES 2x/WEEK |
| Psychiatrist | NO | | |
| Family & Children Services | NO | | |
| Mental Health Clinic: | NO | | |
| Employment Service: | NO | | |
| Alcohol & Drug Service: | NO | | |
| Other: | | | |

**Educational Data:**

Last Grade Completed: _MASTER'S  DEGREE_

Name of school; city and state of each school; major and/or minor at each college; degree type (i.e., associate or bachelor's); certificates completed (including truck driving schools); and years attended and/or graduation date of each school attended:

_VALDOSTA STATE UNIVERSITY - VALDOSTA, GA. B.S. PSYCHOLOGY; 2003-2008_

_UNIVERSITY OF PHOENIX - ONLINE M.A. SECONDARY EDUCATION  2012-2014_

_COURSERA - ONLINE  CYBERSECURITY CERTIFICATION 11/2023 - 02/2024_

Reason for leaving school (if you did not complete the educational program):
_N/A_

Were you ever in special education classes? Yes _____    No _✓_

If so, what grade levels were you in Special Education classes? _____

What difficulties did you have in school that required special education classes (for example: reading, spelling, math, and reading comprehension)? _N/A_

Were you ever held back a grade? Yes _____    No _✗_

If so, what grade(s) and Why? _N/A_

**CONFIDENTIAL**

NW004289

Personal Data Questionnaire
Page **8** of **12**

## Information Technology/Computer Skills:

Do you own a desktop computer? No

Do you own a laptop? NO

Do you own an iPad or Tablet **(list which one or both)**? NO

Do you own a smartphone? YES

Would you consider yourself computer literate? YES

| Question | Yes | No |
|---|---|---|
| Can you send/receive emails (computer/laptop/iPad/tablet/phone or which ones)? | ✓ | |
| Can you browse websites (computer/laptop/iPad/tablet/phone or which ones)? | ✓ | |
| Can you text on your phone? | ✓ | |
| Do you play games on your phone? | ✓ | |
| Do you play video games (i.e., PlayStation)? | ✓ | |
| Do you have a Facebook profile? | ✓ | |
| Do you have a Twitter profile? | (scribbled) | ✓ |
| Do you have a Pinterest profile? | ✓ | |
| Do you have a Instagram profile? | ✓ | |
| Do you have a Snapchat profile? | | ✓ |
| Are you proficient with any computer programs? | ✓ | |

If so, which ones?

MICROSOFT    WORD, EXCEL, POWERPOINT, ADOBE

## Work Experience:

**(Start with the most current or most recent job first then work backwards)**

1. Employer's Name: SORRB - SEXUAL OFFENDER RISK REVIEW BOARD

City, State: ATLANTA, GA

Full-Time: _____     Part-Time: X

**Each** Job Title: INVESTIGATOR    Date Started: 02/2025    Date Ended: PRESENT EMPLOYER

Hourly wage or salary when started **and** when you left: $25.00

Reason for leaving: N/A

Job duties performed daily and those even if performed once a month (Be specific):

CONTACT VARIOUS AGENCIES TO REQUEST CRIMINAL RECORDS, COMPILE

DOCUMENTS

CONFIDENTIAL

NW004290

Personal Data Questionnaire
Page 9 of 12

_____

_____

2. Employer's Name: U.S. CUSTOMS + BORDER PROTECTION

City, State: KINGSHILL, USVI

Full-Time: X          Part-Time: _____

**Each** Job Title: OFFICER          Date Started: 10/2020          Date Ended: 07/2024

Hourly wage or salary when started **and** when you left: $34,916     AND    $72,553

Reason for leaving: HAD TO RETIRE SINCE I COULDN'T PHYSICALLY DO THE JOB

Job duties performed daily and those even if performed once a month (Be specific):

- INSPECT + SCREEN TRAVELERS, CARGO AND VESSELS

- DETECT + PREVENT ILLEGAL ACTIVITIES SUCH AS DRUG SMUGGLING, HUMAN TRAFFICKING, AND CONTRABAND ENTRY

- ENFORCE IMMIGRATION AND CUSTOMS REGULATIONS IN ACCORDANCE WITH FEDERAL LAWS

- USE LAW ENFORCEMENT AUTHORITY TO DETAIN, ARREST, AND PROCESS INDIVIDUALS WHO VIOLATE US LAWS.

3. Employer's Name: GREAT EXPRESSIONS DENTAL CENTERS

City, State: TUCKER, GA

Full-Time: X          Part-Time: _____

**Each** Job Title: OPERATIONS MANAGER   Date Started: 04/2017          Date Ended: 09/2020

Hourly wage or salary when started **and** when you left: $47,000    AND    $60,000

Reason for leaving: WANTED A FEDERAL GOVT POSITION

Job duties performed daily and those even if performed once a month (Be specific):

- SUPERVISE FRONT DESK OPERATIONS

- MANAGE STAFF SCHEDULES, PAYROLL, ONBOARDING

- OVERSEE INSURANCE VERIFICATION, CLAIMS PROCESSING, AND PATIENT ACCOUNT MANAGEMENT

- FOSTER POSITIVE PATIENT EXPERIENCES AND RESOLVE CONCERNS PROFESSIONALLY.

CONFIDENTIAL

NW004291

Personal Data Questionnaire
Page **10** of **12**

4. Employer's Name: INTERNATIONAL ACADEMY OF SMYRNA

City, State: SMYLNA, GA

Full-Time: X          Part-Time: _____

**Each** Job Title: EDUCATOR          Date Started: 07/2016          Date Ended: 04/2017

Hourly wage or salary when started **and** when you left: $44,000

Reason for leaving: LACK OF HELP AS A 1ST YEAR EDUCATOR

Job duties performed daily and those even if performed once a month (Be specific):

- TEACHER DUTIES
- TEST, GRADE WORK, CREATE LESSON PLANS


5. Employer's Name: DENTIST

City, State: SMYRNA, GA.

Full-Time: X          Part-Time: _____

**Each** Job Title: PATIENT COORDINATOR / TREATMENT COORDINATOR / OPERATION MANAGER    Date Started: 2012          Date Ended: 07/2016

Hourly wage or salary when started **and** when you left: $12.00 AND $40,000.00

Reason for leaving: OPPORTUNITY TO USE DEGREE

Job duties performed daily and those even if performed once a month (Be specific):

SAME AS GREAT EXPRESSIONS


CONFIDENTIAL

NW004292

Personal Data Questionnaire
Page **11** of **12**

**Military History:**

Military Status (i.e. Retired): ___N/A___    Branch of Service: ___N/A___

Highest Rank Held: ___N/A___    Date Entered: ___N/A___

Date Discharged: ___N/A___    Type of Discharge: ___N/A___

Primary Type of Work Performed in the Service:

___N/A___

Military History (Begin with last location stationed and work backwards to when you entered):

If you need more room, please use the back on this sheet of paper.

| Date | Location (Base. City & State) | Job Title | Duties |
|------|-------------------------------|-----------|--------|
| N/A  |                               |           |        |

CONFIDENTIAL

NW004293

Personal Data Questionnaire
Page **12** of **12**

**Financial Data (LIST THE INCOME RECEIVED BY YOUR HOUSEHOLD):**

| Income and Source | Date Applied | Date Started | Earnings |
|---|---|---|---|
| a) Your Full-Time Job | N/A | | |
| b) Your Part-Time Job | | 02/03/2026 | $10,152.34 |
| c) Spouse's Job | N/A | | |
| d) Social Security (SSDI) | 2023 | N/A | N/A |
| e) Social Security (SSI) | 2023 | N/A | N/A |
| f) Social Security (Retirement) | N/A | | |
| g) Retirement Pension | 2023 | 05/2026 | $16,100 |
| h) Veteran's Disability | N/A | | |
| i) Unemployment Comp. | N/A | | |
| j) Workers' Compensation | 08/2022 | 10/2023 | $10,100 (EST) |
| k) Long-Term Disability | N/A | | |
| l) Aid to Dept. of Children | N/A | | |
| m) Food Stamps | 10/2022 | 10/2022 | $1000.00 |
| o) Alimony | N/A | | |
| p) Parents | ~~02/06/22~~ | ~~02/00/22~~ 01/2023 | $6,300.00 |
| q) Medicare/Medicaid | N/A | | |
| r) Other _____ | | | |

If you were able to work, how much income do you need to support yourself and your dependent(s) on a monthly basis?

$4,500.00    MINIMUM

If you were able to work, what is the minimum salary or hourly wage that you would accept from a prospective employer, if medically appropriate jobs are identified, to get back into the workforce?

$60,000 MINIMUM

I have completed this form to the best of my ability:

_____          09/11/2025
Client's Name                                        Date

CONFIDENTIAL

NW004294