IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

        Plaintiff,

    v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION,  and WEST
INDIES PETROLEUM, LTD.,

        Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**AFFIRMATION OF GEORGE WILLLIAMS**</u>

**TERRITORY OF THE VIRGIN ISLANDS**    )
                                        )    **SS.**

**DIVISION OF ST. CROIX**                 )

I, **GEORGE WILLIAMS,** being first duly sworn, declare under penalty of perjury that the following is true and correct.

1. I make this affirmation of my own personal knowledge.

2. I reside in River Ridge, Louisiana.

3. From July 2018 to November 2023, I worked as maintenance engineering manager for Limetree Bay Terminals/Ocean Point Terminals ("Terminals" or "OPT"). I reported to Jeff Charles, the Chief Operating Officer of OPT. For a short period of time, around 2020, I was transferred by Terminals to support Limetree Bay Refining, LLC ("LBR"). Approximately 11 to 15 other maintenance technicians and supervisors were also transferred to LBR.

**EXHIBIT 28**

NW003555

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AFFIRMATION OF GEORGE WILLIAMS**
Page 2

4. My duties as maintenance engineering manager included traveling around the facility to check on work and contractors to provide support with labor, tools, and materials. I tried to spend one to two hours out in the field each day providing support.

5. In August 2022, when I was traveling around the facility, doing my daily rounds, I noticed that something was off with a Coke Dome. I knew there was an issue because I could see discoloration on the tank and it looked like the paint was blistering. I did not see any black smoke or any vapors or any clouds, but as I drove by with my windows down on the road that travels north to south to the docks (west of the coke domes), I smelled a sulfur-like odor, a stinging sensation in my nose and throat, watery eyes, and I coughed. I immediately left the area and I was able to recover. I did not report this to anyone.

6. Over the next few days, I did not drive the north-south road next to the domes, but I did drive the road that runs east to west to the north of the domes, and I did not observe much activity near the domes. I did not see any vehicles, people, a fire truck or any heavy equipment. To me, it did not seem like there was a sense of urgency about the situation. I did not see any barricades in place in the area to warn people that something was happening at the domes. When I drove along the road that runs east to west, I could see a hot spot on the north coke dome. At Terminals morning meetings, which were held daily, Terminals stated that it was

NW003556

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**AFFIRMATION OF GEORGE WILLIAMS**
Page 3

aware that the north dome was smoldering. Jeff Charles leads the morning meetings, and I remember that at one of the morning meetings, the hot spot on the north dome was noted by Jeff Charles and myself. However, I did not observe Terminals taking any action to remedy the situation.

7. Several days later or even weeks later, when there was dark smoke coming out of the dome, I finally saw contractors and refinery personnel working at the domes and I saw vehicles, heavy equipment, a fire truck, and the area was barricaded off.

8. Neither Jeff Charles nor anyone else from Terminals asked me to provide any additional maintenance personnel to help contain and control the smoldering.

9. I also understand that the firehouse is located on property that belongs to the Refinery and the coke domes are located on property that belongs to Terminals. Concerning the equipment in the firehouse, I understand that when LBR filed for bankruptcy, it was unclear who owned the equipment in the firehouse.

Dated: 06/06/2025

_____
**GEORGE WILLIAMS**

NW003557