PRINTED FROM fedccmo5/23/26tell1@geail.com - 11/21/2024

File Number: ▓▓▓▓▓▓▓▓
SOAF 1-ME-SO

**STATEMENT OF ACCEPTED FACTS**
**IN THE CASE OF NICOLE WOOTEN**
**FILE NUMBER 550260558**

This Statement of Accepted Facts supersedes all previous versions.

NICOLE WOOTEN, date of birth 0▓▓▓▓▓▓▓, is employed by the Department of Homeland Security as a Border Patrol Officer in Kingshil, VI. On 08/09/2022 NICOLE WOOTEN filed a claim for a work-related injury that occurred on 08/08/2022. On 08/08/2022 the claimant stated she sustained an injury as a resulted from when she arrived on site to do an inspection of a vessel, there were fire trucks around and she wanted to ensure her safety, therefore she rolled down the window of the work truck to inquire about the situation. A female worker at the terminal stated that the fire department was there to put out smolder in the building. As soon as she rolled up the window, her breathing changed. Extreme chest lightness, causing restriction on airway.

The claim is accepted for: ANXIETY DISORDER, UNSPECIFIED; MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE, UNSPECIFIED; UNSPECIFIED ASTHMA WITH (ACUTE) EXACERBATION.

Duties of a Border Patrol Officer includes: frequent and recurring surveillance in which there is a considerable amount of walking, stooping, bending and climbing. The agent also may be required to lift and carry moderately heavy objects occasionally. Work environment involves frequent exposure to potentially dangerous situations or unusual environmental stress, such as operating automobiles in high-speed chases, boarding moving trains and vessels, or exchanging gunfire. May be required to work long and irregular hours, on weekends and at night, frequently changing shifts and duty stations. Assignments are subject to change without advance notice.

NICOLE WOOTEN was initially treated by Terrie Morton Acker, MD. on 08/18/2022.

Pre-existing or concurrent medical conditions include: asthma.

NICOLE WOOTEN stopped work on 08/09/2022 and has not returned.

Holly L.
Claims Examiner
March 13, 2024



**EXHIBIT**
**29**

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

NW001857