

# Caritas Medical Center, LLC

KIDNEY DISEASE AND HYPERTENSION SPECIALIST
105 NORTH PARK TRAIL · SUITE 300 · STOCKBRIDGE, GA 30281
OFFICE: 678·284·0800 FAX: 678·284·9299
WWW.CARITASMED.COM

**LEO OVADJE, M.D.**
JUN-KI PARK, M.D.
DEEPU DANIEL, D.O.
THUY LE, D.O.
LATASHA JEFFERSON, N.P.

05/07/2024

To whom it may concern,

Nicole Wooten

Above-named developed hypertension and acute kidney injury which was temporarily related to toxin exposure in August 2022. She also developed hypertension following the exposure. Kidney function has improved back to normal but patient is at risk for chronic kidney disease given the episode of acute kidney injury and also now a history of hypertension.

Kindly render her any assistance she requires. Do not hesitate to contact me if you need any clarification.

Sincerely,

Leo Ovadje, M.D.

**EXHIBIT**
**30**

NW001832

9/11/23, 9:13 AM                                                      Print Preview

WOOTEN, NICOLE DOB: ▓▓▓▓▓ (37 yo F) Acc No. ▓▓▓ DOS: 02/27/2023

## WOOTEN, NICOLE
37 Y old Female, DOB: ▓▓▓▓▓
Account Number: 3▓▓
902 PEACHTREE FOREST TER, PEACHTREE CORNERS, GA-
30092-4578
Home: 404-906-9397
Guarantor: WOOTEN, NICOLE   Insurance: GEHA-ASA
PCP: TERRIE Y MORTAN-ACKER   Referring: REFERRAL SELF
Appointment Facility: CARITAS MEDICAL CENTER

02/27/2023                                    Progress Notes: Leo Ovadje, M.D

### Reason for Appointment
1. Evaluate and manage Patient with abnormal kidney function test/ hospital

### History of Present Illness
Nephrology:
Was referred for evaluation of abnormal kidney function tests. Records from 02/03/2023 referring physician reviewed showed elevated BUN/Creatinine at 14/1.10 mg/dl with estimated glomerular filtration rate of 66 mls/minute. Was working in the Virgin islands. WOrks for Customs and border patrol. Was exposed to Sulfur dioxide Aug 8th 2022. She developed shortness of breath. BP became elevated.
Did a 6 miinute walk and became SOB and was not able to complete.
She is not able to walk or play basket like she used to.
Saw a Toxicologist in November 2022
Has a History of Diabetes mellitus diagnosed years ago. Blood sugar has been controlled with recent hemoglobin A1 c of . Has no history of Diabetic retinopathy.
Has a history of Hypertension diagnosed Dec 2022. BP has been controlled usually running about mmHg.
No history of fever or rash. No hair loss. No sores in the mouth. No recent sore throat or skin infection. No chronic sinus symptoms. No history of recurrent kidneys stones. There is no history of recurrent urinary tract infections. No history of joint pains or low back pain. No previous history of blood transfusion. No history of hepatitis B or C.
No history of ingestion of Non-steroidal anti-inflammatory drugs. Patient is currently tolerating all medications without any adverse reactions.
Denies using herbal products or alternative medicine products but started taking a herbal tea less than a month ago.
Has a family history of kidney disease in Mother who has CKD 3 and SLE.
Cardiology:
Denies : chest pain. Denies : shortness of breath. Denies : leg edema. Denies : dizziness.
Neurology:
Denies : headache. Denies : seizure. Denies : dizziness.

### Current Medications
Taking
- albuterol-ipratropium 2.5 mg-0.5 mg/3 mL solution 3 mL by nebulizer 4 times a day
- levalbuterol 45 mcg/inh aerosol 2 puff(s) inhaled every 4 hours
- montelukast 10 mg tablet 1 tab(s) orally once a day
- Topamax 25 mg tablet 1 tab(s) orally once a day
- phentermine 15 mg capsule 1 cap(s) orally once a day (in the morning)
- amLODIPine 5 mg tablet 1 tab(s) orally once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Asthma.

Progress Note: Leo Ovadje, M.D   02/27/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

1/10

NW001844

WOOTEN, NICOLE DOB: ▮▮▮▮ (37 yo F) Acc No. ▮▮▮ DOS: 02/27/2023

Hypertension.

## Surgical History
cholecystectomy 2013
myomectomy 2021
Bile leak post Cholecystectomy treated with Bilary stenting 2013

## Family History
Father: alive 62 yrs, diagnosed with Hypertension
Mother: alive 64 yrs, diagnosed with Hypertension
1 brother(s), 1 sister(s).
Non-Contributory
Mother has SLE and Chronic kidney disease stage 3
Father has Hypertension and hypertensive heart disease.

## Social History
Smoking: no   Are you a: former smoker,   How long has it been since you last smoked? 1-5 years.
Recreational drug use: no.
Exercise: no.
Home smoke detector use: no.
Caffeine: yes, frequency: coffee and tea.
Alcohol: no.
Sexually active: no.
Travel outside US: no.
Occupation: law enforcement.

## Allergies
SUMAtriptan

## Hospitalization/Major Diagnostic Procedure
Hospitalized for above surgeries

## Review of Systems
CONSTITUTIONAL:
   weight gain yes,maybe. no loss of appetite. no fever. weakness yes. no weight loss. fatigue yes.
CARDIOLOGY:
   no dizziness. chest pain yes. no palpitations. no leg swelling. no shortness of breath. no varicose veins.
RESPIRATORY:
   no Coughing up Blood. no shortness of breath. no chest pain. no Wheezing. no cough.
UROLOGY:
   no difficulty urinating. no blood in urine. no frequent urination. no urinary incontinence. no voiding dysfunction. no vulvodynia.
no recurrent UTI. no nocturia.
GASTROENTEROLOGY:
   no nausea. no heartburn. no vomiting. no abdominal pain. no Difficulty swallowing. no diarrhea  no constipation. no blood in stool.
no hemorrhoids.
NEUROLOGY:
   no headache. tingling numbness yes. no seizures. no insomnia. no memory loss. no dizziness. no gait abnormality.
OPTHALMOLOGY:
   no diminished vision. no eye irritation. no drainage from eyes. no blurring of vision. no loss of vision.
ENT:
   no cough. no epistaxis. no hearing loss. no change in voice. no sore throat. no ringing in ears. no sinus pain.
ALLERGY:
   no runny nose. no scratchy throat. no itchy eyes. no ear fullness. no sinus congestion.
HEMATOLOGY/LYMPH:
   no swollen glands. no fatigue. no loss of appetite. no varicose veins. no easy bruising.
ENDOCRINOLOGY:
   no fatigue. no Excessive Thirst. no Excessive amount of urine. no weight loss. no sleep disturbance. no cold intolerance. no heat
intolerance. no diabetes.
DERMATOLOGY:
   no rash. no mole. no lumps. no dry or sensitive skin. no hives. no skin cancer.
MUSCULOSKELETAL:
   no joint stiffness. no joint pain. no joint swelling. no leg cramps. no sciatica. no osteoporosis treatment. no fracture. no carpal tunnel.
FEMALE REPRODUCTIVE:
   no heavy periods. no dysparaunia. no sexually active. no dysmenorrhea. no infertility. no frequent yeat infections. no pelvic pain. no breast
pain. no nipple discharge. no contraception. no abnormal vaginal discharge. no hot flashes.
PSYCHOLOGY:

Progress Note: Leo Ovadje, M.D   02/27/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

NW001845

Printed: 09-11-2023 03:00:28
Received: 04/08/2024 - Case: ▮▮▮ - Page 116 / 997

PRINTED FROM ECOMP - rsshellell1@gmail.com

9/11/23, 9:13 AM

WOOTEN, NICOLE **DOB:** ▮▮▮▮▮ (37 yo F) **Acc No.** ▮▮▮▮ **DOS:** 02/27/2023

no depression. no high stress level. no sleep disturbances. no suicidal ideation. no eating disorder. no mental or physical abuse. no anxiety.

## Vital Signs
Temp: 97.7, RR: 14, HR: 106, BP: 137/82, Ht: 66, Wt: 203.6, BMI: 32.86.

## Physical Examination
**GENERAL:**
General Appearence: Ovadje, Leo O 2/27/2023 03:31:19 PM >, well nourished, pleasant, Young, African American, Lady, in no acute distress.
**HEENT:**
Head: normocephalic. Sclera: normal. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
**NECK:**
Neck: supple. Thyroid: not enlarged. ROM: normal.
**HEART:**
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
**CHEST:**
Shape and expansion: normal. Breath sounds: normal. Rales: no. Wheezes: no.
**ABDOMEN:**
Shape: normal. Scars: no. Guarding: no. Tenderness: no. Masses: no. Liver, Spleen: not palpable.
**DERMATOLOGY:**
Skin: Warm and dry.
**EXTREMITIES:**
Edema: no. Cyanosis: no. Clubbing: no. Tremors: no.
**NEUROLOGICAL:**
Motor: normal strength bilaterally. Gait: normal.

## Assessments
1. Abnormal kidney function - N28.9 (Primary)
2. Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease - I12.9

Abnormal kidney function. Possible toxin-induced nephrotoxicity. Patient has a history of hypertension with puts her at risk for chronic kidney disease.

## Treatment
**1. Abnormal kidney function**
LAB: HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR
LAB: PROTEIN, TOTAL W/CREAT, RANDOM URINE
LAB: HEPATITIS B SURFACE ANTIGEN W/REFL CONFIRM
LAB: CBC MORPHOLOGY
LAB: URINALYSIS, COMPLETE (Collection Date & Time - 02/27/2023 03:44 PM)

| | Value | | Reference Range |
|---|---|---|---|
| APPEARANCE | CLEAR | | CLEAR - |
| BACTERIA | MODERATE | A | NONE SEEN - /HPF |
| BILIRUBIN | NEGATIVE | | NEGATIVE - |

Progress Note: Leo Ovadje, M.D   02/27/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Printed: 09-11-2023 03:00:28
Received: 04/08/2024 - Case: ▮▮▮▮ - Page 117 / 997

PRINTED FROM ECOMP  rsshantell10@gmail.com - 11/21/2024

9/11/23, 9:13 AM

Print Preview

WOOTEN, NICOLE DOB: ▇▇▇▇ (37 yo F) Acc No. ▇▇▇ DOS: 02/27/2023

| | | | |
|---|---|---|---|
| COLOR | DARK YELLOW | | YELLOW - |
| GLUCOSE | 1+ | A | NEGATIVE - |
| HYALINE CAST | NONE SEEN | | NONE SEEN - /LPF |
| KETONES | NEGATIVE | | NEGATIVE - |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE - |
| NITRITE | NEGATIVE | | NEGATIVE - |
| OCCULT BLOOD | TRACE | A | NEGATIVE - |
| PH | 5.5 | | 5.0-8.0 - |
| PROTEIN | TRACE | A | NEGATIVE - |
| RBC | 3-10 | A | < OR = 2 - /HPF |
| SPECIFIC GRAVITY | 1.031 | | 1.001-1.035 - |
| SQUAMOUS EPITHELIAL CELLS | 0-5 | | < OR = 5 - /HPF |
| WBC | NONE SEEN | | < OR = 5 - /HPF |

LAB: RENAL FUNCTION PANEL W/EGFR (Collection Date & Time - 02/27/2023 03:44 PM)

| | Value | | Reference Range |
|---|---|---|---|
| GLUCOSE | 91 | | 65-99 - mg/dL |
| UREA NITROGEN (BUN) | 10 | | 7-25 - mg/dL |
| CREATININE | 0.98 | H | 0.50-0.97 - mg/dL |
| BUN/CREATININE RATIO | 10 | | 6-22 - (calc) |
| SODIUM | 139 | | 135-146 - mmol/L |
| POTASSIUM | 3.9 | | 3.5-5.3 - mmol/L |
| CHLORIDE | 109 | | 98-110 - mmol/L |
| CARBON DIOXIDE | 21 | | 20-32 - mmol/L |
| CALCIUM | 9.0 | | 8.6-10.2 - mg/dL |
| PHOSPHATE (AS PHOSPHORUS) | 1.9 | L | 2.5-4.5 - mg/dL |
| ALBUMIN | 4.5 | | 3.6-5.1 - g/dL |
| EGFR | 76 | | > OR = 60 - mL/min/1.73m2 |

Progress Note: Leo Ovadje, M.D  02/27/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Printed: 09-11-2023 03:00:28
Received: 04/08/2024 - Case: ▇▇▇ - Page 118 / 997
NW001847
4/10

9/11/23, 9:13 AM

Print Preview

WOOTEN, NICOLE DOB: ▮▮▮▮▮ (37 yo F) Acc No. ▮▮▮ DOS: 02/27/2023

LAB: CBC (Ordered for 05/17/2023)
LAB: Random urine Protein/Creatinine (Ordered for 05/17/2023)
LAB: URINALYSIS, COMPLETE (Ordered for 05/17/2023)
LAB: RENAL FUNCTION PANEL W/EGFR (Ordered for 05/17/2023)
IMAGING: Ultrasound : Kidneys, bilateral and bladder ultrasound

Notes: Goal for this Patient will be to 1. Establish the diagnosis in order to exclude possible reversible causes of CKD. Will proceed with tests as outlined. Further management will depend on the results of the above tests. 2. Institute measures to stop or delay progression of Chronic kidney disease. This will include a. tight control of BP with goal BP of less than 130/80. b. Use of ACE inhibitors/Angiotensin receptor blockers. 3.Maintaining Nutritional status. At this level will encourage moderate Protein intake 65 Protein intake per day. 4. , Encourage patient to increase fluid intake.

**2. Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease**
Notes: Reinforce importance of keeping BP at goal to decrease risk of progression of Chronic kidney disease and decrease risk of CVS complications of Hypertension. Adherence to medications and low sodium diet reinforced. Patient to monitor blood pressure at home and bring records to next visit.Follow up BP next visit.

**Follow Up**
3 Months,labs 2 weeks before appointment

Electronically signed by Leo Ovadje on 03/26/2023 at 04:31 PM EDT
**Sign off status: Completed**

**CARITAS MEDICAL CENTER**
105 NORTH PARK TRAIL STE 300
STOCKBRIDGE, GA 302817432
Tel: 678-284-0800
Fax: 678-284-9299

Progress Note: Leo Ovadje, M.D 02/27/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

5/10

PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ████ DOS: 05/23/2023

## WOOTEN, NICOLE

37 Y old Female DOB: ███████
Account Number: ████████
902 PEACHTREE FOREST TER, PEACHTREE CORNERS, GA-30092-4578
Home: 404-906-9397
Guarantor: WOOTEN, NICOLE    Insurance: GEHA-ASA
PCP: TERRIE Y MORTAN-ACKER    Referring: REFERRAL SELF
Appointment Facility: CARITAS MEDICAL CENTER

05/23/2023                                                    Progress Notes: Leo Ovadje, M.D

### Reason for Appointment
1. Follow up Chronic kidney disease and Hypertension
2. Patient brought in list of medications

### History of Present Illness
Nephrology:
Was working in the Virgin islands. WOrks for Customs and border patrol. Was exposed to Sulfur dioxide Aug 8th 2022. She developed shortness of breath. BP became elevated. Did a 6 miinute walk and became SOB and was not able to complete. She is not able to walk or play basket like she used to. Saw a Toxicologist in November 2022.
Denies : urinary difficulties. Denies : nocturia. Denies : decrease in urine. Denies : hematuria. Denies : foamy urine. Denies : flank pain. Denies : pruitis. Denies : fatigue. Denies : nausea. Denies : vomiting. Denies : anorexia. Denies : weight loss.
Patient here for follow up of chronic kidney disease. Went to the ER on May 10. Had CT angiogram of the chest which showed no evidence of pulmonary embolism.
Records reviewed. Labs from 05/10/2023 reviewed with Patient: BUN/Creatinine was 7/1.0 mg/dl which is an estimated GFR of more than 60 mls/minute. Previous result was 10/0.98 mg/dl with estimated GFR of 76 mls/minute 3 months prior to recent labs.
Electrolytes within normal limits. Liver function test normal except for AST which was a bit high at 39 U/L.
Hypertension:
Denies : dizziness. Denies : epistaxis. Denies : headache. Denies : palpitations. Denies : tinnitis. Denies : visual changes.
Patient has a history of hypertension. Patient says has been taking medications regularly. Patient denies any side effects to current medications. Has been adhering to low sodium diet. Patient has not been exercising regularly.
BP records: Did not bring BP records. Does recall that BP has been running around 120-130/80-90 mmHg.
Cardiology:
Denies : chest pain. Denies : shortness of breath. Denies : palpitations. Denies : leg edema. Denies : fatigue. Denies : dizziness.

### Current Medications
Taking
- Yupelri 175 mcg/3 mL solution as directed inhaled once a day
- formoterol 20 mcg/2 mL solution 2 mL inhaled 2 times a day
- albuterol-ipratropium 2.5 mg-0.5 mg/3 mL solution 3 mL by nebulizer 4 times a day
- levalbuterol 45 mcg/inh aerosol 2 puff(s) inhaled every 4 hours

Not-Taking
- montelukast 10 mg tablet 1 tab(s) orally once a day
- Topamax 25 mg tablet 1 tab(s) orally once a day
- phentermine 15 mg capsule 1 cap(s) orally once a day (in the morning)
- amLODIPine 5 mg tablet 1 tab(s) orally once a day
Medication List reviewed and reconciled with the patient

Progress Note: Leo Ovadje, M.D    05/23/2023

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

6/10