PRINT 291 FROM Edem F05/23/26 ell 102/05/21/2024 11/21/2024

**Work Capacity Evaluation**
**Musculoskeletal Conditions**

# U.S. Department of Labor
Office of Workers' Compensation Programs



| Injured Worker's Name ( First, middle, last ) | | OWCP No. | OMB No: | |
|---|---|---|---|---|
| Nicole | S Wooten | ▇▇▇▇▇ | Expires: | 08/31/2026 |

Please answer the questions below concerning your patient (named above) for whom the Office of Workers' Compensation Programs (OWCP) has accepted the following conditions:

Anxiety, major depressive disorder, and ashma with acute exacerbation

1a. Is the worker capable of performing his/her usual job without restriction?  ☐ Yes  ☒ No   If no, please provide medical reasons to support your opinion in a narrative report.

worker is unable to walk, sit, stand for long periods of time due to difficulty breathing, anxiety, major depression, and ashma

## Many employers can readily accommodate medical restrictions including modified duty assignment(s) or assignment of the injured worker into an alternative work location.

b.  If the claimant is unable to perform his her usual job, is the claimant able to work for 8 hours per workday with physical restrictions? ☒ Yes  ☐ No    If no, please provide medical reasons to support your opinion in a narrative report.

c.  If less that 8 hour per workday, how many can he/she work?

d.  Do you anticipate an increase in the number of hours this person will be able to work? ☐ Yes  ☐ No

e.  If yes, when will this person achieve an 8 hour workday?
     If no, please provide medical reasons to support your opinion in a narrative report.

f.  How long will the restrictions apply?

g.  Has maximum medical improvement been reached?    ☐ Yes  ☐ No

2a. Please review the Guidance for Physicians included on pages 2 and 3 of this form. Based on the parameters provided, please indicate whether this person is capable of working within any of the following Strength Levels:

Sedentary ☒ Yes  ☐ No    Light ☐ Yes ☒ No    Medium ☐ Yes ☒ No    Heavy ☐ Yes ☒ No    Very Heavy ☐ Yes ☒ No

2b. If not, please indicate whether this person has any **LIMITATION** in the activity listed and how many hours this person can perform each activity. If there are limitations in lifting, pulling and/or pushing, please provide the maximum number of pounds that can be handled by this person.

| Activity | Limitation | # of Hours Able to Work | Activity | Limitation | # of Hours Able to Work | Lbs. |
|---|---|---|---|---|---|---|
| Sitting | ☒ Yes | 8 | Repetitive Movements: | | | |
| Walking | ☒ Yes | 1 | Wrists | ☒ Yes | 8 | |
| Standing | ☒ Yes | 1 | Elbow | ☒ Yes | 8 | |
| Reaching | ☒ Yes | 1 | Pushing | ☒ Yes | 1 | 5 |
| Reaching above | | | Pulling | ☒ Yes | 1 | 5 |
| Shoulder | ☒ Yes | 1 | Lifting | ☒ Yes | 1 | 5 |
| Twisting | ☒ Yes | 1 | Squatting | ☒ Yes | 1 | 5 |
| Bending/Stooping | ☒ Yes | 1 | Kneeling | ☒ Yes | 1 | 5 |
| Operating Motor Vehicle at work | ☒ Yes | 1 | Climbing | ☒ Yes | 1 | 5 |
| Duration 1 | Frequency daily | | Breaks: Duration | | Frequency | |
| Operating a Motor Vehicle to/from work | ☒ Yes | 1 | | | | |

3.  If there are **OTHER** medical facts, situational factors, equipment or devices which need to be considered in the identification of a position for this person, please explain in a narrative report.

NA

| 4. Physician's Name (Type or print) | Bertrina | O West, PhD, LPC | 5. Telephone Number (Include Area Code) | 404-900-9583 |
|---|---|---|---|---|
| 6. Signature | | | 7. Date | Sep 16, 2024 |

OWCP-5A (Rev. 08-744)

NW001756

EXHIBIT 31

Received: 09/16/2024 - Case: ▇▇▇▇ - Page 27 / 997