DOL-1401-1(R-02/17)
NM2006

## GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

SSN _____ ***-**-4427

BYB _____ 10/26/25

CWB _____ 10/26/25

ACCT# 110174-00

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

CLAIMANT

NICOLE S WOOTEN
902 PEACHTREE FOREST TERR
PEACHTREE CO GA   30092

EMPLOYER

DEPARTMENT OF BEHAVIORAL
C/O EXPERIAN EMPLOYER SERV
P.O. BOX 1180
LONDONDERRY  NH   03053

### SECTION I - CLAIM DETERMINATION

Benefits are allowed as of 10/26/25.

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194(2)(B)(ii) of the Employment Security Law says that you can be paid unemployment benefits if you are fired for failure to perform your job duties, but you did not deliberately fail or wilfully neglect to perform those duties.  The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits.  If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time.  To do this, you must find other work and earn wages covered under unemployment law.  The covered wages must be at least ten times the weekly amount of your claim.  If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

### SECTION III - REASONING

You were fired because you did not meet case hour quota. You were following all of the company's sales methods. Your case hours were good in the past using those same methods.  Despite your best efforts you were unable to maintain your employer's quota. The available facts show you did not deliberately fail to perform the duties for which hired. Therefore, you can be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

### SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal by 12/01/25 . If you wish to file an appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook for more details.

| Georgia Department of Labor | 11/10/25 | 11/12/25 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

EXHIBIT
**32**

NW004279