PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

**550260558**

**From:** FERNANDEZ, NANCY <NANCY.FERNANDEZ@CBP.DHS.gov>
**Sent:** Wednesday, September 18, 2024 6:43 AM
**To:** Richardson, Jacqueline D <JACQUELINE.D.RICHARDSON@CBP.DHS.GOV>; REBOLLO, JUAN A. <JUAN.A.REBOLLO@cbp.dhs.gov>
**Cc:** SANCHEZ, GLENDA L <GLENDA.L.SANCHEZ@CBP.DHS.GOV>
**Subject:** RE: WebOPUS Message Needing Response

Good morning,

Nicole Wooten's disability retirement was approved effective 7/27/24.

Thank you.


Nancy Fernandez
Mission Support Specialist-HR Team Leader
CBP Field Operations San Juan
Tel. (787) 729-6965 / 6999
Nancy.Fernandez@cbp.dhs.gov

**EXHIBIT**
**33**

NW001753