# PULMONARY & SLEEP MEDICINE ASSOCIATES, L.L.P.
## PULMONARY DISEASES * SLEEP DISORDERS * CRITICAL CARE MEDICINE ^ INTERNAL MEDICINE



Praveen Rastogi, M.D.,
F.C.C.P., F.A.A.S.M

Carlette J. Graham, M.D.

Daniel Robins, M.D.

André Holmes, M.D., F.C.C.P.

Himabindu Reddy, M.D.

Rennie Abraham, FNP-C

(770) 996-6699
Fax (770) 997-4790

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road,
Suite 101
Fayetteville, GA 30215

July 22, 2024

Re: Nicole Wooten
DOB: ███████

To Whom It May Concern:

I do agree with the second opinion consult by Dr Muraina. She would benefit from working in sedentary job. I believe that at this point she would benefit from working from home for her workday.

Sincerely,

Electronically Signed by: Carlette Graham, MD –Author on July 22, 2024 02:30:55 PM

**EXHIBIT 34**

NW001773