U.S. Department of Homeland Security
1699 Phoenix Parkway
College Park, Georgia 30349



**U.S. Customs and
Border Protection**

March 23, 2023

Mr. Verlon McSween
President, Chapter # 200
National Treasury Employees Union (NTEU)

RE: CBPO Nicole Wooten – GR# 202251040004 - Hardship Denial

Dear Mr. McSween,

This is written in response to our Step II Grievance (GR# 202251040004)
meeting held on February 13, 2023, in which it was alleged Management violated Article 39
(Reassignments), Section 2 (E)(4) of the Collective Bargaining Agreement (CBA).

### Grievance Issue:

Whether or not Management violated Article 39 (Reassignments), Section 2 (E)(4) of the
Collective Bargaining Agreement (CBA).

### Background:

CBPO Nicole Wooten was hired by CBP on October 10, 2020, and is assigned to Henry Rohlsen
Airport in the city of Christiansted on the island of St. Croix in the U.S. Virgin Islands. CBPO
Wooten was required to submit a medical clearance form for her asthma condition before being
hired by CBP. CBPO Wooten requests transfer to the Port of Atlanta, Georgia due to the lack of
specialty care on the island of St. Croix and the establishment of medical care since her return to
the Atlanta area in August 2022. CBPO Wooten has been on Leave Without Pay (LWOP) since
approximately August 10, 2022.

CBPO Wooten resided in the state of Georgia before entering on station at Henry Rohlsen
Airport on October 27, 2020. Initially, due to the COVID-19 pandemic, CBPO Wooten was
unable to complete training at the Federal Law Enforcement Training Center (FLETC). CBPO
Wooten was approved a temporary reassignment to the Port of Atlanta due to the shutdown of
the FLETC. Ultimately, on September 29, 2021, CBPO Wooten graduated from FLETC and
returned to her assigned port on St. Croix.

CBPO Wooten reports the diagnosis of asthma at seven (7) years old and states the asthma was
previously well-controlled. Asthma triggers included allergens and upper respiratory tract
infections and she "rarely" required use of her albuterol inhaler which was prescribed on an as-



**EXHIBIT
35**

NW001521

needed basis. A pulmonology pre-employment medical assessment by Dr. Albin for asthma on September 14, 2018, noted a Pulmonary Function Test (PFT) with "normal flow volumes as well as normal diffusing capacity" and clearance to perform the required job tasks for the position of CBP Officer. CBPO Wooten states that "since arriving on the island [of St. Croix]", she had to increase her albuterol to "daily, sometimes twice daily" usage due to the exposure to dust clouds and notes the "port is also across from a landfill, where various waste items are burned, such as tires, creating a thick smoke that affects her lungs and breathing." While visiting Georgia, CBPO Wooten was evaluated by Allergy / Immunology physician Thomas Chacko, MD, on July 15, 2022. Dr. Chacko noted worsening asthma symptoms requiring more frequent albuterol use since CBPO Wooten moved to the Virgin Islands. The lung exam was clear to auscultation bilaterally and a PFT was normal. Dr. Chacko prescribed daily Symbicort, which contains an inhaled steroid, for CBPO Wooten's asthma while noting the additional diagnoses of chronic hives, nasal congestion, and allergic rhinitis.

On August 8, 2022, while on duty, CBPO Wooten was travelling to the Lime Tree Refinery to complete facial control for a vessel. As a result of a fire at a nearby refinery, CBPO Wooten reports that she was exposed to "thick black smoke" and "began coughing and could hardly breathe." CBPO Wooten's albuterol inhaler failed to "relieve the tightness in her chest and the wheezing" and she experienced shaking, vomiting, and chest pain. CBPO Wooten asserts that she later "found out from the Environmental Protection Agency's (EPA) website, the petroleum coke she inhaled/was exposed to contained sulfur dioxide".

Subsequently August 8, 2022, CBPO Wooten was evaluated in urgent care for chest pain and shortness of breath. CBPO Wooten's oxygen saturation was 100% and her lung exam showed mildly decreased air movement and "abnormal breath sounds wheezing". While at the urgent care facility, CBPO Wooten received two nebulized treatments of albuterol/ipratropium and a steroid injection and was discharged home on an oral steroid.

On August 9, 2022, CBPO Wooten was evaluated in the emergency room for tremors and headache, and on August 10, 2022, CBPO Wooten was evaluated in urgent care by Dr. Campbell due to fumes from a nearby landfill fire causing chest tightness and tremors. Dr. Campbell noted the employee's oxygen saturation was 98% and she appeared to be "in distress." Her lung exam showed mildly decreased air movement but was otherwise clear to auscultation. Dr. Campbell diagnosed CBPO Wooten with asthma and reactive airway disease and noted "extreme breathing crisis". CBPO Wooten was treated with a steroid injection and the employee reports receiving "4 vials of inhalation solution", although this treatment is not included in Dr. Campbell's clinic note.

Subsequently on August 9, 2022, CBPO Wooten filed an OWCP claim (CL# 550260558) Traumatic Injury with the Department of Labor (DOL) indicating she sustained an injury or medical condition on August 8th due to her worsened Asthma.

CBPO Wooten reports a virtual health appointment with her primary care physician Dr. Acker, who is located in Georgia, on August 11, 2022. Per CBPO Wooten, Dr. Acker "immediately stated she needed to see a Pulmonologist and that her lungs had been compromised".

NW001522

On August 14, 2022, CBPO Wooten was evaluated in the emergency room for chest tightness, tremor, and lightheadedness and was discharged after a reportedly normal evaluation with CT scan, blood tests, and chest x-ray.

On August 15, 2022, a pulmonary function test was ordered but CBPO Wooten was unable to complete the test due to shortness of breath and chest tightness.

CBPO Wooten states that there no Pulmonologists on the Island of St. Croix and on August 16, 2022, she "had no choice but to purchase a last-minute plane ticket and return Georgia. CBPO Wooten has been in Georgia since August 2022 receiving care "from her primary care physician, a pulmonologist for her chest tightness, and a neurologist for my headaches and shaking." CBPO Wooten states, "it has been confirmed that the Petrochemical smoke has compromised her lungs, but the burning of waste will always be an issue for her lungs / asthma."

Dr. Otusanya reports that CBPO Wooten's symptomatology and PFT are suggestive of reactive airway dysfunction syndrome and opines that CBPO Wooten's history of "exposure to sulfur dioxide could be contributing to/aggravating her airflow limitation". Dr. Otusanya states the diagnoses are "[r]eactive airway disease/poorly controlled asthma" and prescribed Advair and Singulair.

On September 20, 2022, CBPO Nicole Wooten submitted a hardship transfer request that was received by Atlanta Field Office Mission Support on October 18, 2022. CBPO Wooten is requesting a hardship reassignment from St. Croix, VI to Atlanta, GA due to her asthma condition worsening at her current duty station.

On November 14, 2022, CBPO Wooten's OWCP Claim was denied as a result of CBPO's medical provider failing to establish that CBPO Wooten sustained an injury and/or medical condition casually related to CBPO Wooten's performance at work.

On November 22, 2022, management sought consultation from the MFB whether the medical documentation provided by CBPO Wooten supports her request for a hardship transfer. On November 30, 2022, the MFB opined that the circumstances leading to the hardship occurred prior to the employee's acceptance of the position at her current duty station and that the condition was treatable at her current duty station.

On December 7, 2022, the Atlanta Field Office issued CBPO Wooten a decision letter denying her hardship request transfer, citing the parameters found in Article 39, Section 2 (E)(3) and (4)(a)(2).

On Monday, December 19, 2022, NTEU filed a Step I grievance alleging that CBPO Wooten does meet the hardship criteria defined in the Collective Bargaining Agreement.

A Step I grievance meeting was held on January 6, 2023.

**NW001523**

On January 12, 2023, Dr. Otusanya, describes CBPO Wooten's symptoms as "short of breath on exertion, chest tightness and wheezing", productive cough, and she is unable to carry out her daily activities as "putting on her clothes wear her out."

Dr. Otusanya states CBPO Wooten "needs to continue to see a pulmonologist till [sic] her respiratory symptoms are well controlled".

Dissatisfied with the Step I decision, on February 1, 2023, NTEU filed a Step II grievance.

On or about February 9, 2023, CBPO Wooten provided medical documentation from Olufisayo Otusanya, MD indicating that CBPO Wooten could return to duty on March 3, 2023, but with restrictions which would only allow CBPO Wooten to work four (4) hours a day, five (5) days a week.

On or about February 28, 2023, CBPO Wooten submitted a request for Reasonable Accommodation with St. Croix management.

### Meeting Details:

On February 13, 2023, a Step II grievance meeting was held via video conference. Present at the meeting were Assistant Director Field Operation (ADFO), Mission Support Patti Crow, LER Specialist James Lee, NTEU Chapter 200 President Verlon McSween, NTEU Steward Amanda Gagarin, and CBPO Nicole Wooten.

***Management was approved an extension to provide the Step II decision to allow management an opportunity to consult with the Medical Fitness Branch (MFB) regarding the documentation provided by CBPO Wooten in support of her request for a Hardship Reassignment. ***

### NTEU's Position:

- CBPO Wooten's medical condition was caused or aggravated by an incident while at work.
- Prior to her job placement at the St. Croix POE, CBPO Wooten's asthma had been controlled.

- CBPO Wooten's Asthma has become exacerbated since arriving at her current duty station, CBPO Wooten should qualify for a hardship transfer. she has been in Atlanta for

### Requested Remedy:

Grant CBPO Wooten's hardship transfer request to the Atlanta Field Office, Port of Atlanta.

### Management Position and Decision:

I have reviewed the facts and circumstances surrounding this grievance, as well as supporting documentation. The NTEU Collective Bargaining Agreement (CBA) Article 39 (Reassignments) define the applicability of requests for Hardship Reassignment to exist in only narrow

NW001524

circumstances. Specifically, Article 39, Section 2E (Hardship Reassignment) outline the requirements which must be met to qualify for a Hardship Reassignment.

Per NTEU CBA Article 39 Section 2 E (4) (a), "Qualified hardships include when an employee experiences a medical condition that is 1) serious in nature and the 2) condition is not treatable in the employee's current duty station." In the instant case, on August 8, 2022, while on duty, CBPO Wooten reports that she was exposed to "thick black smoke" and "began coughing and could hardly breathe" as a result of a fire at a nearby refinery. CBPO Wooten was evaluated twice in urgent care and twice in the emergency room in the Virgin Islands between August 8, 2022, and August 1, 2022, and treated for an exacerbation of her asthma and reactive airway disease. While the CBPO Wooten has a history of well-controlled asthma since childhood, CBPO Wooten's breathing condition appears to have worsened while residing in St. Croix and has persisted since her return to Georgia. Dr. Otusanya opines that CBPO Wooten's breathing symptoms may be aggravated by the "exposure to sulfur dioxide" or "to an unidentified allergen". CBPO Wooten reports that there are no pulmonology specialists on the island of St. Croix and management research indicates that the nearest pulmonologist is located on the island of Puerto Rico, which is approximately 100 miles from the Island of St. Croix.
CBPO Wooten requires ongoing evaluation and treatment with pulmonology that is not readily available in the vicinity of Christiansted, Virgin Islands.

Therefore, based on the additional information provided, it is my decision that this case meets the established criteria for medical hardship reassignment.

The Atlanta Field Office is able to approve your request for a hardship transfer to the Port of Atlanta. We will coordinate the effective date with the San Juan Field Office and provide you with that information.

In light of the above, including the additional medical supporting documentation received subsequent to the second step meeting, I am sustaining the grievance. If you are not satisfied with this decision, you may file a Step III Grievance in accordance with Article 27 of the CBA.

Sincerely,

Patti A. Crow

Patti Crow
ADFO, Mission Support
Atlanta Field Office

NW001525