PRINTED FROM ECOMP — nissiabell10@gmail.com    11/21/2024



## OYEKUNLE ISMAIL MURAINA, MD, FCCP

ABIM CERTIFIED IN INTERNAL MEDICINE, PULMONARY DISEASE AND CRITICAL CARE
MEDICINE

| | | |
|---|---|---|
| **Patient Name:** Wooten, Nicole | Sex: Female | **Birthdate:** ~~07/12/1985~~ |
| **Address:** ~~redacted~~ | | **Phone:** ~~redacted~~ |
| **Exam Date:** April 19,2024 | | **Injury Date:** 08/08/2022 |

QTC Medical Services
924 Overland Ct
San Dimas, CA 91773-1742
Attn: 065C

### Second Opinion Pulmonary Examination

1. I have reviewed the statement of accepted facts (SOAF) and the provided medical reports. Nicole Wooten was seen and evaluated at my office on April 19, 2024.

2. **History:**

   Nicole Wooten is employed by the Department of Homeland Security as a Border Patrol Officer in Kingshil, US Virgin Islands. She reports injury that occurred while she was waiting to board a vessel at the One Estate Hope Refinery Facility, St. Croix. She was exposed to Petroleum 'coke' burning smoke and she immediately developed shortness of breath associated with chest tightness, wheezing, nausea, and vomiting. She has history of bronchial asthma and used her Albuterol inhaler but this did not provide any relief.

   She went to an urgent care center (Acute Alternative Medical Group) in Christiansted where evaluation revealed evidence of bronchospasm. She was treated with inhaled bronchodilators via nebulizer and given steroid injection with some improvement. The symptoms however returned, and she went back to the Urgent Care Center on 8/10. She was treated again with nebulizer treatment and steroid injection. The symptoms however continued, and she was seen by her primary physician on 8/11/22 and 8/18. She was then referred to a Pulmonologist and has been following with both since then.

560 First Street ~ P.O. Box 4645 ~ Macon, GA 31208 ~ Tel. (478) 744-9603 ~ Cell. (478) 747-7515
Fax. (478) 744-9552 ~ Email. drmuraina@maconlungcenter.org

1

NW001738

**EXHIBIT**

**3**

Received: 10/23/2024 - Case:                  - Page 9 / 997

PRINTED FROM ECOMP - rssnantell10@gmail.com - 11/21/2024



**OYEKUNLE ISMAIL MURAINA, MD, FCCP**

ABIM CERTIFIED IN INTERNAL MEDICINE, PULMONARY DISEASE AND CRITICAL CARE MEDICINE

CT scan of the chest done by the Pulmonologist was essentially normal except for minimal subpleural scarring at the left lung apex. She has been treated with multiple courses of steroid. She was also prescribed long-acting asthma maintenance medication, Advair inhaler, Trelegy inhaler and Montelukast tablets without adequate response. She reports temporary and short-lived response to nebulizer treatments with Aformoterol, Yupelri and Budesonide.

She has not returned to work since August 9, 2022. She continues to have shortness of breath with minimal activity, and she is not able to perform normal house chores. She also has frequent chest tightness with minimal activity and occasional wheezing. No dizziness or loss of consciousness. Review of systems is significant for anxiety, depression with occasional nasal congestion and nasal discharge.

Past medical history is significant for moderate persistent asthma, allergic rhinitis and depression following the injury. She is a former smoker who quit in 2016 but she reports infrequent smoking before she quit and estimated pack years of smoking is less than one year. No history of excessive alcohol use or illicit drug use. Family history is noncontributory.

3. **Physical examination:**

She is a well appearing, female, blood pressure was BP: 144/86 mm Hg, HR: 67 /min, RR: 15, Temp: 97.6 F, Oxygen saturation: 89% on room air. She is 65 inches tall and weighs 207 lbs. with BMI of 34.44. She is well-developed in mild distress at rest. Chest examination revealed good chest excursion without significant dyspnea at rest. There is resonant percussion note and normal tactile fremitus. She has vesicular breath sounds bilaterally with mild scattered coarse rales. No wheezes. Cardiovascular examination and the rest of the physical examination were normal.

560 First Street ~ P.O. Box 4645 ~ Macon, GA 31208 ~ Tel. (478) 744-9603 ~ Cell. (478) 747-7515
Fax. (478) 744-9552 ~ Email. drmuraina@maconlungcenter.org

2

NW001739

PRINTED FROM ECOMP - rsshantell15@gmail.com - 11/21/2024





**OYEKUNLE ISMAIL MURAINA, MD, FCCP**
ABIM CERTIFIED IN INTERNAL MEDICINE, PULMONARY DISEASE AND CRITICAL CARE
MEDICINE

### 4. Objective Test Results:

Chest x-ray shows that the lungs are well expanded and clear with normal pulmonary vascularity and without any infiltrates, masses, or effusion. Pulmonary function tests: spirometry is uninterpretable as patient could not perform acceptable and reproducible spirometry data, lung volumes show mild restrictive defect and air trapping. Diffusion capacity for carbon monoxide was essentially normal. Six-minute walk reveal oxygen saturation of 89% at rest with desaturation down to 82% by the second minute of the test and the study was discontinued at this point as patient was very dyspneic and was complaining of chest tightness. The maximal heart rate was 76 in the second minute.

### 5. Updated diagnoses:

1. Severe persistent asthma, uncomplicated - J45.50
2. Chronic respiratory failure with hypoxia - J96.11
3. Airway disease due to other specific organic dusts - J66.8
4. Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals – Z77.098
5. Shortness of breath - R06.02 (Primary)

There is direct causal relationship between the diagnoses above and the work-related injury of exposure to Petroleum 'coke' burn smoke necessitating prolonged debility with aggravation of the pre-existing asthma and respiratory failure with hypoxia.

### 6. Has the work-related conditions resolved?

It is my opinion that the work-related injury related to exposure to the Petroleum coke burning has not resolved. She still reports significant pulmonary disability with shortness of breath and chest tightness with minimal activity including performing regular activities of daily living. The physical examination performed by me confirms this with hypoxemia on room air (oxygen saturation of 89%) on arrival to my office.

---

560 First Street ~ P.O. Box 4645 ~ Macon, GA 31208 ~ Tel. (478) 744-9603 ~ Cell. (478) 747-7515
Fax. (478) 744-9552 ~ Email. drmuraina@maconlungcenter.org

3

NW001740

PRINTED FROM ECCMP - rsshantell10@gmail.com - 11/21/2024



**OYEKUNLE ISMAIL MURAINA, MD, FCCP**
ABIM Certified in Internal Medicine, Pulmonary Disease and Critical Care Medicine

---

The oxygen saturation dropped down to 82% within 2 minutes of the six-minute walk. She was unable to perform acceptable and reproducible spirometry but the lung volumes reveal mixed obstructive and restrictive defect. It is also my opinion that she has reached a fixed and stable state (maximum medical improvement has been obtained) since the symptoms have persisted for almost 2 years since the injury occurred.

7. **Prognosis?**

The prognosis appears to be poor especially with evidence of chronic respiratory failure with hypoxemia at rest that worsens with minimal activity. The hypoxemia cannot be explained solely by obstructive airway disease due to bronchial asthma, there must be an underlying pulmonary parenchymal or vascular component responsible for this. I will recommend further workup with CT pulmonary angiogram including high resolution CT scan of the chest.

8. **Based on the clinical presentation, is Nicole Wooten is currently incapable of returning to her date of injury job as outlined in the Statement of accepted facts.** According to the Statement of Accepted Facts (SOAF).

'Duties of a Border Patrol Office includes frequent and recurring surveillance in which there is a considerable amount of walking, stooping, bending, and climbing. The agent also may be required to lift and carry moderately heavy objects occasionally. Work environment involves frequent exposure to potentially dangerous situations or unusual environmental stress, such as operating automobiles in high-speed chases, boarding moving trains and vessels, or exchanging gunfire. May be required to work long and irregular hours, on weekends and at night, frequently changing shifts, and duty stations. Assignments are subject to change without advance notice.' **It is my opinion that she will not be able to perform any of the above highlighted duties with her current pulmonary status. The most she can perform will be sedentary duties that involve sitting at a desk for most of the workday.**

---

560 First Street ~ P.O. Box 4645 ~ Macon, GA 31208 ~ Tel. (478) 744-9603 ~ Cell. (478) 747-7515
Fax. (478) 744-9552 ~ Email. drmuraina@maconlungcenter.org

4

NW001741

PRINTED FROM ECOMP. aishantell10@gmail.com - 11/21/2024





## OYEKUNLE ISMAIL MURAINA, MD, FCCP

ABIM CERTIFIED IN INTERNAL MEDICINE, PULMONARY DISEASE AND CRITICAL CARE
MEDICINE

Thank you for allowing me to participate in the evaluation of this patient.



Oyekunle Ismail Muraina, MD, FCCP

04/22//2024.

560 First Street ~ P.O. Box 4645 ~ Macon, GA 31208 ~ Tel. (478) 744-9603 ~ Cell. (478) 747-7515
Fax. (478) 744-9552 ~ Email. drmuraina@maconlungcenter.org

5

NW001742