August 31, 2022

MEMORANDUM FOR: Gregory Alvarez

                Director of Fields Operations

                Atlanta Field Office

THROUGH:        Patricia Joshua

                Port Director

                St. Croix Field Office

FROM:             Nicole Wooten

                CBP Officer

                St. Croix Field Office

Re: Hardship Request

The purpose of this memorandum is to request a hardship transfer to the Port of Atlanta due to a medical condition.

**The DHS and CBP NTEU NCBA reads in Article 39 Section 2(E)4:**

**(a) A medical condition:**

**(1) That is serious in nature, and**

**(2) The condition is not treatable in the employee's current duty station**

**(e.g., a severe condition which might be alleviated by relocation to**

**another geographic area would not be considered a significant hardship**

**unless the condition cannot be alleviated or controlled by recognized**

**medical treatment in the employee's current duty station);**

Prior to receiving my final offer letter for US Customs and Border Protection, I was required to submit a medical clearance form for my asthma condition. (Please see the attached documents) Prior to my job placement at St. Croix, my asthma has always been controlled. As a child, I was prescribed an inhaler on an as needed basis as depending upon the weather, allergens or a severe cold could cause me to wheeze. Yet, my condition, even as an adult, has yet to require a medication adjustment.

I have always exercised, averaging 3-5 times a week, including cardio and weight training. Since arriving on the island, I have had to increase my usage of albuterol, so instead of it being on an as needed basis, I have been using my inhaler daily, sometimes twice a day. Since my inhaler usage has increased, I was prescribed a rescue inhaler, Symbicort. Symbicort contains steroids and I was



EXHIBIT

4

NW001710

instructed to use it twice a day, along with some nasal sprays. The island has Saharan dust clouds that cover the sky during the summer months, triggering my asthma, affecting my lungs and my ability to breathe. The port is also across from a landfill, where various waste items are burned, such as tires, creating a thick smoke that affects my lungs and breathing.

On August 8th, 2022, my lungs were extremely compromised. I was heading to the lime tree refinery to complete facial control for a vessel. Once I arrived at the side of the dock, I noticed a thick black smoke. Firemen were on sight dealing with the issue, but when I rolled up the government truck window, I immediately felt the smoke enter my lungs. I began coughing and could hardly breathe. Once I was near my inhaler, I attempted to use my medication to open up my airway. My inhaler failed to relieve the tightness in my chest and the wheezing. I was shaking extremely bad, vomiting, had chest pains, and heavily wheezing. I was rushed to the nearest urgent care facility. At the urgent care facility, I was administered 4 vials of inhalation solution, as well as a steroid shot. It helped, but the next day, Tuesday, August 9th, I was still experiencing shaking (tremor), and a headache. I went to the emergency room that day, with no help for my issues.

On Wednesday, August 10th, I attempted to return back to work. That morning the landfill waste management was burning something, again, the landfill is right across from the Henry Rohlsen Airport where I work. I could smell the fumes coming through my AC unit in the car as I drove to work. Once at work, I could still smell the fumes and my chest started to get tight again, and I began shaking (tremors). I left work and went back to the urgent care, which I was administered another 4 vials of inhalation solution and another steroid injection. I was given an order to have a chest x-ray completed, and scheduled for a pulmonary function test to determine how well my lungs were working.

It was discovered that the refinery had a fire, which resulted in the burning of petroleum coke and it had been burning for 4 days prior to me arriving on August 8th. On Thursday, August 11th, I had a virtual appointment with my primary physician, Dr. Acker, whom immediately stated I needed to see a Pulmonologist and that my lungs had been compromised. I explained to her that there was no Pulmonologist on island. Dr. Acker prescribed me a different rescue inhaler. She submitted it to my pharmacy in St. Croix and placed me on medical leave. I completed the chest x-ray on Friday, August 12th.

On Sunday, August 14th, I washed a load of clothes and became really fatigued. I was still feeling chest tightness, shaking, and I became lightheaded and was nauseous. I called 911 to request an ambulance and was taken to the ER. Once my vital signs were taken, I had to wait in the ER waiting room for over an hour, even though I went in by ambulance complaining of the same chest tightness, and being lightheaded. Once I was finally in the back room, I asked the doctor to do a CT scan, the ER doctor asked me "for what" in a snarky manner. I explained based on a tip from my mother's cardiologist. The ER doctor then stated she would see what shows on the blood test. Blood tests were run and an x-ray of my chest was done. Everything showed normal. The ER doctor told me I needed to see a primary care doctor and discharged me, yet, I have been having the same symptoms since the 8th of August with no relief. There is no Pulmonologist (respiratory specialist) on St. Croix.

On Monday, August 15th, I went to the urgent care to complete my Pulmonary function test that I was scheduled for. I couldn't breathe in the machine to complete the test because my chest would become extremely tight from breathing deeply. The test had to be canceled since I was unable to physically complete it, then I was instructed by the doctor I needed to be seen for my breathing and chest

NW001711

tightness. I was instructed to wait in the lobby and had been there for over an hour without being seen. I decided to leave. No one has been helping me. The health care system is unreliable in the Virgin Islands, hence the reason many people who live there travel back to the mainland for their medical care, or even Puerto Rico. I purchased a last minute plane ticket and flew home to Georgia on Tuesday, August 16th.

Since I've been home, I have seen my primary care physician, a Pulmonologist for my chest tightness and a neurologist for my headaches and shaking. I've been able to get scheduled for the necessary test in hopes of getting me back to my normal self. It has been confirmed that the smoke has compromised my lungs,  but the burning of waste will always be an issue for my lungs/asthma. I am still on the mend, but praying that sooner than later, I can go back to doing what I love, working out, but most importantly, not being in pain.

I need to be at a place where I know my health concerns will be a priority and addressed in a timely manner. If I am unable to breathe, I run a huge risk of dying. Being in St. Croix is putting my health at a huge risk. I love my job and the agency. I switched careers because I wanted to be a part of Customs and Border Protection, having the ability to make a change and keep our borders safe. I hope that my hardship request is thoroughly considered, and granted, so I can focus on getting back to my healthy self.


Best Regards,

Nicole S Wooten
US Customs and Border Protection
CBP Officer
Port of St. Croix Virgin Islands
404-906-9397

NW001712