IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

NICOLE WOOTEN,

     Plaintiff,

vs.               Case No. 1:23-CV-00012

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING and
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

     Defendants.

THE ORAL DEPOSITION OF

PORT HAMILTON REFINING AND TRANSPORTATION

as a 30(b)(6) witness through its representative, FERMIN RODRIGUEZ, also personally, was taken on the 15th day of April, 2025, at the Law Offices of Andrew C. Simpson, 2191 Church Street, Suite 5, Christiansted, St. Croix, U.S. Virgin Islands, and via Zoom teleconference, between the hours of 9:17 a.m. and 1:34 p.m. AST, pursuant to Notice and Federal Rules of Civil Procedure.

Reported by:

Susan C. Nissman RPR-RMR
Registered Merit Reporter
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-8161

APPEARANCES

A-P-P-E-A-R-A-N-C-E-S

For the Plaintiff:

Law Offices of
Lee J. Rohn & Associates, LLC
1108 King Street, Third Floor
Christiansted, St. Croix
U.S. Virgin Islands 00820

By: Robin P. Seila
    Alanah Lucantonio, Assistant

For the Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals:

Law Offices of Sherman
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

By: Damia King
    Eric D. Coleman

For the Defendant Port Hamilton Refining and Transportation:

Law Offices of
Andrew C. Simpson
2191 Church Street, Suite 5,
Christiansted, St. Croix
U.S. Virgin Islands 00820

By: Andrew C. Simpson

APPEARANCES

For the Defendant West Indies Petroleum, Ltd.:

Law Offices of
CSA Associates, P.C.
1138 King Street, Suite 100
Christiansted, St. Croix
U.S. Virgin Islands 00820

By: Ryan C. Stutman (Via Zoom)

Also Present:   Nicole Wooten (Via Zoom)
              Jeffrey Charles (Via Zoom)

INDEX

E-X-A-M-I-N-A-T-I-O-N

| Description | Counsel | Page |
|---|---|---|
| Direct | by Ms. Seila | 8 |

E-X-H-I-B-I-T-S

| Exhibit | Description | Page |
|---|---|---|
| 179 - | Notice of 30(b)(6) Deposition of Port Hamilton Refining and Transportation | 11 |
| 212 - | Photograph | 48 |
| 213 - | Photograph | 49 |
| 214 - | Photograph | 50 |
| 215 - | Photograph | 50 |
| 216 - | Photograph | 50 |
| 217 - | Photograph | 51 |
| 218 - | Photograph | 52 |
| 219 - | Photograph | 53 |
| 220 - | Photograph | 54 |
| 221 - | Photograph | 54 |
| 222 - | Photograph | 55 |
| 223 - | Photograph | 56 |
| 224 - | Photograph | 57 |
| 225 - | Photograph | 58 |
| 226 - | Photograph | 60 |
| 227 - | Photograph | 60 |
| 228 - | Photograph | 63 |
| 229 - | Photograph | 64 |

Susan C. Nissman, RPR-RMR
(340) 773-8161

**EXHIBIT**

**6**

INDEX

| 230 - | Photograph | 65 |
| 231 - | Photograph | 65 |
| 232 - | Photograph | 66 |
| 235 - | Photograph | 68 |
| 236 - | Photograph | 69 |
| 237 - | Photograph | 71 |
| 239 - | Photograph | 72 |
| 240 - | Photograph | 72 |
| 241 - | Photograph | 73 |
| 242 - | Photograph | 74 |
| 243 - | Photograph | 75 |
| 245 - | Photograph | 75 |
| 246 - | Photograph | 76 |
| 247 - | Photograph | 76 |
| 248 - | Photograph | 77 |
| 96 - | Photographs (437) | 78 |
| 176 - | [08-20-23-2023-Dome-1-Timewise-dis-report]-03-14-2025.xls] | 86 |
| 101 - | 2022-08-07 at 1405.mov | 89 |
| 115 - | 2022-08-08 1429.mov | 90 |
| 116 - | 2022-08-11 at 1955 | 91 |
| 1 - | Bates Stamp PHRT-wooten 001541 | 94 |
| 2 - | Bates Stamp PHRT-wooten 000540-000535 | 94 |
| 3 - | Bates Stamp PHRT-wooten 000542-000543 | 100 |

Susan C. Niasman, RPR-RMR
(340) 773-8161

INDEX

| 4 - | Bates Stamp PHRT-wooten 000536-000538 | 101 |
| 9 - | Job Safety Analysis | 102 |
| 13 - | Bates Stamp PHRT-wooten 001532-001555 | 105 |
| 14 - | Bates Stamp PHRT-wooten 000539-001558 | 106 |
| 15 - | Bates Stamp PHRT-wooten 001575-001575 | 107 |
| 16 - | Bates Stamp PHRT-wooten 000001-000009 | 108 |
| 16A - | Bates Stamp PHRT-wooten 001914-001915 | 118 |
| 17 - | Bates Stamp LBT_000235-000236 | 119 |
| 18 - | Bates Stamp PHRT-wooten 000431-000483 | 120 |
| 19 - | Bates Stamp LBT001112-001115 | 121 |
| 20 - | Bates Stamp LBT001213-001214 | 123 |
| 22 - | Bates Stamp PHRT-wooten 001594 | 124 |
| 24 - | Bates Stamp PHRT-wooten 001872-001873 | 125 |
| 31 - | Bates Stamp PHRT-wooten 001910-001911 | 125 |
| 33 - | Bates Stamp PHRT-wooten 001567-001576 | 127 |
| 38 - | Bates Stamp PHRT-wooten 000016-000019 | 128 |
| 39 - | Bates Stamp PHRT-wooten 001595-001596 | 130 |
| 40 - | Bates Stamp PHRT-wooten 001526 | 130 |

Susan C. Niasman, RPR-RMR
(340) 773-8161

7

INDEX

| 41 - | Bates Stamp PHRT-wooten 001871 | 131 |
| 42 - | Bates Stamp PHRT-wooten 000020-000023 | 132 |
| 46 - | Bates Stamp PHRT-wooten 000027 | 132 |
| 49 - | Bates Stamp LBT_000217-000222 | 133 |
| 50 - | Text Messages | 134 |
| 51 - | Bates Stamp PHRT-wooten 001560-001566 | 136 |
| 52 - | Bates Stamp PHRT-wooten 001521 | 136 |
| 53 - | Bates Stamp PHRT-wooten 000032-000033 | 137 |
| 53A - | Bates Stamp LBT000517 | 139 |
| 54 - | Bates Stamp PHRT-wooten 001522 | 140 |
| 58 - | Photograph | 140 |
| 63 - | Bates Stamp PHRT-wooten 001613 | 141 |
| 65 - | Bates Stamp PHRT-wooten 000036 | 142 |
| 66 - | Bates Stamp PHRT-wooten 001614 | 143 |
| 68A - | Bates Stamp PHRT-wooten 001862 | 143 |
| 85 - | Port Hamilton's Responses to Plaintiff's Interrogatories | 144 |
| 84 - | Port Hamilton's Responses to Ocean Point First Interrogatories | 145 |
| 90 - | Cross Claim of Port Hamilton Refining and Transportation, LLLP | 146 |
| 249 - | Decoking Technologies | 152 |

Susan C. Niasman, RPR-RMR
(340) 773-8161

8

PHRT - FERMIN RODRIGUEZ — DIRECT

FORT HAMILTON REFINING AND TRANSPORTATION, through its representative, FERMIN RODRIGUEZ, called as a witness, having been first duly sworn, testified on his oath as follows:

DIRECT EXAMINATION

BY MS. SEILA:

Q.   Hi.  Good morning, Mr. Rodriguez.  My name is Robin Seila, and I'm one of the attorneys working on this case on behalf of the plaintiff.

Can you please state and spell your name for the record?

A.   Fermin Rodriguez.  F-E-R-M-I-N; Rodriguez. R-O-D-R-I-G-U-E-Z.

Q.   Thank you.

And what month were you born?

A.   ▓▓▓▓▓▓▓▓▓▓▓

Q.   Okay.  And have you ever been deposed before?

A.   Yes, ma'am.

Q.   Approximately how many times?

A.   More than a couple of times.

Q.   When was the last time you were deposed?

A.   About a year ago.

Q.   Okay.  So you're fairly familiar with this process; is that right?

A.   Yes.

Susan C. Niasman, RPR-RMR
(340) 773-8161

EXHIBIT
6

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. So I just want to remind you that the court reporter's taking down everything that we say, and so it's important for us to not talk over one another, so that she can take down a clear record, okay?

A. Okay.

Q. And I also want to remind you that if I ask an unclear question, and you don't understand what I'm asking, to please tell -- let me know that my question was not clear, okay?

A. Okay.

Q. And then if you need to take a break at any time, I'm happy to accommodate that. I just ask that you finish answering the question that I just asked before we take a break.

A. Okay.

Q. Okay. And you understand that you're under oath, and you've sworn to tell the truth? Do you understand that?

A. Yes.

Q. Okay. Perfect.

Where were you born?

A. Puerto Rico.

Q. Okay. And how long have you lived on St. Croix?

A. On/off 35 years.

Q. Okay. And what brought you to St. Croix?

A. I came here as a process engineer for the

Susan C. Nissman, RPR-RMR
(340) 773-8161

PHRT - FERMIN RODRIGUEZ -- DIRECT

refinery, HOVENSA.

Q. Okay.

A. And later on, left in 2010, and was brought back in 2019 as a consultant.

MR. SIMPSON: Just to be clear, you started with HOVENSA or with HOVIC?

A. HOVIC.

Q. (Ms. Seila) Okay. And what year did you start with HOVIC?

A. I don't know the transition period of that one.

Q. Okay. All right. What did you do to prepare for this deposition today?

A. I talked with counsel, and reviewed some documents.

Q. Okay. What documents did you review?

A. I don't recall which ones. It's a lot.

Q. Okay. Did you review any additional documents, other than the ones that have been produced in this case?

A. No.

Q. Okay. Did you talk to anyone, other than counsel, to prepare for this deposition today?

A. No.

Q. Was there anyone that you wanted to talk to, but you could not locate to talk -- to speak to them to prepare for this deposition?

Susan C. Nissman, RPR-RMR
(340) 773-8161

11

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. No.

Q. Okay. Did you review any photographs?

A. The ones are included in the discovery documents.

Q. Okay. And did you review any videos?

A. Whatever is attached to the document that were produced.

Q. Okay. Alanah, can you please share Exhibit Number 178?

Oh, I'm sorry. It might be 179.

(Deposition Exhibit No. 179 was marked for identification.)

If we share videos and photographs on this screen, are you going to be able to see that?

A. I think so.

Q. Okay. Okay. Have you reviewed this notice before? This is marked 179.

A. I --

Q. Alanah, if you could scroll down, please?

MR. SIMPSON: That's the notice of deposition.

A. Yeah.

Q. (Ms. Seila) Okay. And are you here, prepared today, to discuss these topics?

A. The topics that were brought up by counsel, the answer is yes.

Susan C. Nissman, RPR-RMR
(340) 773-8161

12

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay.

MR. SIMPSON: Subject to the objections we sent you.

MS. SEILA: Thank you.

Q. (Ms. Seila) All right. Okay. Can you please tell me about your educational background, starting with where you went to high school?

A. I went to high school in Ponce, Puerto Rico.

Q. Okay. And what year did you graduate?

A. 1970.

Q. And then did you do any additional schooling after that?

A. Yes. I went to College of Engineering.

Q. Okay. And where did you attend the College of Engineering?

A. That was University of Puerto Rico, engineering campus.

Q. And where, in Puerto Rico, is that?

A. That's in Mayaguez, Puerto Rico.

Q. Okay. And did you graduate?

A. Yes.

Q. And what year was that?

A. 1975.

Q. Okay. And did you pursue any additional schooling after that?

Susan C. Nissman, RPR-RMR
(340) 773-8161

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. No.

Q. Okay. Where did you go to work after you graduated from the university in 1975?

A. I went to work in a petrochemical complex in Peñuelas, Puerto Rico.

Q. And how long were you there?

A. Sorry?

Q. How long were you working there?

A. I worked until 1979.

Q. And what was your job?

A. I was a process engineer working in tech services and operations.

Q. Okay. And what was your next job after that?

A. I came to the refinery in 1979.

Q. Okay. To HOVIC?

A. Yes.

Q. Okay. And what was your job at HOVIC?

A. I started working as a process engineer.

Q. Okay. How long were you a process engineer?

A. Three or four years.

Q. Okay. What was your next job?

A. That was a crew leader within Pinnacle Services; and then supervisor in Pinnacle Services working with operations.

Q. And then you mentioned that you left HOVIC in

PHRT - FERMIN RODRIGUEZ -- DIRECT

2010; is that right?

A. I left HOVENSA in 2010.

Q. Okay. And what was your position at the time that you left HOVENSA?

A. I was director of process safety and risk management program.

Q. Okay. And when did you become director of process safety?

A. What's that?

Q. When did you become director?

A. I don't recall the date.

Q. Approximately how many years were you director?

A. Three or four years, but I'm not sure.

Q. Okay. When did HOVIC become HOVENSA?

A. I don't know the year. That was when there was a joint venture with Venezuela.

Q. Okay. And then when you left HOVIC, what did you do?

MR. SIMPSON: You mean when he left HOVENSA?

Q. (Ms. Seila) Oh, I'm sorry. Yes. HOVENSA. When you left HOVENSA, did you work?

A. I worked as a consultant.

Q. Okay. Did you work for a company?

A. I started my own company.

Q. What was the name of that company?

15

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. FR Consulting.

Q. I'm sorry?

A. FR Consulting.

Q. Okay. And what did you consult in?

A. Process safety, EPA RCRA items, and process engineering.

Q. Okay. And how long were you a consultant?

A. Until 2019, then I came over, still as a consultant.

Q. Okay. And when you came back over in 2019, where did you work?

A. Where did I work?

Q. Yes.

A. At the refinery.

Q. Okay. And who did you work for? Which company?

A. I worked with ArcLight.

Q. Okay.

A. And eventually was transferred to Pinnacle.

Q. Okay. And what was your job when you worked at ArcLight?

A. As a consultant on process safety compliance and engineering.

Q. Okay. And then you said that you worked for Pinnacle after that?

A. My contract was transferred to Pinnacle.

16

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. And when did that happen?

A. I don't recall the date.

Q. Do you know approximately what year it was transferred?

A. It could have been '21-'22, but I don't know exactly.

Q. Okay. And when you worked for Pinnacle, what was your job? What were your duties?

A. The transfer to Pinnacle was a contract issue. The job was still the same.

Q. Okay. And what are you doing now?

A. I was appointed vice president and refinery manager for PHRT.

Q. When did you start working at PHRT?

A. July -- June/July 2022.

Q. And what entity is listed on your paycheck?

A. The paycheck comes through Pinnacle.

Q. Okay. Do you have any other paid positions at any other company currently?

A. No.

Q. Do you have any ownership interest in WIPL?

A. No.

Q. Okay.

MR. SIMPSON: For the record, WIPL is West Indies Petroleum Limited.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q.    (Ms. Seila) Thank you.

Who do you report to?

A.    I report to the PHRT board.

Q.    And who is on the PHRT board?

A.    Dave Johnson; Dave Roberts.

MR. SIMPSON: I'm going to give you a little bit of latitude here, Robin, but this is really off limits of the magistrate's order.

Go ahead.

Q.    (Ms. Seila) Go ahead.

A.    Dave Roberts; Charles Chambers; Allen Nance; and Tom Eagan.

Q.    And the PHRT board, were those the same people on the board in August of 2022, or have those people changed?

A.    People change.

Q.    Okay. Who -- who changed from August 2022?

A.    From August '22 or shortly after, the additional people on the board was Dave Robert -- Dave Johnson and Allen Nance.

Q.    Okay. And when were they added?

A.    I don't recall.

Q.    Okay. Do you have any employees that report to you?

A.    I give directions, technical directions to the people that work in the refinery.

Susan C. Nissman, RPR-RMR
(340) 773-9161

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q.    And when you say that you give "technical directions to people that work at the refinery," is that only employees of PHRT and Pinnacle, or do you give directions to people that work for other companies as well?

A.    The people that we have in the refinery supporting the operations are Pinnacle people.

Q.    Okay. So everyone works for Pinnacle?

A.    So it's up to them.

Q.    Okay. And approximately how many people do you give technical directions to?

A.    Essentially, all of them, but there are some specific people that report to me, about six or seven.

Q.    Okay. And what are the names of those six or seven people that report to you?

A.    Catherine Elizee; Phil Meade; Shay Glasgow; Mark Beharry; Carmelo Rivera; and some others that are not employed through Pinnacle.

Q.    Okay. And the people who are not employed through Pinnacle, who do they work for?

A.    They are direct 1099s with PHRT.

Q.    Okay. I understand that to enter the PHRT facility, you have to go through security; is that correct?

A.    That's correct.

Q.    Can you walk me through the process of how you enter the PHRT facility?

Susan C. Nissman, RPR-RMR
(340) 773-9161

19

PHRT - FERMIN RODRIGUEZ -- DIRECT

A.    Every employee, myself as well, have a authorized gate pass.

Q.    Okay.

A.    Have to go to the guard, register, and go inside the refinery.

Q.    From the gate to the north coke dome, approximately how long does it take you to drive that distance?

A.    Maybe five minutes, if that much.

Q.    When you -- when you enter the gate, is it like a swipe badge, or how does that work?

A.    It's a electronic swipe.

Q.    Okay. And do you talk to anyone as you enter the facility?

A.    There's always a need to talk with the guard.

Q.    You always have to talk to the guard?

And what do you say to the guard?

A.    Not really nothing. Good morning.

Q.    Okay. Do you ever interact with any Customs and Border Patrol agents when you're at the refinery?

A.    No.

Q.    Okay. Have you ever met Ms. Wooten, the plaintiff, in this case?

A.    No.

Q.    Do you ever communicate with any Customs and

Susan C. Nissman, RPR-RMR
(340) 773-9161

20

PHRT - FERMIN RODRIGUEZ -- DIRECT

Border Patrol agents?

A.    No.

Q.    Does PHRT ever have to request entry on behalf of others to enter the facility?

A.    With some visitors, it's a badge request that comes, and it's formally requested to OPT.

Q.    And what's the process to formally request entry of other people?

A.    There's request with the name, the company, and the purpose, and that request gets sent to OPT with their formal ID, and they approve the badge entry pass.

Q.    And is there a time period limitation on the effectiveness of the badge?

A.    Yes. There's a time limitation for every badge.

Q.    Okay. And what is that time limitation?

A.    It's all depending on the nature of the visit and the nature of the work to be done, or inspection.

Q.    Okay. And have you ever had a request for someone to enter the facility be denied?

A.    Not that I can recall.

Q.    Okay. Did you ever work for Limetree Bay Refining?

A.    When I came as a consultant, ArcLight was Limetree Bay Refinery.

Q.    And what did you do, specifically, at Limetree Bay

Susan C. Nissman, RPR-RMR
(340) 773-9161

PHRT - FERMIN RODRIGUEZ -- DIRECT

Refining?

A. What I said before, I was consulting on safety, and environmental, and engineering.

Q. And how long did you work for Limetree Bay Refining?

A. I came 2019, like I said before, and then throughout the period until it became PHRT.

Q. What was your role, specifically, with the storage of the coke in the north dome?

A. Looking at the refinery operation.

Q. And what, specifically, did you do?

A. In regards to?

Q. To the coke storage in the north dome?

A. I didn't do anything.

Q. Why was the -- or who made the decision to store the coke in the north dome?

A. The coke in the domes is part of the coker operation process. When it gets produced, that's where it's stored, in order to dispose of it. It's part of the process.

Q. Okay. Who runs the coker operation process?

MR. SIMPSON: Objection.

Q. (Ms. Seila) Who initially was running the coker operations?

MR. SIMPSON: Can you put a time frame on

---

PHRT - FERMIN RODRIGUEZ -- DIRECT

that?

Q. (Ms. Seila) Starting in, say, 2019?

A. 2019, the coker was not in operation at that time.

Q. Okay. When did the coker start operating?

A. That was in '21. 2021.

Q. Okay. And who was operating the coker operations process?

A. That's LBR operations.

Q. Okay. And who, specifically, in LBR operations was in charge?

A. That was operations management.

Q. Okay. And who was in operations management?

A. There's several people there from Robert Weldrius to Brant Woodland to Curtis Green, those are all working together.

Q. Okay. And in August of 2022, who was in charge of the coker operations process then?

A. There was no coker operations in August.

Q. Okay. When did the coker operation process stop?

A. When the refinery shut down.

Q. Okay. And why was the coke being stored at the refinery in August of 2022?

A. The coke is a product from the coker unit and gets stored in the coke domes as part of the process.

Q. Okay. And what is the coke eventually used for,

---

23

PHRT - FERMIN RODRIGUEZ -- DIRECT

if anything?

A. The coke is sold to different company for power generation as a fuel.

Q. Okay. So what are the eventual plans for the coke that's being stored? Is it going to be sold?

A. It's suspected to be sold.

Q. Okay. Why -- why wasn't more coke produced?

MR. SIMPSON: Object to the form.

Q. (Ms. Seila) Okay. I read in a document that there wasn't enough coke to fill a ship so that it could be sold; is that right?

A. Yes.

Q. So why wasn't more coke produced?

A. Why wasn't more coke being produced?

Q. Yes.

A. The coke is produced based on operating the coker, and it gets accumulated based on the production of the refinery.

Q. Okay. So that was as much coke as could have been produced within that time frame?

A. That's the coke that was produced during that time frame.

Q. Okay. Who does coke generally get sold to?

A. I don't know.

Q. Okay. What is your understanding of proper

---

24

PHRT - FERMIN RODRIGUEZ -- DIRECT

storage procedures for coke?

A. To store, in this case, in the coke domes.

Q. Okay. Who designed the coke domes?

A. I don't recall that.

Q. Who built the coke domes?

A. I don't recall that, either.

Q. Okay. Do you have any documentation that would tell you who designed the coke domes?

A. There must be a document saying who designed it, yes.

Q. Okay. Do you have any documentation showing when they were built?

A. That was in 2008 with the coker installation.

Q. Okay. So was that part of HOVENSA that commissioned the construction of the coke domes?

A. Yeah, it was part of HOVENSA construction of the coker.

Q. Okay. I understand that there's a company called Savage Services that was looking after the coke storage. Did you ever work with Savage Services?

A. I didn't work with them directly, no.

Q. Okay. Did anyone at Pinnacle work with Savage Services?

A. When?

Q. In 2022?

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. In 2022, Savage came for a period of time of maybe two or three weeks.

Q. And what did they do during those two or three weeks?

A. They provided some information on the computer system at the coke dome.

Q. What, specifically, did they provide? What information did they provide?

A. I don't recall the details of what they provided.

Q. Okay. What was the purpose of providing information on the computer system?

A. The purpose was to see how they could operate the computer system.

Q. Okay. And what does the computer system tell you concerning the coke dome?

A. The computer system monitors the movement of the coke internals.

Q. So the coke is being moved around within the coke dome, is that what you're saying?

A. As part of the coker operation, the coke gets stored and transferred on conveyors to the ships.

Q. Okay. And how often does the coke get transferred to the ships?

A. It depends if there's a ship to be loaded.

Q. Okay. In 2022, were ships being loaded with coke?

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. No.

Q. When did ships stop getting loaded with coke?

A. I don't recall that any ship came over during LBR operation.

Q. Okay. What is the role of NIS at the refinery?

A. NIS is a maintenance company, not at this time, with terminal.

Q. So does NIS work with PHRT and Pinnacle?

A. At one point in time, yes.

Q. When did NIS work with PHRT and Pinnacle?

A. Work with PHRT, not Pinnacle. 2023.

Q. And what was the nature of the work that NIS did for PHRT in 2023?

A. They did a scaffolding work and insulation work.

Q. Was any of that work done on the coke domes?

A. No.

Q. What knowledge do you have of why Savage Services left, left working at the coke domes? Why they stopped working there?

A. When the refinery shut down, they shut down all operations, so they shut down Savage operations as well.

Q. Was there a specific person at Savage Services that you had interaction with?

A. No.

27

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. And Williams Fire, I understand that they responded to the incident in August of 2022.

Where is Williams Fire based?

A. I believe it's Texas.

Q. And who's your point of contact at Williams Fire?

A. I don't have a point of contact with them.

Q. Does anyone at Pinnacle have direct contact with Williams Fire?

A. I'm pretty sure there's a record of a contact person. It could be through Pinnacle or one of the guys working in the refinery at this time.

Q. Okay. So you -- did you, personally, ever reach out to Williams Fire?

A. Not personally, no.

Q. Okay. And did someone working under you reach out to Williams Fire?

A. Could you repeat that?

Q. Did someone working under you reach out to Williams Fire?

A. Yes.

Q. And who was that?

A. That would have been our procurement people, Rocco Colabella, or somebody else.

Q. And who would that someone else be that would have reached out?

28

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. Could be somebody from safety and health department.

Q. When you say, "safety and health," who are you referring to?

A. Referring to Catherine Elizee or Mark Johansen.

Q. Okay. Okay. I'd like to turn your attention to the smoldering coke incident of August 2022.

Can you describe step by step what happened during that incident, starting with when you first became aware that there was an issue?

A. Operations personnel were alerted that there was an alarm at the coke dome, and they called the superintendent. They had to investigate, and later on they notified me that there was an alarm.

Q. Okay. The alarm, how -- how does that alarm work? Is it an audible sound? Does it notify someone on the phone?

A. It's an audible sound inside the dome.

Q. Okay. And who is the superintendent that the person called?

A. Curtis Green.

Q. Okay. Do you know who, initially, heard the alarm?

A. No.

Q. Okay. And then when you found out about the --

PHRT – FERMIN RODRIGUEZ — DIRECT

Q. when they called you, what did you do?

A. I asked operations personnel to assess the -- the alarm, and each recommendations of what to do.

Q. And is this the first time that an alarm had gone off inside the north dome?

A. As far as I know, yes.

Q. And what did operations recommend?

A. They recommend to put water on the coke.

Q. Anything else?

A. No.

Q. Okay. So then what did you do, based on that recommendation to put water on the coke?

A. I proceed to tell them to get the corresponding equipment to put water.

Q. Okay. And what equipment did they need?

A. They need firehoses, and, of course, the water required for it.

Q. Did you have any issues getting those firehoses and the water?

A. It's always an issue. Everything is not really available, so you have to gather the equipment.

Q. Okay. How long did it take you to gather the equipment?

A. They put water within hours.

Q. What's the next thing that you remember about the

PHRT – FERMIN RODRIGUEZ — DIRECT

smoldering coke incident?

A. The area was assessed. The safety department was called, and operations gather additional personnel to add water and restrict the areas.

Q. Okay. How did you restrict the areas?

A. The areas are restricted by putting barricades and/or putting trucks on the ramps to avoid traffic through it.

Q. Okay. And when were those barricades and trucks placed?

A. The ramp to the coke dome was immediately restricted.

Q. And the barricades?

A. No, because at that time, the ramp is required to be open to move the traffic and the people into it. Into the dome.

Q. Okay. At any point in time did the surrounding areas also become restricted?

A. Yes.

Q. And how far away did those surrounding areas become restricted?

A. Maybe 75 feet.

Q. And when was that?

A. That was almost immediately.

Q. And when these barricades were going up, were you

31

PHRT – FERMIN RODRIGUEZ — DIRECT

physically near the coke dome?

A. I don't understand the question.

Q. Did you go out to the site?

A. Yes, I did go out to the site.

Q. When it first started?

A. Un-hun.

Q. And what did you observe?

A. I observed the same thing that operations had mentioned to me; the alarm was going off, and there were some vapors on top of the dome.

Q. Okay. And did it smell like -- did it have a distinct odor?

A. Not to me.

Q. Okay. At any point in time, during the coker incident, did you smell anything?

A. Not me, no.

Q. You never smelled anything at all?

A. Not at the location where it was, and I was at the entrance of the coke dome.

Q. Okay. Did you ever use any protective equipment throughout the -- the incident? The smoldering?

A. No, I didn't.

Q. Okay. Did you experience -- did you, personally, experience any effects from -- from anything related to the smoldering?

32

PHRT – FERMIN RODRIGUEZ — DIRECT

A. No.

Q. Okay. What is your next recollection of what happened next after you -- you said that you put barricades and trucks to restrict access?

A. The next step was to continue putting water into the dome. Eventually we got Williams Fire personnel to go inside the dome and move the coke around in order to continue putting more water, and move some of the coke into -- outside the dome into the coker pit.

Q. When was Williams Fire called?

A. I don't recall the time.

Q. Okay. When did Williams Fire start moving the coke around?

A. I don't recall exact date.

Q. Was it hours later from the -- from the time you were notified about the alarm going off? Days later? Weeks later?

A. A couple of days later.

Q. Okay. And then what happened next within the smoldering coke incident?

A. Next after what?

Q. After you started moving the coke around, and you moved some coke to the coker pit?

A. That was our repetitive operation until the smoldering was distinguished.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. So my understanding is that the incident started on August 4th, 2022, and the smoldering was extinguished on August 26th of 2022.

A. It was on August 4th. I don't recall the exact date when it was complete.

Q. Okay. Were you on site observing the incident throughout that entire period?

A. Yes.

Q. From start to finish?

A. Yes.

Q. Okay. And what day or days did you observe that the smoldering was like the worst?

A. I cannot tell you that. I don't know. I don't recall that.

Q. Okay. Was dealing with the smoldering incident, was there like a peak, or did it get worse and then get better, and then get worse again and then get better? Does that make sense?

A. No.

Q. Okay. So I guess how would you describe the severity of the smoldering throughout the period of time from when it started to when it stopped?

A. The severity was the same. It was not like it's worse now, we're going to add more. We just start with the same protocol throughout.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. So the severity never increased or decreased from August 4th until it stopped? It was essentially the same, is that what you're saying?

A. I cannot say that severity increase or decrease. We have smoldering. It was attacked until completion.

Q. Okay. Okay. Other than Williams Fire, who else did you ask for assistance in dealing with this smoldering?

A. There were some employees from Pinnacle, Total Safety. There was other employees from Vivot. And some people from NIS.

Q. Okay. What was Total Safety's role in dealing with the smoldering?

A. Total Safety is a safety representative. There's first respond, fire brigade, and air monitoring.

Q. Okay. What was Vivot's role in responding to the smoldering?

A. Vivot provided heavy equipment.

Q. Okay. What was that heavy equipment used for?

A. That is backhoe and front-end loader to move coke.

Q. Okay. And what did NIS do to provide assistance during the smoldering event?

A. Just labor.

Q. And what did Williams Fire provide in terms of assistance?

A. Williams Fire provided fire-fighting special

35

PHRT - FERMIN RODRIGUEZ -- DIRECT

personnel.

Q. Okay. So let me see if I understood this. So Total Safety provided the fire brigade, and Williams Fire provided the fire personnel?

A. No.

Q. Okay. Sorry. Can you explain, again, please?

A. Total Safety provides advice on safety, fire brigade, and one person that works with the men respond to fire fighting. Williams Fire is a expert in total firefighting, and they provided some specific people with some specialties-type skills.

Q. Okay. And then did Williams Fire also provide heavy equipment to move around the coke, or -- or did they use Vivot's heavy equipment?

A. They used Vivot's equipment.

Q. Did Vivot provide any personnel to operate the heavy equipment?

A. They provide personnel to operate the equipment outside the coke domes.

Q. Okay. And you said NIS provided labor. What was that labor for?

A. Just moving gravel or providing equipment or assisting in general -- general items.

36

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. And then you mentioned that Pinnacle employees also helped. What were they doing? What was their role?

A. They were assisting the fire brigade and Williams Fire in regards to providing equipment and/or barricades or gravel or hoses.

Q. Is there anything that could have been done to extinguish the smoldering more quickly?

MR. SIMPSON: Objection. You can answer.

A. Could you repeat the question?

Q. (Ms. Seila) What could have been done, if anything, to extinguish the smoldering more quickly?

MR. SIMPSON: Same objection.

A. The only way to extinguish smoldering was with water, and move the coke inside the dome to extinguish smoldering, so it wasn't going to be different.

Q. (Ms. Seila) Okay. Had you ever dealt with another incident involving smoldering coke?

A. No.

Q. Okay. Did you -- throughout this process, did you reach out to anyone else who had dealt with an incident involving smoldering coke?

A. No.

Q. Okay. Okay. You mentioned reaching out to

PHRT - FERMIN RODRIGUEZ — DIRECT

Williams Fire, Pinnacle, Total Safety, Vivot, and NIS for assistance with the smoldering coke.

Q. Is there anyone else that you reached out to?

A. No.

Q. I saw correspondence with Jeff Charles at Limetree Bay Terminals.

Did you reach out to him?

A. Yes.

Q. Okay. What was the nature of why you reached out to Jeff Charles?

A. OPT is the custodian of the fire equipment in the facility, so had to be reached out in order to get equipment to handle the smoldering.

Q. And how soon did he respond?

A. I don't recall that.

Q. Were you satisfied with the response time to get equipment from the facility?

MR. SIMPSON: Object to the form.

A. In an incident, nobody's satisfied with the response. Everybody wants a answer and respond immediately, so.

Q. (Ms. Seila) Okay. I also read that the water pressure was controlled by OPT; is that correct?

A. That's correct.

Q. Did there come a time when you requested an increase to the water pressure?

A. That request had been made by the people responding to the smoldering.

Q. Okay. And who, specifically, made that request?

A. That could have been Curtis Green or Mark Joharsen.

Q. Okay. Did you request any emergency personnel from OPT?

A. No.

Q. Why not?

A. We were satisfied within the refinery with the personnel that we had.

Q. Okay. And I understand you had to pay money to OPT to get their assistance.

Can you explain the background and the circumstances on why you had to do that?

A. There's a financial disagreement within OPT and PHRT. In order to facilitate the moving of equipment and whatnot, there was a amount of money that was requested.

Q. Okay. And how did -- did the money come from Pinnacle or PHRT to pay OPT?

A. That come from PHRT.

Q. Okay. And how did PHRT raise that money?

A. That, I don't know how the owners got their money.

Q. Okay. Are you involved, or what was the process by which you requested that money from PHRT?

A. I talked with the owners, the board directors, indicated that we need some money, and they provided the money.

Q. Okay. Did you have to do a written request to them, or how -- what was the process?

A. At that time, what I recall, it was a phone call to the owners.

Q. Okay. Do you remember, specifically, which owner you reached out to?

A. I talked with Dave Roberts and Charles Chambers.

Q. When you need assistance from PHRT, how do you normally communicate with PHRT?

A. I don't understand the question.

Q. If you need to reach out to owners or the board of directors of PHRT for something, how do you normally do that?

A. I make a phone call.

Q. Okay. Okay. If you can, please, think back to August 8th, 2022, and can you describe what the conditions looked like specifically on that day?

So this would be four days after you heard -- or after you observed the alarm going off?

A. The conditions at that time, that's -- the personnel responding was putting water and monitoring the area.

Q. Okay. What was the air quality like that day?

A. Based on my recollection, it was good.

Q. Okay. And what makes you say it was good?

A. Because we have a safety officer on a day-to-day basis in the premises and at the coker site.

Q. And what is the safety officer doing? What does the safety officer do each day?

A. The safety officer do a lot of things: From monitoring the personnel going in and out of the dome; to air quality; and assisting the EMTs that are on site.

Q. Okay. And what, specifically, is the person doing concerning air quality?

A. That person goes around with an air monitor.

Q. Okay. What kind of air monitor?

A. It's a handheld monitor.

Q. Okay. What does that handheld monitor measure?

A. It all depends on their handheld, but they'll measure for LEL, CO, oxygen. And there's other components, I don't recall.

Q. And if the handheld monitor detects unsafe levels of components, what happens?

A. The safety officer have the power to stop anything that is going on without consulting with anybody.

Q. Okay. And how would they go about stopping?

PHRT - FERMIN RODRIGUEZ — DIRECT

A. Just say stop. Talk with the people. Stop the activities, and reconvene and assess the situation.

Q. Okay.

A. The officer has the power to do that regardless.

Q. And did that -- did that ever happen in the case of smoldering coke?

A. No.

Q. Was there ever a stop work order?

A. No.

Q. And with the handheld monitor, is there an alarm that goes off if the levels are unsafe, or how does the safety officer know that a level of something is unsafe?

A. It's a readout and have an alarm.

Q. Okay. Does that monitor require calibration?

A. Yes.

Q. And is the safety officer required to calibrate the monitor?

A. Not necessarily that safety officer, but it gets calibrated.

Q. How do you know that the monitor was properly calibrated?

A. Based on the information from the safety officers and other people in safety, they're handheld and stationary monitors have a stamp and a date on it.

Q. Okay.

PHRT - FERMIN RODRIGUEZ — DIRECT

A. That's how they know that it's certified.

Q. Okay. Okay. We've come -- I've come across some names throughout the documentation.

What was the role of Stewart Tanner in responding to the smoldering coke incident?

A. Stewart Tanner is a OPT employee. He's the acting fire chief.

Q. And did you ever speak with Stewart Tanner?

A. No.

Q. You did not speak with him?

A. No.

Q. Okay. Did anyone that reports to you speak with Mr. Tanner?

A. Curtis Green and Mark Johansen talked with the fire chief.

Q. Okay. And what was Curtis Green's role in the response to the smoldering coke?

A. Curtis Green is a fire chief superintendent. He's on duty that day.

Q. What, specifically, did he do after that day? After the date that the mon -- that the alarm went off?

A. He continually responding to the area, and giving directions to the people, operations, to monitor and maintain the conditions of water spray.

Q. Okay. What about Mark Johansen, what was his role

43

PHRT - FERMIN RODRIGUEZ — DIRECT

in responding to the smoldering fire?

A. He worked with Curtis Green, and also maintain the response, and the water spray, and monitoring of the area.

Q. Okay. And what about Cecil Sweeney, what was his role?

A. Cecil Sweeney is an operations assistant. He is monitoring the refinery, not the coker.

Q. Did he have a role at all in responding to the smoldering coke?

A. I don't recall that.

Q. Okay. And Sloan Schoyer, what was his role in the smoldering coke?

A. He is a consultant. He was assisting in the meetings that were held as part of the response.

Q. And did you have -- did you have any conversations with Sloan about the smoldering coke?

A. He was part of the conversations with the group about the smoldering.

Q. Okay. What did you discuss with him?

A. It was discussed as a group.

Q. So when you say that there were these meetings concerning the smoldering coke, who was at those meetings?

A. Could you repeat that, please?

Q. Who was at the meetings concerning the smoldering coke?

44

PHRT - FERMIN RODRIGUEZ — DIRECT

A. The operations personnel, Total Safety, Pinnacle.

Q. Who else?

A. When Williams Fire came in, Williams Fire was a participant in those meetings.

Q. Okay. What about the Coast Guard, did they have a role in the smoldering?

A. Who?

Q. The Coast Guard?

A. No.

Q. Do you work with the Coast Guard on a regular basis?

A. Not in this capacity, no.

Q. Okay. Was there any air monitoring done within the coke dome?

A. I don't recall.

Inside the coke dome?

Q. Yes.

A. I don't recall.

Q. Okay. Other than the handheld monitors that you've already discussed, was there any other air-monitoring device used?

A. There was stationary, portable analyzer provided by Total Safety. If I'm not mistaken, it's a BZ-1.

Q. BZ-17

A. B, then Z, like in Zorro, 1. It's a designation

PHRT — FERMIN RODRIGUEZ — DIRECT

of that analyzer.

Q. Okay. Do you know how those stationary air devices work?

A. The same principle as a handheld, except that it's in a cone-type assembly that's put in different locations.

Q. So are these stationary air devices easily portable, or are they more permanent when they're set up?

A. They're portable.

Q. When were these stationary air devices, when did -- when were they initially first put up?

A. They were put up the same day that the smoldering was noticed.

Q. So August 4th, 2022?

A. One was put at the entrance of the coker dome; and several other ones throughout the refinery.

Q. Okay. Do you know how many stationary air devices were used?

A. No, exactly.

Q. Do you know where else they were used, besides at the entrance of the coke dome?

A. One was put by the fence line, that I recall. I don't know the other ones.

Q. Okay. Do you know what air, or what compounds, or what -- what these stationary air devices were testing for?

A. The same one, like the one I mentioned about the

PHRT — FERMIN RODRIGUEZ — DIRECT

portable: LEL, CO, oxygen, and there's some other components, but I don't recall those ones.

Q. So the handheld and the stationary devices were testing for the exact same components?

A. Yeah.

Q. Okay. The stationary air devices, if there's an unsafe amount of a component, is there an alarm that goes off, or an alert of some sort?

A. There's an alarm and a beaker light.

Q. And did those alarms or beaker lights ever go off?

A. Not that I recall.

Q. And who was monitoring the stationary air devices for alerts?

A. They were installed by Total Safety and monitored by all the people at the response site.

Q. So was there one particular person that was ultimately responsible for any alerts that came from those stationary air devices?

A. Everybody responsible about alerts.

Q. Everyone?

A. Everyone.

Q. And who do they report to?

A. Depending on the person, but anybody who sees the alarm have the right to stop, walk away, and report it to the immediate supervisors and all co-workers.

47

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay. And if an alarm went off, is there paperwork that would occur as a result of that alarm going off?

A. Not that I recall.

Q. Did the stationary air devices, did any alarms ever go off throughout this period?

A. As far as I know, the answer is no.

Q. Okay. In addition to the handheld monitors and the stationary air devices, were there any cameras in the area that were monitoring, like video cameras?

A. Not that I recall.

Q. Or surveillance cameras in the area?

A. I don't know surveillance cameras monitoring the area.

Q. Okay. Okay. All right. So I'm going to have Alanah share her screen and a few photographs with you. These are photographs that were produced in the discovery.

I think this is -- Alanah, is this Exhibit 212? And this would be from August 7th, 2022.

MR. SIMPSON: Exhibit 212?

MR. KING: Yeah, I don't have one of those.

MS. SEILA: They're in the link.

MR. SIMPSON: I downloaded the link.

MR. KING: The link you have is 90-something exhibits.

48

PHRT — FERMIN RODRIGUEZ — DIRECT

MR. SIMPSON: Yeah, I downloaded yesterday, and it only went up to about 179.

MS. SEILA: Can you try to refresh it? Can we go off the record for a second?

(Discussion off the record.)

(Deposition Exhibit No. 212 was marked for identification.)

Q. (Ms. Seila) Okay. So this is Exhibit 212, and I'll represent to you that these photographs were produced by your counsel in this litigation. And this one came with a date stamp of August 7, 2022.

Do you recognize this photograph?

A. I recognize the area.

Q. Okay. Did you take this photograph?

A. I don't know if I took it or not.

Q. Did you take any photographs during the time frame?

A. I may have taken some photos.

Q. Okay. But you don't know, specifically, who took this photograph?

A. No.

MR. SIMPSON: Just for the record, the names that were produced, which you have after the exhibit number, is data that's actually extracted from the metadata on these photos, so it's got the time and -- it's got the date first,

PHRT - FERMIN RODRIGUEZ -- DIRECT

and then the time in the -- in the file.

MS. SEILA: Okay. Thank you. Yes, that was going to be my next question, if these are accurate for the date and time.

MR. SIMPSON: It's accurate to the extent the metadata. you know, sometimes a photo gets emailed or copied or something, and it might change the metadata, but it accurately pulled out what the metadata says.

MS. SEILA: Okay. Perfect. Thank you.

Q. (Ms. Seila) Okay. So in this photograph, and Alanah, maybe you can zoom in a bit more on the coke domes, but can you see any of the smoldering that is occurring or that was occurring on August 7th --

A. No.

Q. -- in this photograph?

Okay. All right. Alanah, let's go to the next one, 213, please.

(Deposition Exhibit No. 213 was marked for identification.)

And what about in this photograph?

This is, I'll represent to you, also from August 7th.

Can you see any of the smoldering activity in this photograph?

A. No.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. Alanah, let's go to 214, please.

(Deposition Exhibit No. 214 was marked for identification.)

Okay. What about in this photograph?

And this is also from August 7th. 2022.

A. In this case, on the left-hand side, dome structure, it has something that could be smoke coming out. That's it.

Q. Okay. And -- okay. Let's go to the next one, Alanah, please, to 215.

(Deposition Exhibit No. 215 was marked for identification.)

Do you see any smoldering in this photograph?

A. No.

Q. Okay. And the dome that is pictured here, is that the north dome or the south?

A. Sorry. What's that?

Q. The dome that is pictured in this photograph, is that the north or the south?

A. That's the south dome.

Q. Okay. All right. Let's go to 216, please, Alanah.

(Deposition Exhibit No. 216 was marked for identification.)

Okay. In this photograph, do you see any

51

PHRT - FERMIN RODRIGUEZ -- DIRECT

smoldering there?

A. No.

Q. Okay. And that yellow thing that's off to the right-hand side, can you explain what that is?

A. That's a water hose.

Q. Okay. All right. Next photograph, please, Alanah.

(Deposition Exhibit No. 217 was marked for identification.)

Okay. This is 217. This is from August 7th, 2022.

Do you see any smoldering in this photograph?

A. In the middle structure, there's a white shade there, that could be a cloud, or could be steam coming out.

Q. Okay. And that middle structure, does that structure have a name to it?

A. It's just called tower.

Q. Okay.

A. And that's what transfer coke from one place to the other. From the north side to the south side.

Q. And in that tube that connects the north and the south, is there a conveyor belt in there? Is that what you mentioned before?

A. That's correct.

Q. Okay. Okay. And in the foreground, it looks kind

52

PHRT - FERMIN RODRIGUEZ -- DIRECT

of like there's a pit area. What is that?

A. Could you repeat that, please?

Q. In the foreground, it looks like --

A. Yeah.

Q. -- there's --

A. Yes.

Q. -- an indented area.

What is that area?

A. That's a stormwater pond, that water, rainwaters around the area gets collected there before it goes into the ocean.

Q. Before it goes into the what?

A. Ocean.

Q. Okay. All right. Thank you.

Okay, Alanah. Next one, please.

(Deposition Exhibit No. 218 was marked for identification.)

Okay. 218, this is also from August 7th, 2022.

What are we seeing in this photograph, please?

A. On the right-hand side, you don't see it well, but that rectangular strip, that immediate ramp to the north dome.

And what you see in the back is the equipment

PHRT - FERMIN RODRIGUEZ -- DIRECT

and personnel that were responding to the incident.

Q. Okay. And that blue truck, what is that?

A. That's a forklift.

Q. Okay. And was that provided by Vivot or someone else?

A. I believe that was provided by Vivot, but I'm not sure at this time.

Q. Okay. Alanah, next photo, please.

(Deposition Exhibit No. 219 was marked for identification.)

Okay. This is Number 219.

And throughout, while we're viewing these photographs, if there's a specific photo that you recognize that you took, will you please let me know?

A. Sure. I'll let you know.

Q. Okay. Thank you.

What does this photograph show?

A. That's a panoramic view of the -- of the refinery. And in the back end, you could hardly see it, is -- seems to be the coke domes, the white, all the way in the back, yes.

Q. Okay.

A. If you could zoom a little bit better, I could probably -- yeah, that's it.

In the back end is a coke dome, and you can see the conveyor on top.

---

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. And those green canister-like things, what are they?

A. Those are storage tanks.

Q. Okay. And what are they storing?

A. Have to refer to OPT on that one. I don't know.

Q. Okay. Do you know who took this photograph?

A. No.

Q. Okay. Next photograph, Alanah, please.

(Deposition Exhibit No. 220 was marked for identification.)

Okay. This is 220.

Do you know who took this photograph?

A. No.

Q. Do you know where this photograph was taken? Can you tell?

A. Yeah, I could tell. That's the road to the Molasses Pier past the Container Port.

Q. And can you see this smoldering in this photograph?

A. Based on that, I don't see the smoldering. You could zoom in, but, no, I don't.

Q. Okay. All right. Next photograph, please, Alanah.

(Deposition Exhibit No. 221 was marked for identification.)

---

55

PHRT - FERMIN RODRIGUEZ -- DIRECT

Okay. This is Number 221.

Where was this photograph taken?

A. Could you go back to the previous photo?

Q. Sure.

A. It's the same area.

Q. Okay. That was also on the road to the Molasses Pier?

A. It look like a zoom-in photo of the end of the fence.

Q. Okay. All right. 222, please, Alanah.

(Deposition Exhibit No. 222 was marked for identification.)

Okay. I'll represent to you this was also from August 7th, 2022.

Do you know who took this photograph?

A. What's that?

Q. Do you know who took this photograph?

A. I really don't recall who took the photos.

Q. Okay.

A. Any of them.

Q. And can you see the smoldering event in this photograph?

A. I don't see it.

Q. Two two three, please, Alanah.

---

56

PHRT - FERMIN RODRIGUEZ -- DIRECT

(Deposition Exhibit No. 223 was marked for identification.)

Okay. Do you recognize any of the people in this photograph?

A. Not really, no.

Q. And this was also on August 7th, 2022, if that helps you.

A. What's that?

Q. If that maybe helps you recognize who would have been on site on August 7th, 2022.

A. Knowing who was on site versus recognizing the people, I -- I cannot tell you.

Q. Okay.

A. But that's a good indication of there was no fumes coming out.

Q. Where was this taken?

A. Where was this taken?

Q. Yes.

A. Based on that, is the ramp going to the -- to the entrance of the dome.

Q. Okay. So that is the entrance of the coke dome?

A. Yes.

Q. Okay. Okay. And we do see several people with face masks on, correct?

A. They have a dust mask, and some of them have just

PHRT - FERMIN RODRIGUEZ -- DIRECT

a handkerchief on top. Like the red guy doesn't have a mask.

Q. Okay. All right. Next photo, please, Alanah, 224.

(Deposition Exhibit No. 224 was marked for identification.)

What is this device that we're seeing in this photograph also from August 7th?

A. Sorry. I didn't let you finish.

Q. It's okay. Go ahead. From August 7th.

A. That's an infrared camera.

Q. And what does an infrared camera do?

A. Just measure temperature in different locations, depending how you aim it.

Q. Okay. And so the temperature in this photograph, it says 211 --

A. That's correct.

Q. -- Fahrenheit; is that right?

A. That's right.

Q. And what temperature should it read?

A. What's that?

Q. What temperature should it have -- should it read? Is that high? Low?

A. Based on this one, it should be measuring ambient temperature.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. Did you take this photograph?

A. You asked me a couple of times. I don't recall who took the photos.

Q. Okay. Do you recognize the hand of the person in this photograph?

A. No.

Q. Okay. So did you ever experience the temperature being that high, at 211?

A. Could you repeat the question?

Q. Did you ever experience a high temperature like that in that area?

A. No.

Q. No?

A. I still hang up you asking me to recognize the hand. Sorry. It's not -- it's not -- I'm not trying to make fun of you. Go ahead.

Q. Did you -- do you ever recall experiencing temperatures in the vicinity of this --

A. No.

Q. -- 211? No?

A. No.

Q. Okay. All right. Next photo, Alanah, please.

(Deposition Exhibit No. 225 was marked for identification.)

Okay. This one is also from August 7th,

59

PHRT - FERMIN RODRIGUEZ -- DIRECT

2022.

Do you see anything distinctive on the coke dome in this photograph?

A. If I see what?

Q. Anything distinctive on the coke dome in this photograph?

A. Has some stain on the side.

Q. And what causes that staining?

A. That stain is temperature stain.

Q. Okay. So the stain, was it there before the smoldering began?

A. I cannot tell if it was there before or not.

Q. What, specifically, about the heat causes that staining to occur?

A. It's a fabric, so some temperature could change the color of it.

Q. There's a fabric on the exterior shell of the dome?

A. That's a very thick design fabric that contains the dome concrete.

Q. Okay. Do you know what the fabric is made out of?

A. No.

Q. Okay. All right. Alanah, next photograph, please.

60

PHRT - FERMIN RODRIGUEZ -- DIRECT

(Deposition Exhibit No. 226 was marked for identification.)

This photograph, it says it's from August 8th, 2022.

Can you describe what this is a photo of?

A. That's the side of the coke dome on the west side.

Q. And do you know who wrote -- who wrote that on the photo?

A. No idea.

Q. Okay. And do you know what that piece of equipment is that we see in the photograph?

A. No.

Q. Okay. All right. Next photo, Alanah.

(Deposition Exhibit No. 227 was marked for identification.)

All right. This is 227. Also from August 8th, 2022.

Can you tell me what we're seeing there?

A. Looks like the side of the coke dome where the stains were located on the previous photo.

Q. And it looks quite shiny.

Do you know why -- why it seems shiny? Why it looks shiny?

A. The operation people have been putting water on the side.

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. Okay. So that's water?

A. It could be water, yes.

Q. Okay.

A. It could be the reflection of the sun. Could be a lot of things.

Q. Okay. Do you know whether or not any other photographs were taken on August 8th, 2022?

We saw quite a few from August 7th. And from what I'm seeing, there were only these two produced from August 8th.

A. I don't recall other photos, and when they were taken.

Q. Okay. Was there a process or procedure in designating people to go out and take photographs throughout the smoldering incident?

A. Unfortunately, a lot of people carry cameras on their phones. They're not allowed to do that, but they do it, so I'm not sure how many other photos were taken.

Q. Okay. So you think other people took photographs, but you don't know who or when?

A. It might be. I don't know.

Q. Okay. And did you ever request for your employees or people who responded to the smoldering to turn in their photographs?

A. No, I did not.

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. Okay. Why not?

A. It just skipped my mind.

Q. Okay. When -- when you were responding -- I understand you were incident commander; is that right?

A. Yes.

Q. What, specifically, were your -- was your role as incident commander?

A. As part of incident commander, I authorize actions to be taken by operations and planning section chief.

Q. Okay.

A. They are the one monitoring in the field responding to the event.

Q. And so ultimately, he or anyone responding to the event reports to you?

A. Yes.

Q. And they provide you with progress reports, I assume?

A. Yes.

Q. Okay. And did you make a note of all those progress reports?

A. No.

Q. Why not?

A. 'Cause the protocol for incident command is the planning section chief, and the people in the meeting itself taking notes on action items.

63

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. Okay.

A. That's the official protocol.

Q. Okay. And in that protocol, is there a protocol concerning taking photographs to document the incident?

A. No.

Q. Okay. And what about videos, is there a protocol for taking videos?

A. Videos or photos, it's the same.

Q. Okay. Okay. Next photograph, please, Alanah.

(Deposition Exhibit No. 228 was marked for identification.)

This is 228. So this is on August 9th, 2022. And we saw earlier that the temperature was 211 Fahrenheit, and now it says 147, correct?

A. Yes.

Q. What is the normal temperature inside the coke dome?

A. Like I said before, had to be ambient temperature.

Q. Okay. So what should the ambient temperature be?

A. Ambient temperature is 85-89 degrees.

Q. So were you trying to get the temperature back down to the 85 to 89 range with the water?

A. The increase in temperature was because of the smoldering, so the answer is yes.

Q. Okay.

64

PHRT – FERMIN RODRIGUEZ – DIRECT

A. By controlling the smoldering, you control the temperature.

Q. Okay. All right. Next photograph, please, Alanah.

(Deposition Exhibit No. 229 was marked for identification.)

And this is number 229. And we see that the temperature is 128.

I also see that in the background, there's -- it looks kind of like a diagram, and it looks kind of like a mountain. Do you see that?

A. That is different, too.

Oh, okay.

Q. Can you tell me what that mountain is? Is that the coke?

A. That's the coke.

Q. Okay. And then it looks like there's some other things off to the side.

Can you -- do you know what that is?

A. Okay. The straight structure, you're talking about?

Q. Yeah.

A. That's what's called the stacker.

Q. A stacker? Okay.

And what does that do?

PHRT — FERMIN RODRIGUEZ — DIRECT

A. That's a conveyor inside the dome that move the coke from one place to the other when the coke is being transferred to the coke dome.

Q. Is there anything else that you can see in that infrared camera?

A. The two arcs that you see.

Q. Um-hum.

A. That's water being sprayed over.

Q. Okay. Okay. Next photo, please, Alanah.

(Deposition Exhibit No. 230 was marked for identification.)

okay. What can we see in this photograph?

MR. SIMPSON: What number?

MS. SEILA: This is 230.

Q. (Ms. Seila) Is that more water being sprayed?

A. If you look at that previous page on this one, it looks the same, but a little different angle.

Q. Oh, I see. Okay.

Next photo, please, Alanah, 231.

(Deposition Exhibit No. 231 was marked for identification.)

Okay. All right. I think I understand how the infrared cameras works now.

So Alanah, can we skip down to 248, please? oh, I'm sorry. Yes, sorry. Sorry. No, go back to the

PHRT — FERMIN RODRIGUEZ — DIRECT

whiteboard. Thank you.

MR. KING: What number is that?

MS. SEILA: This is 232.

(Deposition Exhibit No. 232 was marked for identification.)

Q. (Ms. Seila) Do you recognize the depiction of this whiteboard?

A. That looks like the description -- oh, thank you.

That's a simplified sketch of the composition of the wall of the coke dome. Remember, I mentioned earlier that there was a fabric on the outside?

Q. Yes.

A. Okay. That's it.

And then it does indicate -- coming from left to right. on the bottom left to right, it says, "rebar hanger metal," that's an explanation that was given on how the concrete looked like. And it's a polyurethane fabric in the middle of the concrete.

Q. Okay. And so the -- it says 400 degrees Fahrenheit.

Did the temperature inside the dome reach 400 Fahrenheit?

MR. SIMPSON: For the record, it's showing less than 400 degrees Fahrenheit. That L-shape thing is a less than.

67

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. (Ms. Seila) Yes.

So do you know if it ended up reaching nearly 400 degrees Fahrenheit?

A. I never recall a report saying 400 degrees. This is an explanation of how the coke dome was put together, and that the temperature should be maintained to 400 degrees. That's what it means.

Q. Okay. Do you know what happens if the temperature exceeds 400 degrees?

A. No.

Q. Okay. And do you know why the diagram says "charring" on there?

A. I would take that, that's what happened if it's above that.

Q. Okay. Do you know who developed this diagram?

A. No.

Q. Do you have any recollection of discussing it in a meeting?

A. Yeah. It was discussed in a meeting, but I don't recall putting together. Who put it together.

Q. Do you recall who else was at that meeting?

A. The same people I mentioned before: Curtis Green, Mark Johansen, some people from Pinnacle, but I don't recall which day, and who was present.

Q. Okay. All right. Next one, Alanah. Next one.

68

PHRT — FERMIN RODRIGUEZ — DIRECT

Next one.

Okay. This is 235.

(Deposition Exhibit No. 235 was marked for identification.)

This was on August 12th.

Is that -- what is this showing?

A. Could I see?

Q. This camera looks a little different than the previous cameras that we saw.

A. I'm not sure if it's the same camera or not, but that's an infrared camera shot of what is inside there.

Q. Is this inside or outside the dome?

A. That's inside the dome. The snake that you see?

Q. Yes.

A. That's a representation of water hose.

And it have a shade there, white with a black on the back, that's a person spraying water --

Q. Okay.

A. -- inside the dome.

MR. SIMPSON: That's to the left of the green rectangular square there?

A. Yeah. You see the red -- the green square?

Q. (Ms. Seila) Right.

A. Immediately to the left, that's a person manipulating the water spray inside the dome.

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. Okay. And so water spraying was occurring inside and outside the dome?

A. The water spray was inside the dome. You saw spray on the previous. On the shell, yes.

Q. Okay. So inside and outside?

A. Yeah.

Q. Okay. Do you know approximately how many water hoses were being used?

A. No.

Q. Do you know — when did people start spraying inside the dome?

A. Immediately that same day of the initiation.

Q. And people started spraying the water hoses on the outside of the dome on that same day as well, or was that later?

A. No. It was inside. When they started spraying on the outside, I don't recall.

Q. Okay. Was it's several days later? Weeks later?

A. Any answer would be speculation on my part. I don't know.

Q. Okay. All right. Next photograph, please, Alanah.

(Deposition Exhibit No. 236 was marked for identification.)

Okay. Let's zoom in on this one. This is

Susan C. Wissman, RPR-RMR
(340) 773-8161

PHRT – FERMIN RODRIGUEZ – DIRECT

Exhibit 236.

Have you seen this press release before, or this article?

A. I'm sorry?

Q. Have you seen this article before?

A. I don't recall.

Q. Okay. I understand that there was some press releases done throughout this time?

A. Yes.

Q. Did you do those, or did someone else do them?

A. I may have done it. I don't recall at this time.

Q. Okay. This article mentions a press release, on August 7th.

Do you know when the first press release was made?

A. No.

Q. Does that sound right, August 7th?

A. It's what it says there.

Q. It says — oh, here it is.

"Port Hamilton did not notify the public about the situation for several days and the company distributed a brief press release on August 7th."

A. Okay.

Q. Does that sound right to you?

A. Is that what it says there?

Susan C. Wissman, RPR-RMR
(340) 773-8161

71

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. Do you know if you drafted that press release or someone else?

A. It may have been me, but I don't recall the details.

Q. Okay.

A. We're talking about two years ago. Three years ago.

Q. Okay. And do you know when the EPA was first communicated with about the — about this incident?

A. No.

Q. All right. Next photo, please, Alanah.

(Deposition Exhibit No. 237 was marked for identification.)

Okay. What are we seeing in this photograph? This is Number 237.

A. That's a good photo to compare. Remember the photo that you had before? I said there was somebody inside in the infrared?

Q. Yes.

A. That snake is what is in the other photo. That's the hose. And that, at the end, is a spray nozzle that was being manipulated to spray water inside the dome.

Q. Okay. So the hoses were hooked up to, you called it a spray nozzle?

A. You could call it a spray nozzle. It's a monitor.

Susan C. Wissman, RPR-RMR
(340) 773-8161

72

PHRT – FERMIN RODRIGUEZ – DIRECT

Q. And so this is inside the dome?

A. That's inside the dome.

Q. Okay. All right. Thank you.

All right. Next photo, Alanah. Next one.

And what is this a photograph of?

This is 239.

(Deposition Exhibit No. 239 was marked for identification.)

A. That's the structure inside the dome, but I cannot tell if that photo is of the dome that have the smoldering, or the south dome. But that's the same design structure. Based on the position, that's the south dome.

Q. Okay. That's the south dome.

Okay. Did the south dome have the same amount of coke in it as the north dome?

A. More or less, the same.

Q. All right. Next photo, please, Alanah.

(Deposition Exhibit No. 240 was marked for identification.)

Okay. What is this a photo of, 240?

A. That's the sump that collects water from the — inside the coke, and it drains into that sump, and then it's used to pump back to the dome itself.

Q. Okay. So the water was being recycled?

A. The water gets recycled.

Susan C. Wissman, RPR-RMR
(340) 773-8161

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. And do you know what the temperature of that water is?

A. That temperature of the water is ambient temperature.

Q. Okay. All right. Next photo, please, Alanah.

(Deposition Exhibit No. 241 was marked for identification.)

Okay. Do you know who this person is in this photograph, 241?

A. Yes. That's Barry Guilbeau.

Q. And what was his job?

A. He's a consultant, rescue team member. Rescue team leader.

Q. Okay. What, specifically, was -- were his duties throughout this incident?

A. He was leading the rescue team and assisting the people at the dome, which are PPE required. That's what he's doing; he's carrying equipment.

Q. Okay. And I noticed that that equipment says "LBR" on it.

A. What's that again?

Q. It says "LBR" on it?

A. Yes.

Q. What does that stand for?

A. Limetree Bay Refinery.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. So they're using leftover equipment from LBR?

MR. SIMPSON: Object to the form.

A. What's that?

MR. SIMPSON: It's an objection for the record.

You can answer.

A. This is fire bunker gear.

Q. (Ms. Seila) Okay.

A. That is stamped with LBR on it.

Q. Do you know why it's stamped LBR?

A. The refinery under LBR bought a lot of fire-fighting equipment, and they labeled it. Every single item may have a label on it.

Q. All right. Next photograph, please, Alanah.

(Deposition Exhibit No. 242 was marked for identification.)

All right. Do you recognize the people in this photo, 242?

A. Well, the person on the -- on the right is a Williams representative. I don't know the name.

Q. Okay.

A. And the person on the left-hand side is -- look like Mark Johansen from Total Safety.

Q. Okay. Next photo.

---

75

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. Which photo is this one?

Q. 242.

(Deposition Exhibit No. 243 was marked for identification.)

This is 243. We can zoom in.

Do you recognize that person by that barrel? Kind of bent over. It's kind of hard to see.

A. I cannot say for sure.

Q. Do you know what that person is doing?

A. Based on that photo, he's putting what is called surface or barricades to control the water coming down.

Q. Okay.

A. The overflow from the water.

Q. Next photograph, Alanah. Next one.

(Deposition Exhibit No. 245 was marked for identification.)

What is this a photograph of, 245?

A. That's an aerial photo of the coker and the domes.

Q. Okay. And is this entire area controlled by PHRT?

A. The coker and the domes are operated by LBR now under the custody of PHRT.

Q. Okay. So in this photograph, do you see any area that's controlled by terminals, as opposed to PHRT or LBR?

A. The roads around it are controlled by.

Q. So the road on the -- in the top left?

76

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. Could you?

Q. The road on the top left, this, is that what you're saying?

A. The road is open road for both organizations.

Q. Okay.

A. So --

Q. I see. Okay. Understood. Thank you.

Okay. Next photo, please, Alanah.

(Deposition Exhibit No. 246 was marked for identification.)

Okay. Do you know what happened to this vehicle?

A. That is a overuse vehicle.

Q. I was wondering if the -- if the heat caused --

A. No.

Q. -- this to happen?

A. No, that's all corrosion.

Q. Okay.

A. That's -- that's normal ambient temperature in St. Croix.

Q. All right. Next photo, Alanah. Thank you.

(Deposition Exhibit No. 247 was marked for identification.)

Okay. Is this inside or outside the dome?

A. Which photo is this one? This number?

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. This is 247.

MR. SIMPSON: 247.

A. 247. That's a view from the entrance to the coke dome in question.

Q. (Ms. Seila) Okay. This is the north dome?

A. That's the north dome.

Q. Okay. All right. Next one, Alanah. This is our last one, 248.

(Deposition Exhibit No. 248 was marked for identification.)

Do you know why this photo was included? This says August 22nd.

A. No idea.

Q. Did you take this photo?

A. I would have not taken the photo. I could have eaten this stuff.

Q. Okay. All right. Thank you, Alanah.

A. I didn't mean to be funny. Sorry.

Q. Okay. Alanah, can you please pull up the PDF that contains a bunch of photos?

And let's go to Page 20. A lot of these were duplicates.

MR. KING: Do you know what document this is?

MS. SEILA: This is Exhibit 96.

---

PHRT — FERMIN RODRIGUEZ — DIRECT

(Deposition Exhibit No. 96 was marked for identification.)

MR. SIMPSON: What page number?

Q. (Ms. Seila) This is page 20, but let's go to 110, please.

Do you recognize this diagram?

A. I don't recall the photo, but based on configuration, that's the south dome.

Q. Okay. Do you know who did this diagram?

A. No.

Q. And what is this top reclaimer? What does that mean?

A. Sorry. What's that?

Q. It looks like it says "reclaimer" at the top there.

What does that mean?

A. Remember I said stacker before?

Q. Un-hun.

A. Stacker reclaimer is that when the coke goes into the dome itself, the coke get distributed throughout with what is called a stacker.

Q. Okay.

A. Otherwise it would be a mound. And the reclaimer is one that pick up the coke from the different locations to be put in the conveyor.

---

79

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay. All right. Thank you.

Okay. 145.

This looks to be a photo of diesel exhaust fuel.

What is that used for?

A. That's a photo of what?

Q. It says, "diesel exhaust fuel."

A. Most likely that's a bottle of additive for the diesel that's used for the equipment.

Q. Is this used in response to the — to the smoldering event?

A. No. That's, as far as I know, used for blending diesel-using engines.

Q. Okay.

A. That's normal engine additive.

Q. Okay. 149.

Do you know who this is?

A. Yes.

Q. Who is that?

A. Somebody was in my office.

Q. Do you know who that is?

A. Yes. That's my daughter.

Q. Oh, okay.

A. She's in Jacksonville. I'm not sure why that photo is there.

---

80

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. So it's not related to the smoldering?

A. Absolutely not.

Q. Okay. All right. 151, please.

Do you recognize any of the people in this photograph? Maybe we can make it a bit bigger.

A. That's the entrance to the dome.

Q. Okay. All right. 243.

MR. SIMPSON: Page or exhibit?

MS. SEILA: Page.

Q. (Ms. Seila) Can you tell me what we're seeing here on Page 243?

A. That is looking east. Those are — the north dome is on the left, and the south dome is on the right. On top is the conveyor.

Q. Okay. And do you know when this photograph was taken?

A. No, but Andy said there's some that have the stamp on it, right?

MR. SIMPSON: I think all the photos we produced have the file stamp information in the file, but this document doesn't have that. It's a combination. They've combined a whole bunch of photos.

Q. (Ms. Seila) So first you produced this document with a bunch of combined photos, and then this particular photo is not date stamped. There were a hundred — this

PHRT — FERMIN RODRIGUEZ — DIRECT

says 437 photos produced, and there were 127 with the date stamp, so that's why I'm asking if you know when this one was taken?

A. That's -- I cannot tell you for sure the date, but that was probably a week, week-and-a-half after the initiation of this.

Q. Okay.

MR. SIMPSON: Is this after the conveyor has caught fire?

A. That is -- thank you for that. That's why I say one or two weeks, or three weeks after. That's a conveyor belt. That's not smoke from the smoldering.

Q. (Ms. Seila) Okay.

A. Conveyor belt dry out and ignite, so that's the result of the conveyor belt being dry and ignited.

Q. Okay. So first you had the smoldering in the north coke dome, and then you had the conveyor belt get dried out and ignited the fire?

A. The conveyor dried out about two weeks later.

Q. Okay. Okay. All right. Thank you.

Okay. 284.

Can you tell me what's going on in this photograph?

A. That's the entrance to the dome. What are they doing, I'm not sure exactly what they're doing, but if you

PHRT — FERMIN RODRIGUEZ — DIRECT

notice, there's a barricade that contains the water, if you go back.

Q. 284.

A. There's a guy on the floor, he's over the barricade that contains the water inside the dome. That's at the entrance.

Q. Okay. And you don't know what he's doing?

A. At one point in time, it was reported the water was not draining, so they may be cleaning the water grid there.

Q. Okay. And do you recognize any of the gentlemen in this photograph?

A. Not really, no.

Q. Okay. 343.

A. Sorry?

MR. SIMPSON: What number?

MS. SEILA: 343.

Q. (Ms. Seila) So you mentioned earlier that this measures ambient temperature, right? And we see that it's 90 degrees.

A. That measures the ambient temperature, yes, or the -- whatever they're aiming at.

Q. I see.

And do you know when this photograph was taken?

83

PHRT — FERMIN RODRIGUEZ — DIRECT

A. No.

Q. And -- all right. 350.

Okay. Can you tell me what's going on in this photograph?

A. Looks like that photo is taken after the smoldering was extinguished.

Q. Why do you say that?

A. Because the water monitors are not running.

Q. Okay.

A. And there's no smoke. And there's a shade in the back that shows that coke had been -- from the pile had been lower down.

Q. As a result of this smoldering event, was the dome damaged in any way?

A. No.

Q. Okay. And what is this thing that we see in the foreground, this yellow thing?

A. That's the analyzer that we talked about earlier.

Q. Okay.

A. That's the 82-1 portable analyzer.

Q. All right. Okay. 373.

Do you know what this red thing is on the dome?

A. The Number 6?

Q. Oh, that's a Number 6?

84

PHRT — FERMIN RODRIGUEZ — DIRECT

A. What are you pointing to, please?

Q. Yeah. The red?

A. The red is a number. That's the Number 6.

Q. What does that mean?

A. No idea.

Q. Okay. Did you add that Number 6? Did you add that Number 6?

A. If I add it?

Q. Yeah.

A. I don't recall that.

Q. Okay. All right. Okay. 375.

Okay. What is this a view of?

A. Sorry.

Q. What is this a view of?

A. This is a view of the coker pit deck.

Q. Okay.

MR. SIMPSON: It looks like Tuscany in the background.

A. What?

MR. SIMPSON: It looks like Tuscany in the background.

MS. SEILA: It's true, it does.

Q. (Ms. Seila) And so this is where some of the coke was moved from the north dome, right? Is that what you stated earlier?

PHRT – FERMIN RODRIGUEZ — DIRECT

A. Could you repeat that?

Q. This coke pit is where the -- some of the coke from the north dome was moved?

A. Yes.

Q. Okay. Great.

Okay. 416.

Okay. Do you recognize this photo? Do you know what this is showing?

A. Based on what we discussed before, the two photos are from the south coke dome. The drawing, I'm not sure what it means.

Q. Okay. Okay. 426.

Do you know what the significance of this photo is?

A. That's a photo that was showing the coke dome inside the wall. The concrete wall.

Q. And it looks like the concrete is cracking a bit, right?

A. We was told that it was a superficial hairline crack.

Q. Was that hairline crack there prior to the smoldering?

A. Nobody knows.

Q. 427, please. Maybe we can rotate this.

Okay. Do you recognize this photograph?

PHRT – FERMIN RODRIGUEZ — DIRECT

A. Let me see if I could see it better here.

Q. Okay.

A. Not really. I cannot tell you exactly what it is.

Q. Okay. All right. Let's go to the spreadsheets, please, Alanah.

Okay. So there were a number of spreadsheets that were produced in this case.

Did you provide those spreadsheets?

A. I may have, but I'm not sure.

Q. Did you provide any spreadsheets in this case?

A. I provided some documentation to counsel.

Q. Okay.

A. But I'm not sure exactly what was provided.

Q. Okay. Alanah, if we could please open up 176, okay?

(Deposition Exhibit No. 176 was marked for identification.)

And the title of this one is "Dome Timewise." So what is this spreadsheet showing us?

A. It look like one of the Total Safety reports on the monitors that we referred to before.

Q. Okay.

A. It's a Total Safety St. Croix group.

Q. Do you know where this monitor was located to take these readings?

87

PHRT – FERMIN RODRIGUEZ — DIRECT

A. This particular one, I'm not sure, but on the photo that you have before, it shows one of the monitors.

Q. Yes.

And do you know -- were you taught how to read these reports from Total Safety that you received?

A. By just looking at it, you could see the values of the different components measured by the monitor.

Q. Okay. And do you have specific knowledge of what values constitute an unsafe value?

A. Not personally. There's so many specific values that are set, and that's how I set up the alarms on it.

Q. Okay. You set up the alarms?

A. No. Total Safety and safety department set up the alarms.

Q. Okay.

A. They're always lower than the maximum permissible limits.

Q. Okay. Did you ever review these spreadsheets throughout the course of the --

A. Not personally, no.

Q. Okay. Let's go back to the list of spreadsheets, please, Alanah. And if you could zoom in a little bit so that we can see the titles, if possible.

So it is a little bit difficult to see, but like, for example, 181 says "8-3-2022 Southwest Tank."

88

PHRT – FERMIN RODRIGUEZ — DIRECT

Do you know -- did you name these spreadsheets?

A. No.

Q. Okay. Do you know if those locations are accurate?

A. If I know what?

Q. Do you know if the locations are accurate for the -- for the spreadsheet?

A. I would have to say, yes, but we have to ask the person who prepared the spreadsheets.

Q. Okay. And do you know who, specifically --

A. No.

Q. -- prepared these spreadsheets?

A. And that spreadsheet refers to what, exactly?

Q. Okay. So if we could open up 181, please, Alanah.

MR. SIMPSON: Has tank name, various gates, things like that in the name.

A. Oh, okay. Okay.

MR. SIMPSON: And then right now, we're specifically asking you about 181.

A. Tank 7507. Okay. That's the location. It looks like it's one of the location where they put -- monitors was located.

Q. (Ms. Sella) Okay. Okay. Who has knowledge of where those portable monitors were placed?

PMRT — FERMIN RODRIGUEZ — DIRECT

A.  That would be Total Safety.

Q.  Okay.

A.  And operations people.

Q.  So that's Mark Johansen?

A.  Mark Johansen and Curtis Green.

Q.  Okay. And this equipment, the number that's there on the spreadsheet, is that -- does that correspond to the actual portable monitor?

A.  Based on the information that we have now, the answer is yes.

Q.  Okay. So do you know if these spreadsheets were accurately named corresponding to the location of where these portable monitors were placed?

A.  I would have to say, yes, but we depend on the person who was putting it together, Total Safety.

Q.  Okay. All right. Thank you.

Okay, Alanah, so if we can go to some of the videos now, please.

Let's start with Number 101.

(Deposition Exhibit No. 101 was marked for identification.)

Do you know -- did you take this video?

A.  I don't know.

Q.  Okay.

A.  But it's the same video as the photo that you

PMRT — FERMIN RODRIGUEZ — DIRECT

showed me before.

Q.  Yes. Okay. Okay. Let's go to Video Number 115, please.

(Deposition Exhibit No. 115 was marked for identification.)

(Video played.)

And I don't know if we could maybe play it on your computer, Andy, instead, because it does have sound, and sound is not coming across.

MR. SIMPSON:  This is 115?

MS. SEILA:  Yes.

(Video played.)

MS. LUCANTONIO:  Let me try unmuting my audio, and see if that works.

MS. SEILA:  Can we try it one more time, Alanah?

MS. LUCANTONIO:  Yep.

(Video played.)

Q.  (Ms. Seila) Do you know who's talking in this video?

A.  No.

Q.  Can you tell anything that's being said?

A.  He said 114. That's all I understood.

Q.  Okay.

A.  That could be the temperature, but who was talking

91

PMRT — FERMIN RODRIGUEZ — DIRECT

there, I'm not sure.

Q.  Okay.

A.  I cannot recognize the voice.

Q.  Okay. And let's look at 116, please.

(Deposition Exhibit No. 116 was marked for identification.)

Do you know who took that video?

A.  No, but it's the same photo that you showed before.

MS. SEILA:  Okay. I think those were all the questions I wanted to ask you about the videos.

Should we take a little bathroom break and come back?

MR. SIMPSON:  Sure.

(Short recess taken.)

Q.  (Ms. Seila) What's the relationship between PMRT and Pinnacle?

A.  Pinnacle provides a lot of manpower.

Q.  Okay. And how many people work at Pinnacle?

A.  I'm not sure how many people work at Pinnacle.

Q.  Is it more than a hundred? Less than a hundred?

A.  Pinnacle itself, I'm not sure how many people work at Pinnacle. How many people we have in the refinery, we have about 45 people.

Q.  Okay. And does Pinnacle have a written contract

92

PMRT — FERMIN RODRIGUEZ — DIRECT

with PMRT?

A.  Yes, it does.

Q.  Okay. And when was that executed?

A.  I cannot tell you. I don't know.

Q.  How would you describe the relationship between PMRT and Limetree Bay Terminals?

A.  Limetree Bay Terminals provides some services to PMRT. At this time, we don't have a contract to use the tanks as is normally done.

Q.  And do you deal directly with Limetree Bay Terminals on behalf of PMRT, or is that someone else?

A.  It all depends on the nature of the work or the issue.

Q.  Okay. What sorts of things do you specifically deal with?

A.  At this time, it's a request for people entry, and that's the limitation at this time. And our people deal with OPT personnel on a day-to-day basis on road closures or some other items.

Q.  And in August of 2022, what did you deal with OPT for? What sorts of items?

A.  Could you repeat the question, please?

Q.  In August of 2022 --

A.  Okay.

Q.  -- what sorts of issues and items did you deal

PHRT — FERMIN RODRIGUEZ — DIRECT

with OPT for?

A. The relation at that time was our respond personnel requested respond equipment to be used.

Q. So it's limited to response personnel and response equipment?

A. Respond equipment, not personnel.

Q. Okay. Have you and Limetree Bay Terminals come to any agreements concerning this lawsuit?

A. Not that I'm aware of.

Q. Okay. Have you and Limetree Bay Terminals come to any agreements concerning the north and south domes since August 2022?

A. I don't understand the question.

Q. Have there been any agreements concerning anything regarding the north or south coke domes since August 2022 between PHRT and LBT?

A. There have been conversations about shared services and financials.

Q. Shared services and financials?

A. Yes.

Q. Okay. Anything else?

A. No.

Q. Okay. All right. Let's take a look at some exhibits.

I'm going to show you Exhibit 1.

PHRT — FERMIN RODRIGUEZ — DIRECT

(Deposition Exhibit No. 1 was marked for identification.)

Do you recognize this document?

A. This is a listing of personnel in the refinery.

Q. Okay. And of these people that are listed here, were they responsive to the smoldering incident, or is this separate from the smoldering incident?

A. Based on the date, they were people at the smoldering event, based on what is written on this document.

Q. Okay. And it was prepared by, it says, "L. McNair."

Who is that?

A. Lemar McNair was a engineer working at PHRT.

Q. Okay. And do you know where he's working now?

A. He retired.

Q. Do you know if he's still living on St. Croix?

A. No idea.

Q. When was the last time you spoke with him?

A. Maybe a year ago.

Q. And do you still keep in touch with him via email or text or anything like that?

A. No.

Q. Exhibit 2.

(Deposition Exhibit No. 2 was marked for identification.)

95

PHRT — FERMIN RODRIGUEZ — DIRECT

Okay. Do you recognize this document?

A. Sorry. What's that?

Q. Do you recognize this document?

A. It says here, a job safety analysis.

Q. Okay. And it looks like it was performed by NIS; is that right?

A. It's signed by NIS, yes.

Q. Okay. Why did NIS do this job safety analysis?

A. All the contractors in the refinery were assigned a job, they have, as a protocol, to have a job safety analysis.

Q. Okay. And what kind of work was NIS doing at the -- it says the job number is the coke domes?

A. As far as I can remember, they were providing labor to support the response: Moving hoses, moving gravel.

Q. Okay. And if you look on the first page on the left-hand side in the Tool section, it says, "Color code," and it says, "White, Green, Red, Orange," and red is circled.

What does that mean?

A. Again, I don't know their nomenclature.

Q. Okay. And it says the supervisor or foreman is Dudley Cox.

Do you know him?

A. Not personally.

96

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay. Do you know if he's still working at NIS?

A. No, I cannot tell you.

Q. Okay. When was the last time you had a communication with him?

A. I don't communicate with him.

Q. Okay. What happens with the job safety analysis form after it's filled out?

A. That is reviewed by the employees working on that particular job, and it's also discussed with OPT operations.

Q. Okay. Does Pinnacle or PHRT, do they have anything to do with this job safety analysis?

A. That is -- this is unique to NIS.

Q. Okay. Does anyone at Pinnacle have to review this job safety analysis?

A. Not necessarily Pinnacle. This is reviewed between NIS and operations personnel. It could be Pinnacle. It could be somebody at PHRT.

Q. Okay. So you don't know whether or not someone at PHRT reviewed this job safety analysis on August 7th, 2022?

A. That's right.

Q. Okay. Do you recall reviewing this job safety analysis in -- on August 7th of 2022?

A. I did not preview this document. This is like, as I said before, this is shared among the people that working on the site.

PHRT – FERMIN RODRIGUEZ -- DIRECT

Q. Okay. All right. And then on the second page at the bottom, it looks like there's a signature by someone, and then it says PHRT rep.

Can you tell who that signature is?

A. No.

Q. Okay. It looks to me, it says maybe Roger.

Is there someone named Roger that works at PHRT?

A. Not that I can recall, no.

Q. Okay. And then on the third page attached to this, I don't know if documents were just produced out of order, but is the -- is this incident open action tracker a part of the job safety analysis, or is it separate?

A. No, it's not part of the job safety analysis.

Q. Okay. And who prepared this incident open action tracker?

A. That is part of the incident command meetings.

Q. Okay. That you have oversight of; is that right?

A. Well, I have oversight, but this is developed by somebody within the incident command.

Q. Okay. Do you know who, specifically?

A. That is the planning section chief, and whoever is in planning, does this.

Q. And for this incident, do you recall who was the planning section chief?

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. No.

Q. Okay. Do you have a document that would have said that?

A. It should be somewhere.

Q. Okay. All right. Then let's go two more pages down, and this is Bates Stamp PHRT-Wooten 000534.

A. Okay.

Q. And it says, "Job Safety Analysis."

Is this part of the NIS job safety analysis, or is this separate?

A. It could be part of it. I'm not sure.

Q. Okay. This says, "Job Leader: Victor Torres," on it.

Do you know who that is?

A. Victor Torres is a maintenance person.

Q. Okay. And who does he work for?

A. He worked for -- he's a Pinnacle employee who worked for PHRT.

Q. Okay. And is he still working at Pinnacle?

A. Yes.

Q. Okay. Okay. If we look in that second column there, where it says, "Safety is Everyone's Responsibility," and it looks like just before Number 4, it says, "Usage of Supply Air."

What is supply air?

99

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. Supply air is -- let me see if I can explain. Like you were a scuba diver, you have a tank, and you had to have a fresh air. That's what it is.

Q. Okay. And when was that being used?

A. That depends on the job, and I'm not sure exactly when it was being used.

Q. Do you know who was using the supply air?

A. Not according to this. Doesn't say who was using it.

Q. Okay. Okay. And then on the next page under Personal Protective Equipment, where it says, "Respirator (type)," it says, "Air Supply/1/2 mask."

Do you see that?

A. Yes.

Q. What's the difference between air supply and half mask?

A. Air supply is -- air is supplied to umbilical cord to the mask of the individual.

Q. Okay.

A. A half mask is just a mask without that particular air supply.

Q. The half mask does not have --

A. Not necessarily, no.

Q. -- a tank? Okay.

A. Depends on the job.

100

PHRT – FERMIN RODRIGUEZ -- DIRECT

Q. And how do you decide whether you're going to use an air supplied versus a half mask?

A. That is defined between the person who is going to do the work and the operations personnel, based on the nature of the work.

Q. Okay. And in this case, did you ever -- when you visited the site, did you see people using air supply?

A. I don't recall.

Q. Okay. When you visited the site, did you see people using half mask?

A. There was some people using half mask and cartridge mask, yes.

Q. And what's a cartridge mask?

A. It's just a mask that have two cartridges to filter -- to filter the air.

Q. Okay. And did you ever mandate that people use any kind of air supply or mask?

A. I demand the type of job dictates what needs to be done.

Q. Okay. All right. Okay. Exhibit 3.

(Deposition Exhibit No. 3 was marked for identification.)

So the date on this one is August 8th, 2022. And on the second page under Potential Risks, it says Number 8, "Flying debris."

PHRT — FERMIN RODRIGUEZ — DIRECT

Can you explain what flying debris was present?

A. Working outside, it could be dust, could be particulates. And they're working with cleaning gravel and moving equipment, so it could be anything.

Q. Okay. And do you know what specific particulates this could be referring to?

A. Like I said, it could be dust. It could be anything from dirt or chips of wood or sand.

Q. Okay. Exhibit Number 4.

(Deposition Exhibit No. 4 was marked for identification.)

On the second page for job leader, it says, "Pablo," something.

Do you know who that is?

A. We say, Pablo Franqui.

Q. Okay. Who does — who did he work for?

A. He's a Pinnacle employee working for PHRT.

Q. Okay. And is he still working at Pinnacle?

A. Yes.

Q. Okay. And then I also noticed on these forms that they have the wind direction.

How is that measured?

A. Some people look on the phone, or look at the weather station, or just knowing the configuration of the

PHRT — FERMIN RODRIGUEZ — DIRECT

refinery, they put that there.

Q. Okay. So each person does it slightly differently?

A. Yeah. And it's directionally, because it could say more accurately east, northeast, or east southeast, just east to west. So it's too generic here.

Q. All right. All right. Let's go to Exhibit 9.

(Deposition Exhibit No. 9 was marked for identification.)

Let's go to the seventh page, please.

Okay. At the bottom, it says, "PHRT-Wooten 000532," correct?

A. Okay.

Q. And in that second column, "Safety is Everyone's Responsibility," Number 3, it says, "Do fresh air job."

What does that mean?

A. Which one is that one?

MR. SIMPSON: Here.

A. I'm looking at the wrong paper.

MR. SIMPSON: It's 532 at the bottom.

A. Okay. 532. Which one are we talking about?

Q. (Ms. Seila) Where it says Number 3, "Do fresh air job," what does that mean?

A. The initial job at that time may require some fresh air.

103

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay. And to get that fresh air, are you using one of those canister things that you talked about?

A. It could be a half mask with the umbilical cord air supply.

Q. Okay. Okay. And that air supply, is that the same as the SCBA, or is that different?

A. SCBA is a stand-alone air supply. Air supply is referred to umbilical cord attached, providing air to the individual.

Q. Okay. I see. So they're different?

A. Yeah.

Q. Okay. Let's go two more pages down and — yeah, next page. Perfect.

Same thing on "Safety is Everyone's Responsibility." Says Number 1, "To remove filter from" something.

What does that say?

A. Blower.

Q. Okay. Can you explain what that means?

A. If this related to the coker done on date 8-12, the coke domes have air handlers at the top of the domes, so the filters are activated. And like a air-condition, the filters had to be cleaned.

Q. Oh, so there's a filter at the top of each dome?

A. They have ducting to some filters —

104

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay.

A. — for particulates.

Q. Okay. And how often are those filters cleaned?

A. It's used on normal operation, and it all depends on when they get clogged.

Q. Okay. Do you know what the, like model number filter is?

A. No.

Q. Would you have that information anywhere?

A. It should be in the records.

Q. Okay. Who's responsible for ordering those filters?

A. That's defined by operations and maintenance, and they put a request to buy filters. The elements.

Q. So maintenance?

A. Maintenance, yeah, and operations. They monitor this, and depending on the pressure drop, they put a request to buy more elements for the filters.

Q. Okay.

A. It's that I was referring to, and the blower.

Q. And that's maintenance and operations at Pinnacle?

A. PHRT.

Q. Okay. Do you know who, specifically, is in charge of maintenance and operations?

A. No. Pablo Franqui and — and Torres that you have

PHRT – FERMIN RODRIGUEZ -- DIRECT

been mentioning before --

Q. Okay.

A. -- is part of the maintenance group.

Q. Okay. Okay. Let's go to the -- where it says PHRT-Wooten 500.

And the date on this one is August 16th, 2022. And, again, in that second column, this time, it mentions an oil cleanup.

Can you explain what happened there? Why it says that?

A. Which one are you talking about?

Q. Again, in Number 3.

A. Assist oil cleanup.

It could be a lot of things. It could be that the engine is leaking oil, or somebody spilled oil.

Q. Okay. So the oil cleanup, did that happen as a result of the smoking coke?

A. No.

Q. Okay. All right. Exhibit 13.

(Deposition Exhibit No. 13 was marked for identification.)

Okay. Have you seen this document before?

A. Not this particular one, but something similar to this.

Q. Okay. What -- can you explain what this is?

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. Based on the title, "Coke Dome Personnel Registry," is to monitor who's in the refinery or out or at the coker dome area at different times during the day.

Q. Okay. So these are all the people that were in the coke dome area?

A. Yes.

Q. Okay. And were they all responding to the smoking coke?

A. At one point in time, the answer is they were assisting each other.

Q. Okay. All right. Exhibit 14.

(Deposition Exhibit No. 14 was marked for identification.)

Have you seen this document before?

A. Yes.

Q. Okay. Can you explain what this is?

A. This is the same type of report as the other one.

Q. Okay. How is it different from the other report?

A. Not that much different. One is more formalized than the other, but it does have the name of the people, and the company, and time that they were there.

Q. And so why are there two reports?

A. No idea.

Q. Okay. Do you know who made --

A. They are different -- they are different dates.

107

PHRT – FERMIN RODRIGUEZ -- DIRECT

Q. Do you know who made the second type of report?

A. No, but this is part of the control entry, and most likely was maintained by the safety department.

Q. Okay. Fifteen.

(Deposition Exhibit No. 15 was marked for identification.)

Have you seen this document before?

A. I don't recall. It says, "Shift Outside Log," so.

Q. Is that something that Pinnacle would be in charge of?

A. This is done by operations personnel.

Q. Okay. And would you review this shift outside log throughout your time as incident commander responding to the smoldering?

A. No.

Q. Okay.

A. And the date on this one is not at the smoldering period. It was on August 1st and August 2nd.

Q. Right. So if we -- if you continue through to the fourth -- to the sixth page at the bottom, it says PHRT-Wooten 001880. On this log, it says, "Found alarm," I think it says, "audible at the North Coke Dome. No silence/acknowledge button."

Do you know what that means, "no silence/acknowledge button"?

108

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. No.

Q. Okay. Do you know C. Thomas and G. John, the people on this report?

A. Christopher Thomas and John George.

Q. And are they still working at Pinnacle?

A. At this time, yes.

Q. Let's continue on to the bottom of the page that says PHRT-Wooten 001885.

Do you know who wrote this document?

A. No.

Q. Do you know what anything on this document means?

A. No. Just has some numbers, but doesn't have a description of it.

Q. Okay. All right. Exhibit 16.

(Deposition Exhibit No. 16 was marked for identification.)

Have you seen this document before?

A. Yes.

Q. When was the first time you saw this document?

A. I don't know. I don't recall that.

Q. Okay. Was it a while -- was it before or after this lawsuit was filed?

A. Before.

Q. Okay. What did you do when you received this document?

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. This document is prepared as part of the protocols in the refinery, and it goes with the corresponding people, and defined what has transpired, and what needs to be done.

Q. Okay. And you said it was -- it was written because of the protocols, right?

A. If there's an incident, there's an incident report that had to be developed.

Q. Okay. And who developed the protocols stating that an incident report has to be developed?

A. Who developed? Sorry.

Q. The protocol that requires an incident report?

A. The protocol is, there's an incident. It's identified. Operations, maintenance, and safety get together and put a report together. That's the protocol.

Q. Okay. And is that protocol mandated by PHRT or Pinnacle?

A. That's a standard PHRT protocol.

Q. Okay. Okay. Did you have to sign off on the content of this report?

A. The group sign off on it.

Q. Okay.

A. It's a group definition of the incident, so it's not one particular person signing on it.

Q. Okay. And on the second page, it mentions this Rainbird sprinkler system.

---

PHRT - FERMIN RODRIGUEZ -- DIRECT

who is responsible for maintaining that sprinkler system?

A. That is PHRT maintenance.

Q. Okay. Okay. And then on the next page, August 6th, 2022, it says, "PHRT deployed the Fire Pumper Truck FP1."

who owns that fire pumper truck?

A. That's a PHRT pumper truck.

Q. How many pumper trucks does PHRT have?

A. Two.

Q. Was the second truck deployed in response to this incident?

A. No.

Q. Why not?

A. Based on the assessment and the response of the people in the field, a second truck was not needed.

Q. Okay. Okay. And then in that second paragraph, it mentioned a dust collection system being engaged.

Can you describe that dust collection system?

A. Sorry. Which one you're referring to now?

Q. The second paragraph.

A. Okay.

Q. Says, "The dust collection system was engaged."

Can you explain what that dust collection system is, and how it works?

---

111

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. You're talking about "the North Dome's main door was re-opened"?

Q. Yes. That paragraph.

A. Dust collector engaged. Oh, remember that you talked about filters?

Q. Yes.

A. That's what this is referring to. This is dust collector.

Q. Okay. So the filter is not always on that dome?

A. No.

Q. Okay. Do you know when that filter was installed?

A. That was part of the construction in 2008. By definition, it's a dust collector.

Q. Okay. So you have to actually -- so the -- let me see if I understand this. I don't think I'm understanding.

The filter you're saying is always there, but you have to like push a button or somehow engage it, the filter, so that it collects dust?

A. The dust collector have to be engaged, yes.

Q. How does one do that?

A. What's that?

Q. How do you do that?

A. Somebody go and turn it on.

Q. Do you know who turned it on in this case?

A. No.

---

112

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. Okay. And then if we go to the page that is PHRT-Wooten 000005.

In that paragraph, it says, "Operations and incident responders used Infrared Pyrometer devices to monitor internal and external dome skin temperatures."

So are those the photographs that we saw --

A. Yeah.

Q. -- with the cameras?

A. Yeah.

Q. Okay. And then later on in the document, I saw that another camera, infrared camera, had to be ordered.

Why was that?

A. My recollection, this was just only one camera, so there's a need to have a spare in this case.

Q. Okay. I see.

All right. And then if we go to the next page. In that second paragraph towards the bottom, it says, "This thickness then reduces towards the apex of the dome to approximately 9", however, just under the house head, the thickness returns to 15"."

What is the significance of that?

A. I'm not sure.

Q. Okay.

A. That's the thickness of the coke dome concrete.

Q. Okay. But you don't understand -- or you don't

PHRT – FERMIN RODRIGUEZ -- DIRECT

know why -- why that's significant?

A. No.

Q. Okay. And then if we turn to the next page, it says, "This picture shows the blistering and shrinking of the PVC composed geotextile fabric."

Do you know why that happened?

A. That's because of the temperature and the air trapped between the concrete --

Q. Okay?

A. -- and the fabric.

Q. Okay. Okay. And then on the next page, PHRT-Wooten 00008, under the key findings, it says, "The third-party contractor for LBR responsible for managing the coke (Savage), did not have any procedures addressing the possibility of smoldering."

Do you know why that was?

A. No.

Q. Okay. Did you ever ask why they didn't have any procedures?

A. No. The Savage left before PHRT, and this was one of the findings to the investigation.

Q. Okay. Do you know if anyone else talked to Savage to find out why they did not have any procedures in place?

A. No.

Q. All right. Then on the next page, PHRT-Wooten

PHRT – FERMIN RODRIGUEZ — DIRECT

000009, under Conclusions, it says, "The primary cause of the coke smoldering was due to the coke not being managed properly for long term storage."

What's your understanding of proper procedures for long-term storage?

A. The conclusion was that Savage left the coke there, and there was no guidelines in regard with what to do with it.

Q. Okay. My question's a little bit different.

Do you know what -- how the coke should have been stored?

A. We learned after the fact that the coke should have been moved around and wet with water.

Q. Okay. When did you first find out about the -- that the coke was going to be stored there for a long period of time?

A. What's that again?

Q. When did you first find out that the coke was going to be stored there for a long period of time?

MR. SIMPSON: Object to the form.

A. The coke was left there under LBR. The duration of that coke in there is unknown to everybody.

Q. (Ms. Seila) It was unknown --

A. Yeah.

Q. -- you said?

115

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. The duration of the coke in there, 'cause it was part of the operations of the refinery.

Q. Right. Okay. And when you came in working for Pinnacle and PHRT, what was your understanding of what that coke would be used for?

A. Industry standard to be sold.

Q. Okay. And what was your understanding of when that coke would be sold?

A. I think no time frame for that, because it all depends on this market availability, or somebody wants to buy it.

Q. Okay.

A. So it's not predictable.

Q. And when you found out that the coke was being stored in that south dome, did you do anything to research proper storage procedures?

A. No.

Q. Okay. Why not?

A. It was not a concern at that time, and it was left by Savage, and they didn't alert anybody in regards to what needs to be done long term. And long term is defined as -- by anybody, could be one month, two months, or whatever that is.

Q. Okay. When you started working for PHRT, what were your priorities?

116

PHRT – FERMIN RODRIGUEZ — DIRECT

A. Maintain the plant in ideal condition.

Q. Maintain the refinery?

A. In ideal condition. Ready for start-up.

Q. And what sorts of the activities does that entail?

A. That's servicing process equipment: Pumps, fans.

Q. Okay. So maintaining equipment?

A. Process equipment.

Q. Okay. Process equipment.

Okay. What else? Anything else?

A. That's it.

Q. Okay. So your main priority was maintaining process equipment?

A. Yes.

Q. Okay. Okay. All right. And then in this recommendation section, the second one says, "Establish routine wetting of the coke (frequency to be determined)."

Was that frequency ever determined?

A. That was determined later on, yes.

Q. Okay. What is that frequency?

A. Once a week, the operations personnel go and they spray water on the coke.

Q. Okay. And prior to the August 2022 smoldering, how often was the coke sprayed, if ever?

A. As far as I know, the operation personnel, they had the expertise on this, did not do it.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. Then the second -- sorry, the third bullet point there says, "Establish routine 'turning' of the coke."

How often is that done?

A. Once every two weeks.

Q. Okay.

A. That have to be verify against the log sheets.

Q. Okay. Okay. The next bullet point says, "Ship the coke out of St-Croix. Either sell (or give it away)."

Is it possible to give away coke? Are there companies that will take it?

A. There's some people in the States that use it to blind with asphalt.

Q. Oh, okay.

A. But nobody have come out for it.

Q. Do you think we could blend it with asphalt here for our roads?

A. We have to ask the asphalt people.

Q. Okay. Okay. And then finally, it says, "Perform full inspection and PM of the Dome's Rainbird System."

How often is that done now?

A. It's not being done right now. The Rainbird is to spray water on the conveyors, conveyor system, when they're transferring coke for dust control.

Q. Okay.

A. But there's no transfer of coke at this time.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. All right. Okay. 16A.

(Deposition Exhibit No. 16A was marked for identification.)

Have you seen this document before?

A. Yes.

Q. Okay. Who created this document?

A. I don't recall that.

Q. And when was it created?

A. There's no date on it, so I cannot tell you.

Q. Okay. Were you involved in the creation of this document?

A. Sorry. What's that?

Q. Were you involved in the creation of this document?

A. This was created by operations, maintenance, and environmental department.

Q. Okay. When it was created, did you review it?

A. I did at one point in time. I don't know when.

Q. Okay. What was the purpose of creating this document?

A. This refers to Outfall 11 on the second paragraph, right? Sentence 1, 2, 3. Basin at Outfall 11.

Q. Okay.

A. You asked a question earlier about the pond --

Q. Yes.

119

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. -- which is this one here.

Q. Okay.

A. So the overflow of that pond goes into the ocean.

Q. Okay.

A. So that's the monitoring of the water that goes to the ocean. Collection of water, of rainwater in the perimeter of the coke domes.

Q. I see. Okay. Thank you.

Okay. Seventeen.

(Deposition Exhibit No. 17 was marked for identification.)

Have you seen this document before?

A. I may have seen it before.

Q. Okay. Can you explain what this document is?

A. This is an assessment of what is the monitoring that needs to be done.

Q. Okay. And who was this distributed to?

A. What's that?

Q. Who was this document distributed to?

A. I cannot say. I don't know. But it appears that the people that are sign here did review it.

Q. Okay. And then in safety and health -- SAFETY HEALTH AND ENVIRONMENTAL PRECAUTIONS, F(a) states "This requirement is expanded to include any area where workers must be to contain the smoldering and CO readings are 10 ppm

120

PHRT - FERMIN RODRIGUEZ -- DIRECT

or greater by use of a personal 4 gas monitor."

How is that 10 ppm determined?

A. That's an industry OSHA standard.

Q. Okay. And did each person have their own gas monitor?

A. There's a lot of employees that have $H_2S$ monitors on them a hundred percent of the time. This particular one, I'm not sure.

Q. Okay. And then "Personnel should keep clear of the entrance to the dome and remain at least 6 feet from the outside wall unless actively spraying water on the coke pile."

How is that 6 feet determined?

A. That's determined by the safety department.

Q. Eighteen.

(Deposition Exhibit No. 18 was marked for identification.)

MR. KING: Did you say 18, Robin?

MS. SEILA: Yes.

Q. (Ms. Seila) Have you seen this document before?

A. I have seen some of these, yeah.

Q. Do you know who's responsible for maintaining this entry log?

A. No.

During the incident, somebody's assigned to

PHRT — FERMIN RODRIGUEZ — DIRECT

maintain the monitoring of the personnel assigned by safety department. So who was assigned, I'm not sure.

Q. Okay. And do you know who crossed out at the top "confined space" and put "hazardous atmosphere"?

A. No, but this is a form that is used for confined-space activities. They just tailored it to the — to the coker instead of creating a new form.

Q. Okay. But you don't know who? Who did that?

A. No. They just labeled it as hazardous atmosphere entry log.

Q. Okay. Okay. Number 19.

(Deposition Exhibit No. 19 was marked for identification.)

Have you seen this document before?

A. Yes.

Q. Okay. In this document, at 7:20, it says, "PHRT employee Cecil Sweeney arrives along with PHRT Fermin Rodriguez."

And I believe you testified earlier that you went to go check the alarm with Mr. Sweeney; is that right?

A. I don't recall if it was Sweeney, but it says here, Sweeney. Yeah, I went to the site.

Q. Okay. And then at 7:30, it says, "Limetree Bay Terminals Fire Chief Stewart Tanner and Limetree Bay Terminals ERT member Christine Goodrich arrived on scene."

PHRT — FERMIN RODRIGUEZ — DIRECT

Did you speak with either Chief Tanner or Christine Goodrich?

A. No. It says that Curtis Green did.

Q. I'm sorry, what?

A. According to this document —

Q. Uh-huh.

A. — Curtis Green did.

Q. Yes. And you did not?

A. (Witness shakes head.)

Q. Did you talk to Curtis Green about his conversation with Chief Tanner and Christine Goodrich?

A. He have informed me of different items throughout.

Q. What did he inform you about that conversation that he had with Tanner and Goodrich?

A. I don't recall that conversation, per se. The details of it.

Q. And this says that this document was created by J. Peacock.

Did you speak to J. Peacock about this report?

A. No. J. Peacock's an OPT employee at that time.

Q. And is he still an OPT employee?

A. No, he — he left the island.

Q. Oh. Where does he live now, do you know?

A. No idea.

123

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. When was the last time you corresponded with Mr. Peacock?

A. I don't correspond with Mr. Peacock.

Q. Okay. Did you ever discuss this incident with Mr. Peacock?

A. No.

Q. Okay. Okay. On Saturday, August 6th, 2022, this is labeled — yes, at the top, it says, "8:30 PHRT bringing in Vivot equipment for Coke Dome incident. Observed a slight odor at the Tug Dock."

Did you ever go down to the tug dock during this time frame?

A. The tug dock is next to the coke dome.

Q. Did you go down there?

A. No, I don't.

Q. Okay. All right. Number 20.

(Deposition Exhibit No. 20 was marked for identification.)

Okay. Does this refresh your recollection as to some of the correspondence that you had with Mr. Jeff Charles?

A. Yes.

Q. Okay. What else — what else do you remember about your correspondence with Jeff Charles?

A. It was limited to this, and maybe some other

124

PHRT — FERMIN RODRIGUEZ — DIRECT

emails associated with the incident.

Q. Okay. Were you — did you receive timely responses from Jeff Charles concerning your requests?

A. On any incident, any response is timely response. You want everything right on the spot, but doesn't happen.

Q. Okay. Number 22.

(Deposition Exhibit No. 22 was marked for identification.)

What was the — what was the safety training that was being discussed here?

A. Anybody who goes in the refinery or have — deals with an incident or HAZMAT, there's a need to give a safety orientation on the potential hazards of it.

Q. Okay. And so this was for EMTs that had not been to the refinery previously?

A. That's correct.

Q. And you decided that there was no need to do the safety training, is that what this means?

A. The reason for that one, this is EMTs, the EMTs, like the one I mentioned, Barry Guilbeau, are certified EMT technicians. So have been certified. EMT technician already have this automatically.

Q. Oh, okay. I see. Thank you.

All right. Twenty-three.

Are we missing 23?

PHRT - FERMIN RODRIGUEZ — DIRECT

Okay. Twenty-four.

(Deposition Exhibit No. 24 was marked for identification.)

Have you seen this document before?

A. I may have seen it before, yes.

Q. Did you have any input into this plan?

A. The plan is defined by safety operations, and at the end, if they approve it, because they are the one in the field, we concur with it, unless something gross that is — should not be here. But based on this one, they cover all the elements that have to be.

Q. Okay. So you approved it?

A. Yeah.

Q. Okay. Okay. Thirty-one.

(Deposition Exhibit No. 31 was marked for identification.)

Okay. Who is Mr. David Bornn?

A. David Bornn is one of the governor's or former — one of the governor's former lawyers.

Q. Okay. And why were you reaching out to him?

A. He reached out to me.

Q. Okay. Why did he reach out to you?

A. He was informed that there was a incident at the refinery, and he want to offer the assistance from the fire department.

PHRT - FERMIN RODRIGUEZ — DIRECT

Q. Okay. And did you accept assistance from the fire department?

A. The answer is yes and no.

At the time that he offered, we did not need them.

Q. Okay. Why did you decide that you did not need the fire department at that time?

A. The Virgin Islands Fire Department is not an industrial fire-fighting personnel. It's for household-type incidents. So for a refinery, per se, they don't know how to do it.

At the same time, we have obtained the equipment that we needed to fight the fire, and the Virgin Islands have limited amount of resources, so they could not deploy their equipment and stay in the refinery.

Q. Okay.

A. If there was a need, that's why I say, if we need it, we will reach out to him.

Q. And did there come a time where you did request assistance from the Virgin Islands Fire Department?

A. Yes. At one point in time, the answer is yes.

Q. Okay. And what — what did they do?

A. They have a station ladder truck. There was a need to reach out to one of the towers. We don't have that. So at that time, they were contacted, and they provided, and

127

PHRT - FERMIN RODRIGUEZ — DIRECT

they stay in the refinery maybe four or five hours, at the most.

Q. Okay. And what day was that?

A. I don't recall that date. It was about two weeks after the incident started.

Q. Okay. Thank you. Thirty-three.

(Deposition Exhibit No. 33 was marked for identification.)

All right. Do you recognize this document?

A. I don't recall this document.

Q. Do you know who created it?

A. Based on this, it's signed by a gentleman name Shay Glasgow.

Q. Okay. And what is Shay's job?

A. At the time of this period, he's a operations superintendent.

Q. And is he still working — was he working for Pinnacle or PHRT?

A. He's employed through Pinnacle, working for PHRT.

Q. Okay. Is he still working for Pinnacle?

A. Yes.

Q. Okay. Okay. And then if we turn to the next page, can you tell who is filling the status out on these — on these operations night instructions?

A. That's also put together by Curtis Green and/or

128

PHRT - FERMIN RODRIGUEZ — DIRECT

some other people within his group.

Q. Okay. Who is Wendy Pontefract?

A. She was safety manager.

Q. Okay. And is she still working at Pinnacle?

A. No, she retire.

Q. And when did she retire?

A. To the best of my recollection, early last year or the end of the previous year.

Q. Okay. Thirty-eight.

(Deposition Exhibit No. 38 was marked for identification.)

(Respite.)

Okay. On the third page of this document — well, first of all, this is a conversation between you and Jeffrey Charles via text message; is that right?

A. That's correct.

Q. Okay. At the bottom here, it says, "Fermin, fuel will need to be procured offsite. PHRT is 7.9 million in arrears and is making the choice not to pay for fuel."

What was he referring to there?

MR. SIMPSON: Object to the form.

A. He's referring for us to get the fuel for the fire truck and all the equipment from outside instead of being provided by OPT.

Q. (Ms. Seila) But earlier in this conversation, you

PHRT - FERMIN RODRIGUEZ — DIRECT

said that you had the 200,000 for the fuel costs and electricity of the response at the dome.

Was there additional money that you needed to pay for additional support for -- for fuel and a fire truck?

A. It just transpired that -- it was indicated that I need to get the fuel from outside.

Q. Okay. And how much fuel did you end up getting from outside?

A. Whatever fuel was needed to fill the fire truck, and the cranes, and all the equipment that we have at the response.

Q. So LBT did not provide fuel?

A. Not at that time.

Q. Okay. Did they eventually provide fuel?

A. We continue receiving fuel from outside.

Q. Okay. And who did you get fuel from on the outside?

A. Vivot.

Q. Okay. Okay. And then on the next page, I see that the date, you -- it's August 17th, 2022 at 6:46 p.m.

A. Sorry. You're referring to which one?

Q. At the bottom, it says, PHRT Wooten 00019.

A. Okay.

Q. Okay. And on August 17th, 2022 at 6:46 p.m., you state, "Jeff I did not bother earlier as I know a request to

PHRT - FERMIN RODRIGUEZ — DIRECT

you to get some wear."

What did you mean by that?

A. It should say gear. Fire equipment gear. A misspelling there.

Q. Oh, okay. "Sent you an email with what is needed to keep the rescue team at night. Need your approval to your personnel."

And then you sent another text on August 21st, 2022. And then you sent another text on August 26th, 2022.

Did you get a response to either of those texts during that time period?

A. This is the correspondence, but we got the gear that was needed and the approvals that we needed from Jeff Charles to his people.

Q. Okay.

(Deposition Exhibit No. 39 was marked for identification.)

Okay. Who drafted this plan on Exhibit 39?

A. Based on the signatures on the back, it was composed by three people.

Q. Okay. And do you know when this was done?

A. It doesn't have a date on it. I don't recall.

(Deposition Exhibit No. 40 was marked for identification.)

131

PHRT - FERMIN RODRIGUEZ — DIRECT

Q. Okay. Does this Exhibit 40 refresh your recollection as to any meetings that you had with Customs and Border Patrol?

A. Yes.

Q. Okay. What do you recall about that meeting?

A. What I stated here. We have a meeting in the conference room with Customs supervisor that indicated that one of the employees have a complaint, and went to see what was going on.

Q. Okay. Do you remember anything else about this meeting?

A. We explained what was going on the dome. And after we discuss that in the conference room, Wendy and our environmental manager went to the site and explained to Ms. Lopez the situation. And based on this report, Wendy explained and described, there was some steam coming out, and there were some odors, but based on the statement, but no effect on anyone health, based on this.

Q. Okay. And you don't remember anything additional to that?

A. No.

Q. Okay. Forty-one.

(Deposition Exhibit No. 41 was marked for identification.)

Do you know who created this rescue planning

132

PHRT - FERMIN RODRIGUEZ — DIRECT

sheet?

A. No, I don't recall who prepared this.

Q. Okay. Is this a document that you would have had to approve?

A. No.

Q. Okay. Forty-two.

(Deposition Exhibit No. 42 was marked for identification.)

Do you recognize this document?

A. I do now.

Q. Okay. Did you write this press release?

A. It went out with my name.

Q. Okay. Did you have input from anyone else in developing this press release?

A. I'm pretty sure I got input from other people in the plant.

Q. Okay. Do you know who you got input from?

A. No. At this time, I cannot tell you.

Q. Okay. Exhibit 46.

(Deposition Exhibit No. 46 was marked for identification.)

Do you know who Michael Lowther is on this cc line?

A. If I'm not mistaken, he was the chief financial officer at OPT.

PHRT – FERMIN RODRIGUEZ -- DIRECT

Q. And who is Lavern Richards?

A. It's accounting personnel -- person in OPT business group.

Q. Okay. And this is for the $200,000 for the fuel and the fire truck, correct?

A. Yes.

Q. Okay. And who is George Maillard?

A. George Maillard is the OPT security manager.

Q. Okay. Forty-nine.

(Deposition Exhibit No. 49 was marked for identification.)

Did you help draft this document?

A. Excuse me?

Q. Did you help draft this document?

A. This document is not drafted by me. This is put together by the people in -- when they responded.

Q. Under current identified hazards on the first page, it says, "The PEL for CO for a 12-hour shift is 25 ppm."

What does that mean?

A. This is the OSHA standard for exposure limit. PEL means permissible exposure limit.

Q. Okay. And then under A, it says, "TWAs reported to range from 60-70 ppm."

What does that mean?

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. Time-weighted average.

Q. Okay.

A. That's another OSHA requirement.

Q. Okay. And then it says, "Highest instantaneous peak reported inside the dome is approximately 200 ppm."

So that is significantly higher than the 25 ppm, which is the upper limit, right? Am I reading that correctly?

MR. SIMPSON: Object to the form.

A. The PEL and TWA is exposure limits over a period of time of eight hours. This is a peak.

Q. (Ms. Seila) Okay.

A. It's not sustained.

Q. Do you know how long that peak stayed at the 200 ppm?

A. No, but it could have been detected by the analyzers.

Q. Okay. Do you know who contributed to the report that wrote this section of the report?

A. To be honest with you, no, but Total Safety, the safety manager, environmental people, got involved in this.

Q. Okay. All right. Number 50.

(Deposition Exhibit No. 50 was marked for identification.)

Do you know who's on this text group?

135

PHRT – FERMIN RODRIGUEZ -- DIRECT

A. No idea.

Q. I think you're on it, right, FR?

A. Yeah, FR is me, but you asked me about the other people. I don't.

Q. You don't know who else is on here?

A. No.

Q. At the top there, I think you sent a YouTube video that says, "Good animation for coke production for novice audience."

Do you still have the link to that video?

A. I don't think so. I'm not sure what I'm referring to in this, this text right now.

Q. I'll give you a moment to review these texts. So let me know if any of these readings were above the limit, the allowable OSHA limit.

A. (Witness reviews document.)

Based on what we discussed on the previous exhibit, on PEL and TWA, if I was going to read this properly, the answer is, no, these limits were reach out, subzeros.

Q. And it looks like these readings were all from August 13th, 2022.

Do you have any readings from August 8th, 2022?

A. Not -- no. This says specific locations here on

136

PHRT – FERMIN RODRIGUEZ -- DIRECT

the outside, Centerline Road, McDonald's, Clifton Hill. The answer is no.

Q. Okay. Number 51.

(Deposition Exhibit No. 51 was marked for identification.)

Do you know who did these temperature readings?

A. Sorry?

Q. Do you know who did these temperature readings?

A. It might have been done by the people on shift at that time.

Q. Okay. And who were these temperature readings turned into?

A. That's reviewed by the supervisors.

Q. Okay. Fifty-two.

(Deposition Exhibit No. 52 was marked for identification.)

Does this refresh your recollection as to a call that you had with the EPA and DPNR --

A. Yes.

Q. -- on August 15th, 2022?

A. Yes.

Q. What else do you remember about the contents of that call?

A. It's no more than what is stated here.

PHRT — FERMEN RODRIGUEZ — DIRECT

Q. Okay. To get the smoldering to stop, did the coke have to be spread out to one to two feet maximum thickness?

A. Not necessarily one to two feet. Spread out, at that time, they were talking one to two feet, but didn't have to go there.

Q. Okay. And how long did it take to spread the coke sufficiently?

A. It was maybe two weeks, because coke had to be taken out and put in a coker pit, like we indicated before.

Q. Okay. Okay. Fifty-three.

(Deposition Exhibit No. 53 was marked for identification.)

Okay. It looks like you were involved in the discussions concerning a mutual aid agreement; is that right?

A. That's correct.

Q. Okay. What was the purpose of the mutual aid agreement?

MR. SIMPSON: This is well after the incident, so if you're going to be brief on it, I'll let him continue.

A. Was to have an understanding of how we could get assistance, or we could provide assistance to OPT or PHRT on potential events in the future.

Q. (Ms. Seila) Okay. And when I looked at the mutual

aid agreement, it seemed to be limited to seven days, and then renewable for additional periods.

Do you recall that?

A. That's correct.

Q. And it also said that OPT had, in its sole discretion, it could agree or not agree to provide help.

Do you recall that?

A. That's correct.

Q. So I'm just a little confused as to the benefit of a mutual aid agreement. Seems like they didn't have to do anything. OPT didn't have to do anything.

MR. SIMPSON: There's no question pending.

Q. (Ms. Seila) Can you explain to me why you would sign a mutual aid agreement like this?

A. The agreement was signed by the owners, and it have some deficiencies on it. I agree with that.

Q. Okay. Did you recommend that they sign the agreement?

A. I gave them some recommendations or comments on it.

Q. Okay. What were your recommendations?

A. That need to be reviewed.

Q. That what?

A. That the agreement had to be reviewed.

Q. Okay. By who?

139

PHRT — FERMEN RODRIGUEZ — DIRECT

A. By all the parties involved.

Q. Okay. All right. Okay. Fifty-three A.

(Deposition Exhibit No. 53A was marked for identification.)

When was the first time you saw this document?

A. What was your question?

Q. When was the first time you saw this document?

A. I don't recall when.

Q. Okay. Was it before or after this lawsuit was filed?

A. It may have been before, but I don't recall when.

Q. Was it during the response to the smoldering coker incident?

A. Sorry. What did you say?

Q. Was it throughout your response to the smoldering incident?

A. Based on this one, it was on the August 21st —

MR. SIMPSON: She's asking when you saw it.

A. Oh, I don't recall.

Q. (Ms. Seila) What was your reaction when you saw this document?

A. I didn't like it.

Q. What didn't you like about it?

A. We had to go through the payment of money, and we

140

PHRT — FERMEN RODRIGUEZ — DIRECT

have to request all the equipment that was needed, even though it was ours.

Q. You're saying the fire equipment was yours?

A. The fire trucks are ours, yes, PHRT.

Q. Okay. Okay. What else?

A. That's it.

Q. That's it? Okay. Okay.

All right. Fifty-four.

(Deposition Exhibit No. 54 was marked for identification.)

Did you write this document?

A. It does have my name on it.

Q. Do you recall writing the document?

A. I don't recall this document.

Q. Okay. All right. Exhibit 58.

(Deposition Exhibit No. 58 was marked for identification.)

I understand you're in this photograph; is that right?

A. That's correct.

Q. And you're meeting with the Coast Guard?

A. That's the Coast Guard, yes.

Q. Did the Coast Guard have a role in responding to this smoldering event?

A. No.

PHRT - FERMIN RODRIGUEZ -- DIRECT

Q. Okay. Do you recall why you were meeting with the Coast Guard?

A. The Coast Guard wanted to introduce people into the refinery, and I don't remember exactly what date, but the Coast Guard had to staff up the office, so they were asking questions about the refinery. It was not necessarily associated with the coker.

Q. I see.

A. It was a full-on meeting, yeah.

Q. Sixty-three. This is super tiny. I'm so sorry. We can have Alanah blow it up, if you prefer.

(Deposition Exhibit No. 63 was marked for identification.)

Have you seen this spreadsheet before?

A. Can you repeat that, please?

Q. Have you seen this spreadsheet before?

A. I may have seen it. I don't recall.

Q. Do you know who -- who developed the spreadsheet?

A. This is, in the second page, which I could see better, it's a financial sheet. So most likely was done by our financial officer.

Q. Okay. And on the first sheet, it looks to me like the total cost says it's $614,486.34.

Was that the cost of controlling the smoldering, or was that for something else?

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. I -- I can't answer that. I'm not sure.

Q. Okay. Okay. Sixty-five.

(Deposition Exhibit No. 65 was marked for identification.)

Have you seen this document before?

A. It's part of our report, yes.

Q. Okay. Did you come up with this timeline? Did you develop this?

A. No. This timeline is developed by the people involved in the incident from operations, maintenance, everybody involved.

Q. Okay.

A. That's their timeline.

Q. And at the bottom, it says, "Mark Beharry" on there.

What was his role with the fire and the smoldering?

A. He's one of the superintendents in PHRT.

Q. And what was his specific role with the smoldering incident?

A. He was -- the roles of everybody were shift, just to assist. It could be assisting the responders. Helping them out. No specific role.

Q. Okay. Sixty-six.

143

PHRT - FERMIN RODRIGUEZ -- DIRECT

(Deposition Exhibit No. 66 was marked for identification.)

Did you -- did you develop this document?

A. No.

Q. Okay. Do you know who did?

A. This is another timeline that may have been used to complement the timeline for the overall.

Q. Okay. Okay. I'm going to give you Exhibit 68A.

(Deposition Exhibit No. 68A was marked for identification.)

We spoke earlier about the air monitors that were placed. You said there were permanent ones, as well as ones that were -- that you could transport. That were portable.

Can you put an X where the permanent air monitors were, if you know?

A. No, but let's clarify. There's no permanent air monitors. They're handheld monitors, personnel monitors, and one that you saw in the photo.

Q. I see.

A. Those are portable. You leave it there for a while.

Q. Okay.

A. But there was one inside the dome.

Q. Okay.

144

PHRT - FERMIN RODRIGUEZ -- DIRECT

A. And I -- we have to refer to the reports, but there were some here and here.

Q. Okay.

A. Exactly where on the fence line of which tanks, we have to refer to the report.

Q. Okay. Can you put an X where -- in the approximate area where those monitors were?

A. I'm going to put a big circle on it --

Q. Okay.

A. -- because it could be here. It could be here and here.

Q. Okay.

A. It could be in that vicinity. I cannot tell you for sure where.

Q. Thank you. I appreciate it.

Okay. We'll let the record reflect that the witness marked Exhibit 68A with circles in blue ink.

MR. SIMPSON: And an X.

MS. SEILA: Oh, yes, and an X by the domes.

Q. (Ms. Seila) Exhibit 85.

(Deposition Exhibit No. 85 was marked for identification.)

Do you recognize this document?

A. It's one of several documents, yeah, that I have seen before.

PHRT — FERMIN RODRIGUEZ — DIRECT

Q. Okay. And —

MR. STUTZMAN: Pardon me. Sorry. Robin, I didn't hear what exhibit number.

MS. SEILA: Oh, I'm sorry. Eighty-five.

MR. STUTZMAN: Thank you.

Q. (Ms. Seila) Yeah. If you turn to the last page, is that your signature?

A. Yes.

Q. Okay. And at the time that you responded to these questions, were your responses true and accurate, to the best of your ability?

A. Yes.

Q. Okay. And Exhibit 84.

(Deposition Exhibit No. 84 was marked for identification.)

Do you recognize this document?

A. Yes.

Q. Okay. And same question for on the last page, is that your signature?

A. Yes.

Q. Okay. And were your responses true and accurate, to the best of your knowledge, at the time that you signed your name on this document?

A. Yes.

Q. Okay. Exhibit 90.

PHRT — FERMIN RODRIGUEZ — DIRECT

(Deposition Exhibit No. 90 was marked for identification.)

Do you recognize this document? Do you recognize this document?

A. I believe so, yes.

Q. Okay.

MR. STUTZMAN: I'm sorry to keep interrupting you, Robin, but —

MS. SEILA: Number 90.

MR. STUTZMAN: Okay. Thanks.

MS. SEILA: Yeah.

Q. (Ms. Seila) Okay. Number 4 states, "As part of the operations of this security zone, Ocean Point controls access to the security zone and the buildings within the security zone."

Can you explain what that means?

MR. SIMPSON: Objection.

A. The refinery is controlled by what is called a facility security plan, and that is under the control of OPT. OPT would be better suited answering that question.

Q. (Ms. Seila) Okay. And does PHRT have any input into the facility security plan?

A. No.

Q. Okay. Number 5.

"In 2022 and at all material times, Port

147

PHRT — FERMIN RODRIGUEZ — DIRECT

Hamilton and Limetree Bay were parties to a US Coast Guard and US Environmental Protection Agency required Integrated Contingency Plan that specified how both entities would jointly respond to emergencies such as fires within the fence line of the rounding the combined refinery terminal complex."

What is your understanding of what was required by PHRT and Limetree Bay Terminals as part of that ICP in response to fires?

MR. SIMPSON: Objection.

A. ICP is a mandated requirement from EPA and Coast Guard to define equipment and potential hazards in the facility.

Q. (Ms. Seila) Okay. And in Number 6, it states that "Limetree Bay was designated as the Fire Chief for responding to all fire emergencies."

Does PHRT also have a fire chief?

A. We have our own fire brigade people.

Q. Okay. Who's in that fire brigade?

A. I don't recall all of the names, but Mark Johansen, Shay Glasgow, Curtis Green, environmental department, and some other people. I don't recall all their names.

Q. Okay. Under the ICP, why was Limetree Bay designated as the fire chief for responding to fire

148

PHRT — FERMIN RODRIGUEZ — DIRECT

emergencies, do you know?

A. OPT have control of the firehouse, and so they have a fire chief designated for emergency response.

Q. Could PHRT have negotiated for control over the firehouse?

MR. SIMPSON: Objection. Calls for speculation.

A. I don't understand the question.

Q. (Ms. Seila) Was control of the firehouse part of the negotiations when PHRT took control of the refinery area?

A. PHRT have the personnel to monitor the firehouse. There's no specific negotiations associated with it.

Q. Okay. So then why did OPT have the key to the firehouse?

A. The equipment at the firehouse is contained under lock and key to assure that people don't go in and out and work or use equipment without permission.

Q. Could — could PHRT also get a key to the firehouse?

A. There's a key as the security gate.

Q. The key's at the security gate? Okay.

When did PHRT — when was PHRT able to get that key from the security gate in response to this incident in 2022?

PHRT - FERMIN RODRIGUEZ — DIRECT

MR. SIMPSON: Objection.

A. At the time of the incident, we did not look for a key. We just made the request to go to the firehouse.

Q. (Ms. Seila) Okay. I see. How is a fire emergency defined?

MR. SIMPSON: Objection.

A. Can you repeat the question again?

Q. (Ms. Seila) How do you define a fire emergency? Was this -- in other words, the smoldering, did that rise to the level of being a fire emergency?

MR. SIMPSON: Objection.

A. Every event have its own unique characteristics, and based on the assessment of the personnel is when it's defined what needs to be done. So each event is unique.

Q. (Ms. Seila) Okay. Okay. Paragraph 12 states, "At approximately 0900 on August 4th, 2022."

A. Sorry. Which one?

Q. Twelve.

MR. SIMPSON: Twelve.

Q. (Ms. Seila) "At approximately 0900 on August 4, 2022, Ocean Point's Fire Chief called Port Hamilton's Refinery Shift Superintendent and informed him that he had been instructed by Ocean Point's management not to assist with the response to the incident."

What do you know about that?

PHRT - FERMIN RODRIGUEZ — DIRECT

A. That information I got from the personnel in the plant.

Q. Who, at the plant?

A. Curtis Green and Mark Johansen.

Q. Okay. Okay. Paragraph 25.

It states that "Although Ocean Point was not responding to the emergency, it did manage to find the time to make inquiry about payment of disputed invoices it had submitted to Port Hamilton. The invoices were disputed because Port Hamilton believed that Ocean Point was over billing it and Ocean Point would not provide the necessary documentation to substantiate the bills and validate that the bills were correct."

Do you know any other information about those disputed invoices?

A. No.

Q. Do you know who would have additional information about those disputed invoices?

A. That would be our controller.

Q. And who is that?

A. Dustin Dunbar.

Q. Do you have any knowledge of -- of any training that Chris Thomas received?

He was the night shift supervisor.

A. Could you repeat the question, please?

---

151

PHRT - FERMIN RODRIGUEZ — DIRECT

Q. Do you have any knowledge of any training that Chris Thomas received to do his job as the night shift supervisor?

MR. SIMPSON: Objection.

A. Did you say something?

MR. SIMPSON: What's that?

A. Did you say something?

MR. SIMPSON: I started to, but she clarified the question, so.

A. He has HAZMAT training, and hazardous recognition training, and operations training.

Q. (Ms. Seila) Do you know how long he's been the night shift supervisor?

A. He was there before PHRT came about.

Q. Okay. Do you know what training Curtis Green had to do his job?

A. He have operations supervision. Process operation training on specific units.

Q. Anything else?

A. He have been trained on emergency response, and fabricate training.

Q. Anything else?

A. I don't recall.

Q. Okay. Okay.

(Respite.)

152

PHRT - FERMIN RODRIGUEZ — DIRECT

Okay. Exhibit 249.

(Deposition Exhibit No. 249 was marked for identification.)

Are you familiar with any decoking technology?

A. Yes, I am.

Q. Is this something that would be helpful in a coke dome?

MR. SIMPSON: Object to the form.

A. No.

Q. (Ms. Seila) Why not?

A. This is the process in the coker itself.

MS. SEILA: Oh, I see. Okay. All right. Thank you.

I think those are all the questions I have for you today. Thank you, Mr. Rodriguez.

I don't know if someone else might have some questions for you.

MR. KING: No questions.

MR. STUTZMAN: No questions here.

MR. SIMPSON: You're done.

MR. STUTZMAN: None for me. Thank you.

MR. SIMPSON: Thank you. We're done.

THE WITNESS: Thank you.

PHRT – FERMIN RODRIGUEZ – DIRECT

(Whereupon the deposition concluded at 1:34 p.m.)

C-E-R-T-I-F-I-C-A-T-E

I, SUSAN C. NISSMAN, a Registered Merit Reporter and Notary Public for the U.S. Virgin Islands, Christiansted, St. Croix, do hereby certify that the above named witness, PORT HAMILTON REFINING AND TRANSPORTATION through its representative, FERMIN RODRIGUEZ, and personally, was first duly sworn to testify the truth; that said witness did thereupon testify as is set forth; that the answers of said witness to the oral interrogatories propounded by counsel were taken by me in stenotype and thereafter reduced to typewriting under my personal direction and supervision.

I further certify that the facts stated in the caption hereto are true; and that all of the proceedings in the course of the hearing of said deposition are correctly and accurately set forth herein.

I further certify that I am not counsel, attorney or relative of either party, nor financially or otherwise interested in the event of this suit.

IN WITNESS WHEREOF, I have hereunto set my hand as such Registered Merit Reporter on this the 12th day of May, 2025, at Christiansted, St. Croix, U.S. Virgin Islands.

My Commission Expires:  June 28, 2027

Susan C. Nissman, RPR-RMR
NP-644-23

Susan C. Nissman, RPR-RMR
(340) 773-8161