**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**

**August 4, 2022 (8/4/22)**

**Incident Overview & Description**

Dry coke (petroleum coke), that has been stored at the Coker Unit's North Dome BLD-8601 *(as shown below)* for over one (1) year started smoldering.



During 2021, Limetree Bay Refining, LLC (LBR) started up the Coker Unit No. 8500. The unit was unable to complete its startup, but some coke was produced and was stored in the designated Coke Dome to be sold. At the time of the unplanned refinery shutdown in July of 2021, there was an insufficient amount of coke produced to be able to be sold. Normally, the target load per ship for stored petcoke is 50,000 Metric Tons.  LBR filed for bankruptcy in August 2021. Following the bankruptcy of LBR, LBR was planning on disposing of the coke, but that was never done. The refinery assets of LBR were sold to Port Hamilton Refining and Transportation, LLLP (PHRT)

At the time of the incident, an estimated 13,000 Metric Tons of coke was aggregately stored between both Coke domes. The amount of coke in the North and South Domes was estimated at 6,000 Metric Tons and 7,000 Metric Tons, respectively.  On the date of the incident, coke piles stored within the North Dome were found to be smoldering/smoking. The coke piles within the North Dome were situated between the northeast and northwest quadrants of the dome.  Over the duration of the incident, none of the coke stored within the South Dome ever experienced ignition or smoldering.

**Incident Accounts**

PHRT Operations, Safety, and Maintenance personnel were interviewed to develop an approximate timeline of the events and responses pertaining to the incident.

The interview accounts and notes can be found in **Appendix A.**

August 4, 2022 (8/4/22)

@3:00 AM – 4:45 AM

According to Operator Interviews:



**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

1

PHRT-Wooten 000001

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**

The CO/SO2 alarm in the North Dome automatically activated.  The initial inspection of both Coke Domes by first responders (PHRT Operations) resulted in **no** indication of fire or smoke.

@6:15 AM – 8:00 AM *(Incident Verification)*

The Refinery Shift Superintendent arrived at the North Dome and noticed smoke high in the middle of the ceiling of the dome. Upon further inspection, **smoke was observed** emanating from the stored coke piles.  Smoke was observed to have filled the interior portion of the dome near its upper (apex) section and some smoke started flowing outwards through the dome's house head enclosure.

@9:15 AM *(Incident Response)*

Employees set up fire hose water spray nozzles inside the coke dome to cool the material. Water was applied 24 hours a day and the temperature inside the coke dome was frequently monitored to ensure the safety of personnel entering the dome.

@10:00 AM

Incident Command is activated.

August 4 – August 6, 2022

A team of 25 – 30 personnel were assigned to the North Coke Dome at the site, including specialized emergency response personnel.

A 1-1/2" handline hose was connected to the discharge piping of the Service Water Pumps P-8615 A/B (Located West of the North Dome) to provide dousing water to the North Dome's coke piles. The initial water rate was determined to be 110 gpm.

The water level in the North Dome's holding basin was verified as being sufficient for the transfer of water to supply the Coker Domes' internal Rainbird Sprinkler System.  The Rainbird Sprinkler System header was pressured up via the Holding Basin Pump P-8614B.  Water was adequately transferred to the South Dome but **not** the North Dome.  The impasse of water to the North Dome's Rainbird system nozzles was believed to have been caused by blocked isolation valves or a control fault governing the interlock solenoids and XV valves on the North Dome's Rainbird header line. These valves and interlock are shown clouded in the Rainbird System P&ID below.

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

2

PHRT-Wooten 000002

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**



A 2" handline hose was connected to the discharge line of the Holding Basin Pumps P-8614 A/B to provide additional dousing of the coke piles in the North Dome. A combined flowrate of 300 gpm was achieved with these additional water lines.

August 6, 2022 (8/6/22)

Starting at 10: AM, PHRT deployed the Fire Pumper Truck FP1 to discharge firewater (saltwater) on the piles of coke, at rates of over 2,000 gpm. A berm was built of tarp and sand to direct the flow of water into the dome sumps. Water drainage control would remain a challenge throughout the duration of the incident. Savage provided the excavator dig plans and specified the sections within the dome that were to be considered no operating zones. Intital excavator entries were not successful because of the intense heat, steam and smoke. During the night, the North Dome's main door was closed to reduce oxygen ingress into the North Dome as an attempt to starve the smoldering coke of oxygen.

The North Dome's main door was re-opened the next morning to provide a clear entryway for an excavator to attempt to spread the piles for improved contact wetting. The dust collection system was engaged, pulling steam and smoke away from the dome.

Heavy equipment was utilized to move the petroleum coke material inside the dome, allowing the dousing water to reach below the surface of the piles and to safely suppress the smoldering petroleum coke. In order to make room inside the dome for the heavy equipment (excavator and front-end loader) to move around and spread the smoldering coke, a portion of the total quantity stored in the dome was removed from the dome and transported to the Coker Pit in the Coker unit.

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

PHRT-Wooten 000003

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**



*A 2" handline hose was connected to the discharge line of the Holding Basin Pumps P-8614 A/B to provide additional dousing of the coke piles in the North Dome*



*Coke Domes Holding Basin*

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

PHRT-Wooten 000004

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**



*At North Dome main door showing hoses positioned to discharge on coke piles (smoldering piles with steam and smoke)*

Operations and incident responders used Infrared (IR) Pyrometer devices to monitor internal and external dome skin temperatures (wall temperatures), to identify hot spots on the coke bed piles, and monitor the air temperature within the North Dome.

Please refer to the **Appendix B** containing the Internal & External Skin Temperature Logs, including the North Dome Temperature Maps.



**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

PHRT-Wooten 000005

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**

*Shown above is an example of one of the North Dome's skin temperature maps generated on 8/8/2022 (The fifth day of the incident)*

According to Williams Fire, there were two (2) coke pile hot spots within North Dome.   The approximate total amount of coke involved in the smoldering was estimated to be equivalent to a volume of 30'X50'X20'.

Monolithic Constructors Inc. was the company that designed, engineered, and built the Domes for the HOVENSA, LLC Coker Build Project.  They provided PHRT with design specifications information for the domes, including temperature thresholds for dome materials.  The Dome has an internal shotcrete shell (Type II Portland Cement/4000 PSI) that is 15" thick from the base of the dome to approx. 40' up from the base.  This thickness then reduces towards the apex of the dome to approx. 9", however, just under the house head, the thickness returns to 15".  Also, within the shell internals, in between the geotextile fabric and the shotcrete, are rebar hangars.

The shotcrete temperature threshold for expansion:  The generally accepted threshold for thermal expansion of shotcrete is 400 deg F. Temperatures north of the 400 deg F mark might compromise the structural integrity of the shotcrete.

Exterior charring of the geotextile fabric (PVC Material) and the polyurethane foam insulation (according to Monolithic Constructors) will commence at dome internal temperatures of 250+ deg F.

PHRT Operations continually monitored the skin temperatures (internal & external) and the air temperature inside of the North Dome throughout the incident period.  The objective was to keep these sections cool and below 150 deg F.  The North Dome's exterior wall on the northwest side incurred visible charring.  Hoses were positioned to cool the northwest exterior wall for the remainder of the incident and until all the smoldering coke within the North Dome was completely extinguished.



*August 8, 2022: North Dome's northwest exterior wall - This picture shows the initial charring stages of the polyurethane foam situated behind the shell wall lining*

6

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

**PHRT-Wooten 000006**

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**



*August 8, 2022: North Dome's upper northwest exterior wall - This picture shows the blistering and shrinking of the PVC composed geotextile fabric (exterior wall lining)*



*August 12, 2022: The picture shows the charring of the North Dome's northwest exterior wall with fire monitors positioned to cool the surface below the upper threshold target of 150 deg. F.*

7

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

PHRT-Wooten 000007

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**

Following a unified effort by PHRT, Pinnacle VI, Total Safety, Williams Fire and Hazard Control, Savage,  and others, the coke smoldering was extinguished on Friday 8/26/2022.  The duration of the smoldering was approximately 23 days.

**Findings**

The key findings pertaining to the incident are as follows:

- The coke was stored in the north dome since at least May 2021.
- The third-party contractor for LBR responsible for managing the coke (Savage), did not have any procedures addressing the possibility of smoldering.
- The Rain Bird sprinkler system inside the domes was designed to spray the Stacker structure at the center of the dome (to keep the equipment clear of dust), not to spray water on the coke piles.
- LBR did not generate enough coke product to warrant a sale of coke (not enough to fill a ship)
- LBR was aware of the coke being stored and had listed it in their plan to turn down the refining assets
- There were no Preventive Maintenance (PM) procedures available for the periodic testing of the domes' Rainbird System
- Rainbird system block valves and XV valves are in the center head house connecting both domes.  During a smoldering or fire event, the intense heat and poor visibility prevent firefighters from entering this enclosure.
- 2022 was a very dry and hot year.

**Timeline** *(According to Operator Interviews)*

*Please refer to the **Appendix C** highlighting the daily activities and findings over the duration of the incident*

| January 2021 thru May 2021 | |
|---|---|
| | Coker unit was in startup mode and produced some coke |
| | Savage was hired as the Coke Handling System operator |
| May-21 | LBR Refinery ceases operations |
| May 2021 thru August 3, 2022 | |
| | Demobilization of the refinery to include shutting down operating units, and laying off employees and contract personnel |
| | A skeleton crew of Approx. 30 personnel retained to mothball the facilities |
| | Savage demobilization and turn-over of operational/maintenance procedures to LBR |
| August 4, 2022 | |
| 3:00 AM | PHRT Ops receives notification of alarm at North Coke Dome – No Indication of Fire/Smoke |
| 3:25 AM | Portable CO/SO2 Meter positioned within the North Dome – Did Not Alarm |
| 4:00 AM | PHRT Refinery Shift Superintendent (RSS) notified of the events |
| 6:15 AM | PHRT RSS Makes Positive Observation of smoke |
| 6:45 AM | PHRT Refinery Manager Notified |
| 7:40 AM | PHRT Refinery Manager Visits North Dome Site |
| 8:00 AM | PHRT Personnel convene to address initial smoldering mitigation plans |
| 9:15 AM | Total Safety On-Site |

8

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

PHRT-Wooten 000008

**Port Hamilton Refining & Transportation, LLLP**

**North Coker Dome Smoldering Incident**

|  |  |
|---|---|
|  | Pipefitters tasked to set-up dousing handline water hoses – **100 gpm** |
|  | North Dome Rainbird System Deemed Inoperable |
|  | Additional handlines provided to increase overall water discharge rate to **300 gpm** |
| 5:20 PM | Established/Set-up Incident Command |
| August 5, 2022 | Savage On-Site |
| August 6, 2022 |  |
| 10:00 AM | FP1 brought on-line to discharge >**2,000 gpm** on the North Dome Coke Beds |
| 6:00 AM | EMTs On-Site |
| August 11, 2022 | Rescue Team On-Site |
| August 12, 2022 | Williams Fire and Hazard Control On-Site |
| August 26, 2022 | The Coke Smoldering at the North Dome was extinguished |

## Conclusions

The primary cause of the coke smoldering was due to the coke not being managed properly for long term storage. No provisions were made to maintain the coke at a certain moisture level. The coke was left in very high piles, creating a compacting force on the coke at the bottom, pushing moisture out. Compounding the problem was a drought and very hot summer this year. The handling and storage system and procedures were not designed for long term storage of coke.

## Recommendations to prevent recurrence of smoldering incident

- Establish routine visual and infrared scan inspections daily
- Establish routine wetting of the coke (frequency to be determined)
- Establish routine "turning" of the coke where a backhoe or front-end loader picks up the coke and flips it upside down to make sure it doesn't "sit" for too long and the wetting reaches all the coke (frequency to be determined)
- Ship the coke out of St-Croix. Either sell the coke (or give it away) to be used as fuel or send it to be disposed of as waste.
- Perform full inspection and PM of the Domes' Rainbird System, to including system line-up and control loop checks. Periodic test runs should also be performed to ensure system efficacy.

**20220920 Rev. 8**
**Confidential for Client and Attorney Privileges Only**

**PHRT-Wooten 000009**