

**David A. Olson, M.D.**
*Board Certified Neurologist*

CONSULTATION

| | |
|---|---|
| **PATIENT NAME:** | WOOTEN, NICOLE |
| **MRN #:** | 106145 |
| **DATE OF BIRTH:** | ███████ |
| **DATE OF SERVICE:** | 08/24/2022 |

**HISTORY OF PRESENT ILLNESS:**
Chief complaint is tremors. Ms. Wooten is a 37-year-old left-handed woman accompanied by her mother who said in August 2022 she was exposed to smoke with petrochemical coke in it. She began having worsening asthma and is now seeing Dr. Graham of Pulmonary Medicine. She had a history of asthma but only occasionally needed to use an inhaler, now she needs to use inhalers frequently. She also has a history of migraine with a hive allergy to sumatriptan in 2017. These were severe headaches with photo and phonophobia. These have resolved, but following her August 2022 exposure, she began getting daily headaches. These occur on one side of her head or the other. There is no nausea or photo or phonophobia with these. They last all day. She takes Tylenol. She also describes weakness and muscle spasms. She has tremors sometimes in her arms or legs or whole body. She has had recent lab work with her primary, Dr. Morton-Acker.

She has had a myomectomy and a cholecystectomy in the past.

**REVIEW OF SYSTEMS:**
This is significant for last period over a year ago. I have reviewed this form. She is on norethindrone for menses suppression. She is also on Symbicort and albuterol.

**EXAMINATION:**
I could not view her discs. Visual acuity was 20/25 in the right eye and 20/20 in the left eye with contacts. Her cardiac exam is normal. She is photophobic. Pupils are reactive. Visual fields are full. Extraocular movements are full. There is no dysarthria. There is a high-frequency tremor with her arms outstretched. Motor strength and tone are normal. Reflexes are absent in the lower extremities. Plantars are flexor. Finger-to-nose and heel-to-shin testing is normal. Gait is steady. Pin is normal in her arms and legs.

**ASSESSMENT:**
Tremors and daily headaches: I do not have a clear origin here. She is not a large woman. I could not view her discs.

**PLAN:**
We will check a brain MRI. We will go ahead and try to get her off of the analgesics. She should use these sparingly as they can cause a rebound headache for both tremor

Dekalb Neurology Group, LLC
2665 N. Decatur Road, Suite 540 · Decatur, Georgia 30033
404.508.4008 | 404.508.4009

EXHIBIT
**9**

NW000158

Wooten, Nicole
08/24/2022
Page 2

suppression and a migraine prophylactic, she can try propranolol 10 b.i.d. This could potentially make asthma worse, but the dose is very low. I will communicate with this note to the pulmonologist. We will get the recent blood work from Dr. Morton Acker. She can use Nurtec as an abortive.

David Olson, MD

DO/TR14/sd1

cc:    Dr. Graham at 770-997-4790

Dr. Morton-Acker at 404-284-7744

NW000159

Wooten](191113)                                                   [10-25-2022][Page 1 of 3]

# Pulmonary & Sleep Medicine Associates LLP
## History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooten | **Visit Date:** | August 24, 2022 |
| **Patient ID:** | ■ | **Provider:** | Carletta Graham, MD |
| **Sex:** | Female | **Location:** | PSMA Fayetteville |
| **Birthdate:** | ■ | **Location Address:** | 132 Old Norton Road Suite 101 Fayetteville, GA 30215-4873 |
| **Primary Care Provider:** | Terri M. Acker MD | | |
| **Referring Provider:** | Terri M. Acker MD | **Location Phone:** | (770) 996-6699 |

## Chief Complaint

- chest pain and tightness after exposure to smoke

## History Of Present Illness

The patient is a 37 year old African American/Black female referred by Terri M. Acker MD for a history of asthma. This was diagnosed years ago by physical exam, history, and She was doing well until she was exposed to burning petroleum. She had chest tightness and was seen treated w steroids. She again seen in er treated w steroids. She was started on Symbicort but feels no improvement. Also reports tremors which are constant.

### Symptoms:

The patient is currently symptomatic with shortness of breath, wheezing, and postnasal drainage, but she denies shortness of breath, cough, chest pain, fever, chills, weight loss, ankle swelling, heartburn, postnasal drainage, sinus congestion, and allergy symptoms. For the past weeks she has had worsening dyspnea on exertion after walking 1/2 block or climbing 1/4 flight of stairs . The dyspnea is worse with activity and alleviated with rest and inhalers, such as Albuterol .

Previously, the patient has had asthma.

The patient denies a recent infection, has a smoking history, denies any environmental exposures, and denies recent travel to high risk areas. She states she smoked 1/2 PPD for years but stopped few years ago.

### Diagnostic Testing:

The patient has none.

At this point, follow-up diagnostic studies have not been done.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | -- | - Phreesia 08/23/2022 |
| Wheezing | -- | - Phreesia 08/23/2022 |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Cholecystectomy | — | -- |
| Myomectomy | — | — |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | | Inhale 3 milliliters (2.5 mg) by nebulization route 3 times per day |
| cyclobenzaprine 10 mg tablet | | take 1 tablet by oral route daily as needed |
| Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | | Inhale 2 puffs by inhalation route 2 times per day in the morning and evening |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Dust Mite | -- | -- | - Phreesia 08/23/2022 |

[Digital Signature Validated]

Migraine medication - Phreesia 08/23/2022 [10/25/2022][Page 2 of 3]

## Family Medical History

**Disease Name**
Family history of Diabetes

epilepsy
seizures
lupus

| | Relative/Age | Notes |
|---|---|---|
| | Grandmother (maternal)/ | - Phreesia 08/23/2022 |
| | Mother/ | |
| | Mother/ | - Phreesia 08/23/2022 |
| | Mother/ | - Phreesia 08/23/2022 |
| | | - Phreesia 08/23/2022 |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | -/- | 1-4 / week | - Phreesia 08/23/2022 |
| Divorced | -- | | | |
| Government employee | - | -/- | - | - Phreesia 08/23/2022 |
| Marijuana | Former | -/- | .. | |
| Tobacco | Former | -/- | .. | |
| | | 21/31 | social | - Phreesia 08/23/2022 |

## Review of Systems

**Constitutional**
- o **Denies** : weight loss, weight gain, fever, night sweats, swelling of the lower extremities

**Eyes**
- o **Admits** : use glasses
- o **Denies** : glaucoma, cataract, blurring of vision

**HENT**
- o **Denies** : decreased hearing, earache, ear draining, sinus congestion, allergy, hay fever, nosebleed

**Cardiovascular**
- o **Admits** : chest pain
- o **Denies** : angina, palpitation, heart skippping or racing, high blood pressure

**Respiratory**
- o **Admits** : shortness of breath
- o **Denies** : cough, sputum, wheezing

**Gastrointestinal**
- o **Admits** : nausea
- o **Denies** : indigestion, heartburn, vomiting, vomiting blood, stomach ulcer, stomach pains, bleeding from rectum, blood in stools, hemorroids, significant change in bowel habits, diarrhea, constipation, hernia

**Genitourinary**
- o **Denies** : burning on urination, blood in urine, difficulty urinating, difficulty controlling urination

**Integument**
- o **Denies** : rash, itching, lumps or bumps, moles

**Neurologic**
- o **Denies** : dizziness, fainting spells, seizures, stroke, weakness or numbness of the upper or lower extremity

**Musculoskeletal**
- o **Admits** : back pain
- o **Denies** : arthritis, joint pain, joint swelling, joint stiffness, muscle pain

**Endocrine**
- o **Denies** : diabetes, thyroid problem, intolerance to hot or cold weather, increased thirst with frequent urination

**Psychiatric**
- o **Denies** : anxiety, depression, hallucinations

**Heme-Lymph**
- o **Denies** : anemia, bleeding problems, easy bruising, Leukemia, Lymphoma, gland enlargement

**Allergic-Immunologic**
- o **Denies** : sinus allergy symptoms, allergic dermatitis, frequent illnesses

## Vitals

[Digital Signature Validated]

NW000161

Woman[ 1943121

[10-25-2022] Page 1 of 11

10/24/2022  10.25 AM 130/80  Sitting        29 - 0.  16    97.6    191lbs Oz 5' 6"  30.63   2.01   95 %    21%

## Physical Examination

**Constitutional**
- Appearance : Well developed, well-nourished, normal stature for age, well-tended appearance

**ENT**
- Teeth and Gums : Gums pink, non-swollen, no bleeding present
- Oropharynx : Oral mucosa normal without pallor or cyanosis

**Neck**
- Inspection/Palpation : normal appearance, no masses or tenderness, trachea midline, no deformities, no neck incisions
- Thyroid : gland size normal, nontender, no nodules or masses present on palpation, gland position midline
- Jugular Veins : No jugular venous distention

**Respiratory**
- Inspection of Chest : Normal appearance, no retractions
- Respiratory Effort : Breathing unlabored
- Percussion of Chest : No dullness, flatness, or hyperresonance
- Palpation of Chest : Nontender, vocal fremitus normal
- Auscultation of Lungs : normal breath sounds, no rales, no rhonchi, no wheezing

**Cardiovascular**
- Auscultation of Heart : Regular rate, normal rhythm, no murmurs present, no pericardial friction rub, normal S1, normal S2, no S3 present, no S4 present
- Peripheral Vascular System :
    - Carotid Arteries : Normal pulses bilaterally
    - Pedal Pulses : Pulses 2+ bilaterally

**Gastrointestinal**
- Abdominal Examination : Bowel sounds present and active, abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
- Liver and spleen : No hepatomegaly present, liver nontender to palpation
- Occult Blood : Hemoccult test negative, normal appearing stool present on glove

**Lymphatic**
- Supraclavicular Nodes : no supraclavicular nodes
- Neck : no lymphadenopathy present

**Musculoskeletal**
- Gait and Station : normal gait, able to stand without difficulty

**Extremities**
- Digits and Nails : no clubbing, cyanosis, deformities or edema present, normal appearing nails
- Extremities : No edema or cyanosis

**Skin and Soft Tissue**
- General Inspection : no rashes present, no lesions present, no areas of discoloration
- General Palpation : no skin or subcutaneous tissue masses present, no tenderness to palpation

**Neuro-Psyche**
- Orientation : Grossly oriented to person, place and time
- Mood and Affect : Mood normal, affect appropriate

## Results

cxr neg hyperinflation

spiro attempted

## Assessment

- Cough    786.2/R05
- Shortness Of Breath    786.05/R06.02
- Wheezing    786.07/R06.2
- Asthma    493.90/J45.909

[Digital Signature Validated]

NW000162

[10:25/2022][Page 4 of 4]

**plan**

**Medications**
- o Medications have been Reconciled
- o Transition of Care or Provider Policy

**Instructions**
- o DISCUSSION AND PLAN: smoke expose w asthma exacerbation sp steroids still w symptoms
- o I discussed the diagnosis of reactive airways disease/ asthma with patient after performing history and physical and reviewing pertinent tests. Diagnostic and treatment options were discussed in detail.
- o I have recommended a Chest CT
- o trelegy and alb
- o nasal hygiene
- o nebulizer w alb

**Electronically Signed by:** Carlette Graham, MD -Author on August 24, 2022 01:46:24 PM

[Digital Signature Validated]

NW000163

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. 17572



# Summary of Today's Visit
## WOOTEN , NICOLE  DOB:███████
### Account No ███████
### Sex:Female
### Race:Black or African American
### Ethnicity:Not Hispanic or Latino
### Preferred Language:English
### 08/18/2022 visit with Terrie Morton Acker, MD

## Vitals

- HR 79 (/min)
- BP 144/86 (mm Hg)
- Ht 5 ft 6 in (in)
- Wt 191.8 (lbs)
- BMI 30.95 (Index)
- RR 20 (/min)
- Temp 97.8 (F)

*15/h  3wks*

## Allergies

- N.K.D.A.

*Fx core fn 6wks Sept 29*

## Today's Diagnoses Include

- J45.41  Moderate persistent asthma with (acute) exacerbation
- Z77.098 Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals
- R45.1  Restlessness and agitation

## Medication List

- Start Cyclobenzaprine HCl : 5 MG 1 tablet Orally take 1-2 every 6 hours,30 day(s) ,60 ,Refills: 1 , stop date: 10/17/2022
- Refill Xopenex HFA : 45 MCG/ACT 1 puff as needed Inhalation every 6 hrs,30 days ,1 ,Refills: 3

### Other medications you are on

- Taking Ferrous Sulfate : 325 (65 Fe) MG 1 tablet Orally twice a day,30 day(s) ,60 Tablet ,Refills: 6
- Taking Flovent HFA : 110 MCG/ACT 1 puff Inhalation Twice a day,1 ,Refills: 3
- Taking Omeprazole : 20 MG 1 capsule 30 minutes before morning meal Orally once a day
- Taking Albuterol Sulfate HFA : 108 (90 Base) MCG/ACT 2 puffs as needed Inhalation every 4 hrs,1 ,Refills: 1

Summary of Today's Visit for - WOOTEN , NICOLE  DOB:07/12/1985 Account No: 17572
**Covington Family Care  495 WINN WAY  Suite 100  Decatur, GA 30030  404-284-7744**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

https://gacoviapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printVisitSummary.jsp?enc...  8/18/2022

**NW000164**

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ████

- Taking Singulair : 10 MG 1 tablet Orally once a day,90 days ,90 Tablet ,Refills: 1
- Not-Taking/PRN Pepcid : 40 MG 1 tablet at bedtime Orally once a day,30 day(s) ,30 ,Refills: 3

## Referrals

- Pulmonary Diseases, Reason: Dr. **Marilyn Foreman** |770-422-1372 |37 year old with asthma after being exposed to burning petroleum coke
- **Mark Pollock, Pulmonary Diseases (404-499-0533)**

## Tests Ordered/Performed Today

### Labs

- Hemoglobin A1c on 08/18/2022
- CBC With Differential/Platelet on **08/18/2022**
- TSH on 08/18/2022
- Comp. Metabolic Panel (14) on 08/18/2022

Summary of Today's Visit for - WOOTEN , NICOLE  DOB:████  Account No:████

**Covington Family Care**  495 WINN WAY  **Suite 100  Decatur, GA 30030**  404-284-7744

*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash  if you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

NW000165

Page 1 of 3

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ███ DOS: 08/18/2022

# WOOTEN, NICOLE

37 Y old Female, DOB: ███████
Account Number: ███
5599 WYNHALL DRIVE, NORCROSS, GA-30071
Home: 404-906-9397
Guarantor: WOOTEN, NICOLE   Insurance: GEHA -ASA
Appointment Facility: Covington Family Care

08/18/2022

Progress Notes: Terrie Morton Acker, MD

## Reason for Appointment
1. Chest tightness and body shaking

## History of Present Illness
New Symptom:
The patient is upper back pain and jittery for weeks. She was exposed pertroleum Coke burning at her last job Monday 8/8/2022 one week go.

## Current Medications
Taking
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally twice a day
- Flovent HFA 110 MCG/ACT Aerosol 1 puff Inhalation Twice a day
- Omeprazole 20 MG Capsule Delayed Release 1 capsule 30 minutes before morning meal Orally Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 4 hrs
- Xopenex HFA 45 MCG/ACT Aerosol 1 puff as needed Inhalation every 6 hrs
- Singulair 10 MG Tablet 1 tablet Orally Once a day
Not-Taking/PRN
- Pepcid 40 MG Tablet 1 tablet at bedtime Orally Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Father: alive
Mother: alive
1 brother(s).

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Vital Signs
HR 79 /min, BP 144/86 mm Hg, Ht 5 ft 6 in, Wt 191.8 lbs, BMI 30.95 Index, RR 20 /min, Temp 97.8 F.

## Examination

Progress Note: Terrie Morton Acker, MD   08/18/2022

NW000166

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ███████ DOS: 08/18/2022

General Examination:
GENERAL APPEARANCE: hands constantly shaking at rest.

## Assessments

1. Moderate persistent asthma with (acute) exacerbation - J45.41 (Primary)
2. Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals - Z77.098
3. Restlessness and agitation - R45.1

## Treatment

1. Moderate persistent asthma with (acute) exacerbation
Refill Xopenex HFA Aerosol, 45 MCG/ACT, 1 puff as needed, Inhalation, every 6 hrs, 30 days, 1, Refills 3
Start Cyclobenzaprine HCl Tablet, 5 MG, 1 tablet, Orally, take 1-2 every 6 hours, 30 day(s), 60, Refills 1
LAB: CBC With Differential/Platelet
LAB: Hemoglobin A1c
LAB: Comp. Metabolic Panel (14)
LAB: TSH
Referral To: Pulmonary Diseases
    Reason: Dr. Marilyn Foreman |770-422-1372 |37 year old with asthma after being exposed to burning petroleum
coke

Referral To: Mark Pollock   Pulmonary Diseases
    Reason:

2. Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals
LAB: CBC With Differential/Platelet
LAB: Hemoglobin A1c
LAB: Comp. Metabolic Panel (14)
LAB: TSH

3. Restlessness and agitation
LAB: CBC With Differential/Platelet
LAB: Hemoglobin A1c
LAB: Comp. Metabolic Panel (14)
LAB: TSH

## Follow Up
3 Weeks

Electronically signed by Terrie Morton Acker , MD on 11/08/2022 at 02:59 PM EST
Sign off status: Completed

WOOTEN, NICOLE DOB: ████████ (37 yo F) Acc No. ████ DOS: 08/18/2022

Covington Family Care
495 WINN WAY
Suite 100
Decatur, GA 30030
Tel: 404-284-7744
Fax: 404-284-8006

**Progress Note:** Terrie Morton Acker, MD   08/18/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gacoviapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?enco...   11/9/2022

NW000168