PRINTED FROM ECOMP nshartell10@gmail.com

File Number: ▓▓▓▓▓▓▓▓
Job Offer Request-Not Working-O-J

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
**Upload a document at** ecomp.dol.gov

October 23, 2024        **SECOND REQUEST**

October 23, 2024

Date of Injury: 08/08/2022
Employee: NICOLE WOOTEN

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS & BORDER PROTECTION
OFO-SAN JUAN-AREA PORT ST THOM USVI
9C BUTTERFIELD TRAIL BLVD
EL PASO, TX 79906

Dear Sir/Madam:

We have determined that the weight of the medical evidence in this employee's case rests with Dr. Oyekunle Muraina who has provided work restrictions as outlined in the attached medical report dated 04/19/2024.

If possible, please offer this employee a job within these restrictions.

Any job offer you make must be in writing and include:

1. A description of the duties to be performed;
2. The specific physical requirements of the position and any special demands of the workload or unusual working conditions;
3. The organizational and geographical location of the job;
4. The date on which the job will first be available;
5. The claimant's work schedule (including telework);
6. The rate of pay for the position;
7. The date by which a response to the job offer is required.

**EXHIBIT**

**10**

Additional guidelines for light duty job offers are attached.

A copy of the job offer should be forwarded to this office. If your agency is unable to accommodate this employee with light duty, please advise within the next 30 days and the claimant will be referred for vocational rehabilitation services to facilitate the return-to-work process. If you are unable to provide this employee with light duty or if you do not respond within 30 days, we will proceed with the development of a vocational rehabilitation plan with the goal of returning this employee to work with an alternate employer.

The claimant submitted an election form (form 1105) elected FECA benefits. Enclosed is a copy.

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

NW001733