**From:** Fermin Rodriguez
**Sent:** Friday, August 5, 2022 6:47 AM
**To:** Jeffrey.Charles <JCharles@lbenergy.com>
**Subject:** FW: 8-5-2022 FD Resources - Coker Dom - North Side
**Importance:** High

Hi Jeff

In order to manage the coke dome smoldering we will need the following
PHRT  has the manpower to manage the response

Let me know when we could discuss

**Fermin Rodriguez**
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 – 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652

---

**From:** Mark Johansen <mark.johansen@phrt.com>
**Sent:** Friday, August 5, 2022 6:37 AM
**To:** Fermin Rodriguez <fermin.rodriguez@phrt.com>
**Subject:** 8-5-2022 FD Resources - Coker Dom - North Side
**Importance:** High

Good Morning Fermin,


Following FD resources will be needed to provide fire suppression activities in Coker Dorm -North Side

- 6 SCBAS with 18 spare cylinders
- Industrial Fire truck – PUMPER – Hoses – Truck operator
- Hose lay – Hoses from manifold -to truck to monitor inside Dome
- Screaming Eagle 2,000 GPM Portable Monitor Base
- Handheld & Aerial Thermal Imaging Camera- should be on the fire truck
- High pressure manifold – Hydrant  sea water intake – Water Source
- Bunker gear – PPE – gas detection equip –


Let me know if you have any questions or concerns



EXHIBIT
**11**

Thanks

1

**PHRT-Wooten 000010**

Mark Johansen

PHRT-Wooten 000011

To: JCharles@lbenergy.com
From: fermin.rodriguez@phrt.com
Sent: 8/06/2022 12:25PM
Subject: FW: Coke Dome smoldering  Fire equipment support 20220806

Jeff,

Agree

Will pay for the fuels as you indicated as well of any fuel

Let  me know when PHRT personnel could go to the fire house to get the truck
and the corresponding accessories

Will keep track the equipment, accessories to assure to reinstate as per
present conditions (will forward the list you and your personnel)

Fermin Rodriguez
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 - 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652


From: Jeffrey.Charles  >
Sent: Saturday, August 6, 2022 12:00 PM
To: Fermin Rodriguez  >
Subject: RE: Coke Dome smoldering Fire equipment support

Fermin,

As discussed, due to the nature of this ongoing coker event LBT will assist
with one pumper truck as so long as PHRT provides driver and agrees to pay for fuel
onboard as well as the operation of the seawater intake pump fire water system and to
include power cost. All additional truck fuel will be the responsibility of PHRT to
procure and fund. Again these steps are necessary as PHRT remains significantly in
arears for payment and has no shared service arrangement in place that would include
emergency response.

Respectfully,

Jeff

**PHRT-Wooten 000012**

From: Fermin Rodriguez  >
Sent: Saturday, August 6, 2022 11:37 AM
To: Jeffrey.Charles  >
Subject: [EXTERNAL] Coke Dome smoldering Fire equipment support

Warning: Email received from outside the Limetree Bay domain. Use caution
before clicking on any links, opening any attachments, or providing sensitive data.

_____

Jeff

As per our discussion PHRT will pay for the utilization of the fire truck and
corresponding accessories to respond to the dome event

Will also pay  for the fuel associated with the sea water intake system

Fermin Rodriguez
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 - 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652

_____

Limetree Bay Terminals Disclaimer: This message and any attachment to it is intended only for the use of the individual or entity to whom it is addressed; it contains information that is proprietary and confidential, and may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE MISTAKEN TRANSMISSION.

PHRT-Wooten 000013

From : fermin.rodriguez@phrt.com

To : david.bornn@vi.gov

Sent : 8/08/2022 10:20AM

Subject : Smoldering Coke at Refinery 20220808

Good morning Mr. Bronn

My apology for not answering earlier, I was in the plant.

Thank you for the follow up and offer.

At this time, we have on hand the equipment that is needed.

Will let the Fire Chief and you know, if we need assistance

Regards,

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: David Bornn
Sent: Monday, August 8, 2022 6:55 AM
To: Fermin Rodriguez
Cc: Tom Eagan ; Daryl George ; Karl
Knight
Subject: Smoldering Coke at Refinery

Good Day Mr. Rodriguez:

In followup to our conversations over the weekend, I have spoken with Fire
Services Director Daryl George (copied here). He advises me that his FS Team on St.
Croix is willing and able assist in back-up support to what you may or may not be
able to obtain from Limetree Bay Terminals for the continued suppression of the
smoldering coke at the Refinery.

It is asked that you reach out to Director George by email to confirm what
assistance can be provided and perhaps do a site walk through with him team.

Director George: the contact info for Mr. Rodriguez is set out below:

Fermin Rodriguez

VP & Refinery Manager

PHRT-Wooten 000014

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

Please keep the Office of the Governor updated.

Stay Safe and Well...

Regards,

David A. Bornn

Chief Legal Counsel

Office of the Governor of the US Virgin Islands

Government House

Kongens Gade

St. Thomas, VI 00802

Tel: 340 774 0001

email: david.bornn@go.vi.gov

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

_____

The information contained in this communication, and in any accompanying documents, may constitute confidential or proprietary. If you are not the intended recipient of this message, then you may not disclose, print, copy, or disseminate this information, nor take any action in reliance on this information. If you have received this communication in error, please reply and notify the sender (only) and then delete the message. Unauthorized interception of e-mail communications is a violation of federal criminal law.

_____

PHRT-Wooten 000015

**6:39**



Jeffrey Charles ›

I know you are busy. Need your badge approval to bring Bary Guilbeau need to made an assessment today of a entry rescue plan to be implemented tomorrow

Aug 10, 2022 at 5:33 PM

Jeff need you to reapprove fir PHRT to refill the air bottles

Aug 10, 2022 at 11:04 PM

Fermin, I am just getting off the road shortly ago. Can you please send this request for services officially over email. Any word on payments in arrears or will this just keep being ignored and followed only by more request? We need a update.

Aug 11, 2022 at 7:03 AM

Ok we are keeling track if usage to pay

I just sent the list. Will yea I for corresponding  payments

 iMessage

**PHRT-Wooten 000016**



**6:39**

**Jeffrey Charles**

Aug 11, 2022 at 8:27 AM

We originally discussed the camera and one pumper. Looks like PHRT was already breached that agreement.

We didn't agree to open up the full fire house, I am not sure why additional things have already been take? Also you and I both know we are talking about the 7.9 million dollars that PHRT is in arrears, any update on that? Any update on the shared services agreement? Any update on the power allocation agreement? Any update on the RMP transition? Any update on the security audit that was already paid for?

Call after the staff meeting

Jeff the Security audit is on me not PHRT

The RMP is being worked on will give you and update this pm

Aug 11, 2022 at 2:44 PM

I have $200,000 for the fuel cost

 iMessage

**PHRT-Wooten 000017**

6:39

< 6                    J                    📹

Jeffrey Charles ›

Aug 11, 2022 at 2:44 PM

I have $200,000 for the fuel cost an electricity of the response at the dome. Call before I deposit it

Aug 11, 2022 at 6:39 PM

Will call in about 20mins

Ok thanks

Aug 13, 2022 at 11:45 AM

I just sent you and email
I will have a check ($5,000.00) made to LBT on Monday for the use of the gas station (gasoline and diesel). Starting today. At least fir the duration of the response. Starting today

Fermín

Fermin, fuel will need to be procured offsite. PHRT is 7.9 million in arrears and is making the choice not to pay for fuel.

Will pay

Aug 17, 2022 at 6:46 PM

+    iMessage                    🎤

**PHRT-Wooten 000018**



**6:41**

**Jeffrey Charles** ›

Fermín

Fermin, fuel will need to be procured offsite. PHRT is 7.9 million in arrears and is making the choice not to pay for fuel.

Will pay

Aug 17, 2022 at 6:46 PM

Jeff I did not bother earlier as I know a request to you to get some wear.  Sent you and email with what is needed to keep the rescue team at night.  Need your approval to your personnel

Aug 21, 2022 at 8:12 AM

Need assistance from LBT regarding responder

Aug 26, 2022 at 10:53 AM

Give a call. I want to release Williams fire people to check fire equipment asap

Csll me

iMessage

**PHRT-Wooten 000019**

From : fermin.rodriguez@phrt.com
To : JCharles@lbenergy.com
Sent : 8/11/2022 2:59PM
Subject : RE: Coke Dome smoldering Fire equipment support 20220811 1452

Jeff

I have $200,000 check to be deposited into LBT (OPT) account to cover Coke Dome cost to-date and additional anticipated cost ( understanding that the balance needs to be further polished )

Will deposit after you and I talk

We still need the listing of items below included

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: Fermin Rodriguez
Sent: Thursday, August 11, 2022 7:20 AM
To: Jeffrey.Charles
Subject: Coke Dome smoldering Fire equipment support 20220811 0719

Jeff

These are the items that PHRT needs to maintain the response

1. Rescue van

a. PHRT provides

i. Manpower

ii. Fuel

iii. Any
material used of damage to be replaced in king

2. Thermal camare

a. With the corresponding backup battery and charger - will
replace is damage

PHRT-Wooten 000020

3. Fire truck with the corresponding accessories ( already being used)

a. I.E. portable monitor

4. Breathing air compressor and access

5. SCBAs

6. Fire protection PPE

Will keep and inventory payment as needed

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: Fermin Rodriguez
Sent: Thursday, August 11, 2022 5:52 AM
To: 'Jeffrey.Charles' >
Subject: Coke Dome smoldering Fire equipment support 20220811

Jeff

Try to reach you yesterday without luck

Need to have your re -approval for PHRT personnel to refill the air breathing cylinder

I was told that Maillard indicated he did not have directions from you to allow responders to fill the cylinder

Let me know when we could talk

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: Fermin Rodriguez
Sent: Saturday, August 6, 2022 12:26 PM
To: Jeffrey.Charles >

PHRT-Wooten 000021

Subject: FW: Coke Dome smoldering Fire equipment support 20220806

Jeff,

Agree

Will pay for the fuels as you indicated as well of any fuel

Let me know when PHRT personnel could go to the fire house to get the truck and the corresponding accessories

Will keep track the equipment, accessories to assure to reinstate as per present conditions (will forward the list you and your personnel)

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: Jeffrey.Charles >
Sent: Saturday, August 6, 2022 12:00 PM
To: Fermin Rodriguez >
Subject: RE: Coke Dome smoldering Fire equipment support

Fermin,

As discussed, due to the nature of this ongoing coker event LBT will assist with one pumper truck as so long as PHRT provides driver and agrees to pay for fuel onboard as well as the operation of the seawater intake pump fire water system and to include power cost. All additional truck fuel will be the responsibility of PHRT to procure and fund. Again these steps are necessary as PHRT remains significantly in arears for payment and has no shared service arrangement in place that would include emergency response.

Respectfully,

Jeff

From: Fermin Rodriguez >
Sent: Saturday, August 6, 2022 11:37 AM
To: Jeffrey.Charles >
Subject: [EXTERNAL] Coke Dome smoldering Fire equipment support

Warning: Email received from outside the Limetree Bay domain. Use caution before clicking on any links, opening any attachments, or providing sensitive data.

**PHRT-Wooten 000022**

_____

Jeff

As per our discussion PHRT will pay for the utilization of the fire truck and corresponding accessories to respond to the dome event

Will also pay for the fuel associated with the sea water intake system

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

_____

Limetree Bay Terminals Disclaimer: This message and any attachment to it is intended only for the use of the individual or entity to whom it is addressed; it contains information that is proprietary and confidential, and may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE MISTAKEN TRANSMISSION.

PHRT-Wooten 000023

To: JCharles@lbenergy.com
From: fermin.rodriguez@phrt.com
Sent: 8/11/2022 5:51AM
Subject: Coke Dome smoldering  Fire equipment support 20220811

Jeff

Try to reach you yesterday without luck

Need to have your re -approval for PHRT personnel to refill the air breathing cylinder

I was told that Maillard indicated he did not have directions from you to allow responders to fill the cylinder

Let me know when we could talk

Fermin Rodriguez
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 - 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652


From: Fermin Rodriguez
Sent: Saturday, August 6, 2022 12:26 PM
To: Jeffrey.Charles <JCharles@lbenergy.com>
Subject: FW: Coke Dome smoldering Fire equipment support 20220806

Jeff,

Agree

Will pay for the fuels as you indicated as well of any fuel

Let  me know when PHRT personnel could go to the fire house to get the truck and the corresponding accessories

Will keep track the equipment, accessories to assure to reinstate as per present conditions (will forward the list you and your personnel)

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

**PHRT-Wooten 000024**

340 - 643- 2265

1 Estate Hope | Christiansted, VI  00820-5652

PHRT-Wooten 000025

# PORT HAMILTON REFINING AND TRANSPORTATION, LLLP

# PRESS RELEASE - UPDATE

For Immediate Release

August 12, 2022

As previously reported on August 6, 2022, a pile of petroleum coke was found smoldering inside a Coke Storage Dome at the Port Hamilton Refining and Transportation facility on August 4, 2022. Water has been applied 24 hours a day and the temperature readings inside the coke dome are being monitored to ensure entry by personnel is safe. A team of 25 personnel are assigned to the Coke Dome at the site, including specialized emergency response personnel. Heavy equipment is being utilized to move the petroleum coke material inside the dome so the water can reach below the surface of the pile to safely suppress the smoldering petroleum coke. To keep all employees safe, the process must be done at a slow, controlled pace. Port Hamilton continues to monitor the air near the coke dome and at the fence line of the facility and has not detected any air quality health impacts. Port Hamilton is communicating with the Department of Planning and Natural Resources (DPNR), the Environmental Protection Agency (EPA) and the Customs and Border Patrol (CBP) and sharing routine updates.

**Fermin Rodriguez**
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 – 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652

PHRT-Wooten 000026

| | |
|---|---|
| **From:** | Dustin Dunbar <dustin.dunbar@phrt.com> |
| **Sent:** | Friday, August 12, 2022 12:19 PM |
| **To:** | Fermin Rodriguez; Jeffrey.Charles |
| **Cc:** | Michael.Lowther; Lavern.Richards |
| **Subject:** | ACH Payment to Ocean Point Terminals |

**Importance:**    High

Good afternoon,

Please see the confirmation below of payment from PHRT to OPT for the emergency response efforts.

| Date | Amount (USD) | Remarks |
|---|---|---|
| 12/08/2022 | -200,000.00 | Remittance ID : [09USD22TTS15733] : LODGE AND REAL |

NYLTD

Thanks,

**Dustin Dunbar**
Controller
Port Hamilton Refining and Transportation, LLLP
O: 340-692-3316
C: 615-430-2558
1 Estate Hope | Christiansted, VI  00820-5652

Port Hamilton Refining and Transportation LLLP Disclaimer: This message and any attachment to it is intended only for the use of the individual or entity to whom it is addressed; it contains information that is proprietary and confidential, and may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE MISTAKEN TRANSMISSION

PHRT-Wooten 000027

**From:** Fermin Rodriguez
**Sent:** Friday, August 12, 2022 3:47 PM
**To:** Jeffrey.Charles <jcharles@lbenergy.com>
**Subject:** Coke Dome smoldering Fire equipment support 20220812

Jeff

Find attached the $200,000 deposit verification

I did talk with George Maillard, who had received a note from you;
I indicated that a PHRT team member will be addressing the Fire house personnel to enter the fire hose

Let me know If there is any charges for the security guard supervisor to open the firehouse out side regular working hours

I am working on the other items that you outlined in the previews email

**Fermin Rodriguez**
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 – 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652

**From:** Jeffrey.Charles <jcharles@lbenergy.com>
**Sent:** Saturday, August 6, 2022 12:00 PM
**To:** Fermin Rodriguez <fermin.rodriguez@phrt.com>
**Subject:** RE: Coke Dome smoldering Fire equipment support

Fermin,

**PHRT-Wooten 000028**

As discussed, due to the nature of this ongoing coker event LBT will assist with one pumper truck as so long as PHRT provides driver and agrees to pay for fuel onboard as well as the operation of the seawater intake pump fire water system and to include power cost. All additional truck fuel will be the responsibility of PHRT to procure and fund. Again these steps are necessary as PHRT remains significantly in arears for payment and has no shared service arrangement in place that would include emergency response.

Respectfully,

Jeff

---

**From:** Fermin Rodriguez <fermin.rodriguez@phrt.com>
**Sent:** Saturday, August 6, 2022 11:37 AM
**To:** Jeffrey.Charles <JCharles@lbenergy.com>
**Subject:** [EXTERNAL] Coke Dome smoldering Fire equipment support

*Warning: Email received from outside the Limetree Bay domain. Use caution before clicking on any links, opening any attachments, or providing sensitive data.*

---

Jeff

As per our discussion PHRT will pay for the utilization of the fire truck and corresponding accessories to respond to the dome event
Will also pay  for the fuel associated with the sea water intake system

**Fermin Rodriguez**
VP & Refinery Manager
Port Hamilton Refining and Transportation LLLP
340 – 643- 2265
1 Estate Hope | Christiansted, VI  00820-5652

---

Limetree Bay Terminals Disclaimer: This message and any attachment to it is intended only for the use of the individual or entity to whom it is addressed; it contains information that is proprietary and confidential, and may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE MISTAKEN TRANSMISSION.

PHRT-Wooten 000029

From : fermin.rodriguez@phrt.com

To : jcharles@lbenergy.com

Sent : 8/12/2022 3:47PM

Subject : Coke Dome smoldering Fire equipment support 20220812

Jeff

Find attached the $200,000 deposit verification

I did talk with George Maillard, who had received a note from you;

I indicated that a PHRT team member will be addressing the Fire house personnel to enter the fire hose

Let me know If there is any charges for the security guard supervisor to open the firehouse out side regular working hours

I am working on the other items that you outlined in the previews email

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

From: Jeffrey.Charles
Sent: Saturday, August 6, 2022 12:00 PM
To: Fermin Rodriguez
Subject: RE: Coke Dome smoldering Fire equipment support

Fermin,

As discussed, due to the nature of this ongoing coker event LBT will assist with one pumper truck as so long as PHRT provides driver and agrees to pay for fuel onboard as well as the operation of the seawater intake pump fire water system and to include power cost. All additional truck fuel will be the responsibility of PHRT to procure and fund. Again these steps are necessary as PHRT remains significantly in arears for payment and has no shared service arrangement in place that would include emergency response.

Respectfully,

Jeff

From: Fermin Rodriguez >
Sent: Saturday, August 6, 2022 11:37 AM

**PHRT-Wooten 000030**

To: Jeffrey.Charles >
Subject: [EXTERNAL] Coke Dome smoldering Fire equipment support

Warning: Email received from outside the Limetree Bay domain. Use caution
before clicking on any links, opening any attachments, or providing sensitive data.

_____

Jeff

As per our discussion PHRT will pay for the utilization of the fire truck and
corresponding accessories to respond to the dome event

Will also pay for the fuel associated with the sea water intake system

Fermin Rodriguez

VP & Refinery Manager

Port Hamilton Refining and Transportation LLLP

340 - 643- 2265

1 Estate Hope | Christiansted, VI 00820-5652

_____

Limetree Bay Terminals Disclaimer: This message and any attachment to it is
intended only for the use of the individual or entity to whom it is addressed; it
contains information that is proprietary and confidential, and may be privileged and
exempt from disclosure under applicable law. If the reader of this message is not the
intended recipient or the employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD
IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR
COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE
MISTAKEN TRANSMISSION.

PHRT-Wooten 000031

**From:** Charles Chambers <cchambers@westindiespetroleum.com>
**Sent:** Sunday, August 21, 2022 10:44 AM
**To:** 'David Roberts' <droberts@excelusa.com>; Thomas V. Eagan <TEagan@rascoklock.com>; Tarik Felix <tfelix@westindiespetroleum.com>; Fermin Rodriguez <fermin.rodriguez@phrt.com>
**Subject:** Fwd: Mutual Aide Agreement.pdf

FYI

Get Outlook for iOS

---

**From:** Mark.Chavez <mchavez@lbenergy.com>
**Sent:** Sunday, August 21, 2022 9:42:13 AM
**To:** Charles Chambers <cchambers@westindiespetroleum.com>
**Cc:** Daniel Hudson <dhudson@woodlandsenergymanagement.com>; Jeffrey.Charles <JCharles@lbenergy.com>; Todd.Dillabough <tdillabough@lbenergy.com>; Franklin.Quow <fquow@lbenergy.com>; Akeel.St.Jean <AStJean@lbenergy.com>
**Subject:** Mutual Aide Agreement.pdf

Attached please see the fully executed Mutual Aide Agreement.

Mark


**Mark A. Chavez**
General Counsel
Ocean Point Terminals
O: 340-473-2308
M: 305-849-7096
1 Estate Hope | Christiansted, VI 00820

**OCEAN POINT**
TERMINALS

**PHRT-Wooten 000032**

Limetree Bay Terminals Disclaimer: This message and any attachment to it is intended only for the use of the individual or entity to whom it is addressed; it contains information that is proprietary and confidential, and may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE: (A) DO NOT READ THIS E-MAIL MESSAGE, FORWARD IT TO ANY PERSON, SAVE IT, PRINT IT, OR OTHERWISE USE IT; (B) DELETE IT FROM YOUR COMPUTER SYSTEM; AND (C) NOTIFY THE SENDER, BY RETURN E-MAIL, OF THE MISTAKEN TRANSMISSION.

**PHRT-Wooten 000033**

## MUTUAL AID AGREEMENT

### Parties

This Mutual Aid Agreement (hereinafter "Agreement") is entered into between Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals, hereinafter "**Ocean Point**" and Port Hamilton Refining & Transportation, LLLP, hereinafter "**Port Hamilton**."

### Purpose

Port Hamilton is the owner and operator of refining assets located in St Croix, USVI. Port Hamilton has requested from Ocean Point access to assets and personnel for the purpose of responding to an ongoing fire at its facility. Ocean Point has agreed to provide such assistance, subject to the terms and conditions of this Agreement.

### Term

The initial term of this Agreement shall be seven (7) days and shall automatically renew for consecutive seven (7) day periods unless notice is provided by either party that they wish to terminate this Agreement for any reason.

### No Obligation to Respond

The parties expressly understand and acknowledge that any request by Port Hamilton to aid pursuant to this Agreement shall not obligate Ocean Point to provide such assistance until authorized by an authorized representative of Ocean Point, and the decision to provide, or not provide, assistance, shall at all times remain in the sole discretion of Ocean Point.

It is further understood that Ocean Point may withhold resources to the extent necessary to provide reasonable protection and services for its own facility. In the event Ocean Point provides assistance pursuant to this Agreement, Port Hamilton shall remain in ultimate control of, and bear responsibility for, any emergency response subject to the terms of this Agreement.

### Release of Ocean Point

TO THE MAXIMUM EXTENT PERMITTED BY THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, PORT HAMILTON HEREBY RELEASES, ACQUITS, AND FOREVER DISCHARGES OCEAN POINT AND ALL OF ITS CURRENT OR FORMER AFFILIATES, OFFICERS, MANAGERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, INSURERS, AGENTS, REPRESENTATIVES AND ALL PERSONS ACTING BY, THOUGH, UNDER OR IN CONCERN WITH THEM (COLLECTIVELY, THE "RELEASED PARTIES") OF, FROM, AND WITH RESPECT TO ANY AND ALL LIABILITY ARISING FROM ANY AND ALL OBLIGATIONS, CAUSES OF ACTION, SUITS, PROMISES, AGREEMENTS, LOSSES, DAMAGES, CHARGES, EXPENSES, CHALLENGES, CONTESTS, LIABILITIES, COSTS, CLAIMS, AND DEMANDS OF

**PHRT-Wooten 000034**

WHATSOEVER NATURE, KNOWN OR UNKNOWN, WHICH MAY EVER ACCRUE IN CONNECTION WITH THE ASSISTANCE RENDERED BY OCEAN POINT TO PORT HAMILTON PURSUANT TO THIS AGREEMENT.

PORT HAMILTON FURTHER AGREES TO DEFEND, INDEMNIFY AND HOLD HARMLESS OCEAN POINT FOR ANY AND ALL OBLIGATIONS, CAUSES OF ACTION, SUITS, PROMISES, AGREEMENTS, LOSSES, DAMAGES, CHARGES, EXPENSES, CHALLENGES, CONTESTS, LIABILITIES, COSTS, CLAIMS, AND DEMAND OF WHATSOEVER NATURE THAT MAY ARISE OR MAY BE INCURRED BY OCEAN POINT AS A RESULT OF THIS AGREEMENT AND ANY ASSISTANCE IT PROVIDES PURSUANT THERETO.

## Entire Agreement

This Agreement embodies the entire agreement and understanding between the Parties relating to the subject matter hereof and there are no covenants, promises, agreements, conditions or understandings, oral or written, except as herein set forth.

Ocean Point and Port Hamilton agree to the terms and conditions set forth herein, effective as of this August 21, 2022.

**Limetree Bay Terminals, LLC**
**d/b/a Ocean Point Terminals**

By: __MARK A. CHAVEZ__
    Print Name

_____
Signature

Title: __GENERAL COUNSEL__

Date signed: __8/21/2022__

**Port Hamilton Refining & Transportation, LLLP**

By: __Charles Chambers__
    Print Name

_____
Signature

Title: __Principal__

Date signed: __Aug 21, 2022__

PHRT-Wooten 000035

| | Date | Time | Events |
|---|---|---|---|
| | | | **Coke Dome Smoldering Incident August 2022** |
| | | | **Includes text messages, emails and verbal conversation highlights** |
| | August 4, 2022 | 3:00 AM | Between 03:00 and 04:45hrs, CO alarm automatically activated at Dome #1 |
| | August 4, 2022 | 6:15 AM | RSS observes smoke inside Dome #1 |
| | August 4, 2022 | 9:00 AM | OPT Fire Chief tells PHRT Operations RSS on the phone that he was told by his management not to respond to the incident, but that he put aside some hoses and a Blitz fire nozzle for him and instructed his employee to let him pick it up at the firehouse |
| | August 4, 2022 | 9:56 AM | Employees set up 500gpm portable fire monitor, handheld nozzles and hose lines in the dome |
| | August 4, 2022 | 10:00 AM | Incident Command activated |
| | August 4, 2022 | | LBT Fire Chief was notified |
| | August 4, 2022 | | Blitz fire 500gpm monitor was provided by LBT |
| | August 4, 2022 | 7:50 PM | Fermin texts Jeff Charles telling him he'll call him in the morning and that he needs "volume and reach of water to handle the smoldering of the coke dome coke" - No text reply |
| | August 5, 2022 | 6:47 AM | email from Fermin to Jeff Charles asking for following equipment:<br>• 6 SCBAS with 18 spare cylinders<br>• Industrial Fire truck – PUMPER – Hoses – Truck operator<br>• Hose lay – Hoses from manifold -to truck to monitor inside Dome<br>• Screaming Eagle 2,000 GPM Portable Monitor Base<br>• Handheld & Aerial Thermal Imaging Camera- should be on the fire truck<br>• High pressure manifold – Hydrant  sea water intake – Water Source<br>• Bunker gear – PPE – gas detection equip – |
| | August 5, 2022 | | Savage company on site (pet coke handling experts) |
| | August 6, 2022 | 8:57 AM | email notification to PHRT management that LBT wanted full payment |
| | August 6, 2022 | 10:19 AM | PHRT Emergency Team receives permission to access the fire station and laydown yard to retrieve requested emergency response equipment. Equipment is set up (fire truck, screaming eagle, etc.) |
| | August 10, 2022 | 4:06 PM | Fermin texts Jeff Charles asking for badge approval for Barry Guilbeau to make assessment of entry rescue plan - No text reply |
| | August 10, 2022 | 5:33 PM | Fermin texts Jeff Charles asking for re-approval for PHRT to refill air bottles |
| | August 10, 2022 | 11:04 PM | followed only by more requests?" |
| | August 11, 2022 | 7:03 AM | Fermin responds to text and says PHRT is keeping track of usage in order to pay and that he emailed a list |
| | August 11, 2022 | 8:27 AM | Jeff texts Fermin and says that only the camera and one pumper were originally discussed, "looks like PHRT has already breached that agreement" and "we didn't agree to open up the full fire house" and stating he wasn't sure what other things had already been taken. Also clarifies he's talking about the $7.9MM that PHRT is in arrears asking for update and updates on shared services agreement, power allocation agreement, RMP transition and security audit. |
| | August 11, 2022 | 8:27 AM | Fermin replies he will call after the staff meeting and that the security audit is on him, not PHRT and that the RMP is being worked on, update this afternoon. |
| | August 11, 2022 | | Rescue team on site |
| | August 11, 2022 | 2:44 PM | Fermin texts Jeff Charles and says he has $200,000 for the fuel cost of electricity for the response at the dome and asking for Jeff to call him before he deposits it. |
| | August 12, 2022 | | Williams Fire on site |
| | August 12, 2022 | | Rescue team goes to Fire house to retrive rescue van. The van's battery was dead, had to be jump started. The van had no fuel in the tank, so couldn't go. Had to get a 5-gal can of fuel to get it going. |
| | August 13, 2022 | 11:45 AM | Fermin texts Jeff Charles to tell him he has sent him an email and will have a check for $5,000 made to LBT on Monday for the use of the gas station for first duration of the response starting today. |
| | August 13, 2022 | 11:45 AM | Jeff responds that fuel will have to be procured offsite. PHRT is $7.9MM in arrears and is making the choice not to pay for fuel. (also email) |
| | August 13, 2022 | 11:45 AM | Fermin responds "will pay" |
| | | | |
| | August 17, 2022 | 6:46 PM | Fermin texts Jeff Charles to let him know he sent an email with what is needed to keep the rescue eam at night. Requeted approval for personnel. No text response |
| | August 21, 2022 | 7:11 AM | Fire occurred in the overhead conveyor belt system above Dome #1. |
| | August 21, 2022 | 8:12 AM | Fermin texts Jeff Charles to request assistance regarding responder. No text response |
| | August 21, 2022 | 9:23 AM | Everbridge Emergency Notification was activated by Limetree Bay Terminals personnel. |
| | August 21, 2022 | | LBT Emergency Response personnel is seen staged near the Seawater Intake building observing the fire from a safe distance. |
| | August 26, 2022 | 10:53 AM | Fermin texts Jeff Charles asking Jeff to call him, he wants to release Williams Fire people to check fire equipment ASAP. No text response |
| | August 26, 2022 | 1:08 PM | PHRT ERT, USVI Fire Services and PHRT contractors extinguished the fire on the Coker conveyor belt system without the support of the Limetree Bay Terminals emergency responders, and their IC team members. |



Coker Fire

Mark Beharry
To: Fermin Rodriguez

Fermin,
Shortly after the Fire incident at the Coker, I was approached by Jeff Charles and he shared with me his interaction with you (Fermin Rodriguez) during the incident. Please see below:

1) He(Jeff Charles) mentioned about him monitoring the communications on the radio during the event and realized that additional support was needed.
2) You (Fermin) contacted him(Jeff Charles) at the beginning of the incident and asked him(Jeff Charles) for support, but you were told by him (Jeff Charles) that he needed an agreement in place before OPT could help in anyway.
3) I was asked by (Jeff Charles) not to participate in any of the investigations of this event.

Kind Regards,
Mark Beharry

**PHRT-Wooten 000036**