## emple Un ers  Hosp al

Temple University H spital
3401 N Broad Street
Philadelphia, PA 19140

## Affidavit of Medical Records

Date 06/01/2025

To Whom It May Concern:

| Department /Physician Name: Temple Health Lung Center Jamie Garfield | Medical Records # E1901418 | | Case No: : |
|---|---|---|---|
| Patient Name: Nicole Wooten | | Patient DOB: ▉ | Requestor Name: Lee J Rohn and Associates |

1. I hereby certify that the attached are true and accurate copies of the above patient, covering: <u>Any and All Medical Records</u>

☒ **Jacqueline Walker, ROIS**
☐ Ebony Frayer, ROIS
☐ Tammara Flake, ROIS
☐ Tamera Wyatt, ROIS
☐ Terri Helmer, ROIS

*Jacqueline R Walker*

Signature of HIM Representative

| 2. **These requested documents are not in our possession due to the following:** |
|---|
| __ No Records Found    __No Radiology    ____ No Patient Found |

**EXHIBIT 15**

NW005067

**emple Un  ers    Hosp  al**

Temple University H  spital
3401 N Broad Street
Philadelphia, PA 19140

It is understood that this does not mean that the requested information does not exist under another spelling or name. However, with the information furnished to our office and to the best of my knowledge, I certify the above to be true and accurate statement.

NW005068



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████ DOB: ██████, Legal Sex: F
Acct #: ███████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus

### Reason for Visit

**Chief Complaint** *[last edited by Jamie Garfield, MD on 6/7/2023 1352]*

- Shortness of Breath ( )

**Visit Diagnoses** *[last edited by Jamie Garfield, MD on 6/7/2023 1352]*

- (primary)
- Chemical exposure
- Moderate persistent asthma without complication

NW005069



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████ , DOB: ████ Legal Sex: F
Acct #: ████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
## UM facesheet

### Patient Information

| Patient Name | HAR | MRN | Legal Sex | DOB |
|---|---|---|---|---|
| Wooten, Nicole | ████ | ████ | Female | ████ |

**Unit**
HMPP

### Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| ~~902 Peachtree Forest Terrace~~ Peachtree Corners GA 30092 | 404-906-9397 (Home) *Preferred* 404-906-9397 (Mobile) | nsshantell10@gmail.com |

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Wooten, Nicole | 1000908812 | Outpatient | Billed | GEHA - GEHA |

### Guarantor Account (for Hospital Account #1000908812)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Wooten, Nicole | Self | THSA | Yes | Personal/Family |
| **Address** | **Phone** | | **Gender** | **DOB** |
| 902 Peachtree Forest Terrace Peachtree Corners, GA 30092 | 404-906-9397(H) | | Female | 07/12/85 |
| **Emp Name** | **Emp Status** | **Occupation** | | |
| | Not Employed | | | |
| **Emp Address** | **Emp Phone** | | | |

### Coverage Information (for Hospital Account #1000908812)

| fax | | Subscriber DOB | Precert # |
|---|---|---|---|
| GEHA/GEHA | | 07/12/85 | |
| **Relation to Pt** | | **Subscriber #** | |
| Self | | 31107836GEHA | |
| **Grp #** | **Group Name** | | |
| 10000001 | | | |
| **Address** | **Phone** | | |
| | | | |
| **Policy Number** | **Status** | **Effective Date** | **Benefits Phone** |
| 31107836GEHA | - | | - |
| **Subscriber Emp** | **Emp Phone** | **Emp Address** | **Auth/Cert** |

### Primary Coverage Details

Primary Coverage (Geha)
Authorization number not found.
Subscriber number: 31107836GEHA

### Admission Information

**Current Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Routine/Elective | Unknown Status |

Printed on 6/2/25  8:29 AM

NW005070



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████, ████████, Legal Sex: F
Acct #: ████████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
## UM facesheet (continued)

### Admission Information (continued)

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| | | | |

| Hospital Area | Unit | Room/Bed | |
|---|---|---|---|
| | | | |

### Attending provider/NPI Number

### Admission

**Complaint**
None

### Basic Information

| Date Of Birth | Legal Sex | Race | Ethnic Group | Preferred Language |
|---|---|---|---|---|
| 7/12/1985 | Female | African American/Black | Non-Hispanic | English |

### Medical Record Numbers

| Universal Id | E1901418 |
|---|---|

### Bed Days

No auth/cert for hospital account 1000908812; no bed days information is available.

### GEHA/GEHA                                                                                    Primary Coverage

| Next Review | | Auth Number |
|---|---|---|
| Not scheduled | | — |

There is no auth/cert for this admission.

### Most Recent Review

There are no reviews for this admission.

### Emergency Contacts

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Wade, Mae | Mother | | | 678-463-7109 |

### Other Contacts

None on File

### PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Terrie Y Morton-Acker, MD | 404-284-7744 | TFP N BROAD ST |

### Documents on File

| | Status | Date Received | Description |
|---|---|---|---|
| Documents for the Patient | | | |
| ID - Drivers/Non-Drivers license | | | |

Printed on 6/2/25  8:29 AM

NW005071

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital –
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ███████, Legal Sex: F
Acct #: ███████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
## UM facesheet (continued)

### Documents on File (continued)

| | Status | Date Received | Description |
|---|---|---|---|
| HIPAA Notice of Privacy | Not Received | | |
| Insurance Card | Not Received | | |
| General Consent to Treat - Clinic | | | |
| TPI General Consent - Clinic | | | |
| TFP General Consent - Clinic | | | |
| FCCC General Consent - Clinic | | | |
| Outside Record | Received | 03/23/23 | NEW PULM PT RECORDS–MULTISPECIALTY CENTER ATLANTA--3/2023 |
| Other | Received | 06/29/23 | QUEST LAB REP--5.12.23 |
| Patient Entered Attachment | Received | 03/12/25 | Screenshot_20250312_120112_Gmail.jpg |
| TFP General Consent - Specialty Care | | | |
| Patient Entered Attachment | Received | 05/07/25 | 1000019928.jpg |
| Authorization to Release Protected Health Information | | 06/02/25 | |
| HIM Release of Information Output | | 04/26/23 | Visit record from 4/26/2023 |
| HIM Release of Information Output | | 09/28/23 | Visit record from 4/26/2023 |
| HIM Release of Information Output | | 06/02/25 | Requested records |

### Documents for the Encounter

| | Status | Date Received | Description |
|---|---|---|---|
| Consent to Emerg Dept Treatment | | | |
| Important Message From Medicare | | | |
| MOON | Not Received | | |
| After Visit Summary | | | After Visit Summary |
| After Visit Summary | | | After Visit Summary |

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Jamie Garfield, MD | Jamie Garfield, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Temple Lung Center at Temple University Hospital - Main Campus | 3401 N Broad Street, Zone D Ambulatory Care Center, 5th Floor Philadelphia PA 19140 | 215-707-5864 | 215-707-6867 |

#### Level of Service

| Level of Service |
|---|
| OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

NW005072

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮ DOB: ▮▮▮▮ , Legal Sex: F
Acct #: ▮▮▮▮
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**formoterol fumarate (PERFOROMIST) 20 mcg/2 mL nebulizer solution**

Instructions: Inhale 2 mLs (20 mcg total) via nebulization every 12 hours
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Refill: 3 refills by 4/25/2024

Ordered on: 4/26/2023
Quantity: 120 mL

**revefenacin (YUPELRI) 175 mcg/3 mL Solution for Nebulization nebulization solution**

Instructions: Inhale 3 mLs (175 mcg total) via nebulization daily
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Refill: 3 refills by 4/25/2024

Ordered on: 4/26/2023
Quantity: 60 mL

**budesonide (PULMICORT) 0.5 mg/2 mL nebulizer solution**

Instructions: Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Quantity: 120 mL

Ordered on: 4/26/2023
End date: 4/25/2024
Refill: 11 refills by 4/25/2024

#### Stopped in Visit

None

 **TEMPLE HEALTH** Temple University Hospital - Main Campus | Wooten, Nicole
TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street Philadelphia PA 19140-5103 | MRN: ███████8, DOB: ██████ Legal Sex: F
Acct #: ███████████
Visit date: 6/7/2023

**06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

## Progress Notes

### Progress Notes

#### Jamie Garfield, MD at 6/7/2023 1326

| | | |
|---|---|---|
| Author: Jamie Garfield, MD | Service: — | Author Type: Physician |
| Filed: 6/7/2023 1:52 PM | Encounter Date 6/7/2023 | Status: Signed |
| Editor: Jamie Garfield, MD (Physician) | | |

**Telemedicine (Video and Audio) Attestation:**

Nicole Wooten **does** consent to an **audio and video** encounter.

**32 min** was spent performing this encounter on this date of service. My evaluation of this patient, including a review of the chart, history, laboratory, and imaging finding, discussion with the patient, placing orders and documenting the plan is detailed herein.

### Intercal History
I had the pleasure of seeing your patient Ms. Wooten at the Temple Lung Center today. As you know Ms. Wooten is a 37 y.o. female who presents for follow up visit for shortness of breath. Last visit 4/26/23. Since last visit she started nebulized LAMA/LABA/ICS and has been doing somewhat better. She went to establish care with Emory providers and recently underwent ENT evaluation for vocal cord dysfunction and is scheduled for a bronchoscopy next week. She tells me that she is still dyspneic with moderate exertion but she is walking more often and her voice strength is improving. I do not see the results of the hypersensitivity panel but she tells me this was normal. She never did fill the script for moderate dose prednisone because she was fearful of side effects including weight gain.

### History of Present Illness
She tells me that her Asthma was well controlled for many years with the use of Albuterol only as needed. Works as border protection and has travelled extensively. Exposure was to exhaust from a fire which began on August 8th 2022 in the Virgin Islands. She was in a car and the windows were up save for about 5 minutes. Carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter were all likely in the exhaust from fire. Almost immediately she experiences chest tightness and cough. She tried to use her Albuterol inhaler but this time was different from her previous asthma flares and she could not recover. She was tremulous, hypertensive, and vomiting. She arrived to urgent care where she was given 4 vials of nebulized Albuterol with little relief until she was given IV steroids and she felt somewhat better. The next day she went to the ER with headache and tremors. The next day she went back to work but the air was still thick and she could smell the products of combustion. The fire was burning this entire time. She breathed in these chemicals intermittently throughout the week. She finally flew back to the US on August 16th 2022. When she returned home she saw a pulmonologist and she was started on Trelegy but she has been unable to perform a deep breath and hold. She uses nebulized Levalbuterol which helps somewhat. She had been tried on several doses of prednisone as high as 20mg x 10 days and then tapers. Previous tobacco use, quit in 2017, intermittently. Never vaped. Hobbies include basketball and exercise (which she has been unable to do since exposure).

### Data

Labs:

NW005074



| TEMPLE HEALTH | Temple University Hospital - | Wooten, Nicole |
|---|---|---|
| TEMPLE UNIVERSITY HOSPITAL | Main Campus 3401 North Broad Street Philadelphia PA 19140-5103 | MRN: ███████, DOB: █████████, Legal Sex: F Acct #: ███████████ Visit date: 6/7/2023 |

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Progress Notes** (continued)

| Component | 01/12/23 ✎ | 12/15/22 ✎ |
|---|---|---|
| **Class Description** | — | Comment 🖹 |
| Immunoglobulin E, **Total** | 80 | 121 |
| Allergen D Pteronyssinus | — | 13.30 ! |
| Allergen D Farinae | — | 36.30 ! |
| **Allergen Cat Dander** | — | <0.10 |
| **Allergen Dog** Dander | — | <0.10 |
| Allergen Bermuda **Grass** | — | <0.10 |
| Allergen **Bahia Grass** | — | <0.10 |
| **Allergen Timothy Grass** | — | <0.10 |
| Allergen Cockroach | — | <0.10 |
| Allergen **Penicillium** Chrysogen | — | <0.10 |
| Allergen **Cladosporium Herbarum** | — | <0.10 |
| **Aspergillus fumigatus** | — | <0.10 |
| Allergen **Alternaria Alternata** | — | <0.10 |
| **Box Elder** IgE | — | <0.10 |
| Allergen, **Birch** IgE | — | <0.10 |
| Allergen Cedar **Mountain** | — | <0.10 |
| **Oak** | — | <0.10 |
| **Elm** IgE | — | <0.10 |
| Pecan/Hickory Tree **IgE** | — | <0.10 |
| **Allergen** Ragweed Short | — | <0.10 |
| **Allerge Common Pigweed** | — | <0.10 |
| **Sheep Sorrel** IgE | — | <0.10 |
| Nettle | — | <0.10 |
| Allergen **Mouse Urine** Ige | — | <0.10 |

NW005075



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮▮, DOB: ▮▮▮▮▮, Legal Sex: F
Acct #: 1▮▮▮▮▮▮▮▮
Visit date: 6/7/2023

### 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Progress Notes (continued)**

| Component | 02/03/23 ✎ | 11/18/22 ✎ |
|---|---|---|
| WBC Count-Blood | 10.8 ^ | 4.5 |
| RBC Count-Blood | 5.12 ^ | 4.67 |
| Hemoglobin-Blood | 15.0 | 14.2 |
| Hematocrit-Blood | 45.9 ^ | 42.7 |
| MCV | 90.0 | 92.0 |
| MCH | 29.3 | 30.4 |
| MCHC | 32.6 | 33.2 |
| RDW | 13.0 | 13.2 |
| Platelet Count-Blood | 340 | 264 |
| Platelet MPV | 8.8 | 9.2 |
| % Neutrophils-Auto | 49.9 | 51.5 |
| % Lymphocytes-Auto | 41.8 | 38.5 |
| % Monocytes-Auto | 7.2 | 7.8 |
| % Eosinophils-Auto | 0.5 | 1.8 |
| % Basophils-Auto | 0.6 | 0.4 |
| NRBC-Auto | 0.1 | 0.1 |
| # Neutrophils-Auto | 5.4 | 2.3 |
| # Lymphocytes-Auto | 4.5 ^ | 1.7 |
| # Monocytes-Auto | 0.8 | 0.4 |
| # Eosinophils-Auto | 0.0 | 0.1 |
| # Basophils-Auto | 0.1 | 0.0 |
| # NRBC-Auto | 0.0 | 0.0 |
| Man Diff Done | None | None |

Pulmonary Functions Testing:
1/12/23:

1/12/23 Unable to perform 6 mwt / FENO

Unable to complete 6mw due to tachycardia and dyspnea
PFTs
Date FEV1 FVC FEV1/FVC FEF 25-75 TLC RV DLCO
% % % %
12/15/2022 65 109 50 44 165 263 Unable to perform

Moderate obstruction, hyperinflation and air trapping
Electronically signed 1/12/2023 9:38 AM

Radiology:
CXR 2/3/23:
No active disease

CT Chest 9/1/22:

NW005076

**⊞ TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮ DOB: ▮▮▮▮ Legal Sex: F
Acct #: ▮▮▮▮
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

Progress Notes (continued)

IMPRESSION:
No evidence of acute pulmonary process
CT chest 09/01/22 The central airways are predominantly clear

No consolidations, pleural effusions, honeycombing, traction bronchiectasis, suspicious pulmonary mass, or pneumothorax. Minimal subpleural scarring left lung apex series 602 image 55.

Partially imaged thyroid gland is unremarkable.

No pathologically enlarged axillary, mediastinal, or hilar lymph nodes. Soft tissue stranding within the anterior mediastinal fat series 2 image 20 favored to represent residual thymus in this young patient.

No thoracic aortic aneurysm. The great vessels are patent. The central pulmonary arteries opacify normally.

The esophagus is grossly unremarkable.

Partially imaged upper abdomen is without acute abnormality.

No aggressive lytic or blastic osseous lesions.



Cardiology:
Echo 12/22/22:

NW005077

**T TEMPLE HEALTH** Temple University Hospital -
TEMPLE UNIVERSITY HOSPITAL Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████, DOB: ████████ Legal Sex: F
Acct #: ████████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

Progress Notes (continued)

**IMPRESSION:**
1) The left ventricular cavity size is normal.
2) The left atrial size is normal.
3) The right atrial size is normal.
4) The right ventricular size is normal.
5) Left ventricular wall motion is normal.
6) The left ventricular ejection fraction is 55%.
7) The right ventricular function is normal.
8) There is mild concentric left ventricular hypertrophy.
9) There is no right ventricular hypertrophy.
10) The aortic root size is normal.
11) There is no pericardial effusion.
12) There is no evidence of diastolic dysfunction.
13) The aortic valve is normal . There is no aortic stenosis. There is no aortic regurgitation.
14) The mitral valve is normal . There is no mitral stenosis. There is trace mitral regurgitation.
15) The tricuspid valve is normal . There is trace tricuspid regurgitation.
16) There is no pulmonary hypertension.
17) There is not well visualized pulmonary regurgitation.

**CONCLUSION:**
1) Normal left ventricular cavity size.
2) Left ventricular ejection fraction is 55%.
3) Mild concentric left ventricular hypertrophy.
4) Trace mitral and tricuspid regurgitation

Stress test 12/22/22:

**CONCLUSION:**

1) Normal treadmill stress test

2) No angina / No arrhythmias were observed.

3) Exaggerated blood pressure response to exercise

4) Poor exercise tolerance

**Assessment and Plan**
Ms. Wooten is a 37 y.o. female who presents for follow up visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter), feeling somewhat better on new medication regimen.

Continue nebulized Pulmicort twice a day, everyday and nebulized Performist twice a day, everyday (you can mix these and nebulize them together), and nebulized Yupelri once a day, everyday.

Continue Levalbuterol nebulizer only as needed, this in addition to the flutter valve, may help with mucous clearance.

Based on IgE and CBC and hypersensitivity panel, you could be considered for anti-IgE therapy if your symptoms persist despite LAMA/LABA/ICS therapy. Script for oral prednisone given but she did not want to try this.

Continue to follow with pulmonary at Emory.

Thank you for allowing me to participate in the care of Ms. Wooten. Please do not hesitate to contact me with any questions at (215) 707-5864 or at jamie.garfield@tuhs.temple.edu

Electronically signed by Jamie Garfield, MD at 6/7/2023 1 52 PM

Printed on 6/2/25 8:29 AM

NW005078

⊞ **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL
Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████, DOB: ████████, Legal Sex: F
Acct #: ████████
Visit date: 6/7/2023

**06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

**Progress Notes** (continued)

NW005079

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ██████, Legal Sex: F
Acct #: ██████████
Visit date: 6/7/2023

---

**06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

### After Visit Summary

---

After Visit Summary (below)

## AFTER VISIT SUMMARY

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

**Nicole Wooten** MRN: E1901418
🗓 6/7/2023  1:00 PM  ♀ Temple Lung Center at Temple University Hospital - Main Campus 215-707-5864
Please stop at the check out desk before leaving

### What's Next

You currently have no upcoming appointments scheduled

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your
convenience, Temple Health now offers telemedicine visits. You can
prepare by downloading the Zoom app to your mobile device.
Simply scan the QR code below and follow the prompts.


For iPhone
 App Store


For Android
▶ Google Play

### Today's Visit

You saw Jamie L Garfield, MD on
Wednesday June 7, 2023 for: Shortness of
Breath (
). The following issues were addressed:
Chemical exposure and Asthma

### Allergies as of 6/7/2023          Never Reviewed
Not on File

## Changes to Your Medication List

ⓘ Accurate as of June 7, 2023 11:59 PM.
If you have any questions, ask your nurse or doctor.

## CONTINUE taking these medications

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

 TempleHealth

View your After Visit Summary and more
online at https://mytemplehealth.org/
mychartped/. If you have questions,
please e-mail
myTemplehealth@tuhs.temple.edu or
call 2157078581 to speak with our
myTempleHealth staff.

Nicole Wooten (MRN: ██████) • Printed by Nena F at 6/9/2023 9:10 AM          Page 1 of 2  **Epic**

---

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ███████, Legal Sex: F
Acct #: ███████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### After Visit Summary (continued)

**Changes to Your Medication List (continued)**
CONTINUE taking these medications (continued)

Perforomist 20 mcg/2 mL nebulizer solution
Generic drug: formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

revefenacin 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

### Your Updated Medication List as of June 7, 2023 11:59 PM

ⓘ Always use your most recent med list.

budesonide 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

Perforomist 20 mcg/2 mL nebulizer solution
Generic drug: formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

revefenacin 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Nicole Wooten (MRN: █████████) · Printed by Nena F at 6/9/2023 9:10 AM          Page 2 of 2  **Epic**

NW005081



**TEMPLE HEALTH**

TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital – Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▓▓▓▓▓, DOB: ▓▓▓▓, Legal Sex: F
Acct #: ▓▓▓▓▓
Visit date: 6/7/2023

**06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

## Messages

### After Visit Follow-Up

| From | To | Sent |
|---|---|---|
| Wooten, Nicole | P Pulmonary Clinical (supporting Jamie Garfield, MD) | 9/28/2023 5:04 PM |

Thank you!

### After Visit Follow-Up

| From | To | Sent and Delivered |
|---|---|---|
| Justine Davis, LPN<br>Last Read in myTempleHealth<br>3/12/2025 12:08 PM by Wooten, Nicole | Wooten, Nicole | 9/28/2023 5:03 PM |

Hi Nicole,

I will forward this message to Dr.Garfield.

Thank you,

Justine LPN

### After Visit Follow-Up

| From | To | Sent |
|---|---|---|
| Wooten, Nicole | P Pulmonary Clinical (supporting Jamie Garfield, MD) | 9/28/2023 1:35 PM |

Good afternoon Dr. Garfield!

I would like to continue to see you moving forward for management care. You have been the only person to understand and actually help from my initial visit with you. You recognized my issues were due to the chemical exposure. I am attempting to schedule an appointment with you moving forward. I have a narrative that needs to be completed that states the ongoing issues were due to the chemical exposure. Is this something you could read over and assist me with?

### After Visit Follow-Up

| From | To | Sent | For Delivery On |
|---|---|---|---|
| Jamie Garfield, MD<br>Last Read in myTempleHealth<br>3/12/2025 12:08 PM by Wooten, Nicole | Wooten, Nicole | 6/7/2023 1:52 PM | 6/8/2023 |

Dear Nicole Wooten:

NW005082

## TEMPLE HEALTH
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital – Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▇▇▇, DOB: ▇▇▇, Legal Sex: F
Acct #: ▇▇▇
Visit date: 6/7/2023

### 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Messages (continued)**

Thank you for choosing Temple Health for your healthcare needs. We realize that you have options in choosing a medical care facility and we appreciate you choosing Temple Health.

We take pride in the quality of our services, facility and staff. We know that there is always room for improvement and encourage your feedback.

Temple Health values your feedback! If you receive a survey about your recent care, please take a few minutes to fill it out and return it. Thank you for choosing Temple Health!

Please reply to this message if you have any questions about the medications, diagnosis or instructions you received during your visit.

Thank you for Choosing Temple.

### Visit Account Information

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Wooten, Nicole | ▇▇▇ | Outpatient | Billed | GEHA - GEHA |

**Guarantor Account (for Hospital Account #▇▇▇)**

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Wooten, Nicole | Self | THSA | Yes | Personal/Family |

| Address | Phone |
|---|---|
| ▇▇▇ Peachtree Corners, GA 30092 | 404-906-9397(H) |

**Coverage Information (for Hospital Account #▇▇▇)**

| F/O Payor/Plan | Precert # |
|---|---|
| GEHA/GEHA | |

| Subscriber | Subscriber # |
|---|---|
| Wooten, Nicole | 31107836GEHA |

| Address | Phone |
|---|---|
| | |

NW005083

 **TEMPLE HEALTH** TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ██████, Legal Sex: F
Acct #: ███████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine In Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Entire Enc - All Scans Except Those Earlier

#### After Visit Summary - Document on 6/7/2023 1:52 PM: After Visit Summary

Document (below)

## AFTER VISIT SUMMARY

 **TEMPLE HEALTH**

**Nicole Wooten** MRN: E1901418
🖥 6/7/2023 1:00 PM  Q Temple Lung Center at Temple University Hospital - Main Campus 215-707-3864
Please stop at the check out desk before leaving

### What's Next
You currently have no upcoming appointments scheduled

At Temple, we believe you should have quick and easy access to your personal health information. That's why test results and your doctor's notes will be immediately available on your MyTempleHealth online portal.

Please note that your physician may not have reviewed your test results before you can see them. Some lab results like "MCHC" and "MCV" may show as abnormal, but do not affect your health. Other test results may include sensitive information that show new or recurring cancer or other concerning findings.

As the patient, you can choose when to view your results. Some prefer to see them online right away. Others may want to wait to discuss results with their doctor by phone or at their next visit. It is up to you. If you have a concern that cannot wait, you can always send us a message or call our clinic to discuss. We will be happy to help you.

### Today's Visit

You saw Jamie L Garfield, MD on Wednesday June 7, 2023 for: Shortness of Breath [
]. The following issues were addressed: Chemical exposure and Asthma

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.


**For iPhone**
 App Store


**For Android**
▶ Google Play

 TempleHealth

View your After Visit Summary and more online at https://my.templehealth.org/mychartprd/. If you have questions, please e-mail myTemplehealth@tuhs.temple.edu or call 2157078581 to speak with our myTempleHealth staff.

Nicole Wooten (MRN █████████ • Printed by Jamie G at 6/7/2023 1:52 PM          Page 1 of 2  Epic

NW005084

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮▮  DOB: ▮▮▮▮  Legal Sex: F
Acct #: ▮▮▮▮▮▮▮
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Entire Enc - All Scans Except Those Earlier (continued)**

Allergies as of 6/7/2023
Not on File

Never Reviewed

### Your Medication List as of June 7, 2023  1:52 PM

ⓘ If you have any questions, ask your nurse or doctor.

| | |
|---|---|
| **budesonide** 0.5 mg/2 mL nebulizer solution<br>Commonly known as PULMICORT | Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily |
| **Perforomist** 20 mcg/2 mL nebulizer solution<br>Generic drug formoterol fumarate | Inhale 2 mLs (20 mcg total) via nebulization every 12 hours |
| **revefenacin** 175 mcg/3 mL Nebu nebulization solution<br>Commonly known as YUPELRI | Inhale 3 mLs (175 mcg total) via nebulization daily |

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

### Your Updated Medication List as of June 7, 2023  1:52 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic drug formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

### Current Medications

budesonide (PULMICORT) 0.5 mg/2 mL nebulizer solution
formoterol fumarate (PERFOROMIST) 20 mcg/2 mL nebulizer solution
revefenacin (YUPELRI) 175 mcg/3 mL Solution for Nebulization nebulization solution

**NW005085**



| TEMPLE HEALTH | Temple University Hospital - Main Campus | Wooten, Nicole |
|---|---|---|
| TEMPLE UNIVERSITY HOSPITAL | 3401 North Broad Street Philadelphia PA 19140-5103 | MRN: ▮▮▮▮, DOB: ▮▮▮▮ Legal Sex: F Acct #: ▮▮▮▮ Visit date: 6/7/2023 |

**06/07/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

After Visit Summary - Document on 6/9/2023 9:10 AM: After Visit Summary

Document (below)

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

## AFTER VISIT SUMMARY

Nicole Wooten MRN: E1901418
📅 6/7/2023 1:00 PM  📍 Temple Lung Center at Temple University Hospital - Main Campus 215-707-3864
Please stop at the check out desk before leaving

### What's Next

You currently have no upcoming appointments scheduled

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.

   

For iPhone        For Android
 App Store         Google Play

### Today's Visit

You saw Jamie L Garfield, MD on Wednesday June 7, 2023 for: Shortness of Breath ( ). The following issues were addressed: Chemical exposure and Asthma.

Allergies as of 6/7/2023          Never Reviewed
Not on File

## Changes to Your Medication List

ⓘ Accurate as of June 7, 2023 11:59 PM.
If you have any questions, ask your nurse or doctor.

## CONTINUE taking these medications

budesonide 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

🔵 TempleHealth

View your After Visit Summary and more online at https://my.templehealth.org/mychartprd/. If you have questions, please e-mail myTemplehealth@tuhs.temple.edu or call 2157078581 to speak with our myTempleHealth staff.

Nicole Wooten (MRN: ▮▮▮▮) - Printed by Nena F at 6/9/2023 9:10 AM          Page 1 of 2  **Epic**

Printed on 6/2/25 8:29 AM

NW005086



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ██████, DOB: ████, Legal Sex: F
Acct #: ██████████
Visit date: 6/7/2023

## 06/07/2023 - Telemedicine In Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Entire Enc - All Scans Except Those Earlier (continued)

**Changes to Your Medication List (continued)**
CONTINUE taking these medications (continued)

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic Drug: formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

### Your Updated Medication List as of June 7, 2023 11:59 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic Drug: formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Printed on 6/2/25  8:29 AM

NW005087

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████ DOB ████████ Legal Sex: F
Acct #: ████████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus**

### Reason for Visit

**Chief Complaint** *[last edited by Jamie Garfield, MD on 4/26/2023 1353]*

- Cough

**Visit Diagnoses** *[last edited by Jamie Garfield, MD on 4/26/2023 1341]*

- (primary)
- Severe persistent asthma, unspecified whether complicated

NW005088

 **TEMPLE HEALTH** Temple University Hospital - Main Campus
TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▇▇▇▇ DOB: ▇▇▇▇, Legal Sex: F
Acct #: ▇▇▇▇▇
Visit date: 4/26/2023

### 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
### UM facesheet

## Patient Information

| Patient Name | HAR | MRN | Legal Sex | DOB |
|---|---|---|---|---|
| Wooten, Nicole | 1000770088 | E1901418 | Female | 7/12/1985 |

**Unit**
HMPP

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| 902 Peachtree Forest Terrace<br>Peachtree Corners GA 30092 | 404-906-9397 (Home) *Preferred*<br>404-906-9397 (Mobile) | nsshantell10@gmail.com |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Wooten, Nicole | 1000770088 | Outpatient | Closed | GEHA - GEHA |

## Guarantor Account (for Hospital Account #1000770088)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Wooten, Nicole | Self | THSA | Yes | Personal/Family |
| **Address** | **Phone** | | **Gender** | **DOB** |
| 902 Peachtree Forest Terrace<br>Peachtree Corners, GA 30092 | 404-906-9397(H) | | Female | 07/12/85 |
| **Emp Name** | **Emp Status**<br>Not Employed | **Occupation** | | |
| **Emp Address** | **Emp Phone** | | | |

## Coverage Information (for Hospital Account #1000770088)

| fax | | Subscriber DOB | Precert # |
|---|---|---|---|
| GEHA/GEHA | | 07/12/85 | |
| **Relation to Pt** | | **Subscriber #** | |
| Self | | 31107836GEHA | |
| **Grp #** | | **Group Name** | |
| 10000001 | | | |
| **Address** | | **Phone** | |
| | | | |
| **Policy Number** | **Status** | **Effective Date** | **Benefits Phone** |
| 31107836GEHA | - | | - |
| **Subscriber Emp** | **Emp Phone** | **Emp Address** | **Auth/Cert** |

## Primary Coverage Details

Primary Coverage (Geha)
Authorization number not found.
Subscriber number: ▇▇▇▇

## Admission Information

### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Routine/Elective | Unknown Status |

Printed on 6/2/25  8:29 AM

NW005089



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▓▓▓▓▓ DOB: ▓▓▓▓ Legal Sex: F
Acct #: ▓▓▓▓▓▓▓▓
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
## UM facesheet (continued)

### Admission Information (continued)

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| | | | |

| Hospital Area | Unit | Room/Bed | |
|---|---|---|---|
| | | | |

### Attending provider/NPI Number

### Admission

| Complaint |
|---|
| None |

### Basic Information

| Date Of Birth | Legal Sex | Race | Ethnic Group | Preferred Language |
|---|---|---|---|---|
| 7/12/1985 | Female | African American/Black | Non-Hispanic | English |

### Medical Record Numbers

| Universal Id | | E1901418 |
|---|---|---|

### Bed Days

No auth/cert for hospital account ▓▓▓▓▓ ; no bed days information is available.

### GEHA/GEHA                                                                        Primary Coverage

| Next Review | | Auth Number |
|---|---|---|
| Not scheduled | | — |

There is no auth/cert for this admission.

### Most Recent Review

There are no reviews for this admission.

### Emergency Contacts

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Wade,Mae | Mother | | | 678-463-7109 |

### Other Contacts

None on File

### PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Terrie Y Morton-Acker, MD | 404-284-7744 | TFP N BROAD ST |

### Documents on File

| | Status | Date Received | Description |
|---|---|---|---|
| Documents for the Patient | | | |
| ID - Drivers/Non-Drivers license | | | |

Printed on 6/2/25  8:29 AM

NW005090

**T TEMPLE HEALTH** Temple University Hospital - Main Campus

TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ███████  Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus
## UM facesheet (continued)

### Documents on File (continued)

| | Status | Date Received | Description |
|---|---|---|---|
| HIPAA Notice of Privacy | Not Received | | |
| Insurance Card | Not Received | | |
| General Consent to Treat - Clinic | | | |
| TPI General Consent - Clinic | | | |
| TFP General Consent - Clinic | | | |
| FCCC General Consent - Clinic | | | |
| Outside Record | Received | 03/23/23 | NEW PULM PT RECORDS--MULTISPECIALTY CENTER ATLANTA--3/2023 |
| Other | Received | 06/29/23 | QUEST LAB REP--5.12.23 |
| Patient Entered Attachment | Received | 03/12/25 | Screenshot_20250312_120112_Gmail.jpg |
| TFP General Consent - Specialty Care | | | |
| Patient Entered Attachment | Received | 05/07/25 | 1000019928.jpg |
| Authorization to Release Protected Health Information | | 06/02/25 | |
| HIM Release of Information Output | | 04/26/23 | Visit record from 4/26/2023 |
| HIM Release of Information Output | | 09/28/23 | Visit record from 4/26/2023 |
| HIM Release of Information Output | | 06/02/25 | Requested records |

### Documents for the Encounter

| | Status | Date Received | Description |
|---|---|---|---|
| Consent to Emerg Dept Treatment | | | |
| Important Message From Medicare | | | |
| MOON | Not Received | | |
| After Visit Summary | | | After Visit Summary |
| After Visit Summary | | | After Visit Summary |
| After Visit Summary | | | After Visit Summary |

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Jamie Garfield, MD | Jamie Garfield, MD | Referred Self |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Temple Lung Center at Temple University Hospital - Main Campus | 3401 N Broad Street, Zone D Ambulatory Care Center, 5th Floor Philadelphia PA 19140 | 215-707-5864 | 215-707-6867 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 6/7/2023) for telehealth visit.

#### Level of Service

| Level of Service |
|---|
| OPE/ED TELECONSULT - 40 MINS COMMUNICATING W PT VIA TELEHEALTH |

| Log History |
|---|
| LOS History |

**T TEMPLE HEALTH** Temple University Hospital -
Main Campus
TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████, DOB: ████ Legal Sex: F
Acct #: ████████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Visit Information (continued)



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ████████, Legal Sex: F
Acct #: ████████████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**formoterol fumarate (PERFOROMIST) 20 mcg/2 mL nebulizer solution**

Instructions: Inhale 2 mLs (20 mcg total) via nebulization every 12 hours
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Refill: 3 refills by 4/25/2024

Ordered on: 4/26/2023
Quantity: 120 mL

**revefenacin (YUPELRI) 175 mcg/3 mL Solution for Nebulization nebulization solution**

Instructions: Inhale 3 mLs (175 mcg total) via nebulization daily
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Refill: 3 refills by 4/25/2024

Ordered on: 4/26/2023
Quantity: 60 mL

**predniSONE (DELTASONE) 20 mg tablet**

Instructions: Take 3 tablets (60 mg total) by mouth daily for 10 days
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Quantity: 30 tablet

Ordered on: 4/26/2023
End date: 5/6/2023
Refill: No refills remaining

**budesonide (PULMICORT) 0.5 mg/2 mL nebulizer solution**

Instructions: Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily
Authorized by: Jamie Garfield, MD
Start date: 4/26/2023
Quantity: 120 mL

Ordered on: 4/26/2023
End date: 4/25/2024
Refill: 11 refills by 4/25/2024

#### Stopped in Visit

None

NW005093

## TEMPLE HEALTH

**TEMPLE UNIVERSITY HOSPITAL**

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████  DOB: ███████  Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

### 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

#### Progress Notes

Progress Notes

Jamie Garfield, MD at 4/26/2023 1300

| | | |
|---|---|---|
| Author: Jamie Garfield, MD | Service: — | Author Type: Physician |
| Filed: 4/26/2023 1:53 PM | Encounter Date: 4/26/2023 | Status: Signed |
| Editor: Jamie Garfield, MD (Physician) | | |

**Telemedicine (Video and Audio) Attestation:**

Nicole Wooten **does** consent to an **audio and video** encounter.

**45 min** was spent performing this encounter on this date of service. My evaluation of this patient, including a review of the chart, history, laboratory, and imaging finding, discussion with the patient, placing orders and documenting the plan is detailed herein.

### History of Present Illness

I had the pleasure of seeing your patient Ms. Wooten at the Temple Lung Center today. As you know Ms. Wooten is a 37 y.o. female who presents for new patient visit for shortness of breath. She tells me that her Asthma was well controlled for many years with the use of Albuterol only as needed. Works as border protection and has travelled extensively. Exposure was to exhaust from a fire which began on August 8th 2022 in the Virgin Islands. She was in a car and the windows were up save for about 5 minutes. Carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter were all likely in the exhaust from fire. Almost immediately she experiences chest tightness and cough. She tried to use her Albuterol inhaler but this time was different from her previous asthma flares and she could not recover. She was tremulous, hypertensive, and vomiting. She arrived to urgent care where she was given 4 vials of nebulized Albuterol with little relief until she was given IV steroids and she felt somewhat better. The next day she went to the ER with headache and tremors. The next day she went back to work but the air was still thick and she could smell the products of combustion. The fire was burning this entire time. She breathed in these chemicals intermittently throughout the week. She finally flew back to the US on August 16th 2022. When she returned home she saw a pulmonologist and she was started on Trelegy but she has been unable to perform a deep breath and hold. She uses nebulized Levalbuterol which helps somewhat. She had been tried on several doses of prednisone as high as 20mg x 10 days and then tapers. Previous tobacco use, quit in 2017, intermittently. Never vaped. Hobbies include basketball and exercise (which she has been unable to do since exposure).

### Data

Labs:
Reviewed results in care everywhere.

Pulmonary Functions Testing:
1/12/23:

1/12/23 Unable to perform 6 mwt / FENO

Unable to complete 6mw due to tachycardia and dyspnea
PFTs
Date FEV1 FVC FEV1/FVC FEF 25-75 TLC RV DLCO
% % % %
12/15/2022 65 109 50 44 165 263 Unable to perform

Moderate obstruction, hyperinflation and air trapping
Electronically signed 1/12/2023 9:38 AM

Printed on 6/2/25 8:29 AM

NW005094

## ▥ TEMPLE HEALTH
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮ DOB: ▮▮▮ Legal Sex: F
Acct #: ▮▮▮
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Progress Notes (continued)

Radiology:
CXR 2/3/23:
No active disease

CT Chest 9/1/22:

IMPRESSION:
No evidence of acute pulmonary process
CT chest 09/01/22 The central airways are predominantly clear

No consolidations, pleural effusions, honeycombing, traction bronchiectasis, suspicious pulmonary mass, or pneumothorax. Minimal subpleural scarring left lung apex series 602 image 55.

Partially imaged thyroid gland is unremarkable.

No pathologically enlarged axillary, mediastinal, or hilar lymph nodes. Soft tissue stranding within the anterior mediastinal fat series 2 image 20 favored to represent residual thymus in this young patient.

No thoracic aortic aneurysm. The great vessels are patent. The central pulmonary arteries opacify normally.

The esophagus is grossly unremarkable.

Partially imaged upper abdomen is without acute abnormality.

No aggressive lytic or blastic osseous lesions



Cardiology:
Echo 12/22/22:

NW005095



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ███████, Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Progress Notes (continued)

**IMPRESSION:**
1) The left ventricular cavity size is normal.
2) The left atrial size is normal.
3) The right atrial size is normal.
4) The right ventricular size is normal.
5) Left ventricular wall motion is normal.
6) The left ventricular ejection fraction is 55%.
7) The right ventricular function is normal.
8) There is mild concentric left ventricular hypertrophy.
9) There is no right ventricular hypertrophy.
10) The aortic root size is normal.
11) There is no pericardial effusion.
12) There is no evidence of diastolic dysfunction.
13) The aortic valve is normal. There is no aortic stenosis. There is no aortic regurgitation.
14) The mitral valve is normal. There is no mitral stenosis. There is trace mitral regurgitation.
15) The tricuspid valve is normal. There is trace tricuspid regurgitation.
16) There is no pulmonary hypertension.
17) There is not well visualized pulmonary regurgitation.

**CONCLUSION:**
1) Normal left ventricular cavity size.
2) Left ventricular ejection fraction is 55%.
3) Mild concentric left ventricular hypertrophy.
4) Trace mitral and tricuspid regurgitation

Stress test 12/22/22:

**CONCLUSION:**

1) Normal treadmill stress test

2) No angina / No arrhythmias were observed.

3) Exaggerated blood pressure response to exercise

4) Poor exercise tolerance

**Assessment and Plan**
Ms. Wooten is a 37 y.o. female who presents for new patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter).

Start nebulized Pulmicort twice a day, everyday and nebulized Performist twice a day, everyday (you can mix these and nebulize them together). Start nebulized Yupelri once a day, everyday.

Stop Trelegy once you start nebulized alternatives.

Use Levalbuterol nebulizer as needed, this in addition to the flutter valve, may help with mucous clearance.

Please have blood work done for allergies and hypersensitivity. Have blood work done BEFORE you start course of prednisone.

Take prednisone 60mg daily for 10 days. No taper is needed. If you find you are gaining weight and you do not notice an improvement in your symptoms you might want to stop short of the 10 days.

Depending on the results of your blood work and response to therapy, we may consider biologic for your allergic asthma. These include Xolair, Nucala, Dupixent, Fasenra, for example.

Orders Placed This Encounter

Printed on 6/2/25  8:29 AM

**NW005096**



| | |
|---|---|
| **TEMPLE HEALTH** | Temple University Hospital - Main Campus |
| TEMPLE UNIVERSITY HOSPITAL | 3401 North Broad Street Philadelphia PA 19140-5103 |

Wooten, Nicole
MRN: ▮▮▮▮  DOB: ▮▮▮▮  Legal Sex: F
Acct #: ▮▮▮▮▮▮▮▮
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

**Progress Notes (continued)**

- CBC and differential
- IgE
- Allergy Evaluation 1, Northeast
- Hypersensitivity pnuemonitis profile
- formoterol fumarate (PERFOROMIST) 20 mcg/2 mL nebulizer solution
- revefenacin (YUPELRI) 175 mcg/3 mL Solution for Nebulization nebulization solution
- predniSONE (DELTASONE) 20 mg tablet
- budesonide (PULMICORT) 0.5 mg/2 mL nebulizer solution

Return in about 6 weeks (around 6/7/2023) for telehealth visit.

A total of 61 minutes was spent performing this encounter on this date of service. My evaluation of this patient, including a review of the chart, history, laboratory, and imaging findings, discussion with patient, placing orders and documenting the plan is detailed above.

Thank you for allowing me to participate in the care of Ms. Wooten. Please do not hesitate to contact me with any questions at (215) 707-5864 or at jamie.garfield@tuhs.temple.edu

Electronically signed by Jamie Garfield MD at 4/26/2023 1 53 PM

NW005097



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████ DOB: ███████ Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Labs

#### CBC and differential [233586688] (Active)

Electronically signed by: **Jamie Garfield, MD on 04/26/23 1342**
Ordering user: Jamie Garfield, MD 04/26/23 1342
Ordering mode: Standard
Frequency: Routine 04/26/23 -
Quantity: 1
Diagnoses
Severe persistent asthma, unspecified whether complicated [J45.50]

Authorized by: Jamie Garfield, MD

Class: Reference Lab Collect

Status: **Active**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Severe persistent asthma, unspecified whether complicated [J45.50 (ICD-10-CM)]

#### IgE [233586689] (Active)

Electronically signed by: **Jamie Garfield, MD on 04/26/23 1342**
Ordering user: Jamie Garfield, MD 04/26/23 1342
Ordering mode: Standard
Frequency: Routine 04/26/23 -
Quantity: 1
Diagnoses
Severe persistent asthma, unspecified whether complicated [J45.50]

Authorized by: Jamie Garfield, MD

Class: Reference Lab Collect

Status: **Active**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Severe persistent asthma, unspecified whether complicated [J45.50 (ICD-10-CM)]

#### Allergy Evaluation 1, Northeast [233586690] (Active)

Electronically signed by: **Jamie Garfield, MD on 04/26/23 1342**
Ordering user: Jamie Garfield, MD 04/26/23 1342
Ordering mode: Standard
Frequency: Routine 04/26/23 -
Quantity: 1
Diagnoses
Severe persistent asthma, unspecified whether complicated [J45.50]

Authorized by: Jamie Garfield, MD

Class: Hospital Lab Collect

Status: **Active**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Severe persistent asthma, unspecified whether complicated [J45.50 (ICD-10-CM)]

#### Hypersensitivity pnuemonitis profile [233586691] (Active)

Electronically signed by: **Jamie Garfield, MD on 04/26/23 1342**
Ordering user: Jamie Garfield, MD 04/26/23 1342
Ordering mode: Standard
Frequency: Routine 04/26/23 -
Quantity: 1
Diagnoses
Severe persistent asthma, unspecified whether complicated [J45.50]

Authorized by: Jamie Garfield, MD

Class: Reference Lab Collect

Status: **Active**

**Specimen Information**

NW005098

**⚍ TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ██████, DOB: ██████, Legal Sex: F
Acct #: ██████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| — | Blood | — | — |

**Indications**

Severe persistent asthma, unspecified whether complicated [J45.50 (ICD-10-CM)]

NW005099



TEMPLE HEALTH Temple University Hospital - Main Campus
TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮ DOB: ▮▮▮ Legal Sex: F
Acct #: ▮▮▮
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Patient Instructions

Ms. Wooten is a 37 y.o. female who presents for new patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter).

Start nebulized Pulmicort twice a day, everyday and nebulized Performist twice a day, everyday (you can mix these and nebulize them together). Start nebulized Yupelri once a day, everyday.

Stop Trelegy once you start nebulized alternatives.

Use Levalbuterol nebulizer as needed, this in addition to the flutter valve, may help with mucous clearance.

Please have blood work done for allergies and hypersensitivity. Have blood work done BEFORE you start course of prednisone.

Take prednisone 60mg daily for 10 days. No taper is needed. If you find you are gaining weight and you do not notice an improvement in your symptoms you might want to stop short of the 10 days.

Depending on the results of your blood work and response to therapy, we may consider biologic for your allergic asthma. These include Xolair, Nucala, Dupixent, Fasenra, for example.

Electronically signed by Jamie Garfield, MD at 4/26/2023 1:53 PM

NW005100

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital – Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▆▆▆▆, DOB: ▆▆▆▆ Legal Sex: F
Acct #: ▆▆▆▆
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### After Visit Summary

After Visit Summary (below)

---

## AFTER VISIT SUMMARY

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

**Nicole Wooten** MRN: E1901413
📅 4/26/2023 1:00 PM  📍 Temple Lung Center at Temple University Hospital – Main Campus 215-707-9864
Please stop at the check out desk before leaving

### Instructions from Jamie L Garfield, MD

Your personalized instructions can be found at the end of this document.

Your medications have changed today.
**See your updated medication list for details.**

Pick up these medications at WALGREENS DRUG STORE #06207 - PEACHTREE CORNERS, GA - 5985 PEACHTREE PKWY AT NWC OF PEACHTREE & JAY-BIRD ALLEY 678-421-9599
budesonide • Perforomist • prednisONE • revefenacin
Address: 5985 PEACHTREE PKWY, PEACHTREE CORNERS GA 30092-2614
Phone: 678-421-9599

Labs ordered today
Allergy Evaluation 1, Northeast
Complete as directed

CBC and differential
Complete as directed

Hypersensitivity pnuemonitis profile
Complete as directed

IgE
Complete as directed

Return in about 6 weeks
(around 6/7/2023) for telehealth visit.

### Today's Visit

You saw Jamie L Garfield, MD on Wednesday April 26, 2023 for: Cough.
The following issue was addressed:
Severe persistent asthma.

TempleHealth

View your After Visit Summary and more online at https://mytemplehealth.org/mychartprd/. If you have questions, please e-mail myTemplehealth@tuhs.temple.edu or call 2157078581 to speak with our myTempleHealth staff.

### What's Next

You currently have no upcoming appointments scheduled.

Nicole Wooten (MRN: ▆▆▆▆ ) • Printed by Nena F at 4/27/2023 8:12 AM          Page 1 of 4  Epic

---

Printed on 6/2/25  8:29 AM

NW005101

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████ DOB: ██████, Legal Sex: F
Acct #: ████████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

After Visit Summary (continued)

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.


For iPhone
 App Store


For Android
 Google Play

## Follow-up and Disposition
- Return in about 6 weeks (around 6/7/2023) for telehealth visit.

Check out Note: Ok to add on anytime for a televisit.

## Allergies as of 4/26/2023
Not on File

Never Reviewed

## Changes to Your Medication List

ⓘ **Accurate as of April 26, 2023 11:59 PM.**
If you have any questions, ask your nurse or doctor.

### START taking these medications

| | |
|---|---|
| **budesonide** 0.5 mg/2 mL nebulizer solution<br>Commonly known as PULMICORT <br>START | Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily |
| **Performist** 20 mcg/2 mL nebulizer solution<br>Commonly known as formoterol fumarate <br>START | Inhale 2 mLs (20 mcg total) via nebulization every 12 hours |
| **predniSONE** 20 mg tablet<br>Commonly known as DELTASONE <br>START | Take 3 tablets (60 mg total) by mouth daily for 10 days |
| **revefenacin** 175 mcg/3 mL Nebu nebulization solution<br>Commonly known as YUPELRI <br>START | Inhale 3 mLs (175 mcg total) via nebulization daily |

Nicole Wooten (MRN: ████████) • Printed by Nena F at 4/27/2023 8:12 AM          Page 2 of 4  **Epic**

NW005102

**T TEMPLE HEALTH** Temple University Hospital –
TEMPLE UNIVERSITY HOSPITAL Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ███████, Legal Sex: F
Acct #: █████████
Visit date: 4/26/2023

### 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**After Visit Summary (continued)**

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

## Your Updated Medication List  as of April 26, 2023 11:59 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic drug formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**predniSONE** 20 mg tablet
Commonly known as DELTASONE
Take 3 tablets (60 mg total) by mouth daily for 10 days

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Nicole Wooten (MRN: ███████) • Printed by Nena F at 4/27/2023 8:17 AM          Page 3 of 4  **Epic**

NW005103

**TEMPLE HEALTH** Temple University Hospital - Main Campus
TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮▮, DOB: ▮▮▮▮▮, Legal Sex: F
Acct #: ▮▮▮▮▮
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### After Visit Summary (continued)

Instructions from Jamie L Garfield, MD

Ms. Wooten is a 37 y.o. female who presents for new patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter).

Start nebulized Pulmicort twice a day, everyday and nebulized Performist twice a day, everyday (you can mix these and nebulize them together). Start nebulized Yupelri once a day, everyday.

Stop Trelegy once you start nebulized alternatives.

Use Levalbuterol nebulizer as needed, this in addition to the flutter valve, may help with mucous clearance.

Please have blood work done for allergies and hypersensitivity. Have blood work done BEFORE you start course of prednisone.

Take prednisone 60mg daily for 10 days. No taper is needed. If you find you are gaining weight and you do not notice an improvement in your symptoms you might want to stop short of the 10 days.

Depending on the results of your blood work and response to therapy, we may consider biologic for your allergic asthma. These include Xolair, Nucala, Dupixent, Fasenra, for example.

Nicole Wooten [MRN: ▮▮▮▮▮ - Printed by Nena F at 4/27/2023 8:12 AM        Page 4 of 4 **Epic**

**TEMPLE HEALTH** Temple University Hospital - Main Campus

TEMPLE UNIVERSITY HOSPITAL 3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ██████  DOB: ██████, Legal Sex: F
Acct #: ██████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Messages

#### After Visit Follow-Up

| From | To | Sent | For Delivery On |
|---|---|---|---|
| Jamie Garfield, MD | Wooten, Nicole | 4/26/2023  1:53 PM | 4/27/2023 |

Last Read in myTempleHealth
4/28/2023  8:25 AM by Wooten, Nicole

Dear Nicole Wooten:

Thank you for choosing Temple Health for your healthcare needs. We realize that you have options in choosing a medical care facility and we appreciate you choosing Temple Health.

We take pride in the quality of our services, facility and staff.  We know that there is always room for improvement and encourage your feedback.

Temple Health values your feedback! If you receive a survey about your recent care, please take a few minutes to fill it out and return it. Thank you for choosing Temple Health!

Please reply to this message if you have any questions about the medications, diagnosis or instructions you received during your visit.

Thank you for Choosing Temple.

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Wooten, Nicole | 1000770088 | Outpatient | Closed | GEHA - GEHA |

#### Guarantor Account (for Hospital Account #1000770088)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Wooten, Nicole | Self | THSA | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 902 Peachtree Forest Terrace Peachtree Corners, GA 30092 | 404-906-9397(H) | | | |

#### Coverage Information (for Hospital Account #1000770088)

| F/O Payor/Plan | Precert # |
|---|---|
| GEHA/GEHA | |
| **Subscriber** | **Subscriber #** |
| Wooten, Nicole | 31107836GEHA |
| **Address** | **Phone** |

Printed on 6/2/25  8:29 AM

NW005105



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital –
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████ DOB: ███████, Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

Entire Enc - All Scans Except Those Earlier

After Visit Summary - Document on 4/26/2023 1:51 PM: After Visit Summary

Document (below)



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

## AFTER VISIT SUMMARY

**Nicole Wooten** MRN: E1901416
📅 4/26/2023 1:00 PM  ♀ Temple Lung Center at Temple University Hospital - Main Campus 215-707-5864
Please stop at the check out desk before leaving

### Instructions from Jamie L Garfield, MD



Your medications have changed today
See your updated medication list for details.



Pick up these medications at WALGREENS DRUG
STORE #06207 - PEACHTREE CORNERS, GA - 5985
PEACHTREE PKWY AT NWC OF PEACHTREE & JAY-
BIRD ALLEY 678-421-9599
budesonide • Performist • predniSONE • revefenacin
Address: 5985 PEACHTREE PKWY, PEACHTREE CORNERS GA
30092-2818
Phone: 678-421-9599



Labs ordered today
Allergy Evaluation 1, Northeast
Complete as directed

CBC and differential
Complete as directed

Hypersensitivity pnuemonitis profile
Complete as directed

IgE
Complete as directed



Return in about 6 weeks
(around 6/7/2023) for telehealth visit

### What's Next

You currently have no upcoming appointments scheduled.

### Today's Visit

You saw Jamie L Garfield, MD on
Wednesday April 26, 2023. The following
issue was addressed: Severe persistent
asthma

 TempleHealth

View your After Visit Summary and more
online at https://my.templehealth.org/
mychartprd/ If you have questions,
please e-mail
myTemplehealth@tuhs.temple.edu or
call 2157078581 to speak with our
myTempleHealth staff.

Nicole Wooten (MRN: ███████  • Printed by Jamie G at 4/26/2023 1:51 PM          Page 1 of 3  Epic

Printed on 6/2/25 8:29 AM

NW005106

 **TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▇▇▇ DOB: ▇▇▇, Legal Sex: F
Acct #: ▇▇▇▇▇▇
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Entire Enc - All Scans Except Those Earlier (continued)**

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.


For iPhone
 App Store


For Android
 Google Play

## Follow-up and Disposition

• Return in about 6 weeks (around 6/7/2023) for telehealth visit.

Check out Note: Ok to add on anytime for a televisit.

## Allergies as of 4/26/2023                                  Never Reviewed

Not on File

## Changes to Your Medication List

ⓘ **Accurate as of April 26, 2023 1:51 PM.**
If you have any questions, ask your nurse or doctor.

### START taking these medications

 **budesonide** 0.5 mg/2 mL nebulizer solution
START   Commonly known as PULMICORT

Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
START   Generic drug: formoterol fumarate

Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**predniSONE** 20 mg tablet
START   Commonly known as DELTASONE

Take 3 tablets (60 mg total) by mouth daily for 10 days

 **revefenacin** 175 mcg/3 mL Nebu nebulization solution
START   Commonly known as YUPELRI

Inhale 3 mLs (175 mcg total) via nebulization daily

Nicole Wooten (MRN ▇▇▇) • Printed by Jamie G at 4/26/2023 1:51 PM          Page 2 of 3  **Epic**

NW005107



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████ DOB: █████, Legal Sex: F
Acct #: ██████████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

## Your Updated Medication List as of April 26, 2023  1:51 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic drug: formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**predniSONE** 20 mg tablet
Commonly known as DELTASONE
Take 3 tablets (60 mg total) by mouth daily for 10 days

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Nicole Wooten (MRN: █████████ • Printed by Jamie G at 4/26/2023  1:51 PM

Page 3 of 3   Epic

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital –
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: ████████ Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

After Visit Summary - Document on 4/26/2023 1:53 PM: After Visit Summary

Document (below)

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

## AFTER VISIT SUMMARY

**Nicole Wooten** MRN: E1901418
📅 4/26/2023  1:00 PM  📍 Temple Lung Center at Temple University Hospital - Main Campus 215-707-5864
Please stop at the check out desk before leaving

### Instructions from Jamie L Garfield, MD

Your personalized instructions can be found at the end of this document.

💊 Your medications have changed today
**See your updated medication list for details.**

🛒 Pick up these medications at WALGREENS DRUG STORE #06207 - PEACHTREE CORNERS, GA - 5985 PEACHTREE PKWY AT NWC OF PEACHTREE & JAY-BIRD ALLEY 678-421-9599

budesonide • Performist • predniSONE • revefenacin

Address:  5985 PEACHTREE PKWY, PEACHTREE CORNERS GA 30092-2818
Phone:  678-421-9599

⚗️ Labs ordered today
Allergy Evaluation 1, Northeast
Complete as directed

CBC and differential
Complete as directed

Hypersensitivity pneumonitis profile
Complete as directed

IgE
Complete as directed

📅 Return in about 6 weeks
(around 6/7/2023) for telehealth visit.

### What's Next

You currently have no upcoming appointments scheduled

### Today's Visit

You saw Jamie L Garfield, MD on Wednesday April 26, 2023. The following issue was addressed: Severe persistent asthma.

🔵 TempleHealth

View your After Visit Summary and more online at https://my.templehealth.org/mychartprd/. If you have questions, please e-mail myTemplehealth@tuhs.temple.edu or call 2157078581 to speak with our myTempleHealth staff.

Nicole Wooten (MRN: ███████ • Printed by Jamie G at 4/26/2023 1:53 PM     Page 1 of 4  **Epic**

Printed on 6/2/25  8:29 AM

NW005109

## TEMPLE HEALTH
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████████ DOB: ██████ Legal Sex: F
Acct #: ████████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.


For iPhone
 App Store


For Android
 Google Play

## Follow-up and Disposition
- Return in about 6 weeks (around 6/7/2023) for telehealth visit.

Check-out Note: Ok to add on anytime for a televisit.

## Allergies as of 4/26/2023                          Never Reviewed
Not on File

## Changes to Your Medication List

ⓘ Accurate as of April 26, 2023  1:53 PM.
If you have any questions, ask your nurse or doctor.

### START taking these medications

| | | |
|---|---|---|
| ▶ START | budesonide 0.5 mg/2 mL nebulizer solution<br>Commonly known as PULMICORT | Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily |
| ▶ START | Perforomist 20 mcg/2 mL nebulizer solution<br>Generic drug: Formoterol fumarate | Inhale 2 mLs (20 mcg total) via nebulization every 12 hours |
| ▶ START | predniSONE 20 mg tablet<br>Commonly known as DELTASONE | Take 3 tablets (60 mg total) by mouth daily for 10 days |
| ▶ START | revefenacin 175 mcg/3 mL Nebu nebulization solution<br>Commonly known as YUPELRI | Inhale 3 mLs (175 mcg total) via nebulization daily |

Nicole Wooten (MRN: █████████)  • Printed by Jamie G at 4/26/2023  1:53 PM          Page 2 of 4  **Epic**

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮▮ DOB: ▮▮▮▮ Legal Sex: F
Acct #: ▮▮▮▮▮▮
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

Entire Enc - All Scans Except Those Earlier (continued)

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

## Your Updated Medication List as of April 26, 2023 1:53 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic drug formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**predniSONE** 20 mg tablet
Commonly known as DELTASONE
Take 3 tablets (60 mg total) by mouth daily for 10 days

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Nicole Wooten (MRN: ▮▮▮▮▮ - Printed by Jamie G at 4/26/2023 1:53 PM          Page 3 of 4  **Epic**

NW005111

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital - Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ████, DOB: ████ Legal Sex: F
Acct #: ███████████
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

**Entire Enc - All Scans Except Those Earlier (continued)**

Instructions from Jamie L Garfield, MD

Ms. Wooten is a 37 y.o. female who presents for new patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter).

Start nebulized Pulmicort twice a day, everyday and nebulized Perforomist twice a day, everyday (you can mix these and nebulize them together). Start nebulized Yupelri once a day, everyday.

Stop Trelegy once you start nebulized alternatives.

Use Levalbuterol nebulizer as needed, this in addition to the flutter valve, may help with mucous clearance.

Please have blood work done for allergies and hypersensitivity. Have blood work done BEFORE you start course of prednisone.

Take prednisone 60mg daily for 10 days. No taper is needed. If you find you are gaining weight and you do not notice an improvement in your symptoms you might want to stop short of the 10 days.

Depending on the results of your blood work and response to therapy, we may consider biologic for your allergic asthma. These include Xolair, Nucala, Dupixent, Fasenra, for example.

NW005112



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ▮▮▮▮ DOB: ▮▮▮▮ Legal Sex: F
Acct #: ▮▮▮▮
Visit date: 4/26/2023

## 04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)

### Entire Enc - All Scans Except Those Earlier (continued)

**After Visit Summary - Document on 4/27/2023  8:12 AM: After Visit Summary**

Document (below)

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

## AFTER VISIT SUMMARY

**Nicole Wooten**  MRN: E11901418
📅 4/26/2023  1:00 PM  📍 Temple Lung Center at Temple University Hospital - Main Campus 215-707-5864
Please stop at the check out desk before leaving

### Instructions  from Jamie L Garfield, MD
Your personalized instructions can be found at the end of this document.

 Your medications have changed today
**See your updated medication list for details.**

 Pick up these medications at WALGREENS DRUG STORE #06207 - PEACHTREE CORNERS, GA - 5985 PEACHTREE PKWY AT NWC OF PEACHTREE & JAY-BIRD ALLEY 678-421-9599
budesonide · Perforomist · predniSONE · revefenacin
Address:  5985 PEACHTREE PKWY, PEACHTREE CORNERS GA 30092-2818
Phone:  678 421 9599

 Labs ordered today
Allergy Evaluation 1, Northeast
Complete as directed

CBC and differential
Complete as directed

Hypersensitivity pnuemonitis profile
Complete as directed

IgE
Complete as directed

 Return in about 6 weeks
(around 6/7/2023) for telehealth visit

### What's Next
You currently have no upcoming appointments scheduled.

### Today's Visit
You saw Jamie L Garfield, MD on Wednesday April 26, 2023 for: Cough. The following issue was addressed: Severe persistent asthma.

🔘 TempleHealth

View your After Visit Summary and more online at https://my.templehealth.org/mychartprd/ If you have questions, please e-mail myTemplehealth@tuhs.temple.edu or call 2157078581 to speak with our myTempleHealth staff.

Nicole Wooten (MRN: ▮▮▮▮) - Printed by Nena F at 4/27/2023  8:12 AM          Page 1 of 4  **Epic**

## TEMPLE HEALTH

TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████ DOB: ███████ Legal Sex: F
Acct #: ███████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

**Video Visits Now Available**

Your next appointment with us may be a video visit. For your convenience, Temple Health now offers telemedicine visits. You can prepare by downloading the Zoom app to your mobile device. Simply scan the QR code below and follow the prompts.


For iPhone
App Store


For Android
Google Play

## Follow-up and Disposition

- Return in about 6 weeks (around 6/7/2023) for telehealth visit.

Check-out Note: Ok to add on anytime for a televisit.

## Allergies as of 4/26/2023

Never Reviewed

Not on File

## Changes to Your Medication List

ⓘ Accurate as of April 26, 2023 11:59 PM.
If you have any questions, ask your nurse or doctor.

### START taking these medications

| | Medication | Instructions |
|---|---|---|
| START | budesonide 0.5 mg/2 mL nebulizer solution — Commonly known as PULMICORT | Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily |
| START | Perforomist 20 mcg/2 mL nebulizer solution — Generic drug formoterol fumarate | Inhale 2 mLs (20 mcg total) via nebulization every 12 hours |
| START | predniSONE 20 mg tablet — Commonly known as DELTASONE | Take 3 tablets (60 mg total) by mouth daily for 10 days |
| START | revefenacin 175 mcg/3 mL Nebu nebulization solution — Commonly known as YUPELRI | Inhale 3 mLs (175 mcg total) via nebulization daily |

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: ███████, DOB: █████, Legal Sex: F
Acct #: ███████████
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

This list represents our best understanding of the list of your medications based upon the information reviewed at your visit today.

## Your Updated Medication List as of April 26, 2023 11:59 PM

ⓘ Always use your most recent med list.

**budesonide** 0.5 mg/2 mL nebulizer solution
Commonly known as PULMICORT
Inhale 2 mLs (0.5 mg total) via nebulization 2 times daily

**Perforomist** 20 mcg/2 mL nebulizer solution
Generic drug formoterol fumarate
Inhale 2 mLs (20 mcg total) via nebulization every 12 hours

**predniSONE** 20 mg tablet
Commonly known as DELTASONE
Take 3 tablets (60 mg total) by mouth daily for 10 days

**revefenacin** 175 mcg/3 mL Nebu nebulization solution
Commonly known as YUPELRI
Inhale 3 mLs (175 mcg total) via nebulization daily

Printed on 6/2/25  8:29 AM

NW005115

**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL

Temple University Hospital -
Main Campus
3401 North Broad Street
Philadelphia PA 19140-5103

Wooten, Nicole
MRN: [redacted], DOB: [redacted], Legal Sex: F
Acct #: [redacted]
Visit date: 4/26/2023

**04/26/2023 - Telemedicine in Temple Lung Center at Temple University Hospital - Main Campus (continued)**

Entire Enc - All Scans Except Those Earlier (continued)

Instructions from James L Garfield, MD

Ms. Wooten is a 37 y.o. female who presents for new patient visit for severe persistent asthma triggered by exposure to biomass fuel (carbon monoxide, carbon dioxide, sulfur dioxide, and particulate matter).

Start nebulized Pulmicort twice a day, everyday and nebulized Performist twice a day, everyday (you can mix these and nebulize them together). Start nebulized Yupelri once a day, everyday.

Stop Trelegy once you start nebulized alternatives.

Use Levalbuterol nebulizer as needed, this in addition to the flutter valve, may help with mucous clearance.

Please have blood work done for allergies and hypersensitivity. Have blood work done BEFORE you start course of prednisone.

Take prednisone 80mg daily for 10 days. No taper is needed. If you find you are gaining weight and you do not notice an improvement in your symptoms you might want to stop short of the 10 days.

Depending on the results of your blood work and response to therapy, we may consider biologic for your allergic asthma. These include Xolair, Nucala, Dupixent, Fasenra, for example.

Nicole Wooten (MRN: [redacted] - Printed by Nena F at 4/27/2023 8:17 AM          Page 4 of 4  Epic