Reset    Print

| Work Capacity Evaluation Cardiovascular/Pulmonary Conditions | **U.S. Department of Labor** Office of Workers' Compensation Programs |



| Injured Worker's Name ( *First, middle, last* ) | OWCP No. | OMB No: ▓▓▓▓ |
|---|---|---|
| NICOLE          WOOTEN | ▓▓▓▓▓▓▓ | Expires: 08/31/2026 |

Please answer the questions below concerning your patient (named above) for whom the Office of Workers' Compensation Programs (OWCP) has accepted the following conditions: ANXIETY DISORDER, UNSPECIFIED; MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE, UNSPECIFIED; UNSPECIFIED ASTHMA WITH (ACUTE) EXACERBATION

1a. Is this employee capable of performing his/her usual job without restriction? ☐ Yes ☐ No  If no, is **prevention** (of possible future injury) the **only reason** for work limitations? ☐ Yes ☐ No  If prevention is not the **only** reason, please explain your medical reason to support your opinion in a medical report.

**Many employers can readily accommodate medical restrictions including assignment of the injured worker to an alternative work location.**

b. If unable to perform his/her usual job, is the employee able to work for 8 hours per workday with physical restrictions? **Yes**

c. If less than 8 hours per workday, how many hours can he/she work? _____

d. Do You anticipate an increase in the number of hours this person will be able to work? ☐ Yes ☐ No

If yes, when will this person achieve an 8 hour workday? _____

If no, please provide medical reasons to support your opinion in a medical report: _____

2. Has the work injury/condition caused **ANATOMICAL** and/or **FUNCTIONAL** changes in the cardiovascular or respiratory systems that preclude exposure to:

| a. Temperature extremes | ☒ Yes ☐ No | c. Gas/fumes | ☒ Yes ☐ No |
|---|---|---|---|
| b. Airborne particles | ☒ Yes ☐ No | d. Electromagnetic radiation | ☐ Yes ☐ No |

3a. Please review the Guidance for Physicians included on pages 2 and 3 of this form. Based on the parameters provided, please indicate whether this person is capable of working within any of the following Strength Levels:  Sedentary ☒ Yes ☐ No  Light ☐ Yes ☒ No  Medium ☐ Yes ☒ No  Heavy ☐ Yes ☒ No  Very Heavy ☐ Yes ☐ No

3b. If not, please indicate whether this person has any **LIMITATION** in the activity listed and how many hours this person can perform each activity. If there are limitations in lifting, pulling and/or pushing, please provide the maximum number of pounds that can be handled by this person.

| Activity | Limitation | # of Hours Able to Work | Activity | Limitation | # of Hours Able to Work | Lbs. |
|---|---|---|---|---|---|---|
| Sitting | ☒ Yes | 4-8 | Repetitive Movements: | | | |
| Walking | ☒ Yes | 0-1 | Wrists | ☒ Yes | 2-4 | |
| Standing | ☒ Yes | 0-1 | Elbow | ☒ Yes | 0-2 | |
| Reaching | ☒ Yes | 0-1 | | | | |
| Reaching above | | | Pushing | ☒ Yes | 0-1 | 0-5 |
| Shoulder | ☒ Yes | 0-1 | Pulling | ☒ Yes | 0-1 | 0-5 |
| Twisting | ☒ Yes | 0-1 | Lifting | ☒ Yes | 0-1 | 0-5 |
| Bending/Stooping | ☒ Yes | 0-1 | Squatting | ☒ Yes | 0-1 | 0-5 |
| Operating Motor Vehicle at work | ☒ Yes | 0-1 | Kneeling | ☒ Yes | 0-1 | 0-5 |
| Duration 0-1    Frequency DAILY | | | Climbing | ☒ Yes | 0-1 | |
| Operating a Motor Vehicle to/from work | ☒ Yes | 0-1 | Breaks: Duration _____  Frequency _____ | | | |

4. Is the person taking **MEDICATIONS** that impact the ability to work? Please explain.

NO

5. If there are OTHER medical factors, situational considerations (e.g., high volume work, shifting priorities), equipment or devices which need to be considered in the identification of a position for this person, please explain in a narrative report.

| 6. Physician's Name ( *Type or print* ) OYEKUNLE          MURAINA, MD, FCCP | 7. Telephone Number (Include Area Code) 4787449603 |
|---|---|
| 8. Signature  *[signature]* | 9. Date 4/22/24 |

OWCP-5A ▓▓▓▓    NW001743

**EXHIBIT 16**

Received: 10/23/2024 - Case: ▓▓▓▓▓▓ - Page 14 / 907