

**ACUTE ALTERNATIVE MEDICAL GROUP**

184C Estate Diamond
Christiansted, 00820

Tel: 340 772-2883
Fax: 340 772-2882
Health@acutealternative.com

---

**Wooten, Nicole**
Sex: female
Date Of Birth: ███████, Age: 37 year
Primary Physician: Lyn Campbell, M.D.
Encounter Date: 08-10-2022
Attending Practitioner: Lyn Campbell, M.D.

### CHART NOTES:

**Chief Complaint:** MED
Ms. Wooten, Nicole is a 37 year old female.

### History of Present Illness

**Difficulty Breathing** 37 y/o female presented for a SOB that she has had x2days. Pt states that her work place has been on fire x2 days and was not aware of fire until today 8/10/22. Pt states that she was aware of the smoke but not actual fire. Pt was exposed to chemical fire/smoke on monday 8/8/22

### Past Medical History
Asthma J45.909 (493.90) .

### Surgical History
gall bladder surgery

### Current Medication
Augmentin 875 mg-125 mg tablet 1 Tablet Twice A Day for 10 Days , Prescribe 20 Tablet
Tessalon Perles 100 mg capsule 2 Capsule Twice A Day for 10 Days , Prescribe 40 Capsule
Medrol (Pak) 4 mg tablets in a dose pack Take as directed for 7 Days , Prescribe 1 Packet

### Allergy
No Known Drug Allergies.

### Vaccination History

### Social History
**Social history:** *She drinks caffeinated beverages. Occasionally* Alcohol: Patient drinks. Wine, hard liquor Tobacco: Currently, the patient doesn't smoke or use tobacco products. Family Details: The patient is separated. She has No children. Exercise: The patient does not exercise regularly The level of effort while exercising is minimal.

### Family History
Asthma. Cancer. Diabetes Type II.

### Vitals

Page 1

CONFIDENTIAL

**EXHIBIT 17**

NW004269

..... Nicole Femai▮▮▮▮▮

BP Systolic: 123   BP Diastolic: 82   Pulse: 68   Temp F: 98.20   O2 Sat: 98.00

### Review of Systems

**Constitutional Symptoms:** No Fever, Chills, Sweat, Unexplained weight loss, Unexplained weight gain, Change in energy/ weakness, Excessive thirst or Excessive urination.

**Eyes:** She does not have photophobia. No Change in vision. There is no eye discharge. She does not suffer from the itchy eyes. She does not report having an eye pain. There is no redness of the eyes.

**Ears/Nose/Mouth/Throat:** No Difficult in hearing, Ringing in ears, Problems with teeth, Problems with gums, Hay fever or Allergies. There is no ear pain. There is no congestion of the nose. She denies having sore throat or voice change.

**Cardiovascular:** She denies having edema. *Chest pain / discomfort* x2days . No palpitations. No Fainting.

**Respiratory:** No Cough or Wheeze. *Difficulty breathing* x2 days .

**Gastrointestinal:** No Abdomial pain or Blood in bowel movement. No nausea. No Vomiting or Diarrhea. The patient does not have constipation. She does not experience dysphasia. She does not suggest having dyspepsia. There is no appreciable change in bowel habits.

**Genitourinary:** There is no dysuria. No Night-time urination, Leaking urine, Unusual vaginal bleeding or Discharge from vagina.

**Musculoskeletal:** No Muscle pain or Joint pain.

**Skin:** No Rash or Mole change.

**Neurological:** No Headaches. No Dizziness. No Lightheadedness. No Numbness. No Memory loss. No Loss of coordination.

**Psychiatric:** No Anxiety, Stress, Depression or Problem with sleep.

**Chest (Breast):** No breast masses or abnormal lumps found. She denies breast or nipple discharge.

**Hematologic/Lymphatic:** No Unexplained lumps or Easy Bruising/ Bleeding.

### Physical Examination

**General Appearance:** *The patient's general appearance is abnormal,* female *in distress.* She appears at stated age, has normal nutrition, and normal gait . Her posture is normal.

**Skin:** The skin has normal turgor. There are no visible rashes on the skin. There are no ulcers on the skin.

**Head / Scalp:** Head is normocephalic. Head is atraumatic.

**Eyes:** The conjunctiva is clear in the patient. There is no discharge from the eyes. The extra-ocular movement is intact. Pupils are equally round and reactive to light and accomodation.

**Ears:** External canals are clear in the patient. Tympanic membranes are transclucent and mobile. Tympanic membrane landmarks are visualized. There is no perforation. Ear discharge is not seen.

**Nose / Sinuses:** Nasal discharge is absent. There is no nasal obstruction.

**Mouth / Throat:** Gums are normal. The tongue is normal. The teeth are normal. The pharynx is normal.

**Neck:** The patient's neck is supple. There are no carotid bruits. Lymph nodes are normal. There are no abnormal masses in the neck region.

**Heart:** The heart rate and rhythm is normal There is no heart murmur. Heart gallop is not appreciated. There is no rub appreciated. There are no extra sounds.

**Chest / Lungs:** Lungs are clear on auscultation. Air movement is mildly decreased. No chest wheezes bilaterally. *The patient has abnormal breath sounds*

**Abdomen:** The patient has normal bowel sounds. Abdominal Tendemess: absent Abdominal masses are not found. There is no guarding. No abdominal distension. No organomegaly.

**Lower Extremity:** The patient does not have any kind of deformity. Cyanosis is not seen in the lower extremity. Lower extremity edema is absent. Peripheral pulses are intact in the patient. There is no clubbing of digits. The skin is normal in the lower extremity.

**Musculoskeletal System:** Neck: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the neck region. Spine: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the spine. Upper Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the upper extremity. Lower Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the lower extremity. The strength of muscles is normal.

**Neurological:** Cranial nerves from 2nd to 12th are normal. The mood and affect is normal in the patient. The motor exam. is normal in the patient. Tremors are absent.

**Lymphatic:** The lymph nodes are normal.

**Psychiatric:** The patient is not agitated. The patient is not anxious. She is not depressed.

**Assessment and Plan**
ICD: Asthma (J45.909)

Page 2

CONFIDENTIAL

NW004270

ICD: Reactive airway disease (J45.909)
Assessment: Extreme breathing crisis
Plan: Kenalog 60mg R glute @1pm
EKG

Prescription

FOLLOW UP after PRN PRN

Encounter Addendum Notes

This progress note has been electronically signed by Lyn Campbell, M.D. on 08-10-2022

CONFIDENTIAL

NW004271

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

**JUAN F. LUIS HOSPITAL**
**& MEDICAL CENTER**

## Patient Visit Information

**You were seen today for:**

Headache

### Staff

Your caregivers today were:

Physician     MENKINSMITH,LACEY MD

### Activity Restrictions or Additional Instructions

Are there different types of headache-
Yes. There are different types of headache. The 2 most common types are:

-Tension headaches - Tension headaches cause pressure or tightness on both sides of the head.

-Migraine headaches - Migraine headaches often start off mild and then get worse. They often affect just 1 side of the head. The pain often feels like it is pounding or throbbing. Routine activities like walking or climbing stairs can make the headache worse. Migraines can also cause nausea or vomiting, or make you sensitive to light and sound.

Is there anything I can do to feel better when I have a headache-
Yes. Some people feel better if they:

-Take non-prescription pain medicines (but check with your doctor first if you have a health condition or already take prescription medicines)

-Lie down in a cool, dark, quiet room (this works best for migraine headaches)

Should I see a doctor or nurse-
See a doctor or nurse right away if:

-Your headache comes on suddenly, quickly becomes severe, or could be described as "the worst headache of your life"

-You have a fever or stiff neck with your headache

-You also have a seizure, personality changes or confusion, or you pass out

-Your headache began right after you exercised or had a minor injury

CONFIDENTIAL

NW004272

Gov.
**JUAN F. LUIS HOSPITAL**
**& MEDICAL CENTER**

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

-You have new headaches, especially if you are pregnant or older than 40

-You have weakness, numbness, or trouble seeing (migraine headaches can sometimes cause these symptoms, but you should be seen right away the first time these symptoms happen)

You should also see a doctor or nurse if you get headaches often or if your headaches are severe.

Is there anything I can do to keep from getting headaches-
Yes. Some people find that their headaches are triggered by certain foods or things they do. To keep from getting headaches in the future, you can keep a "headache calendar." In the calendar, write down every time you have a headache and what you ate and did before it started. That way you can find out if there is anything you should avoid eating or doing. You can also write down what medicine you took for the headache and whether or not it helped.

Some common headache triggers include:

-Stress

-Skipping meals or eating too little

-Having too little or too much caffeine

-Sleeping too much or too little

-Drinking alcohol

-Certain drinks or foods

If your headaches are frequent, severe, or long-lasting, your doctor can suggest ways to try to prevent them. For example, it might help to learn relaxation techniques and ways to manage stress. In some cases, medicines can also help.

How is headache treated-
There are lots of medicines that can ease the pain of headaches. You can try taking acetaminophen (sample brand name: Tylenol), ibuprofen (sample brand names: Advil, Motrin), or naproxen (sample brand name: Aleve). There are prescription medicines that can help, too. The right medicine for you will depend on what type of headaches you get, how often you get them, and how bad they are.

If you get headaches often, work with your doctor to find a treatment that helps. Do not try to manage frequent headaches on your own with non-prescription pain medicines. Taking non-prescription pain medicines too often can actually cause more headaches later.

**Follow-up**

Please contact the following to make an appointment for follow-up care:

NONE,NONE

CONFIDENTIAL

NW004273

**JUAN F. LUIS HOSPITAL & MEDICAL CENTER**

Patient: WOOTEN,NICOLE
Account Num:
Med Rec Num:
Location: EMERGENCY ROOM
Physician: MENKINSMITH,LACEY MD
Date: 08/09/22

NONE
.,. 00000

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.

CONFIDENTIAL

NW004274



**ACUTE ALTERNATIVE MEDICAL GROUP**

184C Estate Diamond
Christiansted, 00820

Tel: 340 772-2883
Fax: 340 772-2882
Health@acutealternative.com

---

**Wooten, Nicole**
Sex: female
Date Of Birth: ████████ Age: 37 year
Primary Physician: Lyn Campbell, M.D.
Encounter Date: 08-08-2022
Attending Practitioner: Lyn Campbell, M.D.

CHART NOTES:

Chief Complaint: MED
Ms. Wooten, Nicole is a 37 year old female.

**History of Present Illness**

chest pain and SOB 37 year old pt presents with SOB and chest pain. Pt reports sxs began after inhaling smoke at work site. Pt currently in tears and c/o "chest tightness".

**Past Medical History**
Asthma J45.909 (493.90) .

**Surgical History**
gall bladder surgery

**Current Medication**
Augmentin 875 mg-125 mg tablet 1 Tablet Twice A Day for 10 Days . Prescribe 20 Tablet
Tessalon Perles 100 mg capsule 2 Capsule Twice A Day for 10 Days . Prescribe 40 Capsule

**Allergy**
No Known Drug Allergies.

**Vaccination History**

**Social History**
Social history: She drinks caffeinated beverages. Occassionally Alcohol: *Patient drinks. Wine, hard liquor* Tobacco: Currently , the patient doesn't smoke or use tobacco products. **Family Details:** The patient is seperated. She has No children. **Exercise:** The patient does not exercise regularly The level of effort while exercising is minimal.

**Family History**
Asthma. Cancer. Diabetes Type II.

**Vitals**
Time In: 2:05   BP Systolic: 148   BP Diastolic: 85   Pulse: 93   Temp F: 100.40   O2 Sat: 100.00

Page 1

CONFIDENTIAL

NW004275

Nicole Female

## Review of Systems

Constitutional Symptoms: Denies fever, chills, malaise/fatigue and night sweats.

Eyes: Denies visual changes, discharge, itching, pain and redness of eyes.

Ears/Nose/Mouth/Throat: Denies hearing loss, ear pain, tinnitus, nasal congestion, nasal discharge, bleeding from nose, postnasal drip, sore throat, swollen glands in neck and ulcerations.

Cardiovascular: Denies chest pain, palpitation, claudication, dyspnea, orthopnea and Edema.

Respiratory: Denies cough. Reports *shortness of breath* and *chest tightness*. Denies hemoptysis and wheezing.

Gastrointestinal: Denies nausea/vomiting, change in bowel habits, diarrhea, constipation, abdominal pain, difficulty with swallowing and blood in stools.

Genitourinary: Denies blood in urine, Nocturia, urinary frequency, hesitancy and urinary urgency. She denies any abnormal discharge. Denies burning, itching and dyspareunia.

Musculoskeletal: Denies joint pain, neck pain, back pain, upper extremity pain and lower extremity pain.

Integumentary: Denies change in skin color, change in hair/nails, itching and rashes.

Neurological: Denies weakness. Denies convulsions/seizures. Denies headache. Denies numbness. Denies decrease in cognitive skills. Denies loss of balance. Denies tremors.

Female GU: She has no pain during the periods. Denies menstrual problems such as heavy periods, irregular menses, spotting or pain. She denies PMS. She denies hot flashes, night sweats. No recent breast tenderness. Denies lumps in the breasts. She does not have any abnormal vaginal discharge.

Psychiatric: Denies difficulty concentrating, insomnia, anxiety and depression.

Endocrine: Denies heat/cold intolerance and glandular/hormonal problem. Denies increasing dryness of the skin.

Hematologic/Lymphatic: Denies getting bruises or bleeding easily. Denies night sweats. She reports normal wound healing.

## Physical Examination

General Appearance: The patient is well appearing, alert and oriented to person, place and time. Black female with no apparent distress. She appears at stated age, has normal nutrition.

Skin: The skin has normal turgor. There are no visible rashes on the skin. There are no ulcers on the skin.

Head / Scalp: Head is normocephalic. Head is atraumatic.

Eyes: The conjunctiva is clear in the patient. There is no discharge from the eyes. The extra-ocular movement is intact. Pupils are equally round and reactive to light and accomodation.

Ears: External canals are clear in the patient. Tympanic membranes are translucent and mobile. Tympanic membrane landmarks are visualized. There is no perforation. Ear discharge is not seen.

Nose / Sinuses: Nasal discharge is absent. There is no nasal obstruction.

Mouth / Throat: Gums are normal. The tongue is normal. The teeth are normal. The pharynx is normal.

Neck: The patient's neck is supple. There are no carotid bruits. Lymph nodes are normal. There are no abnormal masses in the neck region.

Heart: The heart rate and rhythm is normal There is no heart murmur. Heart gallop is not appreciated. There is no rub appreciated. There are no extra sounds.

Chest / Lungs: Lungs are clear on auscultation. *Air movement is mildly decreased. . The patient has abnormal breath sounds* wheezing Comments: *chest tender to deep palpitation*

Abdomen: The patient has normal bowel sounds. Abdominal Tenderness: absent Abdominal masses are not found. There is no guarding. No abdominal distension. No organomegaly.

Lower Extremity: The patient does not have any kind of deformity. Cyanosis is not seen in the lower extremity. Lower extremity edema is absent. Peripheral pulses are intact in the patient. There is no clubbing of digits. The skin is normal in the lower extremity.

Musculoskeletal System: Neck: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the neck region. Spine: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the spine. Upper Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the upper extremity. Lower Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the lower extremity. The strength of muscles is normal.

Neurological: Cranial nerves from 2nd to 12th are normal. The mood and affect is normal in the patient. The motor exam. is normal in the patient. Tremors are absent.

Lymphatic: The lymph nodes are normal.

Psychiatric: The patient is not agitated. The patient is not anxious. She is not depressed.

B/P revaluation 123/72

## Assessment and Plan
ICD: Reactive airway disease (J45.909)

Page 2

CONFIDENTIAL

NW004276

Assessment: B/P revaluate 123/72

Pt reported that she inhaled smoke at work.

Plan: Vitals

x2 duo nebulizer 30 minutes each

Given Kenalog 60mg IM in L glute at 1406

Sent Rx Medrol Dose Pack

ICD: Asthma (J45.909)

ICD: Shortness of breath (R06.02)

**Prescription**

Medrol (Pak) 4 mg tablets in a dose pack Take as directed for 7 Days , Prescribe 1 Packet

FOLLOW UP after PRN PRN

**Encounter Addendum Notes**

This progress note has been electronically signed by Lyn Campbell, M.D. on 08-08-2022

Page 3

CONFIDENTIAL

NW004277

B/P

Pulse

46 x2

Y2

9 2 break @ 1345

Pulse

Smoldering at time three

13:15 - claims

Red Eyes / watery

Goose bumps

Vomit — 1330

Shakes

Treatment taken @ 1327

CONFIDENTIAL

NW004278