[10-25/2022][Page 4 of 4]

**Plan**

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**
- DISCUSSION AND PLAN: smoke expose w asthma exacerbation sp steroids still w symptoms
- I discussed the diagnosis of reactive airways disease/ asthma with patient after performing history and physical and reviewing pertinent tests. Diagnostic and treatment options were discussed in detail.
- I have recommended a Chest CT
- trelegy and alb
- nasal hygiene
- nebulizer w alb

Electronically Signed by: Carlette Graham, MD -Author on August 24, 2022 01:46:24 PM

[Digital Signature Validated]

**EXHIBIT**

**18**

NW000163

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ███



# Summary of Today's Visit

**WOOTEN , NICOLE  DOB** ███████

**Account No 17572**

**Sex:Female**

**Race:Black or African American**

**Ethnicity:Not Hispanic or Latino**

**Preferred Language:English**

**08/18/2022 visit with Terrie Morton Acker, MD**

## Vitals

- HR 79 (/min)
- BP 144/86 (mm Hg)
- Ht 5 ft 6 in (in)
- Wt 191.8 (lbs)
- BMI 30.95 (Index)
- RR 20 (/min)
- Temp 97.8 (F)

*f/h   3wks* (handwritten)

## Allergies

- N.K.D.A.

*Fx care fir 6wks Sept 29* (handwritten)

## Today's Diagnoses Include

- J45.41   Moderate persistent asthma with (acute) exacerbation
- Z77.098 Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals
- R45.1     Restlessness and agitation

## Medication List

- Start Cyclobenzaprine HCl : 5 MG 1 tablet Orally take 1-2 every 6 hours,30 day(s) ,60 ,Refills: 1 , stop date: 10/17/2022
- Refill Xopenex HFA : 45 MCG/ACT 1 puff as needed Inhalation every 6 hrs,30 days ,1 ,Refills: 3

## Other medications you are on

- Taking Ferrous Sulfate : 325 (65 Fe) MG 1 tablet Orally twice a day,30 day(s) ,60 Tablet ,Refills: 6
- Taking Flovent HFA : 110 MCG/ACT 1 puff Inhalation Twice a day,1 ,Refills: 3
- Taking Omeprazole : 20 MG 1 capsule 30 minutes before morning meal Orally once a day
- Taking Albuterol Sulfate HFA : 108 (90 Base) MCG/ACT 2 puffs as needed Inhalation every 4 hrs,1 ,Refills: 1

Summary of Today's Visit for  WOOTEN , NICOLE  DOB: ███████  Account No: ███

**Covington Family Care   195 WINN WAY  Suite 100  Decatur, GA 30030   404-284-7744**

*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

NW000164

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ████

- Taking Singulair : 10 MG 1 tablet Orally once a day,90 days ,90 Tablet ,Refills: 1
- Not-Taking/PRN Pepcid : 40 MG 1 tablet at bedtime Orally once a day,30 day(s) ,30 ,Refills: 3

## Referrals

- Pulmonary Diseases, Reason: Dr. Marilyn Foreman |770-422-1372 |37 year old with asthma after being exposed to burning petroleum coke
- Mark Pollock, Pulmonary Diseases (404-499-0533)

## Tests Ordered/Performed Today

Labs
- Hemoglobin A1c on 08/18/2022
- CBC With Differential/Platelet on 08/18/2022
- TSH on 08/18/2022
- Comp. Metabolic Panel (14) on 08/18/2022

Summary of Today's Visit for - WOOTEN , NICOLE  DOB: ████████  Account No: ████
**Covington Family Care   495 WINN WAY  Suite 100  Decatur, GA 30030   404-284-7744**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

https://gacoviapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printVisitSummary.jsp?enc...    8/18/2022

NW000165

WOOTEN, NICOLE DOB:  (37 yo F) Acc No.  DOS: 08/18/2022



**WOOTEN, NICOLE**
37 Y old Female, DOB:
Account Number:
5599 WYNHALL DRIVE, NORCROSS, GA-30071
Home: 404-006-9397
Guarantor: WOOTEN, NICOLE    Insurance: GEHA -ASA
Appointment Facility: Covington Family Care

08/18/2022

Progress Notes: Terrie Morton Acker, MD

### Reason for Appointment
1. Chest tightness and body shaking

### History of Present Illness
New Symptom:
The patient is upper back pain and jittery for weeks. She was exposed pertroleum Coke burning at her last job Monday 8/8/2022 one week gu.

### Current Medications
Taking
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally twice a day
- Flovent HFA 110 MCG/ACT Aerosol 1 puff Inhalation Twice a day
- Omeprazole 20 MG Capsule Delayed Release 1 capsule 30 minutes before morning meal Orally Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 4 hrs
- Xopenex HFA 45 MCG/ACT Aerosol 1 puff as needed Inhalation every 6 hrs
- Singulair 10 MG Tablet 1 tablet Orally Once a day
Not-Taking/PRN
- Pepcid 40 MG Tablet 1 tablet at bedtime Orally Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Father: alive
Mother: alive
1 brother(s).

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Vital Signs
HR 79 /min, BP 144/86 mm Hg, Ht 5 ft 6 in, Wt 191.8 lbs, BMI 30.95 Index, RR 20 /min, Temp 97.8 F.

### Examination

NW000166

Page 2 of 3

WOOTEN, NICOLE DOB: ████████ (37 yo F) Acc No. ████ DOS: 08/18/2022

General Examination:
GENERAL APPEARANCE: hands constantly shaking at rest.

**Assessments**
1. Moderate persistent asthma with (acute) exacerbation - J45.41 (Primary)
2. Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals - Z77.098
3. Restlessness and agitation - R45.1

**Treatment**
1. **Moderate persistent asthma with (acute) exacerbation**
Refill Xopenex HFA Aerosol, 45 MCG/ACT, 1 puff as needed, Inhalation, every 6 hrs, 30 days, 1, Refills 3
Start Cyclobenzaprine HCl Tablet, 5 MG, 1 tablet, Orally, take 1-2 every 6 hours, 30 day(s), 60, Refills 1
    LAB: CBC With Differential/Platelet
    LAB: Hemoglobin A1c
    LAB: Comp. Metabolic Panel (14)
    LAB: TSH
Referral To: Pulmonary Diseases
    Reason: Dr. Marilyn Foreman |770-422-1372 |37 year old with asthma after being exposed to burning petroleum
coke

Referral To: Mark Pollock    Pulmonary Diseases
    Reason:

2. **Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals**
    LAB: CBC With Differential/Platelet
    LAB: Hemoglobin A1c
    LAB: Comp. Metabolic Panel (14)
    LAB: TSH

3. **Restlessness and agitation**
    LAB: CBC With Differential/Platelet
    LAB: Hemoglobin A1c
    LAB: Comp. Metabolic Panel (14)
    LAB: TSH

**Follow Up**
3 Weeks

Electronically signed by Terrie Morton Acker, MD on 11/08/2022 at 02:59 PM EST
Sign off status: Completed

Progress Note: Terrie Morton Acker, MD    08/18/2022
https://gacoviapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?enco... 11/9/2022

NW000167

WOOTEN, NICOLE DOB: ████████ (37 yo F) Acc No. ███ DOS: 08/18/2022

Covington Family Care
495 WINN WAY
Suite 100
Decatur, GA 30030
Tel: 404-284-7744
Fax: 404-284-8006

**Progress Note:** Terrie Morton Acker, MD   08/18/2022

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gacoviapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?enco...  11/9/2022

NW000168

WOOTEN, NICOLE DOB:▮▮▮▮▮▮(37 yo F) Acc No. ▮▮▮ DOS: 10/18/2022



# WOOTEN, NICOLE

37 Y old Female, DOB: 07/12/1985
Account Number: 17572
5599 WYNHALL DRIVE, NORCROSS, GA-30071
Home: 404-906-9397
Guarantor: WOOTEN, NICOLE    Insurance: GEHA -ASA
Appointment Facility: Covington Family Care

10/18/2022                                    Progress Notes: Terrie Morton Acker, MD

### Reason for Appointment
1. Pt is here because she need paperwork filled out

### History of Present Illness
New Symptom:
    Ms. Nichole Wooten is a 37 year old with history asthma who had an exacerbation of asthma after chemical exposure at her work place August 8, 2022. She was exposed to continuous burning of petroleum coke from a oil refinery in the Virgin Islands. She continues to have problems even 2 months after leaving the environment. She has continuous wheezing, poor exercise endurance, occasional SOB and intermittent chest pain and dyspnea multiple days per week now. Her pain is often exacerbated with anxiety. She worries about being told she has to go back to the Virgin Island to retrieve her belongings.
    On August 18, 2022 a spirometry was conducted but was unsuccessfully completed by the patient because of severe chest pain and poor endurance. A second spirometry was also attempted at her pulmonology appt which she also failed to complete. She will see her again in November. An chest x-ray of the lungs showed hyperinflation. A CT of the chest done 9/1/2022 showed minimal subpleural scarring left lung apex. Her Job consist of working at an airport asking people for documents but she may at times have to run in pursuit of an individual in a chase. This action would be difficult for her in her present respiratory condition. In her home life she can clean and wash clothes, but routinely gets tired after one hour. She now relies on instacart for her shopping. She now have to clean her home taking short breaks for rest. . On today's visit the patient was given a 10 pound weight to lift in the office. She was not able to lift the weight without pain in her chest. She still has some shaking or jitteriness of unknown etiology and is under the care of neurology. Next appointment with them is in December.
    It is of my opinion that Ms. Wooten's exacerbation of her asthma stemmed from the exposure of the petroleum coke found burning at the oil refinery on the Virgin Island which occurred in August 2022. It is unknown how long she will continue to have lingering effects from this exposure. It has been seen where individuals exposed to chemical irritants may have long term or even permit effects. Ms. Wooten has not been able to return to her base line of activities even after 2 months after her exposure. She has low exercise tolerance and even find it difficult to complete her daily activities without taking multiple breaks. Additionally, she has not been able to returned to the gym to exercise. All of this has lead to depression and anxiety in that she has a fear of returning to the Island to retrieve her belongings.
Depression Screening:
    PHQ-9 Little interest or pleasure in doing things: Not at all , Feeling down, depressed, or hopeless: Several days, Trouble falling or staying asleep, or sleeping too much: Nearly every day, Feeling tired or having little energy: Several days, Poor appetite or overeating: Not at all, Feeling bad about yourself or that you are a failure, or have let yourself or your family down: Not at all, Trouble concentrating on things, such as reading the newspaper or watching television: Not at all, Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at all, Thoughts that you would be better off dead or of hurting yourself in some way: Not at all, Total Score: 5, Interpretation: Mild Depression.

### Current Medications
Taking
- Propranolol HCl 10 MG Tablet 1 tablet Orally Once a day
- Ferrous Sulfate 325 (65 Fe) MG Tablet 1 tablet Orally twice a day

Progress Note: Terrie Morton Acker, MD    10/18/2022

WOOTEN, NICOLE DOB: ███████ (37 yo F) Acc No. ███ DOS: 10/18/2022

- Omeprazole 20 MG Capsule Delayed Release 1 capsule 30 minutes before morning meal Orally Once a day
- Singulair 10 MG Tablet 1 tablet Orally Once a day
- Xopenex HFA 45 MCG/ACT Aerosol 1 puff as needed Inhalation every 6 hrs
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 4 hrs
- Flovent HFA 110 MCG/ACT Aerosol 1 puff Inhalation Twice a day
  Not-Taking/PRN
- Pepcid 40 MG Tablet 1 tablet at bedtime Orally Once a day
  Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Father: alive
Mother: alive
1 brother(s) .

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
Denies Chills. Denies Fever.

## Vital Signs
HR 90 /min, BP 167/99 mm Hg, Ht 5 ft 6 in, Wt 190.2 lbs, BMI 30.70 Index, RR 20 /min, Temp 97.3 F.

## Examination
General Examination:
GENERAL APPEARANCE: hands constantly shaking at rest , in no acute distress, well developed, well nourished , in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic , normocephalic, atraumatic. EYES: pupils equal, round, reactive to light and accommodation , pupils equal, round, reactive to light and accommodation. EARS: BOTH EARS, normal, auditory canal clear, light reflex present , BOTH EARS, normal, auditory canal clear, light reflex present. ORAL CAVITY: mucosa moist , mucosa moist. THROAT: clear , clear. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy , neck supple, full range of motion, no cervical lymphadenopathy. SKIN: no suspicious lesions, warm and dry , no suspicious lesions, warm and dry. HEART: regular rate and rhythm, no murmurs, S1, S2 normal , regular rate and rhythm, no murmurs, S1, S2 normal. LUNGS: clear to auscultation bilaterally , clear to auscultation bilaterally. ABDOMEN: bowel sounds present. EXTREMITIES: no clubbing, cyanosis, or edema , no clubbing, cyanosis, or edema. NEUROLOGIC: positive for intermittent tremor.

## Assessments
1. Severe persistent asthma, uncomplicated - J45.50 (Primary)
2. Major depressive disorder, recurrent, mild - F33.0

## Treatment

---

WOOTEN, NICOLE DOB:███████████ (37 yo F) Acc No. ██████ DOS: 10/18/2022

**1. Severe persistent asthma, uncomplicated**
Referral To:Licensed Psychologist
    Reason:Dr. Sharon Johnson, PHD|245 Country Club Dr. Suite 100 A Stockbridge, GA 30281 470-878-1359

**2. Others**
Start busPIRone HCl Tablet, 5 MG, 1 tablet, Orally, Twice a day, 30 days, 60 Tablet, Refills 2

**Electronically signed by Terrie Morton Acker , MD on 11/08/2022 at 05:05 PM EST**
**Sign off status: Completed**

---

**Covington Family Care**
**495 WINN WAY**
**Suite 100**
**Decatur, GA 30030**
**Tel: 404-284-7744**
**Fax: 404-284-8006**

---

**Progress Note: Terrie Morton Acker, MD    10/18/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*