Case Name: Wooten, Nicole v. Limetree Bay Terminals, et. al.
Identified Individual: Nicole Wooten

MEDICAL RECORDS CERTIFICATION

I, _Regina Plemmons_ [PRINT NAME] in my capacity as custodian of the records; or other stated position making the signer a qualified witness on behalf of the business/office of Pulmonary & Sleep Medicine Assoicates, do hereby make this Declaration under penalties of perjury, and state:

1. I am over the age of 18 years, of sound mind, and competent to make this Declaration.

2. I have personal knowledge of the facts herein stated because of my employment position and experience.  *two FAXes : 1st are 45 pages, 2nd*

3. Attached to this Declaration are __41__ pages of records, bills and/or documents related to payment on those bills for the identified individual, which I affirm to be true and correct. The records annexed to this Declaration:

    a. Were made at or near in time to the events and information recorded;

    b. Were created by (or from information transmitted directly from) persons who had knowledge of the events/information recorded;

    c. Were made in the course of our regularly conducted business activity;

    d. Were made and kept as a necessary part and regular practice of our business; and

    e. These records are exact duplicates of the records in our files.

4. : Services were provided as reflected in the attached records and were reasonably necessary.

5. The amounts charged for the services reflected in the attached records were reasonable for services rendered at the time and place specified.

**EXHIBIT**
**19**

NW001212

Wooten, Nicole v. Limetree Bay Terminals, et. al.
Identified Individual: Nicole Wooten
PULMONARY & SLEEP MEDICINE ASSOICATES
MEDICAL RECORDS CERTIFICATION
Page 2

I declare, under penalty of perjury, under the laws of the United States of America (and/or United States Virgin Islands) that the foregoing is true and correct pursuant to 28 U.S.C. §1746(2) and V.I. R. Civ. P. 84, which both authorize the making of these statements without the signature of a notary.

Signed on this _____15th_____ day of ___OCT._____ , 2024

_Regina Plemons_
Signature

_Regina Plemons_
Print Name

_Manager / med. Records_
Position/Title (as Record Custodian or other qualified declarant)

*Tara Lynn Trollinger*
10/15/2024

## Pulmonary and Sleep Medicine Associates LLP
## Phone message:

**Patient Name:** Nicole Wooten          **Create Date:**     August 23, 2024
**Patient I D:** 194342
**Sex:** Female
**Birthdate:** ████████

**To:** Dr. Graham
**Date:** 08/23/2024
**Caller:** pt
**Phone Number:** (404)906-9397

**Message:** [

pt have an appt today with Dr. Graham at 11:50 pt wants to do a tele due to pain.

Called spoke w/ pt. Per pt she is having chest pain, SOB, back spasm, and feels inflamation on her chest.

per Dr. Graham pt to go to ER she can not treat pt symptoms over the phone.

cancel pt appt.

Hose

|

**Electronically Signed by:** Maria Lopez, MA -Author on August 23, 2024 09:27:45 AM

File Number: █████████
ff-O-NO

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
Upload a document at ecomp.dol.gov

May 24, 2024

Date of Injury: 08/08/2022
Employee: NICOLE WOOTEN

Dr. Carletto Graham
915 Eagles Landing Pkwy
Stockbridge, GA 30281

Dear Dr. Graham:

Please see the attached Second Opinion (SECOP) report from Dr OYEKUNLE MURAINA, dated 04/19/2024.

In the report, Dr. MURAINA states that NICOLE WOOTEN can return to work for 8 hours per day in a sedentary capacity, with restrictions. Please see the OWCP5-C attached to the SECOP report, for a list of recommended restrictions.

Do you concur with Dr. MURAINA's findings? If you do not agree with Dr. MURAINA's findings from the SECOP, please provide supporting documentation with objective findings to support the opinion provided.

Sincerely,

Federal Employees Program
Enclosure: 04/19/2024 SECOP

NICOLE WOOTEN
902 PEACHTREE FOREST TERRACE
PEACHTREE CORNERS, GA 30092



*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

File Number: ███████
ff-O-NO

DEBRA HAUSER
ESQUIRE
LINCOLN FEDERAL LAW FIRM PLLC
7548 PRESTON ROAD SUITE 141-51
FRISCO, TX 75035

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS & BORDER PROTECTION
OFO-SAN JUAN-AREA PORT ST THOM USVI
4243 OLYMPIC BLVD, STE 210
ERLANGER, KY 41018



NW001216

Thank you for the referral on NICOLE WOOTEN. Enclosed, please find the second opinion report by OYEKUNLE MURAINA, MD

Case number: ███████

Employer: DEPARTMENT OF HOMELAND SECURITY (DHS)

Date of Injury: 08/08/2022

Date of Examination: 04/19/2024

Physician's Name: OYEKUNLE MURAINA, MD

Specialty: Pulmonary Disease

Address : MACON LUNG CENTER PC
560 1ST ST

MACON, GA 31201



NW001217



**OYEKUNLE ISMAIL MURAINA, MD, FCCP**
ABIM Certified in Internal Medicine, Pulmonary Disease and Critical Care
Medicine

| | | |
|---|---|---|
| **Patient Name:** Wooten, Nicole | **Sex:** Female | **Birthdate:** ▓▓▓▓ |
| **Address:** ▓▓▓▓▓▓▓ | | **Phone:** (404) 906-9397 |
| **Exam Date:** April 19, 2024 | | **Injury Date:** 08/08/2022 |

QTC Medical Services
924 Overland Ct
San Dimas, CA 91773-1742
Attn: 065C

### Second Opinion Pulmonary Examination

1. I have reviewed the statement of accepted facts (SOAF) and the provided medical reports. Nicole Wooten was seen and evaluated at my office on April 19, 2024.

2. **History:**

   Nicole Wooten is employed by the Department of Homeland Security as a Border Patrol Officer in Kingshil, US Virgin Islands. She reports injury that occurred while she was waiting to board a vessel at the Onu Estate Hope Refinery Facility, St. Croix. She was exposed to Petroleum 'coke' burning smoke and she immediately developed shortness of breath associated with chest tightness, wheezing, nausea, and vomiting. She has history of bronchial asthma and used her Albuterol inhaler but this did not provide any relief.

   She went to an urgent care center (Acute Alternative Medical Group) in Christiansted where evaluation revealed evidence of bronchospasm. She was treated with inhaled bronchodilators via nebulizer and given steroid injection with some improvement. The symptoms however returned, and she went back to the Urgent Care Center on 8/10. She was treated again with nebulizer treatment and steroid injection. The symptoms however continued, and she was seen by her primary physician on 8/11/22 and 8/18. She was then referred to a Pulmonologist and has been following with both since then.

860 First Street – P.O. Box 4646   Macon, GA 31206 · Tel. (478) 744-7603 · Cell. (478) 747-7515
Fax (478) 744-9552 – Email. drmuraina@maconlungcenter.org                                1



NW001218

[10/13/2024][Page 1 of 1]

# Pulmonary and Sleep Medicine Associates LLP
## Department of Labor

**Patient Name:** Nicole Wooton  
**Patient I D:** ██████  
**Sex:** Female  
**Birthdate:** ████████

**Create Date:** July 22, 2024

I do agree with the second opinion consu by Dr Muraina

She would benefit from working in sedentary job. I believe that at this point she would benfit from working from home for her work day.

Electronically Signed by: Carlette Graham, MD - Author on July 22, 2024 02:30:55 PM

NW001219

[Digital Signature Validated]

## Pulmonary and Sleep Medicine Associates LLP
## Phone message:

**Patient Name:** Nicole Wooten    **Create Date:** July 22, 2024
**Patient ID:** ███████
**Sex:** Female
**Birthdate:** █████████

**To:** Dr. Graham
**Date:** 07/22/2024
**Caller:** pt
**Phone Number:** 404 906 9397

**Message:** Pt needs a letter stating that Dr. Graham agrees to the work restrictions on the attached form and that pt needs to work from home

Electronically Signed by: Laurie Byrom, -Author on July 22, 2024 01:12:06 PM

**NW001220**

[Digital Signature Validated]

GLOBAL LUNG INITIATIVE **TEC PFT LAB - Micah Fisher, MD, Med Dir.**
1365 Clifton Rd, NE Atlanta, GA                    FEV1/FVC   76 %

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: WOOTEN, NICOLE S | | Date: 04/18/24 | | Room: PFT Rm 6 | PBar:740 | | Age: 38 |
| Weight 212 lb ( 96.4 kg) | | Armspan: 0 cm | | Height: 168 cm (66 in) | Race: African American | | Sex: Female |
| Physician: GRIPALDO, RIA | | Pack Years: | | Diagnosis: J45.909 | Technician: Lala Kees, RRT | | |

## SPIROMETRY: (GLI 2012)

| | | Pred | 2SD | Pre | %Pred | Post | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.00 | ( > 3.20) | 3.17 | 79 | | | |
| FEV1 | Liters | 3.29 | ( > 2.62) | 2.40 | 73 | | | |
| FEV1/FVC | % | 83 | ( > 71) | 76 | | | | |
| FEV1/SVC | % | | | 69 | | | | |
| FEF25-75% | L/sec | 3.42 | ( > 2.11) | 2.13 | 62 | | | |
| PEF | L/sec | 7.33 | | 3.60 | 49 | | | |
| FET100% | Sec | | | 4.91 | | | | |
| TLC | Liters | 5.30 | (4.32-6.28) | 5.19 | 98 | | | |
| RV | Liters | 1.65 | (1.08-2.22) | 1.68 | 102 | | | |
| RV/TLC | % | 32 | | 32 | | | | |
| FRC N2 | Liters | 2.81 | (1.99-3.63) | | | | | |
| FRC PL | Liters | 2.81 | (1.99-3.63) | 2.19 | 78 | | | |
| ERV | Liters | 1.27 | | 0.51 | 40 | | | |
| VC | Liters | 3.56 | ( > 2.87) | 3.51 | 98 | | | |

| | | |
|---|---|---|
| FeNO | ppb | (5-25) |

**BLOOD GASES:** O2 L Flow:

| | PRED |
|---|---|
| FIO2 | |
| pH | 7.35-7.45 |
| PCO2 | 35 - 45 mmHg |
| PO2 | 80 - 100 (RA) mmHg |
| BE | -2.0 - 2.0 mmol/L |
| HCO3 | 21 - 28 mmol/L |
| THb | M 12.9-16.1/ F 11.4 - 14.4 g/l |
| O2Hb | 95 - 98% |
| COHb | 0.5 - 1.5% |
| MetHb | < 3% |
| O2Ct | 15.0 - 24 mL/dL |
| A-aO2 | 21.4 |

PRE

FVL ECode 01110 1

FEF/FIF50 1.74

POST

FVL ECode

FEF/FIF50

**MECHANICS/PRESSURES:** Meas

| | Pred | 2SD | % Pred |
|---|---|---|---|
| sGaw L/s/cmH20/L (GLI 2012) | 0.259 | | |
| PI max cmH2O (Black&Hyatt) | 85 | ( > 61) | |
| PE max cmH2O | 150 | ( > 109) | |
| MVV L/min (Hamoncourt(OE9T89)) | 105 | ( > 105) | |

**SINGLE BREATH DLCO:** (GLI 2012)

| | | Pred | 2SD |
|---|---|---|---|
| DLCO | mL/mmHg/min | 23.7 | (18.6 -28.8) |
| DL Adj | mL/mmHg/min | | |
| DL/VA Adj | mL/mHg/min/L | 4.45 | (3.50 -5.40) |
| DLCO/VA | mL/mHg/min/L | | |
| VA | Liters | 5.42 | |
| IVC | Liters | (% of best VC of FVC) |
| Kroughs | 1/min | | |

## TREND REPORT

| | | | | | 04/18/24 |
|---|---|---|---|---|---|
| FVC | (pre / post) | / | / | / | 3.17 / |
| FEV1 | (pre / post) | / | / | / | 2.40 / |
| TLC | (pre / post) | / | / | / | 5.19 / |
| DL Adj | | | | | |
| FeNO | | | | | |
| FiO2 during walk test | | | | | |
| Baseline Spo2(PR);BP | | | | | |
| Distance and duration | | | | | |
| Walking SpO2(PR);BP | Ex: | Ex: | Ex: | Ex: | |
| Recovery SpO2(PR) | | | | | |

**COMMENTS:** (ATS Predicted for 6 min. Walk Test:   Male = 636   2065 meters or   feet;   Female = 577 meters or   1893 feet.)
Patient came in on RA Spo2 96% PR 83 BP 126/73; Temp 98.7

Results questionable due to patient ability to perform maneuvers. Patient appears to have alot of chest discomfort.
Patient unable to perform FENO. Patient attempted a few times.

ID:▮▮▮    CL#    Birth Date:▮▮▮    Emory Report (predicted version 3.5.04) PF Reference: GLI 2012 (Caucasian)

NW001221

**TEC PFT LAB - Micah Fisher, MD, Med Dir.**
**1365 Clifton Rd, NE Atlanta, GA**

Name: WOOTEN, NICOLE S
Physician: GRIPAI DO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female

| Pre | | | Trial 1 | Trial 2 | Trial 3 | Trial 4 | Trial 5 | Trial 6 | Trial 7 | Trial 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Spirometry** | | | | | | | | | | |
| FVC | Liters | | 3.17 | 3.32 | 3.01 | | | | | |
| FEV1 | Liters | | 2.40 | 1.59 | 1.76 | | | | | |
| FEV1/FVC | % | | 76 | 48 | 58 | | | | | |
| FEV3 | Liters | | 3.07 | 2.28 | 2.58 | | | | | |
| FEF25-75% | L/sec | | 2.13 | 0.54 | 0.97 | | | | | |
| PEF | L/sec | | 3.60 | 2.30 | 3.18 | | | | | |
| FEF/FIF50 | | | 1.74 | 0.83 | 0.73 | | | | | |
| FVL ECode | | | _011 | _000 | _010 | | | | | |
| FVL Time | | | 10:56 | 10:57 | 11:01 | | | | | |
| | | | | | | | | | | |
| **Lung Volumes** | | | | | | | | | | |
| TLC | Liters | | 3.84 | | | | | | | |
| VC | Liters | | 2.16 | | | | | | | |
| FRC PL | Liters | | 2.19 | | | | | | | |
| ERV | Liters | | 0.51 | | | | | | | |
| RV | Liters | | 1.68 | | | | | | | |
| RV/TLC | % | | 44 | | | | | | | |
| LVol Time | | | 11:13 | | | | | | | |

CL#

Birth Date: █████

ID: ████████

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001222

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPALDO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female



**All Flow Volumes Pre Rx**



**All Flow Volume Post Rx**

CL#

ID:

Birth Date:

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001223

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

Name: WOOTEN, NICOLE S
Physician: GRIPAI DO, RIA
Diagnosis: J45.909

Date: 04/18/24
Pack Years:
Race: African American

Room: PFT Rm 6 PBar: 740
Weight(kg): 96.4 Height(cm): 168
Technician: Lala Kees, RRT

Age: 38
Sex: Female



CL#

Birth Date: ▮▮▮▮▮

ID: ▮▮▮▮▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001224

WOOTEN , NICOLE                                     ████████                                     04/18/2024

**Physician Interpretation**

The study did not meet the minimum standards of reliability and reproducibility, thereby limiting the interpretation. There is no overt obstruction. FEV1 and FVC are both mildly reduced. The lung volumes are normal. Overall this respresents a nonspecific ventilatory defect which may be due to underlying obstruction.

(Physician   05/01/2024 08:50AM, Ria Gripaldo, MD / Final: 05/01/2024 08:50AM, Ria Gripaldo, MD)

NW001225

**Pulmonary & Sleep Medicine Associates, LLP**
*Pulmonary Disease • Sleep Disorders • Critical Care Medicine • Internal Medicine*

# 6 Minute Walk Test (6MWT)

Date 6/27/24 Ordering Physician Graham Test Administrator __

Patient Name Wooten, Nicole MR# ██████ Age 38

Height 66 In Weight 208 lb Gender: ☐M ☑F DOB ██████

| | Pre-Test | | Post Test | | |
|---|---|---|---|---|---|
| Time | | | 1:25 | | Hour:Minute |
| Blood Pressure | 144/96 | | 152/100 | | mm Hg |
| Heart Rate | 74 | | 111 | | bpm |
| Dyspnea | 2 | | 4 | | (Borg Scale, 0-10) |
| Fatigue | 3 | | 4 | | (Borg Scale, 0-10) |
| SpO2 | 99 | % | 100 | | % |

First 6MWT? ☑Yes ☐No    If No, Baseline 6MWT _____ feet, date _____
                          Most recent 6MWT _____ feet, date _____

Any Change in patient history since last 6MWT?
_____    _____

Supplemental oxygen during the test? ☑No ☐Yes if Yes, flow _____ L/min    NC    Mask

Stopped before 6 minutes? ☐No ☑Yes If Yes, __5__ min __24__ sec
Reason _____
Paused during test ☐No ☑Yes If Yes, number of pauses 11 _____

**6MWT results**
Lowest SpO2 __98__ %    Highest Heart rate __119__ bpm

Number of laps __9__ x 100 feet+ __=__ feet= __900__ feet (total distance walked in 6 mins)

Lap Counter: Please place a check mark below for each 100 ft lap walked if mechanical counter is not available.
||||||||||

Did the patient experience any pain or discomfort during the test? ☐No ☑Yes
If Yes, explain: _____    _____
Other Symptoms at end of test: ☑Angina ☑Dizziness ☐Hip pain ☐Leg pain ☐Calf pain

☑ Report sent to ordering physician    ☑ Report placed in chart

Test administrator signature _____ Date 06/27/24

Change from prior 6MWT: ☐ Improved ☐ Deteriorated ☐ No Change ☐ N/A (baseline)

Reviewing physician signature _____ Date _____

NW001226

# Pulmonary & Sleep Medicine Associates, LLP

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road, Ste 101
Fayetteville, GA 30214

## Established Pulmonary Patient Visit

Date: 6/27/2024     Referring Physician: ___     PCP: Acker, Terri M. MD

Patient Name: Wooten, Nicole     DOB ▓     Age 38     Account # ▓

**Vital Signs**
- Wt 208.0 lbs. Ht 5 ft 6 in BMI ___ Neck Size 14 in Staff Initials ___
- BP 144 / 96 P 74 R 16 T 97.9
- Pulse Ox 99 % / Room Air ✓ O2 ___ LPM ▢ Continuous ▢ Pulse ▢ Nocturnal only DME Co ___

CC: 6 month pulmonary flu wants comut

**HPI**
- Dyspnea  Duration ___ Wheezing  Orthopnea  PND
- Cough  Duration ___ Dry / Productive  Sputum - ___  Hemoptysis
- Chest Pain  Duration ___ Location Left  Dull / Sharp / Pressure

Hospital stay since last OV? ER 6/23/24 chest (DB) northside

ECHO Completed? ▢ Yes 2023 Date or ▢ No Cardiologist Atlanta Heart

Allergies: In GW

Medications: UTD GW

Immunizations: ▢ Flu Vacc ___ ▢ Prevnar 13 ___ ▢ Prevnar 20 ___ ▢ Pneumonia Vacc ___
▢ Covid Vacc ___  ▢ Other ___

Mobility: ▢ cane ▢ Walker ▢ Wheelchair ▢   marijuana and off

Social History: Alcohol (drinks per day) OCC  Smoking: yes ___ ppd x 14 years ☑ Ex-smoker ▢ Non-smoker
Drugs ___  Other ___

Occupational History: CDL License ▢ yes or ☑ No  federal officer

### STOP- BANG Questionnaire

| STOP | | |
|---|---|---|
| Do you Snore loudly (louder than talking or loud enough to be heard through closed doors)? | Yes | No |
| Do you often feel Tired, fatigued, or sleep during daytime? | Yes | No |
| Has anyone Observed you stop breathing during your sleep? | Yes | No |
| Do you have or are you being treated for high blood Pressure? | Yes | No |
| **BANG** | | |
| BMI more than 35kg/m2? | Yes | No |
| Age over 50yrs old? | Yes | No |
| Neck circumference >16 inches (40cm)? | Yes | No |
| Gender: Male? | Yes | No |
| Total Score (Yes answers) | 4 | |

Risk level: 5-8 High   3-4 Intermediate   0-2 Low

Additional Notes:

BANG Level 4

## *Report Title*

| Patient Data | Name: WOOTEN, NICOLE | Height: 66 in | Gender: Female |
|---|---|---|---|
| Age: 36 | DOB: ▮▮▮▮ | Weight: 208 lb | BMI: 33.6 |
| Physician: GRAHAM | | Note 2: | ID: ▮▮▮▮ |
| Note 1: | | | |

| Recording Date: 27 June 2024 | Time: 02:51:30 | Duration: 00:05:24 | Analyzed: 00:05:24 |
|---|---|---|---|
| Comments: | | | |

**Test Location:** Indoors
**Walking Aids Used:** None
**Reason for Testing:** Exertional Dyspnea

**Supplemental Oxygen:** None

### Testing

| Time | O2 (l/min) | SpO2 | PR | BP | Dyspnea | Rest (sec) | Comment |
|---|---|---|---|---|---|---|---|
| Baseline | | 99 | 97 | | | | |
| 0:30 | | 99 | 103 | | | | |
| 1:00 | | 99 | 115 | | | | |
| 1:30 | | 99 | 119 | | | | |
| 2:00 | | 97 | 114 | | | | |
| 2:30 | | 96 | 116 | | | | |
| 3:00 | | 99 | 112 | | | | |
| 3:30 | | 100 | 99 | | | | |
| 4:00 | | 99 | 105 | | | | |
| 4:30 | | 99 | 104 | | | | |
| 5:00 | | 98 | 103 | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

### Recovery

| 0:30 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |

**Distance per Lap:**          **Number of Laps:**          **Total Distance Walked:**

**Number of Stops:** 0          **Total Time Stopped (seconds):** 0
**Reason for Stops:**

**Medications:**

**Comments:**

Physician Signature

Date

Performed By

Patient Sticker

Name: WOOTEN, NICOLE          ID: ▮▮▮▮

NW001228

```
0:00:00 - *** - ***
0:00:04 - 99 - 97
0:00:08 - 100 - 95
0:00:12 - 100 - 100
0:00:16 - 100 - 100
0:00:20 - 100 - 100
0:00:24 - 100 - 101
0:00:28 - 100 - 104
0:00:32 - 99 - 103
0:00:36 - 99 - 103
0:00:40 - 99 - 102
0:00:44 - 98 - 100
0:00:48 - 98 - 111
0:00:52 - 99 - 113
0:00:56 - 98 - 114
0:01:00 - 100 - 114
0:01:04 - 99 - 115
0:01:08 - 99 - 117
0:01:12 - 100 - 117
0:01:16 - 99 - 117
0:01:20 - 99 - 116
0:01:24 - 99 - 116
0:01:28 - 99 - 116
0:01:32 - 99 - 115
0:01:36 - 99 - 115
0:01:40 - 98 - 112
0:01:44 - 98 - 112
0:01:48 - 98 - 113
0:01:52 - 98 - 113
0:01:56 - 98 - 113
0:02:00 - 98 - 113
0:02:04 - 97 - 114
0:02:08 - 97 - 114
0:02:12 - 98 - 118
0:02:16 - 98 - 118
0:02:20 - 98 - 118
0:02:24 - 99 - 118
0:02:28 - 99 - 118
0:02:32 - 98 - 118
0:02:36 - 98 - 118
0:02:40 - 98 - 118
0:02:44 - 98 - 118
0:02:48 - 98 - 118
0:02:52 - 99 - 119
0:02:56 - 99 - 119
0:03:00 - 99 - 115
0:03:04 - 99 - 112
0:03:08 - 99 - 108
0:03:12 - 99 - 107
0:03:16 - 100 - 108
0:03:20 - 100 - 97
0:03:24 - 100 - 97
0:03:28 - 100 - 96
0:03:32 - 100 - 96
0:03:36 - 100 - 96
0:03:40 - 100 - 96
0:03:44 - 100 - 98
0:03:48 - 99 - 100
0:03:52 - 99 - 100
0:03:56 - 99 - 101
0:04:00 - 99 - 103
0:04:04 - 99 - 106
0:04:08 - 99 - 106
0:04:12 - 99 - 106
0:04:16 - 99 - 104
0:04:20 - 99 - 103
0:04:24 - 99 - 104
0:04:28 - 99 - 104
0:04:32 - 99 - 104
0:04:36 - 99 - 104
0:04:40 - *** - ***
0:04:44 - 98 - 106
0:04:48 - 98 - 108
0:04:52 - 98 - 109
0:04:56 - 98 - 107
0:05:00 - 98 - 107
0:05:04 - 98 - 107
0:05:08 - 98 - 109
0:05:12 - 99 - 106
0:05:16 - 99 - 111
0:05:20 - 100 - 111
0:05:24 - 100 - 111
```

Name: WOOTEN, NICOLE    ID: ███████

NW001229

# Pulmonary and Sleep Medicine Associates LLP
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooten | **Visit Date:** | June 27, 2024 |
| **Patient I D:** | ▉ | **Provider:** | Carlotte Graham, MD |
| **Sex:** | Female | **Location:** | PSMA Stockbridge |
| **Birthdate:** | ▉ | **Location Address:** | 915 Eagles Landing Pkwy Stockbridge, GA 30281 6381 |
| **Referring Provider:** | Terri M. Acker MD | **Location Phone:** | (770) 996 6699 |

## Chief Complaint

- Routine Follow-up

## History Of Present Illness

The patient is a 38 year old African American/Black female referred by Terri M. Acker MD for asthma and currently is feeling worse. Since last visit, the patient has had no recent infection.

The patient has had chest tightness and wheezing and has no shortness of breath, cough, chest pain, fever, chills, weight loss, and ankle swelling

There are no significant comorbid conditions. The patient has no significant risk factors for morbidity. Medications are listed in the PFSH. She has had no prednisone bursts since last visit. The patient has had no ER visits, no hospitalizations. She has had no decrease in normal daily activity. She had stopped smoking years ago.

Since the previous visit, the patient has had no new tests.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | | Phreesia 08/23/2022 |
| Chemical exposure | | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Cholecystectomy | | |
| Myomectomy | | |
| Other | — | - Phreesia 09/06/2023 |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| albuterol sulfate inhalation solution for nebulization 2.5 mg /3 mL (0.083 %) | 09/26/2023 | inhale 3 milliliters (2.5 mg) by nebulization route 3 times per day for 30 days |
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 08/24/2022 | inhale 1 - 2 puffs (90 - 180 mcg) by inhalation route every 4 hours as needed for 30 days |
| budesonide 1 mg/2 mL suspension for nebulization | 06/27/2024 | inhale 2 milliliters (1 mg) by nebulization route once daily for 30 days |
| buspirone oral | | take 1 by oral route daily |
| cyclobenzaprine 10 mg tablet | | take 1 tablet by oral route daily as needed |
| fluoxetine 20 mg capsule | | |
| formoterol fumarate 20 mcg/2 ml solution for nebulization | 06/27/2024 | inhale 2 milliliters (20 mcg) via nebulizer by inhalation route 2 times per day in the morning and evening for 30 days |
| Wegovy 2.4 mg/0.75 mL subcutaneous pen injector | | inject 2.4 mg by subcutaneous route once weekly on the same day of each week |

**NW001230**

[Digital Signature Validated

| Yupelri 1 /5 mcg/3 mL solution for nebulization | 06/27/2024 | inhale 3 milliliters (1 /5 mcg) by nebulization route once daily for 30 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Dust Mite | | | Phreesia 08/23/2022 |
| Other | -- | -- | Migraine medication - Phreesia 08/23/2022 |

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| epilepsy | Mother/ | Phreesia 08/23/2022 |
| Family history of Diabetes | Grandmother (materna)/ | - Phreesia 08/23/2022 |
| lupus | Mother/ | Phreesia 08/23/2022 |
| seizures | Mother/ | Phreesia 08/23/2022 |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | / | 1 4 / week | Phreesia 08/23/2022 Use status used: Current some day Amount used. 1 4 / week |
| CHEMICALS | | / | | |
| Divorced | | / | | Phreesia 08/23/2022 |
| Government employee | | / | | |
| Marijuana | Former | --/-- | -- | -- |
| Tobacco | Former | 21/31 | social | - Phreesia 08/23/2022 |

## Review of Systems

**Constitutional**
- Denies : weight loss, weight gain, fever, night sweats, swelling of the lower extremities

**Eyes**
- Denies : glaucoma, cataract, use glasses, blurring of vision

**HENT**
- Denies : decreased hearing, earache, ear draining, sinus congestion, allergy, hay fever, nosebleed

**Cardiovascular**
- Admits : chest pain
- Denies : angina, palpitation, heart skippping or racing, high blood pressure

**Respiratory**
- Admits : cough, sputum, wheezing, shortness of breath

**Gastrointestinal**
- Denies : indigestion, heartburn, nausea, vomiting, vomiting blood, stomach ulcer, stomach pains, bleeding from rectum, blood in stools, hemorrhoids, significant change in bowel habits, diarrhea, constipation, hernia

**Genitourinary**
- Denies : burning on urination, blood in urine, difficulty urinating, difficulty controlling urination

**Integument**
- Denies : rash, itching, lumps or bumps, moles

**Neurologic**
- Denies : dizziness, fainting spells, seizures, stroke, weakness or numbness of the upper or lower extremity

**Musculoskeletal**
- Denies : arthritis, joint pain, joint swelling, joint stiffness, back pain, muscle pain

**Endocrine**
- Denies : diabetes, thyroid problem, intolerance to hot or cold weather, increased thirst with frequent urination

**Psychiatric**
- Denies : anxiety, depression, hallucinations

**Heme-Lymph**
- Denies : anemia, bleeding problems, easy bruising, Leukemia, Lymphoma, gland enlargement

## Vitals

NW001231

[Digital Signature Validated

| Date | Time | BP | Position | Site | Cuff L/R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR L/min FiO2 HG |
|------|------|-----|----------|------|---------------|-----|-----|----------|-----|-----|-----------|--------|--------|------------------|
| 08/27/2024 | 01:07 PM | 144/98 | Sitting | | | 74 - R | 18 | 97.9 | 208lbs 0oz | 5' 8" | 33.57 | 2.1 | 99 % | 21% |

## Physical Examination

**Constitutional**
- **Appearance** : Well developed, well-nourished, normal stature for age, well-tended appearance

**ENT**
- **Nose** : Mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midlinedischarge
- **Teeth and Gums** : Gums pink, non-swollen, no bleeding present
- **Oropharynx** : Oral mucosa normal without pallor or cyanosis

**Respiratory**
- **Inspection of Chest** : Normal appearance, no retractions
- **Respiratory Effort** : Breathing unlabored
- **Percussion of Chest** : No dullness, flatness, or hyperresonance
- **Palpation of Chest** : Nontender, vocal fremitus normal
- **Auscultation of Lungs** . normal breath sounds, no rales, no rhonchi, no wheezing

**Cardiovascular**
- **Auscultation of Heart** : Regular rate, normal rhythm, no murmurs present, no pericardial friction rub, normal S1, normal S2, no S3 present, no S4 present

**Gastrointestinal**
- **Abdominal Examination** : Bowel sounds present and active, abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
- **Liver and spleen** : No hepatomegaly present, liver nontender to palpation

**Neuro-Psyche**
- **Orientation** : Grossly oriented to person, place and time
- **Mood and Affect** : Mood normal, affect appropriate

## Results

6 mwt no desat

**NW001232**

[Digital Signature Validated

## Assessment

- (1) Cough    786.2/R05
- (2) PND (post-nasal drip)    784.91/R09.82
- (3) Asthma    493.90/J45.909

## Plan

### Medications
- Medications have been Reconciled
- Transition of Care or Provider Policy

### Instructions
- I discussed with the patient the current status of their pulmonary disease.
- I recommended continuing on present medications.
- pt may return to work. Pt requesting working from home cap w weather
- refills

### Disposition
- Call or Return if symptoms worsen or persist.

Electronically Signed by: Carlette Graham, MD -Author on June 28, 2024 03:55:34 PM

NW001233

[Digital Signature Validated

GLOBAL LUNG INITIATIVE    TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA    FEV1/FVC    76 %

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: WOOTEN, NICOLE S | | Date: 04/18/24 | | Room: PFT Rm 6 | PBar:740 | Age: 38 |
| Weight: 212 lb   ( 96.4 kg) | | Armspan:   0 cm | | Height: 168 cm (66 in) | Race: African American | Sex: Female |
| Physician: GRIPALDO, RIA | | Pack Years: | | Diagnosis: J45.909 | Technician: Lala Kees, RRT | |

**SPIROMETRY:** (GLI 2012)

| | | Pred | 2SD | Pre | %Pred | Post | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.00 | (> 3.20) | 3.17 | 79 | | | |
| FEV1 | Liters | 3.29 | (> 2.62) | 2.40 | 73 | | | |
| FEV1/FVC | % | 83 | (> 71) | 76 | | | | |
| FEV1/SVC | % | | | 69 | | | | |
| FEF25-75% | L/sec | 3.42 | (> 2.11) | 2.13 | 62 | | | |
| PEF | L/sec | 7.33 | | 3.60 | 49 | | | |
| FET100% | Sec | | | 4.91 | | | | |
| TLC | Liters | 5.30 | (4.32 6.28) | 5.19 | 98 | | | |
| RV | Liters | 1.65 | (1.08-2.22) | 1.68 | 102 | | | |
| RV/TLC | % | 32 | | 32 | | | | |
| FRC N2 | Liters | 2.81 | (1.99-3.63) | | | | | |
| FRC PI | Liters | 2.81 | (1.99-3.63) | 2.19 | 78 | | | |
| ERV | Liters | 1.27 | | 0.51 | 40 | | | |
| VC | Liters | 3.56 | (> 2.87) | 3.51 | 98 | | | |

**BLOOD GASES:** O2 L Flow:

| | PRED |
|---|---|
| FIO2 | |
| pH | 7.35-7.45 |
| PCO2 | 35 - 45 mmHg |
| PO2 | 80 - 100 (RA) mmHg |
| BE | -2.0 - 2.0 mmol/L |
| HCO3 | 21 - 29 mmol/L |
| THb | M 12.9-16.1/ F 11.4 - 14.4 g/l |
| O2Hb | 95 - 98% |
| COHb | 0.5 - 1.5% |
| MetHb | < 3% |
| O2Ct | 15.0 - 24 mL/dL |
| A-aO2 | 21.4 |

| FeNO | ppb | (5-25) |
|---|---|---|

PRE
FVL ECode   01101
FEF/FIF50 1.74

POST
FVL ECode
FEF/FIF50

**MECHANICS/PRESSURES:**

| | Meas | Pred | 2SD | % Pred |
|---|---|---|---|---|
| sGaw L/s/cmH20/L (GLI 2012) | | 0.259 | | |
| PI max cmH2O (Blacks&Hyatt) | | 85 | (> 61) | |
| PE max cmH2O | | 150 | (> 109) | |
| MVV L/min (Tammeron(GLI2011)) | | 105 | (> 105) | |

**SINGLE BREATH DLCO:**   (GLI 2012)

| | | Pred | 2SD |
|---|---|---|---|
| DLCO | mL/mmHg/min | 23.7 | (18.6 -28.8) |
| DL Adj | ml /mmHg/min | | |
| DL/VA Adj | mL/mHg/min/L | 4.45 | (3.50 -5.40) |
| DLCO/VA | ml /mHg/min/l | | |
| VA | Liters | 5.42 | |
| IVC | Liters | | (% of best VC of FVC) |
| Kroughs | l/mn | | |

**TREND REPORT**

| | | | | | 04/18/24 |
|---|---|---|---|---|---|
| FVC | (pre / post) | / | / | / | 3.17 / |
| FEV1 | (pre / post) | / | / | / | 2.40 / |
| TLC | (pre / post) | / | / | / | 5.19 / |
| DL Adj | | | | | |
| FeNO | | | | | |

FIO2 during walk test
Baseline Spo2(PR);BP

Distance and duration
Walking SpO2(PR);BP    Ex:    Ex:    Ex:    Ex:

Recovery SpO2(PR)

**COMMENTS:**   (ATS Predicted for 6 min. Walk Test:    Male =    636    2086 meters or    foot;    Female =    577 meters or    1893 foot.)
Patient came in on RA Spo2 98% PR 83 BP 126/73; Temp 98.7

Results questionable due to patient ability to perform manuevers. Patient appears to have alot of chest discomfort.
Patient unable to perform FENO. Patient attempted a few times.

| ID: | CL# | Birth Date: | Emory Report (predicted version 3.b.04) PF Reference: GLI 2012 (Caucasian) |
|---|---|---|---|

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

| Name: WOOTEN, NICOLE S | Date: 04/18/24 | Room: PFT Rm 6 PBar: 740 | Age: 36 |
| Physician: GRIPALDO, RIA | Pack Years: | Weight(kg): 96.4 Height(cm): 168 | Sex: Female |
| Diagnosis: J45.909 | Race: African American | Technician: Lala Kees, RRT | |

| Pre | | | Trial 1 | Trial 2 | Trial 3 | Trial 4 | Trial 5 | Trial 6 | Trial 7 | Trial 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Spirometry** | | | | | | | | | | |
| FVC | Liters | | 3.17 | 3.32 | 3.01 | | | | | |
| FEV1 | Liters | | 2.40 | 1.59 | 1.76 | | | | | |
| FEV1/FVC | % | | 76 | 48 | 58 | | | | | |
| FEV3 | Liters | | 3.07 | 2.28 | 2.58 | | | | | |
| FEF25-75% | L/sec | | 2.13 | 0.54 | 0.97 | | | | | |
| PEF | L/sec | | 3.60 | 2.30 | 3.18 | | | | | |
| FEF/FIF50 | | | 1.74 | 0.83 | 0.73 | | | | | |
| FVL ECode | | | _011 | _000 | _010 | | | | | |
| FVL Time | | | 10:56 | 10:57 | 11:01 | | | | | |
| | | | | | | | | | | |
| **Lung Volumes** | | | | | | | | | | |
| TLC | Liters | | 3.84 | | | | | | | |
| VC | Liters | | 2.16 | | | | | | | |
| FRC PL | Liters | | 2.10 | | | | | | | |
| ERV | Liters | | 0.51 | | | | | | | |
| RV | Liters | | 1.68 | | | | | | | |
| RV/TLC | % | | 44 | | | | | | | |
| LVol Time | | | 11:13 | | | | | | | |

CL#

ID: ▮▮▮▮▮

Birth Date: ▮▮▮▮▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001235

TCC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

| | | |
|---|---|---|
| Name: WOOTEN, NICOLE S | Date: 04/18/24 | Room: PFT Rm 6 PBar: 740  Age: 38 |
| Physician: GRIPALDO, RIA | Pack Years: | Weight(kg): 96.4 Height(cm): 168  Sex: Female |
| Diagnosis: J45.909 | Race: African American | Technician: Lala Kees, RRT |

**All Flow Volumes Pre Rx**



**All Flow Volume Post Rx**

CL#

ID:

Birth Date:

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001236

TEC PFT LAB - Micah Fisher, MD, Med Dir.
1365 Clifton Rd, NE Atlanta, GA

| | | | |
|---|---|---|---|
| Name: WOOTEN, NICOLE S | Date: 04/18/24 | Room: PFT Rm 6 PBar: 740 | Age: 38 |
| Physician: GRIPAI DO, RIA | Pack Years: | Weight(kg): 96.4 Height(cm): 168 | Sex: Female |
| Diagnosis: J45.909 | Race: African American | Technician: Lala Kees, RRT | |



CL#

ID: ▮

Birth Date: ▮

Emory Report November 2010    PF Reference: GLI 2012 (Caucasian)

NW001237

WOOTEN , NICOLE                                    ▉                                    04/18/2024

**Physician Interpretation**

The study did not meet the minimum standards of reliability and reproducibility, thereby limiting the interpretation. There is no overt obstruction. FEV1 and FVC are both mildly reduced. The lung volumes are normal. Overall this respresents a nonspecific ventilatory defect which may be due to underlying obstruction.

(Physician  05/01/2024 08:50AM, Ria Gripaldo, MD / Final: 05/01/2024 08:50AM, Ria Gripaldo, MD)

NW001238



**EMORY**
HEALTHCARE

Emory Heart and Vascular Center at St. Joseph's

Emory Sports Cardiology Performance Lab

5671 Peachtree Dunwoody, Atlanta, GA 30342

| Name | Wooton, Nicole | ID: | ▮▮▮ | BSA: | 2.03 | Date: | 08/18/2023 |
|---|---|---|---|---|---|---|---|
| Tech: | Taylor, Derek. | Height: | 66.00 | Age: | 38 | Room: | |
| Referring: Kim, Jonathan | | Weight: | 206.00 | Sex: | Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | | | |

GX Interpretation

Protocol: Treadmill - Bruce

Reason for Stopping: Fatigue

Symptoms: CP/SOB

ELECTROCARDIOGRAM:
Pre-test ECG: Normal
Exercise ECG: Normal
Post-test ECG: Normal
Arrhythmias: None

INTERPRETATION:
Exercise Capacity:
1. The patient was cooperative but made a poor effort.
2. The exercise was sub-maximal as shown by an RER >/= 0.90 at WRmax.
3. The peak oxygen uptake was 13.6 ml/kg/min (59% predicted) indicating reduced exercise capacity.

Cardiovascular
1. Maximal exercise heart rate was 150 bpm (82% predicted maximum) indicating a normal chronotropic response to exercise.
2. Heart rate recovery was normal (>24 bpm at 2 minutes)
3. The patient had a HTN blood pressure at rest (142/86) with marginal augmentation in systolic blood pressure (152/76) with exercise.
4. The O2 pulse was low.
5. The VO2 at anaerobic threshold was not assessed as sub-max effort.

Pulmonary
1. The FEV1 and FVC were abnormal and consistent with an obstructive component.
2. The breathing reserve was normal (30-50%).
3. The respiratory rate was normal.
4. The VE/VCO2 nadir was normal and the PETCO2 at rest and with exercise were normal indicating normal pulmonary perfusion and ventilation-perfusion matching during exercise.
5. The SaO2 at WRmax is consistent with normal arterial oxygenation during exercise.

CONCLUSION:
This was a sub-maximum effort study based on a peak RER >/=0.90. The patient demonstrated reduced exercise capacity based on a peak VO2 of 59% predicted (sub-max). There was a normal cardiovascular response to exercise based on normal augmentation in HR. Did not reach ventilatory threshold and SBP augmentation was marginal, although this was not a max effort. Ventilatory efficiency (VE/VCO2 nadir) appeared normal, but again, sub-max effort. Can not exclude pulmonary mechanical limits to exercise based on resting PFTs. The ECG displayed no signs of myocardial ischemia and no

NW001239



Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab

5671 Peachtree Dunwoody, Atlanta, GA 30342

| | | | |
|---|---|---|---|
| Name: Wooten, Nicole | ID: ▮▮▮▮ | BSA: 2.03 | Date: 08/18/2023 |
| Tech: Taylor, Derek | Height: 66.00 | Age: 38 | Room: |
| Referring: Kim, Jonathan | Weight: 206.00 | Sex: Female | Race: <Other> |
| Reading: Kim, Jonathan | | | |

arrhythmias with exercise or during recovery, sub-max effort, though with symptoms. Clinical correlation required with these findings.

Jonathan H. Kim

NW001240



**EMORY**
HEALTHCARE

Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab
5671-Peachtree Dunwoody, Atlanta, GA 30342

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Wooten, Nicole | ID: | ▮▮▮▮ | BSA: 2.03 | Date: | 08/18/2023 |
| Tech: | Taylor, Derek | Height: 66.00 | | Age: 38 | Room: | |
| Referring: Kim, Jonathan | Weight: 206.00 | | Sex: Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | | |

### Spirometry

| | FVC | FEV1 | FEV1/FVC | | |
|---|---|---|---|---|---|
| Predicted | 3.67 | 3.05 | 83 | | |
| Pre | 3.82 | 1.54 | 40 | | |
| % Predicted | 104 | 50 | 48 | | |

### Exercise

| | Rest | AT | VO2 Max | Pred | VO2 Max/Pred (%) |
|---|---|---|---|---|---|
| **— WORK —** | | | | | |
| Time (min) | 10:10 | 14:10 | 13:50 | | |
| Ex Time (min) | | 3:55 | 3:35 | | |
| Speed (MPH) | | 2.5 | 2.5 | | |
| Grade (%) | 0.2 | 11.8 | 11.8 | | |
| **— O2 CONSUMPTION —** | | | | | |
| VO2 (mL/kg/min) | 4.1 | 15.5 | 13.6 | 23.1 | 59 |
| VO2 (mL/min) | 380 | 1445 | 1271 | 2159 | 59 |
| RER | 0.87 | 0.94 | 0.90 | | |
| METS | 1.2 | 4.4 | 3.9 | 6.6 | 59 |
| **— VENTILATION —** | | | | | |
| RR (br/min) | 7 | 23 | 21 | | |
| Vt BTPS (mL) | 1563 | 1798 | 1660 | | |
| VE BTPS (L/min) | 10.8 | 41.2 | 35.4 | 61.0 | 58 |
| BR (%) | 82.5 | 33.0 | 42.4 | | |
| VE/VO2 | 28 | 28 | 28 | 20 | 140 |
| VE/VCO2 | 32 | 30 | 31 | 16 | 190 |
| Vt/FVC (%) | 41 | 47 | 43 | | |
| Vt/IC (%) | | | | | |
| **— CARDIAC —** | | | | | |
| HR (BPM) | 108 | 144 | 140 | 182 | 77 |
| VO2/HR (mL/beat) | 4 | 10 | 9 | 12 | 77 |
| HRR (%) | 40.7 | 21.0 | 23.4 | | |
| **— V/Q —** | | | | | |
| PETO2 (mmHg) | 97 | 103 | 102 | | |
| PETCO2 (mmHg) | 38 | 38 | 37 | | |

### Normals



**Emory Heart and Vascular Center at St. Joseph's**
Emory Sports Cardiology Performance Lab

5671 Peachtree Dunwoody, Atlanta, GA 30342

| | | | | |
|---|---|---|---|---|
| Name   Wooten, Nicole | ID: ■■■■ | BSA: 2.03 | Date: 08/18/2023 |
| Tech:   Tayler, Derek | Height: 66.00 | Age: 38 | Room: |
| Referring: Kim, Jonathan | Weight: 206.00 | Sex: Female | Race: <Other> |
| Reading: Kim, Jonathan | | | |

GX Interpretation

Protocol: Treadmill - Bruce

Reason for Stopping: Fatigue

Symptoms: CP/SOB

ELECTROCARDIOGRAM:
Pre-test ECG: Normal
Exercise ECG: Normal
Post-test ECG: Normal
Arrhythmias: None

INTERPRETATION:
Exercise Capacity:
1. The patient was cooperative but made a poor effort.
2. The exercise was sub maximal as shown by an RER ~/= 0.90 at WRmax.
3. The peak oxygen uptake was 15.6 ml/kg/min (59% predicted) indicating reduced exercise capacity.

Cardiovascular
1. Maximal exercise heart rate was 150 bpm (82% predicted maximum) indicating a normal chronotropic response to exercise.
2. Heart rate recovery was normal (>24 bpm at 2 minutes)
3. The patient had a HTN blood pressure at rest (142/86) with marginal augmentation in systolic blood pressure (152/76) with exercise.
4. The O2 pulse was low.
5. The VO2 at anaerobic threshold was not assessed as sub-max effort.

Pulmonary
1. The FEV1 and FVC were abnormal and consistent with an obstructive component
2. The breathing reserve was normal (30-50%).
3. The respiratory rate was normal.
4. The VE/VCO2 nadir was normal and the PETCO2 at rest and with exercise were normal indicating normal pulmonary perfusion and ventilation-perfusion matching during exercise.
5. The SaO2 at WRmax is consistent with normal arterial oxygenation during exercise.

CONCLUSION:
This was a sub-maximum effort study based on a peak RER >/=0.90. The patient demonstrated reduced exercise capacity based on a peak VO2 of 59% predicted (sub-max). There was a normal cardiovascular response to exercise based on normal augmentation in HR. Did not reach ventilatory threshold and SBP augmentation was marginal, although this was not a max effort. Ventilatory efficiency (VE/VCO2 nadir) appeared normal, but again, sub-max effort. Can not exclude pulmonary mechanical limits to exercise based on resting PFTs. The ECG displayed no signs of myocardial ischemia and no

NW001242



**Emory Heart and Vascular Center at St. Joseph's**
**Emory Sports Cardiology Performance Lab**
5671 Peachtree Dunwoody, Atlanta, GA 30342

| | | | | | |
|---|---|---|---|---|---|
| Name | Wooten, Nicole | ID: ▓▓▓ | BSA: 2.03 | Date: | 08/18/2023 |
| Tech: | Taylor, Derek | Height: 66.00 | Age: 38 | Room: | |
| Referring: Kim, Jonathan | | Weight: 206.00 | Sex: Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | |

arrhythmias with exercise or during recovery, sub-max effort, though with symptoms. Clinical correlation required with these findings.

Jonathan H. Kim

NW001243



EMORY HEALTHCARE

Emory Heart and Vascular Center at St. Joseph's
Emory Sports Cardiology Performance Lab
5671 Peachtree Dunwoody, Atlanta, GA 30342

| Name | Wooten, Nicole | ID: | ▮▮▮▮ | BSA: | 2.03 | Date: | 08/18/2023 |
|---|---|---|---|---|---|---|---|
| Tech: | Taylor, Derck | Height: | 66.00 | Age: | 38 | Room: | |
| Referring: Kim. Jonathan | | Weight: | 206.00 | Sex: | Female | Race: | <Other> |
| Reading: Kim, Jonathan | | | | | | | |

## Spirometry

| | FVC | FEV1 | FEV1/FVC | | |
|---|---|---|---|---|---|
| Predicted | 3.67 | 3.05 | 83 | | |
| Pre | 3.82 | 1.54 | 40 | | |
| % Predicted | 104 | 50 | 48 | | |

## Exercise

| | Rest | AT | VO2 Max | Pred | VO2 Max/Pred (%) |
|---|---|---|---|---|---|
| — WORK — | | | | | |
| Time (min) | 10:10 | 14:10 | 13:50 | | |
| Ex Time (min) | | 3:55 | 3:35 | | |
| Speed (MPH) | | 2.5 | 2.5 | | |
| Grade (%) | 0.2 | 11.8 | 11.8 | | |
| — O2 CONSUMPTION — | | | | | |
| VO2 (mL/kg/min) | 4.1 | 15.5 | 13.6 | 23.1 | 59 |
| VO2 (mL/min) | 380 | 1445 | 1271 | 2159 | 59 |
| RER | 0.87 | 0.94 | 0.90 | | |
| METS | 1.2 | 4.4 | 3.9 | 6.6 | 59 |
| — VENTILATION — | | | | | |
| RR (br/min) | 7 | 23 | 21 | | |
| Vt BTPS (mL) | 1563 | 1798 | 1660 | | |
| VE BTPS (L/min) | 10.8 | 41.2 | 35.4 | 61.0 | 58 |
| RR (%) | 82.5 | 33.0 | 42.4 | | |
| VE/VO2 | 28 | 28 | 28 | 20 | 140 |
| VE/VCO2 | 32 | 30 | 31 | 16 | 190 |
| Vt/FVC (%) | 41 | 47 | 43 | | |
| Vt/IC (%) | | | | | |
| — CARDIAC — | | | | | |
| HR (BPM) | 108 | 144 | 140 | 182 | 77 |
| VO2/HR (mL/beat) | 4 | 10 | 9 | 12 | 77 |
| HRR (%) | 40.7 | 21.0 | 23.4 | | |
| — V/Q — | | | | | |
| PETO2 (mmHg) | 97 | 100 | 102 | | |
| PETCO2 (mmHg) | 38 | 38 | 37 | | |

## Normals

NW001244

## Pulmonary & Sleep Medicine Associates, LLP

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road, Ste 101
Fayetteville, GA 30214

### Established Pulmonary Patient Visit

Date: 12/6/2023     Referring Physician: Acker, Terri M. MD     PCP: _____

Patient Name: Wooten, Nicole     DOB ▌     Age 38     Account # ▌

**Vital Signs**
- Wt 215.0 lbs.   Ht 5 ft. 6 in   BMI ____   Neck Size: 14 in   Staff Initials ___
- BP 110 / 72   P 85   R 14   T 98.5
- Pulse Ox 99 % n Room Air  o O2 ___ LPM o Continuous o Pulse n Nocturnal only DME Co. ____

cc: 3 month f/u

### HPI

(DYSPNEA)   Duration ____   Wheezing   Orthopnea   PND
(COUGH)   Duration ____   Dry / Productive   Sputum - ____   Hemoptysis
(CHEST PAIN)   Duration ____   Location left side   Dull / Sharp / Pressure

Hospital stay since last OV? not since Lw

ECHO Completed? n Yes ___ Date or o No   Cardiologist? Atlanta Heart

Allergies: ____

Medications: ____

Immunizations: o Flu Vacc ____  o Prevnar 13 ____  o Prevnar 20 ____  o Pneumonia Vacc ____
o Covid Vacc ____   n Other ____

Mobility: ☐ cane ☐ Walker ☐ Wheelchair ____

Social History: Alcohol (drinks per day) occ   Smoking: yes ____ ppd x ____ years ☑ Ex-smoker ☐ Non-smoker
Drugs: ____   Other: ____

Occupational History: CDL License ☐ yes or ☐ No   federal officer

### STOP- BANG Questionnaire

| STOP | | |
|---|---|---|
| Do you Snore loudly (louder than talking or loud enough to be heard through closed doors)? | Yes | No |
| Do you often feel Tired, fatigued, or sleep during daytime? | Yes | No |
| Has anyone Observed you stop breathing during your sleep? | Yes | No |
| Do you have or are you being treated for high blood Pressure? | Yes | No |
| **BANG** | | |
| BMI more than 35kg/m2? | Yes | No |
| Age over 50yrs old? | Yes | No |
| Neck circumference >16 inches (40cm)? | Yes | No |
| Gender: Male? | Yes | No |

Total Score (Yes answers) ____
Risk level: 5-8 High   3-4 Intermediate   0-2 Low

Additional Notes:

NW001245

# Pulmonary and Sleep Medicine Associates LLP
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooton | **Visit Date:** | December 6, 2023 |
| **Patient ID:** | ■ | **Provider:** | Carlotte Graham, MD |
| **Sex:** | Female | **Location:** | PSMA Stockbridge |
| **Birthdate:** | ■ | **Location Address:** | 915 Eagles Landing Pkwy |
| **Referring Provider:** | Terri M. Acker MD | | Stockbridge, GA 30281 6381 |
| | | **Location Phone:** | (770) 996 6699 |

## Chief Complaint

• Routine Follow-up

## History Of Present Illness

The patient is a 38 year old African American/Black female referred by Terri M. Acker MD for asthma and currently is feeling worse. Since last visit, the patient has had no recent infection.

The patient has had chest tightness and wheezing and has no shortness of breath, cough, chest pain, fever, chills, weight loss, and ankle swelling.

There are WHAT COMORBID DIAGNOSIS ARE THERE? The patient has no significant risk factors for morbidity. Medications are listed in the PFSH. She has had no prednisone bursts since last visit. The patient has had no ER visits, no hospitalizations. She has had no decrease in normal daily activity. She WHAT IS THE SMOKING STATUS?

Since the previous visit, the patient has had no new tests.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | | Phreesia 08/23/2022 |
| Chemical exposure | | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Cholecystectomy | | |
| Myomectomy | | |
| Other | — | - Phreesia 09/06/2023 |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| albuterol sulfate inhalation solution for nebulization 2.5 mg /3 mL (0.083 %) | 09/26/2023 | inhale 3 milliliters (2.5 mg) by nebulization route 3 times per day for 30 days |
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 08/24/2022 | inhale 1 - 2 puffs (90 - 180 mcg) by inhalation route every 4 hours as needed for 30 days |
| buspirone oral | | take 1 by oral route daily |
| cyclobenzaprine 10 mg tablet | | take 1 tablet by oral route daily as needed |
| fluoxetine 20 mg capsule | | -- |
| formoterol fumarate 20 mcg/2 mL solution for nebulization | | inhale 2 milliliters (20 mcg) via nebulizer by inhalation route 2 times per day in the morning and evening |
| Wegovy 2.4 mg/0.75 ml subcutaneous pen injector | | inject 2.4 mg by subcutaneous route once weekly on the same day of each week |
| Yupelri 175 mcg/3 mL solution for nebulization | | inhale 3 milliliters (175 mcg) by nebulization route once daily |

**NW001246**

[Digital Signature Validated

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Dust Mite | -- | -- | - Phreesia 08/23/2022 |
| Other | | | Migraine medication  Phreesia 08/23/2022 |

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| epilepsy | Mother/ | - Phreesia 08/23/2022 |
| Family history of Diabetes | Grandmother (maternal)/ | Phreesia 08/23/2022 |
| lupus | Mother/ | - Phreesia 08/23/2022 |
| seizures | Mother/ | - Phreesia 08/23/2022 |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | --/-- | 1-4 / week | - Phreesia 08/23/2022 Use status used: Current some day Amount used: 1-4 / week |
| CHEMICALS | -- | --/-- | -- | -- |
| Divorced | -- | --/-- | -- | - Phreesia 08/23/2022 |
| Government employee | | / | | |
| Marijuana | Former | / | | |
| Tobacco | Former | 21/31 | social | Phreesia 08/23/2022 |

## Review of Systems

**Constitutional**
- **Admits** : weight gain
- **Denies** : weight loss, fever, night sweats, swelling of the lower extremities

**Eyes**
- **Denies** : glaucoma, cataract, use glasses, blurring of vision

**HENT**
- **Denies** : decreased hearing, earache, ear draining, sinus congestion, allergy, hay fever, nosebleed

**Cardiovascular**
- **Admits** : chest pain
- **Denies** : angina, palpitation, heart skipping or racing, high blood pressure

**Respiratory**
- **Admits** : cough, shortness of breath
- **Denies** : sputum, wheezing

**Gastrointestinal**
- **Denies** : indigestion, heartburn, nausea, vomiting, vomiting blood, stomach ulcer, stomach pains, bleeding from rectum, blood in stools, hemorrhoids, significant change in bowel habits, diarrhea, constipation, hernia

**Genitourinary**
- **Denies** : burning on urination, blood in urine, difficulty urinating, difficulty controlling urination

**Integument**
- **Denies** : rash, itching, lumps or bumps, moles

**Neurologic**
- **Denies** : dizziness, fainting spells, seizures, stroke, weakness or numbness of the upper or lower extremity

**Musculoskeletal**
- **Denies** : arthritis, joint pain, joint swelling, joint stiffness, back pain, muscle pain

**Endocrine**
- **Denies** : diabetes, thyroid problem, intolerance to hot or cold weather, increased thirst with frequent urination

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations

**Heme-Lymph**
- **Denies** : anemia, bleeding problems, easy bruising, Leukemia, Lymphoma, gland enlargement

**All Others Negative**

## Vitals

NW001247

[Digital Signature Validated]

| Date | Time | BP | Position | Site | Cuff L/R Size | I/R | RR | TEMP (F) | WT | I/T | BMI kg/m² | BSA m² | O2 Sat | FR L/min FIO2 I/C |
|------|------|-----|----------|------|------|------|------|------|------|------|------|------|------|------|
| 12/06/2023 | 02:21 PM | 110/72 | Sitting | | 85 | R | 14 | 98.5 | 214lbs 18oz | 5' 6" | 34.7 | 2.13 | 99 % | 21% |

## Physical Examination

### Constitutional
- **Appearance** : Well developed, well-nourished, normal stature for age, well-tended appearance

### ENT
- **Nose** : Mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midlinedischarge
- **Teeth and Gums** : Gums pink, non-swollen, no bleeding present
- **Oropharynx** : Oral mucosa normal without pallor or cyanosis

### Neck
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline, no deformities, no neck incisions
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation, gland position midline
- **Jugular Veins** : No jugular venous distention

### Respiratory
- **Inspection of Chest** : Normal appearance, no retractions
- **Respiratory Effort** : Breathing unlabored
- **Percussion of Chest** : No dullness, flatness, or hyperresonance
- **Palpation of Chest** : Nontender, vocal fremitus normal
- **Auscultation of Lungs** : normal breath sounds, no rales, no rhonchi, no wheezing

### Cardiovascular
- **Auscultation of Heart** : Regular rate, normal rhythm, no murmurs present, no pericardial friction rub, normal S1, normal S2, no S3 present, no S4 present

### Gastrointestinal
- **Abdominal Examination** : Bowel sounds present and active, abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
- **Liver and spleen** : No hepatomegaly present, liver nontender to palpation

### Neuro-Psyche
- **Orientation** : Grossly oriented to person, place and time
- **Mood and Affect** : Mood normal, affect appropriate

## Results

spiro mod obs vent defect

## Assessment

- (1) Cough    786.2/R05
- (2) Sinus congestion    478.19/R09.81
- (3) Sinusitis    473.9/J32.9
- (4) PND (post-nasal drip)    784.91/R09.82
- (5) Asthma    493.90/J45.909

## Plan

### Medications
- Medications have been Reconciled
- Transition of Care or Provider Policy

### Instructions
- I discussed with the patient the current status of their pulmonary disease.
- I recommended continuing on present medications.
- sinus infxn antibx, nasal hygiene

### Disposition
- Call or Return if symptoms worsen or persist.

### Correspondence

NW001248

[Digital Signature Validated]

○ CC this document (Terri M. Acker MD) - 12/6/2023

**Electronically Signed by:** Carlette Graham, MD -Author on December 13, 2023 06:55:44 PM

**NW001249**

[Digital Signature Validated



## Pulmonary & Sleep Medicine Associates

📍 915 Eagles Landing PKWY
📞 7707692208

# Pulmonary Function Test Report



| Patient Details | | | |
|---|---|---|---|
| ID: ▮ | Birth Date: ▮ | Height: 5 feet 6 Inch | Session Details |
| First Name: Nicole | Age: 30 | Weight: 215 lbs | Session Date: Dec 06, 2023 |
| Last Name: Wooten | Gender: Female | BMI: 34.7 | Start Time: 2:16 PM |
| Smoker: No | Ethnicity: African American | Hb: --- g/dL | Technician: Keisha |
| | | O2%: 99.00 % | Physician: Graham |

**Medical Condition:** chemical exposure, sob

**Prediction**
Adults System Default

**Reimbursement Codes:** please review o.v for final results

**LLN:** 70%

## FVC



| | | Pred. | Best | Gr. | % Pred. | Pre #1 |
|---|---|---|---|---|---|---|
| FEV1/FVC | % | 82.49 | 57.08 | | 69% | 57.08 |
| FVC | L | 3.98 | 3.77 | E | 95% | 3.77 |
| FEV1 | L | 3.26 | 2.15 | E | 66% | 2.15 |
| FEF 25 75 | L/sec | 3.39 | 1.70 | | 50% | 1.70 |

**Warnings During Test:**
End of test criteria has not been found



# Pulmonary & Sleep Medicine Associates

📍 915 Eagles Landing PKWY
📞 7707692208

|  |  | Best | LLN | ULN | Zscore | %Pred |
|---|---|---|---|---|---|---|
| FVC | L | 3.77 | 3.18 | 4.81 | -0.42 | 95% |
| FEV1 | L | 2.15 | 2.60 | 3.90 | 2.73 | 66% |
| FEV1/FVC | % | 57.08 | 71.42 | 91.52 | 3.22 | |
| FET | sec | 6.80 | | | | |



# Pulmonary & Sleep Medicine Associates

📍 915 Eagles Landing PKWY
☎ 7707692208

**Medical Report**

✏ Diagnosis:

✏ Conclusion:

✏ Signature: ........................................................................

| DLCO Cal. Check | Date & Time:  Dec 04, 2023; 8:13 AM   DLCO Error:  0.51 | | |
| Calibration Check | Date & Time:  Dec 06, 2023; 7:43 AM   Mean Error:  2.06% | Environment Data: | 🌡 75.4° F 💧 28.1% 🔵 746.7 mmhg |

 PHI Outside the Box    Patient:  Nicole  Wooten , ID: ███████     3 / 3

**NW001252**

[Date Printed:9/27/2023] Page 1 of

# Pulmonary and Sleep Medicine Associates LLP
## Phone message:

**Patient Name:** Nicole Wooten
**Patient ID:** ███████
**Sex:** Female
**Birthdate:** ███████

**Create Date:** September 27, 2023

**To:** Graham
**Date:** 9/27/23
**Caller:** pt
**Phone Number:** 470-360-1129

**Message:** The narritive letter that was scanned in her chart when she was in for her visit last week is due by tomorrow

**Electronically Signed by:** lowanda mitchell, MA -Author on September 27, 2023 03:16:18 PM

*need a fax =#*
*(469) 501 - 5308*
*Debra hauser - lawyer*
*Faxed out. 9/28/23 10:05AM*

[Digital Signature Validated]

NW001253



## PULMONARY & SLEEP MEDICINE ASSOCIATES, L.L.P.
### PULMONARY DISEASES * SLEEP DISORDERS * CRITICAL CARE MEDICINE * INTERNAL MEDICINE

Praveen Rastogi, M.D.,
F.C.C.P., F.A.A.S.M

Carlette J. Graham, M.D.

Daniel Robins, M.D.

André Holmes, M.D., F.C.C.P.

Himabindu Reddy, M.D.

Rennie Abraham, FNP-C

September 28, 2023

| | |
|---|---|
| **Patient Name:** | Nicole Wooten |
| **Patient ID:** | ███████ |
| **Sex:** | Female |
| **Birthdate:** | ███████ |

To Whom It Concerns,

This patient, Nicole Wooten, has a history of asthma. She was first seen on 8/24.2022. She had reported exposure to black smoke (reported to be petroleum) which as per patient, had a rapid onset of chest tightness and shortness of breath. She was seen in ER treated with nebulizer treatments and steroid injection. She has been treated with at least 1 round of oral steroids prior to her initial visit. At that visit patient had a spiro which showed severe obstructive defect (patient had difficulty completing). She since has been treated with multiple steroid doses, antibiotics, inhalers including albuterol, Symbicort, Trelegy and nebulizer medications including albuterol, Vupelri, Pulmicort, formoterol. She was also referred to Emory Pulmonary for further evaluation and treatment.

Presently she still is symptomatic and is being treated for an upper respiratory tract infection. She is to be continued on her present medications of Vupelri daily via nebulizer, formoterol and budesonide nebulized bid with Xopenex inhaler and nebulized as needed.

As per patient she had completed an intensive evaluation to assess her physical capacity which had passed. At this time, I do not believe that she could complete this evaluation.

If you have any further questions, please contact me at the number included.

Respectfully,

Carlette Graham, MD

Electronically Signed by: Carlette Graham, MD   Author on September 28, 2023 09:31:39 AM

(770) 996-6699
Fax (770) 997-4790

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road,
Suite 101
Fayetteville, GA 30215

NW001254

# Pulmonary and Sleep Medicine Associates LLP
## letter

**Patient Name:** Nicole Wooton   **Create Date:**  September 28, 2023
**Patient I D:** █████████
**Sex:** Female               This patient
**Birthdate:** █████████           Nicole Wooten
                        has a history c

asthma. She was first seen on 8/24.2022. She had reported exposure to black smoke ( reported to be petroleum) which as per patient, had a rapid onset of chest tightness and shortness of breath. She was seen in ER treated with nebulizer treatments and steroid injection. She has been treated with at least 1 round of oral steroids prior to her initial visit. At that visit patient had a spiro which showed svere obstructive defect ( patient had difficulty completing). She since has been treated with multiple steroid doses, antibiotics, inhalers including albuterol, symbicort, trelegy and nebulizer medications including albuterol,,yupelri, pulmicort, formoterol. She was also refered to Emory Pulmonary for futher evaluation and treatment.

Presesently she still is symptomatic and is being treated for an upper respiratory tract infection.She is to be continued on her present medications of yupelri daily via nebulizer , formoterol and budesonide nebulized bid with xopenex inhaler and nebulized as needed.

As per patient she had completed an intensive evaluation to assess her physical capacity which had passed. At this time I do not believe that she could complete this evaluation.

If you have any futher questions please contact me at the number included.

**Electronically Signed by:** Carlette Graham, MD -Author on September 28, 2023 09:31:39 AM

NW001255
[Digital Signature Validated

# Pulmonary and Sleep Medicine Associates LLP
## Phone message:

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooten | **Create Date:** | September 27, 2023 |
| **Patient ID:** | ███████ | | |
| **Sex:** | Female | | |
| **Birthdate:** | ███████ | | |

**To:** Graham

**Date:** 9/27/23

**Caller:** pt

**Phone Number:** 470-360-1129

**Message:** The narritive letter that was scanned in her chart when she was in for her visit last week is due by tomorrow

Electronically Signed by: lawanda mitchell, MA - Author on September 27, 2023 03.16.16 PM

NW001256

[Digital Signature Validated]



**Regina Plemons**
Pulmonary & Sleep Medicine
Associates, LLP
(770) 997-4790 || **Fax**
770-996-6699 || **Phone**

To:
Fax: (340) 773-2954
Lee J Rohn and Associates, LLC
**Total Pages:** 42 (including this cover)

## Message:

2nd fax of two. RE: Nicole Wooten

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



Powered By
**PROVIDERFLOW**
www.providerflow.com

NW001257

# Pulmonary & Sleep Medicine Associates, LLP

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road, Ste 101
Fayetteville, GA 30214

## Established Pulmonary Patient Visit

Date: 9/20/2023    Referring Physician: Acker, Terri M. MD    PCP: _____

Patient Name: Wooten, Nicole    DOB ▓▓▓▓    Age 38    Account # ▓▓▓▓

**Vital Signs**
- Wt 209 lbs.  Ht 5 ft 9 in  BMI 33.73  Neck Size: 14 in  Staff Initials ___
- BP 122 / 80  P 89  R 22  T 97.2
- Pulse Ox 97 %  ☑ Room Air  ☐ O2 _____ LPM  ☐ Continuous  ☐ Pulse  ☐ Nocturnal only  DME Co _____

CC: Flu

**HPI**

DYSPENA: Duration _____  Wheezing  Orthopnea  PND

(COUGH:)  Duration _____  Dry / Productive  Sputum - _____  Hemoptysis

CHEST PAIN: Duration _____  Location _____  Dull / Sharp / Pressure

Hospital stay since last OV? _____ Ø

ECHO Completed? ☐ Yes 2022 Date  or ☐ No  Cardiologist? Dr ___

Allergies: _____

Medications: _____

Immunizations: ☐ Flu Vacc _____  ☐ Prevnar 13 _____  ☐ Prevnar 20 _____  ☐ Pneumonia Vacc _____
☐ Covid Vacc _____  ☐ Other _____

Mobility: ☐ cane ☐ Walker ☐ Wheelchair _____

Social History: Alcohol (drinks per day) 0 CU  Smoking: yes _____ ppd x _____ years  ☐ Ex-smoker ☑ Non-smoker
Drugs: _____  Other _____

Occupational History: CDL License ☐ yes or ☐ No _____

## STOP- BANG Questionnaire

| STOP | | |
|---|---|---|
| Do you Snore loudly (louder than talking or loud enough to be heard through closed doors)? | Yes | No |
| Do you often feel Tired, fatigued, or sleep during daytime? | Yes | No |
| Has anyone Observed you stop breathing during your sleep? | Yes | No |
| Do you have or are you being treated for high blood Pressure? | Yes | No |
| **BANG** | | |
| BMI more than 35kg/m2? | Yes | No |
| Age over 50yrs old? | Yes | No |
| Neck circumference >16 inches (40cm)? | Yes | No |
| Gender: Male? | Yes | No |

Total Score (Yes answers) _____

Risk level: 5-8 High    3-4 Intermediate    0-2 Low

Additional Notes: 9/12 @ Emory

asthma attack

NW001258

[INSERT LETTERHEAD HERE]

DATE:        [Insert Date of Report]

RE:          Wooten, Nicole

DOB:         ███████

FILE #:      ███████

DOI:         08/08/2022

CHIEF COMPLAINT: Shortness of breath at rest and with exertion, associated chest tightness, difficulty exhaling, intermittent difficulty breathing in intermittently.

HISTORY OF PRESENT ILLNESS: The patient has a history of asthma which was under control prior to her work injury. On August 8, 2022, while in the performance of her duties as a Border patrol Officer with Customs and Border Protection, Ms. Wooten was onsite to do an inspection of a vessel in the Virgin islands, where she was stationed. When she arrived, she saw emergency vehicles. When she rolled down her window to check what was happening she suffered exposure to smoke (coming from Black Smoke/Petroleum). Immediately following the exposure, she complained of chest tightness, tremors, and shortness of breath. She also had nausea and vomiting. She started coughing and went to the Emergency Department. She was given NEB treatments x4 and steroid injection. She was also placed on a Medrol Pack. She left work August 10th and has not been back to work since. Ms. Wooten filed a worker's compensation case for this injury and her case was approved for the following diagnosed conditions: Unspecified asthma with (acute) exacerbation, Major Depressive Disorder, Single Episode, unspecified, and Anxiety Disorder, Unspecified. As a result of the work injury, she suffers from Severe Persistent Asthma, Chest tightness, Shortness of Breath, and Back pain. Further she is suffering from Depression and Anxiety caused by the injury.

On August 18, 2022, a spirometry was conducted but was unsuccessfully completed by the patient because of severe chest pain and poor endurance. A second spirometry was also attempted at her pulmonology appointment which she also failed to complete. A chest x-ray of the lungs showed hyperinflation. A CT of the chest done 9/1/2022 showed minimal subpleural scarring left lung apex. A 6-minute walk test left the patient tachycardic and short of breath for 5-10 minutes. She was unable to complete an exercise tolerance test due to coughing and wheezing.

1

NW001259

She tried telergy. She tried a nebulizer. She tried prednisone and none of that helped her. She does not smoke. Ms. Wooten has not been able to return to her baseline activities even one year after her exposure. She has low exercise tolerance and finds it difficult to complete activities of daily living without taking multiple breaks. Additionally, she has not been able to return to the gym to exercise. All of this has led to her current anxiety and depression which she is currently receiving treatment for.

**REVIEW OF SYMPTOMS:** [insert]

**EXAMINATION:** [Insert Physical Examination]

**ALLERGIES:** Not on File

**IMAGING:**
-5/11/23-CT Chest-No Abnormalities
-12/22/22-Echocardiogram-Diastolic dysfunction
**Pulmonary Function Testing:**
-Spirometry from OSII showing Mild airflow limitation

**DIAGNOSES:**
-J45.50-Severe persistent asthma
-R06.02-Shortness of Breath
-J45.909-Reactive Airway Disease (RADS)
-786. 2/R05-Cough
-786..07/R06.2-Wheezing

**TREATMENT/PLAN:** [Insert]

**MEDICATIONS:**
-Albuterol 90 mcg/actuation inhaler
-Formoterol (PERFORMIST)
-Revefenacin (YUPELRI)

**WORK STATUS:** Due to the patient's severe and persistent asthma she is unable to return to work in a Law Enforcement Capacity at this time. She would be unable to run in pursuit of an individual in a chase and would not be able to defend herself or others. She is released to light duty in a non-law enforcement capacity which must be in Atlanta Metro area where her treating providers are located. She is not able to travel for work and is not able to leave the country or be stationed outside of the country.

2

NW001260

**MEDICAL OPINION ON CAUSATION:**

Based on my review of the patient's history, her physical examination findings, and her imaging studies, it is my medical opinion that the work injury she suffered on August 8, 2022, caused a permanent aggravation to the patient's pre-existing Asthma.

Asthma is a chronic respiratory condition which causes inflammation and narrowing of the airways. The symptoms of severe and persistent asthma include coughing, wheezing, chest tightness, and shortness of breath. When there has been an aggravation to a pre-existing condition such as asthma, the aggravation is not temporary or acute if it is significant enough that the individual needs to change their previous methods of treatment. Triggers of aggravations include things such as: Smoke that the patient inhaled on August 8, 2022. Since the exposure occurred, the patient has continued to have shortness of breath, episodes of coughing, wheezing, and chest tightness. In addition, Pulmonary Function testing showed mild airflow limitation.

While it has been undetermined the trigger of the persistent cough the patient has, what is not unclear is that the patient's asthma has been permanently aggravated from the exposure that took place August 8, 2022. Prior to the exposure the patient was managing her asthma. There had not been a time which she had to go to the doctor or hospital and rarely used her inhaler as it was prescribed on an as needed basis.

In addition, prior to her employment with the agency the patient was required to have a Pulmonary Evaluation which cleared her for duty as a Law enforcement officer. It was found at that time of the evaluation that the patient was able to perform duties of vigorous law enforcement in an outdoor environment, walking continuously up to 2 hours, and up to 8 hours total per day, run long distances (at least 1.5 miles), sprint up to 220 yards, swim in varying water temperatures, perform duties of vigorous law enforcement in extremely hot, dry climates and at high elevation, lift, carry, push/pull heavy objects unaided, work in areas with potential exposures to chemical environment irritants, and endure exposure to climatic extremes. Currently the patient is not cleared for any of the requirements listed above due to her Asthma. She has constant shortness of breath, coughing, wheezing and has trouble with even her activities of daily living. She would be unable run, walk for long periods of time, lift, push, or pull anything. She is not capable of being in dangerous situations and would not be able to protect herself or others.

The patient will continue with the treatment plan listed above

Please do not hesitate to contact me if you require further information in order to approve the patient's injury claim.

[Physician's signature]                                                    [Date]

3

NW001261

# Pulmonary and Sleep Medicine Associates LLP
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooten | **Visit Date:** | September 20, 2023 |
| **Patient ID:** | ▮ | **Provider:** | Carlotte Graham, MD |
| **Sex:** | Female | **Location:** | PSMA Fayetteville |
| **Birthdate:** | ▮ | **Location Address:** | 132 Old Norton Road Suite 101 |
| **Referring Provider:** | Terri M. Acker MD | | Fayetteville, GA 30215 4873 |
| | | **Location Phone:** | (770) 996 6699 |

## Chief Complaint

* Routine Follow-up

## History Of Present Illness

The patient is a 38 year old African American/Black female referred by REFERRING CARE PROVIDER NAME for asthma and currently is feeling better. Since last visit, the patient has had cough

The patient has had cough and has no shortness of breath, chest pain, fever, chills, weight loss, and ankle swelling. The patient has a worsening cough productive of scant whitish and yellowish sputum. The cough is made worse with daily activity and better with rest and reports lightheadedness episodes .

There are no significant comorbid conditions. The patient has no significant risk factors for morbidity. Medications are listed in the PFSH. She has had no prednisone bursts since last visit. The patient has had no ER visits, no hospitalizations. She has had no decrease in normal daily activity. She had stopped smoking years ago.

Since the previous visit, the patient has had no new tests.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | | Phreesia 08/23/2022 |
| Chemical exposure | | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Cholecystectomy | | |
| Myomectomy | -- | -- |
| Other | -- | - Phreesia 09/06/2023 |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| albuterol sulfate inhalation solution for nebulization 2.5 mg /3 mL (0.083 %) | 08/24/2022 | inhale 3 milliliters (2.5 mg) by nebulization route 3 times per day for 30 days |
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 08/24/2022 | inhale 1   2 puffs (90   180 mcg) by inhalation route every 4 hours as needed for 30 days |
| amoxicillin oral capsule 500 mg | 09/20/2023 | take 1 capsule (500 mg) by oral route every 12 hours for 10 days |
| buspirone oral | | take 1 by oral route daily |
| cyclobenzaprine 10 mg tablet | | take 1 tablet by oral route daily as needed |
| fluoxetine 20 mg capsule | | -- |
| formoterol fumarate 20 mcg/2 mL solution for nebulization | | inhale 2 milliliters (20 mcg) via nebulizer by inhalation route 2 times per day in the morning and evening |
| Medrol (Pak) oral tablets, dose pack 4 mg | 09/20/2023 | take by oral route as directed per package instructions for 6 days |

**NW001262**

[Digital Signature Validated]

| | | |
|---|---|---|
| Pulmicort 0.25 mg/2 mL suspension for nebulization | | Inhale 2 milliliters (0.25 mg) by nebulization route 2 times per day |
| Trelegy Ellipta 200 mcg 62.5 mcg 25 mcg powder for inhalation | 08/24/2022 | Inhale 1 puff by inhalation route once daily at the same time each day for 30 days |
| Yupelri 175 mcg/3 mL solution for nebulization | | Inhale 3 milliliters (175 mcg) by nebulization route once daily |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Dust Mite | | | Phreesia 08/23/2022 |
| Other | | | Migraine medication    Phreesia 08/23/2022 |

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| epilepsy | Mother/ | - Phreesia 08/23/2022 |
| Family history of Diabetes | Grandmother (maternal)/ | - Phreesia 08/23/2022 |
| lupus | Mother/ | - Phreesia 08/23/2022 |
| seizures | Mother/ | Phreesia 08/23/2022 |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | --/-- | 1-4 / week | - Phreesia 06/23/2022 Use status used: Current some day Amount used: 1 4 / week |
| CHEMICALS | | / | | |
| Divorced | | / | | Phreesia 08/23/2022 |
| Government employee | | / | | |
| Marijuana | Former | / | | |
| Tobacco | Former | 21/31 | social | - Phreesia 08/23/2022 |

## Review of Systems

**Constitutional**
- **Denies** : weight loss, weight gain, fever, night sweats, swelling of the lower extremities

**Eyes**
- **Denies** : glaucoma, cataract, use glasses, blurring of vision

**HENT**
- **Denies** : decreased hearing, earache, ear draining, sinus congestion, allergy, hay fever, nosebleed

**Cardiovascular**
- **Admits** : chest pain
- **Denies** : angina, palpitation, heart skippping or racing, high blood pressure

**Respiratory**
- **Admits** : cough, shortness of breath
- **Denies** : sputum

**Gastrointestinal**
- **Denies** : indigestion, heartburn, nausea, vomiting, vomiting blood, stomach ulcer, stomach pains, bleeding from rectum, blood in stools, hemorrhoids, significant change in bowel habits, diarrhea, constipation, hernia

**Genitourinary**
- **Denies** : burning on urination, blood in urine, difficulty urinating, difficulty controlling urination

**Integument**
- **Denies** : rash, itching, lumps or bumps, moles

**Neurologic**
- **Denies** : dizziness, fainting spells, seizures, stroke, weakness or numbness of the upper or lower extremity

**Musculoskeletal**
- **Denies** : arthritis, joint pain, joint swelling, joint stiffness, back pain, muscle pain

**Endocrine**
- **Denies** : diabetes, thyroid problem, intolerance to hot or cold weather, increased thirst with frequent urination

NW001263

[Digital Signature Validated

**Psychiatric**
   O **Denies** : anxiety, depression, hallucinations
**Heme-Lymph**
   O **Denies** : anemia, bleeding problems, easy bruising, Leukemia, Lymphoma, gland enlargement
**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | Cuff D.R. Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | L/min | FiO2 | HC |
|------|------|-----|----------|------|-----------|-----|-----|------|-----|-----|------|------|------|-------|------|-----|
| 09/06/2023 | 02:13 PM | 120/82 | Sitting | | | 81 - R | 18 | 97.1 | 210lbs 2oz | 5' 8" | 33.91 | 2.11 | 97 % | | 21% | |
| 09/20/2023 | 02:45 PM | 142/80 | Sitting | | | 89 - R | 22 | 97.2 | 209lbs 0oz | 5' 8" | 33.73 | 2.1 | 98 % | | 21% | |

## Physical Examination
**Constitutional**
   O **Appearance** : Well developed, well-nourished, normal stature for age, well-tended appearance
**ENT**
   O **Nose** . Mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midline
   O **Teeth and Gums** : Gums pink, non-swollen, no bleeding present
   O **Oropharynx** : Oral mucosa normal without pallor or cyanosis
**Neck**
   O **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline, no deformities, no neck incisions
   O **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation, gland position midline
   O **Jugular Veins** : No jugular venous distention
**Respiratory**
   O **Inspection of Chest** : Normal appearance, no retractions
   O **Respiratory Effort** : Breathing unlabored
   O **Percussion of Chest** . No dullness, flatness, or hyperresonance
   O **Palpation of Chest** : Nontender, vocal fremitus normal
   O **Auscultation of Lungs** : distant breath sounds, no rales, no rhonchi, no wheezing
**Cardiovascular**
   O **Auscultation of Heart** : Regular rate, normal rhythm, no murmurs present, no pericardial friction rub, normal S1, normal S2, no S3 present, no S4 present
**Gastrointestinal**
   O **Abdominal Examination** : Bowel sounds present and active, abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
**Skin and Soft Tissue**
   O **General Inspection** : no rashes present, no lesions present, no areas of discoloration
   O **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation
**Neuro-Psyche**
   O **Orientation** : Grossly oriented to person, place and time
   O **Mood and Affect** : Mood normal, affect appropriate

## Results

cxr no acute infiltrate or eff

## Assessment

- (1) Shortness Of Breath    786.05/R06.02
- (2) PND (post-nasal drip)    784.91/R09.82
- (3) Asthma    493.90/J45.909
- (4) Cough    786.2/R05
- (5) Acute bronchitis    466.0/J20.9
- (6) Extrinsic asthma with acute exacerbation    493.02

NW001264

[Digital Signature Validated

Plan

Medications

 O Medications have been Reconciled

 O Transition of Care or Provider Policy

Instructions

 O I discussed with the patient the current status of their pulmonary disease.

 O I recommended continuing on present medications.

 O continue to monitor closely

 O antibx and steroids

 O may need cardiology wu

Correspondence

 O CC this document (Terri M. Acker MD) - 9/20/2023


Electronically Signed by: Carlette Graham, MD -Author on September 21, 2023 04:46:23 AM

NW001265

[Digital Signature Validated

# Pulmonary & Sleep Medicine Associates, LLP

915 Eagles Landing Parkway
Stockbridge, GA 30281

132 Old Norton Road, Ste 101
Fayetteville, GA 30214

## Established Pulmonary Patient Visit

Date: 9-6-23     Referring Physician: _____     PCP: _____

Patient Name: Nicole Wooten     DOB: [redacted]    Age: ___    Account #: [redacted]

**Vital Signs**
- Wt 20.2 lbs.  Ht ___ ft. ___ In  BMI 34    Neck Size: ___ In  **Staff Initials** ___
- BP 120 / 82  P 84  R 18  T 97.4
- Pulse Ox 97 % (Room Air) □ O2 ___ LPM □ Continuous □ Pulse □ Nocturnal only  DME Co. ___

cc: SOB, Chest tightness
exposed to Chemicals.

**HPI**
DYSPNEA   Duration YES  Wheezing NG   Orthopnea   PND
COUGH   Duration ___  Dry / Productive   Sputum - clear, green  Hemoptysis
CHEST PAIN:  Duration YE  Location ___   Dull / Sharp / Pressure

- yupelri
- foram/buello
- xopenex inns
- xopenex

Hospital stay since last OV? May - Duith

ECHO Completed? □ Yes 12/23 Date  or □ No  Cardiologist? Atlanta ✓

Allergies: Sumatriptan

Medications: GN

Immunizations: □ Flu Vacc ___ ∅   □ Prevnar 13 ___    □ Prevnar 20 ___    □ Pneumonia Vacc ___
□ Covid Vacc ___    □ Other ___

Mobility: □ cane □ Walker □ Wheelchair ∅

Social History: Alcohol (drinks per day) occ  Smoking: yes ___ ppd x ___ years  □ Ex-smoker □ Non-smoker
Drugs: ___    Other: ___

Occupational History: CDL License □ yes or ☑ No ___

## STOP- BANG Questionnaire

| STOP | | |
|---|---|---|
| Do you Snore loudly (louder than talking or loud enough to be heard through closed doors)? | **Yes** | No |
| Do you often feel Tired, fatigued, or sleep during daytime? | **Yes** | No |
| Has anyone Observed you stop breathing during your sleep? | Yes | **No** |
| Do you have or are you being treated for high blood Pressure? | Yes | **No** |
| BANG | | |
| BMI more than 35kg/m2? | Yes | **No** |
| Age over 50yrs old? | Yes | **No** |
| Neck circumference >16 inches (40cm)? | Yes | No |
| Gender: Male? | Yes | **No** |

Total Score (Yes answers) ___

Risk level: 5-8 High   3-4 Intermediate   0-2 Low

**Additional Notes:**

NW001266

# Pulmonary and Sleep Medicine Associates LLP
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Nicole Wooton | **Visit Date:** | September 6, 2023 |
| **Patient ID:** | ▉ | **Provider:** | Carlotte Graham, MD |
| **Sex:** | Female | **Location:** | PSMA Stockbridge |
| **Birthdate:** | ▉ | **Location Address:** | 915 Eagles Landing Pkwy |
| | | | Stockbridge, GA 30281 6381 |
| | | **Location Phone:** | (770) 996 6699 |

## Chief Complaint

• SOB, CHEST TIGTNESS

## History Of Present Illness

The patient is a 38 year old African American/Black female referred by REFERRING CARE PROVIDER NAME for asthma and currently is feeling better. Since last visit, the patient has had no recent infection.
The patient has had no new symptoms and has no shortness of breath, cough, chest pain, fever, chills, weight loss, and ankle swelling

There are no significant comorbid conditions. The patient has no significant risk factors for morbidity. Medications are listed in the PFSH. She has had no prednisone bursts since last visit. The patient has had no ER visits, no hospitalizations. She has had no decrease in normal daily activity. She had stopped smoking years ago.

Since the previous visit, the patient has had no new tests.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | | Phreesia 08/23/2022 |
| Chemical exposure | | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Cholecystectomy | | |
| Myomectomy | | |
| Other | -- | - Phreesia 09/06/2023 |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| albuterol sulfate inhalation solution for nebulization 2.5 mg /3 mL (0.083 %) | 08/24/2022 | inhale 3 milliliters (2.5 mg) by nebulization route 3 times per day for 30 days |
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 08/24/2022 | inhale 1 - 2 puffs (90 - 180 mcg) by inhalation route every 4 hours as needed for 30 days |
| buspirone oral | | take 1 by oral route daily |
| cyclobenzaprine 10 mg tablet | | take 1 tablet by oral route daily as needed |
| fluoxetine 20 mg capsule | | -- |
| formoterol fumarate 20 mcg/2 mL solution for nebulization | | inhale 2 milliliters (20 mcg) via nebulizer by inhalation route 2 times per day in the morning and evening |
| Pulmicort 0.25 mg/2 ml suspension for nebulization | | inhale 2 milliliters (0.25 mg) by nebulization route 2 times per day |
| Trelegy Ellipta 200 mcg-62.5 mcg-25 mcg powder for inhalation | 08/24/2022 | inhale 1 puff by inhalation route once daily at the same time each day for 30 days |

NW001267
[Digital Signature Validated

Yupelri 1/5 mcg/3 mL solution for nebulization

inhale 3 milliliters (1/5 mcg) by nebulization route once daily

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Dust Mite | | | Phreesia 08/23/2022 |
| Other | -- | -- | Migraine medication - Phreesia 08/23/2022 |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| epilepsy | Mother/ | Phreesia 08/23/2022 |
| Family history of Diabetes | Grandmother (maternal)/ | - Phreesia 08/23/2022 |
| lupus | Mother/ | Phreesia 08/23/2022 |
| seizures | Mother/ | Phreesia 08/23/2022 |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | / | 1 4 / week | Phreesia 08/23/2022 Use status used: Current some day Amount used. 1 4 / week |
| CHEMICALS | | / | | |
| Divorced | | / | | Phreesia 08/23/2022 |
| Government employee | | / | | |
| Marijuana | Former | --/-- | -- | -- |
| Tobacco | Former | 21/31 | social | - Phreesia 08/23/2022 |

## Review of Systems

**Constitutional**
O Denies : weight loss, weight gain, fever, night sweats, swelling of the lower extremities

**Eyes**
O Denies : glaucoma, cataract, use glasses, blurring of vision

**HENT**
O Denies : decreased hearing, earache, ear draining, sinus congestion, allergy, hay fever, nosebleed

**Cardiovascular**
O Admits : chest pain
O Denies : angina, palpitation, heart skippping or racing, high blood pressure

**Respiratory**
O Admits : cough, shortness of breath
O Denies : sputum

**Gastrointestinal**
O Denies : indigestion, heartburn, nausea, vomiting, vomiting blood, stomach ulcer, stomach pains, bleeding from rectum, blood in stools, hemorroids, significant change in bowel habits, diarrhea, constipation, hernia

**Genitourinary**
O Denies : burning on urination, blood in urine, difficulty urinating, difficulty controlling urination

**Integument**
O Denies : rash, itching, lumps or bumps, moles

**Neurologic**
O Denies : dizziness, fainting spells, seizures, stroke, weakness or numbness of the upper or lower extremity

**Musculoskeletal**
O Denies : arthritis, joint pain, joint swelling, joint stiffness, back pain, muscle pain

**Endocrine**
O Denies . diabetes, thyroid problem, intolerance to hot or cold weather, increased thirst with frequent urination

**Psychiatric**
O Denies : anxiety, depression, hallucinations

**Heme-Lymph**
O Denies : anemia, bleeding problems, easy bruising, Leukemia, Lymphoma, gland enlargement

**All Others Negative**

NW001268

[Digital Signature Validated]

## Vitals

| Date | Time | BP | Position | Site | Cuff L/R Size | HR | RR | TEMP (F) | WT | BMI HT kg/m² | BSA m² | O2 Sat | RR L/min FIO2 IIC |
|------|------|-----|----------|------|---------------|-----|-----|----------|-----|--------------|--------|--------|-------------------|
| 09/06/2023 | 02:15 PM | 120/82 | Sitting | | 61 - 5 | 16 | 9/A | | 210lbs 207 | 6' 35.91 | 2.11 | 9/ % | 21% |

## Physical Examination

**Constitutional**
- Appearance : Well developed, well-nourished, normal stature for age, well-tended appearance

**ENT**
- Nose : Mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midline
- Teeth and Gums : Gums pink, non-swollen, no bleeding present
- Oropharynx : Oral mucosa normal without pallor or cyanosis

**Neck**
- Inspection/ Palpation : normal appearance, no masses or tenderness, trachea midline, no deformities, no neck incisions
- Thyroid : gland size normal, nontender, no nodules or masses present on palpation, gland position midline
- Jugular Veins : No jugular venous distention

**Respiratory**
- Inspection of Chest : Normal appearance, no retractions
- Respiratory Effort : Breathing unlabored
- Percussion of Chest : No dullness, flatness, or hyperresonance
- Palpation of Chest : Nontender, vocal fremitus normal
- Auscultation of Lungs : normal breath sounds, no rales, no rhonchi, no wheezing

**Cardiovascular**
- Auscultation of Heart : Regular rate, normal rhythm, no murmurs present, no pericardial friction rub, normal S1, normal S2, no S3 present, no S4 present

**Gastrointestinal**
- Abdominal Examination : Bowel sounds present and active, abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
- Liver and spleen : No hepatomegaly present, liver nontender to palpation

**Lymphatic**
- Supraclavicular Nodes : no supraclavicular nodes
- Axilla : no lymphadenopathy present

**Extremities**
- Digits and Nails . no clubbing, cyanosis, deformities or edema present, normal appearing nails

**Skin and Soft Tissue**
- General Inspection : no rashes present, no lesions present, no areas of discoloration
- General Palpation : no skin or subcutaneous tissue masses present, no tenderness to palpation

**Neuro-Psyche**
- Orientation : Grossly oriented to person, place and time
- Mood and Affect : Mood normal, affect appropriate

## Assessment

- (1) Shortness Of Breath    786.05/R06.02
- (2) PND (post-nasal drip)    784.91/R09.82
- (3) Asthma    493.90/J45.909

## Plan

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**
- I discussed with the patient the current status of their pulmonary disease.
- I recommended continuing on present medications.
- continue to monitor closely

NW001269

[Digital Signature Validated

○ Electronically Identified Patient Education Materials Provided Electronically

**Electronically Signed by:** Carlette Graham, MD -Author on September 12, 2023 11:07:57 AM

**NW001270**

[Digital Signature Validated

**Watermark Medical**

**ARES Sleep Study Report**

| Patient Name | Wooten, Nicole | | Study Ordered By | Rao, Gopal |
|---|---|---|---|---|
| Date of Night 1 | 01/27/2023 03:08:17 AM | | Date of Birth | ▮▮▮▮ |
| Date of Night 2 | 01/28/2023 04:37:43 AM | | Identification Number | ▮▮▮▮ |

| Overall AHI (4%)* | Overall RDI | % time < 90% SpO2 | Mean SpO2 | % time snoring > 30dB |
|---|---|---|---|---|
| 4 | 12 | 4.3% | 85.6% | 52.6% |

**PHYSICIAN INTERPRETATION AND COMMENTS:** Findings are consistent with **mild, non-positional** obstructive sleep apnea(OSA).

**CLINICAL HISTORY:** 37 year old female presented with: 16 inch neck, BMI of 34.1, an Epworth sleepiness score of 15, history of hypertension, depression, lung disease and symptoms of nocturnal snoring and waking up choking. Based on the clinical history, the patient has a high pre-test probability of having Severe OSA.

**SLEEP STUDY FINDINGS:** Patient underwent a 2 night Home Sleep Test and by behavioral criteria, slept for approximately 6.78 hours, with a sleep latency of 38 minutes and a sleep efficiency of 67.9%. The patient slept supine 80.5% of the night based on valid recording time of 5.93 hours. When considering more subtle measures of sleep disordered breathing, the overall respiratory disturbance index is **mild(RDI=12)** based on a 1% hypopnea desaturation criteria with confirmation by surrogate arousal indicators. The apneas/hypopneas are accompanied by minimal oxygen desaturation (percent time below 90% SpO2: 4.3%, Min SpO2: 72.7%). The average desaturation across all sleep disordered breathing events is 2.6%. **Snoring** occurs for **52.6%** (30 dB) of the study, 46.4% is very loud. The mean pulse rate is 76.4 BPM, with infrequent pulse rate variability (36 events with >= 6 BPM increase/decrease per hour).

**TREATMENT CONSIDERATIONS:** Consider an **attended CPAP titration study,** given the reported Lung disease. For a patient with mild asymptomatic OSA, nasal continuous positive airway pressure (CPAP/AutoPAP) therapy or alternative therapies for treatment should be considered, i.e., Mandibular advancement splint (MAS), referral to an ENT surgeon for modification to the airway, and/or weight loss or behavioral therapy to reduce the potential risk of daytime somnolence, hypertension, cardiovascular disease, stroke and diabetes. The patient should avoid sleeping supine given non-supine AHI is in the normal range.

**DISEASE MANAGEMENT CONSIDERATIONS:** None.

Signature: _[signature]_

Date: 02-02-2023 22:15:05 EST

Study Review: The raw data of this ARES study has been reviewed, with the report confirmed and electronically signed by Praveen Rastogi, Diplomate American Boards of Sleep Medicine, Pulmonary Diseases, Critical Care media. Caution: The diagnosis of the Obstructive Sleep Apnea Syndrome must be based on all available clinical data, of which this study is only a part. Thus final diagnosis and treatment recommendations should include information from an examination of the patient by a knowledgeable healthcare provider.

*Average number of apneas and hypopneas (AHI) per hour of valid recording time ( refs: ICSD, ICC, AASM RM)

AHS Frequency Obe Association) (references/diagnoses diagnosis/criteria / AASM RM AHS scoring criteria, YHS

NW001271

## ARES Sleep Study Report

| Patient Name | | | Wooten, Nicole | |
|---|---|---|---|---|
| Age | 37 | Gender | Female | |
| Height (in) | 65 | BMI | 34 | |
| Weight | 205 | Neck Size (in) | 18 | |
| OSA Risk | High Risk | Pred. Severity | Severe | |
| HBP | Yes | Heart Disease | No | |
| Diabetes | No | Depression | Yes | |
| Stroke | No | Epworth | 15 | |
| Snoring Frequency | | | Almost Always | |
| Gasping or Choking | | | Frequently | |
| Observed to stop breathing during sleep | | | Never | |



**Study Date: 01/27/2023 03:08:17 AM**

### Sleep Disordered Breathing events

| | |
|---|---|
| Cnt.Index | 0 |
| Api | 1 |
| AHI | 3 |
| RDI | 11 |

Central
Obs/Apnea
AHI
RDI

### Oxygen Saturation

SpO2 — 100 / % / 80

| | |
|---|---|
| Mean | 96.4 |
| Min | 89.7 |
| %<80% | 0 |
| %<88% | 0 |
| Mean dip | 2.1 |

### Head Position

Supine
Left
Right
Prone
Upright

| | |
|---|---|
| Supine Time(hr) | 3.1 |
| %Time | 78.3 |
| Sup-NS Ratio | N/A |

### Awake / Sleep by Actigraphy

Awake
N-REM
REM
Arousal

| | |
|---|---|
| Time(hr) Record | 5.8 |
| Sleep | 4 |
| %Eff. | 68.9 |
| %REM | 2.5 |

### Snoring with Arousal indications

Snoring Level — 60 / 50 / 40 / 0

| | |
|---|---|
| %>30dB | 48.8 |
| %>40dB | 41.7 |
| %>50dB | 8.8 |

### Pulse Rate with Arousal Indicators

Pulse — 125 / BPM / 35

| | |
|---|---|
| Mean | 77 |
| Min | 61 |
| Max | 94 |
| Arousal/hr | 32 |

### Excluded from Analysis

Airflow
SaO2
EEG
All

| | |
|---|---|
| % excluded Airflow | 0.0% |
| % SpO2 | 0.0% |
| All | 0.0% |

3:00    4:00    5:00    6:00    7:00    8:00    9:00    10:00    11:

NW001272

| Patient Name | Wooten, Nicole | | Age | 37 | Gender | Female |

**Study Date:** 01/28/2023 04:37:43 AM



Sleep Disordered Breathing events

| | |
|---|---|
| Cnt.Index | 6 |
| Api | 1 |
| Ahi | 0 |
| RDI | 14 |

Oxygen Saturation

| | |
|---|---|
| Mean | 93.3 |
| Min | 72.7 |
| %<90% | 13.1 |
| %<85% | 8.8 |
| Mean dip | 3.4 |

Head Position

| | |
|---|---|
| Supine Time(hr) | 1.0 |
| %time | 85.0 |
| Sup-NS Ratio | N/A |

Awake / Sleep by Actigraphy

| | |
|---|---|
| Time(hr) Record | 4.2 |
| Sleep | 2.8 |
| %FH | 65.6 |
| %REM | 14.7 |

Snoring with Arousal Indications

| | |
|---|---|
| %>30dB | 58.1 |
| %>40dB | 50 |
| %>50dB | 5.7 |

Pulse Rate with Arousal Indicators

| | |
|---|---|
| Mean | 76 |
| Min | 64 |
| Max | 100 |
| Arousal/hr | 44 |

Excluded from Analysis

| | |
|---|---|
| %excluded Airflow | 3.6% |
| %SpO₂ | 48.3% |
| All | 28.8% |

NW001273

## Watermark Medical

## ARES Sleep Study Report

| | | | |
|---|---|---|---|
| **Patient Name** | Wooten, Nicole | **Study Ordered By** | Rao, Gopal |
| **Date of Night 1** | 01/27/2023 03:08:17 AM | **Date of Birth** |  |
| **Date of Night 2** | 01/28/2023 04:37:43 AM | **Identification Number** | |

## COMPARISON FINDINGS

| | Overall | Night One | Night Two |
|---|---|---|---|
| Total Recording Time (Hours) | 10.03 | 5.8 | 4.2 |
| Total Sleep Time (Hours) | 6.78 | 4 | 2.8 |
| Sleep Efficiency | 67.9% | 68.0% | 65.6% |
| Initial Sleep Latency (Minutes) | 38 | 34.5 | 41 |
| Valid Recording Time (Hours) | 5.80 | 4 | 1.8 |
| Overall Apnea Index | 1 | 1 | 1 |
| Overall AHI - 4% Desat | 4 | 3 | 6 |
| Overall AHI - 3% Desat | 5 | 4 | 8 |
| Overall RDI - 1% Desat | 12 | 11 | 14 |
| % Time - Supine | 80.5% | 78.3% | 85.7% |
| Hours - Supine | 4.76 | 3.1 | 1.6 |
| Supine Apnea Index | 1 | 0 | 1 |
| Supine AHI - 4% Desat | 4 | 2 | 6 |
| Supine AHI - 3% Desat | 5 | 4 | 9 |
| Supine RDI - 1% Desat | 12 | 11 | 16 |
| % Time - Non-Supine | 10.5% | 21.7% | 14.0% |
| Hours - Non-Supine | 1.15 | 0.9 | 0.3 |
| Non-Supine Apnea Index | 1 | 1 | 0 |
| Non-Supine AHI - 4% Desat | 4 | 3 | 7 |
| Non-Supine AHI - 3% Desat | 5 | 5 | 7 |
| Non-Supine RDI - 1% Desat | 9 | 9 | 7 |
| % Sleep Time - REM | 6.5% | 2.5% | 14.7% |
| Hours - REM | 0.38 | 0.1 | 0.3 |
| REM Apnea Index | 3 | N/A | 0 |
| REM AHI - 4% Desat | 5 | N/A | 4 |
| REM AHI - 3% Desat | 5 | N/A | 4 |
| REM RDI - 1% Desat | 5 | N/A | 4 |

### Oxyhemoglobin Saturation (SpO₂) Data

| | Overall | Night One | Night Two |
|---|---|---|---|
| Baseline $SpO_2$ (start of recording) | 95.2 | 96 | 94.5 |
| Mean $SpO_2$ at Start of Desaturation Events | 86.6 | 86.9 | 86.6 |
| Mean Nadir for Desaturation Events | 82.7 | 84.4 | 80.7 |
| Mean $SpO_2$ Desaturation All Events | 2.6 | 2.1 | 3.4 |
| Mean $SpO_2$ Desaturation Supine Events | 2.6 | 2.1 | 3.3 |
| Mean $SpO_2$ Desaturation Non-supine Events | 2.7 | 2.3 | 4.4 |
| % Time $SpO_2$ Below 95% | 16.0 | 10.1 | 28.9 |
| % Time $SpO_2$ Below 90% | 4.3 | 0 | 13.3 |
| % Time $SpO_2$ Below 85% | 3.2 | 0 | 8.8 |

### Percent (%) Time Snoring

| | Overall | Night One | Night Two |
|---|---|---|---|
| > 30dB = quiet whisper | 52.0 | 48.9 | 56.1 |
| > 40dB = normal conversation | 40.4 | 41.7 | 56 |
| > 50dB = loud singing | 7.8 | 8.8 | 5.7 |

### Pulse Rate

| | Overall | Night One | Night Two |
|---|---|---|---|
| Mean +/-1 S.D. | 78.4 +/-3.6 | 77+/-3.3 | 78+/-4.4 |
| Max/Min | 98.0+/-60.0 | 94/61 | 100/54 |
| Pulse Rate Arousal Index (PRAI) - events/hr | 36 | 32 | 44 |
| PRAI - during A/H events | 12 | 11 | 15 |

### Technical Factors

| | Overall | Night One | Night Two |
|---|---|---|---|
| % time with poor quality airflow | 0.9 | 0.0 | 2.1 |
| % time with poor quality $SpO_2$ | 6.6 | 4 | 10.2 |

NW001274

## Medical Prescription and Statement of Medical Necessity



**wm watermarkmedical™**

---

**Patient Demographics**

| | |
|---|---|
| Patient Name | Wooten, Nicole |
| Address | |

| | |
|---|---|
| Phone | 404-906-9397 |
| DOB | |
| Gender | Female    Age 37 |

➤ **Patient Insurance (Please complete or fax up-to-date patient face sheet)**

| Payer Name | | Subscriber# | |
|---|---|---|---|
| Phone | | Group# | |

**Choose Diagnosis (ICD-10 code must be to the highest level of specificity) (check all that apply)**

➤ ☐ G47.33 Obstructive Sleep Apnea              ☐ Other _____

**PAP Sleep Therapy Prescription**

➤ ☐ Auto CPAP Therapy (E0601)

**Settings**

Minimum CmH20=4 (default)
Maximum CmH20=20 (default)

Manufacturer: 3B Medical
Model: Any
Change Minimum To _____
Change Maximum To _____

**PAP Mask and Pap Accessories Prescription**          (Based on patient need and comfort unless specified otherwise)

☐ Mask and Headgear (Nasal, Full Face or Pillow System)     _____

☐ Heated Humidifier

☐ Accessories (Chin Strap, Filters, Tubing, and Heated Tubing)

**Length of Need**

**Length of Need = 99 Months**

☐ change length of need to _____

### LETTER OF MEDICAL NECESSITY

The above referenced patient has a Medical Necessity for the item(s) listed above. I certify that the above prescribed item(s) is/are medically indicated and in my opinion is/are reasonable and medically necessary with reference to the standards of medical practice for this patient's condition. The duration of the equipment/supplies will be lifetime unless otherwise indicated here _____. In addition to reviewing the sleep study the patient has co-morbidities marked below, which require the necessary prescribed items above.

➤ ☐ Hypertension ☐ Pulmonary hypertension ☐ Impaired cognition or mood disorders ☐ Ischemic heart disease or history of stroke
☐ Excessive daytime sleepiness with an Epworth scale of 10 or greater ☐ BMI>30 ☐ Witnessed apnea ☐ Habitual snoring
☒ Sleep Study Findings: AHI=4.00 and RDI=12.00

---

## Please SIGN & DATE this form. FAX: This form, sleep study report & patient insurance card/face sheet to 855-269-4410

I certify that the above prescribed item(s) is/are medically necessary.

➤ Signature: _____          ➤ Date: _____

| | | | |
|---|---|---|---|
| Physician Name | Rao, Gopal | Address | 350 Country Club Drive Suite A Stockbridge GA, 30281 |
| NPI | | Phone | 770-692-4000     Fax    855-269-4410 |

NW001275

Wooten, Nicole [194342]

██████████████████████████

Norcross, GA 30092

**Account Information Report**
Patient Summary

Page: 1
Date: 09/04/2024
Time: 2:53:27 PM

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 65 of 83

## Account Information

| Account Balance | | Credits | | Claims | | Last | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Patient | $619.11 | Patient | $0.00 | Submitted | $2,627.00 | Statement | 08/16/2024 | $619.11 |
| Insurance | $0.00 | Insurance | $0.00 | Suspended | $0.00 | Payment | 08/12/2024 | $12.39 |
| Credit | $0.00 | Undetermined | $0.00 | Suspended from AR | | Charge | 07/31/2024 | $330.00 |
| Total Account | $619.11 | Pre-Pay | $0.00 | Suspended AR | $0.00 | | | |
| Collections | | | | | | | | |
| Collections Balance | $3.00 | Total | $0.00 | | | | | |

## Account Aging

| | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 + |
|---|---|---|---|---|---|
| Patient: | $ 0.00 | $ 35.00 | $ 0.00 | $ 447.83 | $ 136.28 |
| Insurance: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total: | $ 0.00 | $ 35.00 | $ 0.00 | $ 447.83 | $ 136.28 |

NW001276

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 2
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 08/16/2024 | | AU | NOTE: Patient included in system generated statement export file on 8/16/2024 | | |
| 08/12/2024 | | PU | Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |
| 08/12/2024 | 09/15/2022 | PU | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD [493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam | $12.39 | |
| 07/19/2024 | | AU | NOTE: Patient included in system generated statement export file on 7/19/2024 | | |
| 07/10/2024 | | SW | Contractual Adjustment: [243.56] Geha-Aetna; Insurance Plan ID: 1186 Batch: 150141 INS CC | ($243.56) | |
| 07/10/2024 | 06/27/2024 | SW | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 431612; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam ClaimID 561080 | $243.56 | |
| 07/10/2024 | | SW | Insurance Payment [51.44] Geha-Aetna; Credit Card: 2464765466; Insurance Plan ID: 1186 Batch: 150141 INS CC | ($51.44) | |
| 07/10/2024 | 06/27/2024 | SW | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 431612; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam ClaimID 561080; Deductible: $0.00 ; Co-Pay: $0.00 Co-ins: $35.00 | $51.44 | |
| 07/10/2024 | | PU | Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |
| 07/10/2024 | 09/15/2022 | PU | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD [493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam | $12.39 | |

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 66 of 83

NW001277

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 3
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 07/01/2024 | 06/27/2024 | HP | 99214 [330.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 784.91, J45.909, R05.3, R09.82] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 431612; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam<br>Batch: 159945 | $330.00 | $35.00 |
| 07/10/2024 | | SW | APPLIED TO CHARGE: Contractual Adjustment [243.56] Geha-Aetna; Insurance Plan ID: 1186<br>ClaimID 581080 | ($243.56) | |
| 07/10/2024 | | SW | APPLIED TO CHARGE: Insurance Payment [51.44] Geha-Aetna; Credit Card; 2454785488<br>Insurance Plan ID: 1186<br>ClaimID 581080; Deductible: $0.00 ; Co-Pay: $0.00  Co-ins: $35.00 | ($51.44) | |
| 07/02/2024 | | * | CLAIM NOTE: Submitted Claim# 581080 to Insurance Plan: Geha-Aetna: $330.00 ; Batch# 25658; Successful Submission: E-File Plan: Navicure: E-File Plan Format: 837-P 5010  Follow-Up Date set to: 8/1/2024 | | |
| 06/27/2024 | | SW | NOTE: Printed Demand Statement (3/27/2024) | | |
| 06/21/2024 | | AU | NOTE: Patient included in system generated statement export file on 6/21/2024 | | |
| 06/13/2024 | 06/13/2024 | SH | 10004 [15.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Riverdale; Service Location: PSMA Riverdale; Referring: Acker, Terri M. MD<br>[FEE] CoPay: $0.00; Visit Type: Misc - Professional Fee; Visit ID: 430386; Stmt Recipient: Nicole Wooten<br>Medical Record Copy Fee<br>Batch: 135230 10/13/2023 | $15.00 | $0.00 |
| 06/13/2024 | | SH | SERVICE LINE TRANSFER - APPLIED TO CHARGE: Patient Payment [15.00]; Check; 90648525 | ($15.00) | |
| 06/13/2024 | | PU | Patient Payment [15.00]; Check; 90648526 | ($15.00) | |
| 06/13/2024 | 06/13/2024 | SH | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 10004 [15.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Riverdale; Service Location: PSMA Riverdale; Referring: Acker, Terri M. MD<br>[FEE] CoPay: $0.00; Visit Type: Misc - Professional Fee; Visit ID: 430386; Stmt Recipient: Nicole Wooten<br>Medical Record Copy Fee | $15.00 | |
| 06/13/2024 | | SH | UNAPPLIED FROM PATIENT CREDIT  [DUE TO SERVICE LINE TRANSFER] | ($15.00) | |
| 06/13/2024 | | SH | APPLIED TO PATIENT CREDIT [DUE TO MOVE TO CREDIT] | $15.00 | |

NW001278

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 4
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 06/13/2024 | 09/15/2022 | SH | UNAPPLIED FROM CHARGE [DUE TO MOVE TO CREDIT] 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD<br>[493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam | ($15.00) | |
| 06/13/2024 | 09/15/2022 | PU | APPLIED TO CHARGE   99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD<br>[493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam | $15.00 | |
| 06/10/2024 | | PU | Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |
| 06/10/2024 | 09/15/2022 | PU | APPLIED TO CHARGE   99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD<br>[493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam | $12.39 | |
| 05/24/2024 | | AU | NOTE: Patient included in system generated statement export file on 5/24/2024 | | |
| 05/14/2024 | | SW | Insurance Payment [0.00] Bcbs Federal; Check; Insurance Plan ID: 1004<br>Batch: 159115 CLAIMS | $0.00 | |
| 05/14/2024 | 09/15/2022 | SW | APPLIED TO CHARGE   99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carlette MD<br>[493.90, 786.2, 784.91; J45.909, R05.9, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam<br>ClaimID 520666<br><br>DR GRAHAM IS NOT IN NETWORK WITH YOUR INSURANC. DESPITE OUR BEST EFFORTS, WE WERE UNABLE TO GET THEM TO PAY YOUR CLAIM. PLEASE REMIT PAYMENT. SW;<br>Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $260.00 | $0.00 | |
| 05/14/2024 | | SW | NOTE: ClaimID:520666<br><br>DR GRAHAM IS NOT IN NETWORK WITH YOUR INSURANC. DESPITE OUR BEST EFFORTS, WE WERE UNABLE TO GET THEM TO PAY YOUR CLAIM. PLEASE REMIT PAYMENT. SW | | |

NW001279

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 68 of 83

**Wooten, Nicole [194342]**

Norcross, GA 30092

Account Information Report
Include:All

Show: Expanded Details

Page: 5
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/14/2024 | | SW | Insurance Payment [0.00] Bcbs Federal; Check; Insurance Plan ID: 1004<br>Batch: 159115 CLAIMS | $0.00 | |
| 05/14/2024 | 11/09/2022 | SW | APPLIED TO CHARGE: 99213 [225.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Graham, Carlette MD<br>[786.52, 786.05, 506.3, RC7.1, R06.02, J68.3] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 380626; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>ClaimID 522353 | $0.00 | |
| | | | DR GRAHAM IS NOT IN NETWORK WITH YOUR INSURANC DESPITE OUR BEST EFFORTS, WE WERE UNABLE TO GET THEM TO PAY YOUR CLAIM. PLEASE REMIT PAYMENT. SW;<br>Deducible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $185.00 | | |
| 05/10/2024 | | PU | Patient Payment [12.39]; Credit Card - Visa, | ($12.39) | |
| 05/10/2024 | 09/20/2023 | PU | APPLIED TO CHARGE: 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05, 468.0 J45.909, R05.9, R06.02, J20.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405166; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam | $12.39 | |
| 04/26/2024 | | AU | NOTE: Patient included in system generated statement export file on 4/26/2024 | | |
| 03/29/2024 | | AU | NOTE: Patient included in system generated statement export file on 3/29/2024 | | |
| 03/01/2024 | | AU | NOTE: Patient included in system generated statement export file on 3/1/2024 | | |
| 02/02/2024 | | AU | NOTE: Patient included in system generated statement export file on 2/2/2024 | | |
| 01/19/2024 | 01/19/2024 | RC | 10001 [50.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[FEE] CoPay: $0.00; Visit Type: Misc - Professional Fee; Visit ID: 417116; Stmt Recipient: Nicole Wooten<br>No Show Fee Office<br>Batch: 156451 12162023 | $50.00 | $50.00 |
| 01/05/2024 | | AU | NOTE: Patient included in system generated statement export file on 1/5/2024 | | |
| 12/27/2023 | | MC | Contractual Adjustment: [81.59] Geha-Aetna; Insurance Plan ID: 1186<br>Batch: 156620 Insurance credit cards | ($81.59) | |

NW001280

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 69 of 83

**Account Information Report**
Include:All

Show: Expanded Details

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 70 of 83

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/27/2023 | 12/06/2023 | MC | APPLIED TO CHARGE: 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 478.19, 473.9, J45.909, R05.9, R09.81, J32.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>ClaimID 561284 | $81.59 | |
| 12/27/2023 | | MC | Contractual Adjustment: [27.43] Geha-Aetna; Insurance Plan ID: 1186<br>Batch: 156620 Insurance credit cards | ($27.43) | |
| 12/27/2023 | 12/06/2023 | MC | APPLIED TO CHARGE: 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[493.90, J45.909] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten<br>Spirometry<br>ClaimID 561284 | $27.43 | |
| 12/27/2023 | | MC | Insurance Payment [273.14] Geha-Aetna; Credit Card; 105004115; Insurance Plan ID: 1186<br>Batch: 156620 Insurance credit cards | ($273.14) | |
| 12/27/2023 | 12/06/2023 | MC | APPLIED TO CHARGE: 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[493.90, J45.909] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten<br>Spirometry<br>ClaimID 561284; Deductible: $0.00 ; Co-Pay: $0.00 ; Co-ins: $15.84 | $89.73 | |
| 12/27/2023 | 12/06/2023 | MC | APPLIED TO CHARGE: 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 478.19, 473.9, J45.909, R05.9, R09.81, J32.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>ClaimID 561284; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | $183.41 | |

NW001281

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 7
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/15/2023 | 12/06/2023 | HP | 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD; Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [493.90, 786.2, 478.19, 473.9, J45.909, R05.9, R09.81, J32.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten Estab Patient-expanded Exam Batch: 156423 | $300.00 | $35.00 |
| 12/27/2023 | | MC | APPLIED TO CHARGE: Contractual Adjustment [81.59] Geha-Aetna; Insurance Plan ID: 1186 ClaimID 561284 | ($81.59) | |
| 12/27/2023 | | MC | APPLIED TO CHARGE: Insurance Payment [273.14] Geha-Aetna; Credit Card; 105034115; Insurance Plan ID: 1185 ClaimID 561284; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | ($183.41) | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25065: Successful Submission: E-File Plan: Navicure: E-File Plan Format: 837-P 5010  Follow-Up Date set to: 1/17/2024 | | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25060: Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25060: Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25060: Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |
| 12/15/2023 | 12/06/2023 | HP | 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD; Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [493.90, J45.909] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 413324; Stmt Recipient: Nicole Wooten Spirometry Batch: 156423 | $133.00 | $15.84 |
| 12/27/2023 | | MC | APPLIED TO CHARGE: Contractual Adjustment [27.43] Geha-Aetna; Insurance Plan ID: 1186 ClaimID 561284 | ($27.43) | |
| 12/27/2023 | | MC | APPLIED TO CHARGE: Insurance Payment [273.14] Geha-Aetna; Credit Card; 105034115; Insurance Plan ID: 1185 ClaimID 561284; Deductible: $0.00 ; Co-Pay: $0.00  Co-Ins: $15.84 | ($89.73) | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25065: Successful Submission: E-File Plan: Navicure: E-File Plan Format: 837-P 5010  Follow-Up Date set to: 1/17/2024 | | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25060: Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $453.00 : Batch# 25060: Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 71 of 83

NW001282

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 8
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/16/2023 | | * | CLAIM NOTE: Submitted Claim# 561284 to Insurance Plan: Geha-Aetna: $433.00 ; Batch# 25060; Failed Submission: E-File Plan: Navicure  E-File Plan Format: 837-P 5010 | | |
| 12/06/2023 | | AU | NOTE: Patient included in system generated statement export file on 12/8/2023 | | |
| 12/06/2023 | | SW | NOTE: Printed Demand Statement (12/6/2023) | | |
| 12/06/2023 | | RC | Patient Payment [20.00] Credit Card - Visa | ($20.00) | |
| | | | Batch: 156263 posting 12.6.23 | | |
| 12/14/2023 | 09/06/2023 | MC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette  MD; Rendering: Graham, Carlette MD | $20.00 | |
| | | | Practice Location: PSMA  Stockbridge; Service Location: PSMA  Stockbridge; Referring: Acker, Terri M. MD | | |
| | | | [J45.909, R06.32, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405036; Stmt Recipient: Nicole Wooten | | |
| | | | Estab Patient-detailed Exam | | |
| 12/14/2023 | | MC | UNAPPLIED FROM PRE-PAY CREDIT  [DUE TO SERVICE LINE TRANSFER] | ($20.00) | |
| 12/06/2023 | | RC | APPLIED TO PRE-PAY CREDIT | $20.00 | |
| 12/06/2023 | | RC | Patient Payment [15.00] Credit Card - Visa | ($15.00) | |
| | | | Batch: 156263 posting 12.6.23 | | |
| 12/14/2023 | 09/06/2023 | MC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette  MD; Rendering: Graham, Carlette MD | $15.00 | |
| | | | Practice Location: PSMA  Stockbridge; Service Location: PSMA  Stockbridge; Referring: Acker, Terri M. MD | | |
| | | | [J45.909, R06.32, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405036; Stmt Recipient: Nicole Wooten | | |
| | | | Estab Patient-detailed Exam | | |
| 12/14/2023 | | MC | UNAPPLIED FROM PRE-PAY CREDIT  [DUE TO SERVICE LINE TRANSFER] | ($15.00) | |
| 12/06/2023 | | RC | APPLIED TO PRE-PAY CREDIT | $15.00 | |
| 12/06/2023 | | SW | Insurance Payment [0.00] Geha-Aetna; Check; Insurance Plan ID 1186 | $0.00 | |
| | | | Batch: 156260 FOLLOWUP ADJUSTMENTS | | |
| 12/06/2023 | 09/06/2023 | SW | APPLIED TO CHARGE:    99214 [300.00 x 1] Billable: Graham, Carlette  MD; Rendering: Graham, Carlette MD | $0.00 | |
| | | | Practice Location: PSMA  Stockbridge; Service Location: PSMA  Stockbridge; Referring: Acker, Terri M. MD | | |
| | | | [J45.909, R06.32, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405036; Stmt Recipient: Nicole Wooten | | |
| | | | Estab Patient-detailed Exam | | |
| | | | ClaimID  552240; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | | |
| 11/10/2023 | | AU | NOTE: Patient included in system generated statement export file on 11/10/2023 | | |
| 10/13/2023 | | AU | NOTE: Patient included in system generated statement export file on 10/13/2023 | | |
| 10/06/2023 | | SW | Contractual Adjustment: [81.59] Geha-Aetna; Insurance Plan ID: 1186 | ($81.59) | |
| | | | Batch: 135127 INS CC | | |

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 72 of 83

NW001283

**Wooten, Nicole [184342]**

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 9
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/06/2023 | 09/20/2023 | SW | APPLIED TO CHARGE: 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05, 466.0 J45.909, R05.9, R06.02, J20.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 406166; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>ClaimID 552419 | $81.59 | |
| 10/06/2023 | | SW | Contractual Adjustment: [22.47] Geha-Aetna; Insurance Plan ID: 1186<br>Batch: 135127 INS CC | ($22.47) | |
| 10/06/2023 | 09/20/2023 | SW | APPLIED TO CHARGE: 71046 [108.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[R05.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 406166; Stmt Recipient: Nicole Wooten<br>Radiologic examination, chest; 2 views<br>ClaimID 552419 | $22.47 | |
| 10/06/2023 | | SW | Insurance Payment [256.11] Geha-Aetna; Credit Card, 102439929; Insurance Plan ID: 1186<br>Batch: 135127 INS CC | ($256.11) | |
| 10/06/2023 | 09/20/2023 | SW | APPLIED TO CHARGE: 71046 [108.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[R05.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 406166; Stmt Recipient: Nicole Wooten<br>Radiologic examination, chest; 2 views<br>ClaimID 552419; Deductible: $0.00 ; Co-Pay: $0.00 Co-ins: $12.83 | $72.73 | |
| 10/06/2023 | 09/20/2023 | SW | APPLIED TO CHARGE: 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05, 466.0 J45.909, R05.9, R06.02, J20.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 406166; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>ClaimID 552419; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | $183.41 | |
| 09/29/2023 | | MC | Insurance Payment [183.41] Geha-Aetna; Credit Card; 31107836; Insurance Plan ID: 1186<br>Batch: 134999 Insurance credit cards | ($183.41) | |

NW001284

Wooten, Nicole [184342]

█████████████████████

Norcross, GA 30092

Account Information Report
Include:All

Show: Expanded Details

Page: 10
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/29/2023 | 09/06/2023 | MC | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[J45.909, R06.02, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405035; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam<br>ClaimID 552240; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $35.58 | $183.41 | |
| 09/29/2023 | | MC | Contractual Adjustment [81.59] Geha-Aetna; Insurance Plan ID: 1186<br>Batch: 134699 insurance credit cards | ($81.59) | |
| 09/29/2023 | 09/06/2023 | MC | APPLIED TO CHARGE: 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD<br>[J45.909, R06.02, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405035; Stmt Recipient: Nicole Wooten<br>Estab Patient-detailed Exam<br>ClaimID 552240 | $81.59 | |
| 09/21/2023 | 09/20/2023 | HP | 71046 [108.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[R06.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 405186; Stmt Recipient: Nicole Wooten<br>Radiologic examination, chest; 2 views<br>Batch: 134619 | $108.00 | $12.83 |
| 10/06/2023 | | SW | APPLIED TO CHARGE: Contractual Adjustment [22.47] Geha-Aetna; Insurance Plan ID: 1186<br>ClaimID 552419 | ($22.47) | |
| 10/06/2023 | | SW | APPLIED TO CHARGE: Insurance Payment [256.11] Geha-Aetna; Credit Card; 102439929; Insurance Plan ID: 1186<br>ClaimID 552419; Deductible: $0.00 ; Co-Pay: $0.00 ; Co-Ins: $12.83 | ($72.70) | |
| 09/22/2023 | | * | CLAIM NOTE: Submitted Claim# 552419 to Insurance Plan: Geha-Aetna: $408.00 ; Batch# 24877; Successful Submission: E-File Plan: Navicure; E-File Plan Format: 837-P 5010 Follow-Up Date set to: 10/22/2023 | | |
| 09/21/2023 | 09/20/2023 | HP | 99214-25 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05, 466.0 J45.909, R06.9, R06.02, J20.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405186; Stmt Recipient: Nicole Wooten<br>Estab Patient-expanded Exam<br>Batch: 134619 | $300.00 | $22.61 |
| 05/10/2024 | | PU | APPLIED TO CHARGE: Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |

NW001285

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page:     11
Date:     09/04/2024
Time:     2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/06/2023 | | SW | APPLIED TO CHARGE: Contractual Adjustment [81.59] Geha-Aetna; Insurance Plan ID: 1186 ClaimID 552419 | ($81.59) | |
| 10/06/2023 | | SW | APPLIED TO CHARGE: Insurance Payment [256.11] Geha-Aetna; Credit Card: 102439929; Insurance Plan ID: 1186 ClaimID 552419; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | ($163.41) | |
| 09/22/2023 | | * | CLAIM NOTE: Submitted Claim# 552419 to Insurance Plan: Geha-Aetna: $408.00 ; Batch# 24877; Successful Submission; E-File Plan: Navicure; E-File Plan Format: 837-P 5010  Follow-Up Date set to: 10/22/2023 | | |
| 09/15/2023 | | AU | NOTE: Patient included in system generated statement export file on 9/15/2023 | | |
| 09/13/2023 | 09/06/2023 | HP | 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA  Stockbridge; Service Location: PSMA  Stockbridge; Referring: Acker, Terri M. MD [J45.905, R06.02, R09.82] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 405036; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam Batch: 134655 | $300.00 | $0.00 |
| 12/14/2023 | | MC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: Patient Payment [20.00]; Credit Card - Visa | ($20.00) | |
| 12/14/2023 | | MC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: Patient Payment [15.00]; Credit Card - Visa | ($15.00) | |
| 12/06/2023 | | SW | APPLIED TO CHARGE: Insurance Payment [0.00] Geha-Aetna; Check; Insurance Plan ID: 1186 ClaimID 552240; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | $0.00 | |
| 09/29/2023 | | MC | APPLIED TO CHARGE: Contractual Adjustment [81.59] Geha-Aetna; Insurance Plan ID: 1186 ClaimID 552240 | ($81.59) | |
| 09/29/2023 | | MC | APPLIED TO CHARGE: Insurance Payment [163.41] Geha-Aetna; Credit Card: 31107836; Insurance Plan ID: 1186 ClaimID 552240; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $35.58 | ($163.41) | |
| 09/21/2023 | | * | CLAIM NOTE: Submitted Claim# 552240 to Insurance Plan: Geha-Aetna: $300.00 ; Batch# 24873; Successful Submission; E-File Plan: Navicure; E-File Plan Format: 837-P 5010  Follow-Up Date set to: 10/21/2023 | | |
| 09/14/2023 | | * | CLAIM NOTE: Submitted Claim# 551648 to Insurance Plan: Atlanta Heart: $300.00   Batch# 24858; Successful Submission; E-File Plan: CMS 1500 - Paper ; E-File Plan Format: CMS-1500 0212 ICD 9-10 (12 DX) (v2); Follow-Up Date set to: 10/14/2023 | | |
| 03/30/2023 | | MC | Insurance Payment [40.00] Atlanta Heart; Check; 37189; Insurance Plan ID: 1390 Batch: 121531 Atlanta heart ck. 37189 | ($40.00) | |
| 03/30/2023 | 01/27/2023 | MC | APPLIED TO CHARGE: 95800 [40.00 x 1] Billable: Rastogi, Praveen MD; Rendering: Rastogi, Praveen MD Practice Location: Stockbridge Sleep Lab; Service Location: Stockbridge Sleep Lab; Referring: Chennareddy, Srinivasa MD [G47.33] CoPay: $0.00; Visit Type: Home Sleep Study; Visit ID: 388023; Stmt Recipient: Nicole Wooten Sleep study, unattended, simultaneous recording; heart rate, oxy ClaimID 531614 | $40.00 | |

NW001286

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 75 of 83

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 12
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 02/26/2023 | 02/28/2023 | FC | 10004 [16.50 x 1] Billable: Robins, Daniel MD; Rendering: Robins, Daniel MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [FEE] CoPay: $0.00; Visit Type: Misc - Professional Fee; Visit ID: 388722; Stmt Recipient: Nicole Wooten Medical Record Copy Fee Batch: 119178 11.21.22 FC | $16.50 | $0.00 |
| 02/26/2023 | | FC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: Patient Payment [16.50]; Check | ($16.50) | |
| 02/26/2023 | | PU | Patient Payment [16.50]; Check | ($16.50) | |
| 02/26/2023 | 02/28/2023 | FC | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 10004 [16.50 x 1] Billable: Robins, Daniel MD; Rendering: Robins, Daniel MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Acker, Terri M. MD [FEE] CoPay: $0.00; Visit Type: Misc - Professional Fee; Visit ID: 388722; Stmt Recipient: Nicole Wooten Medical Record Copy Fee | $16.50 | |
| 02/26/2023 | | FC | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($16.50) | |
| 02/26/2023 | | PU | APPLIED TO PRE-PAY CREDIT | $16.50 | |
| 02/16/2023 | 01/27/2023 | MC | 95800 [40.00 x 1] Billable: Rastogi, Praveen MD; Rendering: Rastogi, Praveen MD Practice Location: Stockbridge Sleep Lab; Service Location: Stockbridge Sleep Lab; Referring: Chennareddy, Srinivasa MD [G47.33] CoPay: $0.00; Visit Type: Home Sleep Study; Visit ID: 388023; Stmt Recipient: Nicole Wooten Sleep study, unattended, simultaneous recording; heart rate, oxy Batch: 120727 Charges,credits, adjustments. | $40.00 | $0.00 |
| 03/30/2023 | | MC | APPLIED TO CHARGE: Insurance Payment [40.00] Atlanta Heart; Check; 37189; Insurance Plan ID: 1390 ClaimID 531614 | ($40.00) | |
| 03/21/2023 | | MC | CLAIM NOTE: Follow-Up Reason Code set to Sent to ATL; Follow-Up Date set to: 04/04/2023 | | |
| 03/21/2023 | | MC | CLAIM NOTE: Follow-Up Reason Code set to Sent to ATL | | |
| 02/17/2023 | | * | CLAIM NOTE: Submitted Claim# 531614 to Insurance Plan: Atlanta Heart: $40.00 : Batch# 24216 : Successful Submission: E-File Plan: CMS 1500 - Paper : E-File Plan Format: CMS-1500 0212 ICD-9-10 (12 DX) (v2), Follow-Up Date set to: 03/19/2023 | | |
| 11/14/2022 | 11/09/2022 | HP | 99213 [225.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Graham, Carlette MD [786.52, 786.05, 506.3, R07.1, R06.02, J68.3] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 380526; Stmt Recipient: Nicole Wooten Estab Patient-expanded Exam Batch: 118658 | $225.00 | $185.00 |

NW001287

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 76 of 83

**Wooten, Nicole [194342]**

~~[redacted]~~

**Norcross, GA 30092**

**Account Information Report**
Include:All

**Show: Expanded Details**

| Page: | 13 |
|---|---|
| Date: | 09/04/2024 |
| Time: | 2:53:27 PM |

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 77 of 83

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/14/2024 | | SW | APPLIED TO CHARGE:    Insurance Payment [0.00] Bcbs Federal; Check; Insurance Plan ID: 1004 ClaimID 522353 | $0.00 | |
| | | | DR GRAHAM IS NOT IN NETWORK WITH YOUR INSURANC DESPITE OUR BEST EFFORTS, WE WERE UNABLE TO GET THEM TO PAY YOUR CLAIM. PLEASE REMIT PAYMENT. SW; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $185.00 | | |
| 03/20/2024 | | SW | CLAIM NOTE: GRAHAM STILL NOT ADDED BACK IN SYSTEM AS OON PROVIDER. | | |
| 03/20/2024 | | SW | CLAIM NOTE: Follow-Up Date set to: 04/19/2024 | | |
| 10/23/2023 | | SB | CLAIM NOTE: Follow-Up Date set to: 11/06/2023 | | |
| 07/25/2023 | | SW | CLAIM NOTE: PER BCBS, GRAHAM ADDED BACK IN SYSTEM. RESENT CLAIM. | | |
| 07/25/2023 | | SW | CLAIM NOTE: Follow-Up Reason Code set to CORCLM; Follow-Up Date set to: 08/18/2023 | | |
| 07/11/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 07/25/2023 | | |
| 06/22/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 07/06/2023 | | |
| 06/20/2023 | | MC | CLAIM NOTE: Another message sent to Anthem regarding why Dr. Graham has been removed from their system. | | |
| 06/20/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/27/2023 | | |
| 06/09/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/23/2023 | | |
| 05/16/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/16/2023 | | |
| 04/26/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 05/19/2023 | | |
| 04/11/2023 | | EC | CLAIM NOTE: Follow-Up Reason Code set to DATA; Follow-Up Date set to: 05/01/2023 | | |
| 04/11/2023 | | EC | CLAIM NOTE: We are trying to find out why Dr. Graham has been totally removed from the BCBS system causing her claims to reject without being processed. We should be able to get them processed as out of network. I have sent a contact request to Anthem Provider Experience Associates via email request on their website. Waiting for response. | | |
| 04/10/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 04/24/2023 | | |
| 03/16/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 03/30/2023 | | |
| 02/21/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 03/14/2023 | | |
| 02/06/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 02/20/2023 | | |
| 01/26/2023 | | MC | CLAIM NOTE: Holding for response from BB. | | |
| 01/26/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 02/01/2023 | | |
| 01/11/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 01/25/2023 | | |
| 12/21/2022 | | MC | CLAIM NOTE: Follow-Up Date set to: 12/28/2022 | | |
| 12/07/2022 | | EC | CLAIM NOTE: Follow-Up Reason Code set to OTHER; Follow-Up Date set to: 12/21/2022 | | |
| 12/07/2022 | | EC | CLAIM NOTE: Per Availity portal, claim denied stating information requested from provider. Called BCBS FEP and spoke with rep Knaceejah, she states the denial on her end shows tax ID expired. Patient was seen by Dr. Graham who is out of network. Sent to Barbara for adjustment review. | | |
| 11/15/2022 | | * | CLAIM NOTE: Submitted Claim# 522353 to Insurance Plan: Bcbs Federal: $225.00 ; Batch# 23986; Successful Submission: E-File Plan: Navicure 5010; E-File Plan Format: 837-P 5010; Follow-Up Date set to: 12/13/2022 | | |

**NW001288**

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 14
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 11/14/2022 | | HP | SERVICE LINE TRANSFER - APPLIED TO CHARGE: Patient Payment [40.00]; Credit Card - American Express; CoPay VisitID: 380526 | ($40.00) | |
| 11/09/2022 | | PU | Patient Payment [40.00]; Credit Card - American Express; | ($40.00) | |
| 11/09/2022 | 08/24/2022 | PU | APPLIED TO CHARGE: 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carletta MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [786.05, R06.02] CoPay: $10.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten Spirometry | $10.00 | |
| 11/09/2022 | 08/24/2022 | PU | APPLIED TO CHARGE: 99204-25 [350.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [493.90, 786.2, 786.05, J45.909, R05.3, R06.02] CoPay: $30.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten New Patient-mod Comple Exam | $30.00 | |
| 11/09/2022 | | PU | Patient Payment [40.00]; Credit Card - American Express; CoPay VisitID: 380526 | ($40.00) | |
| 11/14/2022 | 11/09/2022 | HP | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [225.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Stockbridge; Service Location: PSMA Stockbridge; Referring: Graham, Carletta MD [786.52, 786.05, 506.3, R07.1, R06.02, J68.3] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 380526; Stmt Recipient: Nicole Wooten Estab Patient-expanded Exam | $40.00 | |
| 11/14/2022 | | HP | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 11/09/2022 | | PU | APPLIED TO PRE-PAY CREDIT | $40.00 | |
| 10/28/2022 | | AU | NOTE: Patient included in system generated statement export file on 10/28/2022 | | |
| 10/25/2022 | 09/15/2022 | HP | 99214 [300.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Graham, Carletta MD [493.90, 786.2, 784.91, J45.909, R05.3, R09.82] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 376222; Stmt Recipient: Nicole Wooten Estab Patient-detailed Exam Batch: 118609 | $300.00 | $262.83 |
| 08/12/2024 | | PU | APPLIED TO CHARGE: Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |
| 07/10/2024 | | PU | APPLIED TO CHARGE: Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |
| 06/13/2024 | | SH | UNAPPLIED FROM CHARGE [DUE TO MOVE TO CREDIT] Patient Payment [15.00]; Check; 90648526 | $15.00 | |
| 06/13/2024 | | PU | APPLIED TO CHARGE: Patient Payment [15.00]; Check 90648526 | ($15.00) | |
| 06/10/2024 | | PU | APPLIED TO CHARGE: Patient Payment [12.39]; Credit Card - Visa; | ($12.39) | |

Case: 1:23-cv-00012-RAM-EAH Document #: 292-19 Filed: 05/28/26 Page 78 of 83

NW001289

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

**Show: Expanded Details**

Page: 15
Date: 09/04/2024
Time: 2:53:27 PM

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 79 of 83

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/14/2024 | | SW | APPLIED TO CHARGE:  Insurance Payment [0.00] Bcbs Federal; Check; Insurance Plan ID: 1004<br>ClaimID: 520666 | $0.00 | |
| | | | DR GRAHAM IS NOT IN NETWORK WITH YOUR INSURANC DESPITE OUR BEST EFFORTS, WE WERE UNABLE TO GET THEM TO PAY YOUR CLAIM. PLEASE REMIT PAYMENT. SW; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $260.00 | | |
| 03/20/2024 | | SW | CLAIM NOTE: WAITING ON GRAHAM TO BE ADDED BACK AS AN OON PROVIDER. | | |
| 03/20/2024 | | SW | CLAIM NOTE: Follow-Up Date set to: 04/19/2024 | | |
| 10/23/2023 | | SB | CLAIM NOTE: Follow-Up Date set to: 11/06/2023 | | |
| 07/28/2023 | | SW | CLAIM NOTE: PER BCBS, GRAHAM ADDED BACK IN SYSTEM. RESENT CLAIM. | | |
| 07/28/2023 | | SW | CLAIM NOTE: Follow-Up Reason Code set to: CORCLM; Follow-Up Date set to: 08/18/2023 | | |
| 07/11/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 07/25/2023 | | |
| 06/22/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 07/06/2023 | | |
| 06/20/2023 | | MC | CLAIM NOTE: Another message sent to Anthem regarding why Dr. Graham has been removed from their system. | | |
| 06/20/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/27/2023 | | |
| 06/09/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/23/2023 | | |
| 05/16/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 06/16/2023 | | |
| 04/26/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 05/19/2023 | | |
| 04/11/2023 | | EC | CLAIM NOTE: Follow-Up Reason Code set to: DATA; Follow-Up Date set to: 05/01/2023 | | |
| 04/11/2023 | | EC | CLAIM NOTE: We are trying to find out why Dr. Graham has been totally removed from the BCBS system causing her claims to reject without being processed. We should be able to get them processed as out of network. I have sent a contact request to Anthem Provider Experience Associates via email request on their website. Waiting for response. | | |
| 04/07/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 04/21/2023 | | |
| 03/16/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 03/30/2023 | | |
| 02/21/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 03/13/2023 | | |
| 02/06/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 02/20/2023 | | |
| 01/26/2023 | | MC | CLAIM NOTE: Holding for response from Barbara. | | |
| 01/26/2023 | | MC | CLAIM NOTE: Follow-Up Date set to: 02/01/2023 | | |
| 01/11/2023 | | EC | CLAIM NOTE: Follow-Up Date set to: 01/25/2023 | | |
| 12/21/2022 | | MC | CLAIM NOTE: Follow-Up Date set to: 12/28/2022 | | |
| 12/07/2022 | | EC | CLAIM NOTE: Follow-Up Reason Code set to: OTHER; Follow-Up Date set to: 12/21/2022 | | |
| 12/07/2022 | | EC | CLAIM NOTE: Per Availity portal, claim denied stating information requested from provider. Called BCBS FEP and spoke with rep Khadeejah, she states the denial on her end shows tax ID expired. Patient was seen by Dr. Graham who is out of network. Sent to Barbara for adjustment review. | | |
| 10/26/2022 | | * | CLAIM NOTE: Submitted Claim# 520666 to Insurance Plan: Bcbs Federal: $300.00 ; Batch# 23941; Successful Submission: E-File Plan: Navicure 501C: E-File Plan Format: 837-P 5010: Follow-Up Date set to: 11/23/2022 | | |
| 09/30/2022 | | AU | NOTE: Patient included in system generated statement export file on 9/30/2022 | | |

NW001290

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 16
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/14/2022 | | SB | Contractual Adjustment: [161.34] Bcbs Federal; Insurance Plan ID 1004 (ERA) Batch: 117665 Bcbs-3189123345 | (161.34) | |
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 99204-25 [350.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [493.90, 786.2, 786.05, J45.909, R05.3, R06.02] CoPay: $30.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten New Patient-mod Comple Exam ClaimID 514716 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | $161.34 | |
| 09/14/2022 | | SB | Contractual Adjustment: [77.98] Bcbs Federal; Insurance Plan ID: 1004 (ERA) Batch: 117665 Bcbs-3189123345 | (77.98) | |
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [786.05; R06.02] CoPay: $10.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten Spirometry ClaimID 514716 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | $77.98 | |
| 09/14/2022 | | SB | Contractual Adjustment: [70.87] Bcbs Federal; Insurance Plan ID: 1004 (ERA) Batch: 117665 Bcbs-3189123345 | (70.87) | |
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 71046 [108.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [786.2; R05.3] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten Radiologic examination, chest 2 views ClaimID 514716 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | $70.87 | |
| 09/14/2022 | | SB | Insurance Payment [240.81] Bcbs Federal; EFT, 3189123345; Insurance Plan ID: 1004 (ERA) Batch: 117665 Bcbs-3189123345 | (240.81) | |

**NW001291**

Case: 1:23-cv-00012-RAM-EAH   Document #: 292-19   Filed: 05/28/26   Page 80 of 83

## Account Information Report
### Include:All
### Show: Expanded Details

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 71046 [106.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[786.2, R05.3] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten<br>Radiologic examination, chest; 2 views<br>ClaimID 514716 | $37.13 | |
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carletta MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[786.05; R06.02] CoPay: $10.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten<br>Spirometry<br>ClaimID 514716; Deductible: $0.00 ; Co-Pay: $10.00 ; Co-Ins: $0.00 | $45.02 | |
| 09/14/2022 | 08/24/2022 | SB | APPLIED TO CHARGE: 99204-25 [350.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05; J45.909, R05.3, R06.02] CoPay: $30.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten<br>New Patient-mod Complex Exam<br>ClaimID 514716; Deductible: $0.00 ; Co-Pay: $30.00 ; Co-Ins: $0.00 | $158.96 | |
| 08/25/2022 | 08/24/2022 | HP | 99204-25 [350.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD<br>Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[493.90, 786.2, 786.05; J45.909, R05.3, R06.02] CoPay: $30.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten<br>New Patient-mod Complex Exam<br>Batch: 117463 | $350.00 | $0.00 |
| 11/09/2022 | | PU | APPLIED TO CHARGE: Patient Payment [40.00]; Credit Card - American Express; | ($30.00) | |
| 09/15/2022 | | SB | CLAIM NOTE: Printed Claim# 516619 for Insurance Plan: Geha-Aetna $591.00 : Printer: Claims Printer | | |
| 09/15/2022 | | * | CLAIM NOTE: Submitted Claim# 516619 to Insurance Plan: Geha-Aetna: $591.00 : Batch# 23747: Successful Submission: E-File Plan: CMS 1500 Insurance Payments : E-File Plan Format: CMS-1500 0212 ICD 9-10 (12 DX) (v2): Follow-Up Date set to: 10/15/2022 | | |

Case: 1:23-cv-00012-RAM-EAH    Document #: 292-19    Filed: 05/28/26    Page 81 of 83

NW001292

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

Show: Expanded Details

Page: 18
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/14/2022 | | SB | APPLIED TO CHARGE: Contractual Adjustment [161.34] Bcbs Federal; Insurance Plan ID: 1004 (ERA) ClaimID 514718 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer's) | ($161.34) | |
| 09/14/2022 | | SB | APPLIED TO CHARGE: Insurance Payment [240.81] Bcbs Federal; EFT : 3189123345; Insurance Plan ID: 1004 (ERA) ClaimID 514718; Deductible: $0.00 ; Co-Pay: $30.00 ; Co-Ins: $0.00 | ($158.66) | |
| 08/26/2022 | | * | CLAIM NOTE: Submitted Claim# 514718 to Insurance Plan: Bcbs Federal: $591.00 : Batch# 23703: Successful Submission: E-File Plan: Navicure 5010: E-File Plan Format: 837-P 5010: Follow-Up Date set to: 9/25/2022 | | |
| 08/25/2022 | 08/24/2022 | HP | 94010 [133.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD [786.05; R06.02] CoPay: $10.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten Spirometry Batch: 117463 | $133.00 | $0.00 |
| 11/09/2022 | | PU | APPLIED TO CHARGE: Patient Payment [40.00]: Credit Card - American Express; | ($10.00) | |
| 09/15/2022 | | SB | CLAIM NOTE: Printed Claim# 516619 for Insurance Plan: Geha-Aetna $591.00 : Printer: Claims Printer | | |
| 09/15/2022 | | * | CLAIM NOTE: Submitted Claim# 516619 to Insurance Plan: Geha-Aetna: $591.00 : Batch# 23747: Successful Submission: E-File Plan: CMS 1500 Insurance Payments ; E-File Plan Format: CMS-1500 0212 ICD 9-10 (12 DX) (v2): Follow-Up Date set to: 10/15/2022 | | |
| 09/14/2022 | | SB | APPLIED TO CHARGE: Contractual Adjustment [77.96] Bcbs Federal; Insurance Plan ID: 1004 (ERA) ClaimID 514718 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer's) | ($77.96) | |
| 09/14/2022 | | SB | APPLIED TO CHARGE: Insurance Payment [240.81] Bcbs Federal, EFT : 3189123345; Insurance Plan ID: 1004 (ERA) ClaimID 514718; Deductible: $0.00 ; Co-Pay: $10.00 ; Co-Ins: $0.00 | ($45.02) | |
| 08/26/2022 | | * | CLAIM NOTE: Submitted Claim# 514718 to Insurance Plan: Bcbs Federal: $591.00 : Batch# 23703: Successful Submission: E-File Plan: Navicure 5010: E-File Plan Format: 837-P 5010: Follow-Up Date set to: 9/25/2022 | | |

NW001293

Wooten, Nicole [194342]

Norcross, GA 30092

**Account Information Report**
Include:All

**Show: Expanded Details**

Page: 19
Date: 09/04/2024
Time: 2:53:27 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 08/26/2022 | 08/24/2022 | HP | 71046 [108.00 x 1] Billable: Graham, Carlette MD; Rendering: Graham, Carlette MD; Practice Location: PSMA Fayetteville; Service Location: PSMA Fayetteville; Referring: Acker, Terri M. MD<br>[786.2; R05.3] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 374466; Stmt Recipient: Nicole Wooten<br>Radiologic examination, chest 2 views<br>Batch: 117483 | $108.00 | $0.00 |
| 09/15/2022 | | SB | CLAIM NOTE: Printed Claim# 516619 for Insurance Plan: Geha-Aetna $591.00 : Printer: Claims Printer | | |
| 09/15/2022 | | * | CLAIM NOTE: Submitted Claim# 516619 to Insurance Plan: Geha-Aetna $591.00 : Batch# 23747: Successful Submission: E-File Plan: CMS 1500 Insurance Payments : E-File Plan Format: CMS-1500 0212 ICD 9-10 (12 DX) (v2): Follow-Up Date set to: 10/15/2022 | | |
| 09/14/2022 | | SB | APPLIED TO CHARGE: Contractual Adjustment [70.87] Bcbs Federal; Insurance Plan ID: 1004 (ERA)<br>ClaimID 514718<br>CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | (570.87) | |
| 09/14/2022 | | SB | APPLIED TO CHARGE: Insurance Payment [240.81] Bcbs Federal; EFT : 3138123345; Insurance Plan ID: 1004 (ERA)<br>ClaimID 514718 | (537.13) | |
| 08/26/2022 | | * | CLAIM NOTE: Submitted Claim# 514718 to Insurance Plan: Bcbs Federal: $591.00 : Batch# 23703: Successful Submission: E-File Plan: Navicure 5010: E-File Plan Format: 837-P 5010: Follow-Up Date set to: 9/25/2022 | | |

NW001294