

**DEKALB**
NEUROLOGY GROUP

**David A. Olson, M.D.**
*Board Certified Neurologist*

## CONSULTATION

| | |
|---|---|
| **PATIENT NAME:** | **WOOTEN, NICOLE** |
| **MRN #:** | 106145 |
| **DATE OF BIRTH:** | ▇▇▇▇▇▇ |
| **DATE OF SERVICE:** | 08/24/2022 |

### HISTORY OF PRESENT ILLNESS:

Chief complaint is tremors. Ms. Wooten is a 37-year-old left-handed woman accompanied by her mother who said in August 2022 she was exposed to smoke with petrochemical coke in it. She began having worsening asthma and is now seeing Dr. Graham of Pulmonary Medicine. She had a history of asthma but only occasionally needed to use an inhaler, now she needs to use inhalers frequently. She also has a history of migraine with a hive allergy to sumatriptan in 2017. These were severe headaches with photo and phonophobia. These have resolved, but following her August 2022 exposure, she began getting daily headaches. These occur on one side of her head or the other. There is no nausea or photo or phonophobia with these. They last all day. She takes Tylenol. She also describes weakness and muscle spasms. She has tremors sometimes in her arms or legs or whole body. She has had recent lab work with her primary, Dr. Morton-Acker.

She has had a myomectomy and a cholecystectomy in the past.

### REVIEW OF SYSTEMS:

This is significant for last period over a year ago. I have reviewed this form. She is on norethindrone for menses suppression. She is also on Symbicort and albuterol.

### EXAMINATION:

I could not view her discs. Visual acuity was 20/25 in the right eye and 20/20 in the left eye with contacts. Her cardiac exam is normal. She is photophobic. Pupils are reactive. Visual fields are full. Extraocular movements are full. There is no dysarthria. There is a high-frequency tremor with her arms outstretched. Motor strength and tone are normal. Reflexes are absent in the lower extremities. Plantars are flexor. Finger-to-nose and heel-to-shin testing is normal. Gait is steady. Pin is normal in her arms and legs.

### ASSESSMENT:

Tremors and daily headaches: I do not have a clear origin here. She is not a large woman. I could not view her discs.

### PLAN:

We will check a brain MRI. We will go ahead and try to get her off of the analgesics. She should use these sparingly as they can cause a rebound headache for both tremor

**Dekalb Neurology Group, LLC**
2665 N. Decatur Road, Suite 540 • Decatur, Georgia 30033
404.508.4008 | 404.508.4009



EXHIBIT
**20**

NW000158

Wooten, Nicole
08/24/2022
Page 2

suppression and a migraine prophylactic, she can try propranolol 10 b.i.d. This could potentially make asthma worse, but the dose is very low. I will communicate with this note to the pulmonologist. We will get the recent blood work from Dr. Morton Acker. She can use Nurtec as an abortive.

David Olson, MD

DO/TR14/sd1

cc:    Dr. Graham at 770-997-4790

       Dr. Morton-Acker at 404-284-7744

NW000159