Wooten, Nicole (MRN 903220657) DOB: ███████    Encounter Date: 02/09/2023

Letter by Olufisayo Otusanya, MD on 2/9/2023



**Piedmont Physicians Pulmonary & Sleep Medicine of Stockbridge**
135 NORTH PARK PLACE SUITE 200
STOCKBRIDGE GA 30281-7209
Phone: 678-289-7960
Fax: 678-289-7961

February 9, 2023

Patient: **Nicole Wooten**

Date of Birth: ███████

Date of Visit: **2/9/2023**

To Whom It May Concern:

It is my medical opinion that Nicole Wooten may return to work with light duty as tolerated. She is being treated difficulty breathing due uncontrolled asthma/reactive airway disease.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Olufisayo Otusanya, MD

*Electronically signed and verified on 2/9/2023 by Olufisayo Otusanya, MD*

EXHIBIT
**21**

**NW001412**