

Atlanta Heart
Associates, PC
www.atlantaheartassociates.com

350 Country Club Drive Suite A Stockbridge, GA 30281    Tel: 770/692-4000  Fax: 770/474-8150

## Treadmill Study Report

**Name:** NICOLE WOOTEN                **Patient ID:** ▓▓▓▓▓        **Location:** Stockbridge

**Exam Date:** 12/22/2022

**DOB:** ▓▓▓▓▓▓                      **Age:** 37 years           **Gender:** F

**Height:** 65 inches                 **Weight:** 205 lbs          **BSA:** 2.0 m²

**Ordering Physician:** Amanda Lewis, NP        **Technician:** Rosa Peppers

**Referring Physician:** OTUSANYA, OLUFISAYO    **Interpreting Cardiologist:** Rajasekhar Reddy, MD, F.A.C.C.

**Indications:** Chest pain, Shortness of breath

**Prior Study:**

**Procedure:** This is a standard bruce protocol treadmill

**Study Quality:** The quality of the study is adequate for interpretation

### Summary

| Exercise Protocol | |
|---|---|
| Protocol: Bruce | Reason for Stopping: Wheezing. Coughing. |
| Total Exercise Time: 4:00 | METs: 5.8 |
| **Heart Rate and Blood Pressure** | |
| Resting Blood Pressure: 150/100 | Blood Pressure at Peak Exercise: 220/110 |
| Baseline Heart Rate: 100 | Heart Rate Achieved at Peak Exercise: 170 |
| % of Age Predicted MHR: 93% | |

**EKG Data**

Pre-Exercise EKG: Normal Sinus Rhythm

Exercise EKG:    No ischemic EKG changes

No angina or anginal equivalent.

Exercise capacity was Poor

Exaggerated heart rate response to exercise.

Exaggerated blood pressure response to exercise.

No arrhythmias were observed.

## CONCLUSION:

1) Normal treadmill stress test

2) No angina / No arrhythmias were observed.

3) Exaggerated blood pressure response to exercise

4) Poor exercise tolerance

## SIGNATURE:

NHART

Signature Line
Read Date:

EXHIBIT
**22**

**NW000105**



H. S. Amin M.D., F.A.C.C
Gopal C. Rao M.D., F.A.C.C.
Patrick Egbe M.D., F.A.C.C.
John D. Smith M.D., F.A.C.C.
Chiruru Adele M.D., F.A.C.C.
Muthusamy Sekar M.D., F.A.C.C.
Jeevith Kanukunta M.D., F.A.C.C.

Electrophysiologists
Akshay Gupta M.D., F.A.C.C., F.H.R.S.
Dhruv Chawla, M.D.

Meryl Braunstein M.D., F.A.C.C.
Rajasekhar Reddy M.D., F.A.C.C.
A. Doughan M.D., F.A.C.C.
Gregory Petro M.D., F.A.C.C.
Camille Nelson M.D., F.A.C.C.
Pritam Polkampally M.D., F.A.C.C.
Srinivasa Chennareddy, M.D., F.A.C.C.
Dandan Chen. M.D.

Vascular Surgeon
Kenneth Menchion. M.D.

**Atlanta Heart** Associates, P.C.

www.atlantaheartassociates.com
350 Country Club Drive Suite A Stockbridge, GA 30281
Tel: 770/692-4000  Fax: 770/474-8510

## ECHOCARDIOGRAM REPORT

| | | |
|---|---|---|
| Name: NICOLE WOOTEN | Patient ID: ▮ | Machine: V17 |
| Exam Date: 12/22/2022 | | Technician: MC |
| DOB: ▮ | Age: 37 years | Gender: F |
| Height: 66 inches | Weight: 180 lbs | BSA: 1.9 m² |
| Referring Physician: OTUSANYA, OLUFISAYO | Ordering Physician: Amanda Lewis, NP | Interpreting Physician: Pritam Polkampally, MD, F.A.C.C. |

Indications: Chest pain

Chart Location: Stockbridge

Study Type: Echocardiogram with color flow Doppler and spectral Doppler

| 2D & M/MODE DATA | Normals | Value | | Normals | Value |
|---|---|---|---|---|---|
| Right Ventricle | (<4.2 cm) | 3.30 | Left Atrium | (1.9 – 4.0) | |
| Interventricular Septum | (0.7 – 1.1 cm) | 1.10 | Aortic Root | (1.7 – 3.8) | 2.50 |
| LV Posterior Wall | (0.7 – 1.1 cm) | 1.10 | Left Atrial Volume | (<22) | 22 |
| LV Internal Dimension | | | | | |
| In Diastole | (3.5 – 5.6 cm) | 3.50 | | | |
| In Systole | (2.7 – 3.6 cm) | 2.60 | | | |
| EJECTION FRACTION: | (50 – 80 %) | 55 % | Blood pressure: | 150 / 100 | |

**IMPRESSION:**

1) The left ventricular cavity size is normal.
2) The left atrial size is normal.
3) The right atrial size is normal.
4) The right ventricular size is normal.
5) Left ventricular wall motion is normal.
6) The left ventricular ejection fraction is 55%.
7) The right ventricular function is normal.
8) There is mild concentric left ventricular hypertrophy.
9) There is no right ventricular hypertrophy.
10) The aortic root size is normal.
11) There is no pericardial effusion.
12) There is no evidence of diastolic dysfunction.
13) The aortic valve is normal. There is no aortic stenosis. There is no aortic regurgitation.
14) The mitral valve is normal. There is no mitral stenosis. There is trace mitral regurgitation.
15) The tricuspid valve is normal. There is trace tricuspid regurgitation.
16) There is no pulmonary hypertension.
17) There is not well visualized pulmonary regurgitation.

**CONCLUSION:**

1) Normal left ventricular cavity size.
2) Left ventricular ejection fraction is 55%.
3) Mild concentric left ventricular hypertrophy.
4) Trace mitral and tricuspid regurgitation.

**SIGNATURE:**

Lisa Manning

**Read Date:** 12/23/2022



IAC