PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

Wooten, Nicole Female <span style="color:red">redacted - personal</span>



**184C Estate Diamond**
**Christiansted, 00820**

**Tel: 340 772-2883**
**Fax: 340 772-2882**
**Health@acutealternative.com**

---

**Wooten, Nicole**
Sex: **female**
Date Of Birth: <span style="color:red">redacted - personal</span>
Primary Physician: **Lyn Campbell,  M.D.**
Encounter Date: **08-08-2022**
Attending Practitioner: **Lyn Campbell,  M.D.**

**CHART NOTES:**

**Chief Complaint:** MED
Ms. Wooten, Nicole is a 37 year old female.

**History of Present Illness**

**chest pain and SOB** 37 year old pt presents with SOB and chest pain. Pt reports sxs began after inhaling smoke at work site. Pt currently in tears and c/o "chest tightness".

**Past Medical History**
Asthma J45.909 (493.90) .

**Surgical History**
gall bladder surgery

**Current Medication**
Augmentin 875 mg-125 mg tablet 1 Tablet Twice A Day for 10 Days , Prescribe 20 Tablet
Tessalon Perles 100 mg capsule 2 Capsule Twice A Day for 10 Days , Prescribe 40 Capsule

**Allergy**
No Known Drug Allergies.

**Vaccination History**

**Social History**
Social history: *She drinks caffeinated beverages. Occassionally* Alcohol: *Patient drinks. Wine, hard liquor* Tobacco: Currently , the patient doesn't smoke or use tobacco products. **Family Details:** The patient is seperated. She has No children. **Exercise:** The patient does not exercise regularly The level of effort while exercising is minimal.

**Family History**
Asthma. Cancer. Diabetes Type II.

**Vitals**
**Time In:** 2:05   **BP Systolic:** 146   **BP Diastolic:** 85   **Pulse:** 93   **Temp F:** 100.40   **O2 Sat:** 100.00

Page 1

**Exhibit 11**

NW002716

Received: 08/18/2022 -  Case: 550260558 - Page 987 / 997

**Review of Systems**
**Constitutional Symptoms:** Denies fever, chills, malaise/fatigue and night sweats.
**Eyes:** Denies visual changes, discharge, itching, pain and redness of eyes.
**Ears/Nose/Mouth/Throat:** Denies hearing loss, ear pain, tinnitus, nasal congestion, nasal discharge, bleeding from nose, postnasal drip, sore throat, swollen glands in neck and ulcerations.
**Cardiovascular:** Denies chest pain, palpitation, claudication, dyspnea, orthopnea and Edema.
**Respiratory:** Denies cough. Reports *shortness of breath* and *chest tightness*. Denies hemoptysis and wheezing.
**Gastrointestinal:** Denies nausea/vomiting, change in bowel habits, diarrhea, constipation, abdominal pain, difficulty with swallowing and blood in stools.
**Genitourinary:** Denies blood in urine, Nocturia, urinary frequency, hesitancy and urinary urgency. She denies any abnormal discharge. Denies burning, itching and dyspareunia.
**Musculoskeletal:** Denies joint pain, neck pain, back pain, upper extremity pain and lower extremity pain.
**Integumentary:** Denies change in skin color, change in hair/nails, itching and rashes.
**Neurological:** Denies weakness. Denies convulsions/seizures. Denies headache. Denies numbness. Denies decrease in cognitive skills. Denies loss of balance. Denies tremors.
**Female GU:** She has no pain during the periods. Denies menstrual problems such as heavy periods, irregular menses, spotting or pain. She denies PMS. She denies hot flashes, night sweats. No recent breast tenderness. Denies lumps in the breasts. She does not have any abnormal vaginal discharge.
**Psychiatric:** Denies difficulty concentrating, insomnia, anxiety and depression.
**Endocrine:** Denies heat/cold intolerance and glandular/hormonal problem. Denies increasing dryness of the skin.
**Hematologic/Lymphatic:** Denies getting bruises or bleeding easily. Denies night sweats. She reports normal wound healing.

**Physical Examination**
**General Appearance:** The patient is well appearing, alert and oriented to person, place and time. Black female with no apparent distress. She appears at stated age, has normal nutrition,
**Skin:** The skin has normal turgor. There are no visible rashes on the skin. There are no ulcers on the skin.
**Head / Scalp:** Head is normocephalic. Head is atraumatic.
**Eyes:** The conjunctiva is clear in the patient. There is no discharge from the eyes. The extra-ocular movement is intact. Pupils are equally round and reactive to light and accomodation.
**Ears:** External canals are clear in the patient. Tympanic membranes are transclucent and mobile. Tympanic membrane landmarks are visualized. There is no perforation. Ear discharge is not seen.
**Nose / Sinuses:** Nasal discharge is absent. There is no nasal obstruction.
**Mouth / Throat:** Gums are normal. The tongue is normal. The teeth are normal. The pharynx is normal.
**Neck:** The patient's neck is supple. There are no carotid bruits. Lymph nodes are normal. There are no abnormal masses in the neck region.
**Heart:** The heart rate and rhythm is normal There is no heart murmur. Heart gallop is not appreciated. There is no rub appreciated. There are no extra sounds.
**Chest / Lungs:** Lungs are clear on auscultation. *Air movement is mildly decreased. . The patient has abnormal breath sounds wheezing Comments: chest tender to deep palpitation*
**Abdomen:** The patient has normal bowel sounds. Abdominal Tenderness: absent Abdominal masses are not found. There is no guarding. No abdominal distension. No organomegaly.
**Lower Extremity:** The patient does not have any kind of deformity. Cyanosis is not seen in the lower extremity. Lower extremity edema is absent. Peripheral pulses are intact in the patient. There is no clubbing of digits. The skin is normal in the lower extremity.
**Musculoskeletal System:** Neck: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the neck region. Spine: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the spine. Upper Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the upper extremity. Lower Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the lower extremity. The strength of muscles is normal.
**Neurological:** Cranial nerves from 2nd to 12th are normal. The mood and affect is normal in the patient. The motor exam. Is normal in the patient. Tremors are absent.
**Lymphatic:** The lymph nodes are normal.
**Psychiatric:** The patient is not agitated. The patient is not anxious. She is not depressed.
B/P revaluation 123/72

**Assessment and Plan**
**ICD: Reactive airway disease (J45.909)**

**Exhibit 11**

NW002717

Received: 08/18/2022 - Case: 550260558 - Page 988 / 997

Wooten, Nicole Female reducted - personal

**Assessment:** B/P revaluate 123/72
Pt reported that she inhaled smoke at work.
**Plan:** Vitals
x2 duo nebulizer 30 minutes each
Given Kenalog 60mg IM in L glute at 1406
Sent Rx Medrol Dose Pack

**ICD: Asthma (J45.909)**
**ICD: Shortness of breath (R06.02)**

**Prescription**
Medrol (Pak) 4 mg tablets in a dose pack Take as directed for 7 Days , Prescribe 1 Packet

**FOLLOW UP after** PRN PRN

**Encounter Addendum Notes**

This progress note has been electronically signed by **Lyn Campbell, M.D.** on 08-08-2022

**Exhibit 11**

NW002718

Received: 08/18/2022 -  Case: 550260558 - Page 989 / 997