PRINTED FROM ECOMP - nsshantell10@gmail.com - 11/21/2024

Wooten, Nicole Female <span style="color:red">redacted - personal</span>



**184C Estate Diamond**
**Christiansted, 00820**

**Tel: 340 772-2883**
**Fax: 340 772-2882**
**Health@acutealternative.com**

---

**Wooten, Nicole**
Sex: **female**
Date Of Birth: <span style="color:red">redacted - personal</span>
Primary Physician: **Lyn Campbell,  M.D.**
Encounter Date: **08-10-2022**
Attending Practitioner: **Lyn Campbell,  M.D.**

## CHART NOTES:

**Chief Complaint:** MED
Ms. Wooten, Nicole is a 37 year old female.

**History of Present Illness**

**Difficulty Breathing** 37 y/o female presented for a SOB that she has had x2days. Pt states that her work place has been on fire x2 days and was not aware of fire until today 8/10/22. Pt states that she was aware of the smoke but not actual fire. Pt was exposed to chemical fire/smoke on monday 8/8/22

**Past Medical History**
Asthma J45.909 (493.90) .

**Surgical History**
gall bladder surgery

**Current Medication**
Augmentin 875 mg-125 mg tablet 1 Tablet Twice A Day for 10 Days , Prescribe 20 Tablet
Tessalon Perles 100 mg capsule 2 Capsule Twice A Day for 10 Days , Prescribe 40 Capsule
Medrol (Pak) 4 mg tablets in a dose pack Take as directed for 7 Days , Prescribe 1 Packet

**Allergy**
No Known Drug Allergies.

**Vaccination History**

**Social History**
Social history: *She drinks caffeinated beverages. Occasionally* **Alcohol:** Patient drinks. Wine, hard liquor **Tobacco:** Currently, the patient doesn't smoke or use tobacco products. **Family Details:** The patient is seperated. She has **No** children. **Exercise:** The patient does not exercise regularly The level of effort while exercising is minimal.

**Family History**
Asthma. Cancer. Diabetes Type II.

**Vitals**

**Exhibit 12**

NW002560

Received: 01/17/2023 -  Case: 550260558 - Page 831 / 997

redacted - personal

Wooten, Nicole Female

**BP Systolic**: 123   **BP Diastolic**: 82   **Pulse**: 68   **Temp F**: 98.20   **O2 Sat:** 98.00

**Review of Systems**
**Constitutional Symptoms:** No Fever, Chills, Sweat, Unexplained weight loss, Unexplained weight gain, Change in energy/ weakness, Excessive thirst or Excessive urination.
**Eyes:** She does not have photophobia. No Change in vision. There is no eye discharge. She does not suffer from the itchy eyes. She does not report having an eye pain. There is no redness of the eyes.
**Ears/Nose/Mouth/Throat:** No Difficult in hearing, Ringing in ears, Problems with teeth, Problems with gums, Hay fever or Allergies. There is no ear pain. There is no congestion of the nose. She denies having sore throat or voice change.
**Cardiovascular:** She denies having edema. *Chest pain / discomfort* x2days . No palpitations. No Fainting.
**Respiratory:** No Cough or Wheeze. *Difficulty breathing* x2 days .
**Gastrointestinal:** No Abdomial pain or Blood in bowel movement. No nausea. No Vomiting or Diarrhea. The patient does not have constipation. She does not experience dysphasia. She does not suggest having dyspepsia. There is no appreciable change in bowel habits.
**Genitourinary:** There is no dysuria. No Night-time urination, Leaking urine, Unusual vaginal bleeding or Discharge from vagina.
**Musculoskeletal:** No Muscle pain or Joint pain.
**Skin:** No Rash or Mole change.
**Neurological:** No Headaches. No Dizziness. No Lightheadedness. No Numbness. No Memory loss. No Loss of coordination.
**Psychiatric:** No Anxiety, Stress, Depression or Problem with sleep.
**Chest (Breast):** No breast masses or abnormal lumps found. She denies breast or nipple discharge.
**Hematologic/Lymphatic:** No Unexplained lumps or Easy Bruising/ Bleeding.

**Physical Examination**
**General Appearance:** *The patient's general appearance is abnormal.* female *in distress.* She appears at stated age, has normal nutrition, and normal gait . Her posture is normal.
**Skin:** The skin has normal turgor. There are no visible rashes on the skin. There are no ulcers on the skin.
**Head / Scalp:** Head is normocephalic. Head is atraumatic.
**Eyes:** The conjunctiva is clear in the patient. There is no discharge from the eyes. The extra-ocular movement is intact. Pupils are equally round and reactive to light and accomodation.
**Ears:** External canals are clear in the patient. Tympanic membranes are transclucent and mobile. Tympanic membrane landmarks are visualized. There is no perforation. Ear discharge is not seen.
**Nose / Sinuses:** Nasal discharge is absent. There is no nasal obstruction.
**Mouth / Throat:** Gums are normal. The tongue is normal. The teeth are normal. The pharynx is normal.
**Neck:** The patient's neck is supple. There are no carotid bruits. Lymph nodes are normal. There are no abnormal masses in the neck region.
**Heart:** The heart rate and rhythm is normal There is no heart murmur. Heart gallop is not appreciated. There is no rub appreciated. There are no extra sounds.
**Chest / Lungs:** Lungs are clear on auscultation. Air movement is mildly decreased. No chest wheezes bilaterally. *The patient has abnormal breath sounds*
**Abdomen:** The patient has normal bowel sounds. Abdominal Tenderness: absent Abdominal masses are not found. There is no guarding. No abdominal distension. No organomegaly.
**Lower Extremity:** The patient does not have any kind of deformity. Cyanosis is not seen in the lower extremity. Lower extremity edema is absent. Peripheral pulses are intact in the patient. There is no clubbing of digits. The skin is normal in the lower extremity.
**Musculoskeletal System:** Neck: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the neck region. Spine: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the spine. Upper Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the upper extremity. Lower Extremity: The patient does not have any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone, pain, weakness or numbness in the lower extremity. The strength of muscles is normal.
**Neurological:** Cranial nerves from 2nd to 12th are normal. The mood and affect is normal in the patient. The motor exam. Is normal in the patient. Tremors are absent.
**Lymphatic:** The lymph nodes are normal.
**Psychiatric:** The patient is not agitated. The patient is not anxious. She is not depressed.

**Assessment and Plan**
**ICD: Asthma (J45.909)**

**Exhibit 12**

NW002561

Received: 01/17/2023 -  Case: 550260558 - Page 832 / 997

Wooten, Nicole Female <span style="color:red">redacted - personal</span>

**ICD: Reactive airway disease (J45.909)**
**Assessment:** Extreme breathing crisis
**Plan:** Kenalog 60mg R glute @1pm
EKG

**Prescription**

**FOLLOW UP after** PRN PRN

**Encounter Addendum Notes**

This progress note has been electronically signed by **Lyn Campbell, M.D.** on 08-10-2022

Page 3

**Exhibit 12**

NW002562

Received: 01/17/2023 - Case: 550260558 - Page 833 / 997

Patient Name: Wooten, Nicole

DOB: 7/12/05    Date of Service: 9/10/22

Patient Phone:

Rationale:

**ACUTE ALTERNATIVE**
MEDICAL GROUP

Diagnosis:

Treatment Options:

- ☐ BioTE
- ☒ MET TEST PFT
- ☐ Sleep Study
- ☐ Massage
- ☐ Supplement
- ☐ Counseling
- ☐ Holter
- ☐ Rapid Covid Test

- ☐ Allergy Test
- ☐ Cancer Screening
- ☐ Ultra Sound
- ☐ Echo
- ☐ Stress Echo
- ☐ Dr. Lakhram
- ☐ Dr. Rubin
- ☐ Annual Exam

Referred By: LACms

Appt. Date & Time:

Revised 11-19-20

☐ Other:

**Exhibit 12**

NW000104