Government of the Virgin Islands
ED Physician Documentation
Medical Records
Governor Juan F. Luis Hospital & Medical Center
#4007 Estate Diamond Ruby
Christiansted, St Croix  00821

Patient:  WOOTEN,NICOLE
Service Date: 08/14/22
Acct:  V00008345720

Dictating Provider: LACEY MENKINSMITH MD
ED Doctor : MENKINSMITH,LACEY MD
MR #:  M000226614

## HPI-PMH
### General
**Chief Complaint:** Anxiety
**Stated Complaint:** CP, ANXIETY
**Time Seen by MD:** 17:36
**Source:** patient

### History of Present Illness
**Initial Comments**
37 yo with hx of asthma pw chest pain. She states that since last week she has been having chest pain. She thinks it began ater being exposed to some smoke at work as a customs agent. She was seen at urgent care and treated for asthma exacerabtion on Monday received steroids and inhaler. Came to ER on Tuesday, went back urgent care on Wednesday - they ordered CXR that was done on Thursday but she does not know the results. Continues to feel chest tightness and intermittent anterior chest pain that sometimes radiated to shoulders. Reports pain sometimes with inspiration. No leg pain or swelling, no history of VTE. She is active and works out frequently - does not get chest pain with working out. Steroids given by UC not helping. No cough or fever. Some anxiety. Feels shaky. No FHx early cardiac dx. Is reportedly scheduled for stress test by UC this week. Felt symptoms again tonight so came to ED.
**Allergies:**
**Coded Allergies:**
   No Known Allergies (Unverified , 8/9/22)

## ROS - Exam
### Review of Systems
**Constitutional:**  denies: fever
**EENT:**  denies: nose congestion
**Cardiovascular:**  reports: chest pain;
        denies: edema
**Respiratory:**  reports: shortness of breath;
        denies: cough
**Gastrointestinal:**  denies: abdominal pain, diarrhea, nausea, vomiting
**Genitourinary:**  denies: dysuria
**Muskuloskeletal:**  reports: back pain
**Integument:**  denies: change in color
**Neurological:**  tremors
**Psychological:**  reports: anxiety
**Hematologic/Lymphatic:**  denies: anemia, ankle swelling

### Exam
**General Appearance:**  Pos: alert, attentiveness;
        Neg: acute distress
**Eye:**  Pos: EOMI

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023

Page:  1

Exhibit 13

NW000242

**Neck:** Pos: supple
**Back:** Neg: CVA tenderness (R), CVA tenderness (L)
**Integumentary:** Pos: warm, dry
**Respiratory:** Neg: respiratory distress
**Lung Sounds:** Bilateral: Clear
**Cardiovascular:** Pos: heart sounds normal, regular rate & rhythm
**Gastrointestinal:** Pos: soft, non-tender;
　　　Neg: distended, guarding
**Upper Extremities:** Neg: edema
**Lower Extremities:** Neg: edema
**Neurologic:** Pos: alert, oriented x 4;
　　　Neg: motor/sensory deficits
**Psychological:** Pos: other (anxious )

**Vital Signs/I&O'S**

**Vital Sign - Last 24 Hours**

|  | 8/14/22 13:35 | 8/14/22 16:07 | 8/14/22 19:38 |
|---|---|---|---|
| Temp | 98.0 98.0 | 97.5 97.5 | |
| Pulse | 83 | 66 | 68 |
| Resp | 20 | 20 | 16 |
| B/P (MAP) | 142/80 (100) | 133/85 (101) | |
| Pulse Ox | 98 | 100 | 100 |
| O2 Delivery | | Room Air | |

**Orders, Labs, Meds**

**Orders - MENKINSMITH,LACEY MD**
12 Lead Ekg (8/14/22 17:50)
Cxr (Pa & Lat) (8/14/22 18:02)

**Laboratory Tests**

| Test | 8/14/22 17:55 | Range/Units |
|---|---|---|
| Eosinophils (%) (Auto) | 0.3 L | 0.9-6.5 % |
| Troponin I | < 0.012 L | 0.05-0.59 ng/mL |

**Result Diagram:**
8/14/22 1755　　　　　　　　　　　　　　　　8/14/22 1755



7.6 ＼ 14.6 ／ 291　　　　　140 | 105 | 16 ＼ 97
　　 ／ 42.5 ＼　　　　　　　4.5 | 23 | 1.0 ／

## Results
## Lab Results
**Lab Results**

**Laboratory Tests**

| Test | 8/14/22 17:55 | Range/Units |
|---|---|---|
| Eosinophils (%) (Auto) | 0.3 L | 0.9-6.5 % |

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023　　　　　　　　　　　　　Page:  2

**Exhibit 13**

NW000243

| Troponin I | < 0.012 L | 0.05-0.59 ng/mL |
|---|---|---|

## Laboratory Tests

| Test | 8/14/22 17:55 | Range/Units |
|---|---|---|
| White Blood Count | 7.6 | 4.7-10.8 x10^3/ul |
| Red Blood Count | 4.77 | 4.20-5.40 x10^6/ul |
| Hemoglobin | 14.6 | 12.0-16.0 g/dl |
| Hematocrit | 42.5 | 36.0-47.0 % |
| Mean Corpuscular Volume | 89.1 | 81.0-99.0 fl |
| Mean Corpuscular Hemoglobin | 30.6 | 27.0-31.0 pg |
| Mean Corpuscular Hemoglobin Concent | 34.3 | 32.0-37.0 g/dl |
| Red Cell Distribution Width | 13.3 | 11.5-15.5 % |
| Platelet Count | 291 | 130-400 x10^3/ul |
| Mean Platelet Volume | 8.7 | 7.0-11.4 fl |
| Neutrophils (%) (Auto) | 67.3 | 42.2-75.2 % |
| Lymphocytes (%) (Auto) | 25.5 | 20.5-51.5 % |
| Monocytes (%) (Auto) | 5.9 | 1.7-11.7 % |
| Eosinophils (%) (Auto) | 0.3 L | 0.9-6.5 % |
| Basophils (%) (Auto) | 1.0 | 0.2-2.0 % |
| Neutrophils # (Auto) | 5.1 | 1.4-6.5 |
| Lymphocytes # (Auto) | 1.9 | 1.2-3.4 |
| Monocytes # (Auto) | 0.4 | 0.1-0.9 |
| Eosinophils # (Auto) | 0.0 | 0.0-0.7 |
| Basophils # (Auto) | 0.1 | 0.0-0.2 |
| D-Dimer | 197.0 | 0-600 ng/ml |
| Sodium Level | 140 | 137-145 mEq/L |
| Potassium Level | 4.5 | 3.6-5.0 mEq/L |
| Chloride Level | 105 | 98-107 mEq/L |
| Carbon Dioxide Level | 23 | 22-30 mEq/L |
| Blood Urea Nitrogen | 16 | 5-25 mg/dL |
| Creatinine | 1.0 | 0.5-1.4 mg/dL |
| Glomerular Filtration Rate Calc | > 60.0 | ml/min |
| Random Glucose | 97 | 70-110 mg/dL |
| Calcium Level | 9.5 | 8.4-10.2 mg/dL |
| Troponin I | < 0.012 L | 0.05-0.59 ng/mL |

## Imaging Results
**Imaging Results**

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023

Page: 3

Exhibit 13

NW000244

| | DATE OF EXAM:08/14/22 |
|---|---|
| NAME: *WOOTEN,NICOLE* | |
| D.O.B.: *07/12/1985* | LOCATION: ER |
| X-RAY NO: | MR #: *M000226614* |

Ordering Physician: LACEY MENKINSMITH MD
Attending Physician:

### GOV. JUAN F. LUIS HOSPITAL & MEDICAL CENTER
## 4007 DIAMOND RUBY
### *CHRISTIANSTED, ST. CROIX, V.I*
Diagnostic Imaging Dept.                                    EXT. 3290

| | DATE OF EXAM:08/14/22 |
|---|---|
| NAME: *WOOTEN,NICOLE* | |
| D.O.B.: redacted - personal | LOCATION: ER |
| X-RAY NO: | MR #: *M000226614* |

Ordering Physician: LACEY MENKINSMITH MD
Attending Physician:

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023                                   Page: 4

**Exhibit 13**

**NW000245**

HISTORY:
Initial evaluation of patient with a history of acute chest pain and difficulty raising her arms.

EXAM: CXR (PA  LAT)

COMPARISONS:
No prior studies available.

TECHNIQUE:
Radiographic PA and lateral views of the chest

FINDINGS:
Cardiomediastinal silhouette is negative. The lungs are clear with no opacity, effusion, or pneumothorax. No acute bony abnormality visualized. Mild S-shaped scoliosis of thoracolumbar spine is seen on the current study.

IMPRESSION:
No acute intrapulmonary disease. Mild S-shaped scoliosis of the thoracolumbar spine.

Station ID:

John Scales, MD  8/14/2022 6:13 PM

Dictated by:  SCALES, JOHN MD                 08/14/22 1813

Signed:
         JOHN SCALES MD                        08/14/22 1813

## Other Study
**Other Study**
NSR with no STE or depression

## Departure
## Clinical Impressions
**Clinical Impression:** Chest pain

## Departure
**Disposition:** HOME, SELF-CARE
**Home Meds**
**Reported Medications**
**[Bc]** No Conflict Check
        8/9/22
**[Simbacort]** No Conflict Check
        8/9/22
**Referrals:**
NONE,NONE (PCP)
**Patient Instructions:** ED Chest Pain, Uncertain Cause

## Level of Care Delivered
**Level of Care Provided:** Emergent (Lev 4)

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023                              Page:  5

**Exhibit 13**

NW000246

**Addendum**
**ADDENDUM**
**Addendum**
37 yo with intemittent CP, SOB. LCTAB. VSS. EKG troponin negative and low suspicion for ACS/cardiac given her physical fitness, age and fact that she exercises w/o symptoms. She is on OCPs, otherwise no risk factors for VTE/PE- no leg swelling, normal sats, normal HR - D-dimer negative. Normal CXR, labs reassuring. <mark>She is very anxious which may be playing a role in symptoms given other physiologic causes have been ruled out</mark>- she has follow up as outatient this week for ongoing evaluation

MENKINSMITH,LACEY MD                                              Aug 14, 2022 18:02

<Electronically signed by LACEY MENKINSMITH MD>   08/15/22 0938

_____MTH0 0

WOOTEN,NICOLE
V00008345720
08/14/22
0814-0023                                      Page:  6

**Exhibit 13**

**NW000247**

## GOV. JUAN F. LUIS HOSPITAL & MEDICAL CENTER

# 4007 DIAMOND RUBY

## *CHRISTIANSTED, ST. CROIX, V.I*

Diagnostic Imaging Dept.                                                                    EXT. 3290

HISTORY:
Initial evaluation of patient with a history of acute chest pain and difficulty raising her arms.

EXAM: CXR (PA   LAT)

COMPARISONS:
No prior studies available.

TECHNIQUE:
Radiographic PA and lateral views of the chest

FINDINGS:
Cardiomediastinal silhouette is negative. The lungs are clear with no opacity, effusion, or pneumothorax. No acute bony abnormality visualized. Mild S-shaped scoliosis of thoracolumbar spine is seen on the current study.

IMPRESSION:
No acute intrapulmonary disease. Mild S-shaped scoliosis of the thoracolumbar spine.

Station ID:

John Scales, MD  8/14/2022 6:13 PM

| NAME: *WOOTEN,NICOLE* | DATE OF EXAM:08/14/22 |
|---|---|
| D.O.B.: *07/12/1985* | LOCATION:  ER |
| X-RAY  NO: | MR #:  *M000226614* |

Ordering Physician:  LACEY MENKINSMITH MD
Attending Physician:

**Exhibit 13**

NW000248

NW000249

Dictated by:   SCALES, JOHN MD            08/14/22 1813


Signed:
        JOHN SCALES MD                    08/14/22 1813

| NAME: *WOOTEN,NICOLE* | DATE OF EXAM:08/14/22 |
|---|---|
| D.O.B.: *07/12/1985* | LOCATION:  ER |
| X-RAY  NO: | MR #: *M000226614* |

Ordering Physician:  LACEY MENKINSMITH MD
Attending Physician:

Exhibit 13