IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

NICOLE WOOTEN,

               Plaintiff,

      v.

LIMETREE BAY TERMINALS d/b/a
OCEAN POINT TERMINALS, PORT
HAMILTON REFINING AND
TRANSPORTATION, and WEST INDIES
PETROLEUM, LTD.,

               Defendants.

Case No. 1:23-CV-00012

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

<u>**PLAINTIFF'S NOTICE OF IDENTIFICATION OF EXPERT TREATING MEDICAL PROVIDERS**</u>

**COMES NOW** Plaintiff, **NICOLE S. WOOTEN**, by and through her undersigned counsel, and identifies the following Expert Treating Medical Providers, pursuant to Fed. R. Civ. P. 26(a)(2)(C):

1. Dr. Terrie Morton Acker, 495 Winn Way Suite 100, Decatur, GA 30030 (404) 284-7744.
   Dr. Acker will testify as to her care as Plaintiff's primary care physician. Dr. Acker treated Plaintiff soon after the inhalation of the smoldering coke and will explain that this exposure led to Ms. Wooten's asthma attack. Dr. Acker performed follow-up care, and diagnosed Plaintiff with Reactive Airways Dysfunction Syndrome ("RADS") and severe persistent asthma, as a result of the exposure to the smoldering coke, noting continuous wheezing, poor exercise endurance and intermittent chest pain. Dr. Acker will also testify about her diagnosis of the Plaintiff with major depressive disorder and her treatment plan, as a result of her illness caused by the smoldering coke.

2. Dr. Grace Q. Chai, MD
   3635 Peachtree Industrial Blvd Suite 550, Duluth, GA 30096

<span style="color:red">**Exhibit 4**</span>

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF'S NOTICE OF IDENTIFICATION OF EXPERT TREATING PHYSICIANS**
Page 4

(770) 545-8380
Dr. Chai will testify as to her professional opinion regarding Plaintiff's pre-employment asthma condition, that there were no contraindications based on the examination from performing the job-specific tasks required for the position. The examination results indicated that Plaintiff's asthma was well-controlled, and Dr. Chai concluded that the applicant would not experience any abrupt or gradual impairment of physical or mental function that would affect the job requirements.

3.  Alex Hebert, NP-C
    993 C Johnson Ferry Road, Suite 300. Atlanta, GA 30342
    404-303-1700
    Alex Hebert will testify that he conducted Plaintiff's pulmonary evaluation prior to her employment with Customs and Border Protection and he found that Plaintiff was in no acute distress and otherwise healthy and she had normal pulmonary function, such that her asthma should not impact her future employment.

4.  Dr. Lyn Campbell, Acute Alternative Medical Group & Sleep Center
    184c Pepper Tree Rd, Christiansted, St Croix 00820
    340-772-2883
    Dr. Campbell treated Plaintiff on the date of the incident and subsequent days and will testify that Plaintiff presented with shortness of breath, chest pain, chest tightness, and sadness resulting from the petroleum coke smoke inhalation. Dr. Campbell will testify about tests and assessments, including reactive airway disease and asthma, as a result of inhaling smoke from the smoldering coke, and the treatment plan to administer Kenalog 60mg IM and prescribe a Medrol Dose Pack.

5.  Dr. Lacey Menkinsmith
    Gov. Juan F. Luis Hospital
    4007 Estate Diamond Ruby, Christiansted, St Croix 00821
    (340)778-6311
    Dr. Lacey Menkinsmith will testify that she treated Plaintiff shortly after the petroleum coke smoke inhalation for headaches and chest pain, and shortness of breath.

6.  Amanda Lewis, NP
    3333 Jodeco Rd. Ste. A
    Medonough, GA 30253
    Nurse Practitioner Lewis has treated Plaintiff since 12/22/2022 for Dyspnea, Tachycardia, and Precordial pain caused by inhaling smoke from the smoldering coke. She will testify that Plaintiff has not been able to recover to

**Exhibit 4**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF'S NOTICE OF IDENTIFICATION OF EXPERT TREATING PHYSICIANS**
Page 5

a level that would allow her to return to work at Customs and Border Protection.

7. Dr. Jamie Garfield, Ambulatory Care Center
   3401 N Broad St 5th Floor, Philadelphia, PA 19140
   (800) 836-7536
   Dr. Jamie L. Garfield is a pulmonary disease specialist, who will testify as to Plaintiff's severe persistent asthma triggered by exposure to the petroleum coke smoke and will testify as to the treatment needed for the future.

8. Dr. Carlette Graham (Pulmonary Sleep Medicine)
   915 Eagles Landing Pkwy, Stockbridge, GA 30281
   (770) 506-0434
   Dr. Carlette Graham is a pulmonary medicine specialist and will testify as to her diagnosis of the Plaintiff with asthma due to inhalation of petroleum coke smoke.

9. Dr. Olufisayo Otusanya (Atlanta Heart Associates, PC)
   135 N Park Pl Suite 200, Stockbridge, GA 30281
   (678) 289-7960
   Dr. Olufisayo Otusanya assessed Plaintiff for reactive airway disease and poorly controlled asthma and will testify that her symptoms and pulmonary function tests (PFT) were suggestive of reactive airway dysfunction syndrome.

10. David A. Olson, M.D. (Dekalb Neurology Group)
    2665 N. Decatur Road Suite 540
    Decatur CA 30033
    404-508-4008
    404-508-4009
    Dr. Olson will testify as to his assessment that the tremors were not neurological and he recommended beta blockers for Plaintiff who presented to him with tremors and daily headaches that occurred after the petroleum coke smoke inhalation.

11. Dr. Alejandro Sardi-Freitez
    5665 Peachtree Dunwoody Rd, Atlanta, GA 30342
    (404) 251-1700
    Dr. Alejandro H. Sardi-Freitez specializes in pulmonary and critical care, and he will testify as to Plaintiff's diagnosis of severe persistent asthma as caused

**<span style="color:red">Exhibit 4</span>**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF'S NOTICE OF IDENTIFICATION OF EXPERT TREATING PHYSICIANS**
Page 6

by the petroleum coke smoke inhalation.

12. Dr. Leo Ovadje (Caritas Medical Center)
105 N Park Trail # 300, Stockbridge, GA 30281
(678) 284-0800
Dr. Leo Ovadje, is a nephrology specialist, who treated Plaintiff for her abnormal kidney function and hypertensive chronic kidney disease and he will opine that these conditions are temporally related to the inhalation of the petroleum coke smoke.

13. Dr. Matthew Gittinger and Dr. Kathleen Metz
Grady Memorial Hospital ER
80 Jesse Hill Jr Dr SE, Atlanta, GA 30303
(404) 616-1000
The doctors at Grady Memorial Hospital ER will testify as to treating the Plaintiff for shortness of breath and chest pain in February 2023.

14. Dr. Louise Sheffield
6825 Jimmy Carter Blvd Suite #1100, Norcross, GA 30071
(404) 855-3300
Dr. Louise Sheffield specializes in occupational medicine and will opine about the second opinion provided, which diagnosed Plaintiff with asthma with acute exacerbation caused by the petroleum coke smoke inhalation.

15. Dr. Robert Prudent
675 Seminole Ave NE. Suite 305 Atlanta, GA. 30307
(404) 685-3113
Dr. Michael Prudent is a psychiatrist who will testify as to his diagnosis of the Plaintiff with major depressive disorder and anxiety after the petroleum coke smoke inhalation and her ongoing injuries as a result of that exposure.

16. Muraina Oyekunle I MD (Atlantic Lung Center)
560 1st Macon, GA. 31201
(478) 744-9603
Dr. Oyekunle Ismail Muraina is a specialist in pulmonary disease and diagnosed Plaintiff with severe persistent asthma, chronic respiratory failure with hypoxia, airway disease due to specific organic dusts, and shortness of breath. Dr. Muraina will testify as to the causal relationship between these medical conditions and Plaintiff's exposure and inhalation of the petroleum coke smoke.

**Exhibit 4**

Wooten, Nicole v. Limetree Bay Terminals, et. al., Case No. 1:23-CV-00012
**PLAINTIFF'S NOTICE OF IDENTIFICATION OF EXPERT TREATING PHYSICIANS**
Page 7

17. Dr. Robin Hardin
    1325 Satellite Blvd Building 300, Suite 303 Suwanee, GA 30024
    (470) 464-0359
    Dr. Hardin performed a mental health exam of Plaintiff and will testify about the connection between Plaintiff's mental health and the petroleum coke smoke inhalation.

18. Dr. B. Olivia West, Out of the Box Counseling
    4720 Peachtree Industrial Blvd Suite 4201 Berkley Lake, GA 30071
    (404) 900-9583
    Dr. West will testify that Plaintiff has Chronic Post-Traumatic Stress Disorder, Generalized Anxiety Disorder, and Major Depressive Disorder as a result of the petroleum coke exposure and inhalation, and the ongoing treatment Plaintiff needs as a result these injuries and conditions.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  July 11, 2025               BY:    /s/ *Robin P. Seila*
                                          Robin P. Seila, Esq.
                                          VI Bar No. R2043
                                          1108 King Street, Suite 3 (mailing)
                                          56 King Street, Third Floor (physical)
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          Telephone: (340) 778-8855
                                          robin@rohnlaw.com

**Exhibit 4**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record.


BY:    /s/ *Robin P. Seila*          (al)


**Exhibit 4**